| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ANDREW F. DAWSON (CABN 264421)<br>Assistant United States Attorney |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    Fax: (415) 436-7234
    Email: Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249 RS<br><br>**NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY** |

    The United States Attorney Office hereby files this Notice of Appearance to advise the court that Assistant United States Attorney Andrew F. Dawson appears for the United States in this case. Please add him to the list of counsel appearing for the United States and please add him to the list of persons to be noticed.

DATED: June 25, 2020                             Respectfully,

                                                      DAVID L. ANDERSON
                                                      United States Attorney

                                                      _____/s/_____
                                                      ANDREW F. DAWSON
                                                      Assistant United States Attorney

NOTICE OF APPEARANCE
20-CR-00249 RS

1