| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>ANDREW F. DAWSON (CABN 264421) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Lloyd.Farnham@usdoj.gov |
| 9 | Attorneys for United States of America |

FILED

Jun 30 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROWLAND MARCUS ANDRADE,

    Defendant.

CASE NO. 20-CR-00249 RS

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE AND ARRAIGNMENT**

    The United States and the defendant Rowland Marcus Andrade, through his counsel, jointly request a continuance of the initial appearance and arraignment on the Indictment in the above-captioned case. Defendant Andrade was arrested on June 23, 2020, in the Southern District of Texas, and in that district the defendant was released on bond and ordered to appear in this district on July 1, 2020. The Indictment was unsealed on June 25, 2020.

    The parties request that the Initial Appearance and Arraignment for the defendant currently on

STIPULATION AND [PROPOSED] ORDER     1
CASE NO. 20-CR-00249 RS

calendar for July 1, 2020, be continued to July 8, 2020, at 10:30 a.m., and set on the duty magistrate calendar.

DATED: June 30, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

_____/s/_____
EMILY LEHMBERG
Attorney for Defendant

## ORDER

Pursuant to the above stipulation and agreement of the parties, the Initial Appearance and Arraignment of the defendant in this case is continued to July 8, 2020, at 10:30 a.m.

DATED: 6/30/20

_Sallie Kim_
HONORABLE SALLIE KIM
United States Magistrate Judge