DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | CASE NO. CR 20-0249 RS <br><br> UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through David L. Anderson, United States Attorney for the Northern District of California, and Chris Kaltsas, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2. The United States hereby gives notice that, in addition to the specific property described in the Indictment, it is seeking forfeiture of the following property:

- Approximately $25.54 seized from a Wells Fargo account number ending in 9668, held in the name of Fintech Fund Family Limited Partnership, on or about March 12, 2020;

- Approximately $3,221.04 seized from a Woodforest National Bank account number ending in 0910, held in the name of Rowland Marcus Andrade, on or about March 12, 2020; and

- Approximately $10,710.40 seized from a Bank of America account number ending in 2295, held in the name of ABTC Corporation, on or about March 12, 2020.

DATED: July 1, 2020                                   Respectfully submitted,

                                               DAVID L. ANDERSON
                                               United States Attorney

                                                            /s/
                                               CHRIS KALTSAS
                                             Assistant United States Attorney