1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Lloyd.Farnham@usdoj.gov

9  Attorneys for United States of America

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. 20-CR-00249 RS
14                                     )
            Plaintiff,                 )
15                                     ) STIPULATION TO EXCLUDE TIME
        v.                             ) FROM JULY 8, 2020 TO JULY 28, 2020
16                                     ) AND [PROPOSED] ORDER
   ROWLAND MARCUS ANDRADE,             )
17                                     )
            Defendant.                 )
18 _____)

19

20        Counsel for the United States and counsel for the defendant Rowland Marcus Andrade stipulate

21 and agree that time be excluded under the Speedy Trial Act from July 8, 2020 through July 28, 2020.

22        The defendant appeared on July 8, 2020 for an Initial Appearance and Arraignment on an

23 indictment in the above-captioned matter, and the Court set a Status Conference for July 28, 2020. At

24 the hearing, the parties agreed that time be excluded under the Speedy Trial Act in order to allow for

25 adequate preparation of counsel, to permit the parties to obtain a protective order in the case governing

26 the production of discover, and to permit the defense counsel to review discovery in the case. For these

27 reasons and as further stated on the record at the Initial Appearance, the parties stipulate and agree that

28 excluding time until July 28, 2020 will allow for the effective preparation of counsel. See 18 U.S.C.

STIPULATION AND [PROPOSED] ORDER              1
CASE NO. 20-CR-00249 RS

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 8, 2020 through July 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: July 10, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

_____/s/_____
MANNY MEDRANO
BRIAN BECK
Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the matters discussed before the Court on July 8, 2020, and for good cause shown, the Court finds that failing to exclude the time from July 8, 2020 through July 28, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 8, 2020 to July 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 8, 2020 through July 28, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:

_____
HONORABLE SALLIE KIM
United States Magistrate Judge