MANUEL A. MEDRANO (SBN 102802)
  mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant
Rowland Marcus Andrade*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE<br><br>Defendant. | Case No. 3:20-cr-249-RS<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS WITH THE NINTH CIRCUIT COURT OF APPEALS**<br><br>Judge: Hon. Richard Seeborg<br><br>Trial Date: None Set |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** on July 10, 2020, Defendant Rowland Marcus Andrade, by and through his attorneys, filed the attached Petition for Writ of Mandamus with the United States Court of Appeals for the Ninth Circuit challenging the Reassignment Order entered by the Executive Committee on June 30, 2020, in the related civil forfeiture case pending before this Court (Case No. 3:20-cv-2013, Dkt. No. 40). The Petition has been assigned Case No. 20-72001.

Dated: July 10, 2020

Respectfully submitted,

By:     /s *Manuel A. Medrano*
MANUEL A. MEDRANO (SBN 102802)
 *mmedrano@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
 *bbeck@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Defendant*
*Rowland Marcus Andrade*