UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 28, 2020   **Time:** 7 minutes   **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS-1   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Lloyd Farnham
**Attorney for Defendant:** Manuel A. Medrano, Brian Beck
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Marla Knox
**Interpreter:** n/a                   **Probation Officer:** n/a

## AT&T TELECONFERENCE PROCEEDINGS

Status Conference Held Telephonic.

## SUMMARY

Court proceedings held by telephone. Due to the COVID-19 pandemic, all parties Consent to proceed by telephone. Defense counsel waives the physical appearance of Mr. Andrade. The government will turn over some of the discovery after the protective order is filed.
**CASE CONTINUED TO: 10/27/20 at 2:30 pm** to be held telephonic for Status Hearing.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 7/28/2020
Ends: 10/27/2020

Government to prepare an exclusion order.