1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California  94102-3495
         Telephone: (415) 436-7200
7        Facsimile: (415) 436-7234
         Email:  chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  CASE NO.  CR 20-0249 RS
14                                    )
         Plaintiff,                   )  NOTICE OF POSTING OF NOTICE OF LIS
15                                    )  PENDENS
      v.                              )
16                                    )
   ROWLAND MARCUS ANDRADE,            )
17                                    )
         Defendant.                   )
18                                    )
                                      )
19

20       I, ___MICHAEL J HARRIMAN____, a Special Agent with the Internal Revenue Service,

21 hereby states as follows:

22       On the __24th__ day of ___July____, 2020, I posted a copy of Notice of Pendency of Action

23 (Lis Pendens) as to Real Property and Improvements Located at 9414 Plaza Point Drive, Missouri City,

24 Texas, 77459 (APN R464607) with the attached Indictment against defendant Rowland Marcus

25 Andrade.

26       I declare under the penalty of perjury that the foregoing is true and correct to the best of my

27 knowledge.

28
   NOTICE OF POSTING OF LIS PENDENS
   CR 20-0249 RS                             1

Executed this _24th__ day of ___July_____, 2020 at ____Houston_____, Texas.

_____
MICHAEL J HARRIMAN
IRS Special Agent