1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2 |

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | LLOYD FARNHAM (CABN 202231)
ANDREW F. DAWSON (CABN 264421)

5 | Assistant United States Attorney

6 |    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495

7 |    Telephone: (415) 436-7200
     FAX: (415) 436-7234

8 |    lloyd.farnham@usdoj.gov

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 |

14 | UNITED STATES OF AMERICA,        )    CASE NO. 20-CR-00249 RS
                                    )
15 |        Plaintiff,                )
                                    )    STIPULATION AND [PROPOSED] ORDER
16 |    v.                           )    CONTINUING STATUS CONFERENCE
                                    )
17 | ROWLAND MARCUS ANDRADE,          )
                                    )
18 |        Defendant.                )
     _____)

19 |

20 |        The defendant Rowland Marcus Andrade appeared before this Court on July 28, 2020 for a

21 | Status Conference, and at that hearing the Court set a further Status Conference for October 27, 2020.

22 | The parties jointly request that the Status Conference be continued until January 5, 2021, or a date

23 | thereafter convenient for the Court, and that time be excluded from the Speedy Trial Act.

24 |        Since the Status Conference, the parties have negotiated a stipulated form of protective order,

25 | and the Court entered the Protective Order on October 15, 2020. The government will begin providing

26 | discovery pursuant to that protective order in the next few days, and will continue providing discovery

27 | as it is available. The discovery in the case is voluminous, and the parties request the continuance in

28 | order to provide the defense with the opportunity to continue to review these discovery materials.

STIPULATION AND [PROPOSED] ORDER        1
CASE NO. 20-CR-00249 RS

1   The parties also request that the Court exclude time from the Speedy Trial Act deadlines on the

2   basis that the proposed continuance will allow effective preparation of counsel.  The parties agree that

3   the ends of justice served by this continuance outweigh the best interest of the public and the defendant

4   in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably

5   deny counsel for defendant the reasonable time necessary for effective preparation, taking into account

6   the exercise of due diligence.  Accordingly,  the parties agree that the period from October 27, 2020

7   through January 5, 2021, or the date of the continued Status Conference, should be excluded in

8   accordance with the provisions  of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for

9   effective preparation of defense counsel, taking into account the exercise of due diligence.

10       IT IS SO STIPULATED,

11  DATED: October 23, 2020                                    Respectfully submitted,

12                                                             DAVID L. ANDERSON
                                                               United States Attorney
13

14          /s/
                                                               LLOYD FARNHAM
                                                               Assistant United States Attorney
15

16                                                             ZUBER LAWLER & DEL DUCA LLP

17          /s/
                                                               BRIAN J. BECK
18                                                             Attorney for Defendant

19

20                          **[PROPOSED] ORDER**

21       For the reasons stated in the stipulation of the parties above, and for good cause shown, the Court

22  hereby orders that the Status Conference currently set for October 27, 2020 is vacated and reset for

23  January 5, 2021, at 2:30 p.m. It is further ordered that time is excluded, pursuant to 18 U.S.C. §§

24  3161(h)(7)(A) and (B)(iv) through January 5, 2021.

25

26  DATED:

27                                                             HONORABLE RICHARD SEEBORG
                                                               United States District Judge
28

STIPULATION AND [PROPOSED] ORDER            2
CASE NO. 20-CR-00249 RS