MANUEL A. MEDRANO (SBN 102802)
  mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: +1 (312) 346-1100
Facsimile: +1 (213) 596-5621

*Attorneys for Defendant
Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:20-cr-249-RS |
| Plaintiff, | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| v. | |
| Rowland Marcus Andrade, | |
| Defendant. | |

I, the above named defendant, have never relinquished and continue to assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, cause communication, or to contact me seeking my waiver of any rights, unless my counsel is present.

Dated: October 27, 2020

_R. Marcus Andrade_        _/s/ Brian J. Beck_
Defendant                   Counsel for Defendant

Case No. 3:20-cr-249-RS
ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS