AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 3:20-cr-249-RS |
| Rowland Marcus Andrade | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rowland Marcus Andrade                                    .

Date:  12/22/2020                    /s/ Mauricio S. Beugelmans
                                      *Attorney's signature*

                                      Mauricio S. Beugelmans, Bar No. 201131
                                      *Printed name and bar number*

                                      Murphy & McGonigle, RLLP
                                      44 Montgomery Street, Suite 3750
                                      San Francisco, California 94104
                                      *Address*

                                      mbeugelmans@mmlawus.com
                                      *E-mail address*

                                      (415) 651-5707
                                      *Telephone number*

                                      (415) 651-5708
                                      *FAX number*