Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America )<br>  )<br>   Plaintiff(s), )<br>  )<br> v. )<br>  )<br> Rowland Marcus Andrade )<br>  )<br>   Defendant(s). )<br>  ) | Case No: 3:20-cr-249-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Lionel Andre, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Mauricio S. Beugelmans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1001 G Street, NW, 7th Floor<br>Washington, DC 20001 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>44 Montgomery Street, Suite 3750<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 661-7039 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 651-5707 |
| MY EMAIL ADDRESS OF RECORD:<br>landre@mmlawus.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mbeugelmans@mmlawus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 422534.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/22/20

Lionel Andre<br>APPLICANT

---

**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lionel Andre is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                              *October 2012*