UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendants. | Case No. 20-cr-00249-RS<br><br>**ORDER REQUESTING GOVERNMENT BRIEFING** |

Defendant Rowland Marcus Andrade has filed a motion to compel the government to produce, disclose, or permit inspection of some twenty-five different types of discovery materials. Dkt. 33. The government's response shall be due January 8, 2021 by 5:00 P.M. The motion will then be decided without oral argument unless it is deemed necessary. The previously set January 5, 2021 Status Conference in this matter shall proceed as planned; no discovery issues will be addressed at that time.

**IT IS SO ORDERED**.

Dated: December 24, 2020

RICHARD SEEBORG
United States District Judge