UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 5, 2021    **Time:** 8 minutes    **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS-1    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Andrew Dawson
**Attorney for Defendant:** Manuel A. Medrano, Brian Beck, Katherine Cooper
**Defendant:** [X] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Ana Dub
**Interpreter:** n/a                         **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - Telephonic.

## SUMMARY

Court proceedings held by telephone. Due to the COVID-19 pandemic, all parties consent to proceed by telephone.

Government is continuing with discovery productions. Government made an additional production on 12/31/2020 and preparing another one soon. The parties agree to continue the matter for 60 days to allow the production to continue.

**CASE CONTINUED TO: 3/9/2021 at 2:30 pm** for Status Hearing to be held telephonic.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 1/5/21
Ends: 3/9/21

Government to prepare an exclusion order.