UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>      v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>           Defendant. | Case No.  20-cr-00249-RS-1<br><br>ORDER REQUESTING FURTHER BRIEFING |

At the January 5, 2021 Status Conference for this matter, the parties indicated that a substantial portion of the instant motion might be resolved through the meet-and-confer process, rather than judicial intervention. Defendants accordingly are ordered to file a reply to the government's opposition, cataloguing which (if any) of the twenty-five discovery issues initially raised remain subject to dispute. This reply brief shall be due January 22, 2021 by 5:00 P.M.

**IT IS SO ORDERED**.

Dated: January 11, 2021

RICHARD SEEBORG
United States District Judge