MANUEL A. MEDRANO, (SBN 102802)
  mmedrano@zuberlawler.com
Zuber Lawler LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
Zuber Lawler LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

Attorneys for Defendant Rowland Marcus Andrade

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-00249-RS |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | The Hon. Richard Seeborg |
| ROWLAND MARCUS ANDRADE, | Trial Date:   None Set |
| Defendant. | |

Case No. 20-cr-00249-RS

NOTICE OF CHANGE OF FIRM NAME

3161-1003 / 1743627.1

1  TO THE COURT, ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the law firm of Zuber Lawler & Del Duca LLP has changed

3  its name to Zuber Lawler LLP.  All future reference to the firm in this matter should be to Zuber

4  Lawler LLP.  The addresses, phone numbers and fax numbers for the firm and its individual

5  attorneys' email addresses have not been affected by this change.

Dated:  January 27, 2021                    Respectfully submitted,

**ZUBER LAWLER LLP**
MANUEL A. MEDRANO

By:    */s/ Manuel A. Medrano*
Attorneys for Defendant Rowland Marcus Andrade