1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   ANDREW F. DAWSON (CABN 264421)
    LLOYD FARNHAM (CABN 202231)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       adawson@usdoj.gov

9   Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   CASE NO. 20-CR-00249 RS
14                                      )
            Plaintiff,                  )
15                                      )   STIPULATION AND [PROPOSED] ORDER
         v.                             )   CONTINUING STATUS CONFERENCE
16                                      )
    ROWLAND MARCUS ANDRADE,             )
17                                      )
            Defendant.                  )
18  _____)

19

20          This matter is currently set for a status conference on March 9, 2021, at 2:30pm.  Since this

21  Court ruled on defendant's Motion to Compel via an Order entered on January 26, 2021, the government

22  has continued to produce discovery.  The government's most recent production was sent to the defense

23  on February 1, 2021.  The defense team is currently reviewing those materials.  The government is

24  currently processing and preparing its next production of documents.

25          The discovery in the case is voluminous, and the parties request an approximate 60-day

26  continuance in order to provide the defense with the opportunity to continue to review these discovery

27  materials, and for the government to continue producing documents.  The parties also request that the

28  Court exclude time from the Speedy Trial Act deadlines on the basis that the proposed continuance will

STIPULATION AND [PROPOSED] ORDER          1
CASE NO. 20-CR-00249 RS

1    allow for the effective preparation of counsel. The parties agree that the ends of justice served by this

2    continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties

3    further agree that the failure to grant this continuance would unreasonably deny counsel for defendant

4    the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5    Accordingly, the parties agree that the period from March 9. 2021 through May 12, 2021, or the date of

6    the continued Status Conference, should be excluded in accordance with the provisions of the Speedy

7    Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking

8    into account the exercise of due diligence.

9        IT IS SO STIPULATED.

10    DATED:  March 3, 2021                Respectfully submitted,

11                                    STEPHANIE M. HINDS
                                   Acting United States Attorney

12

13                                  _____/s/_____
                                   ANDREW F. DAWSON
                                   Assistant United States Attorney

14

15                                  ZUBER LAWLER & DEL DUCA LLP

16                                  _____/s/_____

17                                  BRIAN J. BECK
                                 Attorney for Defendant

18

19                          **[PROPOSED] ORDER**

20        For the reasons stated in the stipulation of the parties above, and for good cause shown, the Court

21    hereby orders that the Status Conference currently set for March 9, 2021 is vacated and reset for May

22    12, 2021, at 2:30 p.m. It is further ordered that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

23    and (B)(iv) through May 12, 2021.

24

25    DATED:

                                   _____

26                                  HONORABLE RICHARD SEEBORG
                                 United States District Judge

27

28