UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 20, 2021  **Time:** 10 minutes  **Judge:** RICHARD SEEBORG
**Case No.:** 20-cr-00249-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Andrew Dawson
**Attorney for Defendant:** Katherine Cooper, Lionel Andre, Manuel A. Medrano, Brian Joel Beck
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew     **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a              **Probation Officer:** n/a

## PROCEEDINGS

Motion to Withdraw as Attorney Held via Zoom/Video Conference

## SUMMARY

Court proceedings held by zoom. Due to the COVID-19 pandemic, all parties consent to proceed by zoom. General Order 74 authorizes the Court to proceed by way of video conference hearing.

The two motions to withdraw [Dkts. 53, 54] are granted in full. Zuber Law firm is also withdrawn from civil case: 20-cv-2013.

Case Continued to: **July 22, 2021 at 10:30 am** for IDC before Magistrate Judge Tse.

EXCLUDABLE DELAY:
Category: Effective Preparation of Counsel
Begins: 7/20/2021
Ends: 7/22/2021
Government to prepare an exclusion order.