1  MANNY MEDRANO
   Zuber Lawler & Del Duca LLP
2  350 S. Grand Ave., 32nd Floor
   Los Angeles, California 90071
3  Tel.: 213.596-5620
4  Fax: 213.596-5621
   mmedrano@zuberlawler.com
5
6  KATHERINE D. COOPER *(appearance pro hac vice)*
   Murphy & McGonigle, P.C.
7  1185 Avenue of the Americas, 21st Floor
   New York, NY 10036
8  Tel.: 212.880.3630
   Fax: 212.880.3998
9  kcooper@mmlawus.com

10 Attorneys for Defendant Rowland Marcus Andrade
   [Additional counsel listed on the next page]
11

               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                  SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 20-cr-0249-RS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE** |
| ROWLAND MARCUS ANDRADE, | |
| Defendants. | Date:  July 20, 2021<br>Time: 2:30 p.m. PDT<br>Judge: The Hon. Richard Seeborg |

NOTICE OF MOTION AND MOTION TO WITHDRAW   CASE NO. 20-CR-0249-RS

BRIAN BECK
Zuber Lawler & Del Duca LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Tel.: 213.596-5620
Fax: 213.596-5621
bbeck@zuberlawler.com

MAURICIO S. BEUGELMANS (Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

     Attorneys for Defendant Rowland Marcus Andrade Katherine D. Cooper, Lionel André, and Mauricio S. Beugelmans ("Movants") seek to withdraw as counsel for defendant Rowland Marcus Andrade in the above-captioned matter pursuant to Northern District of California's Criminal Local Rule 44-2(b). As this Court finds that Katherine D. Cooper, Lionel André and Mauricio S. Beugelmans have submitted sufficient grounds for withdrawal, and that the granting of their Motion will not cause substantial prejudice or delay to Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by Movants Katherine D. Cooper, Lionel André and Mauricio S. Beugelmans to withdraw as counsel for defendant Rowland Marcus Andrade is GRANTED, and Katherine D. Cooper, Lionel André, and Mauricio S. Beugelmans are hereby terminated as counsel in this proceeding.

DATED: 7/20/2021          By: _____
                                    Hon. Richard Seeborg