| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Stephen Ybarra | | REPORTER/DIGITAL RECORDING:<br>11:37 - 11:40 | |
| MAGISTRATE JUDGE<br>Alex G. Tse | | DATE<br>July 22, 2021 | | NEW CASE ☐ | CASE NUMBER<br>3:20-cr-00249-RS-1 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Rowland Marcus Andrade | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Sophia Whiting, specially appears | PD. ☒  RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Andrew Dawson | | INTERPRETER<br>n/a | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jessica Portillo | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☒ STATUS
- ☐ TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH  $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

| TO:<br>7/28/21 | ☒ IDENTIFICATION OF COUNSEL | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>AGT | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

This proceeding held via Zoom video conference. Defendant consents to proceed by video. Defense attorney Brian Beck states an appearance. The process of locating new and suitable counsel for the defendant is underway.

DOCUMENT NUMBER: