# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CRIMINAL MINUTE ORDER

| **Case No.:** 20-cr-00249-RS-1 (JCS) | **Case Name:** USA v. Rowland Marcus Andrade (present, by Zoom. No custody) | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date:** August 4, 2021 | **Time:** 14 M |

**Attorney for Plaintiff:** Alexandra Shepard for Andrew Dawson
**Attorney for Defendant:** Warrington Parker, Kayvan Ghaffari - conditional CJA Appointment, Sophia Whiting, AFPD
**Interpreter:** NA
**US Pretrial Officer:** Jessica Portillo
**US Probation Officer:** NA

**Deputy Clerk:** Karen Hom              **Digital Recording:** Zoom Webinar Time: 11:06-11:20

## ZOOM PROCEEDINGS

p
1. I.D. Counsel - Held

## ORDERED AFTER HEARING

Defendant consents to appearing by Zoom video conference.
Court conditionally appoints Mr. Warrington Parker as counsel.
When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

**NOTES:** The AUSA is invited to attend the 8/17/2021 ex parte hearing but will then be asked to leave.

**CASE CONTINUED TO:**   08/17/2021 at 10:30 AM for Ex Parte Status re: Examination of Financial Affidavit. Zoom Webinar ID: 161 926 0804. Password: 050855.

Mr. Andrade shall appear on 8/31/2021 at 2:30 PM before Judge Seeborg for Status.

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:** 8/4/2021 to 8/17/2021.

**cc:** Corinne