1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   ANDREW F. DAWSON (CABN 264421)
    LLOYD FARNHAM (CABN 202231)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       adawson@usdoj.gov

9   Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,           )   CASE NO. 20-CR-00249 RS
14                                       )
            Plaintiff,                   )
15                                       )   STIPULATION AND [PROPOSED] ORDER
        v.                               )   EXCLUDING TIME
16                                       )
    ROWLAND MARCUS ANDRADE,              )
17                                       )
            Defendant.                   )
18   _____ )

19

20          This matter came before the Court on September 13, 2021 for a hearing regarding appointment

21   of counsel.  On September 17, undersigned defense counsel was appointed by the Court to represent

22   defendant Andrade, pending further proceedings regarding whether the defendant shall make any

23   contributions towards the cost of his defense.  At the September 13 hearing, the Court set this matter for

24   a status conference before the district judge on October 12, 2021 and found that the time between

25   September 13 and October 12 should be excluded under the Speedy Trial Act in order to allow newly

26   appointed counsel time to effectively prepare for trial.  Accordingly, the parties hereby stipulate and

27   agree that the period from September 13, 2021 through October 12, 2021 should be excluded in

28   accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for

1   effective preparation of defense counsel, taking into account the exercise of due diligence.

2          IT IS SO STIPULATED.

3   DATED:  September 21, 2021                          Respectfully submitted,

4                                                       STEPHANIE M. HINDS
                                                        Acting United States Attorney
5
                                                        _____/s/_____
6                                                       ANDREW F. DAWSON
                                                        Assistant United States Attorney
7

8                                                       _____/s/_____
                                                        MICHAEL SHEPARD
9                                                       Attorney for Defendant

10

11                            **[PROPOSED] ORDER**

12         For the reasons stated in the stipulation of the parties above, and for good cause shown, the Court

13  hereby orders that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from September

14  13, 2021 through October 12, 2021.

15

16  DATED:  September 24, 2021

17                                                      HONORABLE SALLIE KIM
                                                        United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28