UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 12, 2021    **Time:** 3 minutes    **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Andrew Dawson
**Attorney for Defendant:** Michael Shepard
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew    **Court Reporter:** Belle Ball
**Interpreter:** n/a    **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - via Zoom.

## SUMMARY

Court proceedings held by Zoom/Video Conference.  General Order 74 authorizes the Court to proceed by way of video conference hearing.

Defense counsel has not received discovery and the parties are requesting to continue the matter for 60 days.

Case Continued to: **12/14/2021 at 2:30 pm** for Status Hearing before Judge Seeborg to be held via zoom.

EXCLUDABLE DELAY:
Category: Effective Preparation of Counsel
Begins: 10/12/2021
Ends: 12/14/2021

Government to prepare an exclusion order.