STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    adawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
|     Plaintiff, | |
|   v. | [PROPOSED] EXCLUDING TIME |
| ROWLAND MARCUS ANDRADE, | |
|     Defendant. | |

      This matter came before the Court for a status conference on October 12, 2021. As noted by the parties, the government is preparing to produce voluminous discovery to the defense. Pursuant to the parties' proposal, this Court set a further status conference on December 14, 2021, at 2:30pm. By that point, newly appointed defense counsel will have had the opportunity to review some of the discovery and will be able to discuss a schedule for this matter going forward.

      As discussed at the hearing, the Court orders that time be excluded under the Speedy Trial Act from October 12, 2021, through December 14, 2021. Defense counsel was recently appointed to represent the defendant in this matter, and his team requires additional time to review the discovery and effectively prepare for trial, taking into account due diligence. The Court further finds that the ends of

justice served by excluding the time from October 12, 2021 to December 14, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 12, 2021 through December 14, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED:

_____
HONORABLE RICHARD SEEBORG
United States District Judge