UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 14, 2021    **Time:** 3 minutes    **Judge:** RICHARD SEEBORG
**Case No.**: 20-cr-00249-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Lloyd Farnham
**Attorney for Defendant:** Michael Shepard
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a                          **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - via Zoom.

## SUMMARY

Court proceedings held by Zoom/Video Conference. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Defense counsel needs additional time to review discovery that was provided by the government. Parties agree to continue this matter until March.

Case Continued to: **3/8/2022 at 2:30 pm** for Status Hearing before Judge Seeborg to be held via zoom.

EXCLUDABLE DELAY:
Category: Effective Preparation of Counsel
Begins: 12/14/2021
Ends: 3/8/2022

Government to prepare an exclusion order.