STEPHANIE M. HINDS (CABN 149604)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME FROM DECEMBER 14, 2021 TO MARCH 8, 2022 UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

     On December 14, 2021, the defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. At the request of the parties, the Court continued the matter to March 8, 2022, at 2:30 p.m., for a further status conference. The parties also requested that the Court exclude time from the computation of the Speedy Trial Act from December 14, 2021 to March 8, 2022.

     Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conference regarding the time necessary to review the discovery produced by the government, the Court finds that an exclusion of time is necessary to permit effective preparation of

1  counsel.  Failure to grant an exclusion of time and a continuance of the matter would deny counsel the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence,
3  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
4  excluding the time from computation under the Speedy Trial Act outweigh the best interests of the
5  public and the defendant in a speedy trial.
6      Therefore, IT IS HEREBY ORDERED that the time between and including December 14, 2021
7  to March 8, 2022 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C.
8  § 3161(h)(7)(A), (B)(ii), and (B)(iv).
9      IT IS SO ORDERED.

12  DATED: December 16, 2021

HONORABLE RICHARD SEEBORG
United States District Judge