UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 8, 2022     **Time:** 16 minutes     **Judge:** RICHARD SEEBORG
**Case No.:** 20-cr-00249-RS     **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Andrew Dawson, Ross Weingarten
**Attorney for Defendant:** Michael Shepard
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                         **Court Reporter:** Gina Colin
**Interpreter:** n/a                                  **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - via Zoom.

## SUMMARY

Court proceedings held by Zoom/Video Conference. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Case Continued to: **May 31, 2022 at 2:30 pm** for Further Status Hearing before Judge Seeborg to be held via zoom.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 3/8/2022
Ends: 5/31/2022

Government to prepare an exclusion order.