UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 31, 2022  **Time:** 15 minutes  **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Andrew Dawson
**Attorney for Defendant:** Michael Shepard, Luke Roniger
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew           **Court Reporter:** Joan Columbini
**Interpreter:** n/a                    **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - via Zoom.

## SUMMARY

Court proceedings held by Zoom/Video Conference. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Case Continued to: **August 30, 2022 at 2:30 pm** for Further Status Hearing before Judge Seeborg to be held via zoom.

Jury Selection/Trial set for **August 7, 2023 at 9:00 am**

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 5/31/2022
Ends: 8/30/2022

Government to prepare an exclusion order.