1   MICHAEL J. SHEPARD (SBN 91281)
    *mshepard@kslaw.com*
2   **KING & SPALDING LLP**
    50 California Street, Suite 3300
3   San Francisco, CA  94111
    Telephone:    +1 415 318 1200
4   Facsimile:    +1 415 318 1300
5

6   Attorney for Defendant
7   ROWLAND MARCUS ANDRADE

8                   **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA              Case No. 3:20-cr-00249-RS

13          Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                          DEFENDANT ROWLAND MARCUS
14      v.                                ANDRADE'S MOTION TO COMPEL
                                          DISCOVERY**
15  ROWLAND MARCUS ANDRADE,

16          Defendant.
                                          Judge: Hon. Richard Seeborg
17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon the Motion of Defendant Marcus Andrade, and good cause appearing, IT IS

HEREBY ORDERED THAT Defendant's Motion to Compel Discovery in the above-captioned

case is hereby GRANTED.


Dated: _____                By: _____

                                                   HON. RICHARD SEEBORG
                                                   United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO COMPEL                    3:20-CR-00249-RS