UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00249-RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

**[PROPOSED] ORDER**

Based on the Stipulation of the parties, it is HEREBY ORDERED that, based on the Stipulation of the parties, Defendant Andrade's Motion to Compel is hereby WITHDRAWN, without prejudice.

Dated: _____  By: _____
                                    HON. LAUREL BEELER
                                    United States Magistrate Judge