UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY** |

**[~~PROPOSED~~] ORDER**

Based on the Stipulation of the parties, it is HEREBY ORDERED that, based on the Stipulation of the parties, Defendant Andrade's Motion to Compel is hereby WITHDRAWN, without prejudice.

Dated: July 22, 2022

By: _____
HON. LAUREL BEELER
United States Magistrate Judge