UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 30, 2022    **Time:** 5 minutes    **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government**: Ross Weingarten
**Attorney for Defendant:** Luke Roniger, Read Mills
**Defendant :** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                    **Court Reporter:** Ana Dub
**Interpreter:** n/a                             **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held - via Zoom.

## SUMMARY

Court proceedings held by Zoom/Video Conference.  General Order 74 authorizes the Court to proceed by way of video conference hearing.

The parties are working through remaining discovery issues and requesting a further status hearing in November.

Case Continued to: **November 15, 2022 at 2:30 pm** for Further Status Hearing before Judge Seeborg to be held via zoom.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 8/30/2022
Ends: 11/15/2022

Government to prepare an exclusion order.