UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 20-cr-00249-RS-1<br><br>**REFERRAL ORDER** |

This matter is referred to Chief Magistrate Judge Joseph Spero for identification of counsel, to be scheduled for a hearing consistent with Judge Spero's schedule.

**IT IS SO ORDERED**.

Dated: October 20, 2022

_____
RICHARD SEEBORG
Chief United States District Judge