**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:  +1 415 318 1221
Facsimile:  +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:  +1 202 626 2394
Facsimile:  +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:2-cr-00249-RS-LBx |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY** |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | Hon. Laurel Beeler, Magistrate Judge |

1

**[PROPOSED] ORDER**

Upon the Motion of Defendant Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT Defendant's Motion to Compel Discovery in the above-captioned case is hereby GRANTED.

Dated: _____       By: _____
                                                 HON. LAUREL BEELER
                                                 United States Magistrate Judge