**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-CR-00249-RS-LBx<br><br>**DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM THE DOCKET AND [PROPOSED] ORDER**<br><br>Hon. Laurel Beeler, Magistrate Judge |

1  Defendant Rowland Marcus Andrade makes this application for the purpose of seeking to remove Docket # 115, Defendant's Motion to Compel Discovery, and its attachments, which were filed on November 23, 2022. The filing should be removed because certain documentary exhibits in support of the motion that were intended to be filed under seal were inadvertently included in the public filing. See attached Declaration of Kerrie C. Dent in Support of Motion to Remove Incorrectly Filed Document from the Docket ("Dent Decl."), ¶ 4.

Counsel for Defendant immediately took steps to remedy the November 23 filing error, first by notifying the Government of the error and informing the Government that a corrected filing would be filed promptly. The Government's attorneys agreed to refrain from reviewing that document, and to destroy any copies. Dent Decl., ¶ 5.

Despite the unavailability of most court personnel over the Thanksgiving holiday weekend, counsel was able to reach a member of the court staff, who was able to lock-down the document; that is, to remove the filing from public view. Dent Decl., ¶ 5.

On November 28, 2022, defense counsel re-filed Defendant's Motion to Compel Discovery, with attachments. Dent Decl., ¶ 6. As the correct version of the pleading is now on file, counsel for Mr. Andrade respectfully requests that the incorrect pleading, Docket # 115, which inadvertently included the public filing of exhibits intended to be filed under seal, be permanently deleted from the record of this case by removing it from the court's docket.

If the Court does not grant this motion in full, then defense counsel requests an opportunity to be heard and to provide additional information.

                                                    RESPECTFULLY SUBMITTED,

DATED: November 30, 2022                KING & SPALDING LLP

                                                    By: */s/ Michael J. Shepard*
                                                         MICHAEL J. SHEPARD
                                                         KERRIE C. DENT (*Pro Hac Vice*)

                                                         Attorneys for Defendant
                                                        ROWLAND MARCUS ANDRADE

**[PROPOSED] ORDER**

Upon the motion of Defendant Rowland Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court remove Docket # 115, Defendant's Motion to Compel Discovery and Attachments 1 through 3, from the Court's ECF / PACER filing systems, as requested by Defendant.

Dated: _____     By: _____
                                                                    HON. LAUREL BEELER
                                                                    United States Magistrate Judge