# Exhibit A

May 19, 2020

The Honorable Senator Lindsey Graham
Chairman, Committee on the Judiciary
United States Senate
290 Russell Senate Office Building
Washington, D.C. 20510

The Honorable Doug Collins
Ranking Member, Committee of the Judiciary
United States House of Representatives
1504 Longworth House Office Building
Washington, D.C. 20515

The Honorable Senator Ted Cruz
The Mickey LelandFederal Building
1919 Smith St. Suite 9047
Houston, TX 77002

Re:   Request for a Senate Investigation.

*United States v. One Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri City, Texas, 77459,* No. 20-cv-02013 (N.D. Cal.)


Dear Chairman Graham, Ranking Member Collins, and Senator Ted Cruz;


I am currently requesting a Congressional investigation into the DOJ's and FBI's continuingly ongoing politically motivated persecution beyond Crossfire Hurricane which has now targeted myself and my early supporters, including members of Congress. Presently, the FBI and the DOJ of the Northern District of California are targeting me as a necessary collateral damage in order to use me as a pawn to target prominent Republican members of government who supported my projects.

I am a disabled veteran who had the goal of developing a digital currency which featured anti-money laundering and 'know your customer' compliant technologies. I saw that mainstream digital currencies such as "Bitcoin" were being used by bad actors, including terrorists, to hide and disguise financial transactions. My objective was to develop technology which would provide financial institutions and merchants a technological safe harbor for accepting digital

currency. My digital currency project garnered support from political leaders, including members of Congress.

Unfortunately for me, one of my project's early supporters was lobbyist Jack Abramoff, who the government has been investigating since his release from prison. Solely because I had a business relationship with Jack from 2017 – 2019, the perpetrators in the DOJ have targeted me as a low hanging fruit in an effort to persuade me to turn witness against former Republican Congressman Dana Rohrabacher (pictured with me below) and others introduced to me in the early years of my project. I believe the government is also aware of financial transactions between Jack Abramoff and the President's son-in-law, Jarred Kushner, which I was privy to. Ultimately, their aim is to gain publicity and influence the 2020 presidential and congressional elections.



Attached you will find a copy of a search warrant for the home of Jack Abramoff obtained by the DOJ in 2018. The DOJ used a knowingly false allegation against myself as a reason to conduct the search on Abramoff's house. On this search warrant, you will see among other names, Muzin

Capital Partners, which in 2018 announced the hiring of General Michael Flynn, the initial target of Crossfire Hurricane. At the very least, this is evidence the DOJ and FBI have been utilizing Jack Abramoff's coincidental circle, of which I was hardly privy to, for political gain. As the lowest hanging fruit, those bad actors in the DOJ hope to frighten me in order to 'name names' and lie to assist in their political persecution and ultimately influence the 2020 election. In fact, the prosecutors at the DOJ have told my attorneys that their case involves issues of 'national affairs' suggesting their real target is someone or something else.

Additionally, I discovered some of the same FBI agents persecuting me were on the General Flynn investigation as well as the Russian Collusion Hoax investigation. Rather than investigating, these 'investigators' spoke to witnesses to *tell* them my technology was a fraud in order to find a 'victim'. I have evidence of supporters/purchasers of my digital currency who informed me of these interactions with investigators who attempted to put ideas into their heads.

The rational process of investigation would have been for investigators to contact me, interview me or my developers, and/or ask to see/demo my technology. The FBI and the DOJ spoke to two of my developers who had nothing but positive things to say about me, then tried to convince them I was a fraud. Instead of a meaningful investigation, they petitioned a judge ex parte to freeze my company's financial accounts and attempt to seize my personal residence before even attempting to summon a grand jury. I have over $2,000,000 dollars in legal fees as a result said 'investigation' and the direct participation from the DOJ / FBI from the Norther District of California and the government's latest move has been to try to cut off my finances to prevent me from furthering my legal defense.

You will also find a *verified* compliant made against myself along with my answer to the compliant. Perjury by the DOJ / FBI was committed by misrepresenting various facts in the compliant which my answer to the compliant clearly proves.

Attorney General William Barr has announced that the Department of Justice over the past few decades has had increasing attempts to use the criminal justice system as a political weapon where the legal tactic is to gen up allegations of criminality by ones political opponent based on the flimsiest of legal theories. Barr further stated that he will not allow this while he is the U.S. Attorney General.

The commencement of a Congressional investigation pertaining to events surrounding the DOJ / FBI's investigation of myself and my earlier supporters over the past two years and that investigations direct connection with the Russian Collusion Hoax will help A.G. Barr in his mission to root out politically motivated prosecutions and the Peter Strzok / Lisa Page behavior amongst DOJ / FBI officials. I am happy to travel to Washington, D.C. and provide my testimony to either Chamber of Congress concerning this investigation, the actions by the FBI/DOJ, and my history with the parties involved.

Furthermore, the participation in these political based investigations commenced prior to the appointment of U.S. Attorney David Anderson and it would be fair to say that he is barely finding out about this case.

Respectfully Submitted,

Marcus Andrade, USMC
Service Disabled Veteran
AML Bitcoin Team
dojreform@protonmail.com


cc:


The Honorable William P. Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


U.S. Attorney David Anderson
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102