UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 22, 2022  **Time:** 14 minutes  **Judge:** LAUREL BEELER

**Case No.:** 20-cr-00249-RS-1  **Case Name:** UNITED STATES v. Rowland Marcus Andrade

**Attorney for Plaintiff:** Andrew Dawson
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, and Cindy Diamond

**Deputy Clerk:** Elaine Kabiling  **Zoom Recording Time:** 9:46 – 10:00
**Interpreter:** N/A

### PROCEEDINGS

Motion hearing held. Matters are argued and submitted. Court to issue order.

**EXCLUDABLE DELAY:**
Category
Begins
Ends