STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00249-RS |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| ROWLAND ANDRADE, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Christiaan Highsmith will appear in this matter in addition to AUSA Ross Weingarten. Future ECF notices should be sent to Assistant United States Attorney Highsmith with the following contact information:

    AUSA Christiaan Highsmith
    U.S. Attorneys Office Northern District of California
    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Phone: Telephone: (415) 846-7216
    christiaan.highsmith@usdoj.gov

\\

\\

1 | AUSA Ross Weingarten remains as counsel for the government in this case.

2

3 | DATED: February 14, 2023        Respectfully submitted,

4                 STEPHANIE M. HINDS
                United States Attorney

5

6

                */s/ Christiaan H. Highsmith*
7                 CHRISTIAAN H. HIGHSMITH
                Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28