**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:  +1 415 318 1200
Facsimile:  +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:  +1 202 626 2394
Facsimile:  +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00249-RS-01 (JCS) |
|---|---|
| Plaintiffs, | **DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER PERMITTING TRANSCRIPT PREPARATION OF CONFIDENTIAL HEARING** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendants. | |

Counsel for defendant Andrade, attorneys Michael J. Shepard and Kerrie C. Dent, have requested a transcript from a hearing held in this matter, from a hearing held before the Honorable Judge Joseph Spero, on November 8, 2022.  *See* ECF No. 112.  A portion of the hearing was held in a confidential manner, the court reporter has requested to be provided with an order permitting production and delivery of the transcript for the confidential proceeding to its participants.

Implementing the court reporter's request, we ask this Court to issue an order permitting preparation of the requested transcript, including its confidential portions, with distribution to the attorneys appearing for Mr. Andrade who appeared at the November 8, 2022 hearing.

This application does not request that this hearing, or its transcript, be unsealed, be shared with anyone other than the defense team and the Defendant, or that its confidential nature be changed.

Respectfully submitted

DATED:  March 9, 2023

KING & SPALDING LLP

By: */s/ Michael J. Shepard*
MICHAEL J. SHEPARD
KERRIE C. DENT

Attorneys for Defendant
ROWLAND MARCUS ANDRADE