**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:   +1 415 318 1221
Facsimile:   +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 207 3945
Facsimile:   +1 202 756 7411

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>              Defendant. | CASE NO.: 3:20-CR-00249-RS-01 (JCS)<br><br>**[PROPOSED] GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER PERMITTING TRANSCRIPT PREPARATION OF CONFIDENTIAL HEARING** |

# [~~PROPOSED~~] ORDER

Upon application of counsel and good cause appearing therefore, it is hereby ordered, that court reporter Ana Dub, or any other assigned court reporter, be permitted to prepare and a transcript of the full hearing from this Court's November 8, 2022 proceedings in this manner, including that portion of the hearing held confidentially or under seal. The transcript may be provided to attorneys for defendant Rowland Marcus Andrade who participated in the court proceedings on that date.

The hearing from November 8, 2022, itself shall remain confidential as previously ordered.

The transcript shall be treated as a confidential document, and the transcript shall not be provided to counsel for the government nor shall it be filed on the official docket in this case.

Dated: March 9, 2023              By: _____
                                  HON. JOSEPH C. SPERO
                                  United States District Court Chief
                                  Magistrate Judge