| Image | # | Chat # | Instant Message # | Date & Timestamp | From | To | Message Description |
|---|---|---|---|---|---|---|---|
| SVE058067 | 72059 | 1245 | 13 | 6/13/2014 2:56:59 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72078 | 1245 | 32 | 4/19/2015 12:37:33 AM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72079 | 1245 | 33 | 4/19/2015 12:37:46 AM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72081 | 1245 | 35 | 4/19/2015 10:00:54 AM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72082 | 1245 | 36 | 7/20/2015 5:40:27 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72089 | 1245 | 43 | 8/28/2015 3:26:06 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72115 | 1245 | 69 | 9/18/2016 4:08:10 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72118 | 1245 | 72 | 9/18/2016 5:17:32 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72139 | 1245 | 93 | 1/4/2017 10:30:44 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72140 | 1245 | 94 | 1/4/2017 11:13:15 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72151 | 1245 | 105 | 7/2/2017 1:41:34 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72152 | 1245 | 106 | 7/2/2017 1:42:16 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72170 | 1245 | 124 | 8/19/2017 10:11:28 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72171 | 1245 | 125 | 8/19/2017 10:11:43 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72172 | 1245 | 126 | 8/19/2017 10:12:09 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72176 | 1245 | 130 | 10/8/2017 5:23:58 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72178 | 1245 | 132 | 10/19/2017 12:39:11 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72179 | 1245 | 133 | 10/19/2017 1:29:12 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72182 | 1245 | 136 | 10/19/2017 1:33:42 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72183 | 1245 | 137 | 10/19/2017 1:34:07 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72188 | 1245 | 142 | 11/22/2017 3:02:56 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72189 | 1245 | 143 | 11/22/2017 3:12:24 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72190 | 1245 | 144 | 11/22/2017 6:13:28 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72191 | 1245 | 145 | 11/22/2017 6:14:02 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72192 | 1245 | 146 | 11/22/2017 6:22:45 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72197 | 1245 | 151 | 1/8/2018 10:04:55 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72198 | 1245 | 152 | 1/8/2018 10:24:39 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72234 | 1245 | 188 | 1/31/2018 2:19:48 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72235 | 1245 | 189 | 1/31/2018 2:28:45 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058067 | 72236 | 1245 | 190 | 1/31/2018 2:29:28 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058067 | 72237 | 1245 | 191 | 1/31/2018 2:29:53 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72884 | 1249 | 13 | 6/13/2014 2:56:59 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72903 | 1249 | 32 | 4/19/2015 12:37:33 AM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72904 | 1249 | 33 | 4/19/2015 12:37:46 AM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72906 | 1249 | 35 | 4/19/2015 10:00:54 AM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72907 | 1249 | 36 | 7/20/2015 5:40:27 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72914 | 1249 | 43 | 8/28/2015 3:26:06 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72940 | 1249 | 69 | 9/18/2016 4:08:10 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72943 | 1249 | 72 | 9/18/2016 5:17:32 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72964 | 1249 | 93 | 1/4/2017 10:30:44 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72965 | 1249 | 94 | 1/4/2017 11:13:15 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72976 | 1249 | 105 | 7/2/2017 1:41:34 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72977 | 1249 | 106 | 7/2/2017 1:42:16 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SVE058076 | 72995 | 1249 | 124 | 8/19/2017 10:11:28 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 72996 | 1249 | 125 | 8/19/2017 10:11:43 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 72997 | 1249 | 126 | 8/19/2017 10:12:09 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73001 | 1249 | 130 | 10/8/2017 5:23:58 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73003 | 1249 | 132 | 10/19/2017 12:39:11 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73004 | 1249 | 133 | 10/19/2017 1:29:12 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73007 | 1249 | 136 | 10/19/2017 1:33:42 PM(UTC-4) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73008 | 1249 | 137 | 10/19/2017 1:34:07 PM(UTC-4) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73013 | 1249 | 142 | 11/22/2017 3:02:56 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73014 | 1249 | 143 | 11/22/2017 3:12:24 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73015 | 1249 | 144 | 11/22/2017 6:13:28 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73016 | 1249 | 145 | 11/22/2017 6:14:02 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73017 | 1249 | 146 | 11/22/2017 6:22:45 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73022 | 1249 | 151 | 1/8/2018 10:04:55 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73023 | 1249 | 152 | 1/8/2018 10:24:39 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73059 | 1249 | 188 | 1/31/2018 2:19:48 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73060 | 1249 | 189 | 1/31/2018 2:28:45 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |
| SVE058076 | 73061 | 1249 | 190 | 1/31/2018 2:29:28 PM(UTC-5) | Robert & Renee Abramoff | Jack Abramoff | Family issue interaction |
| SVE058076 | 73062 | 1249 | 191 | 1/31/2018 2:29:53 PM(UTC-5) | Jack Abramoff | Robert & Renee Abramoff | Family issue interaction |

| Image | # | Name | File Description |
|---|---|---|---|
| SVE058076 | 33492 | Mr. & Mrs. Robert & Renee Abramoff | Robert Abramoff current home phone number |
| SVE058076 | 33493 | Mr. & Mrs. Robert & Renee Abramoff | Robert Abramoff current mobile phone number |
| SVE058067 | 33492 | Mr. & Mrs. Robert & Renee Abramoff | Robert Abramoff current home phone number |
| SVE058067 | 33493 | Mr. & Mrs. Robert & Renee Abramoff | Robert Abramoff current mobile phone number |