**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant. | Case No.: 3:20-CR-00249-RS-LBx<br><br>**DEFENDANT'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Defendant Marcus Andrade hereby moves that Docket # 173, and its supporting Docket # 173-1, be removed from the docket permanently.

As indicated in the supporting Declaration of Counsel filed with this motion, on May 17, 2023, at the end of the day, counsel for Mr. Andrade filed a status report regarding Judge Beeler's recent discovery orders, Docket # 173, and a supporting declaration of attorney Kerrie C. Dent, Docket # 173-1.  Ms. Dent's declaration had six exhibits, all of which consisted of communications between the government and Mr. Andrade's attorneys.

Early in the day today, on May 18, 2023, counsel for Mr. Andrade determined that at least one exhibit contained material that should have been redacted in the publicly-available docket.  Court personnel was reached, and document 173 with its attachment 173-1 has been locked-down, out of view of the public. Mr. Andrade's attorneys subsequently determined the exhibits were not integral to the declaration nor the status report.  Documents identical in substance to former Docket numbers 173 and 173-1 but without exhibits were then filed, as Docket numbers 174 and 174-1.

This motion is made to request that documents formerly labeled as Docket numbers 173 and 173-1 be permanently removed from this Court's files, including the ECF and PACER systems.

DATED:  May 18, 2023                    Respectfully Submitted,

                                                /s/
                                       _____
                                       CINDY A. DIAMOND, Esq., and

                                       KING & SPALDING, LLP, by:
                                       MICHAEL J. SHEPARD, Esq. and
                                       KERRIE C. DENT, Esq.