**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:    +1 202 626 3737

CINDY A. DIAMOND (SB # 124995)
ATTORNEY AT LAW
58 West Portal Ave #350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendant. | Case No.: 3:20-CR-00249-RS-LBx<br><br>**PROPOSED ORDER** |

    Upon the motion of defendant Rowland Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court be directed to remove Docket # 173 and

1  its attachment, Docket #173-1, from the Court's ECF - PACER filing systems.

DATED: _____          _____
                                  Hon. LAUREL BEELER
                                  United States Magistrate Judge