**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   +1 415 318 1200
Facsimile:   +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394
Facsimile:   +1 202 626 3737

CINDY A. DIAMOND (SB # 124995)
ATTORNEY AT LAW
58 West Portal Ave #350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 3:20-CR-00249-RS-LBx |
| Plaintiff, | ~~PROPOSED~~ **ORDER** |
| vs. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

Upon the motion of defendant Rowland Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court be directed to remove Docket # 173 and

its attachment, Docket #173-1, from the Court's ECF - PACER filing systems.

DATED: May 19, 2023

Hon. LAUREL BEELER
United States Magistrate Judge