UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 20-cr-00249-RS (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 1278 |

This order addresses the disputes in ECF No. 178 about the timeline for production that the court ordered previously. (Orders – ECF Nos. 165 and 170.)

First, for any future timeline disputes about the sufficiency of the government's production, Mr. Andrade must identify any disputes to the government, and the parties must confer to reduce disputes. Then, in a draft joint report (with each dispute set forth in a separately numbered section, like the format in the current report), the government must set forth its position and email the draft to Mr. Andrade. Mr. Andrade must insert his response and email it back to the government. The government then must reply to that response and file the joint report.

Second, the government may submit its withheld documents for the court's in camera review. (Joint Status Report – ECF No. 178 at 3–4.) It must lodge a chambers copy that is appropriately tabbed and organized for the court's review.

ORDER – No. 20-cr-00249-RS (LB)

Third, for the Levin extractions, the court cannot tell whether there is a dispute. The government seemingly said that it produced all that it has. The parties must resubmit this dispute in the format described above. The court asks the parties to eliminate unnecessary commentary that only obfuscates and does not illuminate the disputes.

Fourth, for the Erickson device, the court cannot tell what the dispute is. Again, the parties must resubmit it in the form described above.

Fifth, the government proposes, and Mr. Andrade accepts, a production date of June 2 for the information described in category 4 of ECF No. 178.

Sixth, the government's representation about its compliance for category 5 complies with the court's earlier order.

**IT IS SO ORDERED.**

Dated: May 26, 2023

LAUREL BEELER
United States Magistrate Judges