ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
CHRISTIAAN HIGHSMITH (CABN 296282)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019
FAX: (415) 436-7234
andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS ANDRADE,<br>Defendant. | CASE NO. CR 20-249 RS<br><br>JOINT STIPULATION RE: TRIAL DATES |

On June 6, 2023, the Court held a status conference in this case. During the hearing, the Court ordered the parties, over the objection of the defendant, to stipulate to three different trial dates in the first quarter of 2024 and to submit the stipulation to the Court by June 20, 2023. Dkt. 184. The government anticipates that its case-in-chief will take no more than 10 court days (two weeks), although the government reserves the right to modify that estimate as circumstances change. As discovery remains ongoing, the defendant has no estimate for the time of his case, if any.

Accordingly, the parties propose that the Court select one of the following trial start dates:

- Monday, March 18, 2024
- Monday, March 11, 2024

- Monday, February 26, 2024

IT IS SO STIPULATED

DATED: June 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
ANDREW F. DAWSON
ROSS WEINGARTEN
CHRISTIAAN HIGHSMITH
Assistant United States Attorneys

KING & SPALDING LLP

By: */s/ Michael J. Shepard*
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
Attorneys for Defendant
ROWLAND MARCUS ANDRADE