ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | NO. CR-20-249 RS <br> [FILED JUNE 22, 2020] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAPHETH DILLMAN, <br><br> Defendant. | NO. CR-23-140 JD <br> [FILED MAY 9, 2023] <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The two cases involve interrelated

NOTICE OF RELATED CASES
U.S. v. ANDRADE, 20-CR-249 RS
U.S. v. DILLMAN, 23-CR-140 JD

1

cryptocurrency fraud schemes. Several of the same witnesses and some of the same evidence will be presented at the trials in both cases. Further, Defendant Japheth Dillman is involved in both cases and his conduct likely will be at issue in both trials.

*United States v. Andrade*, Case No. 20-cr-249 RS, involves material misstatements surrounding the promotion, solicitation, and sale of the purported cryptocurrency, "AML Bitcoin." Japheth Dillman, the defendant in Case No. 23-cr-140 JD, was involved in the development and promotion of AML Bitcoin and at times was described as the Chief Strategy Officer of AML Bitcoin. Further, part of the fraud charged in Case No. 23-cr-140 JD involved Dillman investing in AML Bitcoin, hiding that investment from Dillman's investors, and Dillman obtaining the above-referenced position within AML Bitcoin, which he used to market AML Bitcoin and sell their tokens in furtherance of the charged AML Bitcoin fraud scheme. In addition, the government expects several of the same witnesses to testify in both cases about similar, interrelated maters relevant to both alleged fraud schemes. Moreover, *United States v. Dillman*, Case No. 23-cr-140 JD, arose out of the investigation resulting in the charges handed down in Case No. 20-cr-249 RS. In addition to both cases involving several of the same witnesses, the discovery in both cases is overlapping and much of the same evidence will be introduced in both trials.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and some of the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: August 9, 2023                                             Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


/s/ Christiaan Highsmith
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. ANDRADE, 20-CR-249 RS
U.S. v. DILLMAN, 23-CR-140 JD