MICHAEL J. SHEPARD (SBN 91281)
 *mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
 *kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 *cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>            Defendant. | Case No. 3:2-cr-00249-RS-LBx<br><br>**DECLARATION OF DEFENDANT MARCUS ANDRADE IN SUPPORT OF MOTION TO ATTEND OCTOBER 26 HEARING REMOTELY**<br><br>Date:      October 26, 2023<br>Time:     9:30 a.m.<br>Judge:    Magistrate Laurel Beeler |

I, Rowland Marcus Andrade, hereby declare under penalty of perjury:

1. I am the defendant in the above-captioned case. I submit this declaration in support of my motion for an order permitting my attendance via videoconference at a hearing scheduled for October 26, 2023.

2. I understand that I have a right to attend the hearing on October 26 in person, but I hereby waive my right.

3. I reside in Missouri City, Texas with my family. The October 26 hearing is in San Francisco, California.

4. Traveling to San Francisco from Texas would likely require two days away from home, which would not allow me to be with my two young children, who require my care during the day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 10, 2023 in Missouri City, Texas.

*/s/ Marcus Andrade*
Rowland Marcus Andrade