1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       christiaan.highsmith@usdoj.gov

8  Attorneys for United States of America

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,           )  NO. CR. 20-CR-00249 RS
13                                     )
          Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
14                                     )  CONTINUING STATUS HEARING AND
     v.                                )  EXCLUDING TIME UNDER THE SPEEDY TRIAL
15                                     )  ACT FROM OCTOBER 17, 2023, TO NOVEMBER
   ROWLAND MARCUS ANDRADE,             )  14, 2023
16                                     )
          Defendant.                   )
17                                     )
                                       )
18

19       The above-referenced case was originally set for a status hearing on October 17, 2023, at 9:30

20 a.m. via Zoom. (ECF No. 184). The Court moved the time to 2:30 p.m., but Counsel for the United

21 States has a conflict at that time. Counsel for the United States and counsel for Defendant Andrade have

22 met and conferred and respectfully request that this Court continue Defendant Andrade's status hearing

23 to the next date on which everyone is available, November 14, 2023, at 2:30 p.m., via Zoom.

24       The United States has produced voluminous discovery to Defendant Andrade in response to

25 some of Mr. Andrade's requests, which the defense is reviewing in preparation for trial. Further, the

26 parties are engaged in discovery-related litigation before U.S. Magistrate Judge Laurel Beeler, including

27 a hearing set for October 26, 2023.

28       The parties also request and stipulate that time between October 17, 2023, and November 14,

STIPULATION AND [PROPOSED] ORDER
Case No. CR 20-00249 RS

1  2023, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The
2  parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time
3  are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy
4  trial. 18 U.S.C. § 3161(h)(7)(A).

5        IT IS SO STIPULATED

6
7  DATED:     October 12, 2023            Respectfully submitted,

8                                                  ISMAIL J. RAMSEY
                                                United States Attorney

9
10                                                 /s/
                                                CHRISTIAAN H. HIGHSMITH
11                                                 Assistant United States Attorney

12
13 DATED:     October 12, 2023                  /s/
                                                MICHAEL J. SHEPARD
14                                                 KERRIE C. DENT
                                                CINDY A. DIAMOND
15                                                 Attorneys for Defendant
                                                ROWLAND MARCUS ANDRADE

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No. CR 20-00249 RS

### **[PROPOSED] ORDER**

For the reasons stated above by the parties, the status hearing currently set in this matter is hereby continued to November 14, 2023, at 2:30 p.m.  Further, for the reasons stated above and because good cause has been shown, the time between October 17, 2023, and November 14, 2023, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. §3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.  Further, the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: _____

HON. RICHARD SEEBORG
United States District Judge