1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       christiaan.highsmith@usdoj.gov
8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION

12
13  UNITED STATES OF AMERICA,              )   NO. CR. 20-CR-00249 RS
                                           )
14      Plaintiff,                         )   STIPULATION AND ORDER CONTINUING
                                           )   STATUS HEARING AND EXCLUDING TIME
15      v.                                 )   UNDER THE SPEEDY TRIAL ACT FROM
                                           )   OCTOBER 17, 2023, TO NOVEMBER 14, 2023
16  ROWLAND MARCUS ANDRADE,                )
                                           )
17      Defendant.                         )
                                           )
18

19      The above-referenced case was originally set for a status hearing on October 17, 2023, at 9:30

20  a.m. via Zoom. (ECF No. 184).  The Court moved the time to 2:30 p.m., but Counsel for the United

21  States has a conflict at that time.  Counsel for the United States and counsel for Defendant Andrade have

22  met and conferred and respectfully request that this Court continue Defendant Andrade's status hearing

23  to the next date on which everyone is available, November 14, 2023, at 2:30 p.m., via Zoom.

24      The United States has produced voluminous discovery to Defendant Andrade in response to

25  some of Mr. Andrade's requests, which the defense is reviewing in preparation for trial.  Further, the

26  parties are engaged in discovery-related litigation before U.S. Magistrate Judge Laurel Beeler, including

27  a hearing set for October 26, 2023.

28      The parties also request and stipulate that time between October 17, 2023, and November 14,

STIPULATION AND ORDER Case No. CR
20-00249 RS

2023, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED

DATED:   October 12, 2023                          Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED:   October 12, 2023                            /s/
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
Attorneys for Defendant
ROWLAND MARCUS ANDRADE

STIPULATION AND ORDER Case No. CR 20-00249 RS

## **ORDER**

For the reasons stated above by the parties, the status hearing currently set in this matter is hereby continued to November 14, 2023, at 2:30 p.m.  Further, for the reasons stated above and because good cause has been shown, the time between October 17, 2023, and November 14, 2023, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. §3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.  Further, the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: October 13, 2023

HON. RICHARD SEEBORG
United States District Judge