UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 20-cr-00249-RS (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 215 |

This order addresses the dispute in ECF No. 215. The court held a hearing on November 2, 2023. The dispute is about whether the government has produced an image of Alexander Levin's phone.[1] The court previously ordered its production.[2] The government now says that it cannot produce information that is outside the scope of the search warrant.[3] It previously offered to produce an image subject to an AEO designation.[4] These positions seem inconsistent. In any event, the government did not raise these objections previously, arguing only that the information was not relevant. Citing the full legal standards under *Brady v. Maryland*, 373 U.S. 83, 87 (1983),

---

[1] Mot. – ECF No. 215 at 2. Citations refer to the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 165 at 11.

[3] Opp'n – ECF No. 220 at 4.

[4] *Id.* at 3.

ORDER – No. 20-cr-00249-RS (LB)

and its progeny, and Federal Rule of Criminal Procedure 16(a)(1)(E), the court ordered the government to produce an image of the phone.[5] The court does not repeat the standards: instead it incorporates its earlier order fully by this reference.[6]

The court orders the following. First, within fourteen days, the government must produce any information that it seized from the Levin phone that was identified in the search warrant. The government said it has done so already.[7] If so, it need not reproduce any previously produced information. Second, by November 9, 2023, the government must update the court with its position about returning an image of the phone to Mr. Levin. If it does, then Mr. Andrade can then subpoena information from the phone. Mr. Levin is free to resist that subpoena.

**IT IS SO ORDERED.**

Dated: November 5, 2023

LAUREL BEELER
United States Magistrate Judges

---

[5] *Id.* at 4.

[6] Order – ECF No. 165.

[7] Opp'n – ECF No. 220 at 4.