MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:   +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:   +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>   Defendant. | Case No. 3:2-cr-00249-RS-[LB]<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ROWLAND MARCUS ANDRADE'S EX PARTE MOTION RELATING TO ALEXANDER LEVIN'S DEVICES**<br><br>Judge: Hon. Laurel Beeler |

1

I, Kerrie C. Dent, hereby declare under penalty of perjury:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above captioned matter. I file this declaration to support the facts set forth in Mr. Andrade's ex parte motion to compel the government to disclose the name and contact information of Alexander Levin's attorney and to refrain from returning Levin's devices until Mr. Andrade has had a reasonable amount of time to subpoena them. I have personal knowledge of the events described in the ex parte motion and, if called as a witness in this matter, I could competently testify to the matters stated in this Declaration.

2. We are filing this motion ex parte because immediate consideration by the Court is necessary to ensure that the Levin devices – which the Court has ruled are material to Mr. Andrade's defense – are not lost or destroyed prior to Mr. Andrade having the opportunity to subpoena them.

3. On the evening of November 2, 2023, after the Court ordered the government to update it within a week about whether an image of Mr. Levin's devices had been returned to Mr. Levin, and if not, whether the government objects to doing so (Dkt. ## 234 and 235), I emailed the government to ensure that the devices were not destroyed or lost before we were given an opportunity to subpoena them from Mr. Levin or his lawyer. I wrote:

> Please let us know as soon as you learn whether the SDNY or FBI or other government agency still has Levin's device or devices, and, if so, whether they plan to return anything to Levin. If they still have any devices and will return them, then we ask to be notified when, to whom, and where any device is going to be returned. Please provide this notice sufficiently reasonably in advance so that we can serve a subpoena for what is returned. Similarly, if they already have returned the device, please let us know where and to whom it was sent so that we can serve a subpoena.

The government did not respond to the email.

4. On November 9, 2023, in response to the Court's November 2 Order, the government reported that it does not object to returning Mr. Levin's cell phone to Mr. Levin, I reached out to AUSA Highsmith and left a message on his work phone to remind him that Mr. Andrade would like to serve a subpoena for Mr. Levin's devices. To ensure that the devices are preserved until he is provided with the devices the Court has ruled are material to his defense, I

asked Mr. Highsmith to provide him with the name and contact information for Mr. Levin's attorney and to refrain from returning the devices to either Mr. Levin or his attorney until after Mr. Andrade has had a reasonable amount of time to serve a subpoena for the devices. I have not yet heard back from Mr. Highsmith. My co-counsel, Cindy Diamond, today, also reached out to Mr. Highsmith by email and conveyed this message.

      I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 9, 2023 in McLean, Virginia.

*/s/ Kerrie C. Dent*
KERRIE C. DENT