**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No.: 3:20-CR-00249-RS [LB]<br><br>[Proposed] **ORDER GRANTING DEFENDANT ANDRADE'S *EX PARTE* MOTION TO DISCLOSE ATTORNEY INFORMATION AND TO REFRAIN FROM RETURNING LEVIN DEVICES UNTIL SUBPOENA IS SERVED** |

On the ex parte motion of Defendant Rowland Marcus Andrade, and good cause appearing therefore,

IT IS HEREBY ORDERED

1) That the government shall promptly provide Mr. Andrade's counsel with the name of Alexander Levin's attorney and all contact information available for that attorney; and

2) That the government shall work with the prosecutors in the Southern District of New York to immediately ensure that Mr. Levin's iPhone and iPad are not returned to Mr. Levin or to Mr. Levin's attorney until Mr. Andrade is provided a reasonable amount of time to serve a subpoena for the devices.

IT IS SO ORDERED:

Date: November __, 2023

_____
Hon. LAUREL BEELER
United States District Court Magistrate Judge