ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiann.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00249 RS-1 |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| MARCUS ANDRADE | |
| Defendant. | |

TO THE COURT AND DEFENDANTS AND COUNSEL:

PLEASE TAKE NOTICE THAT the Clerk is hereby requested to enter the appearance of Assistant United States Attorney ("AUSA") David Ward, who will be appearing on behalf of the United States in the above-captioned case. The Clerk is requested to change the docket sheet and other Court records to ensure that all orders and communications from the Court will, in the future, be additionally directed to AUSA Ward at the above mailing address, telephone number, facsimile number, and email address.

//

Please also take note that, from the date of this request, all matters served on the government should also be served on AUSA Weingarten. Please amend your service list accordingly.

DATED: November 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
DAVID J. WARD
Assistant United States Attorney