1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      FAX: (415) 436-7234
8     christiaan.highsmith@usdoj.gov
      david.ward@usdoj.gov
9
   Attorneys for United States of America
10
                            UNITED STATES DISTRICT COURT
11
                           NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 20-CR-00249 RS
                                     )
15 |     Plaintiff,                   )
                                     ) [PROPOSED] ORDER EXCLUDING TIME
16 |  v.                              ) FROM NOVEMBER 14, 2023 TO JANUARY 23,
                                     ) 2024 UNDER THE SPEEDY TRIAL ACT
17 | ROWLAND MARCUS ANDRADE,          )
                                     )
18 |     Defendant.                   )
                                     )
19 |                                  )
                                     )
20

21     On November 14, 2023, the defendant Roland Marcus Andrade, represented by counsel, and the

22 United States, through counsel, appeared before the Court for a status conference in the above pending

23 criminal action. The Court set a further status conference on January 23, 2024. The parties agreed that

24 an exclusion of time under the Speedy Trial Act was appropriate from November 14, 2023 to January

25 23, 2024.

26     Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to

27 exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of

28 counsel at the status conferences regarding the need to review discovery and prepare for trial, the Court

1  finds that an exclusion of time is necessary to permit effective preparation of counsel.  Failure to grant
2  an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary
3  for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §
4  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from
5  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
6  speedy trial.
7        Therefore, IT IS HEREBY ORDERED that the time between and including November 14, 2023
8  to January 23, 2024 shall be excluded from computation under the Speedy Trial Act, pursuant to 18
9  U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).
10       IT IS SO ORDERED.

DATED:  11/15/2023

_____
HONORABLE RICHARD SEEBORG
Chief United States District Judge