MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
 kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE<br><br>Defendant. | Case No. 3:2-cr-00249-RS-1<br><br>**STIPULATION TO AMEND CONDITIONS OF APPEARANCE BOND AND [PROPOSED] ORDER** |

Because the majority of the lawyers on Mr. Andrade's legal team work at King & Spalding's D.C. office, and because Mr. Andrade no longer has a need to travel to any part of California other than the Northern District, the parties hereby stipulate to the following proposed order. Pretrial Services has no objection to this modification of the conditions of release.

**SO STIPULATED**, on November 21, 2023.


For the United States:	ISMAIL J. RAMSEY
	United States Attorney

	         /s/
	CHRISTIAAN HIGHSMITH
	DAVID J. WARD
	Assistant United States Attorneys



For Mr. Andrade:	         /s/
	MICHAEL J. SHEPARD
	KERRIE C. DENT
	CINDY A. DIAMOND

	Attorneys for Defendant
	ROWLAND MARCUS ANDRADE

**[PROPOSED] ORDER**

The terms and conditions of release of Defendant Rowland Marcus Andrade's Bond (ECF No. 13) are hereby amended as follows: the District of Columbia is added to the list of places to which Mr. Andrade is permitted to travel without further permission, and the Central District of California is removed from the list of places that Mr. Andrade is permitted to travel without further permission.

Dated: _____  _____
HONORABLE RICHARD SEEBORG
United States Senior District Judge