```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7230
8      christiaan.highsmith@usdoj.gov
       david.ward@usdoj.gov
9
   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS ANDRADE <br><br> Defendant. | NO. CR 20-00249 RS-1 <br><br> **STIPULATION TO VACATE AND RESET TRIAL DATE AND TO EXCLUDE TIME ORDER** <br><br> Dept.: Courtroom 3 – 17th Floor <br> Judge: Hon. Richard Seeborg <br><br> Hearing Date: January 23, 2024 |

On November 14, 2023, the parties to the above-captioned matter appeared before the Court for a status hearing. *Dkt. 242.* At that hearing, counsel for defendant Andrade requested that the March 11, 2024 trial date be vacated and reset in order to allow defense counsel adequate time to review voluminous discovery and resolve remaining discovery disputes. Following the hearing, the government and defense counsel met and conferred, and based upon defense counsel's representations, the parties hereby move to vacate the March 11, 2024 trial date, and to set a trial date in this case for August 5,

1  2024. The parties have consulted with the Court and understand that the Court is available for trial
2  beginning on that date. The parties have discussed a proposed pretrial schedule order but have not
3  reached agreement.

4        The Court has excluded time through January 23, 2024 under the Speedy Trial Act. *Dkt. 244.*
5  The parties hereby stipulate and ask the Court to exclude time under the Speedy Trial Act from January
6  23, 2024 to August 5, 2024. This will allow defense counsel to continue to prepare, including by
7  reviewing discovery. For this reason, the parties believes that excluding time until August 5, 2024 will
8  allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further
9  stipulate and assert that the ends of justice served by excluding the time from January 23, 2024 through
10 August 5, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public
11 and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

12       The parties are set to appear before the Court on January 23, 2024 for a status conference. *Dkt.*
13 *242.*

15 DATED: December 29, 2023                   Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *David J. Ward*
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys

21 DATED: December 29, 2023

By: /s/ *With Permission*
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
Attorneys for Defendant ANDRADE

STIP. TO RESET TRIAL DATE & EXCLUDE TIME    2
CR 20-00249 RS

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the trial of the above captioned matter be continued from March 11, 2024 to August 5, 2024.

The Court further finds that failing to exclude the time from January 23, 2024 through August 5, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding the time from January 23, 2024 to August 5, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, it is hereby ORDERED that the time from January 23, 2024 through August 5, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO ORDERED.**

Dated: __12/29/2023__

HONORABLE RICHARD SEEBORG
United States Chief District Judge