**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>           Defendant. | Case No.: 3:20-CR-00249-RS<br><br>***EX PARTE* MOTION FOR ISSUANCE OF EIGHT RULE 17(b) and 17(c) SUBPOENA** |

Defendant Rowland Marcus Andrade hereby moves this Court for an order

1) Issuing the defense subpoenas provided as an attachment to this administrative

1 motion; and

2    2) Providing payment of fees and expenses associated with production of the materials
3 so subpoenaed as if subpoenaed by the government, based on the fact that Mr. Andrade has
4 qualified for defense provided by CJA, and lacks the ability to pay production costs if requested
5 by the target of the subpoena.

6 DATED: April 30, 2024           Respectfully Submitted,

8                       /s/

9           CINDY A. DIAMOND, Esq.
10          Attorney for Defendant
           ROWLAND MARCUS ANDRADE