**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>      Defendant. | Case No.: 3:20-CR-00249-RS-LB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SET DATES FOR BRIEFING AND HEARING, ON DEFENDANT'S MOTION FILED AS ECF # 317 REGARDING THE LEVIN DEVICES** |

With respect to filing deadlines related to Mr. Andrade's motion entitled "Defendant's Motion for An Order Requiring the Government to Produce the Master Copy and Any Other Images of Levin's Phone or Submit the Levin Devices to the Court," filed as docket number 317:

The parties hereby stipulate and agree that:

1) The Government shall file an opposition to the motion no later than July 9, 2024, and

2) Mr. Andrade may file a reply no later than July ~~14~~ 15, 2024 by 2:00 p.m.

3) The hearing on Mr. Andrade's motion shall be heard on July 18, 2024, at 10:30 a.m., via a hybrid (in-person and remote) proceeding.

SO STIPULATED:

For the Government:

/s/
_____   Dated: 7/2/2024
CHRISTIANN HIGHSMITH
DAVID WARD
MATTHEW CHOU

For Mr. Andrade:

/s/
_____   Dated: 7/2/2024
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

**~~PROPOSED~~ ORDER**

The aforementioned stipulation of the parties is adopted as an Order of this Court.

_____                    _____July 2_____, 2024
HON. MAGISTRATE JUDGE BEELER