ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249-RS (LB)<br><br>**[PROPOSED] ORDER SETTING CIPA PRETRIAL CONFERENCE AND DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER** |

Having considered the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, and Motion to Set Pretrial Conference and Designate Classified Information Security Officer, the Court FINDS:

That the United States has notified the Court that this case may involve classified information;

That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

1  That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO"); and

3  That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.  Good cause appearing,

IT IS HEREBY ORDERED setting a CIPA Section 2 Pretrial Conference on August 7, 2024 at 2:30 p.m.

IT IS FURTHER ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456,  94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the Classified Information Security Officer in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as alternate Court Security Officers in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: _____

HON. RICHARD SEEBORG
Chief United States District Judge