MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
58 West Portal Ave #350
San Francisco, CA 94127
408.981.6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | Case No. 3:20-cr-00249-RS-LBx <br><br> **STIPULATION AND PROPOSED ORDER TO SET DATES FOR BRIEFING ON GOVERNMENT'S MEMORANDUM OF LAW PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT AND MOTION TO SET PRETRIAL CONFERENCE AND DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER** <br><br> Date: August 7, 2024 <br> Time: 2:30 a.m. by Videoconference <br> Judge: Hon. Richard Seeborg |

The parties hereby stipulate and agree to the following deadlines with respect to briefing related to the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act and Motion to Set Pretrial Conference and Designate a Classified Information Security Officer ("CIPA Motion") (Dkt. #322):

1) Mr. Andrade will file a response to the CIPA Motion no later than July 25, 2024;

2) the government may file a reply no later than August 1, 2024; and

3) the hearing on the CIPA Motion shall be held during the previously scheduled Status Conference on August 7, 2024, at 2:30 p.m., by videoconference.

**SO STIPULATED:**

For the Government:

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____                                    Dated: July 18, 2024
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys
MATTHEW CHOU
Special Assistant United States Attorney


For Mr. Andrade:

_____/s/_____                                    Dated: July 18, 2024
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

**PROPOSED ORDER**

The aforementioned Stipulation of the parties is adopted as an Order of this Court.

Dated: July   , 2024

_____
HON. CHIEF JUDGE SEEBORG