| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CHRISTIAAN HIGHSMITH (CABN 296282)<br>DAVID WARD (CABN 239504)<br>Assistant United States Attorneys<br><br>MATTHEW CHOU (CABN 325199)<br>Special Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-*7200*<br>    FAX: (415) 436-7230<br>    christiaan.highsmith@usdoj.gov<br>    David.ward@usdoj.gov<br>    matthew.chou2@usdoj.gov<br><br>Attorneys for United States of America | MICHAEL J. SHEPARD (SBN 91281)<br>mshepard@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, California 94111<br>Telephone: (415) 318-1221<br><br>KERRIE C. DENT (admitted *pro hac vice*)<br>kdent@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 626-2394<br><br>CINDY A. DIAMOND (SBN 124995)<br> cindy@cadiamond.com<br>ATTORNEY AT LAW<br>58 West Portal Ave #350<br>San Francisco, CA 94127<br>Telephone: (408) 981-6307<br><br>Attorneys for Defendant Marcus Andrade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249-RS (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER AND SETTING NEW DEADLINE FOR BRIEFING OF CIPA SCHEDULE** |

The parties to the above captioned matter hereby STIPULATE and agree as follows:

On July 13, 2024, the government filed notice that matters related to classified information have arisen in this case, and asked that the Court appoint a Classified Information Security Officer (CISO) and to set a briefing schedule related to the Classified Information Protection Act (CIPA). *Dkt. 322*. On July 25, 2024, defendant Andrade filed a response. *Dkt. 327*. At a status hearing on August 7, 2024, the Court ordered the parties to further meet and confer on the government's proposed CIPA briefing

scheduling order. *Dkt. 334*. The parties have met and conferred, and jointly stipulate and ask that the Court designate a CISO in this case at this time. Following the parties' consultation with the CISO, including regarding the timing for obtaining security clearances and other aspects of the CIPA process, the parties further stipulate and agree to meet and confer and, by no later than August 28, 2024, to file a stipulated schedule for the CIPA process. If the parties are unable to agree on a stipulated schedule, each party will file a brief, of no more than 4 pages in length, setting forth their respective positions on the appropriate schedule for the CIPA process.

DATED: August 14, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/ David J. Ward_____
DAVID J. WARD
CHRISTIAAN HIGHSMITH
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

CHANTELLE DIAL
Trial Attorney, National Security Division

__/s/ Michael J. Shepard_____
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
Attorneys for Defendant Marcus Andrade

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7230
christiaan.highsmith@usdoj.gov
David.ward@usdoj.gov
matthew.chou2@usdoj.gov

Attorneys for United States of America

MICHAEL J. SHEPARD (SBN 91281)
mshepard@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1221

KERRIE C. DENT (admitted *pro hac vice*)
kdent@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 626-2394

CINDY A. DIAMOND (SBN 124995)
cindy@cadiamond.com
ATTORNEY AT LAW
58 West Portal Ave #350
San Francisco, CA 94127
Telephone: (408) 981-6307

Attorneys for Defendant Marcus Andrade

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | CASE NO. 20-CR-00249-RS <br><br> **STIPULATED [PROPOSED] ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER AND SETTING NEW DEADLINE FOR BRIEFING OF CIPA SCHEDULE** |

Having held a Status Conference in the case on August 7, 2024 to discuss the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, and Motion to Set Pretrial Conference and Designate Classified Information Security Officer, and Defendant Andrade's Response to that Motion; the Court finds:

That the United States has notified the Court that this case may involve classified information;

1  That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO");

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity; and

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the CISO in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as alternate Court Security Officers in the above-captioned matter.

IT IS FURTHER ORDERED that within two weeks of the Court's Order, the parties shall have another meet-and-confer and either file a stipulated schedule for the CIPA process or, alternatively, shall each file a brief, no more than 4 pages in length, setting forth their respective positions on the appropriate schedule for the CIPA process.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to prevent the United States from continuing to move forward with the process it described at the August 7 Status Conference as working with the entity holder of the classified information to get the necessary approvals for making its initial CIPA section 4 filing.

//

//

//

//

IT IS FURTHER ORDERED that, except as expressly set forth herein, nothing in this Order shall limit the contentions of either party in any later filing.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. RICHARD SEEBORG
United States Chief District Judge