| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CHRISTIAAN HIGHSMITH (CABN 296282)<br>DAVID WARD (CABN 239504)<br>Assistant United States Attorneys<br><br>MATTHEW CHOU (CABN 325199)<br>Special Assistant United States Attorney<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 436-*7200*<br>   FAX: (415) 436-7230<br>   christiaan.highsmith@usdoj.gov<br>   David.ward@usdoj.gov<br>   matthew.chou2@usdoj.gov<br><br>Attorneys for United States of America | MICHAEL J. SHEPARD (SBN 91281)<br>mshepard@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, California 94111<br>Telephone: (415) 318-1221<br><br>KERRIE C. DENT (admitted *pro hac vice*)<br>kdent@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 626-2394<br><br>CINDY A. DIAMOND (SBN 124995)<br> cindy@cadiamond.com<br>ATTORNEY AT LAW<br>58 West Portal Ave #350<br>San Francisco, CA 94127<br>Telephone: (408) 981-6307<br><br>Attorneys for Defendant Marcus Andrade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249-RS<br><br>**STIPULATED ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER AND SETTING NEW DEADLINE FOR BRIEFING OF CIPA SCHEDULE** |

Having held a Status Conference in the case on August 7, 2024 to discuss the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, and Motion to Set Pretrial Conference and Designate Classified Information Security Officer, and Defendant Andrade's Response to that Motion; the Court finds:

That the United States has notified the Court that this case may involve classified information;

1  That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO");

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity; and

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the CISO in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as alternate Court Security Officers in the above-captioned matter.

IT IS FURTHER ORDERED that within two weeks of the Court's Order, the parties shall have another meet-and-confer and either file a stipulated schedule for the CIPA process or, alternatively, shall each file a brief, no more than 4 pages in length, setting forth their respective positions on the appropriate schedule for the CIPA process.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to prevent the United States from continuing to move forward with the process it described at the August 7 Status Conference as working with the entity holder of the classified information to get the necessary approvals for making its initial CIPA section 4 filing.

//
//
//
//

ORDER REGARDING CIPA 20-CR-00249-RS
4

IT IS FURTHER ORDERED that, except as expressly set forth herein, nothing in this Order shall limit the contentions of either party in any later filing.

**IT IS SO ORDERED.**

Dated:  August 15, 2024

_____
HON. RICHARD SEEBORG
United States Chief District Judge