UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ROWLAND MARCUS ANDRADE,<br>　　　　　Defendant. | Case No. 20-cr-00249-RS<br><br>**CIPA SCHEDULING ORDER** |

Having considered the United States' Memorandum in Support of Proposed CIPA Scheduling Order and Defendant's brief in response, the Court hereby ORDERS the following proposed CIPA briefing and hearing schedule:

　　1. The government shall file its initial CIPA Section 4 filing no later than October 1, 2024.

　　2. The Court will order a CIPA Section 4 hearing if necessary.

　　3. CIPA Section 5 and Section 6(c) filings: To be decided only if necessary.

　　4. IT IS HEREBY ORDERED that the above dates will be incorporated into the current
　　　　trial scheduling order (Dkt. #313).

**IT IS SO ORDERED**.

Dated: August 30, 2024

_____
RICHARD SEEBORG
Chief United States District Judge