MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS-LBx<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ANDRADE'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH AUGUST 1, 2024 ORDER**<br><br>Judge: Hon. Laurel Beeler |

1    Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

2    1.   I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I have personal knowledge of the discovery disputes and related correspondence between the government and defense counsel and, if called as a witness in this matter, could competently testify to the matters stated in this Declaration.

2.   According to the government, at some point in 2022, "prosecutors in the Southern District of New York asked Mr. Levin's counsel where counsel wanted Mr. Levin's physical property to be sent, or whether defense counsel wanted to pick up Mr. Levin's devices from the FBI. Mr. Levin's counsel never responded to the Government." USA's Response to Court Order, Dkt. #237 at 1:27-28 and 2:1-2 (Nov. 9, 2023).

3.   On November 22, 2023, when defense counsel reached out to Mr. Buckley to ask if he would accept service of a subpoena for Levin's devices, Mr. Buckley responded: "We do not currently represent Mr. Levin nor do we have possession of the devices referenced in your email. We have reached out to Mr. Levin in order to see what his instructions are with respect to your request to discuss and/or to identify who his current counsel may be." Defense counsel never heard from him again.

4.   On August 5, 2024, defense counsel emailed the government to ensure that it had followed the Court's instructions to serve a copy of the August 1, 2024, Order by email on Mr. Levin's former attorney so that the lawyer could email Mr. Levin the order, the government responded that it had "emailed Levin's former counsel (Sean Buckley at Kobre & Kim) a copy of Judge Beeler's order on Friday. *He said he no longer represented Mr. Levin and was not authorized to receive or do anything on behalf of Mr. Levin*, but he would attempt to discuss it with him. *I'll let you know when/if I hear back*." See Exhibit A (emphasis added). Defense counsel never heard anything more from the government on the issue until August 23, when the government forwarded defense counsel Mr. Buckley's email that is the center of the government's opposition to Mr. Andrade's motion to compel the government's compliance with the Court's August 1 Order.

1

DECLARATION OF KERRIE C. DENT ISO ANDRADE'S                    CASE NO. 3:20-CR-00249-RS-LB
REPLY ISO MOTION TO COMPEL COMPLIANCE

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed on August 30, 2024 in McLean, Virginia.

                                                  */s/ Kerrie C. Dent*
                                                  KERRIE C. DENT