# EXHIBIT A

| | |
|---|---|
| **From:** | Ward, David (USACAN) |
| **To:** | Kerrie Dent |
| **Cc:** | Highsmith, Christiaan (USACAN); Chou, Matthew (USACAN); Mike Shepard; Laurie Bartis-Callaghan; Cindy Diamond; Dainec Stefan |
| **Subject:** | RE: August 1 Order - Levin Devices |
| **Date:** | Monday, August 5, 2024 7:53:33 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Kerrie – I emailed Levin's former counsel (Sean Buckley at Kobre & Kim) a copy of Judge Beeler's order on Friday. He said he no longer represented Mr. Levin and was not authorized to receive or do anything on behalf of Mr. Levin, but he would attempt to discuss it with him. I'll let you know when/if I hear back.

Dave

**From:** Kerrie Dent <KDent@KSLAW.com>
**Sent:** Monday, August 5, 2024 2:41 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>
**Cc:** Highsmith, Christiaan (USACAN) <chighsmith@usa.doj.gov>; Chou, Matthew (USACAN) <MChou@usa.doj.gov>; Mike Shepard <mshepard@kslaw.com>; Laurie Bartis-Callaghan <LBartis-Callaghan@KSLAW.com>; Cindy Diamond <cindy@cadiamond.com>; Dainec Stefan <DStefan@kslaw.com>
**Subject:** [EXTERNAL] August 1 Order - Levin Devices

Dave,

Our understanding is that Judge Beeler's August 1, 2024, Order requires the government to serve a copy of the August 1 Order by email on
Mr. Levin's former attorney so that the lawyer can email Mr. Levin the order and file proof of service.  Please confirm that this has been done,
or let us know if you have a different understanding of what Judge Beeler ordered.

Many thanks
Kerrie

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.