```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  CHRISTIAAN HIGHSMITH (CABN 296282)
    DAVID WARD (CABN 239504)
 5  Assistant United States Attorneys

 6  MATTHEW CHOU (CABN 325199)
    Special Assistant United States Attorney
 7
         450 Golden Gate Avenue, Box 36055
 8       San Francisco, California 94102-3495
         Telephone: (415) 436-7200
 9       Facsimile: (415) 436-7230
         christiaan.highsmith@usdoj.gov
10       david.ward@usdoj.gov

11  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00249 RS (LB) |
| Plaintiff, | **DECLARATION OF DAVID WARD IN SUPPORT OF THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY (RE; LEVIN PHONE)** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

1. On August 4 2024, I sent by email a copy of the Court's December 2, 2024 email to Alexander Levin's former counsel, Sean Buckley of Kobre & Kim.

2. Filed under seal as **Exhibit A** to this Declaration is a copy of the "Filter Team Protocol" that the U.S. Attorney's Office has used in order to protect attorney-client and work product privileges in its searches of items seized pursuant to a search warrant.

Executed this 5th day of September, 2024, in San Francisco, California.

          /s/ David Ward_____
DAVID WARD
Assistant United States Attorney