1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
           450 Golden Gate Avenue, Box 36055
8          San Francisco, California 94102-3495
           Telephone: (415) 436-7200
9          Facsimile: (415) 436-7230
           christiaan.highsmith@usdoj.gov
10         david.ward@usdoj.gov

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,         )   CASE NO. CR 20-00249 RS (LB)
16                                   )
           Plaintiff,                )   **DECLARATION OF DAVID WARD IN**
17                                   )   **SUPPORT OF THE UNITED STATES'**
       v.                            )   **RESPONSE TO DISCOVERY ORDER (RE; ECF**
18                                   )   **256)**
   ROWLAND MARCUS ANDRADE,           )
19                                   )
                                     )
20         Defendant.                )
                                     )
21

22         I, David Ward, declare and state as follows:

23         I am an Assistant United States Attorney for the Northern District of California assigned to the

24 prosecution of the above-captioned case.

25         1. On September 4 2024, I sent by email a copy of the Court's September 2, 2024 Discovery

26            Order Re; ECF 256 to Alexander Levin's former counsel, Sean Buckley of Kobre & Kim

27            LLC.

28
                                                     1
   WARD DECL. ISO RESP. TO MOT. TO COMPEL
   CR 20-00249 RS (LB)

2. Filed under seal as **Exhibit A** to this Declaration is a copy of the "Filter Team Protocol" that the U.S. Attorney's Office has used in order to protect attorney-client and work product privileges in its searches of items seized pursuant to a search warrant.

Executed this 5th day of September, 2024, in San Francisco, California.

                                  __*/s/ David Ward*_____
                                  DAVID WARD
                                  Assistant United States Attorney