| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CHRISTIAAN HIGHSMITH (CABN 296282)<br>DAVID WARD (CABN 239504)<br>Assistant United States Attorneys<br><br>MATTHEW CHOU (CABN 325199)<br>Special Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-*7200*<br>FAX: (415) 436-7230<br>christiaan.highsmith@usdoj.gov<br>David.ward@usdoj.gov<br>matthew.chou2@usdoj.gov<br><br>Attorneys for United States of America | MICHAEL J. SHEPARD (SBN 91281)<br>  mshepard@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, California 94111<br>Telephone: (415) 318-1221<br><br>KERRIE C. DENT (admitted *pro hac vice*)<br>  kdent@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 626-2394<br><br>CINDY A. DIAMOND (SBN 124995)<br>  cindy@cadiamond.com<br>ATTORNEY AT LAW<br>58 West Portal Ave #350<br>San Francisco, CA 94127<br>Telephone: (408) 981-6307<br><br>Attorneys for Defendant Marcus Andrade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　Defendant. | CASE NO. 20-CR-00249-RS (LB)<br><br>**STIPULATED [PROPOSED] ORDER CLARIFYING TERMS OF PROTECTIVE ORDER GOVERNING DISCOVERY** |

With the agreement of the parties, the Court enters this Order to clarify the terms of the Stipulation and Protective Order that governs discovery in this case (Dkt. #24, Oct. 15, 2020). The Stipulation and Protective Order dated October 15, 2020 remains in full force and effect, but with the two clarifications set forth below.

IT IS HEREBY ORDERED that the first paragraph of page 3 of the Stipulation and Protective Order, Dkt. #24 at 3:1-4, shall state:

> The defendant, all members of the defense team, and any witnesses or experts who receive discovery under this Order shall be provided a copy of this Order along with those materials and shall initial and date the order reflecting their agreement to be bound by it.

IT IS FURTHER ORDERED that the middle paragraph of page 3 of the Stipulation and Protective Order, Dkt. #24 at 3:11-19, shall be clarified by including the following additional language:

> As set forth on page 2 of this Protective Order, defense counsel may show witnesses discovery material produced by the government as long as Personally Identifying Information and/or Financial Information has first been entirely redacted from the discovery materials. Redactions are unnecessary when a document is shown to a witness who already has seen the document because the witness drafted the document or the document was sent to them.

**IT IS SO STIPULATED.**

For the Government:

ISMAIL J. RAMSEY
United States Attorney

/s/
_____          Dated: 9/09/2024
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys
MATTHEW CHOU
Special Assistant United States Attorney


For Mr. Andrade:

/s/
_____          Dated: 9/09/2024
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

**IT IS SO ORDERED.**

Dated: _____

                                          HON. RICHARD SEEBORG
                                          Chief United States District Judge