| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CHRISTIAAN HIGHSMITH (CABN 296282)<br>DAVID WARD (CABN 239504)<br>Assistant United States Attorneys<br><br>MATTHEW CHOU (CABN 325199)<br>Special Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-*7200*<br>FAX: (415) 436-7230<br>christiaan.highsmith@usdoj.gov<br>David.ward@usdoj.gov<br>matthew.chou2@usdoj.gov<br><br>Attorneys for United States of America | MICHAEL J. SHEPARD (SBN 91281)<br>   mshepard@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, California 94111<br>Telephone: (415) 318-1221<br><br>KERRIE C. DENT (admitted *pro hac vice*)<br>   kdent@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 626-2394<br><br>CINDY A. DIAMOND (SBN 124995)<br>   cindy@cadiamond.com<br>ATTORNEY AT LAW<br>58 West Portal Ave #350<br>San Francisco, CA 94127<br>Telephone: (408) 981-6307<br><br>Attorneys for Defendant Marcus Andrade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | ) CASE NO. 20-CR-00249-RS (LB)<br>)<br>) **STIPULATED ORDER**<br>) **CLARIFYING TERMS OF**<br>) **PROTECTIVE ORDER**<br>) **GOVERNING DISCOVERY**<br>)<br>)<br>)<br>)<br>) |

    With the agreement of the parties, the Court enters this Order to clarify the terms of the Stipulation and Protective Order that governs discovery in this case (Dkt. #24, Oct. 15, 2020). The Stipulation and Protective Order dated October 15, 2020 remains in full force and effect, but with the two clarifications set forth below.

1  IT IS HEREBY ORDERED that the first paragraph of page 3 of the Stipulation and

2  Protective Order, Dkt. #24 at 3:1-4, shall state:

3  
4  The defendant, all members of the defense team, and any witnesses or experts who receive discovery under this Order shall be provided a copy of this Order along with those materials and shall initial and date the order reflecting their agreement to be bound by it.
5  

6  IT IS FURTHER ORDERED that the middle paragraph of page 3 of the Stipulation and

7  Protective Order, Dkt. #24 at 3:11-19, shall be clarified by including the following additional

8  language:

9  

10  As set forth on page 2 of this Protective Order, defense counsel may show witnesses discovery material produced by the government as long as Personally Identifying Information and/or Financial Information has first been entirely redacted from the discovery materials. Redactions are unnecessary when a document is shown to a witness who already has seen the document because the witness drafted the document or the document was sent to them.

14  **IT IS SO STIPULATED.**

16  For the Government:

17  ISMAIL J. RAMSEY
United States Attorney

19         /s/
_____        Dated:  9/09/2024
20  CHRISTIAAN HIGHSMITH
DAVID WARD
21  Assistant United States Attorneys
MATTHEW CHOU
22  Special Assistant United States Attorney

24  For Mr. Andrade:

25         /s/
_____        Dated:  9/09/2024
26  MICHAEL J. SHEPARD
KERRIE C. DENT
27  CINDY A. DIAMOND

28

**IT IS SO ORDERED.**

Dated: 9/12/2024

HON. RICHARD SEEBORG
Chief United States District Judge