UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROWLAND MARCUS ANDRADE,<br>Defendant. | Case No. 20-cr-00249-RS (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 256 |

The court held a hearing on September 12, 2024. Mr. Levin — despite notice by email that gave him the option to appear via Zoom — did not appear. The court is not ready to conclude that Mr. Levin has abandoned his interest in the phone. Therefore, the court orders the production of the image to the defense, which must use an in-house taint team or a vendor to identify responsive information and to eliminate information that is privileged. Also, the court authorized the production of the device temporarily to the defense via a third-party vendor, who will image the device. The government represented that it may take some time to locate the device. The defendants must serve a copy of this order by email to Mr. Levin and his former attorney and file proof of service on the docket.

**IT IS SO ORDERED.**

Dated: September 15, 2024

LAUREL BEELER
United States Magistrate Judges

ORDER – No. 20-cr-00249-RS (LB)