MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS-LBx<br><br>**PROOF OF SERVICE OF COURT'S SEPTEMBER 15, 2024 DISCOVERY ORDER ON ALEXANDER LEVIN**<br><br>Judge: Hon. Laurel Beeler |

Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I have personal knowledge of the discovery disputes and related correspondence between the government and defense counsel relating to the multiple requests and ongoing litigation surrounding Mr. Andrade's requests for production of Alexander Levin's iPhone and iPad and, if called as a witness in this matter, could competently testify to the matters stated in this Declaration.

2. I am filing this declaration as Proof of Service of the Court's September 15, 2024, Discovery Order to Alexander Levin, as required by the terms of that Order, which states in part as follows: "The defendants must serve a copy of this order by email to Mr. Levin and his former attorney and file proof of service on the docket." Dkt. #359 at 1: 23-25.

3. On September 16, 2024, I emailed Mr. Levin (at the same email address that was used to serve him with a subpoena for his iPhone and iPad and with notice of the September 12, 2024 hearing). As required by the Order, I copied Mr. Levin's former counsel on my email. The email did not bounce back.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 16, 2024 in McLean, Virginia.

                                                   */s/ Kerrie C. Dent*
                                                   KERRIE C. DENT