**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:	+1 415 318 1200
Facsimile:	+1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:	+1 202 626 2394
Facsimile:	+1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant. | Case No.: 3:20-CR-00249-RS-LB<br><br>**ADDENDUM TO DEFENDANT'S MOTION FOR INFORMANT DISCLOSURES**<br><br>Judge Beeler<br>December 12, 2024<br>10:30 a.m. |

This addendum seeks to add OCE-8148 to the list of informants for whom Mr. Andrade is requesting disclosure in his Motion for Informant Disclosures, filed on November 1, 2024. OCE-8148 should be added because it now appears that the government plans to call OCE-8148

as a witness at trial. *See* copy of attached FBI-302-027337.pdf (showing that on October 3, 2024, the government provided OCE-8148 with "an update on the status of the case and the potential for utilizing him/her as a witness at the trial of Marcus Andrade in February 2025," and took steps to prepare OCE-4148 to testify, including showing "documents he/she previously serialized to the case file"). Although the government informed OCE-8148 to prepare to be a witness a trial before Mr. Andrade filed his motion for disclosures of undercover informants, Mr. Andrade did not receive a copy of this report until December 6, 2024, *see* copy of email sent to counsel on 12-6-24, and therefore did not include OCE-4148 in his motion.

      The government should not be prejudiced by this Addendum. As argued in Mr. Andrade's Reply motion, *see* ECF 388 at 8-10, the government has asserted no basis to allow its undercover employees or agents to testify anonymously, and the government is not permitted to impoverish Mr. Andrade's right of cross examination by depriving him of rudimentary information about a government witness. See Reply at 9:16-23. Mr. Andrade requests that the Court incorporate his arguments demonstrating the obligation to disclose true names of witnesses to this request for disclosures of the name of, and relevant documents from, OCE-8148. As with the other informant disclosure requests pending before this Court, the government will have an opportunity to present evidence of just cause to hide this informant's identity, if any such evidence exists, in an *ex parte* and *in camera* hearing.

DATED: December 9, 2024        Respectfully Submitted

                                       /s/
                              _____
                              MICHAEL J. SHEPARD, Esq.
                              KERRIE C. DENT, Esq.
                              CINDY A. DIAMOND, Esq.
                              ATTORNEYS FOR DEFENDANT
                              ROWLAND MARCUS ANDRADE

# Attachment 1 - FBI report from October 3, 2024

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    10/09/2024

On October 3, 2024, former OCE-8148 was interviewed at 450 Golden Gate Ave. 11th Floor, San Francisco, CA 94102. Also present during the interview were Assistant United States Attorneys David Ward, Christiaan Highsmith, and Special Assistant United States Attorney, Matthew Chou. After being advised of the identity's of the participants and the nature of the interview, former OCE-8148 provided the following information:

Former OCE-8148 was provided an update on the status of the case and the potential for utilizing him/her as a witness at the trial of Marcus Andrade in February 2025. Former OCE-8148 provided a summary of his/her role in the investigation. Former OCE-8148 was shown documents he/she previously serialized to the case file and provide context.

Investigation on 10/03/2024 at San Francisco, California, United States (In Person)

File # 58D-SF-2113481-302                                      Date drafted 10/07/2024

by Brendon Zartman

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Attachment 2 - December 6, 2024 Email disclosing FBI Report



Cindy Diamond <cindy@cadiamond.com>

## US v. Andrade - 12/6/24 production

**Rosenbaum, Tina (USACAN)** <Tina.Rosenbaum@usdoj.gov>                                            Fri, Dec 6, 2024 at 1:35 PM
To: Mike Shepard <mshepard@kslaw.com>, Kerrie Dent <KDent@kslaw.com>, Cndy Diamond <cindy@cadiamond.com>, Laurie Bartis-Callaghan <LBartis-Callaghan@kslaw.com>
Cc: "Highsmith, Christiaan (USACAN)" <Christiaan.Highsmith@usdoj.gov>, "Ward, David (USACAN)" <David.Ward@usdoj.gov>, "Chou, Matthew (USACAN)" <Matthew.Chou2@usdoj.gov>, "DiCenzo, Mark (USACAN)" <Mark.DiCenzo@usdoj.gov>

Counsel,

See attached cover letter for discovery produced today on USAfx. You will be invited to the USAfx folder shortly.

Sincerely,

Tina

**Tina Rosenbaum**

Paralegal Specialist

US Attorney's Office, Northern District of CA

450 Golden Gate Ave., 11th Floor

San Francisco, CA 94102

(415) 436-7152



📄 **2024.12.6 Discovery Letter Andrade - Dec. 6, 2024 production.pdf**
141K