1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)

5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney

7
          450 Golden Gate Avenue, Box 36055
8         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
9         FAX: (415) 436-7230
          christiaan.highsmith@usdoj.gov
10        david.ward@usdoj.gov
          matthew.chou2@usdoj.gov

11
   Attorneys for United States of America
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION
15

16 | UNITED STATES OF AMERICA,            ) CASE NO. CR. 20-00249 RS
                                          )
17 |       Plaintiff,                     ) UNITED STATES' NOTICE OF EXPERT
                                          ) TESTIMONY BY FBI FORENSIC ACCOUNTANT
18 |    v.                                ) THERESA CHIU
                                          )
19 | ROWLAND MARCUS ANDRADE,              ) Trial Date; February 10, 2025
                                          )
20 |       Defendant.                     ) Court: Hon. Richard Seeborg, Courtroom 3, 17th Fl.
                                          )
21

22      The United States hereby discloses, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)

23 and Federal Rule of Evidence 702, that it may proffer FBI Forensic Accountant Theresa Chiu as an

24 expert witness at trial.  Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States

25 hereby identifies Ms. Chiu as an expert and describes her opinions and the bases and reasons for those

26 opinions, as well as her qualifications, below.

27      <u>Qualifications</u>

28      Ms. Chiu's testimony will be based on her experience, education, and training.  Ms. Chiu is a

Certified Public Accountant and a Certified Fraud Examiner, and she is currently employed as a Forensic Accountant by the FBI. Ms. Chiu has over 14 years of financial accounting experience, and she has worked as an FBI Forensic Accountant since 2019. In her role with the FBI, she has experience in reviewing, compiling, and examining financial data, reporting her findings, and preparing summary charts. Ms. Chiu has focused on investigating fraud, public corruption, and other complex financial litigation matters, with a specific focus on the forensic accounting portion of such investigations. Her resume has been provided to defense counsel. Ms. Chiu has no published papers from the last ten years. She has not testified previously as an expert witness; however, she has testified as a lay witness in the following trials:

(a) *United States v. Attila Colar*, 21-cr-00163-HSG (N.D. Cal.)

(b) *United States v. Harlan Kelly*, 21-cr-00402-RS (N.D. Cal.)

Anticipated Testimony

Ms. Chiu will testify at trial regarding the flow of money between financial accounts held for the benefit of defendant Andrade and his companies, and she will testify regarding her classification of the sources and disposition of funds that flowed through accounts under the control and/or authority of Rowland Marcus Andrade. She will testify about how she classified funds as having come from investors in Andrade's companies and how she classified funds spent by Andrade and the companies and accounts under his direction and control. Much of Ms. Chiu's anticipated testimony on this topic is reflected in Ms. Chiu's Report, which has been provided to defense counsel. Ms. Chiu's report explains her analysis of the flow of funds through Andrade's accounts.

Ms. Chiu will provide her analysis of the flow of funds into and out of accounts in the name of or controlled by Rowland Marcus Andrade, Block Bits Capital LLC, David Salmon & Associates, Inc IOLTA Trust Account, Law Office of Neil M Sunkin A Professional Corporation Client Trust Account for NAC Foundation, NAC Foundation, LLC, NAC Payroll Services Inc., Fintech Fund Family LP,. She will also provide her analysis of the source of funds deposited into those accounts. She will testify that funds deposited into the above-referenced bank accounts came from AML Bitcoin, AtenCoin, NAC Foundation, and/or CrossVerify investors. She will use forensic accounting tracing principles to trace the flow of investor funds through bank accounts held by or for the benefit of Andrade and/or his companies. Ms. Chiu will also provide her analysis of the source of funds used to purchase real and

personal property by defendant Andrade.

Ms. Chiu will provide her analysis of the flow of funds from AML Bitcoin investors and CrossVerify investors to accounts controlled by and/or authority of defendant Andrade the NAC Foundation, or the Fintech Family Fund. Ms. Chiu will provide her analysis of the more than $6.8 million of funds deposited into accounts controlled by and/or authority of defendant Andrade, Japheth Dillman, Block Bits Capital, the NAC Foundation, the Fintech Family Fund, or the NAC Payroll Services from purchasers of AML Bitcoin tokens and CrossVerify shares during 2017 and 2018.

Ms. Chiu will trace how Andrade and his companies spent investors' money, including Andrade spending more than $1.1 million on personal expenses during 2018. Ms. Chiu will also testify about tracing the transfer of $1.07 million among Andrade's and/or his business's accounts to his personal bank account in March and April 2018, and she will testify that she analyzed financial records showing that Andrade used the $1.0 million to purchase two pieces of real estate in Texas in 2018.

Ms. Chiu will testify that she used an approved forensic accounting tracing method to show that Rowland Marcus Andrade used investor funds to purchase a cashier's check for $600,000 dated March 7, 2018 drawn from an Wells Fargo account in the name of the Fintech Fund Family Limited Partnership and that he deposited the cashier's check into a Woodforest National Bank account in the name of Andrade and his wife the same day.

Ms. Chiu will testify that as part of her financial analysis she applied principles and methods that are commonly applied in the accounting field to trace comingled funds. These methods include the Lowest Intermediate Balance Rule (LIBR), and the Last-In, First-Out (LIFO) and First-In, First-Out (FIFO) methods. LIFO is a method used trace funds that identifies the most recent deposit as the source of funds for subsequent withdrawals. FIFO is a method used to trace funds that identifies the oldest existing deposit as the source of funds for withdrawals. As older deposits are exhausted by withdrawals, the next oldest deposit becomes the source of subsequent withdrawals. LIBR is a method used to trace funds that assumes non-illicit funds will first be disbursed. The illicit fund will then be disturbed when the balance of non-illicit fund is reduced to zero. Ms. Chiu will testify LIFO, FIFO, and LIBR are alternative methods for tracing comingled funds from their source, through the account, and to the debits or withdrawals on the

account. Ms. Chiu will testify that she used a commonly applied accounting tracing method to trace investor funds through accounts controlled by and/or in the discretion of Rowland Marcus Andrade.

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve this disclosure of my expected testimony.

*Theresa Chiu*
Theresa Chiu
Forensic Analyst
FBI

DATED:   December 23, 2024            Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


          /s/
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney