MICHAEL J. SHPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
**KING AND SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone:   +1 408-981-6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendants. | Case No. 3:20-CR-00249-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADOPT DEFENDANT'S PROPOSED SCHEDULING ORDER RELATING TO EXPERT DISCLOSURES**<br><br>Judge:   Hon. Richard Seeborg<br>Dept:    Courtroom 3- 17th Floor<br><br>Trial Date: February 11, 2025 |

Based on the Motion to Adopt Defendant's Proposed Scheduling Order for Expert Disclosures,

**IT IS HEREBY ORDERED**

1) That defendant's expert disclosures shall be made on or before January 10, 2025;

2) That the government may file any Daubert motion on or before January 15, 2025;

3) That defendant may file an opposition on or before January 18; and

4) That the government may file an optional reply on or before January 20, 2025.

Date: December __, 2024

_____
Hon. Richard Seeborg
United States District Judge