MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
**KING AND SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:    +1 202 626 3737

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone:    +1 408-981-6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>          Defendants. | Case No. 3:20-CR-00249-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE ALLEGATIONS AND EVIDENCE OF UNCHARGED BAD ACTS**<br><br>Judge:     Hon. Richard Seeborg<br>Dept:      Courtroom 3- 17th Floor<br>Trial Date:  February 11, 2025 |

Based on Defendant Andrade's Motion in Limine to Exclude Allegations and Evidence of Uncharged Bad Acts in response to the government's September 13, 2024 Notice regarding "other acts evidence it may introduce at trial" and pursuant to Fed. R. Crim. P. 12(b),

**IT IS HEREBY ORDERED**

That pursuant to Fed. R. Evid. 403 and 404(b), testimony and evidence of any uncharged alleged bad acts relating to Mr. Andrade's prior business ventures that pre-dated the genesis of AML Bitcoin, including but not limited to Biogreen and AtenCoin, shall be excluded from evidence.

Date: _____          _____
                                  Hon. Richard Seeborg
                                  United States District Judge