ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiann.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | NO. CR 20-00249 RS <br><br> DECLARATION OF DAVID WARD IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE OTHER ACT EVIDENCE <br><br> **FILED UNDER SEAL** <br><br> Dept.: Courtroom 3 – 17th Floor <br> Judge: Hon. Richard Seeborg <br> Trial Date: February 11, 2025 |

**FILED UNDER SEAL**

DECLARATION OF DAVID WARD IN SUPPORT OF UNITED STATES' OPPOSITION TO

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE OTHER ACT EVIDENCE

AND  EXHIBITS A-K