1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
MARTHA BOERSCH (CABN 126569)
3 Chief, Criminal Division

4 CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
5 Assistant United States Attorneys

6 MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney
7
    450 Golden Gate Avenue, Box 36055
8     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
9     FAX: (415) 436-7230
    christiann.highsmith@usdoj.gov
10     david.ward@usdoj.gov

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 20-00249 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF CHRISTIAAN HIGHSMITH IN SUPPORT OF UNITED STATES' MOTIONS IN LIMINE |
| ROWLAND MARCUS ANDRADE, | ) |
| Defendant. | ) Dept.: Courtroom 3 – 17th Floor<br>) Judge: Hon. Richard Seeborg<br>) Trial Date: February 11, 2025 |

I, Christiaan Highsmith, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

1

HIGHSMITH DECL. ISO USA MILS
CR 20-00249 RS

1. Attached as **Exhibit 1** is a true and correct copy of Certified State of Nevada NAC Foundation incorporation records produced to defendant Andrade as Bates-number FBI-PHY3-0035554 thru FBI-PHY3-0035604.

2. Attached as **Exhibit 2** is an Excel spreadsheet created by FBI Forensic Accountant Theresa Chou listing the bank records and financial records collected in this case and previously produced to defendant Andrade, the corresponding Bates numbers for those records, and the Bates numbers corresponding to the custodian of records declarations previously produced to defendant Andrade.

Executed this 10th day of January, 2025, in San Francisco, California.

                                                                     */s/ Christiaan Highsmith*
                                                                     CHRISTIAAN HIGHSMITH
                                                                       Assistant United States Attorney