# EXHIBIT 2

| Bates Number Statements and others | Bates Number Declaration | Account Title | Bank / Institution | Account Number |
|---|---|---|---|---|
| IRS-GJ-0018775 - 0019423 | IRS-GJ-0022350 - 0022353<br>IRS-GJ-0022343 - 0022344 | David Salmon & Associates, Inc IOLTA Trust Account | JP Morgan Chase | JPM7620 |
| IRS-GJ-0044107 - 0044329 | IRS-GJ-0072094 - 0072095 | Fintech Fund Family LP | Wells Fargo | WF8065 |
| IRS-GJ-0044107 - 0044112<br>IRS-GJ-0047595 - 0047690 | IRS-GJ-0072094 - 0072095 | Fintech Fund Family LP | Wells Fargo | WF8252 |
| IRS-GJ-0071636 - 0071817 | IRS-GJ-0072076<br>IRS-GJ-0072083 - 0072086<br>IRS-GJ-0072092 - 0072095 | Fintech Fund Family LP | Wells Fargo | WF9668 |
| IRS-GJ-0030465 - 0030976 | IRS-GJ-0031489 - 0031490 | Law Office of Neil M Sunkin A Professional Corporation Client Trust Account for NAC Foundation | Comerica Bank | CM7567 |
| IRS-GJ-0067804 - 0067980 | IRS-GJ-0072076<br>IRS-GJ-0072092 - 0072095 | NAC Foundation LLC | Wells Fargo | WF0458 |
| IRS-GJ-0024203 - 0024498 | IRS-GJ-0027609 - 0027610 | NAC Foundation LLC | Citibank | Citi5554 |
| IRS-GJ-0020138 - 0020345 | IRS-GJ-0022336 - 0022340<br>IRS-GJ-0022363 - 0022364 | NAC Foundation LLC | JP Morgan Chase | JPM9891 |
| IRS-GJ-0034680 - 0034748 | IRS-DOCS-00015194 | NAC Foundation LLC | Nevada State Bank | NSB0964 |
| IRS-GJ-0055650 - 0055936 | IRS-GJ-0072077<br>IRS-GJ-0072083 - 0072086<br>IRS-GJ-0072092 - 0072095 | NAC Payroll Services Inc | Wells Fargo | WF9155 |
| IRS-GJ-0003070<br>IRS-GJ-0003507 - 0003519 | IRS-GJ-0009255 | NAC Payroll Services Inc | Bank of America | BoA6488 |
| IRS-GJ-0017831 - 0018098 | IRS-GJ-0022336 - 0022340<br>IRS-GJ-0022350 - 0022353<br>IRS-GJ-0022367 - 0022370<br>IRS-GJ-0022363 - 0022364 | Rowland Marcus Andrade, Solmaz A Andrade | JP Morgan Chase | JPM4618 |
| IRS-GJ-0073890 - 0074487 | IRS-GJ-0074733 - 0074737 | Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB5589 |
| IRS-GJ-0074488 - 0074732 | IRS-GJ-0074733 - 0074737 | Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB0910 |
| IRS-GJ-0073882 - 0073889 | IRS-GJ-0074733 - 0074737 | Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB5357 |
| IRS-GJ-0017012 - 0017072 | IRS-GJ-0017825 - 0017828 | Rowland Marcus Andrade | Capital One | CO4915 |
| IRS-GJ-0017651 - 0017824 | IRS-GJ-0017825 - 0017828 | Rowland Marcus Andrade | Capital One | CO6094 |
| IRS-GJ-0018099 - 0018154 | IRS-GJ-0022336 - 0022340<br>IRS-GJ-0022350 - 0022353<br>IRS-GJ-0022363 - 0022364 | Rowland Marcus Andrade | JP Morgan Chase | JPM1500 |
| IRS-GJ-0073873 - 0073881 | IRS-GJ-0074733 - 0074737 | Rowland Marcus Andrade | Woodforest National Bank | WNB9642 |
| IRS-GJ-0016450 - 0017011 | IRS-GJ-0017825 - 0017828 | Rowland Marcus Andrade or Randy Wooten | Capital One | CO1839 |
| IRS-GJ-0018726 - 0018774 | IRS-GJ-0022350 - 0022353 | Block Bits Capital, LLC | JP Morgan Chase | 238558602 |
| IRS-GJ-0016450 - 0017011 | IRS-GJ-0017825 - 0017828 | Rowland Marcus Andrade or Randy Wooten | Capital One | CO1839 |
| IRS-GJ-0031730 - 0032403 | IRS-GJ-0032404 | Purchase of 9414 Plaza Point Drive | First American Title | 2314137-FAST |
| IRS-GJ-0034749 - 0034863 | TBD | Purchase of 4040 Violet Rd | Nueces Title Company | 1801797 |
| IRS-GJ-0031504 - 0031570 | IRS-GJ-0031493 | Purchase of Ford F250 Pickup Vin ending 17298 | David Taylor Dealership | |
| IRS-GJ-0031494 - 0031503 | IRS-GJ-0031493 | Purchase of Cadillac Escalade Vin ending 37181 | David Taylor Dealership | |
| IRS-GJ-0033406 - 0033449 | IRS-GJ-0033450 - 0033453 | AdWords | Google | |
| IRS-DOCS-00015311 - 00015313 | IRS-DOCS-00015312 | Refinance of 9414 Plaza Point Drive | Recovco Mortgage | |
| IRS-GJ-0036498 - 0037695 | IRS-GJ-0036496 - 0036497 | Refinance of 9414 Plaza Point Drive | Stewart Title Company | |
| IRS-GJ-0020082 - 0020122 | IRS-GJ-0022350 - 0022353<br>IRS-GJ-0022357 - 0022359 | ABTC Corp | JP Morgan Chase | 505209087 |
| IRS-GJ-0020051 - 0020081 | IRS-GJ-0022350 - 0022353<br>IRS-GJ-0022357 - 0022359 | Rowland Marcus Andrade | JP Morgan Chase | 505086915 |
| IRS-GJ-0033228 - 0033295 | IRS-GJ-0033312 - 0033313 | Rowland Marcus Andrade | Frost Bank | 502515911 |
| IRS-DOCS-00000776 - 00002924 | TBD | | Coinbase | Produced 12/7/2017 |