## Attachment B to U.S.' Motion to Admit Co-Conspirator Statements in *United States v. Andrade*

| Instant Message # | From | Body of Message | Timestamp |
|---|---|---|---|
| 72 | Dillman | They announced AML BitCoin was the pitch this Tuesday night… over 2,000 signed up | 1/29/2018 14:34(UTC-8) |
| 73 | Dillman | They've never seen interest like this before | 1/29/2018 14:35(UTC-8) |
| 74 | Boyer | Nice! | 1/29/2018 14:35(UTC-8) |
| 75 | Dillman | If the coins aren't sold out by Tuesday, they certainly will be by Wednesday morning | 1/29/2018 14:35(UTC-8) |
| 76 | Boyer | Amazing!  Keep me posted! | 1/29/2018 14:35(UTC-8) |
| 77 | Dillman | Then the Super Bowl ad on the 4th | 1/29/2018 14:36(UTC-8) |
| 78 | Dillman | then | 1/29/2018 14:36(UTC-8) |
| 79 | Dillman | The Academy Awards is the second most watched tv show globally… sometime later in Feb. | 1/29/2018 14:36(UTC-8) |
| 80 | Dillman | They have an ad slot for that too | 1/29/2018 14:36(UTC-8) |
| 81 | Boyer | Same ad? | 1/29/2018 14:36(UTC-8) |
| 82 | Dillman | And agreements to be discussed on Fox News, CNN, and CSNBC post superbowl.  No, different ad | 1/29/2018 14:37(UTC-8) |
| 83 | Boyer | Awesome! | 1/29/2018 14:37(UTC-8) |
| 84 | Dillman | Bottom line | 1/29/2018 14:37(UTC-8) |
| 85 | Dillman | If anyone wants in | 1/29/2018 14:37(UTC-8) |

| 86 | Dillman | Let me know today lol | 1/29/2018 14:37(UTC-8) |
|---|---|---|---|
| 87 | Dillman | Or tomorrow | 1/29/2018 14:37(UTC-8) |
| 88 | Boyer | Got it. | 1/29/2018 14:37(UTC-8) |
| 121 | Boyer | We're going to pass on these coins.  Thanks so much for giving us a look! | 2/2/2018 04:59(UTC-8) |
| 122 | Dillman | Is it the price? If I'm able to negotiate a better price would they want to do it? | 2/2/2018 08:45(UTC-8) |
| 123 | Boyer | It's the price and the fact we'd be buying it in a secondary as opposed to the ICO, where we could interact with the management team. | 2/2/2018 09:25(UTC-8) |
| 124 | Boyer | Thanks again! | 2/2/2018 09:25(UTC-8) |
| 125 | Dillman | The ICO Is all sold out… can't help that… but I might be able to negotiate the price.  What price is amenable to the team? | 2/2/2018 09:26(UTC-8) |
| 126 | Dillman | Oh, and NO ONE is getting to interact with Telegram, even multibillion dollar funds are being turned down the introuction | 2/2/2018 09:26(UTC-8) |
| 127 | Dillman | Its nuts | 2/2/2018 09:26(UTC-8) |
| 128 | Boyer | I spoke to someone from Benchmark and Sequioa and they both interacted with the team, as did Yuri Milner.  I can't get my partners on board without that level of diligence.  When it's a fund-level investment, the bar is much higher. | 2/2/2018 09:29(UTC-8) |
| 129 | Dillman | Interesting, Milner and Benchmark and Sequoia participated in the very first round.  Perhaps Telegram was talking to people then, they aren't now.  The ICO is over and Telegram turned down talking to JD Capital (largest fund in China), and they turned down talking to everyone else I know post-ICO. | 2/2/2018 09:32(UTC-8) |
| 130 | Boyer | Yep | 2/2/2018 09:33(UTC-8) |
| 131 | Boyer | Is JD looking at AML? | 2/2/2018 09:35(UTC-8) |

