MICHAEL J. SHEPARD (SBN 91281)
   *mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
   *kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
   *cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 3:2-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO FILE A MULTI-PART MOTION IN LIMINE IN EXCESS OF 25 PAGES**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

    Defendant Rowland Marcus Andrade hereby moves this court for an Order, Attachment 1, permitting the entry of a defense filing in excess of the 25-page limit set by Local Criminal Rule 47-2 (by reference to Civil Local Rule 7-2(b)).

Defendant Marcus Andrade is seeking to file seven motions in limine in a single filing with an excess page count. While the individual motions within this filing comply with the page limits set by Crim. L.R. 47-2, when put together in a single filing, they exceed this limit. The submission of these motions in limine in a single filing serves to reduce docket clutter and streamline the Court's review of the filings, and for this reason, the defense seeks an exception to Crim. L.R. 47-2.

Respectfully submitted,

DATED: January 10, 2025

KING & SPALDING LLP

By: */s/ Michael J. Shepard*
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE