## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO FILE A MULTI-PART MOTION IN LIMINE IN EXCESS OF 25 PAGES**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

[PROPOSED] Order Granting Defendant Andrade's Administrative Motion to File a Multi-Part Motion in Limine in Excess of 25 Pages

Case Number: 3:20-cr-00249-RS - Page 1

On motion of the Defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**

That Defendant Marcus Andrade may file a multi-part motion in limine in excess of 25 pages as an exception to Crim. L.R. 47-2.

Dated: January ____, 2025

_____
HON. RICHARD SEEBORG
United States Chief District Judge
