1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  THE UNITED STATES OF AMERICA,          )   Case No.: 3:20-CR-00249-RS
                                           )
13              Plaintiff,                 )   **[PROPOSED] ORDER GRANTING**
                                           )   **DEFENDANT MARCUS ANDRADE'S**
14        vs.                              )   **MOTIONS IN LIMINE, ## 1-7**
                                           )
15  ROWLAND MARCUS ANDRADE,                )
                                           )
16              Defendant.                 )
                                           )
17
18
19
20
21
22
23
24
25
26
27
28

On the motion of the Defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1)   That Defendant Andrade's Motion in Limine to Exclude Argument and Evidence Regarding the Super Bowl "Rejection Campaign" is **GRANTED;**

2)   That Defendant's Motion in Limine to Exclude Victim Testimony is **GRANTED;**

3)   That Defendant's Motion in Limine to Exclude Andrade's Misrepresentations to Non-Purchasers is **GRANTED;**

4)   That Defendant's Motion in Limine to Exclude Evidence About Andrade's Failure to File Tax Returns is **GRANTED**;

5)   That Defendant's Motion in Limine to Exclude Evidence of Civil Litigation Andrade Pursued is **GRANTED;**

6)   That Defendant's Motion in Limine to Exclude Evidence of Market Manipulation is **GRANTED**; and

7)   That Defendant's Motion in Limine to Exclude Evidence of Foteh's Self-Diagnoses of Medical or Psychological Conditions is **GRANTED.**

    **IT IS SO ORDERED:**

Date: January _____, 2025

_____
Hon. RICHARD SEEBORG
Judge of the United States District Court