United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROWLAND MARCUS ANDRADE,
    Defendant.

Case No. 20-cr-00249-RS-1

**ORDER ON DEFENDANT'S WITNESS AND EXHIBIT LIST DISCLOSURES**

The Defendant Rowland Marcus Andrade requests an order setting the due date for his witness disclosure at the start of jury voir dire, and the due date for his exhibit disclosure at the close of the government's case. The government opposes the motion and contends the Defendant should be required to disclose his witnesses and exhibits by the pretrial conference on January 22, 2025. The government has agreed to disclose its witnesses and exhibits by January 15, 2025. For the following reasons, the Defendant must disclose his lists of witnesses and exhibits by no later than the pretrial conference on January 22, 2025.

District courts have broad authority to control and manage their dockets. *See U.S. v. W.R. Grace*, 526 F.3d 499, 508–09 (9th Cir. 2008) ("There is universal acceptance in the federal courts that, in carrying out this mandate, a district court has the authority to enter pretrial case management and discovery orders designed to ensure that the relevant issues to be tried are identified, that the parties have an opportunity to engage in appropriate discovery and that the parties are adequately and timely prepared so that the trial can proceed efficiently and

intelligibly.").

Rule 16(b) specifically requires a criminal defendant to provide reciprocal discovery of any evidence that the defendant intends to use in his case-in-chief at trial. Fed. R. Crim. P. 16(b)(1). While the Rule does not impose a disclosure deadline in advance of trial, Criminal Local Rule 17.1-1 contemplates disclosure of witness and exhibit lists, by both the government and the defense, ahead of the pretrial conference. *See* Crim. L.R. 17.1-1(b); *see also United States v. Nubla & Ku*, 21-CR-00139 RS, 2023 WL 2457448 at * 5 (N.D. Cal. March 9, 2023); *United States v. Aiyaswamy*, No. 15-cr-00658-LHK-1, 2017 WL 1365228, at *5 (N.D. Cal. Apr. 14, 2017). Accordingly, the Defendant is ordered to disclose lists of all exhibits or witnesses, other than evidence or witnesses used purely for impeachment or rebuttal, in advance of the pretrial conference on January 22, 2025.

**IT IS SO ORDERED**.

Dated: January 15, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

ORDER ON DISCLOSURES
CASE NO. 20-cr-00249-RS-1

2