**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:	+1 415 318 1200
Facsimile:	+1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:	+1 202 626 2394
Facsimile:	+1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendant. | Case No.: 20-CR-00249-RS-SK<br><br>**APPLICATION BY DEFENDANT FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

   Defendant Rowland Marcus Andrade has been found to be indigent and to qualify for funding under the Criminal Justice Act.

1  Defendant Andrade resides in the Southern District of Texas. He is scheduled to appear
2  in the Northern District of California for a pretrial conference on January 22, 2025, and to begin
3  trial on February 10, 2025. ECF 417 at 3. Defendant hereby applies, pursuant to 18 U.S.C. §
4  4285, for travel expenses to attend the scheduled court appearances.

5  Defendant applies for an order directing the United States Marshall to:

6  1) Transport the defendant from the Southern District of Texas to the Northern
7  District of Texas, in the form of:

8  A) Arrange noncustodial transportation to appear before the required Court;
9  OR, at the option of the U.S. Marshall,
10 B) Furnish to the defendant the one-way fare necessary for for transportation to
11 the required Court.

12 AND

13 2) Provide the defendant with an amount for subsistence expense to the destination, not
14 to exceed the amount authorized by 5 U.S.C. § 5702(a).

15 DATED:    January 15, 2025    Respectfully Submitted,

16                                /s/
17                                _____
18                                KING & SPALDING LLP, by:
                                     MICHAEL J. SHEPARD
19                                   KERRIE C. DENT
                                     DAINEC STEFAN,
20                                and by CINDY A. DIAMOND
                                  Attorneys for Defendant
21                                ROWLAND MARCUS ANDRADE