ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | CASE NO. 3:20-cr-00249-RS <br><br> **UNITED STATES' EXHIBIT LIST** <br><br> Pretrial Conference: Jan. 22, 2025 \| 9:30 a.m. <br> Trial: Feb. 10, 2025 \| 9:00 a.m. <br> Court: Courtroom 3 \| 17th Floor <br> Judge: Hon. Richard Seeborg |

    The United States of America hereby submits its list of prospective exhibits it may seek to introduce into evidence at trial. Please see Attachment to this filing, which includes beginning Bates stamp, end Bates stamp, and approximate description of each exhibit. The United States respectfully reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

//

1  //

2  DATED: January 15, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney