ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 3:20-cr-00249-RS<br><br>**UNITED STATES' WITNESS LIST**<br><br>Pretrial Conference: Jan. 22, 2025 \| 9:30 a.m.<br>Trial: Feb. 10, 2025 \| 9:00 a.m.<br>Court: Courtroom 3 \| 17th Floor<br>Judge: Hon. Richard Seeborg |

    The United States hereby submits its list of witnesses that may be called to testify during the government's case-in-chief during the trial of the above-captioned matter. The government respectfully reserves the right to amend this list and disclose additional witnesses in a manner consistent with the Federal Rules of Criminal Procedure.

    The "description" column attempts to give the Court and the defendant a brief sketch of each witness's role at trial or in the charged conduct. The government respectfully requests, however, that the Court not limit the examination of these witnesses to the precise contours of the description summarized

below. Similarly, the "ID #" column is simply to help identify and count the witnesses by something other than their names. They are not currently intended to reflect the witness order.

| ID # | Name | Description |
| --- | --- | --- |
| 1 | Leslie Katz | Port of SF Commissioner/attorney |
| 2 | Michael Witte | Investor |
| 3 | Daniel Aharonoff | Investor |
| 4 | John Szeder | Andrade employee-technology |
| 5 | David Mata | Co-Conspirator |
| 6 | Brian Darling | Op-ed writer |
| 7 | Hung Tran | Andrade employee-technology |
| 8 | Evan Carlsen | Andrade employee-technology |
| 9 | Melanie Cowan | Andrade employee-office |
| 10 | Richard Naimer | Cross Verify |
| 11 | A. John Bryan | Andrade employee |
| 12 | Brian Darrow | Andrade employee-salesman |
| 13 | Bernadette Tran | Andrade employee |
| 14 | Corey Jodoin | Investor & AtenCoin executive |
| 15 | Brandi Jodoin | Investor & AtenCoin executive |
| 16 | Ben Boyer | Investor |
| 17 | Lavern Davidhizar | Investor |
| 18 | Kelsie Prevost | Andrade employee-office |
| 19 | Rene Acuna | Investor |
| 20 | Kathryn Tunis | Superbowl Ad-NBC representative |
| 21 | Jack Abramoff | Co-Conspirator |
| 22 | Bryant Ling | Former FBI Agent |
| 23 | Chris Versace | Op-ed writer |
| 24 | Peter Roff | Op-ed writer |
| 25 | Carlos De La Guardia | Andrade associate-Panama Canal |
| 26 | Theresa Chiu | FBI Forensic Accountant (FOA) |
| 27 | Brendon Zartman | FBI Special Agent |
| 28 | Melissa Foteh | Andrade employee-office |
| 29 | Kieran McCavanagh | Superbowl Ad-NBC representative |
| 30 | James A. Carfora | IRS CID SA |
| 31 | Chet Fenster | Superbowl Ad |
| 32 | David Salmon | Attorney |
| 33 | Scott Bruffey | Investor |
| 34 | FBI FOA Brandon Tabbal | Crypto Expert |
| 35 | Maurice Musiitwa | Investor |
| 36 | Kris Kitto | Marketing |

| 37 | Kate Ablett | FBI Special Agent |
|----|-------------|-------------------|
| 38 | Byron Rhett | Port of San Francisco |
| 39 | IRS Records witness, if necessary | IRS employee |
| 40 | FBI Crypto rebuttal witness | FBI employee |
| 41 | Dr. Amanda Gregory | Clinical and Forensic Neuropsychologist |
| 42 | More FBI employees to admit records, if necessary | FBI employee |

DATED: January 15, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney