**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ROWLAND MARCUS ANDRADE, <br> Defendant. | Case No.: 20-CR-00249-RS <br><br> [PROPOSED] **ORDER GRANTING MR. ANDRADE'S REQUEST FOR EXTENSION OF TIME OF ONE WEEK TO COMPLY WITH COURT ORDER 456** |

Application having been made and good cause appearing therefore, defendant's request to have an additional week to comply with this Court's Order on Defendant's Witness and

1  Exhibit List Disclosures.
2  IT IS HEREBY ORDERED:
3      The defendant shall make the required disclosure by January 29, 2025.
4
5  Date: _____, 2024  _____
6                                              Hon. RICHARD SEEBORG
                                            Judge of the United States District Court