1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
       450 Golden Gate Avenue, Box 36055
8      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
9      christiaan.highsmith@usdoj.gov
       david.ward@usdoj.gov
10     matthew.chou2@usdoj.gov

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00249-RS |
| Plaintiff, | **UNITED STATES' PROPOSED VERDICT FORM** |
| v. | Pretrial Conference: Jan. 22, 2025 \| 9:30 a.m. |
| ROWLAND MARCUS ANDRADE, | Trial: Feb. 10, 2025 \| 9:00 a.m. |
| | Court: Courtroom 3 \| 17th Floor |
| Defendant. | Judge: Hon. Richard Seeborg |

The United States hereby submits its Proposed Verdict Form.

DATED: January 17, 2025                    Respectfully submitted,

                                           ISMAIL J. RAMSEY
                                           United States Attorney

                                           _____/s/_____
                                           CHRISTIAAN H. HIGHSMITH
                                           DAVID J. WARD
                                           Assistant United States Attorneys

                                           MATTHEW CHOU
                                           Special Assistant United States Attorney

VERDICT FORM
3:20-CR-00249 RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00249-RS |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

We, the members of the jury in the above-entitled action, unanimously find the defendant, Rowland Marcus Andrade:

1. _____ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count One of the Indictment.

2. _____ (GUILTY / NOT GUILTY) of the offense of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i), as charged in Count Two of the Indictment.

DATED: _____

_____
FOREPERSON

VERDICT FORM
3:20-CR-00249 RS