**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO.: 3:20-CR-00249-RS<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ANDRADE'S OPPOSITION TO GOVERNMENT'S MOTION FOR RULE 16 DISCLOSURES FROM PROPOSED EXPERT KATHY JOHNSON** |

**DECLARATION OF KERRIE C. DENT**

Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter.

1

2. Karl Ruzicka, the accountant who kept Mr. Andrade's books for years, including during the time period relevant to this case, provided some of his QuickBooks reports and files materials directly to us in mid-December 2024. Our team did not recall ever seeing these files in the government's productions. Ms. Johnson and her team have been begun reviewing those materials.

3. On January 17, 2025, the government produced 4.8 GB of data that was almost exclusively financial data, including QuickBooks reports and files. The government did not include a cover letter with its production or offer any explanation for why it had not produced this mountain of financial data four years ago. We do not yet know whether this material is duplicative of what it has produced in the past. Nor do we know why it was produced at such a late date.

4. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 19, 2025 in McLean, Virginia.

DATED: January 19, 2025  KING & SPALDING, LLP

By: /s/ Kerrie C. Dent

KERRIE C. DENT (*Pro Hac Vice*)

Attorney for Defendant
ROWLAND MARCUS ANDRADE

2

DECLARATION OF KERRIE C. DENT ISO ANDRADE'S  3:20-CR-00249-RS
OPPOSITION TO GOVERNMENT'S MOTION FOR COMPLIANT
RULE 16 DISCLOSURE FOR KATHY JOHNSON