MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
 kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>**REPLY IN SUPPORT OF DEFENDANT ANDRADE'S MOTION IN LIMINE OBJECTING TO GOVERNMENT EXPERTS**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

    Defendant Rowland Marcus Andrade files this Reply in support of his Motion in Limine Objecting to Government Experts.

1

Mr. Andrade appreciates that the government appears to agree with three of Mr. Andrade's four objections: (1) the government agrees that, rather than say that Mr. Andrade "layered and commingled funds raised from investors in AML *Bitcoin in order to conceal their course, and then to further conceal their integration, or use, for Andrade's personal benefit*," ECF 4203:15-17 (Government's Carfora Notice) (emphasis added), Special Agent Carfora will say that Mr. Andrade's transactions "are consistent with or indicative of or appear to be efforts to conceal their source and conceal their integration or use." ECF 482 at 2:24-26 (Government's Response to Mr. Andrade's Motion in Limine Objecting to Government Experts); (2) the government agrees that Special Agent Carfora "will not offer any expert opinion on whether he believes any of the representations made were or were not fraudulent," ECF 482 at 3:9-10, despite the statement in his disclosure that Mr. Andrade's transfer and use of funds to buy two properties was "accomplished through the layering and comingling of funds Andrade *raised from AML Bitcoins through fraudulent misrepresentations.*" ECF 420 at 3:24-25 (emphasis added); and (3) Mr. Tabbal will remove his reference to "how to identify if a wallet is used for the sale of child sexual abuse material (child pornography)." ECF 482 at 4:3-6.

The only remaining issue is whether Special Agent Carfora can state his conclusions in the form of "is consistent with" money laundering, or whether he should be limited to "may be consistent with." The Ninth Circuit's decision in *United States v Alonso*, 48 F.3d 1536 (9th Cir. 2005), makes a number of mentions of the latter formulation. *See, e.g., id* at 1541 (twice), 1542. As the government, notes, however, it does approve of the government's formulation.  For the reasons stated in his opening brief, Mr. Andrade submits that the latter formulation is the one that best ensures that, while remaining potentially helpful and informative, the testimony will not invade the province of the jury.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: January 21, 2025 | KING & SPALDING LLP |
| 3 |   |   |
| 4 |   | By: */s/ Michael J. Shepard*<br>MICHAEL J. SHEPARD<br>KERRIE C. DENT |
| 5 |   | CINDY A. DIAMOND |
| 6 |   | Attorneys for Defendant<br>ROWLAND MARCUS ANDRADE |