MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:   +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:   +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S WITNESS LIST**<br><br>Pretrial Conference: Jan. 22, 2025 \| 9:30 a.m.<br>Trial: Feb. 10, 2025 \| 9:00 a.m.<br>Court: Courtroom 3 \| 17th Floor<br>Judge: Hon. Richard Seeborg |

Defendant Andrade hereby submits his list of witnesses that may be called to testify during his case-in-chief during the trial of the above-captioned matter. Mr. Andrade reserves the right to call any witness listed on the government's witness list. Mr. Andrade further respectfully reserves the right to amend this list and disclose additional witnesses in a manner consistent with the Federal Rules of Criminal Procedure. Not listed here, because they have already been disclosed, are his expert witnesses.

1. **Anticipated Case-In-Chief Witnesses**

| ID # | Name |
|---|---|
| 1 | Allaham, Joey |
| 2 | Cully, Warren |
| 3 | Davis, Barry |
| 4 | Fahy, John |
| 5 | Gregory, Amanda |
| 6 | Grimm, Bradford |
| 7 | Johnson, Kathy (potential summary witness) |
| 8 | Korf, Mordechai |
| 9 | Lee, Bryant (UCE 7410) |
| 10 | Lee, Christine |
| 11 | Martinez, Christopher |
| 12 | OCE 8026-SAC |
| 13 | Petkevich, Sergey |
| 14 | Poon, Terrence |
| 15 | Pugliese, Dylan |
| 16 | Ray, Christopher |
| 17 | Ruzicka, Karl |
| 18 | Takhar, Jasbir |
| 19 | Tinker, Jeffrey |
| 20 | Torres, Raul |
| 21 | Weissman, Arthur |
| 22 | Wooten, Randy |

2. **Anticipated As-Needed Impeachment Witnesses**

| ID # | Name |
|---|---|
| 23 | Fein, Brian |
| 24 | Ferrara, Peter |
| 25 | Hodges, Kelly |
| 26 | Koltuniak, Andrew |
| 27 | Kroll, Chase |
| 28 | Motley, Seaton |
| 29 | Quinn, Ethan |
| 30 | Rothschild, Beau |
| 31 | Sherman, Steve |
| 32 | Wong, Bryan |
| 33 | Wynar, Rohan |
| 34 | Zicherman, Eli |

3. **Anticipated As-Needed Foundation and Authenticity Witnesses (Should the Parties Fail to Stipulate)**

| ID # | Name |
|---|---|
| 35 | Ahmed, Leena (UCE 7780) |
| 36 | Apollaro, Anthony |
| 37 | Armas, Elizabeth |
| 38 | Battle, Wes |
| 39 | Bierbauer, Erik |
| 40 | Clachko, Jeffrey |
| 41 | Danik, Jeffrey |
| 42 | Di Paolo, Paul |
| 43 | Donahoe, Brian |
| 44 | Fliderman, Sandy |
| 45 | Genao, Ana |
| 46 | Gupta, Ravi |
| 47 | Haljun, Gibbs |
| 48 | Kahrs, James |

| ID # | Name |
|---|---|
| 49 | Landau, Robert |
| 50 | Lee, Bryant |
| 51 | Lehmberg, Emily |
| 52 | Maran, Cory |
| 53 | McCormack, Mike |
| 54 | McKenna, Mary |
| 55 | Melville, Ann |
| 56 | Migdall, Allan |
| 57 | Morgan, Brad |
| 58 | O'Brien, David |
| 59 | Oriji, Nddi |
| 60 | Prasievi, Alexander |
| 61 | Randall, John |
| 62 | UCE-7780 |
| 63 | Woods, James |

4. **Anticipated As-Needed Witnesses Should Evidence of Alleged Market Manipulation, Prior Litigation, and AtenCoin be Admitted over Mr. Andrade's objection.**

| ID # | Name |
|---|---|
| 64 | Agrawal, Sachin |
| 65 | Clay, Jerrell |
| 66 | Cohen, David |
| 67 | Fulton, Patricia |
| 68 | Getz, George |
| 69 | Gray, Richard |
| 70 | Kresek, Barbara |
| 71 | Olsen, Eric |
| 72 | Verma, Nea |
| 73 | Westerfield, Lee |

Respectfully submitted,

Dated: January 22, 2025

King & Spalding LLP

By: */s/ Michael J. Shepard*
    MICHAEL J. SHEPARD
    KERRIE C. DENT
    CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE