MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

Mr. Andrade proffered questions 6-10 in the parties' Joint Request for 10 Additional Jury Questionnaire Questions and seeks to ask follow-up questions as appropriate based on the venire's answers to Mr. Andrade's questionnaire entries.  Additionally, Mr. Andrade seeks to ask the following questions, or questions to the same effect.

### PERSONNEL

1. Trial is usually a stressful and emotional experience for the people involved, especially defendants and witnesses, and it can be hard for those people to control their non-verbal expressions and emotions. If you observed Mr. Andrade or any of his counsel have non-verbal or emotional reactions in court, would that influence you in any way? How so?

2. Many people think it is important to always believe alleged victims of crimes when they tell their stories. Do any of you agree with that? Is that a strongly held belief for you?

3. Has anybody had poor experiences with defense attorneys in another case? What was your experience?

### BURDEN

4. Sometimes jurors may think that a defendant is guilty but aren't convinced beyond a reasonable doubt, and that can be a difficult situation to be put in. Would you find it difficult to vote not guilty in a case where you think that the defendant is probably guilty, but not guilty beyond a reasonable doubt?  Would having to vote not guilty in that circumstance bother you mentally?

5. Is it your expectation that you'll hear both sides of the story in this case? Would you be comfortable making a decision in this case if you didn't get to hear both sides?

6. Do you expect an innocent person would always testify in court, and tell his or her side of the story?

7. Even if you don't expect an innocent person to testify, do you think you would still wonder, even subconsciously, why they didn't testify?

**PREDISPOSITIONS**

8. Did you have any kind of internal reaction when reading the description of the charges in this case? What was that reaction?

9. Have you ever felt misled by marketing into buying something later regretted buying? What was that experience? Did you think of that experience when you read the description of this case in the questionnaire?

10. You may have heard before that there is no such thing as a "white lie," and basically that all lies, no matter how big or small, are equally bad. Do you agree with that?

11. Sometimes people make false claims while genuinely believing that their claims are true. Do you agree that this happens?

12. A common phrase you may have heard before is, ""Never ascribe to malice what can be explained by incompetence," or in other words, don't assume someone is malicious when they may just not be that smart. Are you open to that idea?

DATED: January 24, 2025                    Respectfully submitted,

                                                              /s/ Michael J. Shepard
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
Attorneys for Defendant
ROWLAND MARCUS ANDRADE