ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | NO. CR 20-00249 RS <br><br> **UNITED STATES' PROPOSED ADDITIONAL VOIR DIRE QUESTIONS** <br><br> Dept.: Courtroom 3 – 17th Floor <br> Judge: Hon. Richard Seeborg <br><br> Trial Date: February 10, 2025 |

    During the pretrial conference in this matter, the Court permitted the parties to file proposed voir dire questions. *Dkt. 492*. The United States respectfully submits the following proposed questions:

    1. Do any of the jurors happen to know any of the other prospective jurors?

    2. Would sitting as a juror in this case cause a significant financial hardship for you?

    3. Much of the evidence in this trial will be in the form of documents, such as emails, text messages, and news articles. Witnesses will discuss those documents, and they will be

displayed on the screen in front of you. Is there anything that would make it difficult for you to read and understand large amounts of text written in English?

4. Have you ever worked at a startup or in venture capital? If so, what was your role?

5. The U.S. Department of Justice, the FBI, and federal law enforcement in general have all been in the news recently. Although this case is in San Francisco and results from a San Francisco-based investigation, do you have such strong feelings about the Federal Government that you would not be able to be fair in evaluating the evidence and witness testimony in this case?

6. Have you or a close friend or family member had any prior experience with Jack Abramoff, or strong opinions or feelings about him, that would influence your ability to be a fair and impartial juror in this case?

7. In this case you may hear from witnesses who also committed crimes and who may be seeking some leniency in their own cases for providing testimony or evidence in this case. While the law provides for you to view those witnesses with scrutiny, would you tend to ignore those witnesses because you don't believe that the law should allow such witnesses to testify?

DATED: January 24, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney