1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)

5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney

7

8        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

9        Telephone: (415) 436-7200
         christiaan.highsmith@usdoj.gov
         david.ward@usdoj.gov
10       matthew.chou2@usdoj.gov

11 Attorneys for United States of America

12
                        UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                             SAN FRANCISCO DIVISION
15

16 | UNITED STATES OF AMERICA,      ) CASE NO. 3:20-cr-00249-RS
                                    )
17 |       Plaintiff,                ) **UNITED STATES' FIRST AMENDED**
                                    ) **WITNESS LIST**
18 |    v.                           )
                                    ) Trial:    Feb. 10, 2025 | 9:00 a.m.
19 | ROWLAND MARCUS ANDRADE,        ) Court:    Courtroom 3 | 17th Floor
                                    ) Judge:    Hon. Richard Seeborg
20 |       Defendant.                )
                                    )
21 |_____)

22       The United States hereby submits its first amended list of witnesses that may be called to testify

23 during the government's case-in-chief—and in rebuttal, to the extent the defense has timely disclosed

24 corresponding expert testimony under Rule 16—during the trial of the above-captioned matter. The

25 government respectfully reserves the right to amend this list and disclose additional witnesses in a

26 manner consistent with the Federal Rules of Criminal Procedure.

27       The "description" column attempts to give the Court and the defendant a brief sketch of each

28 witness's role at trial or in the charged conduct. The government respectfully requests, however, that the

Court not limit the examination of these witnesses to the precise contours of the description summarized below. Similarly, the "ID #" column is simply to help identify and count the witnesses by something other than their names. They are not currently intended to reflect the witness order.

| ID # | Name | Description |
|---|---|---|
| 1 | Leslie Katz | Port of SF Commissioner/attorney |
| 2 | Michael Witte | Investor |
| 3 | Daniel Aharonoff | Investor |
| 4 | John Szeder | Andrade employee-technology |
| 5 | Brian Darling | Op-ed writer |
| 6 | Hung Tran | Andrade employee-technology |
| 7 | Evan Carlsen | Andrade employee-technology |
| 8 | Melanie Cowan | Andrade employee-office |
| 9 | A. John Bryan | Andrade employee |
| 10 | Brian Darrow | Andrade employee-salesman |
| 11 | Bernadette Tran | Andrade employee |
| 12 | Corey Jodoin | Investor & AtenCoin executive |
| 13 | Brandi Jodoin | Investor & AtenCoin executive |
| 14 | Ben Boyer | Investor |
| 15 | Rene Acuna | Investor |
| 16 | Kathryn Tunis | Superbowl Ad-NBC representative |
| 17 | Jack Abramoff | Co-Conspirator |
| 18 | Bryant Ling | Former FBI Agent |
| 19 | Chris Versace | Op-ed writer |
| 20 | Peter Roff | Op-ed writer |
| 21 | Carlos De La Guardia | Andrade associate-Panama Canal |
| 22 | Theresa Chiu | FBI Forensic Accountant (*expert*) |
| 23 | Melissa Foteh | Andrade employee-office |
| 24 | Kieran McCavanagh | Superbowl Ad-NBC representative |
| 25 | James A. Carfora | IRS CID Special Agent (*expert*) |
| 26 | David Salmon | Attorney |
| 27 | Scott Bruffey | Investor |
| 28 | FBI FOA Brandon Tabbal | Background on cryptocurrency (e*xpert*) |
| 29 | David Hargreaves | Marketing |
| 30 | Kate Ablett | FBI Special Agent |
| 31 | Byron Rhett | Port of San Francisco |
| 32 | Victoria Hernandez | IRS records witness |
| 33 | Sean O'Malley | New York Federal Reserve Bank: Fedwire |
| 34 | Ethan Quinn | FBI Special Agent |

| 35 | Dr. Amanda Gregory | Clinical and Forensic Neuropsychologist (*rebuttal expert*) |
|----|--------------------|-------------------------------------------------------------|
| 36 | Dr. Matt Edman     | Computer Scientist at NAXO Labs (*rebuttal expert*)         |

DATED: January 30, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney