1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
9       FAX: (415) 436-7230
        christiaan.highsmith@usdoj.gov
10      david.ward@usdoj.gov
        matthew.chou2@usdoj.gov
11
   Attorneys for United States of America

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 20-00249 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **FOR REAL-TIME, REMOTE VIDEO** |
| | ) | **TESTIMONY DURING TRIAL** |
| ROWLAND MARCUS ANDRADE, | ) | Dept.: Courtroom 3 – 17th Floor |
| | ) | Judge: Hon. Richard Seeborg |
| Defendant. | ) | |
| | ) | Trial Date: February 10, 2025 |

In its Order on January 23, 2025, the Court directed the parties "to meet and confer to develop an appropriate protocol for virtual testimony." Dkt. 497, at 7.

The parties have met and conferred, and counsel for Mr. Andrade have conferred with him on this stipulation. The parties jointly propose the following protocol for virtual testimony.

STIP. & [PROPOSED] ORDER RE REMOTE TESTIMONY
CR 20-00249 RS

1

1. Abramoff will provide real-time, remote testimony from a conference room in Winston & Strawn, LLP's offices in Washington, D.C. starting at 8:30 a.m. Pacific Time on Monday, February 24, 2025.  Abramoff will not wear a medical mask.  All other individuals physically present in the conference room will wear a medical mask.

2. Abramoff's video and audio testimony will be displayed in real-time on a monitor in the courtroom in San Francisco.  The Court will preside over Abramoff's testimony from the courtroom in San Francisco with the jury present.  The Court will rule on objections from the courtroom in San Francisco.

3. Defendant Andrade's personal preference is to be physically present with Abramoff during Abramoff's testimony rather than being in the courtroom in San Francisco during Abramoff's testimony.  Accordingly, Andrade will be physically present in Washington, D.C. with his attorney and in Abramoff's presence during Abramoff's testimony; Andrade will not be physically present in the courtroom with the jury in San Francisco.  Andrade personally waives any claim of error arising from this testimonial arrangement, including his constitutional right to be physically present in the courtroom in San Francisco with the jury during Abramoff's real-time, remote testimony.

4. Because Abramoff's testimony will be scheduled at a specific time to accommodate his medical condition and treatment, the presence of the defendant, and the presence of counsel, the Court in its discretion may adjust the schedule of the trial accordingly.  The Court may, for example, interrupt the direct- or cross-examination of the witness preceding Abramoff, so that Abramoff's testimony may begin on schedule, and resume that other witness's testimony after Abramoff's testimony.  Alternatively, the Court may end the Friday, February 21, 2025 trial day early so that Abramoff's testimony will not potentially interrupt another witness's testimony.

5. Pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the fare for Andrade's transportation from San Francisco to Washington, D.C. and back from Washington, D.C. to San Francisco because Andrade's personal appearance at Abramoff's testimony in

Washington, D.C. and Andrade's return to trial in San Francisco is required. While Andrade's travel is under complete control of the United States Marshal, the U.S. Marshal and Defendant Andrade understand that they shall take all reasonable steps to ensure that Abramoff's testimony can start at 8:30 a.m. Pacific Time on February 24, 2025. Such reasonable steps include booking Andrade a non-stop flight that arrives in Washington, D.C. no later than Saturday, February 22, 2025. Likewise, the United States Marshal shall book Andrade a non-stop flight from Washington, D.C. to San Francisco the same day as the close of Abramoff's testimony. Andrade will make all reasonable efforts to return from Washington, D.C. to the courtroom in San Francisco so that trial is not interrupted or delayed. This may require Andrade to take a late evening or overnight flight following the conclusion of Abramoff's testimony. Working with the United States Marshal, Andrade will make all reasonable efforts to return to San Francisco so that trial in San Francisco can resume at 8:30 a.m. Pacific Time the day after the close of Abramoff's testimony. Accordingly, the Court directs the United States Marshal to do everything reasonably possible to ensure that Mr. Andrade can return to San Francisco in time to be present at 8:30 a.m. Pacific Time the day after the close of Abramoff's testimony.

6. The Court may, at its discretion, excuse Abramoff for the day prior to the scheduled end of the trial day (1:30 p.m. Pacific Time) on any day he testifies. The Court may exercise this authority if it deems interruption of Abramoff's testimony to be appropriate given Abramoff's health and condition.

*[Remainder of page intentionally blank.]*

7. Nothing in this stipulation waives in any way Defendant Andrade's right to a full cross-examination of Abramoff.

DATED: February 2, 2025                    Respectfully submitted,

                                                          ISMAIL J. RAMSEY
                                                          United States Attorney

                                                          /s/
                                                          CHRISTIAAN HIGHSMITH
                                                          DAVID WARD
                                                          Assistant United States Attorneys

                                                          MATTHEW CHOU
                                                          Special Assistant United States Attorney

DATED: February 2, 2025

                                             By:     /s/
                                                        MICHAEL J. SHEPARD
                                                        KERRIE C. DENT
                                                         CINDY A. DIAMOND
                                                        Attorneys for Defendant ANDRADE

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the stipulation of the parties is hereby ORDERED.

**SO ORDERED.**

Dated: _____          _____
                                                HONORABLE RICHARD SEEBORG
                                                United States Chief District Judge