MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S SUPPLEMENTAL WITNESS LIST**<br><br>Trial: Feb. 10, 2025 \| 9:00 a.m.<br>Court: Courtroom 3 \| 17th Floor<br>Judge: Hon. Richard Seeborg |

Defendant Andrade hereby supplements his list of witnesses that may be called to testify during his case-in-chief during the trial of the above-captioned matter. Mr. Andrade continues to reserve the right to call any witness listed on the government's initial and amended witness lists. Mr. Andrade further respectfully reserves the right to amend this list and disclose additional witnesses in a manner consistent with the Federal Rules of Criminal Procedure.  In addition to the witnesses previously noticed on January 22, 2025, Mr. Andrade may call the additional witnesses listed below.

| ID # | Name | Purpose |
| --- | --- | --- |
| 74 | Winczura, Darren | Impeachment |
| 75 | Davis, Steve | Foundation & Authenticity |
| 76 | Batista, Santiago | Impeachment |
| 77 | Tovey, Kendl | Impeachment |

Respectfully submitted,

DATED: February 4, 2025

KING & SPALDING LLP

By: /s/ Michael J. Shepard
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

2

Defendant Andrade's Supplemental Witness List

Case Number: 3:20-cr-00249-RS