**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:    +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No.: 20-CR-00249-RS<br><br>**APPLICATION BY DEFENDANT FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

  Defendant Rowland Marcus Andrade has been found to be indigent and to qualify for funding under the Criminal Justice Act.  Defendant hereby applies, pursuant to 18 U.S.C. § 4285,

for travel expenses to attend a remote session of trial testimony which will take place in Washington, D.C. Mr. Andrade will not be available to travel to the airport prior to the close of court proceedings to be held on February 21, 2025.

To ensure the orderly progress of the trial and the most efficient use of time, the parties stipulated, and the Court has ordered, that the United States Marshal take all reasonable steps to ensure that testimony take place as scheduled, including[1]:

1) Defendant Rowland Marcus Andrade shall be booked on a non-stop flight that arrives in Washington D.C. no later than Saturday, February 22, 2025.

2) Defendant Rowland Marcus Andrade shall be booked on a non-stop flight from Washington D.C. to San Francisco, the same day as the close of testimony that the defendant will attend. The Marshal will do everything reasonably possible to ensure that Mr. Andrade return to San Francisco in time to appear at his trial on 8:30 a.m. the day after the close of the testimony taken in Washington, D.C.

The parties have also agreed, and this Court has ordered, that payment will be furnished by the U.S. Marshal as requested. ECF-524 at 2:25-3:1.[2]

---

[1] Full text of this portion of the Court's order provides: "While Andrade's travel is under complete control of the United States Marshal, the U.S. Marshal and Defendant Andrade understand that they shall take all reasonable steps to ensure that Abramoff's testimony can start at 8:30 a.m. Pacific Time on February 24, 2025. Such reasonable steps include booking Andrade a non-stop flight that arrives in Washington, D.C. no later than Saturday, February 22, 2025. Likewise, the United States Marshal shall book Andrade a non-stop flight from Washington, D.C. to San Francisco the same day as the close of Abramoff's testimony. Andrade will make all reasonable efforts to return from Washington, D.C. to the courtroom in San Francisco so that trial is not interrupted or delayed. This may require Andrade to take a late evening or overnight flight following the conclusion of Abramoff's testimony. Working with the United States Marshal, Andrade will make all reasonable efforts to return to San Francisco so that trial in San Francisco can resume at 8:30 a.m. Pacific Time the day after the close of Abramoff's testimony. Accordingly, the Court directs the United States Marshal to do everything reasonably possible to ensure that Mr. Andrade can return to San Francisco in time to be present at 8:30 a.m. Pacific Time the day after the close of Abramoff's testimony." ECF-524 at 3:1-16.

[2] "Pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the fare for Andrade's transportation from San Francisco to Washington, D.C. and back from Washington, D.C. to San Francisco because Andrade's personal appearance at Abramoff's testimony in Washington, D.C. and Andrade's return to trial in San Francisco is required." *Id.*

1  Therefore, Defendant applies for an order directing the United States Marshal to provide
2  Mr. Andrade with air-transportation, and payment for any related ground transportation to his
3  destination at Winston & Strawn, LLP, *see* ECF-524 at 2:1-2, located at 1901 L St NW,
4  Washington, DC, 20036, and to and from hotels and airports, as necessary.

5  Defendant also request an order directing the U.S. Marshal to communicate with
6  Defendant's counsel as needed to accomplish the purpose of this Order.

DATED: February 6, 2025        Respectfully Submitted,

/s/
_____
KING & SPALDING LLP, by:
    MICHAEL J. SHEPARD
    KERRIE C. DENT
    DAINEC STEFAN,
and by CINDY A. DIAMOND
Attorneys for Defendant
ROWLAND MARCUS ANDRADE