Pages 1 - 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
   VS.                         )   NO.  3:20-CR-00249 RS
                               )
ROWLAND MARCUS ANDRADE,        )
                               )
            Defendant.         )
_____)
```

San Francisco, California

**MASTER INDEX**

**APPEARANCES:**

For Plaintiff:

                PATRICK D. ROBBINS
                ACTING UNITED STATES ATTORNEY
                450 Golden Gate Avenue
                San Francisco, California 94102
      **BY:  CHRISTIAAN HIGHSMITH**
              **DAVID J. WARD**
              **MATTHEW CHOU**
              **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:

                KING & SPALDING, LLP
                50 California Street, Suite 3300
                San Francisco, California 94111
      **BY:  MICHAEL J. SHEPARD, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

1    **APPEARANCES:** (CONTINUED)

2    For Defendant:

3                              KING & SPALDING, LLC
                              1700 Pennsylvania Avenue, NW
                              Washington, D.C. 20006
4                    BY:   **KERRIE C. DENT, ATTORNEY AT LAW**

5                              KING & SPALDING, LLC
                              1185 Avenue of the Americas, 34th Floor
6                              New York, New York 10036
                     BY:   **DAINEC P. STEFAN, ATTORNEY AT LAW**

7

8                              LAW OFFICES OF CINDY A. DIAMOND
                              58 West Portal Avenue, Suite 350
9                              San Francisco, California 94127
                     BY:   **CINDY A. DIAMOND, ATTORNEY AT LAW**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# **M A S T E R   I N D E X**

1  
2  
3  Monday, February 10, 2025 - Volume 1  
4  Tuesday, February 11, 2025 - Volume 2  
5  Wednesday, February 12, 2025 - Volume 3  
6  Thursday, February 13 , 2025 - Volume 4  
7  Friday, February 14, 2025 - Volume 5  
8  Tuesday, February 18, 2025 - Volume 6  
9  Wednesday, February 19, 2025 - Volume 7  
10  Thursday, February 20, 2025 - Volume 8  
11  Friday, February 21, 2025 - Volume 9  
12  Monday, February 24, 2025 - Volume 10  
13  Tuesday, February 25, 2025 - Volume 11  
14  Wednesday, February 26, 2025 - Volume 12  
15  Thursday, February 27, 2025 - Volume 13  
16  Friday, February 28, 2025 - Volume 14  
17  Monday, March 3, 2025 - Volume 15  
18  Tuesday, March 4, 2025 - Volume 16  
19  Wednesday, March 5, 2025 - Volume 17  
20  Monday, March 10, 2025 - Volume 18  
21  Tuesday, March 11, 2025 - Volume 19  
22  Wednesday, March 12, 2025 - Volume 20  
23  
24  
25

# M A S T E R   I N D E X

|                                          | PAGE | VOL. |
|------------------------------------------|------|------|
| Jury Voir Dire                           | 7    | 1    |
| Preliminary Jury Instructions            | 191  | 2    |
| Government Rests                         | 2295 | 14   |
| Charging Conference                      | 2639 | 16   |
| Defense Rests                            | 2813 | 17   |
| Government Rests                         | 2941 | 18   |
| Jury Instructions                        | 2952 | 19   |
| Closing Argument by Mr. Chou             | 2967 | 19   |
