UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 14, 2025  **Time:** 4 ½ hours  **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew           **Court Reporter:** Stephen Franklin

**Voir Dire:** February 10, 2025

**Further Trial:** February 18, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Brian Darling, David Hargreaves, Byron Rhett, Leslie Katz

**Admitted Exhibits:**

**Government:** 461, 1147, 1144, 706, 707, 587, 240, 549, 1467, 30, 792, 1443, 405, 1453, 488, 20 115, 145, 489, 864, 1447

**Defendant:** 3109, 3112

.