UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USAv. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/19/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/19/2025** | | | | |
| | | 8:05 – 8:12 am | | | **Court convened. All parties present discussing matters outside the presence of the jury.** | |
| | | 8:33 am | | | **Court reconvened. Jury Present.** | |
| | | 8:33 am | | | **Government calls witness David Salmon. Direct by C. Highsmith.** | |
| 1223 | | 8:35 am | X | X | **Chase Bank – David Salmon Sign Card.** | |
| 1224 | | 8:38 am | X | X | **Chase Bank – David Salmon Statement** | |
| | | 8:50 am | | | **Cross of witness D. Salmon by C. Diamond.** | |
| | 3188 | 8:51 am | X | X | **Secretary of State** | |
| | 3161 | 8:55 am | X | X | **Email from D. Salmon dated 2/1/2018.** | |
| | | 8:59 am | | | **Witness D. Salmon excused.** | |
| | | 9:00 am | | | **Government calls witness Melissa Foteh. Direct by D.Ward.** | |
| 1427 Pg. 20 line 1-9 | | 9:08 am | X | X Conditionally Admitted | **Transcript of Foteh's November 21, 2019 grand jury testimony.** | |
| 1427 Pg. 28 Line 2-8 | | 9:12 am | X | X Conditionally Admitted | **Transcript of Foteh's November 21, 2019 grand jury testimony.** | |
| 1427 Pg. 21 Line 17-24 | | 9:32 am | X | X Conditionally Admitted | **Transcript of Foteh's November 21, 2019 grand jury testimony.** | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 19, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:    Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1427 Pg. 22 Line 2 - 25 | | 9:33 am | X | X Conditionally Admitted | Transcript of Foteh's November 21, 2019 grand jury testimony. | |
| 1427 Pg. 23 Line 1-24 | | 9:34 am | X | X Conditionally Admitted | Transcript of Foteh's November 21, 2019 grand jury testimony. | |
| | | 9:35 am | | | Break | |
| | | 9:52 am | | | Court reconvened. Jury Present. | |
| | | 9:52 am | | | Cross of witness M. Foteh by M. Shepard. | |
| | | 9:54 am | | | Witness M. Foteh excused. | |
| | | 9:54 am | | | Government calls witness Carlos De La Guardia. Direct by C. Highsmith. | |
| 1510 | | 10:07 am | X | X | Whatsapp text | |
| 880 | | 10:10 am | X | X | Whatsapp message from Abramoff's seized phone. | |
| 881 | | 10:19 am | X | X | Whatsapp message from Abramoff's seized phone. | |
| 1156 | | 10:24 am | X | X | FBI screenshot of online content thru May 27, 2018. | |
| 884 | | 10:33 am | X | X | Whatsapp message from Abramoff's seized phone. | |
| 885 | | 10:37 am | X | X | Whatsapp message from Abramoff's seized phone. | |
| 1513 | | 10:49 am | X | X | Email from De La Guardia to Abramoff, and Abramoff to Andrade. | |
| 891 | | 10:53 am | X | X | Whatsapp message from Abramoff's seized phone. | |
| 1457 | | 10:56 am | X | X | Published press release. | |
| 8 | | 10:59 am | X | X | De La Guardia email to Abramoff and Andrade. | |
| 10 | | 11:05 am | X | X | Email from C. De La Guardia dated 11/10/2017. | |
| 893 | | 11:08 am | X | X | Whatsapp message from Abramoff's seized phone. | |

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 19, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:   Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1514 | | 11:10 am | X | X | Email from C. De La Guardia dated 11/19/2017. | |
| | | 11:14 am | | | Break | |
| | | 11:15 – 11:16 am | | | Court and counsel present discussing matters outside of the presence of the jury. | |
| | | 11:29 am | | | Court reconvened. Jury Present. | |
| | | 11:29 am | | | Resume direct of witness C. De La Guardia by C. Highsmith. | |
| | | 11:41 am | | | Cross of witness C. De La Guardia by M. Shepard. | |
| | 2599 | 12:07 pm | X | X | R. Namier thanks Morgan Eduardo of MM for his time and provides NDA. | |
| | | 12:30 pm | | | Break | |
| | | 12:43 pm | | | Court reconvened. Jury Present. | |
| | | 12:47 pm | | | Re direct of witness C. De La Guardia by C. Highsmith. | |
| | | 12:50 pm | | | Witness C. De La Guardia excused. | |
| | | 12:51 pm | | | Government calls witness Evan Carlsen. Direct by C. Highsmith. | |
| 91 | | 12:59 pm | X | X | Email from E. Carlsen. | |
| 92 | | 12:59 pm | X | X | AML BitCoin Prop. Presentation | |
| 162 | | 1:15 pm | X | X | Email from E. Carlsen to M. Andrade dated 11/16/2018. | |
| | | 1:21 pm | | | Cross of E. Carlsen by M. Shepard. | |
| | | 1:30 pm | | | Jury excused for the day – return on 2/20/2025 at 8:30 am.  Counsel to appear at 8:00 am. | |
| | | 1:33 pm | | | Court and counsel present discussing matters outside the presence of the jury. | |
| | | 1:33 pm | | | Court in recess. | |

3