UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL JURY TRIAL MINUTES

**Date:** February 20, 2025    **Time:** 4 ½ hours    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 21, 2025

### PROCEEDINGS

Jury Trial  – Held.

### SUMMARY

**Witnesses Sworn and Examined:** Evan Carlsen, John Szeder, Sean O'Malley, Kieran McCavanagh, Hung Quoc Tran, Kathryn Ablett

**Admitted Exhibits:**

**Government:** 68, 227, 222, 221, 1474, 1475, 387, 389, 390, 391, 436, 437, 439, 442, 443, 446, 447, 450, 451, 452, 453, 455, 458, 460, 462, 463, 464, 465, 466, 467, 471, 486, 494, 495, 497, 502, 505, 512, 513, 515, 517, 518, 523, 525, 528, 529, 530, 531, 532, 533, 537, 1146, 1150, 1152, 1153, 1479-1482, 1154, 383, 384, 1143, 581, 582, 544, 1477, 1478, 1106, 1117

**Defendant:** 3190