UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/20/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/20/2025** | | | | |
| | | 8:05 – 8:15 am | | | **Court convened. Counsel Present. Parties discussing matters outside the presence of the jury.** | |
| | | 8:32 am | | | **Court reconvened. Jury Present.** | |
| | | 8:32 am | | | **Resume cross of E. Carlsen by M. Shepard.** | |
| | 3190 | 8:38 am | X | X | **Updated Report** | |
| | | 8:47 am | | | **Re direct of witness E. Carlsen by C. Highsmith.** | |
| | | 8:49 am | | | **Witness E. Carlsen excused.** | |
| | | 8:49 am | | | **Government calls witness John Szeder. Direct by D. Ward.** | |
| 68 | | 8:52 am | X | X | **Email from J. Dillman dated 9/18/2017.** | |
| 227 | | 8:57 am | X | X | **Email to J. Szeder from J. Dillman re: public facing CEO dated 10/30/2017.** | |
| 222 | | 9:04 am | X | X | **Email to M. Andrade from J. Szeder re contract approval.** | |
| 221 | | 9:15 am | X | X | **Email to M. Andrade from J. Szeder dated 6/5/2018.** | |
| | | 9:18 am | X | X | **Cross of witness J. Szeder by D. Stefan.** | |
| | | 9:42 – 9:48 am | | | **Sidebar** | |
| | | 9:48 am | | | **Resume cross of witness J. Szeder by D. Stefan.** | |
| | | 9:55 am | | | **Re direct of witness J. Szeder by D. Ward.** | |
| | | 9:57 am | | | **Witness J. Szeder excused.** | |
| | | 9:58 am | | | **Break** | |
| | | 10:17 am | | | **Court reconvened. Jury Present** | |
| | | 10:17 am | | | **Government calls witness Sean O'Malley. Direct by C. Highsmith.** | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 20, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:   Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:27 am | | | Witness S. O'Malley excused. | |
| | | 10:28 am | | | Government calls witness Kieran McCavanagh. Direct by M. Chou. | |
| 1474 | | 10:35 am | X | X | Email from K. McCavanagh re pre-game and agency of record letter. | |
| 1475 | | 10:42 am | X | X | McCavanagh receives email from Andrade and request to decide on ad by 10:30 am. | |
| | | 10:50 am | | | Cross of witness K. McCavanagh by K. Dent. | |
| | | 10:55 am | | | Witness K. McCavanagh excused. | |
| | | 10:56 am | | | Government calls witness Hung Quoc Tran. Direct by C. Highsmith. | |
| | | 11:30 am | | | Cross of witness H. Tran by D. Stefan. | |
| | | 11:43 am | | | Re direct of H. Tran by C. Highsmith. | |
| | | 11:43 am | | | Witness H. Tran excused. | |
| | | 11:44 am | | | Government calls witness Kathryn Ablett. Direct by M. Chou. | |
| 387<br>389<br>390<br>391<br>436<br>437<br>439<br>442<br>443<br>446<br>447<br>450 thru 453<br>455<br>458<br>460<br>462<br>463 thru 467<br>471 | | 11:50 am | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X | Screenshots of social media websites. | |

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 20, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>   - Court Reporter: <u>Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 486 | | 11:50 am | X | X | Screenshots of social media websites. | |
| 494 | | | X | X | | |
| 495 | | | X | X | | |
| 497 | | | X | X | | |
| 502 | | | X | X | | |
| 505 | | | X | X | | |
| 512 | | | X | X | | |
| 513 | | | X | X | | |
| 515 | | | X | X | | |
| 517 | | | X | X | | |
| 518 | | | X | X | | |
| 523 | | | X | X | | |
| 525 | | | X | X | | |
| 528 thru 533 | | | X | X | | |
| 537 | | | X | X | | |
| 1146 | | | X | X | | |
| 1150 | | | X | X | | |
| 1152 | | | X | X | | |
| 1153 | | | X | X | | |
| 1479 thru 1482 | | | X X X | X X X | | |
| | | 11:57 am | | | Break | |
| | | 12:17 pm | | | Court reconvened. Counsel Present. Parties discussing matters outside the presence of the jury. | |
| | | 12:19 pm | | | Jury Present. | |
| | | 12:20 pm | | | Resume direct of K. Ablett by M. Chou. | |
| 1154 | | 12:30 pm | X | X | Screenshot of social media websites. | |
| 383 | | 12:39 pm | X | X | FBI download of May 25, 2015 press release. | |
| 384 | | | X | X | FBI download of March 23, 2025 | |
| 1143 | | 12:39 pm | X | X | Download of Ferrara. | |

3

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 20, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>       - Court Reporter: <u>  Ana Dub  </u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 581 | | 12:43 pm | X | X | **Youtube Video** | |
| 582 | | | | | **Youtube Video** | |
| 544 | | 12:48 pm | X | X | **Nevada Secretary of State Inc. documents for NAC Foundation.** | |
| 1477 | | 12:53 pm | X | X | **Certificate of Authenticity for NAC Payroll Articles** | |
| 1478 | | 12:53 pm | X | X | **NAC Payroll Services: Statement of Information.** | |
| 1106 | | 12:56 pm | X | X | **FBI Screenshot of online content taken on 1/3/2018.** | |
| 1117 | | | | | **FBI Screenshot of online content taken on 1/3/2018.** | |
| | | 12:56 pm | | | **Cross of witness K. Ablett by D. Stefan** | |
| | | 1:04 – 1:11 pm | | | **Sidebar** | |
| | | 1:11 pm | | | **Resume cross of witness K. Ablett by D. Stefan.** | |
| | | 1:12 pm | | | **Witness K. Ablett excused.** | |
| | | 1:13 pm | | | **Jury excused for the day – return on 2/21/2025 at 8:30 am. Counsel to appear at 8:00 am.** | |
| | | 1:14 – 1:24 pm | | | **Court and counsel present discussing matters outside the presence of the jury.** | |
| | | 1:24 pm | | | **Court in recess.** | |

4