UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/21/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/21/2025** | | | | |
| | | 8:07 – 8:15 am | | | **Court convened. Counsel present. Parties discussing matters outside the presence of the jury.** | |
| | | 8:33 am | | | **Court reconvened. Counsel present. Parties discussing matters outside the presence of the jury.** | |
| | | 8:34 am | | | **Jury Present.** | |
| | | 8:34 am | | | **Government calls witness John Bryan. Direct by D. Ward.** | |
| 1459 | | 8:50 am | X | X | **Email from J. Bryan to Chet Fenster.** | |
| 435 | | 8:55 am | X | X | **Email from J. Bryan to J. Abramoff.** | |
| 897 | | 8:58 am | X | X | **Whatsapp message from Abramoff's seized phone.** | |
| 1029 | | 9:05 am | X | X | **Message re super bowl ad.** | |
| 432 | | 9:09 am | X | X | **Email from M. Andrade to J. Bryan.** | |
| 434 | | 9:15 am | X | X | **Email from J. Bryan to J. Abramoff.** | |
| 433 | | 9:21 am | X | X | **Letter to Eric Olsen dated 6/1/2028.** | |
| 1034 | | 9:29 am | X | X | **Watley Trading Platform.** | |
| 902 | | 9:38 am | X | X | **Whatsapp message.** | |
| | | 9:39 am | | | **Break** | |
| | | 9:59 am | | | **Court reconvened. Jury Present.** | |
| | | 9:59 am | | | **Resume direct of J. Bryan by D. Ward.** | |
| 1151 | | 10:13 am | X | X | **John Bryan "Project Sunshine"** | |
| 1037 | | 10:16 am | X | X | **Whatsapp exchange from J. Bryan and J. Abramoff.** | |
| 420 | | 10:26 am | X | X | **Email exchange from J. Bryan and J. Abramoff.** | |
| 1069 | | 10:39 am | X | X | **Email from J. Bryan to J. Abramoff.** | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 21, 2025
Courtroom Deputy: Corinne Lew       - Court Reporter:   Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:44 am | | | Break | |
| | | 10:59 am | | | Court reconvened. Jury Present | |
| | | 10:59 am | | | Cross of witness J. Bryan by M. Shepard. | |
| | 2105 | 11:17 am | X | X | Email from J. Abramoff to J. Bryan dated 1/29/2018. | |
| | 2106 | 11:19 am | X | X | Consulting Agreement. | |
| | 2221 | 11:48 pm | X | X | Email from J. Abramoff to J. Bryan dated 4/12/2018. | |
| | 2253 | 11:52 pm | X | X | Internal Memo. | |
| | | 12:11 pm | | | Re direct of J. Bryan by D. Ward. | |
| 418 | | 12:16 pm | X | X | Email from J. Bryan dated 6/5/2018. | |
| | | 12:23 pm | | | Re cross of witness J. Bryan by M. Shepard. | |
| | | 12:28 pm | | | Break | |
| | | 12:29 – 12:30 pm | | | Court and counsel present discussing matters outside the presence of the jury. | |
| | | 12:42 pm | | | Court reconvened. Jury Present. | |
| | | 12:42 pm | | | Government calls Victoria Hernandez. Direct by D. Ward. | |
| 1433 | | 12:50 pm | X | X | Summary of IRS Facts of Filings | |
| | | 12:51 pm | | | Cross of witness V. Hernandez by D. Stefan. | |
| | | 12:52 pm | | | Witness V. Hernandez excused. | |
| | | 12:53 pm | | | Jury excused for the day – return on 2/24/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 12:57 pm | | | Court and counsel present discussing matters outside the presence of the jury. | |
| | | 12:57 pm | | | Court in recess. | |