UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL JURY TRIAL MINUTES**

**Date:** February 24, 2025    **Time:** 4 hours and 10 min.    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 25, 2025

**PROCEEDINGS**

Jury Trial – Held.

**SUMMARY**

**Witnesses Sworn and Examined:** Jack Abramoff

**Admitted Exhibits:**

**Government:** 171, 170, 142, 114, 1445, 913, 914, 141, 765, 764, 7, 6, 920, 926, 930, 898, 1064, 900, 938, 17, 16, 951, 901, 909, 932, 966, 884

**Defendant:** 2987