UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No: 20-cr-00249-RS-1
Case Name: <u>USAv. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Richard Seeborg | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 2/24/2025 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>2/24/2025</u> | | | | |
| | | 8:11 – 8:20 am | | | Court convened. All parties are present. Parties discussing matters outside the presence of the jury. | |
| | | 8:30 am | | | Court reconvened. Jury Present. | |
| | | 8:35 am | | | Government calls witness Jack Abramoff. Witness testifying remotely via zoom. Direct by C. Highsmith. | |
| 171 | | 9:06 am | X | X | Abramoff emails Andrade draft Roff article. | |
| 170 | | | X | X | Abramoff emails Andrade draft Roff article. | |
| 142 | | | X | X | Abramoff sends Andrade a draft article. | |
| 114 | | | X | X | Andrade tells Darling and Abramoff to post article. | |
| 1445 | | | X | X | Abramoff email to Andrade. | |
| 913 | | | X | X | Whatsapp with Andrade. | |
| 914 | | | X | X | Whatsapp with Andrade. | |
| 141 | | | X | X | Aten Group Limited Mail. | |
| 765 | | | X | X | Dillman emails. | |
| 764 | | | X | X | Dillman email to CEO of Bittrex exchange. | |
| 7 | | | X | X | Abramoff – Andrade email. | |
| 6 | | | X | X | Abramoff-Andrade email. | |
| 920 | | | X | X | Abramoff whatsapp with Andrade. | |
| 926 | | | X | X | Abramoff whatsapp with Andrade. | |
| 930 | | | X | X | Abramoff whatsapp with Andrade. | |
| 898 | | | X | X | Whatsapp from Abramoff's seized phone. | |
| 1064 | | | X | X | Email from Abramoff re: Ad story board video. | |
| 900 | | | X | X | Whatsapp from Abramoff's seized phone | |
| 938 | | | X | X | Abramoff whatsapp with Andrade. | |
| 17 | | | X | X | Super Bowl: Abramoff asks Andrade to send an email. | |
| 16 | | | X | X | Abramoff emails Andrade the NFL letter, and asks, "Good to go?" | |

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 24, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>        - Court Reporter: <u>  Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 951 | | | X | X | Abramoff whatsapp with Andrade. | |
| 901 | | | X | X | Whatsapp from Abramoff's seized phone. | |
| 909 | | | X | X | Whatsapp with Andrade. | |
| 932 | | | X | X | Abramoff whatsapp with Andrade. | |
| 966 | | | X | X | Abramoff whatsapp with Andrade | |
| | | 9:20 am | | | Break | |
| | | 9:33 am | | | Court reconvened. Jury Present. | |
| | | 9:33 am | | | Resume direct of J. Abramoff by C. Highsmith. | |
| | | 10:40 am | | | Break | |
| | | 10:59 am | | | Court reconvened. Jury Present. | |
| | | 10:59 am | | | Resume direct of J. Abramoff by C. Highsmith. | |
| | | 11:17 am | | | Cross of J. Abramoff by M. Shepard. | |
| | | 11:57 pm | | | Break | |
| | | 12:11 pm- 12:18 pm | | | Court reconvened. All parties are present. Parties discussing matters outside the presence of the jury. | |
| | | 12:19 pm | | | Jury Present. | |
| | | 12:19 pm | | | Cross of J. Abramoff by M. Shepard. | |
| 884 | | 12:32 pm | X | X | Whatsapp with Andrade and Abramoff. | |
| | 2987 | 1:20 pm | X | X | Email to Abramoff and Andrade dated 4/27/2018. | |
| | | 1:28 pm | | | Jury excused for the day – return on 2/25/2025 at 8:30 am.  Counsel to appear at 8:00 am. | |
| | | 1:28 – 1:34 pm | | | Court and counsel present discussing matters outside the presence of the jury. The Court Granted Defendant's Motion in Limine regarding admission of  defense exhibit 3202. The exhibit will be admitted but redacted out between Mata and Ablett. | |
| | | 1:34 pm | | | Court in recess. | |