UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/25/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>2/25/2025</u> | | | | |
| | | 8:18 am – 8:24 am | | | **Court reconvened. Counsel Present. Parties discussing matters outside the presence of the jury.** | |
| | | 8:40 am | | | **Court convened. Jury Present.** | |
| | | 8:40 am | | | **Resume Cross of witness J. Abramoff by M. Shepard.** | |
| | 3047 | 8:51 am | X | X | **Email from M. Andrade to R. Namier and J. Abramoff.** | |
| | | 9:33 am | | | **Break** | |
| | | 9:51 am | | | **Court reconvened. Jury Present.** | |
| | | 9:51 am | | | **Resume Cross of witness J. Abramoff by M. Shepard.** | |
| | | 10:58 am | | | **Break** | |
| | | 11:15 am | | | **Court reconvened. Jury Present.** | |
| | | 11:16 am | | | **Resume Cross of witness J. Abramoff by M. Shepard.** | |
| | | 11:48 am | | | **Re direct of witness J. Abramoff by C. Highsmith.** | |
| 1090 1091 1092 | | 11:58 am | X X X | X X X | **Email from J. Abramoff** **Email from J. Abramoff** **Email from J. Abramoff** | |
| | | 12:10 pm | | | **Break** | |
| | | 12:23 pm | | | **Court reconvened. Jury Present.** | |
| 939 | | 12:26 pm | X | X | **Whatsapp message from J. Abramoff to M. Andrade.** | |
| | | | | | | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 25, 2025
Courtroom Deputy: Corinne Lew        - Court Reporter:   Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 555 | | 12:27 pm | X | X | Email from J. Abramoff to M. Foteh | |
| | | 12:26 pm | | | Re cross of witness J. Abramoff by M. Shepard. | |
| | | 12:41 pm | | | Witness J. Abramoff excused. | |
| | | 12:41 pm | | | Jury excused for the day – return on 2/26/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 12:43 pm – 12:52 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 12:52 pm | | | Court in recess. | |

2