UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 26, 2025    **Time:** 3 hours and 25 min.    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 27, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Theresa Chiu, James Carfoa

**Admitted Exhibits:**

**Government:** 1517, 1519, 1520, 1518

**Defendant:** 3342, 3338