UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/26/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/26/2025** | | | | |
| | | 9:10 – 9:28 am | | | **Court convened. Court and counsel discussing matters outside the presence of the jury.** | |
| | | 9:34 am | | | **Court reconvened. Jury Present.** | |
| | | 9:35 am | | | **Government calls witness Theresa Chiu. Direct by M. Chou.** | |
| 1517 | | 9:44 am | X | X | **List of Bank Accounts Used in Prelim. Financial Summary Report.** | |
| 1519 | | 9:47 am | X | X | **List of Key Business Records.** | |
| | | 10:32 am | | | **Break** | |
| | | 10:33 – 10:34 am | | | **Court and counsel discussing matters outside the presence of the jury.** | |
| | | 11:06 am | | | **Court reconvened. Jury Present.** | |
| | | 11:06 am | | | **Cross of witness T. Chiu by M. Shepard.** | |
| | 3342 | 11:14 am | X | X | **Capital Bank One Bank Account Statement.** | |
| | 3338 | 11:54 am | X | X | **Bank of America checking account.** | |
| | | 12:15 pm | | | **Break** | |
| | | 12:31 pm | | | **Court reconvened. Jury Present.** | |
| | | 12:31 pm | | | **Resume cross of witness T. Chiu by M. Shepard.** | |
| | | 12:47 pm | | | **Re direct of Witness T. Chiu by M. Chou.** | |
| 1520 | | 12:47 pm | X | X | **Financial summary of exhibits.** | |
| 1518 | | 12:56 pm | X | X | **List of bank accounts reviewed but excluded due to minimal activity.** | |
| | | 1:00 pm | | | **Re cross of witness T. Chiu by M. Shepard** | |
| | | 1:03 pm | | | **Witness T. Chiu excused.** | |

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 26, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>   - Court Reporter: <u>Ana Dub</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:03 pm | | | **Government calls witness James Carfoa. Direct by D. Ward.** | |
| | | 1:25 pm | | | **Jury excused for the day – return on 2/27/2025 at 8:30 am. Counsel to appear at 8:00 am.** | |
| | | 1:25 – 1:30 pm | | | **Court and counsel discussing matters outside the presence of the jury.** | |
| | | 1:30 pm | | | **Court in recess.** | |