UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 27, 2025  **Time:** 4 ½ hours  **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 28, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** James Carfora, Bryant Ling, Ethan Quinn

**Admitted Exhibits:**

**Government:** 1488, 1489, 1490, 1491, 1516, 99, 1492, 1493, 1494, 1495, 1088, 598, 716, 380, 776, 777, 778, 779, 780, 781, 782, 783, 784, 785, 786, 865, 1465, 652, 805, 1087, 347, 348, 342, 1485, 1486, 1487, 1521

**Defendant:**