UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 28, 2025   **Time:** 4 ½ hours   **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** March 3, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Ethan Quinn, Jeffrey Tinker, Karl Ruzicka, John Fahy

**Admitted Exhibits:**

**Government:** 1523, 560

**Defendant:** 3384, 3325, 3149, 3132, 3133, 3134, 3135, 3136, 3137, 3138, 3139, 3140, 3141 3142, 3143, 3144, 3146, 3147, 3387, 3386, 3388, 3389, 2277, 2743, 2744, 3369, 3376, 3363