UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEY: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/28/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/28/2025** | | | | |
| | | 8:12 – 8:20 am | | | Court convened. Court and counsel discussing matters outside the presence of the jury. | |
| | | 8:35 am | | | Court reconvened. Jury Present. | |
| | | 8:36 am | | | Resume Cross of witness of E. Quinn by D. Stefan | |
| 1523 | | 8:37 am | X | X | Audio recording. | |
| | | 9:02 – 9:11 am | | | Side Bar. | |
| | | 9:12 am | | | Resume cross of witness of E. Quinn by D. Stefan. | |
| | | 9:36 am | | | Re direct of witness E. Quinn by D. Ward. | |
| 560 | | 9:40 am | X | X | Email from M. Andrade to M. Foteh. | |
| | | 9:47 am | | | Re cross of E. Quinn by D. Stefan. | |
| | | 9:49 am | | | Witness E. Quinn excused. | |
| | | 9:49 am | | | Government rests. | |
| | | 9:49 am | | | Break | |
| | | 9:49 – 9:50 am | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 10:07 am | | | Court reconvened. Jury Present | |
| | | 10:08 am | | | Defense calls witness Jeffrey Tinker. Direct by D. Stefan. | |
| | 3384 | 10:17 am | X | X | Patent and Trademark Office. | |
| | 3325 | 10:21 am | X | X | Copy of deposit. | |
| | | 10:38 am | | | Cross of witness J. Tinker by C. Highsmith. | |
| | | 10:49 am | | | Re direct of witness J. Tinker by D. Stefan. | |

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 28, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:   Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:54 am | | | Re cross of witness J. Tinker by C. Highsmith. | |
| | | 10:55 am | | | Witness J. Tinker excused. | |
| | | 10:55 am | | | Defense calls witness Karl Ruzicka. Direct by C. Diamond. | |
| | 3149 | 11:06 am | X | X | Email from K. Ruzicka to AMLbitcoin. | |
| | 3132 3133 3134 3135 3136 3137 3138 3139 3140 3141 3142 3143 3144 3146 3147 | 11:20 am | X X X X X X X X X X X X X X X | X X X X X X X X X X X X X X X | Attachments to exhibit 3149 | |
| | | 11:27 am | | | Break | |
| | | 11:44 am | | | Court reconvened. Jury Present. | |
| | | 11:44 am | | | Resume direct of witness K. Ruzicka by C. Diamond. | |
| | 3387 | 11:45 am | X | X | Share Purchase Agreement. | |
| | 3386 | 11:47 am | X | X | January 19, 2018 email received by Karl Rusicka. | |
| | 3388 | 11:51 am | X | X | Scan pdf of agent card. | |
| | 3389 | 11:51 am | X | X | Cover Letter to K. Ruzicka from Dep. of Justice. | |
| | | 11: 54 am | | | Cross of witness K. Ruzicka by M. Chou. | |
| | | 12:03 pm | | | Re direct of witness K. Ruzicka by C. Diamond. | |
| | | 12:04 pm | | | Witness K. Ruzicka excused. | |
| | | 12:05 pm | | | Defense calls witness John Fahy. Direct by D. Stefan. | |
| | | 12:27 pm | | | Cross of witness J. Fahy by D. Ward. | |
| | 2277 | 12:37 pm | X | X | AML Bitcoin Set to trade | |
| | | | | | | |

2

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 28, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:   Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:42 pm | | | Re direct of witness J. Fahy by D. Stefan. | |
| | | 12:47 pm | | | Re cross of witness J. Fahy by D. Ward. | |
| | | 12:48 pm | | | Witness J. Fahy excused. | |
| | | 12:48 pm | | | Defense calls witness Arthur Weissman. Direct by C. Diamond. | |
| | | 12:59 – 1:01 pm | | | Side Bar. | |
| | | 1:02 pm | | | Resume direct of A. Weissman by C. Diamond. | |
| | 2743 | 1:04 pm | X | X | | |
| | 2744 | 1:04 pm | X | X | Signature page of LLC. | |
| | 3369 | 1:06 pm | X | X | Email from J. Dillman. | |
| | 3376 | 1:08 pm | X | X | Email from J. Dillman. | |
| | 3363 | 1:11 pm | X | X | SEC form | |
| | | 1:13 pm | | | Cross of A. Weissman by C. Highsmith. | |
| | | 1:18 pm | | | Re direct of A. Weissman by C. Diamond. | |
| | | 1:20 pm | | | Witness A. Weissman excused. | |
| | | 1:20 pm | | | Jury excused for the day – return on 3/3/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 1:21 – 1:27 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 1:27 pm | | | Court in recess. | |