7/31/2019 Case 3:20-cr-00249-RS   Document 597-3 oin Mail -Filed 03/02/25 Page 1 of 5
AMLBitcoin Mail - Weekly management update
EX2327-001



Marcus Andrade <ceo@amlbitcoin.com>

# Weekly management update
1 message

**Nigel Quantick** <nigel@dit.network>　　　　　　　　　　　　　　　　　Sun, Apr 29, 2018 at 11:35 AM
To: Richard Naimer <richard@dit.network>, "ceo@amlbitcoin.com" <ceo@amlbitcoin.com>
Cc: Simon Clark <finance@dit.network>

| Date | 29Apr2018 |
|---|---|
| Location | Email |
| Subject | Weekly Management Update |
| Minutes Author | Nigel Quantick [NQ] |
| Distribution | Richard Naimer [RM], Marcus Andrade [MA] |
| cc | Simon Clark [SC] |
| References | AK: Angela Knight | RR: Raymond Robertson | AA: Abbas Ali |

| # | Issue | By | Update | Action Owner | Action Date |
|---|---|---|---|---|---|
| 1 | Sales pipeline | | | | |
| | a. GBX | RR | 16Apr2018: RR followed up with Phil Young, Nick Cowan's deputy.  GBX are now looking for a COO and the Asia tech team are looking at the proposal. | Richard | Parked |
| | b. LSE | RR | 27Apr2018: AK has had a further meeting with Antonella.  Chris Corrado is waiting to hear back from the various Department heads he emailed about partnering us in the UKFCA Sandbox. Once they have identified the most appropriate partner, we will have to be ready to move quickly. I have told AK to assure them that we will be in a position to do just that. In addition, Chris has intimated that he feels the LSE should get into blockchain developments more widely - and wants us involved - and to that end wants an R&D tax credit. We are having that looked into as the tax credit system it is not straight forward with IT. Will keep you fully up to speed with all of this. We should know more this time next week as AK has arranged to meet with Nicholas Bertrand when she gets back from Astana at the beginning of next week. | Richard | 04May2018 |
| | c. Royal Mint | RR | On hold for the demo system. | Richard | 04May2018 |

FBI-00048505

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | AK also speaking to Martin Watkins re possible joint sandbox with FCA |  |  |
|  | d. Kazakhstan FC | RR | 27Apr2018: AK is having dinner with Steve Glynn in Astana this weekend and will get him face to face to find out where things are and what EXACTLY he needs from us. Should have an update on that early next week. | Richard | 04May2018 |
|  | e. Transferwise | RM | Post meeting with Richard they are interested in CV.<br><br>Nigel to write one pager on how they could be involved in R3 Project. | Nigel | 30Apr2018 |
|  | f. OECD / European Union | RR | 27Apr2018: as advised on Thursday, we have reached out to Nirj Deva MEP and David Lewis (via a contact) and are waiting to hear back. We'll chase on Monday if we haven't heard. | Richard | 04May2018 |
| 2 | Product Management |  |  |  |  |
|  | a. Solution architecture | Nigel | Still being worked on and will need input from R3, Aware and Rackspace. | Nigel | Ongoing |
|  | b. R3 Corda | Nigel | 27Apr2018 RR mentioned that David Rutter CEO of R3 has reached out to AK. They are meeting on 15May2018.<br><br>　　1)　NQ to provide write up for AK by 04May2018<br><br>***<br><br>Draft MOU received 27Apr2018. NQ has amended this and returned it to AA. I expect this to be signed in the week starting 30Apr2018.<br><br>***<br><br>　　2)　Enterprise Corda will be released shortly<br><br>　　3)　Save the Date: CordaCon September 12-13, 2018 | London *We should present here* | Nigel | 04May2018 |
|  | c. Aware | Nigel | NQ to assess Knomi framework, have received demo software from Aware.<br><br>*****<br><br>Placeholder – Aware licences: at some point we will need to have these removed from the Newgen servers and applied to the servers in London. | Nigel | 04May2018 |
|  | d. Rackspace | Nigel | Post development we need an infrastructure partner giving us a High Availability solution. | Nigel | Parked |
|  | e. Demo | Nigel | We are still generating two CVIDs at the backend. Need to understand why this is happening.<br><br>Saket back from vacation 30Apr2018. | Nigel | 05May2018 |

| | | | | | |
|---|---|---|---|---|---|
| | f. Bill Greaves | Nigel | We have received a branding brief from Bill which is exploring two routes. An update is due this coming week. | Nigel | 04May2018 |
| 3 | Resourcing | | | | |
| | a. Sushant Lokhande | Nigel | Senior QA lead. Sushant has accepted the job offer and will start on 08May2018. | | |
| | b. David Olalla | Nigel | Senior DBA and workflow lead. David has accepted the job offer and will start on 29May2018. | | |
| | c. Warren Cully | Nigel | Senior Tech Team lead. Warren has a second interview with me on 30Apr2018. He has a first class CV with excellent experience.<br>He has conducted thorough due diligence and having joined the wrong company [a crypto exchange] due to a lack of due diligence is now being careful. | Nigel | 01May2018 |
| 4 | Office | Nigel | WeWork excluded themselves from the process due to an unprofessional approach reducing the offered discount.<br><br>Signed a contract with Regus on 25Apr2018 for an office at:<br><br>    23 Austin Friars<br>    London<br>    EC2N 2QF<br><br>** We need to pay the invoice immediately ** | Richard | 30Apr2018 |
| 5 | Legal | Nigel | DLA Piper to be appointed and intro made from MA to RM.<br><br>NQ meeting Citation on 01May2018 – intro from SC. Citation have 16k clients and are UK employment law specialists.<br>Purpose of meeting Citation is to fast track the employment contracts. | Nigel | 02May2018 |
| 6 | Finance | | | | |
| | a. Bank account | Nigel | NQ started NatWest business bank account process but could not answer all the online questions.<br><br>** Referred to RM on 25Apr2018 ** | Richard | 30Apr2018 |
| | b. Budget | Nigel | Placeholder – to be worked on | TBA | TBA |
| | c. Invoices | | Placeholder | TBA | TBA |
| | Operations | | | | |

FBI-00048507

| | | | | | |
|---|---|---|---|---|---|
| | a. Software | Nigel | 1. Atlassian Jira<br><br>2. Fresh Desk or Zen Desk<br><br>3. Development tools | TBA | TBA |
| | b. Domain | | All domains have had the GoDaddy parking page removed and they all now point to the only live site.<br><br>Will get this amended ASAP with BG. | Nigel | 04May2018 |
| 7 | IP / Trademarks | Nigel | We will have additional trademarks to register with branding and we should also add tag lines.<br><br>MA to introduce NQ to David Hoffman. | Nigel | Parked |
| 8 | Documentation | | Placeholder | TBA | TBA |
| 9 | Development | | Placeholder | TBA | TBA |
| 10 | QA | | Placeholder | TBA | TBA |
| 11 | Delivery | | Placeholder for implementations | TBA | TBA |
| 12 | Account Management / Support | | Placeholder for live clients | TBA | TBA |
| 13 | Partners | | Placeholder | TBA | TBA |
| 14 | Marketing | | Placeholder | TBA | TBA |
| 15 | Competitors | | Placeholder | TBA | TBA |
| 16 | Training | | Placeholder | TBA | TBA |
| 17 | Trade partnerships | | CryptoUK [cryptocurrenciesuk.info] | Multichain Asset Managers Association [mama.global] | | TBA | TBA |
| 18 | AOB | | None. | | |

Many thanks,

Nigel

Nigel Quantick

m. +44 7770 858 000

FBI-00048509