# Fwd: Weekly Management Update - 24th July 2018

David Mata <dave@blockbits.capital>

Wed 10/3/2018 1:43 PM

To:Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>; Wynar, Roahn (SF) (FBI) <rwynar@fbi.gov>;

I'lll look further, but I believe this is the only one of this type I've received.
D

---------- Forwarded message ---------
From: **David Mata** <dbmata@gmail.com>
Date: Wed, Oct 3, 2018 at 1:32 PM
Subject: Fwd: Weekly Management Update - 24th July 2018
To: Dave Mata <dave@blockbits.capital>

---------- Forwarded message ---------
From: **Marcus Andrade** <ceo@amlbitcoin.com>
Date: Tue, Jul 24, 2018 at 1:01 PM
Subject: Fwd: Weekly Management Update - 24th July 2018
To: David Mata <dbmata@gmail.com>

CONFIDENTIAL

DO NOT SHARE THIS INFORMATION. DO NOT EVEN SHARE WITH ANY POTENTIAL BUYERS OF THE COIN.

---------- Forwarded message ----------
From: **Mikail Conybeare** <mikail@dit.network>
Date: Tue, Jul 24, 2018 at 12:08 PM
Subject: Weekly Management Update - 24th July 2018
To: All Staff <allstaff@dit.network>

| Date | 24Jul2018 | 12:00-12:30 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Mikail Conybeare [MC] | |
| Present | David Olalla [DO], Mikail Conybeare [MC], Warren Cully [WC] | |
| Online | | |

Mail - keablett@fbi.gov  Page 2 of 6
Case 3:20-cr-00249-RS   Document 597-6   Filed 03/02/25   Page 2 of 6
EX2337-002

|  | Nigel Quantick [NQ], ], Raymond Robertson [RR], Richard Naimer [RN] |
| --- | --- |
| Distribution | Angela Knight [AK], Bill Greaves [BG], John Crawford [JC], John Langdon [JL], Marcus Andrade [MA], Simon Clark [SC], Terence Poon [TP] |

| Issue | By | Update | Owner | Action Date |
| --- | --- | --- | --- | --- |
| **Negotiation** | | | | |
| Panama Ship Registry | RN | Last email received from them indicated they were deliberating whether registry or government should do project. Much longer process to be expected if they decide government. Update expected in August. | RN | Aug2018 |
| **Meeting Held** | | | | |
| Alastair Lukies | RR | RR and RN looking to spend a week in London in early Sept to meet with Motive and other prospects with a potential additional week in early October if needed. | RR | 27Jul2018 |
| Citigroup | MC | Sales team to initiate follow up with retail side. | NQ | Aug2018 |
| EY | RR | Response to meeting with next steps expected by end of this week. To be chased if nothing received. | RR | 27Jul2018 |
| Mediolanum | NQ | Nigel to chase. | NQ | 27Jul2018 |
| FCA Sandbox | NQ | *Post call update: Application for FCA 'Direct Support' scheme to be submitted this week. | NQ | 27Jul2018 |
| All-Party Parliamentary Taxation Group | RR | RR following up on potential legislative changes. | RR | Aug2018 |
| CISI | RR | George Littlejohn looking to meet RR in Edinburgh in early August. Due to busy September schedule, October now preferable for the educational session. | RR | Aug2018 |

Mail - keablett@fbi.gov  Page 3 of 6
Case 3:20-cr-00249-RS   Document 597-6   Filed 03/02/25   Page 3 of 6
EX2337-003

| Qualification | | | | |
|---|---|---|---|---|
| Motive Partners | RR | Looking to arrange meeting in early September with early October a backup date. | RR | Aug2018 |
| Credit Suisse | MC | Call arranged with NQ, MC, and Emmanuel Aidoo (Head of DLT and blockchain) for 26th July. | NQ | 26Jul2018 |
| GBX | RR | New COO still settling in, looking to arrange a meeting for September. | RR | Sept2018 |
| Jersey | RR | Briefing and presentation to Geoff Cook, CEO, Jersey Finance and the Jersey Finance Minister. To be arranged for Jersey in September. | RR | Aug2018 |
| Sri Lanka | RR | Briefing and presentation to Mangala Samaraweera, Sri Lankan Finance Minister regarding the Sri Lankan International Financial Centre to be arranged for September in London. | RR | Aug2018 |
| Kazakhstan FC | RR | On hold | | |
| FATF | RR /NQ | Publication released that contradicted previous discussions with FATF. Phone call set up with David Lewis with next steps to be decided after.<br><br>NQ has reached out to Mark Whaley at the Anti-Corruption Commission in Cayman. | RR | 03Aug2018 |
| Port of Dover | RR | PoD looking to arrange a joint meeting with Calais. | RR | Aug2018 |
| Prisa Group | RN | Richard following up on proposal. | RN | 31Jul2018 |
| Royal Mint | RR | Tied up with EY. | | |
| TransferWise | RN | RN met with Yoni who is happy to make introductions and start process of kicking off a project, but timelines after this would not be immediate as project lead on their side has just joined and this wouldn't be initial priority. | RN | Aug2018 |
| Uphold | RN | RN looking to arrange a call with them this week. | RN | 31Jul2018 |
| Leads | | | | |

