| | |
|---|---|
| **From:** | amlbitcoin |
| **To:** | Quinn; Ethan A. (SF) (FBI) |
| **Cc:** | Ablett; Katherine E. (SF) (FBI); Zartman; Brendon (SF) (FBI) |
| **Subject:** | Re: Server Access |
| **Date:** | Monday, August 19, 2019 6:59:50 PM |

Sounds good.

I will be granting access to two Amazon servers, BitBucket account, Atlassian and Jira. I will also be granting access to the github account.

Thanks,
Marcus


Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, August 19, 2019 8:55 PM, Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov> wrote:

> Hi Marcus,
>
> Thank you.  Let's touch base on that tomorrow, so we can figure out the best way to go about getting a copy of the source code.
>
> Ethan Quinn
>
> -
>
> On Aug 19, 2019 6:52 PM, amlbitcoin <amlbitcoin@protonmail.com> wrote:
>
>> Hello Ethan,
>>
>> Can you send me the email of your IT person so that I can request that Sergey grant him access to all of our servers?
>>
>> Thanks,
>>
>> Marcus
>>
>>
>> Sent with ProtonMail Secure Email.