FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   03/02/2022

   A person who identified themselves as Christine Lee, was interviewed via telephone. Lee was aware of the identity of the interviewing agent from a prior interview, and provided the following information:

   Lee agreed to download three documents Japheth Dillman sent her via Facebook messenger, and e-mail them to SA Quinn. Lee sent the documents via e-mail. The e-mail is attached to the report.

   Lee also sent SA Quinn the telephone number for Alex Angueira, which was 1-305-915-0475.

   Lee did not recall the specifics of Dillman's Foundation. Dillman was attempting to recruit Lee to serve as the Live Arts chair of Dillman's proposed foundation. Lee served on the boards of institutions before, and wanted to know what compensation and commitments were expected. Dillman did not provide specifics, and Lee did not follow up.

   Lee reviewed the "Expanding-Light-Foundation-Org-Chart-2" file. Lee noted Lee was listed as "Live Arts", though Lee had not agreed to participate. Lee recognized some other names on the chart, including celebrities like Killer Mike and Dave Chappelle.

   Other names Lee recognized from Lee's personal life. Lee recognized Anastasia Dillman, Dillman's ex-wife. Lee also recognized Sana Choudary, the co-founder of Dillman's incubator.

   Patrick Mork, listed as Head of PR, was once Lee's supervisor when Lee worked at Google. Lee agreed to follow up with Mork, to see if Mork was aware of Dillman's actions.

   Lee sent SA Quinn a text message, stating Mork had not heard from Dillman in 10 years, and had no idea that Mork was listed on the org chart.

   The documents and text message exchange sent from Lee are attached to this report.

Investigation on   02/24/2022   at   Beaver Creek, Colorado, United States (Phone)

File #   58D-SF-2113481-302                                           Date drafted   03/01/2022

by   Ethan A. Quinn

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI-302-024998

58D-SF-2113481-302

Continuation of FD-302 of (U) Interview of Christine Lee on February 24th, 2022 , On 02/24/2022 , Page 2 of 2