



FBI-302-025028