FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    03/02/2022

    A person who identified themselves as Christine Lee, telephone number 415-515-5051, e-mail address christinelee1@gmail.com was interviewed via telephone. Lee was introduced via e-mail to SA Quinn by Nate Hennings. After being advised of the identity of the interviewing Agent and the nature of the interview, Lee provided the following information:

    Lee has known Japheth Dillman for approximately 10 years. Lee formally worked in the computer game industry in San Francisco, California. Lee met Dillman because Dillman ran a tech incubator. Dillman was very nice, and watched Lee's dog on occasions. Lee was friends with Dillman on Facebook, and connected to Dillman on LinkedIn.

    Lee since left the tech industry, moved to Los Angeles, California and started a circus performance troupe. The troop was suffering financial hardship due to in-person events being shut down because of the COVID-19 epidemic. Lee posted about the troupe's difficulties on social media, including Facebook.

    Sometime in April or May of 2021, Dillman sent messages to Lee expressing concern about the financial wellbeing of Lee's troupe, and claimed to want to hire Lee's troupe to perform around July 25th, 2021 for one of Dillman's friends birthday party. Dillman emphasized a desire to pay Lee's troupe well, because Dillman wanted to support struggling entertainers.

    Lee was very excited for the opportunity, as the large amount Dillman was promising would be a significant capital infusion into the troupe, and allow the troupe to engage in more long term planning.

    Lee instructed Dillman the troupe required a 50% deposit. Dillman asked Lee to waive the deposit, because they were friends. Dillman did not want to sign a contract, but agreed to pay via e-mail. Lee stated the cost was estimated at $20,000, but Dillman instructed Lee to double the amount, and Dillman planned to pay an additional tip.

    The performance was negotiated between Dillman and Lee primarily via text message and phone calls.

Investigation on  02/22/2022  at  Beaver Creek, Colorado, United States (Phone)

File #  58D-SF-2113481-302                                            Date drafted  02/28/2022

by  Ethan A. Quinn

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI-302-025030

58D-SF-2113481-302

Continuation of FD-302 of (U) Interview of Christine Lee on February 22, 2022 , On 02/22/2022 , Page 2 of 3

Lee flew up to the San Francisco bay area, and Lee's troupe did their performance. The venue was the Buena Vista Winery in Sonoma.

The party was supposed to be for approximately 30-40 guests, but only about 10 or so guests showed up. Lee found this awkward, as there were almost an equal amount of performers as guests.

Lee and her troupe spoke to many of the guests. Lee did not know any of the guests with the exception of Dillman. One of the troupe's jugglers dated one of the guests later, but Lee did not recall that guests name.

The party was for a young woman, who Lee believed was Russian. Upon reviewing some of Lee's message with Dillman, Lee recalled the young woman's first name was "Silja".

Dillman failed to pay Lee after the performance. Lee did not press the night of the performance, out of politeness. Lee paid the troupe's performers out of Lee's personal funds, and the expenses accounted for approximately half Lee's annual income.

Dillman continued to put Lee off about paying Lee, claiming an "international transfer" was taking too long, and there was significant red tape associated with the deal. Dillman stated the approval of a "three letter agency" was required, which Lee understood to be a reference to the FBI. Lee did not recognize the term "golden assets".

At some point, Dillman claimed Deutsche Bank was about to go out of business, which was related to Dillman's ability to pay. Dillman claimed to have inside knowledge relating to Duetsche Bank's closure. Dillman offered to pay $100,000 to make up for Dillman's failure to pay on time. Lee continued to be polite to Dillman because of the large amount of money Dillman owed her.

Lee received an e-mail from Buena Vista winery, which had also not be paid. Lee and the winery e-mailed Dillman together.

At some point, Dillman put Lee in contact with an attorney who purportedly dealt with the money Dillman was expecting. The attorney was identified as Alex Angueira. Lee spoke to Angueira via telephone, Angueira sounded American. Lee told Angueira her trope performed a gig for Dillman, and Dillman had not paid her. Angueira said Angueira did not have anything to do with the gig, but did have Lee's name on a list of people to be paid once Dillman's money was available. This call occurred on December 18th,

Continuation of FD-302 of  (U) Interview of Christine Lee on February 22, 2022 , On 02/22/2022 , Page 3 of 3

58D-SF-2113481-302

2021.

Dillman ceased communications until about February 2022. Lee sent a firm message to Dillman, threatening to post about Dillman's failure to pay on social media. Lee and Dillman had many mutual game industry contacts on social media. Dillman responded that Lee could expect to be paid soon.

Lee recognized the name David Mata, but did not recall much specific about him.

Lee reached out to a tech colleague about Dillman, who put Lee in touch with Nate Hennings.

Lee forwarded via e-mail communications with Dillman. Those e-mails are attached to this report.