**From:** Christine Lee <christinelee1@gmail.com>
**Sent:** Tuesday, February 22, 2022 9:26 PM
**To:** Quinn, Ethan A. (SF) (FBI)
**Subject:** [EXTERNAL EMAIL] - Facebook msgs

Download full resolution images
Available until Mar 24, 2022



FBI-302-025055



FBI-302-025056



FBI-302-025057



9:17     .ıll LTE

< Japeth Dillman
  Active 1h ago                📞 📹

I'll look into it all Monday
evening. Send me all your
questions

↩ Japeth replied to you

I mean we can hire lots of
performers, but 3x will be a lot
😄

I don't care, my treat

Yes here's all the
technical questions:

I'll confirm the date today, venue
Monday evening

Attendee size today (intimate,
like 8-10 guests)

1. Ceiling height, if there's an I
beam or rigging point, if not-
then how much overall space is
there to put up a free standing
rig (diameter on the ground)

I'll have dinner catered for
the performers

2. What does the ground look

⊕  📷  🖼  🎤  Aa     😊  👍

4

FBI-302-025058



9:17    •••l LTE ▭

Japeth Dillman
Active 1h ago

2. What does the ground look like? Is it wooden? Carpet? And again how many feetxfeet for performance

3. Will the be a dj, or somewhere we can hook up sound?

It's cement

4. Would you want a show? Or more ambient performance

ZK Gallery

5. Is it themed?

Modern graffiti art gallery

Very nice

I need to check with the owner

Ooh cool looking it up

But they owe me a big favor 😉

I'm going to be booking a lot of events

↓

⊕  ⏺  🖼  🎤    Aa    ☺  👍

5

FBI-302-025059



9:17

**Japheth Dillman**
Active 1h ago

I'm going to be booking a lot of events

Ramping up

This is unrelated

Looks gorgeous

And high ceilings 😆

Yup

It's a dear friend, her birthday. I'll ask her how spicy she wants the entertainment, but there are windows to the street so probably standard circus style outfits

❤️

I'm starting a very large well funded Foundation

❤️

Humanitarian investments

Let me send you something

→ Japheth forwarded ...k

📄 Foundation_edited.docx

Aa

FBI-302-025060



FBI-302-025061



FBI-302-025062



9:17

**Japheth Dillman**
Active 1h ago

You'd have as a benefit three things as an advisor

1. A consultancy fee (50-100k, somewhere in there)

2. If you have a project it will be funded, but it obviously needs biz plan and all that

3. Any recommendations you bring to the table will have special consideration

Anyway we can discuss this over time no rush

For now, the 25th 😌

Who would you recommend, gimme some sort of proposal and let me confirm the date today venue tomorriw

Aa

FBI-302-025063



Yes I can provide a proposal once I have an understanding of the space

The performance snd acts depend on the rigging

The advisory role should not interfere with your pursuits in LA ❤️

↩ Japheth replied to you

The performance snd acts depend on the rigging

Got it

You're 100% on it. It's crazy how much you [th]nk about business from a point of empathy

FBI-302-025064



FBI-302-025065



FBI-302-025066



FBI-302-025067



FBI-302-025068



FBI-302-025069



FBI-302-025070



FBI-302-025071



FBI-302-025072



FBI-302-025073



9:18    •‖ LTE 🔋

Japheth Dillman
Active 1h ago

But I'm buying some additional outposts in Miami, Hawaii, Cabo, & Tahoe

↩ Japheth replied to you

I'd recommend folks like the head of Entire productions etc

Yes

Haha your series of texts got me WIDE awake this Sunday morning 🤣😅

Lol

I was sorta sleeping

Still in bed lol

My job has been on the phone for 4 years

Very serious team as the full time executives, they've run Fortune 500 companies, foundations, and more.  The advisors... some have won Nobel peace prizes, t'   ↓   e respected medical or techn..al, etc

Aa

FBI-302-025074



**Japheth Dillman**
Active 1h ago

Very serious team as the full time executives, they've run Fortune 500 companies, foundations, and more. The advisors... some have won Nobel peace prizes, they're respected medical or technical, etc

You'll be signing an NDA, but we'll have appropriate publicity for you as part of it. The NDA will be two part, the first to not discuss it now or contact the other foundation folks as we're in different phases of negotiating with each one.... Phase two is after we kick off, in that we won't be publicly discussing investments until each one is announced in PR.

Anyway.... Things to expect.

As for involvement? If you're an advisor, there'll be monthly calls/meetings to discuss investment opportunities where we'd ask your input, and al... quarterly retreats with al... advisors, think like a weekend. All flexible

FBI-302-025075



**Japeth Dillman**
Active 1h ago

As for involvement?  If you're an advisor, there'll be monthly calls/meetings to discuss investment opportunities where we'd ask your input, and the quarterly retreats with all the advisors, think like a weekend.  All flexible.

