UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** March 3, 2025   **Time:** 30 minutes   **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** March 4, 2025

## PROCEEDINGS

Status Conference Held.

## SUMMARY

Mr. Min can testify about 2017 – 2018 period whether it was advancing towards functionality.