UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/3/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/3/2025** | | | | |
| | | 10:00 -10:30 am | | | **Court Convened. Court and counsel present outside the presence of the jury and defendant.** **The Court ordered that Mr. Min can testify about 2017-2018 period whether it was advancing towards functionality.** **The Court will send counsel draft set of jury instructions.** **Jury Trial suspended today because of illness of Mr. Andrade.** **Jury Trial to resume on 3/4/2025 at 8:30 am.** | |

1