UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL JURY TRIAL MINUTES

**Date:** March 4, 2025   **Time:** 4 ½ hours   **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** March 5, 2025

## PROCEEDINGS

**MOTION to Exclude** [#602] any testimony from Erik Min that he would base on late disclosed documents.

**Jury Trial – Held.**

**Charging Conference Held.**

## SUMMARY

**Motion [#602] is Granted.**

**Witnesses Sworn and Examined: Erik Min, Dr. Levi Armstrong**