# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Case No: 20-cr-00249-RS-1
### Case Name: USAv. Andrade

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Richard Seeborg | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| 3/4/2025 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/4/2025** | | | | |
| | | 8:10 – 8:29 am | | | **Court convened.  Court and counsel discussing matters outside the presence of the jury.** **Government's Motion to Exclude any testimony from Erik Min that he would base on late-disclosed documents is granted.** | |
| | | 8:38 am | | | **Court reconvened. Jury Present.** | |
| | | 8:38 am | | | **Defense calls witness Erik Min.  Direct by D. Stefan.** | |
| | 3395 | 8:49 am | | | **Demonstrative Only.** | |
| | | 10:01 am | | | **Break** | |
| | | 10:24 am | | | **Court reconvened. Jury Present.** | |
| | | 10:24 am | | | **Resume direct of witness E. Min by D. Stefan.** | |
| | | 10:34 am | | | **Break** | |
| | | 10:54 am | | | **Court reconvened. Jury Present.** | |
| | | 10:54 am | | | **Cross of witness E. Min by M. Chou.** | |
| | | 12:09 pm | | | **Re direct of witness E. Min by D. Stefan.** | |
| | | 12:20 pm | | | **Break** | |
| | | 12:33 pm | | | **Court reconvened. Jury Present.** | |
| | | 12:34 pm | | | **Resume Re direct of witness E. Min by D. Stefan.** | |
| | | 12:52 pm | | | **Re cross of witness E. Min by M. Chou.** | |
| | | 12:53 pm | | | **Witness E. Min excused.** | |

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: March 4, 2025
Courtroom Deputy: Corinne Lew          - Court Reporter: Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | | 12:54 pm | | | Defense calls witness Dr. Levi Armstrong. Direct by C. Diamond. | |
| | 3394 | 1:09 pm | | | Demonstrative Only. | |
| | | | | | | |
| | | 1:28 pm | | | Jury excused for the day – return on 3/5/2025 at 8:30 am.  Counsel to appear at 8:00 am. | |
| | | 3:40 – 4:20 pm | | | Court and counsel discussing matters outside the presence of the jury and charging conference held. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |