UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL JURY TRIAL MINUTES

**Date:** March 5, 2025  **Time:** 4 ½ hours  **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew        **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** March 10, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Dr. Levi Armstrong, Ethan Quinn, Dr. Amanda Gregory

**Admitted Exhibits:**

**Government: 705, 671, 672, 807, 23**

**Defendant: 3344, 3392, 3056, 2333, 3202, 2327, 2337, 2334**