UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/5/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED <u>3/5/2025</u> | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:10 – 8:45 am | | | **Court Convened. Court and counsel discussing matters outside the presence of the jury.** <br><br>**The Court discussed with the defendant his right to testify at trial. Defendant waived his right testify.** | |
| | | 8:54 am | | | **Court reconvened. Jury Present.** | |
| | | 8:55 am | | | **Resume direct of Dr. Armstrong by C. Diamond.** | |
| | | 10:15 am | | | **Break** | |
| | | 10:35 am | | | **Court reconvened. Jury Present.** | |
| | | 10:35 am | | | **Resume direct of witness Dr. Armstrong by C. Diamond.** | |
| | | 11:01 am | | | **Cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 11:36 am | | | **Re direct of witness Dr. Armstrong by C. Diamond.** | |
| | | 11:54 am | | | **Re cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 11:55 – 11:58 am | | | **Side Bar.** | |
| | | 11:58 am | | | **Resume re cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 12:00 pm | | | **Witness Dr. Armstrong excused.** | |
| | | 12:00 pm | | | **Break** | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: March 5, 2025
Courtroom Deputy: Corinne Lew          - Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:01 – 12:11 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 12:26 pm | | | Court reconvened. Jury Present | |
| | 3344 | 12:27 pm | X | X | Redacted copy of purchase contract. | |
| | 3392 | | X | X | Purchase Agreement for home at 9414 Plaza Point Dr. | |
| | 3056 | | X | X | Check from Mr. Andrade dated 9/25/2019. | |
| | | 12:34 pm | | | Stipulation of Fact read into the record by M. Shepard. | |
| | 2333 | 12:36 pm | X | X | Weekly Mgmt. Update dated 7/3/2018. | |
| | 3202 | | X | X | Email from R. Namier to M. Andrade 7/5/2018. | |
| | 2327 | | X | X | Weekly Mgmt. Update dated 4/29/2018. | |
| | 2337 | | X | X | Weekly Mgmt. Update dated 10/3/2018. | |
| | 2334 | | X | X | Weekly Mgmt. Update dated 9/18/2018. | |
| | | 12:49 pm | | | Defense rests. | |
| | | 12:49 pm | | | Government calls witness Ethan Quinn. Direct by D. Ward. | |
| 705 | | 12:52 pm | X | X | Bio of Marcus Andrade. | |
| 671 | | 12:55 pm | X | X | Email from M. Monex to Rajesh Del dated 7/20/2017. | |
| 672 | | 12:55 pm | X | X | AML Token pre-ICO | |
| 807 | | 12:59 pm | X | X | Brochure | |
| 23 | | 1:04 pm | X | X | Email from M. Andrade to M. Foteh dated 3/4/2018. | |
| | | 1:08 pm | | | Cross of witness E. Quinn by D. Stefan. | |
| | | 1:17 pm | | | Witness E. Quinn excused. | |
| | | 1:17 pm | | | Government calls witness Dr. Amanda Gregory. Direct by C. Highsmith. | |
| | | 1:28 pm | | | Jury excused for the day – return on 3/10/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 1:30 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 1:30 pm | | | Court in recess. | |