UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>              Defendant. | Case No. 20-cr-00249-RS-1<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: 3/10/2025

_____
RICHARD SEEBORG
Chief United States District Judge

*Rev.03/19*