# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** March 11, 2025  **Time:** 6 hours  **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** March 12, 2025

## PROCEEDINGS

**Jury Trial** – Held.

## SUMMARY

Government's Motion [#611] to Allow Jury to Use Demonstrative Photos of Witnesses to Aid Deliberations is denied as stated on the record.

Closing Arguments
Jury Deliberations

Jury Trial continued to March 12, 2025 at 8:30 am for further deliberations.