UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL JURY TRIAL MINUTES

**Date:** March 12, 2025  **Time:** 5 minutes  **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Trial Ended:** March 12, 2025

## PROCEEDINGS

**Jury Trial – Held.**

## SUMMARY

**Jury Deliberations**
**Jury Verdict**

**Government's oral motion to request a 30 day extension to file all the exhibits in the case on the public docket so the government can scrub them and redact as necessary is granted.**