UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 3/12/2025 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>3/12/2025</u> | | | | |
| | | 8:30 am | | | **Jurors deliberating.** | |
| | | 3:30 pm | | | **Jury note #2 – Verdict reached.** | |
| | | 3:40 pm | | | **Court, parties and jury present. Verdict handed to the Clerk.** | |
| | | 3:44 pm | | | **Clerk reads the verdict.** | |
| | | 3:45 pm | | | **Jury is polled by the Clerk.** | |
| | | 3:45 pm | | | **Court thanks the jurors for their service and they are excused.** | |

1