UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00249-RS |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

We, the members of the jury in the above-entitled action, unanimously find the defendant, Rowland Marcus Andrade:

1. __Guilty__ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count One of the Indictment.

2. __Guilty__ (GUILTY / NOT GUILTY) of the offense of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i), as charged in Count Two of the Indictment.

DATED: __3/12/2025__

_____
FOREPERSON

VERDICT FORM
3:20-CR-00249 RS