# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 20-cr-00249 RS |
|---|---|
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ROWLAND ANDRADE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find on the subsequent pages Jury Note One and Two.

Dated: 3/12/2025

                                               Mark B. Busby
                                               Clerk, United States District Court

By: *Corinne Lew*
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG
415-522-2123

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>  Case No. CR 20-00249 RS

CASE NAME: USA V. Rowland Andrade

PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.

NOTE FROM THE JURY

Note No. One

Date 3/11/2025

Time Starting tomorrow wed 3/12/25 our schedule will be 8:30 - 4pm.

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

_____
_____
_____

Laurie Hancock.
Foreperson of the Jury

4:10 pm 3/11/25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE RICHARD SEEBORG            Case No. CR 20-00249 RS

CASE NAME: USA V. Rowland Andrade

PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.

NOTE FROM THE JURY

Note No. two
Date 3/12/2025
Time 3:30 pm

1. The Jury has reached a unanimous verdict [X]

or

2. The Jury has the following question:

_____
_____
_____

Julie E. Hancock
Foreperson of the Jury   3/12/2025