UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. CR 20-00249 RS |
|---|---|
| Plaintiff, | |
| v. | |
| ROWLAND ANDRADE, | |
| Defendant. | |

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

Dated: 3/11/2025

_____
Attorney for Plaintiff

_____
Attorney for Defendant