MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL AND/OR RULE 33 MOTION FOR A NEW TRIAL**<br><br>Judge: Hon. Richard Seeborg, Chief Judge<br><br>Hearing Date: June 17, 2025 |

**STIPULATION**

Pursuant to Federal Rule of Criminal Procedure 29, "[a] defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty verdict or after the court discharges the jury, whichever is later." Fed. R. Crim. P. 29(c)(1). Pursuant to Federal Rule of Criminal Procedure 33, "[u]pon the defendant's motion, the court may vacate any judgment and grant a new trial of the interest of justice so requires." Fed. R. Crim. P. 33(a). A defendant must file any such motion within 14 days after the verdict. Fed. R. Crim. P. 33(b)(2). As the jury has found defendant Rowland Marcus Andrade ("Mr. Andrade") guilty of both Count One and Count Two of the indictment in this case, Mr. Andrade's Rule 29 and Rule 33 motions would be due within 14 days.

Prior to filing any such motions, Mr. Andrade respectfully requests an opportunity to review the transcripts from the trial in this matter and, by extension, to continue the due date for these motions. Mr. Andrade's counsel has communicated with government counsel regarding this matter, who has no objection to continuing the due date for any Rule 29 motion (even after verdict) or Rule 33 motion. Accordingly, the parties respectfully request and stipulate that the Court continue the due date for any Rule 29 or Rule 33 motions to May 23, 2025, and propose the following briefing schedule:

> Motion for New Trial and/or Acquittal: May 23, 2025
> Oppositions to be Filed: June 4, 2025
> (Optional) Replies to be Filed: June 11, 2025
> Any Hearing on Motion for New Trial and/or Acquittal: June 17, 2025 at 9:30 am.

The parties agree that any and all Rule 29 and Rule 33 motions are timely filed if made according to this schedule, or in compliance with any additional extensions the Court may grant.

**IT IS SO STIPULATED.**

March 13, 2025                                              KING & SPALDING LLP

By: /s/ Michael J. Shepard
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE


PATRICK D. ROBBINS
Acting United States Attorney

/s/ Christiaan H. Highsmith
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

Attorneys for the United States of America

**ORDER**

The schedule as set forth in the Stipulation of the parties for the defendant's Motion for New Trial and/or Judgment of Acquittal, is adopted and ordered.

DATED: 3/13/2025

Hon. RICHARD SEEBORG
Judge of the United States District Court