**Volume 20**

**Pages 3159 - 3167**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. 3:20-CR-00249 RS** |
| ) | |
| ROWLAND MARCUS ANDRADE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

San Francisco, California
Wednesday, March 12, 2025

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
        PATRICK D. ROBBINS
        ACTING UNITED STATES ATTORNEY
        450 Golden Gate Avenue
        San Francisco, California 94102
  BY: **CHRISTIAAN HIGHSMITH**
      **DAVID J. WARD**
      **MATTHEW CHOU**
      **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:
        KING & SPALDING, LLP
        50 California Street, Suite 3300
        San Francisco, California 94111
  BY: **MICHAEL J. SHEPARD, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
            CSR No. 7445, Official United States Reporter

```
 1   APPEARANCES: (CONTINUED)

 2   For Defendant:
                         KING & SPALDING, LLC
 3                       1700 Pennsylvania Avenue, NW
                         Washington, D.C. 20006
 4                  BY:  KERRIE C. DENT, ATTORNEY AT LAW

 5                       KING & SPALDING, LLC
                         1185 Avenue of the Americas, 34th Floor
 6                       New York, New York 10036
                    BY:  DAINEC P. STEFAN, ATTORNEY AT LAW
 7

 8                       LAW OFFICES OF CINDY A. DIAMOND
                         58 West Portal Avenue, Suite 350
 9                       San Francisco, California 94127
                    BY:  CINDY A. DIAMOND, ATTORNEY AT LAW
10

11   Also Present:       Special Agent Rohan Wynar
                         Tina Rosenbaum, Paralegal
12
```

**I N D E X**

Wednesday, March 12, 2025 - Volume 20

|  | **PAGE** | **VOL.** |
|---|---|---|
| Verdict | 3163 | 20 |

```
 1   Wednesday - March 12, 2025                           3:40 p.m.
 2                        P R O C E E D I N G S
 3                             ---o0o---
 4              (Defendant present, out of custody.)
 5      (Proceedings were heard out of the presence of the jury.)
 6           THE COURT:  We have been advised that the jury has
 7   reached a verdict.
 8       Do you want me to offer them the opportunity to speak to
 9   you afterwards?  You do?
10           MR. SHEPARD:  We do, Your Honor.  Thank you.
11           THE COURT:  All right.
12           MR. SHEPARD:  And in the event there are any
13   convictions, we would ask you to poll the jury, please.
14           THE COURT:  I will do that.
15       What I tell them, just so that you know, is I say it's
16   totally up to them whether or not they come back.  I ask you to
17   stay in the courtroom.  I thank them back there and then they
18   can either come back through the courtroom or they can -- well,
19   it's up to them.
20           MR. SHEPARD:  That's fine.  Thank you, Your Honor.
21           THE COURT:  Okay.
22       (Proceedings were heard in the presence of the jury.)
23           THE COURT:  The jury is present.
24       Ms. Hancock, I was advised the jury has reached a verdict.
25   Is that correct?
```

1     **JUROR NUMBER 9:** Yes, we have.

2     **THE COURT:** I'm going to ask you to hand it to
3 Ms. Lew.

4     (Document handed up to the Court.)

5     **THE COURT:** I will now ask Ms. Lew to publish the
6 verdict.

7     **VERDICT**

8     **THE COURTROOM DEPUTY:** United States of America vs.
9 Rowland Marcus Andrade, Case Number 3:20-CR-249-RS, Verdict
10 Form.

11     We, the members of the jury in the above-entitled action,
12 unanimously find the defendant, Rowland Marcus Andrade:

13     Number 1: Guilty of the offense of wire fraud, in
14 violation of 18 U.S.C. Section 1343, as charged in Count One of
15 the indictment.

16     Number 2: Guilty of the offense of money laundering, in
17 violation of 18 U.S.C. Section 1956 (a)(1)(A)(i) or
18 (a)(1)(B)(i), as charged in Count Two of the indictment.

19     Dated 3/12/2025. Foreperson, Laurie Hancock.

20     **THE COURT:** I'm now going to ask Ms. Lew to poll the
21 jury.

22     **THE COURTROOM DEPUTY:** Juror Number 1, is this your
23 verdict?

24     **JUROR NUMBER 1:** It is.

