

FBI-PHY-110574

EX451-001