THE AML TOKEN SALE HAS BEEN EXTENDED BY 24 HOURS.

AML / KYC COMPLIANT DIGITAL CURRENCY
AML BITCOIN
COMPLIANT ★ FAST ★ SECURE

Get AML Tokens Now:
https://amltoken.com

amlbitcoin • Follow

amlbitcoin Due to an overwhelming amount of last minute inquiries and demand, the AML Token Sale has been extended by 24 hours. The Token Sale will end on 2/14. #Cryptocurrency #Blockchain #Bitcoin #ETH #LTC #BTC #Tech #Finance #Currency #Crypto #DigitalCurrency #VirtualCurrency #ICO #Token #TokenSale #InitalCoinOffering #Technology #Ethereum #Litecoin #Altcoin #Coin #TokenSale #ICOList #ICONews #ICOListings #Tokens #TokenSales #AML

lifelottery This photo is cool..

akintechusa

richkidsontheworld

m107_

crypto.leaks cool! you should definitely become a crypto insider

43 likes

FEBRUARY 13

Log in to like or comment.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0455**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110596

EX455-001