

FBI-PHY-110603

EX460-001