

FBI-PHY-110607

EX462-001