

FBI-PHY-110609

EX463-001