

Case 3:20-cr-00249-RS    Document 665-43    Filed 06/05/25    Page 1 of 1

FBI-PHY-110619
EX465-001