

FBI-PHY-110641

EX471-001