**AML Blockchain** @AMLBitcoin · Apr 27

AML BitCoin CEO & Founder, Marcus Andrade, meets with the Executive Director of the Port of San Francisco. #PortOfSF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0488**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**AML Blockchain** @AMLBitcoin · Apr 26

FBI-PHY-110689

EX488-001