

FBI-PHY-110690

EX489-001