InPrivate | https://twitter.com/AMLBitcoin | Twitter, Inc. [US] | Search...

AML Blockchain (@AMLBitcoi... ×

File   Edit   View   Favorites   Tools   Help

Surface

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it

Home    Moments    Search Twitter    Have an account? Log in

💬 4    🔁 6    ♡ 7

**AML Blockchain** @AMLBitcoin · Feb 3
You can't miss the second and final alternate ending of AML Bitcoin's hilarious commercial that the NFL banned from the Super Bowl! "Who put the camera here?!" youtu.be/889uWllG6m8 #MUSTSEE #SuperBowl #SuperBowlCommercial #SuperbowlCommercials #Crypto #Cryptocurrency

**AML BitCoin: The Banned Super Bowl Commercial...**
This is the second and final alternate ending to the hilarious viral AML BitCoin commercial that the NFL banned from Super Bowl 2018 (found here: https://you...
youtube.com

💬 1    🔁 1    ♡ 4

**AML Blockchain** @AMLBitcoin · Feb 3
Did you see the first alternate ending of AML Bitcoin's hilarious commercial that the NFL banned from the Super Bowl? youtu.be/G0z3tZPDV4M #MUSTSEE #SuperBowl #SuperBowlCommercial #SuperbowlCommercials #Crypto #Cryptocurrecny

**AML BitCoin: The Banned Super Bowl Commercial...**
This is the first alternate ending to the hilarious viral AML BitCoin commercial that the NFL banned from Super Bowl 2018 (found here: https://youtu.be/I5YUc...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0497**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Type here to search

9:15 AM
5/27/2018