4  3

**AML Blockchain** @AMLBitcoin · Feb 2
New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin via @amspectator : bit.ly/2nusPaA @BTC #SuperBowl #SuperBowlAds #BTC #Bitcoin #Crypto #ICO

**New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin**
First the NFL refused to allow a veterans organization to run an ad during the Super Bowl urging everyone to stand for the national anthem. Now it...
spectator.org

3  1  7

AML Blockchain Retweeted

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0502**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
         DEPUTY CLERK

FBI-PHY-110760

EX502-001