





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0505**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
  DEPUTY CLERK

FBI-PHY-110763

EX505-001