**AML Blockchain** @AMLBitcoin · 21 Dec 2017

AML Bitcoin ICO Extended to Meet Demand: bit.ly/2kWLo4S #TokenSale #ICO #Bitcoin #Blockchain #AML #KYC #DigitalCurrency

> **AML BitCoin ICO extended to meet unprecedented…**
> There has been a surge in last-minute demand for the initial coin offering of the new cryptocurrency AML BitCoin driven by orders from new buyers and thousa...
> cryptoninjas.net

♡ 2    ⟲ 1

**AML Blockchain** @AMLBitcoin · 21 Dec 2017

Our token sale website is down due to maintenance. We apologize for this inconvenience. The site should be back up and running asap. If you have any questions or if we can help with anything, feel free to email us at info@amlbitcoin.com

♡ 1

**AML Blockchain** @AMLBitcoin · 20 Dec 2017

EU Adopts Regulations Increasing Transparency in Virtual Currency to Combat Money Laundering, Tax Evasion, and Terrorism Financing bit.ly/2BHHCEv #Crypto #Cryptocurrency #Blockchain #Bitcoin #Litecoin #Ethereum #DigitalCurrency

> **EU Adopts Regulations Increasing Transparency in…**
> After over a year of negotiations, the European

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0513**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
    DEPUTY CLERK

FBI-PHY-110817

EX513-001