

FBI-PHY-110838

EX515-001