**AML Blockchain** @AMLBitcoin · 10 Nov 2017

Creator of AML BitCoin on Track to Partner with Panama Canal

hellenicshippingnews.com/creator-of-aml...

#patent #invention #blockchain #fintech #regtech #regulation #kyc #shipping #news #digital #currency #payments #mortgage #markets #tokensale #ico #hedgefund #fintech #capital #sales #energy #gold

**AML Blockchain** @AMLBitcoin · 10 Nov 2017

La fundación NAC está negociando con el gobierno de Panamá

criptotendencia.com/2017/11/08/la-...

#btc #ltc #eth #dsh #bitcoin #crypto #regtech #fintech #paytech #insurance #lending #blockchain #banking #compliance $btc #fincen #antimoneylaundering #tokensale #ico

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0517**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110864

EX517-001