https://twitter.com/AMLBitcoin

AML Blockchain (@AMLBitcoi...

File Edit View Favorites Tools Help

Surface

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home Moments Search Twitter Have an account? Log in

**AML Blockchain** @AMLBitcoin · 8 Nov 2017

Creator of AML BitCoin on Track to Partner with Panama Canal.
AML BitCoin is designed for official usage by powerful industries and governments.
Anti-money laundering, know-your-customer, anti-terrorism and theft-resistant!
prweb.com/releases/2017/...

Fast, Borderless, Identity-Based
AML BITCOIN
COMPLIANT DIGITAL CURRENCY
PURCHASE NOW
AML Bitcoin Negotiating With Panamanian Government

7 7

AML Blockchain Retweeted

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0518**
CASE NO.: CR 20-249 RS
DATE ENTERED__________
BY____________________
DEPUTY CLERK

Type here to search

9:24 AM
5/27/2018