Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home     Moments

Search Twitter

Have an account? Log in

**AML Blockchain** @AMLBitcoin · 5 Oct 2017

Soccer-Mom-Friendly AMLBitcoin Will Make Digital Currencies Mainstream from Target to McDonalds to local gas station

Soccer-Mom-Friendly AML Bitcoin Will Make Digital Currencies Main…
AML Bitcoin will bring digital currencies out of the shadows and into a family's daily use.
observer.com

1     4     1

**AML Blockchain** @AMLBitcoin · 5 Oct 2017

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0523**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110991

EX523-001