```
○ 1    ↺ 32    ♡ 7
```

**AML Blockchain** @AMLBitcoin · 4 Oct 2017

AML BITCOIN Token Sale starts 6 OCT 2017 00:00 PST (UTC -7)

social.amltoken.com/?aml=tw-pin

#ico #tokensale #hedgefund #invest #btc #eth #angel #xrp

**AML BITCOIN TOKEN SALE STARTS**
**@ 00:00 PST (UTC -7), 6 OCTOBER 2017**

**COMPLIANT**

1 DAYS    18 HOURS
58 MINUTES    54 SECONDS

JOIN MAILING LIST FOR NEWS ON TOKEN SALE

Get AML Token Wallet

```
○ 2    ↺ 39    ♡ 7
```

**AML Blockchain** @AMLBitcoin · 4 Oct 2017

AML Bitcoin strides onto the world stage. Upgraded cryptography can defeat sanctions evasion @washtimes washingtontimes.com/news/2017/oct/... #btc #token

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0525**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
           DEPUTY CLERK

FBI-PHY-111001

EX525-001