

**AML Blockchain** @AMLBitcoin · 2 Oct 2017

#AMLBitcoin released its groundbreaking Whitepaper
The first AML Compliant cryptocurrency. ICO Tokensale Oct 6th
social.amltoken.com/?aml=tw-whitep...

 2      62      4

**AML Blockchain** @AMLBitcoin · 2 Oct 2017

Download now AMLToken wallet for Windows, Mac or Linux to prepare for the upcoming Token sale on Oct 6th.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0528**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
                DEPUTY CLERK

FBI-PHY-111009

EX528-001