**(1) AML Blockchain (@AMLBitcoin)** — https://twitter.com/AMLBitcoin

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home     Moments     Search Twitter     Have an account? Log in

**AML Blockchain Retweeted**

**TheStreet** ✓ @TheStreet · 2 Oct 2017

AML Bitcoin is the latest development among rapidly changing cryptocurrencies

**This New Bitcoin Could Totally Change the Game**

AML Bitcoin is the latest development among rapidly changing cryptocurrencies. Here's what you need to know.

thestreet.com

💬     ♺ 8     ♥ 11

**AML Blockchain** @AMLBitcoin · 1 Oct 2017

AMLBitCoin will be launched, if hedge fund & coin investor worlds are right, it will quickly rival original bitcoin.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0529**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
   DEPUTY CLERK

🔍 Type here to search     9:33 AM 5/27/2018

FBI-PHY-111013

EX529-001