Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home    Moments

Search Twitter

Have an account? Log in

cryptocurrency exchanges from next month.

altcointoday.com

1    1

**AML Blockchain** @AMLBitcoin · 26 Sep 2017

Government Panama launched AML Bitcoin to provide alternative to problems most cryptocurrencies are currently facing

**New Cryptocurrency AML Bitcoin Launched in Pan...**
New Cryptocurrency AML Bitcoin Launched in Panama. The last couple of weeks have not been that good for the market of cryptocurrencies....
vladimirribakov.com

1    2    2

AML Blockchain Retweeted

**Bloomberg** @business · 17 Sep 2017

Why the world's central banks can't ignore the bitcoin boom bloom.bg/2xJdDgl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0530**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK