Browser chrome: InPrivate — https://twitter.com/AMLBitcoin — (1) AML Blockchain (@AMLBit...)

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it

Home    Moments    Search Twitter    Have an account? Log in

coinspeaker.com

💬    ⟲ 3    ♡ 2

⟲ AML Blockchain Retweeted

**Peter Sin Guili** @petersinguili · 15 Sep 2017
Regulation of #crypto #bitcoin #altcoin is a double-edge sword.
But is an essential direction moving forward for better consumer protection.

💬 4    ⟲ 5    ♡ 21

**AML Blockchain** @AMLBitcoin · 13 Sep 2017
Port of San Francisco like other transportation hubs considering using digital currencies in its payment structures

**Cryptocurrency's Future May Be Now**
How San Francisco could help change the way we think about money.
usnews.com

💬    ⟲ 99    ♡ 3

**AML Blockchain** @AMLBitcoin · 13 Sep 2017
AML Bitcoin: The Decentralized, AML Compliant Cryptocurrency Onboards Carlos De La Guardia bitcoinprbuzz.com/bitcoin-press-... via @@bitcoinprbuzz

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0531**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Type here to search    9:36 AM 5/27/2018

FBI-PHY-111045

EX531-001