

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0532**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
　　　　DEPUTY CLERK

FBI-PHY-111048

EX532-001