

FBI-PHY-111054

EX533-001