

FBI-PHY-111100

EX537-001