**AML Blockchain** @AMLBitcoin · 13 Jan 2015
Aten "Black Gold" Coin is in COMPLIANCE
> Office of Foreign Assets Control (OFAC)
> Bank Secrecy Act (BSA)
> USA PATRIOT Act
> FACT Act

💬     ↻ 4     ♡ 3

**AML Blockchain** @AMLBitcoin · 13 Jan 2015
Aten "Black Gold" Coin
> Anti-Money Laundering (AML)
> Counter Financing of Terrorism (CFT)
> Anti-Fraud and Financial Crimes (AFF)

💬     ↻ 3     ♡ 3

**AML Blockchain** @AMLBitcoin · 14 Dec 2014
100% AML & KYC Compliant.

💬     ↻ 4     ♡

**AML Blockchain** @AMLBitcoin · 14 Dec 2014
Main Issue at Dubai Conference was Regulations & Compliance. Aten "Black Gold" Coin has figured out all the Compliance Issues.

💬     ↻ 6     ♡

**AML Blockchain** @AMLBitcoin · 12 Dec 2014
Great to see all these talented people at the Dubai BTC Conference.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0538**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
            DEPUTY CLERK

FBI-PHY-111118

EX538-001