# STATE OF NEVADA

**ROSS MILLER**
*Secretary of State*

**SCOTT W. ANDERSON**
*Deputy Secretary
for Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4069*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

Arlen Adcock
Renew Property Partners, Inc
1651 View Lane
Green Bay, WI 54313

**Job:C20140226-1914**
February 26, 2014

**Special Handling Instructions:**

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Annual List | 20140139404-28 | 2/26/2014 10:50:30 AM | 1 | $125.00 | $125.00 |
| Business License 2/2014-2/2015 | 20140139404-28 | 2/26/2014 10:50:30 AM | 1 | $200.00 | $200.00 |
| Total | | | | | $325.00 |

**Payments**

| Type | Description | | Amount |
|---|---|---|---|
| Credit | 00459E|1 ▮▮▮ 6451 | | $325.00 |
| Total | | | $325.00 |

**Credit Balance:** $0.00

**Job Contents:**
File Stamped Copy(s):     1
Business License(s):     1

Arlen Adcock
Renew Property Partners, Inc
1651 View Lane
Green Bay, WI 54313

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0544**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY3-0035554

EX544-001

# (PROFIT) INITIAL ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

E0094562013-7

RENEW PROPERTY PARTNERS, INC.

NAME OF CORPORATION

FOR THE FILING PERIOD OF  FEB, 2014  TO  FEB, 2015

*100101*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of **$2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| --- | --- |
| *~Ross Miller~* | 20140139404-28 |
| | Filing Date and Time |
| Ross Miller | 02/26/2014 10:50 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0094562013-7 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [ ]

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
| --- | --- |
| RALPH WITTE | PRESIDENT (OR EQUIVALENT OF) |
| ADDRESS | CITY      STATE   ZIP CODE |
| ▮ | GREEN BAY   WI |

| NAME | TITLE(S) |
| --- | --- |
| ARLEN P ADCOCK | SECRETARY (OR EQUIVALENT OF) |
| ADDRESS | CITY      STATE   ZIP CODE |
| ▮ | GREEN BAY   WI |

| NAME | TITLE(S) |
| --- | --- |
| THOMAS M VERBONCOUER | TREASURER (OR EQUIVALENT OF) |
| ADDRESS | CITY      STATE   ZIP CODE |
| ▮ | LUXEMBERG   WI |

| NAME | TITLE(S) |
| --- | --- |
| ARLEN P ADCOCK | DIRECTOR |
| ADDRESS | CITY      STATE   ZIP CODE |
| ▮ | GREEN BAY   WI |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ARLEN P ADCOCK

**Signature of Officer or Other Authorized Signature**

| Title | Date |
| --- | --- |
| SECRETARY | 2/26/2014 10:50:17 AM |

Nevada Secretary of State List Profit
Revised 7-31-13

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT OF
RENEW PROPERTY PARTNERS, INC.

E0094562013-7

| NAME | TITLE(S) |
|------|----------|
| RALPH WITTE | DIRECTOR |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| ▮▮▮▮▮▮▮▮▮▮ | GREEN BAY | WI | ▮▮▮▮ |

| NAME | TITLE(S) |
|------|----------|
| THOMAS M VERBONCOUER | DIRECTOR |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| ▮▮▮▮▮▮▮▮▮▮ | LUXEMBERG | WI | ▮▮▮▮ |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

| NAME | TITLE(S) |
|------|----------|
| | |

| ADDRESS | CITY | ST | ZIP |
|---------|------|----|----|
| | | | |

FBI-PHY3-0035556

EX544-003

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Northern District of California

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

TO:     Nevada Secretary of State
        555 East Washington Avenue, Suite 5200
        Las Vegas, NV 89101
        Attn: Diana Foley

   **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Grand Jury Room A - 17th Floor | Date and Time:<br><br>April 5, 2018 at 9:30 a.m. |
|---|---|

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see Attachment.

Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent listed below on or before the date listed above.

Special Agent Katherine E. Ablett
Federal Bureau of Investigation
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102
Phone: (415) 558-2558
Email: keablett@fbi.gov



Date:     3/12/2018

*CLERK OF COURT*

Susan Y. Soong

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

This subpoena is issued on application of the United States of America

ALEX G. TSE
Acting United States Attorney

Lloyd Farnham AUSA
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-6973

USAO No. 2018R00368-5; GJ 17-3

FBI-PHY3-0035557

EX544-004

AO 110 (Rev 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

&#10033;  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ : or

&#10033;  I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2018R00368-5
Nevada Secretary of State

FBI-PHY3-0035558

EX544-005

DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746. I, the undersigned, hereby declare:

My name is _____ .
             (name of declarant)

I am a United States citizen. and I am over eighteen years of age. I am the custodian of records of the business named below. or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by **Assistant U.S. Attorney Lloyd Farnham** requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6). I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by. a person with knowledge of those matters:

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .


_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business/firm)

_____
(business address)

_____

_____

**Rhonda R. Tuin**

| | |
|---|---|
| **From:** | Diana Foley |
| **Sent:** | Monday, March 19, 2018 9:36 AM |
| **To:** | Rhonda R. Tuin |
| **Subject:** | FW: Grand Jury Subpoena |

**From:** Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>
**Sent:** Thursday, March 15, 2018 4:19 PM
**To:** Diana Foley <dfoley@sos.nv.gov>
**Subject:** RE: Grand Jury Subpoena

Diana,

I have the following information:

Robert Charles Harris
DOB:     /1946
SSN:     -2632

Possible address:

▓▓▓▓▓▓▓▓▓▓
Fernley, NV ▓▓▓

Possible phones:
▓▓▓-9258
▓▓▓-5556
▓▓▓-7821

Please let me know if any of this helps.

