

January 30, 2018

National Football League
Attn: Roger Goodell, Commissioner
345 Park Avenue
New York, NY 10154

Dear Mr. Goodell:

We have been informed by our media buyers that the network carrying the NFL's Super Bowl game, NBC, will not accept our television ad "North Korea Can't Steal AML BitCoin" for placement during the broadcast. I cannot express more profoundly my shock and disappointment in NBC and the NFL.

I am the creator of the AML BitCoin, and, as a Service Disabled American Veteran, having recently learned that the NFL won't allow a veterans organization to encourage Americans to stand for our flag, I can only conclude that something is very wrong in your organization.

An ad taking Kim Jong-un, dictator of North Korea, to task in a humorous and biting way should not be offensive to anyone. Our ad reminds viewers that Kim Jong-un and his army of hackers have been stealing billions of dollars of Bitcoin and other digital currencies for the past few years, funding their rogue nuclear weapons programs and thwarting efforts by the rest of the world to sanction this behavior. And our ad points out that, unlike the other digital currencies, the AML BitCoin has been designed with features that prevent his army from stealing it.

Our ad was produced by one of Hollywood's most creative talents and meets every standard for quality. Frankly, it's hilarious. I cannot imagine that any of the other advertisements during the Super Bowl could compare or would be as memorable – but thanks to the unreasonable refusal to accept our ad, the Super Bowl viewers won't have a chance to find out, at least during the game.

I implore you to remember that the essence of AML BitCoin is having the freedom to use digital currency, with the security of knowing that terrorists, criminals and rogue governments like North Korea cannot impact our security. Not accepting our ad after it was produced and presented to NBC and the NFL in a timely manner is outrageous and violates the ideas supporting the First Amendment to the Constitution that protects free speech.

Sincerely,

*Marcus Andrade*

Marcus Andrade
CEO, NAC Foundation, LLC
AML BitCoin

| UNITED STATES DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| **TRIAL EXHIBIT 0549** |
| CASE NO.: CR 20-249 RS |
| DATE ENTERED_____ |
| BY_____ |
| DEPUTY CLERK |

7495 Azure Dr. Suite 110, Las Vegas, NV 89130