Document ID: 0.7.499.60620

| | |
|---|---|
| From: | Marcus Andrade <ceo@amlbitcoin.com> |
| To: | Brian Darling |
| | <​█████████████████████​> |
| Cc: | |
| Bcc: | Donovan, Christopher B. |
| | <​█████████████████████████​>; Ponig, Christina |
| | <​█████████████████████​> |
| Subject: | Re: AMLBitcoin Wallet Issue |
| Date: | Thu Feb 21 2019 15:03:07 EST |
| Attachments: | |

Brian:

Thank you for your e-mail. I am aware that there are currently technical issues with the AML Bitcoin token wallets. Please know that we are diligently working to address those issues and have been diligently working since those issues first arose.

If you have any further questions regarding technical support matters, please direct them to support@amlbitcoin.com.

Regards,

Marcus

On Thu, Feb 21, 2019 at 12:42 PM Brian Darling <​████████████████████​> wrote:

Marcus,

As you know, I have purchased many thousands of ABTC tokens and have received others from the company in consideration of work I performed. Since last Sunday, Feb. 17, 2019, my wallet is not loading when I turn on my computer.

I communicated this to Jack Abramoff, as he has been a liaison for many of us with the company and you and I am told he emailed you to seek assistance on this matter. I am now informed that, instead of responding to Jack, you directed his email to your attorneys, who have since communicated with Jack's attorneys that you are not willing to communicate with Jack for some reason.

Marcus, in reliance on the integrity of the AML Bitcoin project, I invested my funds in the purchase of these tokens, as I have invested my time in efforts that yielded payment to me of additional tokens. I am greatly concerned about the status of my wallet, and hope it is merely a technical glitch that can be remedied quickly and, even if not, that you will communicate with me directly on this matter immediately.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0587**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

I am also greatly worried that your response to a technical assistance request was to have your attorneys involved. This is an ominous sign, as you can imagine, since it hints at severe dysfunction and problems in the project. It has been quite some time since the token holders have heard anything about this project. There have been no updates, no press releases and no reporting on when our tokens will be transferred to a functioning coin, as was promised in the White Paper, and which is long past due.

Please let me know about my wallet as soon as possible and please update me on the status of this project. I am sure the other token holders share these concerns, so you might want to consider providing a briefing to all of us at once. Silence makes us all worry.

Brian Darling

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ▬▬▬▬4038