From: Marcus Monex [mailto:▮▮▮▮▮▮▮▮▮▮]
Sent: Sunday, March 12, 2017 12:41 AM
To: Kane, Thomas
Cc: Fintech Fund
Subject: Need your Advice

Hello Thomas,

It has been a long time since we have spoke. As you may remember I was involved in a digital currency called AtenCoin. Issue I found with AtenCoin was that the I.D. Verification process either took over 45 minutes to do, or the 3rd party companies I hired; well there verification process could be easily fooled.

As a result of the above, I started early last year my own ID Verification company called Cross Verify, Ltd. We do biometrics, with blockchain technology on a mobile application. We actually do way more than that and have patent pending's that tie biometrics actually to AML-KYC documentation. It is a London based company. I am the majority shareholder of the company.

http://crossverify.global/-features.htm

I have hired an executive team that comes from fortune 500 companies. We will be announcing a government contract soon. Worth 30M a year.

http://finance.yahoo.com/news/-crossverify-selected--participate-dubai-future--150437893.html

http://www.coindesk.com/2020--vision-why-startups-believe--blockchain-will-go-live-in--dubai/

Please let me know when you have time to speak. I was made an offer to buy out the company and leave me with an equity play. I would like to discuss the details of the offer with you and seek your advice on it. I would be willing to compensate you for your time.

Before offer was made, current plan was IPO on Aim Market on London Stock Exchange. Already have brokers and IPO firm in place.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0598**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
       DEPUTY CLERK

The email in the cc is also my email. FintechFund@crossverify.global  Fintech is my Family Limited Partnership.

Hope all is well.

Thank you.

Marcus Andrade

Please visit our website at
http://financialservicesinc.-ubs.com/wealth/E--maildisclaimer.html
for important disclosures and information about our e-mail
policies. For your protection, please do not transmit orders
or instructions by e-mail or include account numbers, Social
Security numbers, credit card numbers, passwords, or other
personal information.

--

Marcus Andrade
CrossVerify Ltd
Email: fintechfund@-crossverify.global
HomePage: http://crossverify.-global
Address: Tower 42, Level 21,
25 Old Broad Street
London EC2N 1HQ

Please visit our website at
http://financialservicesinc.-ubs.com/wealth/E--maildisclaimer.html
for important disclosures and information about our e-mail

policies. For your protection, please do not transmit orders or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ▮▮▮▮▮▮-4038