AML BitCoin (ABTC) Token Sale: Read White Paper                                                                                                 7/14/18, 2:23 PM



BUY AML BITCOIN NOW     ABOUT     WHITE PAPER     FAQ     TEAM     DOWNLOAD WALLET     PRESS     AMLBITCOINTALK     TELEGRAM

AML Token Wallet Guide

Token Explorer



See The World's Only Crypto Coin
Learn Why AML BitCoin Cannot Be Stolen.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0626**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
        DEPUTY CLERK

FBI-00119934

EX626-001

**BUY AML BITCOIN NOW!**

By clicking the above link, you agree to the Terms and Conditions.

This viral AML BitCoin commercial that's sweeping the globe was banned from the NFL for airing during the 2018 Super Bowl. See AML BitCoin's Founder to the NFL Commissioner here.

# AML BITCOIN IS THE WORLD'S FIRST AML/KYC/PATRIOT ACT COIN THAT'S COMPLIANT WITH BIOMETRIC IDENTIFICATION.

AML BitCoins Are Compliant With Worldwide Regulations, Including: U.S Patriot Act, Bank Secrecy Act, Anti-Money Laundering, U.S Office of Foreign Assets, Control Compliant, Know Your Customer, and more.

## Learn about AML BitCoin's Anti-Theft Properties.

**CLICK HERE.**

FBI-00119935
EX626-002



## ABOUT AML BITCOIN

AML BitCoin was created with anti-money laundering, anti-terrorism and theft-resistant properties built into the code of the coin, and as a result, it is compliant with a host of laws. AML BitCoins are compliant with AML, CFT, AFF, OFAC, BSA, USA PATRIOT ACT, FACT and others.

FBI-00119936

EX626-003

The NAC Foundation utilizes a biometric identification system to verify owners of wallets that hold the AML BitCoin. This will provide additional security and safety features for ownership and use of the AML BitCoin.

There will be 76 Million AML BitCoin Tokens (AML Tokens) available for public purchase. Upon completion and activation of the AML BitCoin, AML Token holders will have the opportunity to exchange them for AML BitCoins on a 1:1 ratio. In making this exchange the token holder will have had to create a certified digital identity profile in association with the DTN.

### 01. What is AML BitCoin?

AML BitCoin has been designed by the NAC Foundation, and builds on the AtenCoin platform. The cryptocurrency has built in KYC/AML, anti-theft and anti-criminal features, as well as biometric identification built into the platform. This enables it to be used by companies and individuals transacting with State, Semi-State, Regulated and Unregulated bodies.

All AML BitCoin transactions are transparent and recorded in a public ledger, and the senders and receivers are pseudonymous to the public. The transaction validation is decentralized. Every AML BitCoin holder can join this process through PoW/PoS mining.

### 02. Who can use AML BitCoin?

The AML Token can be purchased by token purchasers around the world. For those looking at using AML BitCoin for transactions, a series of KYC/AML and real-life verification is required. Once completed, all verified network users can transact with each other knowing counterparties are not on Sanctions Lists. AML BitCoin is the only cryptocurrency that is compliant with the U.S. Patriot Act, Bank Secrecy Act, Anti-Money Laundering and U.S. Office of Foreign Assets Control law as well as other worldwide standards.

### 03. Capital Makeover: Bitcoin Brigade

NAC Foundation in conjunction with Blockchain Entertainment LLC and Superjacket Productions is creating a reality TV show which will also feature AML BitCoin. Working with Andrew Williamson and Mike Odair, the show will follow the team as they introduce cryptocurrencies to the US Congress.

## BUY AML BITCOIN NOW!

**AML BitCoin Token (ABTC) is available on the following digital currency exchanges.**

AML BitCoin's expected release is within the next six months; once released, AML Tokens can be switched to AML BitCoins at a 1:1 ratio.



By clicking on any of the above links, you agree to the Terms and Conditions.

