-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

created_at: 2017-08-07 17:12:14 +0000
updated_at: 2017-08-17 21:51:35 +0000
type: PhoneDevice
ipx_carrier_name: verizon
phone_numer: +13612440156
********************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbu4kbAAoJEHHJ+AuGRPzzdFsH/jIoZeIaoJRCJziAPXGcIInU
VA0k/KWTg8B/RManVqPjucErEmtoA/de8rSNt2UFaqZJjCEQIJjKV72cKYuZxH1Z
hhtS+Oi/3MRY/ujG0Bi7R09Hw70gFBveyzf2BxAkiJbQLR+txsGERSSkUgUtsjjq
pgNRJ5foeHOvpWN4jQgtmFJ18TtRj6GE1H7Ak2dWvWSpfy4Kh5xByL/jeDvAdE0+
tuGxyhIq012dd4uJBDGMo7shO8db000ol7PttHK7oWrGmqxzAcrDJtefOwMdxhRi
ros55JZ2ZbpVUjXohrwh+/yHObVTcAzV4nNQbjzYd1piHXSYW/LENtx2SAy4x1o=
=0xwh
-----END PGP SIGNATURE-----

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0652**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-GJ-0011703

EX652-001