# AML TOKEN PRE- ICO

### This is a PRIVATE OFFERING

The NAC's Aten Coin team is conducting a $25 Million dollar raise. We have developed the AML Token to be issued during the raise.

| | |
|---|---|
| Number of AML Tokens | 51 Million Tokens Issued |
| Privately Issued | 2M @ $0.25 cents per token |
| Private Raise- | July 31st, to August 15th, 2017 |
| Publicly Issued | 49M @ $0.50 cents per token |
| Public Raise- | August 16th to October 2nd, 2017 |

## Use of Proceeds

| | |
|---|---|
| Expenses for the Reality Show | Administrative & Consulting Fees |
| Rebranding the AtenCoin to AML BitCoin | Recreating the blockchain |
| Legal, Lobbying, & Professional Fees | Acquisition and Service Fees |

## AML Bitcoin Specifications:

| | |
|---|---|
| Name- | AML Bitcoin, for short AmlBits |
| AKA- | AML Coin |
| Abbreviation- | AML |
| Features- | Anti Money Laundering Features |
| Features- | Know Your Client Features |
| Security- | POSv2, X11 Algorithm |
| Total Coins- | 150 Million |
| Premined Coins- | 120 Million |
| Total Available for Mining- | 30 Million |
| Transaction Fees- | .0001 AML |

*Remaining Specifications are that of AtenCoin. Please visit www.AtenCoin.com

## AML Bitcoin PreMined Distribution:

| | |
|---|---|
| 51 Million AML Tokens- | Exchanged for 51M AML BitCoins |
| 9 Million AML Bitcoins- | For Current AtenCoin Holders |
| 10 Million AML Bitcoins | Admin Team. |
| 50 Million AML Bitcoins- | For the Acquisition of Gold Mine |

*Admin Team will not release their coins for at least 4 years from the date of issuance

* Gold Mine conservatively valued between $500M and $1 Billion Dollars.

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0672**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00059826
ANDRADE_DOJ_00059826
EX672-001

**NAC TEAM**

| | | |
|---|---|---|
| Marcus Andrade, | Sergey Petkevich | Neha Verma |
| Sachin Agrawal | Jatan Babar | Preeti Ramna |
| Rajesh Satkartar | Erwin Dornbos | Terence Poon |

**Advisors**

Mr. Caio Koch-Weser

Rosario Marin

Chris Cutler

**Cryptitude Entertainment**

Andrew Williamson

Jesse Kennedy

**Ignition Creative**

Martin Kistler

FAQ's

1. What is the Reality Show about?
    Digital Currency, Biockchain Technology, and Washington, D.C.
2. When the Aten Coin project is completed, what happens to the AML Token that are issued.
    All AML Tokens will be exchanged for our updated AML Bitcoin on a 1 x 1 Rate.
3. How will the Compliance Department be funded?
    10 percent of all transaction and mining fees will be directed to the compliance department.
4. Is the Aten Coin or soon to be the AML Bitcoin centralized?
    The AML Bitcoin is decentralized. The only centralized part about it is the compliance department. It is a privately regulated public blockchain.

CONFIDENTIAL

ANDRADE_DOJ00000_00059827
ANDRADE_DOJ_00059827
EX672-002

5    How long will the ICO take place?
   The ICO will take place until it is completed.

6    Where can I buy AML Tokens from during the <u>Private Raise</u>?
   i. Get with the individual who gave you access to this website and complete the proper paperwork. Afterwards send payment to either wallets below
   ii. Bitcoin- 1Mjqd5x5UZvfprSWj5GG4fgCtA2P5VkqY7
   iii. Ethereum- 0x7BC1dD2B51dA72166C93725570A1b89764c3a2a0

7    Where can I buy the AML Token during the <u>Public Raise</u>?
   i. C-Cex.com
   ii. HitBtc.com
   iii. Yunbi.com
   iv. Ico365.com
   v. BTC9.com

8    How long will it take until the AML Bitcoin is ready?
   It is anticipated that it will take between 3 to 6 months.

9    What happens to the AML Token after the capital raise?
   i. Several Trading sites will keep the AML Token on it.
   ii. The AML Token will be available for trade.
   iii. Any Capital gains made will be kept by the coin holder.
   iv. The AMLT to AML swap will still be on a 1 to 1 basis.

