# Aten Coin

## Roadmap to Success



## National Aten Coin Foundation

### Platinum Service Member of the
### American Bankers Association

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0673**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ_00059887
EX673-001

# Agenda



**1**  Business opportunity: invention of digital currencies

**2**  Digital currencies and blockchain landscape

**3**  Aten Coin: mature proposal

**4**  Aten Coin Group

**5**  Strategies for Aten Coins

ANDRADE_DOJ_00059887
EX673-002

# Blockchain: source of abundance



The central innovation that sits behind all digital currencies is the so called 'distributed ledger' or the 'block chain' technology.

Satoshi Nakamoto invention removes the need for any intermediary banks and it could fundamentally change not only the way in which electronic payment systems operate but all forms of digital assets.

Some seek for other uses of the blockchain, they need to be monetised and it is still early days, but might give rise to interesting opportunities.



ANDRADE_DOJ_00059887
EX673-003

# Banking industry on Digital Currencies





**SVB response to the UK Government as of December 2014**

What are the benefits of digital currencies?
- Security and speed of operation for merchants.
- Low costs and real time settlement between sender and receiver.
- Ease of operation for the end users allow more consumers to enter the world economy who might not have access from his or her home country or region.



**Citi response to the UK Government as of December 2014**

Due to the potential benefits, we believe that the adoption of Digital Money is inevitable. While we believe that the use of digital money is certain the future of specific crypto-currencies such as Bitcoin is less clear.



**DB to The European Securities and Markets Authority on the 21st of July 2015**

„Whilst the technology associated with distributed ledgers is still in its infancy (albeit evolving very quickly) we believe that it presents a potential opportunity to realise a number of important benefits including: more stable and resilient systems, faster processing of transactions and lower costs for bank customers. „

ANDRADE_DOJ_00059887
EX673-004

# Banco Santander opinion



Although slowly, as time passes financial institutions are starting to see the advantages of sharing the cost of a general ledger and diffusing responsibility amongst many.



According to Santander, blockchain technology could potentially cut banks' infrastructure costs related to cross-border payments, regulation,  compliance and securities trading by **$15 to $20 billion a year by 2022.**

**25 use cases where identified where the blockchain can be applied** such as international money transfers, trade finance, syndicated lending and collateral management.

5

ANDRADE_DOJ_00059887
EX673-005



# UK Government opinion on digital currencies

The government considers that while **there are clear barriers to digital currencies** achieving widespread use in their current form, the **'distributed ledger' technology** that underpins digital currencies has **significant future promise** as an **innovation in payments technology**.

The government wishes to **foster a supportive environment** for the development of legitimate businesses in the digital currency sector so that the UK can see some of the benefits of digital currencies, while also **creating a hostile environment for illegal activity**.



6

ANDRADE_DOJ_00059887
EX673-006

# Senate of Canada on Digital Currencies



Report of the Standing Senate Committee on Banking, Trade and Commerce of Senate of Canada as of July 2015, commissioned by the Federal Government of Canada:

**Recommendation 1**
The **federal government**, in considering any legislation, regulation and policies, **create an environment that fosters innovation for digital currencies** and their associated technologies.

**Recommendation 2**
The federal government **consider the use of block chain technology** when advantageous **to deliver government services** and to enhance the security of private information.



ANDRADE_DOJ_00059887
EX673-007

# Distributed ledger innovation



'Distributed Ledger' technology will replace the XVI century world payment system in the next few years:



**Payer's account** → 1 → **Bank A** → 2 → **3 RTGS system** **Central Bank** → 4 → **Bank B** → 5 → **Receiver's account**

1 Debiting of payer's account with Bank A
2 Submission of payment instruction to the RTGS system
3 Settlement of payment, i.e. debiting of Bank A's account and crediting of Bank B's account with the Central Bank
4 Transmission of information on the payment to Bank B
5 Crediting of receiver's account with Bank B

*Source:*
*ECB, as adapted from Payment Systems in Denmark, Danmark's Nationalbank, 2005*

ANDRADE_DOJ_00059887
EX673-008

# How a block chain works





ANDRADE_DOJ_00059887
EX673-009



# Block chain beyond digital currencies

Most people who have heard the term think that the 'block chain' or 'distributed ledger' is only something to do with digital currencies.

But what is stored on the block chain need not be just a currency unit – it can be put to all manner of other interesting uses.

