# Marcus Andrade
# Founder and CEO of NAC Foundation
# and AML BitCoin

In 2012, Marcus Andrade, a former United States Marine, computer programming maven, and successful businessman spearheaded the development of a new structure for cryptocurrency. It utilizes a hybrid distributed ledger technology that provides a better approach for regulating a cryptocurrency while maintaining the most celebrated feature of Bitcoin, i.e. decentralized banking. This new digital currency, Aten "Black Gold", was based on the Bitcoin protocol and is designed to be compliant with the requirements of stringent laws with which banks and other financial institutions are required to comply. Marcus introduced Aten "Black Gold" to the market in September 2015. Using a "privately regulated public blockchain" concept, the Aten Coin utilized a novel personal identity-linked credential authentication protocol built into the source code of the coin.

The Aten Coin (whichwill be re-branded as "AML BitCoin" this year) is perhaps the first and possibly only coin that, because of its structure, is compliant with anti-money laundering, anti-terrorism and anti-terrorist financing laws, bank secrecy laws, know-your-customer laws, and anti-financial crimes laws both in the United States and abroad.

Since the creation of his digital currency, Marcus has led the development as Chief Architect of a product that presents a biometrics solution to the problem of personal identification, critical to preventing money laundering, terrorist financing, and financial crimes. CrossVerify, a United Kingdom-based company, which Marcus founded, and which owns a patent (pending) on this unique product, has attracted the interest of the law enforcement and military organizations of various countries.

Marcus is also currently developing AMLPlatform, which will be a white label of the AML BitCoin, enabling preapproved developers to use the NAC platform to create their own alternative digital currency/tokens.

1 | P a g e

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0705**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00024272
ANDRADE_DOJ_00024272
EX705-001

Before creating the AML BitCoin and CrossVerify, Marcus established a reputation as one of the leading developers in the digital currency field, using his skills as Chief Architect and CEO of numerous other digital currency projects.  He created AtenTacker, a mobile application that publishes the current price of leading digital currencies in the fiat of multiple countries, refreshing pricing continually.  Marcus constructed EcoinsTrader, a digital currency trading website that monitors and detects suspicious activities.  He also created AtenPay, a payment platform that enabled businesses to accept the Aten Coin as a means of payment for goods and services, facilitating rapid conversion of Aten Coin to fiat currency.

A prolific inventor, Marcus has patents pending for a personal/client identification and verification process, pseudonymous system and transaction network for monitoring and restricting transactions of cryptography-based electronic money. His most recent invention—"legal identity-linked credential authentication protocol" is a protocol providing a practical solution for the issues related to cryptocurrency theft, KYC and AML, while maintaining user privacy. (https://patents.google.com/patent/US20160283941A1/en?inventor=Marcus+Andrade).

Marcus has been granted a copyright on his innovative Aten Black Gold Coin and BGC Wallet Software.

Outside of the digital coin and blockchain field, Marcus developed  LegalPalm, LP, a mobile application that enables its users to identify, locate and contact an attorney 24/7, including internationally, based on subject matter and the user's zip code.

Marcus has founded and successfully managed businesses in the energy and environmental sectors.  He created Andrade Investment Group, LLC, an onshore oil and gas operating and contracting company that has held oil field assets, and has been engaged in research and development.

Marcus also founded Bright Energy, LLC, which, in partnership with Texas A & M University Research and Extension Center,

CONFIDENTIAL

ANDRADE_DOJ00000_00024273
ANDRADE_DOJ_00024273
EX705-002

developed a cost-effective process to produce ethanol. The technology successfully produced ethanol from sweet sorghum and used the raw materials to create electricity, using a gasification system.

Marcus founded a company, Bright Fuels Distribution, to distribute fuels to a convenience stores. His own store - BrightMart - located in Corpus Christi, Texas, was one of the first convenience stores in the United States to use E85 fuel (a high-level ethanol-gasoline blend containing 51%-83% ethanol).

Marcus is a member of the American Bankers Association and of the Association of Certified Anti-Money Laundering Specialists.

While in the Marines, Marcus studied Computer Programming at Coastal Carolina Community College. In the Marines, he also attended the United States Marine Corps Institute, Del Mar College in Corpus Christi, Texas, and Grantham University. In the Marines, Marcus earned numerous certifications, including: Infantry Training School; Landmine Warfare, Demolitions & Breaching Operations; Fundamentals of Marine Corps Leadership; Personal Finance Management; Interior Wiring; Electronic Warfare; Military Police Interview/Interrogation; and Combat Intelligence.

Dedicated to community service, Marcus has served on the boards of many community and political organizations:

- He currently serves on the United States Federal Reserve Faster Payments Task Force

- He has served with the League of Latin American Citizens; and

- He has served with American G.I. Forum (AGIF), a Congressionally chartered Hispanic veterans and civil rights organization founded in 1948.

Recognized as a leader and a successful alumnus, Marcus was a member of the Delmar College Presidential Search Committee.

CONFIDENTIAL

ANDRADE_DOJ00000_00024274
ANDRADE_DOJ_00024274
EX705-003