| | |
|---|---|
| **From:** | Japheth Dillman |
| **Sent:** | Tuesday, December 26, 2017 8:54 PM PST |
| **To:** | Ben Boyer |
| **Subject:** | Re: Great to meet you! |
| **Attachments:** | Copy-of-AMLBC-2-Pager.pdf |

Here's a brief 2-pager on the offering, let's discuss!

On Tue, Dec 26, 2017 at 8:26 AM, Ben Boyer <​█████████████​> wrote:
 Just a friendly reminder to introduce me to your lawyer to establish an account.

I hope you and the family are having a great holiday!

Thank you!

Ben Boyer
Managing Director
██████████████
██████████████
Portola Valley, CA
██████
Tel: ██████-6523
Fax: ████████6524
www.tenayacapital.com

**From:** Ben Boyer
**Sent:** Sunday, December 24, 2017 9:43:09 AM
**To:** ████████████████
**Subject:** Great to meet you!

Want to buy $250k of AML.

Please let me know how best to proceed.

Thank you!


Ben Boyer
████████2934

Sent from my iPad



--
**Japheth Dillman**
**Managing Partner & Co-Founder**


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0727**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

BOYER0000002
FBI-GJ-0005360

EX727-001



Mobile: ███████5458
Skype: ██████
email: ████████████████
Telegram: ███████
WeChat: ████████████

BOYER0000003
FBI-GJ-0005361
EX727-002