| From: | Ben Boyer |
|---|---|
| Sent: | Wednesday, December 27, 2017 7:17 AM PST |
| To: | Japheth Dillman |
| Subject: | Re: How One Mysterious Startup Is Riding the Bitcoin Wave - Bloomberg |

I'm ready to go with the AML (I read the whitepaper). I'd like do $750k (600k shares) out of one entity (my family trust) and $125k (100k shares out of another (personal trust).

I'll speak with my partners and parents.

Ben Boyer
Managing Director
█████████████
Portola Valley, CA
████████
Tel: █████-6523
Fax: █████-6524
www.tenayacapital.com
**From:** Japheth Dillman <█████████████████>
**Sent:** Wednesday, December 27, 2017 7:59:52 AM
**To:** Ben Boyer
**Subject:** Re: How One Mysterious Startup Is Riding the Bitcoin Wave - Bloomberg

Companies that add "blockchain" to their name surge 400% in price on the stock markets. It's nuts

Sent from my iPhone

On Dec 27, 2017, at 8:42 AM, Ben Boyer <███████████████████> wrote:


https://www.bloomberg.com/news/articles/2017-12-27/bedwetting-to-blockchain-how-one-startup-rode-the-bitcoin-craze


Ben Boyer
Managing Director
█████████████
Portola Valley, CA
████████
Tel: █████6523
Fax: █████-6524
www.tenayacapital.com

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0731**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BOYER0000016

FBI-GJ-0005374

EX731-001

HIGHLY CONFIDENTIAL

BOYER0000017

FBI-GJ-0005375

EX731-002