| | |
|---|---|
| From: | AML Bitcoin |
| Sent: | Wednesday, January 3, 2018 5:27 PM PST |
| To: | |
| Subject: | AML Bitcoin Token Sale Update |

View this email in your browser



**AML Bitcoin Token Sale Update**

Hello,

We are happy to announce that we have completed the migration of user accounts and balances to https://tokensale.amltoken.com. All users are now on the same platform. If you need technical assistance regarding this, please email support@amlbitcoin.com and our support team can help. With this new platform, there is a streamlined checkout system. You can make deposits from Bitcoin, Litecoin, Ethereum, Bitcoin Cash, also generate an invoice to make a USD bank wire, if you don't want to spend your cryptocurrency.

We also want to remind you of three important items:

1. Please set 2FA Authentication on your account for security purposes. Please see this document or this video for instructions. Your 2FA Authentication must be setup to receive your tokens.

2. In your account, please set your AML Token Wallet Address, which will be the destination that your tokens are sent to later. Please see this document or this video for instructions. If you haven't installed the AML Token Wallet or have your wallet address, please watch this video for MAC or watch this video for Windows for instructions. If you're using a MAC and your operating system version is not 10.12 macOS Sierra to 10.13 macOS High Sierra, please see this instructional video to update your system.

3. Please note that there is an affiliate link in your account dashboard if you like our token sale and would like to help us

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0733**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

BOYER0000037
FBI-GJ-0005395
EX733-001

get the word out and earn AML Tokens.

We have been collating some of the best videos from our online community who have reviewed what we are doing, and these are now available on this Youtube playlist. The playlist includes videos in English, German, Russian and Arabic.

We are also continuing to share AML Bitcoin news and updates on our Twitter and Facebook pages. Due to popular request, we now have a Telegram group which has AML Bitcoin team members on hand to answer any questions you may have about the platform or token sale.

The AML Bitcoin Team

Copyright © 2018 NAC Foundation, All rights reserved.

Our mailing address is:
NAC Foundation
7495 Azure Dr., Suite 110
Las Vegas, NV 89130

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

CONFIDENTIAL

BOYER0000038
FBI-GJ-0005396
EX733-002