Case 3:20-cr-00249-RS    Document 669-24    Filed 06/05/25    Page 1 of 4

| | |
|---|---|
| From: | Ben Boyer |
| Sent: | Tuesday, March 27, 2018 5:42 AM PDT |
| To: | Japheth Dillman |
| Subject: | Re: AML BitCoin Token Sale: Post ICO Update |

Btw, I hope I'm wrong but the fact Marcus told you they sold-out the ICO when they ended up being 20% short, makes me question everything Marcus is telling you, including these issues with HitBTC. Again, I hope I'm wrong but I've got real doubts about his integrity and the stories he's feeding you.

Ben Boyer
Managing Director

Portola Valley, CA

Tel: ▇▇▇-6523
Fax: ▇▇▇-6524
www.tenayacapital.com

**From:** Ben Boyer
**Sent:** Monday, March 26, 2018 7:03:53 PM
**To:** Japheth Dillman
**Subject:** Re: AML BitCoin Token Sale: Post ICO Update

Got it. Would love to catch up at the end of the week.

Ben Boyer
Managing Director

Portola Valley, CA

Tel: ▇▇▇-6523
Fax: ▇▇▇-6524
www.tenayacapital.com

**From:** Japheth Dillman <▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Monday, March 26, 2018 6:25:12 PM
**To:** Ben Boyer
**Subject:** Re: AML BitCoin Token Sale: Post ICO Update

We should talk about that comment...

But as an aside, since HitBTC is not acting accordingly to the release contract, Marcus has just paid the fee to list to get the tokens on 6 more exchanges this week.... it has been completely out of the hands of Marcus and AML Bitcoin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0740**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

BOYER0000713
FBI-GJ-0005984
EX740-001

Sent from my iPhone

On Mar 26, 2018, at 5:57 PM, Ben Boyer <​███​> wrote:

It's disappointing that they're not destroying the 15M coins they couldn't sell in the ICO.

---

**From:** AML BitCoin <info=amlbitcoin.com@mail8.atl161.mcsv.net> on behalf of AML BitCoin <info@amlbitcoin.com>
**Reply-To:** AML BitCoin <info@amlbitcoin.com>
**Date:** Monday, March 26, 2018 at 5:46 PM
**To:** "███" <███>
**Subject:** AML BitCoin Token Sale: Post ICO Update

View this email in your browser



**AML BitCoin Token Sale**
**Post ICO Announcements & Reminders**

Hello,

Thank you for participating in the AML Token Sale. We have a few post ICO announcements to share.

During the ICO, 60 million tokens were issued. The remaining available tokens will be used for mergers, etc. We are currently not allowing mining for AML Tokens, although mining will be available once AML BitCoins are released.

Our team will announce a digital currency exchange list date soon. We will send you an email with the details once released.

CONFIDENTIAL

BOYER0000714
FBI-GJ-0005985
EX740-002

**Important Reminders:**

1. **Please back up your AML Wallet.** It is the responsibility of Token Holders to back up their own wallets. If you back up your wallet, you can restore it onto another device if needed. Instructions for this can be found here.

2. **Please upgrade your AML Wallet to Version 1.3.0, if you haven't already.** This is a mandatory wallet upgrade. Instructions for this are here.

3. **If you have not added your AML Wallet Address to your** Token Sale **account, please do this immediately.**

**Quick Instructions to add your AML Wallet Address to your Token Sale account:**
Please visit https://amltoken.com/wallet-userguide/ to download an AML Wallet. Once the AML Wallet has been installed, please follow the below instructions to get your AML Wallet Address.

In your AML Wallet, please click 'File' then 'Receiving Addresses'. Then click 'New' and Create a Label (Which can be anything that you'd like, including your name, etc.). Once you Create a Label and Click 'Ok', you will then see the AML Wallet Address (which will be a long series of characters including letters and numbers).

Once you have your AML Wallet Address, please copy this and paste it in your AML Token Sale account (https://tokensale.amltoken.com) in your 'Profile' page, in the 'AML Token Wallet' field.

If you need technical assistance, please email support@amlbitcoin.com.

The AML BitCoin Team

https://amltoken.com

Copyright © 2018 NAC Foundation, All rights reserved.

CONFIDENTIAL

BOYER0000715
FBI-GJ-0005986
EX740-003

Our mailing address is:
NAC Foundation
7495 Azure Dr., Suite 110
Las Vegas, NV 89130

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

CONFIDENTIAL

BOYER0000716
FBI-GJ-0005987
EX740-004