## Re: New timeline, other updates

| | |
|---|---|
| From: | Japheth Dillman <​█████████████> |
| To: | Kris Kitto <​█████████████>, Marcus Andrade <ceo@amlbitcoin.com> |
| Cc: | AMLBitcoin <amlbitcoin@shiftcomm.com> |
| Bcc: | █████████████ |
| Date: | Tue, 10 Oct 2017 11:45:04 -0700 |

Deals....

1) Estonia: Deal will be inked with an MOU in a couple of weeks. There is a third party entity creating the coin and the government is requiring that they use AML BitCoin's white-box solution for the coin. It will be called the EST Coin. AML BitCoin would receive a transaction fee for every transaction, a percent of each transaction. They considered Ethereum, but felt it was unsafe because smart contracts have been hacked. As well, AML BitCoin was the only viable option in the market because of its ability to be AML compliant.

2) . Panama: There are a few deals on the table here....
Banks: First, the banks themselves are looking at buying $5million of the ICO. Secondly, banks in Panama are looking to use AML BitCoin in place of the SWIFT system. SWIFT has been hacked, SWIFT is expensive ($30/wire) and AML BitCoin can do it at 5% the cost and securely. This deal is already in place to begin testing with AML BitCoin before the end of the year. AML BitCoin was their only choice for digital currency because of its AML compliance.
Free Trade Zone & Canal: Both are highly engaged and an MOU will likely come by early December. Much has been left to negotiate, and Carlos De La Guardia (ex-Ambassador to Latin America) is heading up the negotiations. AML BitCoin will be the accepted currency in the free trade zone and in the Canals. Another benefit is it keeps the pirates and the cartels out of the system in Panama, lessening the threat of sanctions from the US.

3) SunTrust Bank: Same discussion as Panamanian banks, same timeline... perhaps a bit earlier (november hopefully)

4) SF/West Coast ports: This process is far longer. A government proposal will need to go out with competing bids, and the proposal will say the digital currencies proposed must be AML compliant. AML BitCoin is the only one that has compliance, so it will win the bid. But this process has to be proposed by the port commissioner (Leslie Katz) to the Executive Director (same with all the other west coast ports). Other ports have yet to meet Marcus, but Leslie is interested in taking him around to the other commissioners. Once it is brought to the ED, it then goes to a vote on the board, then the open bid goes out to any AML compliant digital currency (of which there is only one). I don't see this happening faster than Q1 of next year.

I have included Marcus on this email so he can provide other details I'm leaving out that are relevant.

One important note I made to your team earlier was regarding the OECD treaty:

Natko Vlahovic, a former Croatian diplomat and executive director of the Croatian EU Business Council, speculates that Andrade's communications with the OECD relate to a possible role for AML Bitcoin in assisting with the OECD Multilateral Competent Authority Agreement on Automatic Exchange of Financial Account Information. The underlying technology of the AML Bitcoin and its attendant advanced biometric digital identity systems would help the OECD solve the main difficulties they have encountered in implementing this Agreement.

Note from Marcus:
> The OECD TREATY
That ALL countries signed
For example, If you start a bank account in a different country, then at the end of the year, that bank has to notify your country's tax authority of your opening and closing balance. We are in discussions with them to require that all payments to the Tax Authorities worldwide be in AML Bitcoin in an effort to be sure that the funds didn't come from Illegal Activity. Therefore, countries like CHINA will have to ACCEPT Aml Bitcoin :-)

35 Countries in the OECD treaty:
- Australia
- Austria
- Belgium
- Canada
- Chile
- Czech Republic
- Denmark
- Estonia
- Finland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0792**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

- France
- Germany
- Greece
- Hungary
- Iceland
- Ireland
- Israël
- Italy
- Japan
- Korea
- Latvia
- Luxembourg
- Mexico
- Netherlands
- New Zealand
- Norway
- Poland
- Portugal
- Slovak Republic
- Slovenia
- Spain
- Sweden
- Switzerland
- Turkey
- United Kingdom
- United States

On Mon, Oct 9, 2017 at 9:34 AM, Kris Kitto <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Japheth – Below you'll find an updated timeline on our initial PR push as well as a list of needed information to get the deals announcements going.

Let us know if you have any questions.

Thanks.

Kris

# # #

Timeline (as of Oct. 9)

Week of Oct. 9

-Oct. 10: ICO announcement crosses the wire

-Oct: 10: SHIFT to continue outreach on ICO announcement

-Oct. 11: Japheth interview with MIT Tech Review

-Oct. 11: AMLBitcoin lobbyists to provide update on the Combating Money Laundering, Terrorist Financing, and Counterfeiting Act, and SHIFT to update this byline accordingly

-Oct. 13: SHIFT to provide draft of new hires announcement for approval

*Week of Oct. 16*

-Oct. 16: AMLBitcoin to provide approved draft of new hires announcement

-Oct. 16: AMLBitcoin to provide updates on ICO (percent sold, any other mile markers)

-Oct. 16: AMLBitcoin to provide approval on updated byline on the Combating Money Laundering, Terrorist Financing, and Counterfeiting Act

-Oct. 17: New hires announcement crosses the wire

-Oct. 17: SHIFT to conduct outreach on new hires announcement/ICO follow-up using mile markers

-Oct. 17: SHIFT to conduct outreach on byline focusing on the Combating Money Laundering, Terrorist Financing, and Counterfeiting Act

-Oct. 19: SHIFT to provide draft of board of advisors announcement for approval

*Week of Oct. 23*

-Oct. 23: AMLBitcoin to provide approved draft of board of advisors announcement

-Oct. 23: AMLBitcoin to provide updates on ICO (percent sold, any other mile markers)

-Oct. 24: Board of advisors announcement crosses the wire

-Oct. 24: SHIFT to conduct outreach on board of advisors announcement/ICO follow-up using mile markers

*TBD: ICO closing announcement*

*TBD: Deals announcements*

### Deals announcements

Our plan here is to weave in deals announcement once we have the below information that will indicate to media that these deals are contractual, closed and moving forward.

Deals:

1. Panama
2. West coast port coalition/SF Port Authority
3. Estonian Government
4. SunTrust Bank

Information we need for each one (see attached input form):

-What is committed as part of the deal?

-Is there a timeline for the introduction of the currency?

-What is the estimate of trade volumes?

-What are the benefits?

-Is there an estimated $$ saving?

-Why did they choose AML Bitcoin?

- What else did they consider?
- Who is the AML person who can brief us on the deal?
- Who is the partner spokesperson? We need a quote from them.

If you could fill out the attached form for each deal, we can get started on drafting the releases.

\# \# \#

**Kris Kitto** | Account Director

**SHIFT Communications, Inc.** A Google Analytics Certified Partner
office: ████████8441 | cell: ████████7804 | email: ████████████████ |web: www.shiftcomm.com

blog: www.shiftcomm.com/blog

--
**Japheth Dillman**
**CEO & Co-Founder**

Mobile: ████████5458
Skype: ████████
email: ████████████████