| Account | UN | PW | NOTES |
|---|---|---|---|
| Twitter | AMLbitcoin | MA010919! | |
| IG | Amlbitcoin | MA020919! | |
| Reddit | Amlbitcoin | MA030919! | |
| Benchmark | media@amlbitcoin.com | MA040919! | |
| Hootsuite | ceo@amlbitcoin.com | Ma050919 | |
| Amlbitcoin.zendesk | press@amlbitcoin.com | Ma060919! | |
| Adobe Creative Cloud | media@amlbitcoin.com | Ma070919! | |
| YouTube | press@amlbitcoin.com | MA080919! | |
| Facebook | press@amlbitcoin.com | MA090919! | Admin Page |
| Bitcointalk | amlbitcoin | MA100919! | |
| Invoiced | ceo@amlbitcoin.com | Ma110919! | |
| 99Designs | monex247@yahoo.com | MA120919! | |
| Skype-Press | atencoin@amlbitcoin.com | MA130919! | |
| Top Tracker | atencoin@amlbitcoin.com | MA140919! | |
| Pagely | admin@amlbitcoin.com | MA150919! | |
| Media@amlbitcoin.com | media@amlbitcoin.com | MA160919! | |
| Coin Payments | AMLMedia | MA170919! | |
| bernadetter@amlbitco | bernadette@amlbitcoin.com | MA180919! | |
| info@amlbitcoin | info@amlbitcoin.com | MA190919! | |
| kelsie@amlbitcoin | kelsie@amlbitcoin.com | MA200919! | |
| atencoin@amlbitcoin | atencoin@amlbitcoin.com | MA210919! | |
| Kelsie Secure Portal | Kelsie@amlbitcoin.com | Ma220919! | |
| Kelsie Keeper Security | Kelsie@amlbitcoin.com | MA230919! | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0805**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX805-001