| 132 | Dillman | I hadn't introduced them, that's a good point, ha… I'll do that this afternoon. | 2/2/2018 09:35(UTC-8) |
| 133 | Boyer | https://www.newsbtc.com/2018/02/05/bitcoin-related-super-bowl-ads-spark-major-discussions/ | 2/5/2018 10:20(UTC-8) |
| 134 | Boyer | Hu??? | 2/5/2018 10:20(UTC-8) |
| 135 | Boyer | https://www.newsbtc.com/2018/02/05/bitcoin-related-super-bowl-ads-spark-major-discussions/ | 2/5/2018 10:22(UTC-8) |
| 136 | Boyer | Was this just a sham?? | 2/5/2018 10:22(UTC-8) |
| 137 | Dillman | No | 2/5/2018 10:23(UTC-8) |
| 138 | Boyer | https://www.buzzfeed.com/charliewarzel/the-latest-bitcoin-ploy-faking-a-super-bowl-ad-rejection | 2/5/2018 10:23(UTC-8) |
| 139 | Dillman | Btc fanboys have long hated AML Bitcoin | 2/5/2018 10:23(UTC-8) |
| 140 | Boyer | You should formally respond.  This makes you look like you have no credibility. | 2/5/2018 10:25(UTC-8) |
| 141 | Dillman | Yeah | 2/5/2018 10:25(UTC-8) |
| 142 | Dillman | I'll ping Marcus ASAP | 2/5/2018 10:25(UTC-8) |
| 143 | Boyer | I've gotten this note from about a dozen people | 2/5/2018 10:27(UTC-8) |
| 144 | Dillman | Note? | 2/5/2018 10:28(UTC-8) |
| 145 | Boyer | The BuzzFeed article that quotes an NBC spokesperson as saying the ad was never reviewed as their was never an as buy.  Along with the quote that they don't review creative until a purchase is made. | 2/5/2018 10:29(UTC-8) |
| 146 | Boyer | Someone at Sequoia forwarded it to me. | 2/5/2018 10:30(UTC-8) |

| | | | |
|---|---|---|---|
| 147 | Dillman | An official response is being drafted. The article is misleading... Coincenter, who opposes the AML legislation, had lobbyists work on that buzzfeed piece.<br><br>NBC saw the ad, it was submitted. NBC said instead of the normal $5mil price, they wanted $11 mil, and no guarantee it would air. AND they wanted the ad charged on top of that, make Kim Jong Un less aggravated. This was Thursday before the Super Bowl. Absolutely unacceptable terms days before the event, so AML said no.<br><br>Technically, NBC didn't reject it, but after they had all the heat from rejecting the veteran's ad, they wanted to just screw over AML instead of outright rejecting it so they didn't have to endure the negative press.<br><br>Two different ad agencies were employee to negotiate with NBC, and they legitimately said no to the current version of the ad. | 2/5/2018 10:53(UTC-8) |
| 148 | Boyer | Be sure to clear this stuff up. You guys will be susceptible to lawsuits if this ICO goes badly and during the discovery people will get to the bottom of this quickly.  If this was misrepresented on purpose it could be tried as fraud in EVERY state in the county and the Feds could look to investigate. | 2/5/2018 10:58(UTC-8) |
| 149 | Dillman | Keep confidential... waiting on PR approval, but here's the response (DRAFT): | 2/5/2018 11:00(UTC-8) |

| | | | |
|---|---|---|---|
| 150 | Dillman | Draft:<br><br>We conceived of our humorous Super Bowl ad "North Korean Can't Steal AML BitCoin" after prices started to crash in the digital currency market.<br><br>We believe that one of the main reasons prices are cratering is that virtually every cryptocurrency is anonymous. That means senders and receivers are unknown. While that may thrill some users of bitcoin, it has shocked the world's governments into action, banning digital currency.<br><br>AML BitCoin was created as the world's first patent-pending digital currency with built-in anti-money laundering (hence AML), know-your-customer features that will enable digital currencies to be scale into commerce and government use. AML BitCoin will lead this transformation of the digital currency world.<br><br>Since one of our other features is that no one can steal the AML BitCoin – and since the news headlines of the past year have been full of stories about people losing their bitcoin to hackers, particularly North Korea, we decided to focus our proposed Super Bowl ad on the anger we soon anticipate Kim Jong-Un will be feeling at not being able to steal AML BitCoin.<br><br>From the beginning, the creative, production, advertising and marketing people involved in the creation of "North Korean Can't Steal AML BitCoin" expressed fear that, were they identified, they might become a target of the Kim regime. Since Kim has had his own brother assassinated, and has had no problem attacking major companies – such as Sony Pictures – when they insult him, we treated these fears as real and agreed to keep all parties' names undisclosed. | 2/5/2018 11:00(UTC-8) |
| 151 | Boyer | Nice | 2/5/2018 11:05(UTC-8) |
| 152 | Dillman | I trust you'll keep it confidential ;) | 2/5/2018 11:06(UTC-8) |
| 153 | Dillman | It's being released ASAP, just need Marcus to sign off on it | 2/5/2018 11:06(UTC-8) |