| Closing Argument by Mr. Shepard          | 3031 | 19   |
| Rebuttal Argument by Mr. Highsmith       | 3124 | 19   |
| Final Jury Instructions                  | 3153 | 19   |
| Verdict                                  | 3163 | 20   |

**GOVERNMENT'S WITNESSES**

|                                          | PAGE | VOL. |
|------------------------------------------|------|------|
| **JODOIN, BRANDI**                       |      |      |
| (SWORN)                                  | 253  | 2    |
| Direct Examination by Mr. Chou           | 253  | 2    |
| Cross-Examination by Mr. Shepard         | 329  | 2    |
| **JODOIN, BRANDI (RECALLED)**            |      |      |
| (PREVIOUSLY SWORN)                       | 347  | 3    |
| Redirect Examination by Mr. Chou         | 374  | 3    |
| **WITTE, MICHAEL CHARLES**               |      |      |
| (SWORN)                                  | 382  | 3    |
| Direct Examination by Mr. Highsmith      | 382  | 3    |
| Cross-Examination by Mr. Stefan          | 423  | 3    |
| Redirect Examination by Mr. Highsmith    | 438  | 3    |
| **DARROW, BRIAN SCOTT**                  |      |      |
| (SWORN)                                  | 440  | 3    |
| Direct Examination by Mr. Ward           | 440  | 3    |
| Cross-Examination by Mr. Shepard         | 476  | 3    |
| Redirect Examination by Mr. Ward         | 491  | 3    |
| Recross-Examination by Mr. Shepard       | 499  | 3    |
| Redirect Examination by Mr. Ward         | 502  | 3    |

**M A S T E R   I N D E X**

**GOVERNMENT'S WITNESSES**                                    **PAGE**  **VOL.**

**BOYER, BENJAMIN**
(SWORN)                                              525     4
Direct Examination by Mr. Highsmith                  525     4
Cross-Examination by Mr. Stefan                      581     4
Redirect Examination by Mr. Highsmith                616     4
Recross-Examination by Mr. Stefan                    622     4


**ACUNA, RENE**
(SWORN)                                              623     4
Direct Examination by Mr. Highsmith                  623     4
Cross-Examination by Mr. Stefan                      640     4
Redirect Examination by Mr. Highsmith                645     4
Recross-Examination by Mr. Stefan                    647     4


**BRUFFEY, SCOTT**
(SWORN)                                              648     4
Direct Examination by Mr. Highsmith                  649     4
Cross-Examination by Ms. Dent                        669     4
Redirect Examination by Mr. Highsmith                676     4



**DARLING, BRIAN**
(SWORN)                                              678     4


**DARLING, BRIAN (RECALLED)**
(PREVIOUSLY SWORN)                                   733     5
Direct Examination by Mr. Ward                       733     5
Cross-Examination by Mr. Stefan                      751     5
Redirect Examination by Mr. Ward                     770     5
Recross-Examination by Mr. Stefan                    773     5


**HARGREAVES, DAVID**
(SWORN)                                              774     5
Direct Examination by Mr. Chou                       774     5
Cross-Examination by Mr. Shepard                     810     5
Redirect Examination by Mr. Chou                     824     5
Recross-Examination by Mr. Shepard                   829     5