Mail - keablett@fbi.gov | Page 4 of 6
Case 3:20-cr-00249-RS   Document 597-6   Filed 03/02/25   Page 4 of 6
EX2337-004

| Lloyds of London | RR | *Post call update from RR - As an in to UK insurance. | RR | Aug2018 |
| --- | --- | --- | --- | --- |
| Coventry Building Society | RR | *Post call update from RR - Potential lead recommended by Alastair Lukies. | RR | Aug2018 |
| Link | RR | Recommended by Alastair Lukies to arrange meeting. | RR | Aug2018 |
| UK Dept of Culture, Media and Sport | RR | *Post call update from RR - Liam Maxwell, UK Govt's National Technology Advisor | RR | Aug2018 |
| Applied Blockchain | RN | Potential for co-operation, to be explored. | RN | Aug2018 |
| Viagogo | NQ | Potential lead recommended from Alastair Lukies meeting as they have a need for identity solution for event ticket sales. To be followed up. | NQ | Aug2018 |
| Diligex | NQ | NQ to follow up. | NQ | 25Jul2018 |
| Liberia | RN | RN to follow up. | RN | Sep2018 |
| Sierra Leone | RN | RN to follow up. | RN | Sep2018 |
| Somalia | RN | RN to follow up. | RN | Sep2018 |
| Illinois Government | RN | Source of info: https://sites.google.com/view/blockchain-govt-tracker | | |

| **Product Management** |
| --- |
| - Sonin admin website development scope signed-off after meeting with BG today to clarify some open ends. Technical kick off call taking place today.<br>- Mobile app MVP wireframes now being finalised to be sent to Sonin for quote.<br>- Corda integration Ongoing.<br>- Latest Product Roadmap available here: https://bit.ly/2NvhHVt |

- ABTC – HIT BTC confirmed that ABTC will be listed on exchange, tentative timeframe roughly 3 weeks. The plan is for a PR splash to announce listing that also mentions CrossVerify being part of the FCA Direct Support scheme (dependant on FCA confirming inclusion, which looks likely from previous meeting).

**Partners**

- R3 – Showcase call to take place in August / September to allow time to find a partner to present with as this will add significant value to bring on additional partners.
- Aware – Expressed a strong interest to partner for sales and could potentially help drive partner sales channel in Brazil as they have an established client there. To be followed up.
- FCA – *Post call update: Direct Support application to be submitted this week.

**Finance**

- Need to arrange further call between JL, SC, and NQ in order to determine cost forecast which will be driven by the revenue forecast.
- Temporary company bank account opened with Transferwise. Natwest bank account setup still in progress and waiting on Natwest. Escalated by NQ again.

**Recruitment**

- QA Lead Nathan joining on 1st August. *Post call update: Delay to Nathan's start date due to issue with previous employer, now likely w/c 6th August at earliest.
- NQ to send RN Sales team proposal.
- Job Description for a Junior Copywriter / Researcher being put together by MC.

Website

- Once priority MVP work for admin website and mobile is complete, the dit.network website will be updated with more content.

Staff Holidays

- Nigel Quantick – 23rd July to 3rd August.
- Warren Cully – 27th July to 3rd August.

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038

--

Mail - keablett@fbi.gov Page 6 of 6
Case 3:20-cr-00249-RS   Document 597-6   Filed 03/02/25   Page 6 of 6
EX2337-006

David Mata
<u>Managing Director and Co-Founder</u>
Block Bits Capital
509-387-1879
dave@blockbits.capital

\* Please consider this message confidential and not to be shared with anyone outside of the recipient list.