If you're committee chair then you'd help em identify other advisors in your area of specialty and maybe a weekly call with the internal full time executive teams.  You'd have more heavy input on amounts of investment in particular projects and so on.

I would hope this only enhances your career and doesn't take it over.  We would want to see your continued success too and be invested in that outside the foundation.

I'm loving it all so far

I'm thinking the ___ing process will take us thro___ the fall

FBI-302-025076



9:18

**Japheth Dillman**
Active 1h ago

I'm loving it all so far

I'm thinking the hiring process will take us through the fall

There's actually about 300 people. A third full time the rest advisors

Then a big get to know you retreat in Hawaii late fall. Internal kick off early winter, where we iron out processes and documentation internally. First big round of investments by late winter

I have capacity to invest personally in projects if something exciting is presented before then. But the ceo of the Gates Foundation said one of their biggest mistakes was investing too fast, they weren't prepared interr    So I'm internalizing all that wisdom,

Aa

23

FBI-302-025077



FBI-302-025078



FBI-302-025079



9:18    .ıll LTE 🔋

**Japeth Dillman**
Active 1h ago

Cool! I only say wine because there's usually a lot of open space, but art galleries are amazing as well!

Matrix winery might work too

Trefethan Napa too

Trying to find ones where in the

26



FBI-302-025081



FBI-302-025082



FBI-302-025083



FBI-302-025084



FBI-302-025085



FBI-302-025086



**Japeth Dillman**
Active 1h ago

maybe permanently.  Now that things are back in full swing for me, I anticipate attempting to reignite that, hopefully 🥂

In the meantime, I've very lightly dated a bit.  Just because I was lonely/bored/whatever.  I've become very good friends with the birthday girl here kn Santa Rosa (her name is Silja).  I like her, but we're good if things drift towards friendship eventually too, as we started as friends and haven't gotten heavily romantic. She's aware of the girl in Fargo and I think Silja would prefer her and I become more but she's also pleased as friends & daring.

Anyway, I just thought I'd explain who the birthday is for.

Oooh exciting

I was curious 😳 😬

I had connecte... ...to Noorman
in Fargo at one point as she was

Aa

FBI-302-025087



**9:18**    LTE

**Japheth Dillman**
Active 1h ago

I was curious 🤭 😃

I had connected you to Noorman in Fargo at one point as she was interested in marketing

But she was too busy picking up the pieces of her broken "Covid" life to really dive in

Scrambling for money when you have a kid abs are a single mom is tough

oh wow, yes- well you are doing a lot for the new girl, i hope she feels really special!

She's an amazing friend. But I'm doing well enough to do fantastic things for all the people I care about

❤️

i def see/feel that!

JUL 18, 2021, 1:40 PM

Silja

Aa

FBI-302-025088



FBI-302-025089



FBI-302-025090



9:19    LTE

‹  **Japheth Dillman**
   Active 1h ago

JUL 18, 2021, 8:12 PM

I know

So you'll have one total for everything? Or will each performer submit an invoice? I'd rather go for one payment lol but whatever

It'll be the total But I will share a breakdown of what each performer costs are

I would send you an invoice with the itemized breakdown

No problem

And the check or Venmo or whatever can go to me, and I will pay the performers

We haven't incorporated the dahlias yet, so we keep it as the person who is organizing each gig

Sorry for the robotic messages! I'm driving

Aa

37



FBI-302-025092



FBI-302-025093



FBI-302-025094



FBI-302-025095



FBI-302-025096



9:19                            •Ill LTE

**Japeth Dillman**
Active 1h ago

Wow! She picked up her phone 🤣 I just tried and got all the info I need. Outdoor space is perfect and the right size, green room is good, timing is good 6-730 outside and 730-930 inside.

All I need is a verbal on that second contract I sent you and I can get everybody's contracts set out (and 2 flights booked!)

🥳🥳

JUL 20, 2021, 5:59 PM

Verbal: good, yes

JUL 20, 2021, 7:29 PM

Yay thank you! Gonna start sending out contracts to the performers! Thank you!

JUL 21, 2021, 1:59 PM

all our contracts are out 🙂 question from the magic man- will there married couple in the audience?

FBI-302-025097



FBI-302-025098



FYI I'm gonna add a few more folks with the budget, another rigger, champagne pour etc 🙂

So you'll see an email

Ha ok

JUL 24, 2021, 9:58 AM

Oh wow

JUL 24, 2021, 11:21 AM

I talked to nina (other dahlias) founder and we had a good cry this am because of you

Aww

We're gonna make a dahlias fund so we can finally incorporate and have budget for new costumes and equipment

I hope you know this is life changing for our troupe

Goooood!!!!!!!

FBI-302-025099



FBI-302-025100



FBI-302-025101



FBI-302-025102



FBI-302-025103



FBI-302-025104



FBI-302-025105



FBI-302-025106



Sent from my iPhone

FBI-302-025107