25     **THE COURTROOM DEPUTY:** Juror Number 2, is this your

```
 1   verdict?
 2          JUROR NUMBER 2:  Yes.
 3          THE COURTROOM DEPUTY:  Juror Number 3, is this your
 4   verdict?
 5          JUROR NUMBER 3:  Yes.
 6          THE COURTROOM DEPUTY:  Juror Number 4, is this your
 7   verdict?
 8          JUROR NUMBER 4:  Yes.
 9          THE COURTROOM DEPUTY:  Juror Number 5, is this your
10   verdict?
11          JUROR NUMBER 5:  Yes.
12          THE COURTROOM DEPUTY:  Juror Number 6, is this your
13   verdict?
14          JUROR NUMBER 6:  Yes.
15          THE COURTROOM DEPUTY:  Juror Number 7, is this your
16   verdict?
17          JUROR NUMBER 7:  Yes.
18          THE COURTROOM DEPUTY:  Juror Number 8, is this your
19   verdict?
20          JUROR NUMBER 8:  Yes.
21          THE COURTROOM DEPUTY:  Juror Number 9, is this your
22   verdict?
23          JUROR NUMBER 9:  Yes.
24          THE COURTROOM DEPUTY:  Juror Number 10, is this your
25   verdict?
```

1        **JUROR NUMBER 10:**  Yes.

2        **THE COURTROOM DEPUTY:**  Juror Number 11, is this your

3   verdict?

4        **JUROR NUMBER 11:**  Yes.

5        **THE COURTROOM DEPUTY:**  And Juror Number 12, is this

6   your verdict?

7        **JUROR NUMBER 12:**  Yes.

8        **THE COURT:**  Members of the jury, first of all, let me

9   thank you again.  It's been a long process, several weeks.  You

10  were an amazingly diligent jury.  Came on time.  Permitted all

11  of us to get this case presented to you in an efficient way.

12  You've done your duty.

13       In this day and age, sometimes there aren't many

14  opportunities to just do pure public service.  We're so

15  fractured these days.  But the one thing that does remain as

16  pretty much a pure instance of public service is jury duty.

17  And you all come in.  You don't have any axe to grind.  You

18  don't know the people involved.  And you put your life aside

19  and you diligently come to a judgment and work together, and I

20  don't want to be corny about it, but it's still pretty

21  inspiring to me, even though I've done this for a long time.

22  So you have the thanks of all of us for the work you've done.

23       Let me just -- I suspect many of you may be wondering, now

24  that the case has been concluded, you may have some questions

25  about confidentiality of the proceedings.  Many times, jurors

will ask are they at liberty now to discuss the case with anyone after all those times I told you you couldn't.

Now that the case is over, you are free to discuss it with any person you choose. By the same token, however, I would advise you that you're under no obligation whatsoever to do so. It is totally up to you.

If you do decide to discuss the case with anyone, I would suggest you treat it with a degree of solemnity in that whatever you do decide to say, you would be willing to say in the presence of the other jurors or under oath here in open court in the presence of all the parties.

As always, bear in mind, if you do decide to discuss the case, that the other jurors fully and freely stated their opinions with the understanding they were being expressed in confidence. Please respect the privacy of the views of the other jurors.

So the lawyers have asked me to make available to you, if any of you are so inclined, the opportunity to come back and speak with them in the courtroom. Lawyers often benefit from hearing how the case was received and the presentations and the like. It's totally up to you. And what I tell the jurors is I want to go back and thank you, and then you have the choice. You either walk out the door, or you can come back through the courtroom. And I've told the lawyers they should stay in the courtroom. And then if there are any of you that would like to

1  come and speak with them, I know they would appreciate it.
2  They will be here.
3       So with that, any reason why the jury may not be
4  discharged at this time?
5           **MR. HIGHSMITH:** No, Your Honor.
6           **MR. SHEPARD:** No, Your Honor.
7           **THE COURT:** Very well.
8       Members of the jury, you are now discharged.
9               (The jury was dismissed from duty.)
10      (Proceedings were heard out of the presence of the jury.)
11          **MR. HIGHSMITH:** Your Honor, may I make one motion?
12      I'd like to request a 30-day extension of our requirement
13  to file all of the exhibits in the case on the public docket so
14  that we can scrub them and redact as necessary.
15          **THE COURT:** Okay. That's fine.
16          **MR. HIGHSMITH:** Thank you.
17          **THE COURT:** Grant your motion.
18              (Proceedings adjourned at 3:48 p.m.)
19                      ---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Wednesday, March 12, 2025

*Ana Dub*
_____

Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG

CSR No. 7445, Official United States Reporter