Thank you,
Kate

**From:** Diana Foley [mailto:dfoley@sos.nv.gov]
**Sent:** Wednesday, March 14, 2018 3:05 PM
**To:** Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>
**Subject:** RE: Grand Jury Subpoena

Kate,

Looking at Commercial recordings there are a lot of entities associated with the name of Robert C. Harris.   Commercial Recordings does not keep dob or ssn associated with the names- so it is hard to tell which if any are the same Robert C. Harris.  Do you have any addresses or other information that would be helpful for us to limit the search?

**Diana J. Foley**
Deputy Secretary of State for Securities

1

FBI-PHY3-0035560

EX544-007

Office of the Secretary of State Barbara K. Cegavske
Securities Administrator, Nevada Securities Division
555 E. Washington Ave., Ste. 5200
Las Vegas, NV 89101
(702) 486-2440

**From:** Ablett, Katherine E. (SF) (FBI) [mailto:keablett@fbi.gov]
**Sent:** Wednesday, March 14, 2018 2:38 PM
**To:** Diana Foley <dfoley@sos.nv.gov>
**Subject:** RE: Grand Jury Subpoena

Ms. Foley,

I apologize for the phone tag. Please call my cell at your convenience: 415-271-2833.

Thank you,
Kate

SA Katherine E. Ablett
FBI San Francisco
415-558-2558 Desk
415-271-2833 Cell

**From:** Diana Foley [mailto:dfoley@sos.nv.gov]
**Sent:** Wednesday, March 14, 2018 12:20 PM
**To:** Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>
**Subject:** Grand Jury Subpoena

Good Afternoon,

This morning I received a grand jury subpoena for investigation #2018R00368-5. I would like to speak with you about what you are seeking. Please call my direct line at 702-486-2461.

**Diana J. Foley**
Deputy Secretary of State for Securities
Office of the Secretary of State Barbara K. Cegavske
Securities Administrator, Nevada Securities Division
555 E. Washington Ave., Ste. 5200
Las Vegas, NV 89101
(702) 486-2440

2

FBI-PHY3-0035561

EX544-008

## Rhonda R. Tuin

| | |
|---|---|
| **From:** | Diana Foley |
| **Sent:** | Monday, March 19, 2018 9:36 AM |
| **To:** | Rhonda R. Tuin |
| **Subject:** | FW: Grand Jury Subpoena |
| **Attachments:** | Nevada Sec of State_2018R00368-5.pdf |

**From:** Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>
**Sent:** Friday, March 16, 2018 2:41 PM
**To:** Diana Foley <dfoley@sos.nv.gov>
**Subject:** RE: Grand Jury Subpoena

Please see attached. I apologize for any inconvience.

**From:** Diana Foley [mailto:dfoley@sos.nv.gov]
**Sent:** Thursday, March 15, 2018 2:24 PM
**To:** Ablett, Katherine E. (SF) (FBI) <keablett@fbi.gov>
**Cc:** Kim C. Perondi <kperondi@sos.nv.gov>
**Subject:** RE: Grand Jury Subpoena

Kate,

Just a note – the body of the subpoena references Tesla Employment – which I understand is a typo.....are you going to revise and resend?

**Diana J. Foley**
Deputy Secretary of State for Securities
Office of the Secretary of State Barbara K. Cegavske
Securities Administrator, Nevada Securities Division
555 E. Washington Ave., Ste. 5200
Las Vegas, NV 89101
(702) 486-2440

1



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                                    *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*                          *FAX:(415) 436-7234*

March 12, 2018

Nevada Secretary of State
555 East Washington Avenue, Suite 5200
Las Vegas, NV 89101
Attn: Diana Foley

### Re: Grand Jury Subpoena Investigation #2018R00368-5

Dear Sir/Madam:

You have received a grand jury subpoena <u>duces tecum</u> in connection with the above-numbered grand jury investigation.   The subpoena has been issued in furtherance of that investigation.

This letter is written to advise you that disclosure of the subpoena and your response to it to any of your subscribers or any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it to any subscriber or person not employed by you for the indefinite future.

If you have any questions about this request, please contact me at (415) 436-6973.

Very truly yours,

ALEX G. TSE
Acting United States Attorney

LLOYD FARNHAM
Assistant United States Attorney

## ATTACHMENT

To:  Nevada Secretary of State
     555 East Washington Avenue
     Suite 5200
     Las Vegas, NV 89101
     Attn: Diana Foley

For the time period January 1, 2014 to the present, please provide any and all information for the following entities and individuals:

NAC Foundation (Entity Number: E0078382014-6)

National AtenCoin Foundation

Aten BlackGold Coin aka Black Gold Coin

Atencoin

AML Bitcoin

Andrade Investment Group LLC

Bright Energy Inc.

Global Algae Royalties aka GAR

BioGreen International, Inc.

Rowland Marcus Andrade
Date of Birth: ▮▮▮▮ 1978
Social Security Number: ▮▮▮▮-0110

Japheth Aaron Dillman
Date of Birth: ▮▮▮▮ 1978
Social Security Number: ▮▮▮▮ 1338

Marco Di Adamo
Date of Birth: ▮▮▮▮ 1973
Social Security Number: ▮▮▮▮-2350

David Brendon Mata
Date of Birth: ▮▮▮▮ 1979
Social Security Number: ▮▮▮▮ 1167

Brian Darrow
Date of Birth: ███ 1966
Social Security Number: ████-0304

Robert C. Harris
Date of Birth: ███, 1946
Social Security Number: ████-2632

**Please provide the records in an electronic format to <u>keablett@fbi.gov</u>.**

Documents not in electronic format should be forwarded directly to the Special Agent listed
below on or before the return date of this subpoena if you wish to comply voluntarily rather than
appearing before the grand jury. Should you have any questions regarding this matter, please
contact Special Agent Katherine E. Ablett, telephone 415-558-2558.