FBI-00119938

EX626-005





# AML BitCoin & AML Token

## SPECIFICATIONS

| Basic Specifications of AML BitCoin | | Specifications of AML Token | |
|---|---|---|---|
| Name: | AML BitCoin (unit: AmlBit) | Coin name: | AML Token |
| AKA: | AML Coin | Coin abbreviation | ABTC |
| Abbreviation: | AML | Transaction address prefix | T |
| Biometric Identifications: | Mobile Application that uses blockchain technology with Biometric Identification Features. | Maximum coin supply | 200,000,000 ABTC |
| Features: | Anti-Money Laundering | Premined coins | 145,000,000 ABTC |
| Features: | Know Your Client ("KYC") | Minimum transaction fee | 0.00001 ABTC/kB |
| Features: | Anti-Theft Feature | Default transaction fee | 0.0002 ABTC/kB |
| Special Feature: | Anti-Criminal Features | SegWit | Yes |
| Segregated Witness (SegWit): | Yes | Hashing algorithm | SHA-256, POW |
| Consensus Protocol:Miner PoW Block Reward: | PoW/PoS hybrid protocol, resistant to 51% attack | Block reward | 0.000001 ABTC |
| Miner PoS Annual Stake Reward: | 2 AML, multiplied by 0.9 every 0.5 million blocks 0.5% | Average block time | 1 minute |

FBI-00119940

EX626-007

AML BitCoin (ABTC) Token Sale: Read White Paper                                                                                                                          7/14/18, 2:23 PM

| | | | |
|---|---|---|---|
| Encryption Algorithm: | X15 | Block halving | 800000 |
| Average Block Time: | 1 minute | Miners | Authorization required |
| Total Coins: | 200 Million | Source code | Based on Bitcoin Core, version 0.15.0 |
| Pre-mined Coins: | 145 Million | AML Token/AML BitCoin exchange rate | 1 to 1 |
| Total Available for PoW/PoS Mining: | 55 Million | Total Available for PoW Mining: | 55 Million |
| Transaction Fees: | 0.0001 AML (0.1 mAML) Per Thousand Bytes | | |
| Number of Mined Block Confirmation: | 240 | | |
| Number of Transaction Confirmation: | 6 | | |

NAC TEAM

AML BitCoin (ABTC) Token Sale: Read White Paper                                                                                                 7/14/18, 2:23 PM



NAC ADVISORS

FBI-00119942
EX626-009


Hon. Angela Knight, CBE
Advisor


John Crawford
Advisor


Natko Vlahovic
Advisor

CAPITAL MAKEOVER: Bitcoin Brigade


Andrew Williamson
Director of Production & Development

FBI-00119943

EX626-010

The ideal wallet to store your AML Tokens

# ABTC Wallet



| Windows | Linux | MAC |
|---|---|---|
| Latest version: 1.3.0 | Latest version: 1.3.0 | Latest version: 1.3.0 |
| Download ABTC Wallet | Download ABTC Wallet | Download ABTC Wallet |

NEWS COVERAGE

# AML BitCoin in the News



FBI-00119944

EX626-011



Purchasers will not share or participate in any way with revenue, profit, or losses regarding the initial sale of AML BitCoin and/or AML Token (collectively "AML BitCoin" or "coin") or the operation of NAC Foundation, LLC (and its affiliates) (referred to as "NAC"). AML BitCoin has no underlying collateral; is unsecured; NAC will not redeem it; it is not a debt of NAC; and NAC is not obligated to pay purchasers any returns or repayment regarding their purchase. AML BitCoin is a medium of exchange only and is intended as such; there is no pooled interest in any business with a coin purchaser who have no right to vote on any activity of NAC. Purchasers must represent they do not intend to purchase the coin as an investment and expect no return on investment. By purchasing, selling, exchanging, transferring, or mining the coins, using the AML BitCoin Wallet and/or a NAC Website, or obtaining and using technical information and technical support provided by NAC, purchasers are not participating in or becoming a member or investor in any pooled interest, business entity, common enterprise, or business venture with NAC or any of its or their affiliates.

© Copyright 2014-2018 NAC Foundation All rights reserved.

Corporate Office : 7495 Azure Dr. Suite 110, Las Vegas, NV 89130

Phone: +1 702-515-4038 – Email: info@amlbitcoin.com

White Paper  |  Terms of Use  |  Data Privacy Policy