10   What is the name of the Production Company?
   Cryptitude Entertainment.

11   What is the name of the Reality Show?
   The Bitcoin Brigade

12   What is the story with the Gold?

   We sincerely apologize but we are unable to discuss it publicly at this time. If no gold is ever acquired, then the AML Bitcoins that are allocated for the gold will be publicly burned.

CONFIDENTIAL

Information about the AtenCoin.

Privately Managed Public Blockchain Attains Anti-Money Laundering, Anti-Terrorist Financing and also Anti-Theft Goals

The look of Bitcoin and also its associated block-chain technology has obtained remarkable interest in the development of decentralized, yet protected, money banking as well as deal systems. Bitcoin is acquiring acknowledgment throughout the world as a practical economic tool for everyday repayment and for moving cash across the national perimeters. However, there is severe problem regarding Bitcoin's usage for criminal exploits and also the funding of terrorist activities. For instance, recently Australian's greatest banks have actually closed financial institution accounts of a minimum of 17 Australian Bitcoin companies. One of the significant factors is the untraceable nature of Bitcoin. Aten Coin lately presented a proprietary, independently managed public blockchain. This modern technology is the core of the Aten "Black Gold" Coin, and also was produced to solve issue of cash laundering, criminal as well as terrorist funding and also online theft.

Aten Coin– Born for Anti-Money Laundering, Anti-Terrorism and also Thief-Resistance

In 2012, a group of programmers and business owners led by Marcus Andrade started functioning on the Aten Coin task and also in early 2014 when advancement was virtually completed, Mr. Andrade formed the National Aten Coin Structure (NAC) which is a cryptocurrency named Aten Black Gold Coin (also called as Aten Coin), which is based on the Bitcoin protocol, but with additional attributes to achieve anti-money laundering, anti-terrorism as well as thief-resistance. Aten is the ancient Egyptian God portrayed as the solar disk releasing rays terminating in human hands. NAC called their brand-new cryptocurrency after Aten since Aten Coin is developed to be a transparent cryptocurrency that can not be used by the dark markets. After two years of efforts, NAC is currently a Platinum Service Participant of the American Financial institution Organization (ABA), and also Aten Coin is certified with the adhering to companies: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Economic Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Privacy Act (BSA), UNITED STATE PATRIOT Act as well as the TRUTH Act. Aten Coin has been

formally introduced in September 2015, as well as currently could be bought at AtenPay.com. To the finest of our understanding, Aten Coin is likewise the initial cryptocurrency that could satisfy the KYC/AML conformity.

Privately Regulated Public Blockchain Technology of Aten Coin: The 4th Kind of Blockchain

The blockchain of Bitcoin is thought about to be a "public blockchain". Any person around the world can check out, customize and also validate it. No one can have as well as regulate the blockchain. Any individual can freely develop bitcoin addresses as well as openly use their addresses to receive as well as send out bitcoins. Lately there have actually been a lot of conversations about ways to change and also make use of the Bitcoin's blockchain technology. As an example, The Bank of England has actually said that main banks are taking a look at means to implement "hybrid systems" involving distributed ledger modern technology of the type presently utilized to tape-record bitcoin deals. Besides "public blockchain", the concepts of "personal blockchain" and also "consortium blockchain" have actually appeared. In such concepts, the blockchains will be entirely regulated by either a personal company or a group of private companies. However, such concepts absolutely opposite the principle of decentralized financial. To take on with the issues of criminal usages and also terrorist financing, NAC has actually developeded a technique (EU license pending as well as UNITED STATE copyright safeguarded) that enables individuals to trace as well as track identifications senders and receivers of a cryptocurrency when needed. This innovation entails a "privately-regulated public blockchain", which is an unique principle and also can be considered as the 4th sort of the blockchain modern technology. Anyone around the world could review the Aten Coin blockchain and take part in purchase verification and Aten Coin mining. Aten Coin is just controlled when it concerns KYC/AML compliance as well as anti-terrorist conformity. The major benefit of NAC's novel blockchain innovation is that the essential decentralized banking concept of Bitcoin is being maintained, while Aten Coin could conquer the major imperfections of the Bitcoin method.