The blockchain concept is quickly gaining popularity in other sectors. It is seen as a potential cheaper, more efficient and less bureaucratic



ANDRADE_DOJ_00059887
EX673-010

# What the business looks at...



Approx. 75 % of the world does not have **secure land title** at the current time. Through its digitization of title records, Factom is solving this challenge.

**Blockchain University** in California is already underway....

Other potential uses of block chain include the **storage of health records**, and other **data records.**



Major companies are looking to the blockchain as a way to better supply chains, where the blockchain could **record each step a product has taken**. For example, it could be used to **guarantee the foods origin.**

Ethereum which is **a platform** providing developers with the opportunity **to create decentralized application.**

Some are looking at blockchain technology to better **regulate the diamond trade.**

11

ANDRADE_DOJ_00059887
EX673-011

# Bitcoin: crippled innovation



Bitcoin as a digital currency suffers from some notable shortcomings inherent in its design that have constrained its expansion into the mainstream payments system.



ANDRADE_DOJ_00059887
EX673-012

# Market in its infancy? The race began...



- nearly 7 billions $ in bitcoins,

- the first bitcoin ATM transaction was carried out in Canada,

- about 40 bitcoin transactions per minute as compared to approx. 200k VISA transactions per minute,

- average bitcoin transaction size about $2,000 as compared to $80 of the average VISA transaction,

- over 420 companies worldwide using crypto technology ...

| | **Bitcoin** (explorer, top100, visual) | **Litecoin** (explorer, top100, visual) | **Dash** (explorer, top100, visual) | **Dogecoin** (explorer, top100, visual) | **Peercoin** (explorer, top100, visual) | **Namecoin** (explorer, top100, visual) |
|---|---|---|---|---|---|---|
| Total | 15,040,507 BTC | 43,941,217 LTC | 6,125,511 DASH | 102,513,395,952 DOGE | 22,895,384 PPC | 11,823,282 NMC |
| Price | $ 448 USD<br>okcoin: 2,961.2 CNY<br>btcchina: 2,969.6 CNY<br>okcoin:448.1 USD<br>bitstamp: 447.5 USD<br>bitfinex: 449.3 USD | $ 3.6 USD<br>okcoin: 23.6 CNY<br>btc38: 23.6 CNY<br>okcoin: 3.6 USD<br>btc-e: 0.0079 BTC<br>btc-e: 3.5 USD | $ 3.3 USD<br>poloniex: 0.0075 BTC<br>cryptsy: 0.0067 BTC<br>bittrex: 0.0076 BTC<br>cryptsy: 0.84 LTC<br>btc-e: 0.0076 BTC | $ 0.00016 USD<br>btc38: 0.00092 CNY<br>cryptsy: 0.00000041 BTC<br>bittrex: 0.00000032 BTC<br>cryptsy: 0.0013 BTC<br>poloniex: 0.0000003 BTC | $ 0.43 USD<br>btc-e: 0.42 USD<br>btc-e: 0.00093 BTC<br>cryptsy: 0.0013 BTC<br>btc38: 2.8 CNY<br>poloniex: 0.00093 BTC | $ 0.46 USD<br>btc-e: 0.00094 BTC<br>cryptsy: 0.0013 BTC<br>btc-e: 2.7 CNY<br>bter: 0.00093 BTC<br>poloniex: 0.00093 BTC |
| Market Capitalization | $6,737,891,374 USD | $156,191,300 USD | $20,464,339 USD | $16,855,882 USD | $9,908,091 USD | $5,408,905 USD |
| Transactions last 24h | 175,989 | 3,940 | 1,327 | 15,569 | 538 | 3,562 |
| Transactions avg. per hour | 7,333 | 164 | 55 | 649 | 22 | 148 |

ANDRADE_DOJ_00059887
EX673-013

# Aten Coin: the mature digital currency



Aten Coin was created as the finest solution to the overarching and systemic challenges encountered by the crypto currency market since the inception of Bitcoin.

Aten Coin has attained key-to-success factors for a secured digital currency:

- a mechanism for tracing the legal identity for users,

- a mechanism for identifying suspicious transaction,

-theft-resistant, anti-money laundering and anti-terrorism financing,

- integration into business that facilitates market liquidity,

- highly secure crypto currency that uses multiple rounds of 11 different cryptographic hashes,

- acceptance as daily payment service through the use of Aten Pay services.



ANDRADE_DOJ_00059887
EX673-014

# National Aten Coin Foundation 

NAC Foundation is a highly regarded international company in the digital currency market. NAC Foundation founded the Aten Coin which is the world's first 100% compliant  digital currency.