| | | | |
|---|---|---|---|
| 154 | Dillman | He's on a plane to Gibraltar | 2/5/2018 11:06(UTC-8) |
| 155 | Boyer | Of course | 2/5/2018 11:07(UTC-8) |
| 156 | Dillman | The letter that was sent to the NFL Commissioner on Jan. 30th is up on the website | 2/5/2018 13:50(UTC-8) |
| 157 | Boyer | You guys need to respond to BuzzFeed | 2/5/2018 14:33(UTC-8) |
| 158 | Boyer | How many coins are left? Has the crypto sell off impacted the ICO? | 2/6/2018 10:55(UTC-8) |
| 159 | Boyer | Please give me an update when you can.  Thanks | 2/6/2018 15:29(UTC-8) |
| 160 | Dillman | Sure, in meetings at the moment | 2/6/2018 15:35(UTC-8) |
| 300 | Boyer | How are you feeling about ABTC? | 6/20/2018 18:10(UTC-7) |
| 301 | Dillman | No PR yet, I'm not concerned. If PR comes out & price is stagnant I'll consider options.<br><br>The first patent was just evaluated by Morgan & Stanley, they evaluate it at $200 million in the US alone, and it's getting granted globally. None of the bd deals are announced. So much more that I'm unconcerned until those things are revealed. | 6/20/2018 18:36(UTC-7) |
| 302 | Boyer | OK | 6/20/2018 18:37(UTC-7) |
| 303 | Boyer | Thanks | 6/20/2018 18:37(UTC-7) |
| 325 | Boyer | Are you still a believer in ABTC? | 7/30/2018 07:34(UTC-7) |
| 326 | Boyer | I'm considering buying to cost average down (I've picked up some coins between $0.5 and $0.7.  That said, I'd love to hear how you're feeling.  Thanks | 7/30/2018 16:11(UTC-7) |
| 327 | Boyer | Do you have a minute? | 8/28/2018 10:49(UTC-7) |

| 328 | Boyer | Let me know when you have a few minutes free. I had a meeting that I want to discuss with you. | 8/28/2018 12:39(UTC-7) |
|---|---|---|---|
| 329 | Boyer | You've got to get them to up their game. Today came across as very JV. Someone needs to sit them down and tell them that laptop webcam and the crappy demo aren't inspiring confidence. | 10/9/2018 18:33(UTC-7) |
| 330 | Dillman | I'm on a call, I'll call you right back | 11/29/2018 08:22(UTC-8) |
| 331 | Dillman | Few more minutes... international call with translators | 11/29/2018 08:34(UTC-8) |
| 332 | Boyer | You lied to me about the success of the ICO and the number of tokens sold. You flat out lied. I can't believe what I learned today. | 11/29/2018 14:00(UTC-8) |
| 333 | Dillman | I told you what I was told. | 11/29/2018 14:00(UTC-8) |
| 334 | Dillman | Everything I've stated I repeated directly from Marcus. I have no tools to look inside the company, only access to call him | 11/29/2018 14:01(UTC-8) |
| 335 | Boyer | You were there CSO. Just figure out how to make me whole. If you don't think this is going to take you and Blockbits down you're delusional. | 11/29/2018 14:03(UTC-8) |
| 336 | Dillman | I made clear I was an external advisor with a lofty title for biz dev purposes.... but I am working on making you whole, I will update you soon. | 11/29/2018 14:04(UTC-8) |
| 337 | Boyer | You never told me you weren't actively involved. Look at all my old questions. If I didn't think you were involved, I wouldn't have been asking you those questions and I would have thought twice about investing and certainly at those levels. | 11/29/2018 14:10(UTC-8) |
| 338 | Boyer | Go read your email that said you were stepping back | 11/29/2018 14:11(UTC-8) |
| 339 | Boyer | Why email that if you weren't actively involved | 11/29/2018 14:11(UTC-8) |
| 340 | Boyer | You are so deep into this | 11/29/2018 14:11(UTC-8) |
| 341 | Dillman | I always said I was running Block Bits, advising Marcus on the side | 11/29/2018 14:11(UTC-8) |
| 342 | Dillman | I was stepping away from my advisory role | 11/29/2018 14:12(UTC-8) |