**M A S T E R   I N D E X**

**GOVERNMENT'S WITNESSES**      **PAGE** **VOL.**

**RHETT, BYRON**
(SWORN)    833 5
Direct Examination by Mr. Chou  833 5
Cross-Examination by Mr. Shepard 846 5


**KATZ, LESLIE**
(SWORN)    849 5
Direct Examination by Mr. Ward  849 5


**KATZ, LESLIE (RECALLED)**
(PREVIOUSLY SWORN)  923 6
Cross-Examination resumed by Mr. Shepard 923 6
Redirect Examination by Mr. Ward 937 6
Recross-Examination by Mr. Shepard 945 6


**TRAN, BERNADETTE**
(SWORN)    946 6
Direct Examination by Mr. Chou  946 6
Cross-Examination by Mr. Stefan 993 6
Redirect Examination by Mr. Chou 1023 6
Recross-Examination by Mr. Stefan 1029 6


**COWAN, MELANIE**
(SWORN)    1030 6
Direct Examination by Mr. Ward  1030 6
Cross-Examination by Mr. Shepard 1079 6
Redirect Examination by Mr. Ward 1094 6

**SALMON, DAVID**
(SWORN)    1107 7
Direct Examination by Mr. Highsmith 1107 7
Cross-Examination by Ms. Diamond 1118 7


**FOTEH, MELISSA**
(SWORN)    1126 7
Direct Examination by Mr. Ward  1126 7
Cross-Examination by Mr. Shepard 1150 7

**M A S T E R   I N D E X**

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|

**DE LA GUARDIA, CARLOS**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1153 | 7 |
| Direct Examination by Mr. Highsmith | 1153 | 7 |
| Cross-Examination by Mr. Shepard | 1220 | 7 |
| Redirect Examination by Mr. Highsmith | 1249 | 7 |

**CARLSEN, EVAN**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1252 | 7 |
| Direct Examination by Mr. Highsmith | 1252 | 7 |
| Cross-Examination by Mr. Shepard | 1275 | 7 |

**CARLSEN, EVAN (RECALLED)**

| | PAGE | VOL. |
|---|---|---|
| (PREVIOUSLY SWORN) | 1300 | 8 |
| Cross-Examination resumed by Mr. Shepard | 1300 | 8 |
| Redirect Examination by Mr. Highsmith | 1310 | 8 |

**SZEDER, JOHN**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1312 | 8 |
| Direct Examination by Mr. Ward | 1313 | 8 |
| Cross-Examination by Mr. Stefan | 1335 | 8 |
| Redirect Examination by Mr. Ward | 1360 | 8 |

**O'MALLEY, SEAN**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1362 | 8 |
| Direct Examination by Mr. Highsmith | 1362 | 8 |

**MCCAVANAGH, KIERAN**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1369 | 8 |
| Direct Examination by Mr. Chou | 1370 | 8 |
| Cross-Examination by Ms. Dent | 1385 | 8 |

**TRAN, HUNG QUOC**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 1389 | 8 |
| Direct Examination by Mr. Highsmith | 1389 | 8 |
| Cross-Examination by Mr. Stefan | 1413 | 8 |
| Redirect Examination by Mr. Highsmith | 1422 | 8 |

| | | PAGE | VOL. |
|---|---|---|---|
| **M A S T E R   I N D E X** | | | |
| **GOVERNMENT'S WITNESSES** | | | |
| **ABLETT, KATHERINE** | | | |
| (SWORN) | | 1423 | 8 |
| Direct Examination by Mr. Chou | | 1423 | 8 |
| Cross-Examination by Mr. Stefan | | 1457 | 8 |
| **BRYAN, JR., ANTHONY ADRIAN JOHN** | | | |
| (SWORN) | | 1490 | 9 |
| Direct Examination by Mr. Ward | | 1490 | 9 |
| Cross-Examination by Mr. Shepard | | 1562 | 9 |
| Redirect Examination by Mr. Ward | | 1604 | 9 |
| Recross-Examination by Mr. Shepard | | 1612 | 9 |
| **HERNANDEZ, VICTORIA** | | | |
| (SWORN) | | 1618 | 9 |
| Direct Examination by Mr. Ward | | 1618 | 9 |
| Cross-Examination by Mr. Stefan | | 1624 | 9 |
| **ABRAMOFF, JACK ALAN** | | | |