<u>**Documents should be forwarded directly to:**</u>
**Federal Bureau of Investigation**
**Attn: Special Agent Katherine E. Ablett**
**450 Golden Gate Avenue, 13th Floor**
**San Francisco, CA 94102**
**Tel: 415-558-2558**
**Fax: 415-271-2833**

**BARBARA K. CEGAVSKE**
*Secretary of State*

**GAIL J. ANDERSON**
*Deputy Secretary for Southern Nevada*

**CADENCE MATIJEVICH**
*Deputy Secretary for Operations*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**SCOTT W. ANDERSON**
*Chief Deputy Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*

**WAYNE THORLEY**
*Deputy Secretary for Elections*

April 2, 2018

Special Agent Katherine E. Ablett
Federal Bureau of Investigation
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102

Dear Katherine E. Ablett

Enclosed please find Certified Copies of the requested documents on the attached Subpoena;
Case No. A-17-758150 for the United States District Court for the Northern District of California
due April 5, 2018. Please note that there were no records found for National Atencoin
Foundation, Aten Blackgold Coin aka Black Gold Coin, Atencoin, Aml Bitcoin, Andrade
Investment Group LLC, Bright Energy Inc. Global Algae Royalties aka Gar, Biogreen
International, Inc., Rowland Marcus Andrade, Japheth Aaron Dillman, Marco Di Adamo, David
Brendon Mata, Brian Darrow.

Please feel free to contact me at (775) 684-5708 if I can be of further assistance.

Respectfully,

Barbara K. Cegavske
Secretary of State

By: _____

Rhonda Tuin
Administrative Assistant III
Commercial Recordings

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada 89701-3714

MEYERS ANNEX
COMMERCIAL RECORDINGS
202 N. Carson Street
Carson City, Nevada 89701-4201

LAS VEGAS OFFICE
555 E. Washington Avenue, Suite 5200
Las Vegas, Nevada 89101-1090

nvsos.gov

FBI-PHY3-0035566

EX544-013

**BARBARA K. CEGAVSKE**
*Secretary of State*

**GAIL J. ANDERSON**
*Deputy Secretary for Southern Nevada*

**CADENCE MATIJEVICH**
*Deputy Secretary for Operations*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**SCOTT W. ANDERSON**
*Chief Deputy Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*

**WAYNE THORLEY**
*Deputy Secretary for Elections*

Affidavit of Kimberley Perondi

State of Nevada

Carson City

I, Kimberley Perondi, after being first duly sworn, depose and state under the penalty of perjury:

1. I am the Deputy Secretary for Commercial Recordings, and as such, I have authority to certify records from the Commercial Recordings Division of the Secretary of State's office.

2. To the best of my knowledge, information and belief, based upon due diligence and reasonable inquiry, the documents herewith constitute all the requested documents and records on file in the office of the Secretary of State. An employee of the Secretary of State under my direction has certified said documents.

3. The documents submitted, pursuant to this Subpoena, Case No. 14-CR-399 (S-1) (ENV) for the United States District Court for the Eastern District of New York dated March 29, 2018 due April 5, 2018.

    1. Documents on file regarding NPNC Management LLC
       Entity No. E0202592005-2

    2. Documents on file regarding Robert C. Harris, as Registered
       Agent, Officer, Member, or Manager. (Provided On Flash Drive)

Kimberley Perondi

State of Nevada

County of Carson

Subscribed and sworn before me
this 2ⁿᵈ day of April 2018
by Kimberley Perondi.

JESSICA BETTENCOURT
NOTARY PUBLIC
STATE OF NEVADA
My Appt. Exp. April 13, 2019
No. 15-1770-2

Notary Public

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada 89701-3714

MEYERS ANNEX
COMMERCIAL RECORDINGS
202 N. Carson Street
Carson City, Nevada 89701-4201

LAS VEGAS OFFICE
555 E. Washington Avenue, Suite 5200
Las Vegas, Nevada 89101-1090

nvsos.gov

FBI-PHY3-0035567

EX544-014

**NOTE:** We've collected the available job PDFs (3,001) for all filings for all entities that have or have had an RA or an Officer with any of the following names:

Robert C. Harris
Robert Harris
Rob Harris
Rob C. Harris

The **vast** majority of these are for Robert C. Harris in Fernley.

FBI-PHY3-0035568

EX544-015

# NAC FOUNDATION, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 2/13/2014 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0078382014-6 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2019 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20141104310 | Business License Exp: | 2/28/2019 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | DAVID SALMON & ASSOCIATES, INC. | Address 1: | 7495 W AZURE DR STE 224 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89130 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| **No stock records found for this company** | | | |

## Officers
☐ Include Inactive Officers

**Manager - MARCUS ANDRADE**

| | | | |
|---|---|---|---|
| Address 1: | 7495 W. AZURE DR. STE 110 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89130 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20140108758-46 | # of Pages: | 1 |
| File Date: | 2/13/2014 | Effective Date: | |

FBI-PHY3-0035569

EX544-016

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20140232149-08 | # of Pages: | 1 |
| File Date: | 3/29/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150091878-41 | # of Pages: | 1 |
| File Date: | 2/27/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20160063760-61 | # of Pages: | 1 |
| File Date: | 2/11/2016 | Effective Date: | |

2016-2017

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20170332156-70 | # of Pages: | 1 |
| File Date: | 8/2/2017 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20180110347-07 | # of Pages: | 1 |
| File Date: | 3/9/2018 | Effective Date: | |

(No notes for this action)

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | 20180113550-36 | # of Pages: | 1 |
| File Date: | 3/12/2018 | Effective Date: | |

(No notes for this action)