Aten Coin's Identity-Linked, Credential Authentication Protocol

One the basis of a privately-regulated public blockchain, NAC has built an individual identity-linked credential verification protocol into the source code of Aten Coin. The procedure includes a combination of 3 significant procedures, consisting of personal identification confirmation, credential authentication as well as a two-party signature plan. A law system is introduced at the blockchain degree in the manner in which (i) all Aten Coin addresses have to be multisignature addresses including a set of public trick

and also personal secret from NAC and at the very least one set of public key and exclusive key from an Aten Coin user, as well as (ii) all Aten Coin addresses can just be developed by individuals which have obtained an authorization from NAC. Furthermore, (iii) without NAC's authorization, no one can make use of any Aten Coin addresses to send any kind of atencoins that are videotaped (saved) at the Aten Coin addresses. In order to acquire permission from NAC, all Aten Coin Users must sign up as an Aten Coin Individual in the NAC's systems, and also while registration all potential Aten Coin Users need to offer legitimate document to disclose their lawful identifications.

NAC's Founder, Marcus Andrade, reviewed how Aten Coin is being controlled.

"As soon as an Aten Coin User has actually effectively signed up at www.AtenWallet.com, he/she will certainly be provided an Aten ID, as well as will certainly be allowed to develop their private Aten Credentials, which will certainly be subsequently approved by NAC's system to be used as valid qualifications to obtain NAC's permission for creating Aten Coin addresses as well as for making Aten Coin purchases," said Andrade. "All the verification process steps are working at the network degree, as well as the passwords of Aten Credentials are just known by the Aten Coin customers that developed them and encrypted in the NAC's system. Nobody from NAC can know passwords of those Aten Qualifications. The verification method is built inside the source code of Aten Coin. In various other words, nobody could by-pass NAC's verification system," he stated.

In the regular purchase process, NAC's authentication system will immediately offer permission to any sort of request for address generation or deal development as well as signing a transaction upon the receipt of a valid Aten Credential. As a result, many of the time Aten Coin will work in the method similar to Bitcoin, other than that deliberately Aten Coin deals are quicker, much cheaper as well as a lot more protected. All purchase data are available in the Aten Coin's blockchain, which is open to the general public. Public will not have the ability to know the identities of Aten Coin senders as well as receivers as in the case of Bitcoin. Nonetheless, real identifications of the senders as well as receivers are kept in NAC's system with protection. Using Aten Qualifications as well as Aten IDs, NAC can map the legal identities of any sort of senders as well as receivers when essential. This permits NAC to reveal identifications of senders and also receivers related to any deals which are suspected to connect with any kind of money laundering, hacking or prohibited tasks, while maintaining personal privacy of Aten Coin customers.

CONFIDENTIAL

Aten Coin's core modern technology allows NAC to monitor each and every single deal as well as recognize those presumed for participation in unlawful activities, such as cash laundering and terrorist financing through analyzing individual Aten Coin users' transaction documents. It is NAC's obligation to report any sort of suspicious purchases and identities of their connected senders and receivers to the pertinent federal government agencies for future activity. It provides a functional solution for the present KYC/AML incompliance problems of Bitcoin and also various different cryptocurrencies. As all transaction productions are being regulated by NAC as well as can not be created without NAC's permission, NAC can likewise restrict Aten Coin deal to be created in certified countries. In such way, NAC could proactively stay clear of Aten Coin being utilized right into regions forbidden by United States of The u.s.a or United Nations Sanctions by checking the locations of senders. This should help lessening the opportunity of utilizing Aten Coin in financing terrorist activities.

Andrade spoke even more regarding Aten Coin's special theft-resistance remedy.

"As senders and receivers of all purchases can be exposed, any thieves or hackers who take the Aten Coins could be effortlessly traced as well as tracked by retrieving individual identifications of the receivers from the customer details database," claimed Andrade. "Furthermore, the credential authentication mechanism behind Aten Coin ensures an individual to transform the credential to stop coins being moved out from a stolen purse. Therefore, NAC's innovation could protect against atencoins from being swiped," he claimed.

About National Aten Coin

Headquartered in Sin city, Nevada, National Aten Coin (NAC) is the developer of the Aten "Black Gold" Coin, a cryptocurrency (a type of digital cash) and also its international payment deal network. The official internet site of Aten Coin is AtenCoin.com. While maintaining privacy of customers, the NAC utilizes exclusive strategies to confirm ownership of coin holders, safe and secure and monitor transactions, trace and also track identifications of senders and also receivers, maintain recordkeeping efforts transparent, protect coins from swiping.

To read more kindly see: AtenCoin.com, AtenPay.com and also AtenWallet.com.

CONFIDENTIAL

ANDRADE_DOJ00000_00059832
ANDRADE_DOJ_00059832
EX672-007