NAC Foundation develops proprietary techniques that verify ownership of coin holders, secure and monitor transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from theft, maintain liquidity and create value.

Additional products and services include:

- AtenPay
- Aten Wallet



ANDRADE_DOJ_00059887
EX673-015

# Global Marketing



The global marketing & PR activities will concentrate on building Aten Coin brand awareness among new potential customers, business partners as well as in government and finance & banking environment, based on **trust and credibility.**

The marketing activities planned will concentrate on **education** as well as **communication** of unique Aten Coin features.

In year 2016 we are planning:
- Aten Coin logo final rebranding
- Redesigning of current websites
- Digital campaigns
- Traditional & social media activities
- Sponsorship of external conferences
- Organization of Aten Coin educational events
- Building relations with future merchants



ANDRADE_DOJ_00059887
EX673-016

# How to increase the value of Aten Coins?



**Business success: Increase in the value of Aten Coins**

### Demand for Aten Coins

| | | |
|---|---|---|
| Mobile Money Transfers and Mobile Money Commerce services for unbanked | Peer-to-peer transactions between Aten Coin enthusiasts and Merchants | Fast, cost effective and secure payment services for International Trade Partners |

Internal & external infrastructure: Exchange platforms for merchants, coin to currency, derivatives; mobile money apps for cell phones…

ANDRADE_DOJ_00059887
EX673-017

# Aten Coin Roadmap



Aten blockchain developments:
- Aten MD for recording medical records,
- Aten Verify for verifying Biometrics for Banks and organizations that need to meet the AML or KYC compliance regulations,
- Aten Tracker for business' that require products and services that need to be tracked from port to port.



ANDRADE_DOJ_00059887
EX673-018

# Strategies for unbanked



Globally, more than 2.5 billion adults do not have a formal bank account



**Mobile money transfer (remittance**) — a peer-to-peer application making use of a mobile phone to send money to family or friends, primarily across international borders.

**Mobile commerce (payment)** — use of a mobile phone to perform financial transactions for purchases or sales, either remotely or on-site, retrieve promotion information or coupons, and deliver gift items

ANDRADE_DOJ_00059887
EX673-019

# Business case: Kenya mobile money



Safaricom's M-pesa is a service that lets customers store, transfer and send money via their mobile, as well as deposit and withdraw money at authorized stores. Transactions are authorized and recorded using one-time-only pin numbers sent by secure SMS.



M-pesa has
**11.6 million**
active users
in Kenya



There are
**78,856**
M-pesa agents
in Kenya



Person-to-person
transfer transactions
are worth
**$867 million**
per month



Person-to-business
transactions
are worth
**$111 million**
per month



Business-to-person
transactions
are worth
**$850,000**
per month

SOURCE: Safaricom; GSMA

**Breaking news: Bit Peso suspended by Kenya Central Bank due to lack of compliance**

ANDRADE_DOJ_00059887
EX673-020

# Strategies for merchants



ANDRADE_DOJ_00059887
EX673-021

# Aten Coin: value proposition



### Value proposition for AC enthusiasts

- blockchain inherent trust being able to guard our customers from fraudulent transactions,

- a wider trade world (American purchasing something from a small individual tradesmen in Africa or Bolivar),

- exponentially faster transaction platforms allows for almost seamless transfer of currency and a large amount of savings due to very low transaction fees.

### Value proposition for merchants

- cheaper, quicker way to receive and transfer payments,

- a larger customer base,

- being able to access the mobile banking customers who is unbanked,

- less fees and exchange fees,

- "trustless transactions" that blockchain will eliminate, blockchain helps to build trust because of automatic compliance and instant money transfer, and removal of third party to secure the money transfer.

22

ANDRADE_DOJ_00059887
EX673-022

# Strategies for international trade



## Business case: Panama Channel

Many shipping companies are looking to other routes to transit cargo across the globe. The world's biggest container shipping company, Maersk Line, has already abandoned Panama in favor of Egypt's Suez Canal.

The reason for the global shipping shift is not so much the construction at the Panama Canal but the exorbitant costs of crossing it, **the time spent waiting to enter the canal** and the already limited number of eastern U.S. ports that can service Post-Panama ships.



ANDRADE_DOJ_00059887
EX673-023

# Aten Coin economics





Aten Coin sold at $2.25

as compared to Bitcoin $390.20

24

ANDRADE_DOJ_00059887
EX673-024

# Thank you for your time



ANDRADE_DOJ_00059887
EX673-025