| 343 | Boyer | You're lying - -read that email you sent me | 11/29/2018 14:12(UTC-8) |
| --- | --- | --- | --- |
| 344 | Boyer | More lies | 11/29/2018 14:12(UTC-8) |
| 345 | Dillman | Ben, I'm not lying. | 11/29/2018 14:12(UTC-8) |
| 346 | Boyer | There's too many have truths, misrepresentations.  This isn't a coincidence | 11/29/2018 14:13(UTC-8) |
| 347 | Dillman | We met and discussed block bits | 11/29/2018 14:13(UTC-8) |
| 348 | Dillman | You know I was running block bits | 11/29/2018 14:13(UTC-8) |
| 349 | Dillman | And advising Marcus | 11/29/2018 14:13(UTC-8) |
| 350 | Dillman | Only an advisor | 11/29/2018 14:13(UTC-8) |
| 351 | Boyer | I thought you had two jobs | 11/29/2018 14:13(UTC-8) |
| 352 | Dillman | No | 11/29/2018 14:13(UTC-8) |
| 353 | Boyer | First I'm learning this, which is problem to say the least | 11/29/2018 14:14(UTC-8) |
| 354 | Boyer | hile I'm still an advisor to AML Bitcoin, I stepped back from my official role as CSO, as I simply didn't have time to sink into another project that isn't my own company (BlockBits and my other personal pursuits demand all my time lately). I'm a huge believer in the mere fact that they have the patents and anyone who wants to do this (absolutely necessary) component will have to ultimately license from them. | 11/29/2018 14:18(UTC-8) |
| 355 | Boyer | In your words | 11/29/2018 14:18(UTC-8) |

| | | | |
|---|---|---|---|
| 356 | Dillman | I'm not trying to argue about this, but it was plainly stated when we had breakfast in Soma at that restaurant close to your office... that I was looking to find the appropriate funding partner for Block Bits and was running it full time with Dave & Arthur. I was only an advisor to AML and was excited about doing more with them, but that was made clear. I even discussed with you the name of "CSO" was to only help with biz dev. Now I'm not even CSO, I told Marcus I didn't have time for him as much as he wanted and didn't want anything other than just advisor.... I can't help guide him on Strategy if he moves so slow, doesn't take my advice, and I'm running another company | 11/29/2018 14:20(UTC-8) |
| 357 | Boyer | Absolutely not clear. | 11/29/2018 14:21(UTC-8) |
| 358 | Boyer | Aka a lie | 11/29/2018 14:21(UTC-8) |
| 359 | Boyer | Just re read all of our old communications across text, email and FB. | 11/29/2018 14:21(UTC-8) |
| 360 | Boyer | That's all I've been doing all day | 11/29/2018 14:22(UTC-8) |
| 361 | Dillman | I was a very involved advisor at one point | 11/29/2018 14:22(UTC-8) |
| 362 | Dillman | My role was to bring new tech business | 11/29/2018 14:22(UTC-8) |
| 363 | Boyer | Some trying to backtrack | 11/29/2018 14:22(UTC-8) |
| 364 | Boyer | The damage is done | 11/29/2018 14:22(UTC-8) |
| 365 | Dillman | But I needed the ico to complete | 11/29/2018 14:22(UTC-8) |
| 366 | Dillman | He moved super slow on that | 11/29/2018 14:22(UTC-8) |
| 367 | Dillman | And I had nothing to do for months | 11/29/2018 14:22(UTC-8) |

| | | | |
|---|---|---|---|
| 368 | Boyer | Just get me out of it | 11/29/2018 14:22(UTC-8) |
| 369 | Dillman | I'm working on it | 11/29/2018 14:23(UTC-8) |
| 370 | Boyer | I've collected all of the files: wire transfer confirmations, SOAs, emails, text messages, FB messages, etc the FBI and my attorney have asked me to furnish. I don't want to be involved in this mess.  If you have a plan to buy back my tokens I need to know ASAP.  This can't wait. | 11/29/2018 19:16(UTC-8) |
| 371 | Boyer | You have until Monday to get me out of my position otherwise I'll assume that's not a possibility. | 11/30/2018 08:27(UTC-8) |
| 372 | Boyer | Btw, you're such an incredible liar.  If AML did an ICO and listed you as CSO when you were never CSO that is a gross misrepresentation.  I invested 100% because of your involvement all of the bullshit you told me about the project.  I would have thought differently about investing a single dollar if I knew your participation was a front for the ICO.  You are so intertwined in these lies.  Marcus commited a fraud and you aided and abetted.  I assume I' | 11/30/2018 08:50(UTC-8) |