| (SWORN) | | 1644 | 10 |
| Direct Examination by Mr. Highsmith | | 1644 | 10 |
| Cross-Examination by Mr. Shepard | | 1737 | 10 |
| **ABRAMOFF, JACK ALAN (VIA ZOOM) (RECALLED)** | | | |
| (PREVIOUSLY SWORN) | | 1813 | 11 |
| Cross-Examination resumed by Mr. Shepard | | 1814 | 11 |
| Redirect Examination by Mr. Highsmith | | 1884 | 11 |
| Recross-Examination by Mr. Shepard | | 1907 | 11 |
| **CHIU, THERESA** | | | |
| (SWORN) | | 1934 | 12 |
| Direct Examination by Mr. Chou | | 1934 | 12 |
| Cross-Examination by Mr. Shepard | | 1974 | 12 |
| Redirect Examination by Mr. Chou | | 2019 | 12 |
| Recross-Examination by Mr. Shepard | | 2028 | 12 |
| **CARFORA, JAMES** | | | |
| (SWORN) | | 2031 | 12 |
| Direct Examination by Mr. Ward | | 2031 | 12 |

# MASTER INDEX

**GOVERNMENT'S WITNESSES**                                    <u>**PAGE**</u>  <u>**VOL.**</u>

**CARFORA, JAMES (RECALLED)**
(PREVIOUSLY SWORN)                                             2070  13
Cross-Examination by Mr. Shepard                               2070  13
Redirect Examination by Mr. ward                              2082  13


**LING, BRYANT**
(SWORN)                                                        2084  13
Direct Examination by Mr. Chou                                 2085  13
Cross-Examination by Ms. Diamond                               2107  13
Redirect Examination by Mr. Chou                               2161  13
Recross-Examination by Ms. Diamond                            2169  13


**QUINN, ETHAN**
(SWORN)                                                        2170  13
Direct Examination by Mr. Ward                                 2171  13
Cross-Examination by Mr. Stefan                                2204  13


**QUINN, ETHAN (RECALLED)**
(PREVIOUSLY SWORN)                                             2245  14
Cross-Examination resumed by Mr. Stefan                        2245  14
Redirect Examination by Mr. Ward                               2284  14
Recross-Examination by Mr. Stefan                             2294  14


**QUINN, ETHAN (CALLED IN REBUTTAL)**
(SWORN)                                                        2813  17
Direct Examination by Mr. Ward                                 2813  17
Cross-Examination by Mr. Stefan                                2827  17


**GREGORY, AMANDA (CALLED IN REBUTTAL)**
(SWORN)                                                        2835  17
Direct Examination by Mr. Highsmith                            2835  17

**GREGORY, AMANDA (RECALLED IN REBUTTAL)**
(PREVIOUSLY SWORN)                                             2853  18
Direct Examination resumed by Mr. Highsmith                    2853  18
Cross-Examination by Ms. Diamond                               2873  18
Redirect Examination by Mr. Highsmith                          2930  18
Recross-Examination by Ms. Diamond                            2936  18

1                    **M A S T E R   I N D E X**

2    **DEFENDANT'S WITNESSES**                          **PAGE**  **VOL.**

3    **TINKER, JEFFREY**
       (SWORN)                                          2297    14
4    Direct Examination by Mr. Stefan                   2297    14
     Cross-Examination by Mr. Highsmith                 2318    14
5    Redirect Examination by Mr. Stefan                 2325    14