FBI-PHY3-0035570

EX544-017

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office

APR 0 2 2018

Barbara K. Cegavske

dy _Rhonda T_

FBI-PHY3-0035571

EX544-018

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
*Secretary of State*

*KIMBERLEY PERONDI*
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

OFFICE OF THE
**SECRETARY OF STATE**

### Certified Copy

April 2, 2018

**Job Number:**        C20180402-0216
**Reference Number:**  00010937564-85
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20140108758-46 | Articles of Organization | 1 Pages/1 Copies |
| 20140232149-08 | Initial List | 1 Pages/1 Copies |
| 20150091878-41 | Annual List | 1 Pages/1 Copies |
| 20160063760-61 | Annual List | 1 Pages/1 Copies |
| 20170332156-70 | Annual List | 1 Pages/1 Copies |
| 20180110347-07 | Annual List | 1 Pages/1 Copies |
| 20180113550-36 | Registered Agent Change | 1 Pages/1 Copies |



Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Rhonda Tuin
Certificate Number: C20180402-0216

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138






**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

*050104*

| | |
|---|---|
| Filed in the office of | Document Number |
| *signature* | **20140108758-46** |
| Ross Miller | Filing Date and Time |
| Secretary of State | **02/13/2014 2:06 PM** |
| State of Nevada | Entity Number |
| | **E0078382014-6** |

# Articles of Organization
# Limited-Liability Company
### (PURSUANT TO NRS CHAPTER 86)

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | NAC FOUNDATION, LLC      ☐ Check box if a Series Limited-Liability Company    ☐ Check box if a Restricted Limited-Liability Company |
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: ROBERT C. HARRIS  Name<br>☐ Noncommercial Registered Agent (name and address below)  **OR**  ☐ Office or Position with Entity (name and address below)<br><br>Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity<br><br>Street Address _____ City _____ Nevada _____ Zip Code<br>Mailing Address (if different from street address) _____ City _____ Nevada _____ Zip Code |
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): _____ |
| **4. Management:** (required) | Company shall be managed by: ☒ Manager(s)  **OR**  ☐ Member(s)<br>(check only one box) |
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) ROWLAND ANDRADE  Name<br>564 WEDGE LANE  Street Address — FERNLEY City — NV State — 89408 Zip Code<br>2) _____ Name<br>Street Address _____ City _____ State _____ Zip Code<br>3) _____ Name<br>Street Address _____ City _____ State _____ Zip Code |
| **6. Effective Date and Time:** (optional) | Effective Date: _____    Effective Time: _____ |
| **7. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br>ROBERT C. HARRIS    **X** ROBERT C. HARRIS<br>Name    Organizer Signature<br>564 WEDGE LN.    FERNLEY    NV    89408<br>Address    City    State    Zip Code |
| **8. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity.<br>**X** ROBERT C. HARRIS                    2/13/2014<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |

This form must be accompanied by appropriate fees.          Nevada Secretary of State NRS 86 DLLC Articles
                                                              Revised  7-26-13

FBI-PHY3-0035573

EX544-020

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

NAC FOUNDATION, LLC | E0078382014-6

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **FEB, 2014** TO **FEB, 2015**

*100401*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]* Ross Miller Secretary of State State of Nevada | 20140232149-08 |
| | Filing Date and Time |
| | 03/29/2014 5:50 PM |
| | Entity Number |
| | E0078382014-6 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE:** $125.00   **LATE PENALTY:** $75.00 (if filing late)     **BUSINESS LICENSE FEE:** $200.00   **LATE PENALTY:** $100.00 (if filing late)

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [        ]

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | |
| --- | --- |
| MARCUS ANDRADE | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 564 WEDGE LN , USA | FERNLEY | NV | 89408-9408 |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | | |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | | |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** MARCUS ANDRADE

Title: **MEMBER**   Date: 3/29/2014 5:49:52 PM

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 8-8-13

FBI-PHY3-0035574

EX544-021

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

NAC FOUNDATION, LLC
E0078382014-6

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **FEB, 2015** TO **FEB, 2016**

\*100402\*

USE BLACK INK ONLY – DO NOT HIGHLIGHT

## \*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\*

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

_IMPORTANT: Read instructions before completing and returning this form._

1. Print or type names and addresses, either residence or business, for all manager or managing members. **A Manager, or if none, a Managing Member** of the LLC must sign the form. _FORM WILL BE RETURNED IF UNSIGNED._

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| --- | --- |
| _Barbara K Cegavske_ | 20150091878-41 |
| Barbara K. Cegavske Secretary of State State of Nevada | Filing Date and Time |
| | 02/27/2015 12:50 PM |
| | Entity Number |
| | E0078382014-6 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE** $125.00   LATE PENALTY: $75.00 (if filing late)     **BUSINESS LICENSE FEE:** $200.00   LATE PENALTY: $100.00 (if filing late)

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

**NRS 76.020 Exemption Codes**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | |
| --- | --- |
| MARCUS ANDRADE | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 564 WEDGE LN , USA | FERNLEY | NV | 89408-9408 |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |

| NAME | |
| --- | --- |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ROBERT HARRIS

| Title | Date |
| --- | --- |
| RA | 2/27/2015 12:50:43 PM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List MangrMem
Revised: 1-5-15

FBI-PHY3-0035575

EX544-022

**BUSINESS** NAC FOUNDATION, LLC

NAME OF LIMITED-LIABILITY COMPANY

E0078382014-6

ENTITY NUMBER

## FOR THE FILING PERIOD OF 2016 TO 2017, DUE BY 2/29/2016

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

*100403*

### YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all managers or managing members. A Manager, or if none, Managing Member of the LLC or other person authorized by the LLC must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Annual list fee is $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State Business License fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure for file form by deadline.
5. Make your check payable to the Secretary of State.
6. Ordering Copies: If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20160063760-61 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 02/11/2016 9:50 AM |
| State of Nevada | Entity Number |
| | E0078382014-6 |

**ABOVE SPACE IS FOR OFFICE USE ONLY**

**ANNUAL LIST FILING FEE: $150.00     LATE PENALTY: $75.00 (if filing late)     BUSINESS LICENSE FEE: $200.00     LATE PENALTY: $100.00 (if filing late)**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS, this entity is exempt from the business license fee. Exemption Code: ___