     Recross-Examination by Mr. Highsmith               2328    14

6

7    **RUZICKA, KARL STEVEN**
       (SWORN)                                          2329    14
8    Direct Examination by Ms. Diamond                  2329    14
     Cross-Examination by Mr. Chou                      2360    14
9    Redirect Examination by Ms. Diamond                2368    14

10

11   **FAHY, JOHN RICHARD**
       (SWORN)                                          2370    14
12   Direct Examination by Mr. Stefan                   2370    14
     Cross-Examination by Mr. Ward                      2384    14
13   Redirect Examination by Mr. Stefan                 2395    14
     Recross-Examination by Mr. Ward                    2397    14

14

15   **WEISSMAN, ARTHUR NORMAN**
       (SWORN)                                          2398    14
16   Direct Examination by Ms. Diamond                  2399    14
     Cross-Examination by Mr. Highsmith                 2417    14
17   Redirect Examination by Ms. Diamond                2422    14

18

19   **MIN, ERIK**
       (SWORN)                                          2471    16
20   Direct Examination by Mr. Stefan                   2471    16
     Cross-Examination by Mr. Chou                      2533    16
21   Redirect Examination by Mr. Stefan                 2591    16
     Recross-Examination by Mr. Chou                    2615    16

22

23   **ARMSTRONG, LEVI**
       (SWORN)                                          2617    16
24   Direct Examination by Ms. Diamond                  2617    16

25

**M A S T E R   I N D E X**

**DEFENDANT'S WITNESSES**                                    **PAGE**  **VOL.**

**ARMSTRONG, LEVI  (RECALLED)**
(PREVIOUSLY SWORN)                                           2697    17
Direct Examination resumed by Ms. Diamond                   2697    17
Cross-Examination by Mr. Highsmith                          2754    17
Redirect Examination by Ms. Diamond                         2780    17
Recross-Examination by Mr. Highsmith                        2792    17

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6 | | 1664 | 10 |
| 7 | | 1664 | 10 |
| 8 | | 1199 | 7 |
| 10 | | 1202 | 7 |
| 16 | | 1664 | 10 |
| 17 | | 1664 | 10 |
| 20 | | 864 | 5 |
| 23 | | 2823 | 17 |
| 30 | | 779 | 5 |
| 38 | | 1074 | 6 |
| 41 | | 397 | 3 |
| 58 | | 976 | 6 |
| 60 | | 979 | 6 |
| 62 | | 982 | 6 |
| 66 | | 984 | 6 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 68 | | 1314 | 8 |
| 70 | | 701 | 4 |
| 91 | | 1259 | 7 |
| 92 | | 1259 | 7 |
| 99 | | 2097 | 13 |
| 114 | | 1664 | 10 |
| 115 | | 869 | 5 |
| 141 | | 1664 | 10 |
| 142 | | 1664 | 10 |
| 143 | | 1054 | 6 |
| 145 | | 882 | 5 |
| 162 | | 1271 | 7 |
| 170 | | 1664 | 10 |
| 171 | | 1664 | 10 |
| 173 | | 695 | 4 |
| 195 | | 703 | 4 |
| 196 | | 689 | 4 |
| 221 | | 1331 | 8 |
| 222 | | 1324 | 8 |
| 227 | | 1318 | 8 |
| 231 | | 628 | 4 |
| 236 | | 626 | 4 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 240 | | 760 | 5 |
| 241 | | 686 | 4 |
| 342 | | 2196 | 13 |
| 347 | | 2194 | 13 |
| 348 | | 2195 | 13 |
| 349 | | 260 | 2 |
| 380 | | 2180 | 13 |
| 381 | | 620 | 4 |
| 383 | | 1446 | 8 |
| 384 | | 1446 | 8 |
| 387 | | 1427 | 8 |
| 389 | | 1427 | 8 |
| 390 | | 1427 | 8 |
| 391 | | 1427 | 8 |
| 405 | | 794 | 5 |