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

**NRS 76.020 Exemption Codes**

001 – Governmental Entity
005 – Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME: MARCUS ANDRADE | | MANAGER OR MANAGING MEMBER | |
|---|---|---|---|
| ADDRESS: 564 WEDGE LN | CITY: FERNLEY | STATE: NV | ZIP: 89408-9408 |

| NAME: | | MANAGER OR MANAGING MEMBER | |
|---|---|---|---|
| ADDRESS: | CITY: | STATE: | ZIP: |

| NAME: | | MANAGER OR MANAGING MEMBER | |
|---|---|---|---|
| ADDRESS: | CITY: | STATE: | ZIP: |

| NAME: | | MANAGER OR MANAGING MEMBER | |
|---|---|---|---|
| ADDRESS: | CITY: | STATE: | ZIP: |

| NAME: | | MANAGER OR MANAGING MEMBER | |
|---|---|---|---|
| ADDRESS: | CITY: | STATE: | ZIP: |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

DocuSigned by:

*Marcus Andrade*

Title: Managing Member     Date: 2/5/2016

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManerMem
Revised: 7-1-15

FBI-PHY3-0035576

EX544-023

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

E0078382014-6

NAC FOUNDATION, LLC

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF    FEB, 2017    TO    FEB, 2018

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of    Document Number
*Barbara K. Cegavske*    20170332156-70
Barbara K. Cegavske    Filing Date and Time
Secretary of State    08/02/2017 1:13 PM
State of Nevada    Entity Number
                    E0078382014-6

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

ANNUAL LIST FILING FEE:$150.00    LATE PENALTY: $75.00 (if filing late)    BUSINESS LICENSE FEE:$200.00    LATE PENALTY: $100.00 (if filing late)

---

CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

**NRS 76.020 Exemption Codes**

001 - Governmental Entity

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

006 - NRS 680B.020 Insurance Co.

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility will result in rejection, which could result in late fees.**

| NAME | |
|---|---|
| MARCUS ANDRADE | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 564 WEDGE LN | FERNLEY | NV | 89408-9408 |

| NAME | |
|---|---|
|  | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

| NAME | |
|---|---|
|  | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

| NAME | |
|---|---|
|  | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ROBERT HARRIS

**Signature of Manager, Managing Member or Other Authorized Signature**

Title: RA

Date: 8/2/2017 1:13:13 PM

Nevada Secretary of State List ManorMem
Revised: 7-1-15

FBI-PHY3-0035577

EX544-024

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

E0078382014-6

NAC FOUNDATION, LLC

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF | FEB. 2018 | TO | FEB. 2019 |

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20180110347-07 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 03/09/2018 9:32 AM |
| State of Nevada | Entity Number |
| | E0078382014-6 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE: $150.00 LATE PENALTY: $75.00 (if filing late)**    **BUSINESS LICENSE FEE: $200.00 LATE PENALTY: $100.00 (if filing late)**

---

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

NRS 76.020 Exemption Codes
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

| NAME | | | |
|---|---|---|---|
| MARCUS ANDRADE | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 7495 W. AZURE DR. STE 110 | LAS VEGAS | NV | 89130 |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** MARCUS ANDRADE

**Signature of Manager, Managing Member or Other Authorized Signature**

| Title | Date |
|---|---|
| MANAGER | 3/9/2018 9:32:08 AM |

Nevada Secretary of State List Manor/Mem
Revised: 7-1-17

FBI-PHY3-0035578

EX544-025

From: unknown    Page: 4/4    Date: 3/12/2018 12:29:22 PM



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 39701-4201
(775) 684-5708
Website: www.nvsos.gov

|||||||||||||||||||||||||||||||||
*181002*

| Filed in the office of *Barbara K. Cegavske* Barbara K. Cegavske Secretary of State State of Nevada | Document Number **20180113550-36** |
|---|---|
| | Filing Date and Time **03/12/2018 12:20 PM** |
| | Entity Number **E0078382014-6** |

# Statement of Change of Registered Agent by Represented Entity

(PURSUANT TO NRS 77.340)

This form may be submitted by: the Represented Entity to appoint a new Registered Agent or amend own service of process info. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Represented Entity:**

NAC Foundation, LLC

**2. Entity File Number:** E0078382014-6

**3. This statement of change will have the following effect:** (check only one)

[X] Appoints a new agent for service of process (complete 4a or 4b)

[ ] Updates contact information of the Represented Entity acting as own agent (complete 4c)

**4. Information in effect upon the filing of this statement:** (complete only one section)

a) Commercial Registered Agent:

David Salmon & Associates, Inc.
*Name*

b) Noncommercial Registered Agent:

| | | | |
|---|---|---|---|
| *Name* | | | |
| *Street Address* | *City* | Nevada | *Zip Code* |
| *Mailing Address (if different from street address)* | *City* | Nevada | *Zip Code* |

c) Title of Office or Other Position within Represented Entity:

Manager
*Name of Title or Position*

| 7495 W. Azure Drive Suite 110 | Las Vegas | Nevada | 89130 |
|---|---|---|---|
| *Street Address* | *City* | | *Zip Code* |
| *Mailing Address (if different from street address)* | *City* | Nevada | *Zip Code* |

**5. Signature of Represented Entity:** (required)

X ~signature~          3-6-18
*Authorized Signature*          *Date*

**6. Registered Agent Acceptance:** (required)

I hereby accept appointment as Registered Agent for the above named Entity.