| 418 | | 1607 | 9 |
| 420 | | 1549 | 9 |
| 432 | | 1511 | 9 |
| 433 | | 1519 | 9 |
| 434 | | 1515 | 9 |
| 435 | | 1502 | 9 |
| 436 | | 1427 | 8 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 437 | | 1427 | 8 |
| 439 | | 1427 | 8 |
| 442 | | 1427 | 8 |
| 443 | | 1427 | 8 |
| 446 | | 1427 | 8 |
| 447 | | 1427 | 8 |
| 449 | | 1052 | 6 |
| 450 | | 1427 | 8 |
| 451 | | 1427 | 8 |
| 452 | | 1427 | 8 |
| 453 | | 1427 | 8 |
| 455 | | 1427 | 8 |
| 458 | | 1427 | 8 |
| 460 | | 1427 | 8 |
| 461 | | 734 | 5 |
| 462 | | 1427 | 8 |
| 463 | | 1427 | 8 |
| 464 | | 1427 | 8 |
| 465 | | 1427 | 8 |
| 466 | | 1427 | 8 |
| 467 | | 1427 | 8 |
| 471 | | 1427 | 8 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 473 | | 1049 | 6 |
| 486 | | 1427 | 8 |
| 488 | | 836 | 5 |
| 489 | | 884 | 5 |
| 494 | | 1427 | 8 |
| 495 | | 1427 | 8 |
| 497 | | 1427 | 8 |
| 502 | | 1427 | 8 |
| 505 | | 1427 | 8 |
| 506 | | 699 | 4 |
| 512 | | 1427 | 8 |
| 513 | | 1427 | 8 |
| 515 | | 1427 | 8 |
| 518 | | 1427 | 8 |
| 523 | | 1427 | 8 |
| 525 | | 1427 | 8 |
| 528 | | 1427 | 8 |
| 529 | | 1427 | 8 |
| 530 | | 1427 | 8 |
| 531 | | 1427 | 8 |
| 532 | | 1427 | 8 |
| 533 | | 1427 | 8 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 537 | | 1427 | 8 |
| 538 | | 267 | 2 |
| 544 | | 1451 | 8 |
| 549 | | 772 | 5 |
| 551 | | 951 | 6 |
| 555 | | 1902 | 11 |
| 560 | | 2287 | 14 |
| 581 | | 1450 | 8 |
| 582 | | 1450 | 8 |
| 587 | | 746 | 5 |
| 598 | | 2176 | 13 |
| 602 | | 572 | 4 |
| 626 | | 543 | 4 |
| 652 | | 2190 | 13 |
| 666 | | 683 | 4 |
| 671 | | 2817 | 17 |
| 672 | | 2817 | 17 |
| 677 | | 387 | 3 |
| 705 | | 2815 | 17 |
| 706 | | 738 | 5 |
| 707 | | 740 | 5 |
| 716 | | 2177 | 13 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 727 | | 530 | 4 |
| 728 | | 533 | 4 |
| 731 | | 548 | 4 |
| 733 | | 550 | 4 |
| 734 | | 552 | 4 |
| 740 | | 561 | 4 |
| 748 | | 500 | 3 |
| 764 | | 1664 | 10 |
| 765 | | 1664 | 10 |
| 776 | | 2182 | 13 |
| 777 | | 2184 | 13 |
| 778 | | 2185 | 13 |
| 779 | | 2185 | 13 |
| 780 | | 2185 | 13 |
| 781 | | 2185 | 13 |
| 782 | | 2185 | 13 |
| 783 | | 2185 | 13 |
| 784 | | 2185 | 13 |
| 785 | | 2185 | 13 |
| 786 | | 2185 | 13 |
| 792 | | 784 | 5 |
| 805 | | 2191 | 13 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 807 | | 2820 | 17 |
| 810 | | 386 | 3 |
| 811 | | 452 | 3 |
| 852 | | 651 | 4 |
| 864 and 1447 | | 725 | 5 |
| 865 | | 2186 | 13 |
| 869 | | 546 | 4 |
| 875 | | 654 | 4 |
| 880 | | 1163 | 7 |
| 881 | | 1169 | 7 |
| 884 | | 1180 | 7 |
| 884 | | 1772 | 10 |
| 885 | | 1183 | 7 |
| 891 | | 1194 | 7 |
| 893 | | 1205 | 7 |
| 897 | | 1504 | 9 |
| 898 | | 1664 | 10 |
| 900 | | 1664 | 10 |
| 901 | | 1664 | 10 |
| 902 | | 1530 | 9 |
| 909 | | 1664 | 10 |
| 913 | | 1664 | 10 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 914 | | 1664 | 10 |
| 920 | | 1664 | 10 |
| 926 | | 1664 | 10 |
| 930 | | 1664 | 10 |
| 932 | | 1664 | 10 |
| 938 | | 1664 | 10 |
| 939 | | 1901 | 11 |
| 951 | | 1664 | 10 |
| 966 | | 1664 | 10 |
| 1029 | | 1508 | 9 |
| 1034 | | 1524 | 9 |
| 1037 | | 1542 | 9 |
| 1048 | | 407 | 3 |
| 1057 | | 1047 | 6 |
| 1064 | | 1664 | 10 |
| 1069 | | 1557 | 9 |
| 1087 | | 2192 | 13 |
| 1088 | | 2174 | 13 |
| 1090 | | 1890 | 11 |
| 1091 | | 1890 | 11 |
| 1092 | | 1890 | 11 |
| 1096 | | 1067 | 6 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1097 | | 1066 | 6 |