X ~signature~          3-12-18
*Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity*          *Date*

**FEE: $60.00**
This form must be accompanied by appropriate fees.

Nevada Secretary of State Form RA Change by Entity
Effective 8-13-10

FBI-PHY3-0035579

EX544-026

**Texas Comptroller of Public Accounts**

132821599          APRIL 17, 2015          TREASURY WARRANT NO.

041615 0001 312 23125417 1XXXXX00225 001          132821599
PAYING AGENCY: 512-305-8300 STATE SECURITIES BOARD

PAY      THIRTY SIX DOLLARS AND 00/100          $36.00

TO      NEVADA SECRETARY OF STATE
        204 N CARSON ST STE 2
        CARSON CITY, NV  89701-4520

VOID AFTER
08/31/2017

⑈304⑈ ⑆114900164⑆    ⑈132821599⑈

FBI-PHY3-0035580

EX544-027

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office

APR 0 2 2018

Deborah Legoski
Barbara K. Cegavske

By _____

FBI-PHY3-0035581

EX544-028



*230105*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## ePayment Checklist
### (For Counter, Fax and Mail Requests)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**Service Type:**  [X] Counter    [ ] Mail    [ ] Fax

---

**Order Processing Requested:**    (Expedite Processing *Requires* Additional Fees)

[ ] Regular Processing    [X] 24-HOUR Expedite    [ ] 2-HOUR Expedite    [ ] 1-HOUR Expedite

---

## Payment by Card (card holder name and billing address required below)

**Card Type:**  [X] VISA    [ ] MasterCard    [ ] Discover    [ ] American Express

**Customer Credit Card Number:**

| ███████████ | 2 | 1 | 1 | 4 |

**V CODE***  | ███ |

* 3-digit number found on the far right of the backside of VISA, MasterCard and Discover cards
4-digit number found on the front right side of American Express card.

**NOTICE:** *For security and verification purposes, all credit card payments must include the 3 or 4-digit CVV2 code (VCode) number located on the credit card. Failure to include this code will result in the rejection of your filing or service request.*

**Credit Card Expiration Date:**    Month  July    Year  2017

**Amount to Charge Card:** USD $  262

## Order Information (required)

**Entity Name/Order Reference:** NAC Foundation, LLC

**Card Holder Information:**

Name as it Appears on the Account  NAC Foundation, LLC

Billing Address  564 Wedge Lane

City, State, Zip  Fernley, NV 89130

Telephone  ███-0156

## Payment Authorization

I authorize the Secretary of State to bill an amount not to exceed the following to be charged to the above listed account(s):

X _____
**Authorized Signature**

**Not to Exceed Amount:** USD $  300

Nevada Secretary of State ePayment Checklist
Revised: 1-5-15

FBI-PHY3-0035582

EX544-029

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office

APR 0 2 2018

Barbara K. Cegavske

By

FBI-PHY3-0035583

EX544-030



*230104*



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## ePayment Checklist
### (For Counter, Fax and Mail Requests)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

Service Type:  ☐ Counter   ☐ Mail   ☒ Fax

Order Processing Requested:     **(Expedite Processing** *Requires* **Additional Fees)**

☒ Regular Processing   ☐ 24-HOUR Expedite   ☐ 2-HOUR Expedite   ☐ 1-HOUR Expedite

## Payment by Card  *(card holder name and billing address required below)*

Card Type:   ☐ VISA   ☐ MasterCard   ☐ Discover   ☐ American Express

Customer Credit Card Number:                                                     V CODE*

▮▮▮▮▮▮▮  4 – 6 – 0 – 7   ▮▮▮▮

\* 3-digit number found on the far right of the backside of VISA, MasterCard and Discover cards.
4-digit number found on the front right side of American Express card.

**NOTICE:** For security and verification purposes, all credit card payments must include the 3 or 4-digit CVV2 code (VCode) number located on the credit card. Failure to include this code will result in the rejection of your filing or service request.

Credit Card Expiration Date:   Month   09    Year   2019

Amount to Charge Card: USD $   60.00

## Order Information *(required)*

Entity Name/Order Reference: NAC FOUNDATION, LLC

**Card Holder Information:**

Name as it Appears on the Account   Sheila R Sneed

Billing Address   7495 W. Azure Dr. Suite 224

City, State, Zip   Las Vegas, NV 89130

Telephone   ▮▮▮9696

## Payment Authorization
I authorize the Secretary of State to bill an amount not to exceed the following to be charged to the above listed account(s).

X  *Sheila R Sneed*
**Authorized Signature**

Not to Exceed Amount: USD $   60.00

Nevada Secretary of State ePayment Checklist
Revised: 11-19-10

**STATE OF NEVADA**
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office

APR 0 2 2018

Barbara K. Cegavske
Barbara K. Cegavske

By





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Copies Order Form

USE BLACK INK ONLY · DO NOT HIGHLIGHT

| Order Processing Requested: | (Expedite Processing *Requires* Additional Fees) | | |
|---|---|---|---|
| ☐ Regular Processing | ☒ 24-HOUR Expedite ($125.00 additional fee) | ☐ 2-HOUR Expedite ($500.00 additional fee) | ☐ 1-HOUR Expedite ($1000.00 additional fee) |

**Order Information:**                                              Date of Request: 11-3.-2015

Entity Name: NAC Foundation, LLC

File Number: E0078382014-6                    Phone: ████0156

Contact Name: Rowland M. Andrade         Email Address: ████

Address: 7495 W. Azure Dr. Las Vegas NV 89130

**RECEIVED**
NOV 3 0 2015
Secretary of State  4:10 p.

**Return Delivery:** (email or fax options do not receive a copy via mail; must be ordered separately)

☐ Email to:                                      ☐ Fax to:
☒ Hold for Pick Up      ☐ Mail to Address Above    ☐ FedEx: Acct #
☐ Other: (explain below)  Reno Carson              Ship Type:

**Order Details:**

| **Filed Documents:** | **Certificates:** (Indicate number being requested) |
|---|---|
| Type of Copies Ordered: | Ceremonial |
| ☐ Plain  ☐ Certify as a packet  ☒ Certify each filing | Good Standing    Short    Long |
| (Please indicate the number of copies being requested below) | Certificate of Status |
| Articles   1   Document # | Charter |
| List(s)   Document # | Apostille   1 |
| All Amendments | Country document will be used    Poland |
| Entire File (Includes All Documents on File for Entity) # of Copies: | Other Certificates |
| Indicate additional document numbers below or attach a separate page | |

Please note: Documents requiring an Apostille must be certified. Separate fees and expedite fees for copies and certificates apply. See attached fee schedule or contact customer service at (775) 684-5708 with any questions.