| 1106 | | 1456 | 8 |
| 1117 | | 1456 | 8 |
| 1122 | | 270 | 2 |
| 1143 | | 1446 | 8 |
| 1144 | | 735 | 5 |
| 1146 | | 1427 | 8 |
| 1150 | | 1427 | 8 |
| 1151 | | 1540 | 9 |
| 1152 | | 1427 | 8 |
| 1153 | | 1427 | 8 |
| 1154 | | 1433 | 8 |
| 1156 | | 1173 | 7 |
| 1223 | | 1108 | 7 |
| 1224 | | 557 | 4 |
| 1224 | | 1111 | 7 |
| 1243 | | 462 | 3 |
| 1422 | | 1075 | 6 |
| 1427, page 20, lines 1 through 9 | | 1131 | 7 |
| 1427, page 28, lines 2 through 8 | | 1134 | 7 |
| 1427, page 21, lines 17 through 24 | | 1147 | 7 |
| 1427, page 22, lines 2 through 25 | | 1147 | 7 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1427, page 23, lines 1 through 24 | | 1148 | 7 |
| 1433 | | 1623 | 9 |
| 1441 | | 401 | 3 |
| 1443 | | 790 | 5 |
| 1445 | | 1664 | 10 |
| 1447 | | 392 | 3 |
| 1448 | | 417 | 3 |
| 1453 | | 799 | 5 |
| 1457 | | 1197 | 7 |
| 1459 | | 1499 | 9 |
| 1465 | | 2188 | 13 |
| 1467 | | 776 | 5 |
| 1469 | | 954 | 6 |
| 1470 | | 958 | 6 |
| 1474 | | 1374 | 8 |
| 1475 | | 1380 | 8 |
| 1477 | | 1455 | 8 |
| 1478 | | 1455 | 8 |
| 1479 | | 1427 | 8 |
| 1480 | | 1427 | 8 |
| 1481 | | 1427 | 8 |
| 1482 | | 1427 | 8 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1485 | | 2197 | 13 |
| 1486 | | 2200 | 13 |
| 1487 | | 2202 | 13 |
| 1488 | | 2093 | 13 |
| 1489 | | 2093 | 13 |
| 1490 | | 2093 | 13 |
| 1491 | | 2093 | 13 |
| 1492 | | 2103 | 13 |
| 1493 | | 2103 | 13 |
| 1494 | | 2103 | 13 |
| 1495 | | 2103 | 13 |
| 1501 | | 465 | 3 |
| 1501B | | 496 | 3 |
| 1501-012 and 1501-015 | | 510 | 4 |
| 1502 | | 656 | 4 |
| 1504 | | 658 | 4 |
| 1510 | | 1161 | 7 |
| 1513 | | 1191 | 7 |
| 1514 | | 1206 | 7 |
| 1516 | | 2093 | 13 |
| 1517 | | 1940 | 12 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1518 | | 2025 | 12 |
| 1519 | | 1943 | 12 |
| 1520 | | 2020 | 12 |
| 1521 | | 2202 | 13 |
| 1523 | | 2252 | 14 |
| 2105 | | 1572 | 9 |
| 2106 | | 1573 | 9 |
| 2221 | | 1591 | 9 |
| 2253 | | 1593 | 9 |
| 2275 | | 814 | 5 |
| 2277 | | 2390 | 14 |
| 2327 | | 2808 | 17 |
| 2333 | | 2808 | 17 |
| 2334 | | 2808 | 17 |
| 2337 | | 2808 | 17 |
| 2471 | | 933 | 6 |
| 2599 | | 1233 | 7 |
| 2743 | | 2411 | 14 |
| 2744 | | 2411 | 14 |
| 2987 | | 1796 | 10 |
| 3047 | | 1821 | 11 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 3054 | | 935 | 6 |
| 3056 | | 2805 | 17 |
| 3109 | | 878 | 5 |
| 3112 | | 900 | 5 |
| 3132 | | 2346 | 14 |
| 3133 | | 2346 | 14 |
| 3134 | | 2346 | 14 |
| 3135 | | 2346 | 14 |
| 3136 | | 2346 | 14 |
| 3137 | | 2346 | 14 |
| 3138 | | 2346 | 14 |
| 3139 | | 2346 | 14 |
| 3140 | | 2346 | 14 |
| 3141 | | 2346 | 14 |
| 3142 | | 2346 | 14 |
| 3143 | | 2346 | 14 |
| 3144 | | 2346 | 14 |
| 3146 | | 2346 | 14 |
| 3147 | | 2346 | 14 |
| 3149 | | 2337 | 14 |
| 3150 | | 932 | 6 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 3161 | | 1122 | 7 |
| 3164 | | 1023 | 6 |
| 3165 | | 1018 | 6 |
| 3168 | | 925 | 6 |
| 3170 | | 1088 | 6 |
| 3188 | | 1119 | 7 |
| 3190 | | 1304 | 8 |
| 3202 | | 2808 | 17 |
| 3313 | 912 | | 6 |
| 3325 | | 2306 | 14 |
| 3338 | | 2002 | 12 |
| 3342 | | 1979 | 12 |
| 3344 | | 2805 | 17 |
| 3363 | | 2416 | 14 |
| 3369 | | 2412 | 14 |
| 3376 | | 2414 | 14 |
| 3384 | | 2303 | 14 |
| 3386 | | 2355 | 14 |
| 3387 | | 2353 | 14 |
| 3388 | | 2358 | 14 |
| 3389 | | 2358 | 14 |
| 3392 | | 2805 | 17 |