**Search Copies Requested:**
☐ Search
Business License        NV Business ID #

ORDERS CANNOT BE CHANGED OR CANCELED ONCE THEY ARE SUBMITTED.

Total Amount:    262

**Method of Payment:**
☐ Check/Money Order  ☒ Credit/Debit Card (attach ePayment checklist)  ☐ Trust Account:
☐ Use balance remaining in job #

Nevada Secretary of State Customer Copies Order
Revised: 2-2-15

FBI-PHY3-0035586

EX544-033

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

By

FBI-PHY3-0035587

EX544-034

**STATE OF NEVADA**

*ROSS MILLER*
Secretary of State

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
202 N. Carson Street
Carson City, NV 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

KAYLA D DICKSON
CANE CLARK LLP
3273 E. WARM SPRINGS ROAD
LAS VEGAS, NV 89120

**Job:C20140620-1506**
June 20, 2014

**Special Handling Instructions:**

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Cert of Existence (good standing - short form) | 00000121316-74 | 4/8/2005 2:15:31 PM | 1 | $50.00 | $50.00 |
| Total | | | | | $50.00 |

**Payments**

| Type | Description | | Amount |
|---|---|---|---|
| Credit | | 3366 | $50.00 |
| Total | | | $50.00 |

Credit Balance: $0.00

**Job Contents:**
Web Certificate of Good Standing
Short(s):    1

KAYLA D DICKSON
CANE CLARK LLP
3273 E. WARM SPRINGS ROAD
LAS VEGAS, NV 89120

**STATE OF NEVADA**
**Secretary of State**
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

FBI-PHY3-0035589

EX544-036



# Payment Confirmation Report

Name:    Robert Harris
Email:
Address:    564 WEDGE LN., FERNLEY, NV 89408
Confirmation ID: Z83CR

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|---|---|---|---|
| New Limited Liability Company (NRS86) for 'NAC FOUNDATION, LLC' | | | $75.00 |
| Articles of Organization | 1 | $75.00 | |

| | |
|---|---|
| Job Number: | C20140213-2055 |
| Billed Person: | NBI |
| Billing Address: | 564 WEDGE LANE, FERNLEY, NV 89408 |
| Payment Type: | CreditDebitCard |
| Payment Date: | 02/13/2014 |
| Payment Status: | SUCCESS |
| Card Type: | VISA |
| Last 4 of Account or Card Number | 5357 |
| Paypoint Authorization Code: | 170069 |
| Paypoint Confirmation Number: | 14021311572389 |
| Agency Commit Status: | Completed |

|  | Total: | $75.00 |
|---|---|---|

FBI-PHY3-0035590

EX544-037

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

By

FBI-PHY3-0035591

EX544-038



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:    Marcus Andrade
Email:
Address:    564 WEDGE LN., FERNLEY, NV 89408-9408
Confirmation ID:ZJAQF

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|------|-----|-----------|----------|
| Initial List for 'NAC FOUNDATION, LLC' | | | $325.00 |
| Initial List | 1 | $125.00 | |
| Business License 2/2014-2/2015 | 1 | $200.00 | |

| | |
|---|---|
| Job Number: | C20140329-0651 |
| Billed Person: | Marcus Andrade |
| Billing Address: | 564 WEDGE LN., FERNLEY, NV 89408-9408 |
| Payment Type: | CreditDebitCard |
| Payment Date: | 03/29/2014 |
| Payment Status: | SUCCESS |
| Card Type: | VISA |
| Last 4 of Account or Card Number | 0667 |
| Paypoint Authorization Code: | 573157 |
| Paypoint Confirmation Number: | 14032917383415 |
| Agency Commit Status: | Completed |

| Item | Qty | Unit Price | Subtotal |
|------|-----|-----------|----------|
| Certificate of Good Standing for 'NAC FOUNDATION, LLC' | | | $50.00 |
| Certificate of Existence (evidence of good standing - short form) | 1 | $50.00 | |

| | |
|---|---|
| Job Number: | C20140329-0652 |
| Billed Person: | Marcus Andrade |
| Billing Address: | 564 WEDGE LN., FERNLEY, NV 89408-9408 |
| Payment Type: | CreditDebitCard |
| Payment Date: | 03/29/2014 |
| Payment Status: | SUCCESS |
| Card Type: | VISA |
| Last 4 of Account or Card Number | 0667 |
| Paypoint Authorization Code: | 613825 |
| Paypoint Confirmation Number: | 14032917383416 |
| Agency Commit Status: | Completed |

| | |
|---|---|
| **Total:** | **$375.00** |



STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

Jy

FBI-PHY3-0035593

EX544-040



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:         Marcus Andrade
Email:
Address:      564 WEDGE LN., FERNLEY, NV 89408-9408
Confirmation ID: TXZX8

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|---|---|---|---|
| Certificate of Good Standing for 'NAC FOUNDATION, LLC' | | | $50.00 |
| Certificate of Good Standing | 1 | $50.00 | |

| | |
|---|---|
| Job Number: | C20170901-0011 |
| Billed Person: | Marcus Andrade |
| Billing Address: | ▇▇▇▇, MISSOURI CITY, TX ▇▇▇ |
| Payment Type: | CreditDebitCard |
| Payment Date: | 09/01/2017 |
| Payment Status: | SUCCESS |
| Card Type: | MASTERCARD |
| Last 4 of Account or Card Number | 7092 |
| Paypoint Authorization Code: | |
| Paypoint Confirmation Number: | |
| Agency Commit Status: | Completed |

| | | |
|---|---|---|
| | Total: | $50.00 |



STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske
Barbara K. Cegavske

FBI-PHY3-0035595

EX544-042



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:     Robert Harris
Email:
Address:     564 WEDGE LN., FERNLEY, NV 89408
Confirmation ID:ZWJXV

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|------|-----|-----------|----------|
| Certificate of Good Standing for 'NAC FOUNDATION, LLC' | | | $50.00 |
| Certificate of Existence (evidence of good standing - short form) | 1 | $50.00 | |

| | |
|---|---|
| Job Number: | C20140804-2258 |
| Billed Person: | Rowland Andrade |
| Billing Address: | BAY CITY, TX |
| Payment Type: | CreditDebitCard |
| Payment Date: | 08/04/2014 |
| Payment Status: | SUCCESS |
| Card Type: | MC |
| Last 4 of Account or Card Number | 1116 |
| Paypoint Authorization Code: | 4669A7 |
| Paypoint Confirmation Number: | 14080434630658 |
| Agency Commit Status: | Completed |

| | | |
|---|---|---|
| | Total: | $50.00 |



STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

By

FBI-PHY3-0035597

EX544-044



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:    Robert Harris
Email:
Address:    564 WEDGE LN., FERNLEY, NV 89408
Confirmation ID: 3ZYYW

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|---|---|---|---|
| Annual List for 'NAC FOUNDATION, LLC' | | | $325.00 |
| Annual List | 1 | $125.00 | |
| Business License | 1 | $200.00 | |

| | |
|---|---|
| Job Number: | C20150227-2401 |
| Billed Person: | Rowland Andrade |
| Billing Address: | 564 WEDGE LN, FERNLEY, NV 89408-9408 |
| Payment Type: | CreditDebitCard |
| Payment Date: | 02/27/2015 |
| Payment Status: | SUCCESS |
| Card Type: | VISA |
| Last 4 of Account or Card Number | 7794 |
| Paypoint Authorization Code: | 015015 |
| Paypoint Confirmation Number: | 15022762406717 |
| Agency Commit Status: | Completed |

Total: $325.00



FBI-PHY3-0035598

EX544-045

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

by

FBI-PHY3-0035599

EX544-046



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:      Robert Harris
Email:
Address:   564 WEDGE LN., FERNLEY, NV 89408
Confirmation ID: TZKFU

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|------|-----|-----------|----------|
| Annual List for 'NAC FOUNDATION, LLC' | | | $525.00 |
| Annual List | 1 | $150.00 | |
| Annual List Late Fee | 1 | $75.00 | |
| Business License | 1 | $200.00 | |
| Business License Late Fee | 1 | $100.00 | |

| | |
|---|---|
| Job Number: | C20170802-1991 |
| Billed Person: | Marcus Andrade |
| Billing Address: | ▨ MISSOURI CITY, TX ▨ |
| Payment Type: | CreditDebitCard |
| Payment Date: | 08/02/2017 |
| Payment Status: | SUCCESS |
| Card Type: | MASTERCARD |
| Last 4 of Account or Card Number 7092 | |
| Paypoint Authorization Code: | |
| Paypoint Confirmation Number: | |
| Agency Commit Status: | Completed |

| | Total: | $525.00 |
|---|---|---|



FBI-PHY3-0035600

EX544-047

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office.

APR 0 2 2018

Barbara K. Cegavske

By

FBI-PHY3-0035601

EX544-048



**SilverFlume**
NEVADA'S BUSINESS PORTAL

# Payment Confirmation Report

Name:           SHEILA SNEED
Email:          ▮▮▮▮▮▮▮
Address:        7495 WEST AZURE DR. SUITE 224, LAS VEGAS, NV 89130
Confirmation ID: TCGWK

## Closed Line Items

| Item | Qty | Unit Price | Subtotal |
|------|-----|-----------|----------|
| Annual List for 'NAC FOUNDATION, LLC' | | | $525.00 |
| Annual List | 1 | $150.00 | |
| Annual List Late Fee | 1 | $75.00 | |
| Business License | 1 | $200.00 | |
| Business License Late Fee | 1 | $100.00 | |

| | |
|---|---|
| Job Number: | C20180309-0527 |
| Billed Person: | SHEILA R SNEED |
| Billing Address: | 7495 WEST AZURE DR., LAS VEGAS, NV 89130 |
| Payment Type: | CreditDebitCard |
| Payment Date: | 03/09/2018 |
| Payment Status: | SUCCESS |
| Card Type: | MASTERCARD |
| Last 4 of Account or Card Number: | 4607 |
| Paypoint Authorization Code: | |
| Paypoint Confirmation Number: | |
| Agency Commit Status: | Completed |

Total: $525.00



FBI-PHY3-0035602

EX544-049

STATE OF NEVADA
Secretary of State
I hereby certify that this is a true and
complete copy of the document as filed
in this office

APR 0 2 2018

Barbara K. Cegavske

by

ORIGIN ID:CSNA     (775) 684-5708
RHONDA TUIN
SECRETARY OF STATES OFFICE
201 N CARSON ST

CARSON CITY, NV 89701
UNITED STATES US

SHIP DATE: 02APR18
ACTWGT: 1.00 LB
CAD: 2117878/INET3980

BILL SENDER

TO  KATHERINE E. ABLETT
FEDERAL BUREAU OF INVESTIGATION
450 GOLDEN GATE AVENUE 13TH FLOOR

SAN FRANCISCO CA 94102
(415) 558-2558          REF: SUBPOENA
INV:
P.O.                    DEPT.



FedEx
Express

E

TUE - 03 APR 10:30A
PRIORITY OVERNIGHT

TRK#
0201   7718 8892 2803

WA APCA          94102
                 SFO
          CA-US



FedEx Ship Manager - Print Your Label(s)

4/2/2018

FBI-PHY3-0035604

EX544-051