

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0807**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00
070988
ANDRADE_DOJ_00070988
EX807-001



# BITCOIN & ATEN COIN
## IS A NEW KIND OF MONEY!



- HIGHLY SECURE DIGITAL PEER-TO-PEER NETWORKED CURRENCY
- ACCEPTED FOR EXCHANGE OF GOODS & SERVICES ALL ACROSS THE WORLD
- TRANSFERRED INTO MULTIPLE GLOBAL CURRENCIES
- SEND MONEY TO ANYONE ANYWHERE IN THE WORLD FOR LESS THAN A CENT PER TRANSACTION

 And, unlike other forms of currency, there is no central bank or government controlling this.

CONFIDENTIAL

ANDRADE_DOJ00000_00
070989
ANDRADE_DOJ_00070989
EX807-002



# Bitcoin Advantages & Disadvantages

Since it's inception, Bitcoin has proven to have unique advantages like freedom in payment, control and security and very low fees. However, Bitcoin has well-publicized disadvantages that lead the Aten Coin development team on a mission to create the Next Generation Cryptocurrency.

## BITCOIN DISADVANTAGES: RISK AND VOLATILITY

- Bitcoin's value is volatile because it is not backed by anything real or tangible.
- Susceptible to use in money laundering activities because identities of bitcoin users are unknown, although potentially traceable.
- Many banks will not accept bitcoin.

CONFIDENTIAL

ANDRADE_DOJ00000_00
070990
ANDRADE_DOJ_00070990
EX807-003

# Aten Coin is the First 100 Percent AML Compliant Virtual Currency.

Aten Coin seeks to improve on virtual currencies by listening to the marketplace, learning from the concerns of potential customers, and shoring up shortcomings found with virtual current currencies like Bitcoin.

### HERE ARE SOME OF OUR UNIQUE ADVANTAGES:

- Aten Coin's value is backed by Oil & Gas Production Projects.
- You are unable to own and spend any Aten Coin unless your identity is verified using multiple Anti-Money Laundering Techniques.
- Aten Coin is pseudonymous. Your privacy is protected in our Aten Coin System.
- The Aten Coin System is designed to automatically identify and red flag any suspicios activities.
- All suspicious activities will be available to governmental agencies (e.g. Fincen. gov) along with all your information.
- Banks are more willing to accept Aten Coin than Bitcoin because of Aten Coin's AML Features.

---

Now can you see why it is predicted that Aten Coin will be accepted with governmental agencies, banks, and those organizations and various entites that didn't accept bitcoin?

CONFIDENTIAL

ANDRADE_DOJ00000_00070991
ANDRADE_DOJ_00070991
EX807-004



# WHAT IS ATEN COIN?

Aten Coin is cryptocurrency introduced by The National Aten Coin (NAC) Foundation. It is named after the hypothetical precious metal Aten.

NAC is an organization that supports initiatives in oil & gas, electricity, and virtual currencies. Strengthening the social sector by advancing knowledge about using regulates virtual currencies in the U.S. and around the world in the energy sector is one of our main objectives.

Oil & Gas companies like Tahoe Oil & Gas have already agreed to start using Aten Coins. By the end of 2015 Aten Coins Oil & Gas Market is expected to be in the millions. Proprietary techniques are developed to verify ownership of Aten Coin holders, secure and monitor Aten Coin transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from stealing, maintain liquidity and stabilize the value of Aten Coin.

While maintaining the privacy of our customers, Aten Coin is designed to be 100% compliant with the following Statutes & Regulations: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Financial Crimes (AFF), regulations of Office of Foreign Assets Control (OFAC), Elder Abuse Reporting Act (EARA), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act. Our dedication to the AML regulatory practices make Aten Coin the most reliable electronic currency ever created.

CONFIDENTIAL

ANDRADE_DOJ00000_00
070992
ANDRADE_DOJ_00070992
EX807-005



## NEXT GENERATION CRYPTOCURRENCY & P2P TRANSACTION NETWORK

The Aten Coin Project aims to develop the next generation cryptocurrency and transaction network. The value of Aten Coin is non-volatile, while the transaction network is economic, secure and anti-money laundering. Instead of maintaining the network by Proof-of-Work, Aten Coin adopts the Proof-of-Stake 2.0 developed by the BlackCoin team.

## A UNIQUE APPROACH TO CREATING MARKET DEMAND

BGC International, Inc. promotes Aten Coin and creates market demand by investing in Oil & Gas Production business.

- Teamed with Oil & Gas Production Companies that currently work in the Oil & Gas Production business.
- All proceeds from the Oil & Gas Production projects are used to fund Aten Coin.
- Profits from the Oil & Gas Production projects to be paid by the Oil & Gas Production Companies in Aten Coin.
- Imagine Aten Coin (BGC) one day trading at the price per barrel of oil!

## A CRYPTOCURRENCY FOR DAILY USE

We plan to establish connections with various dealers, suppliers and shops.

- Teamed with companies providing Bitcoin payment and acceptance system, to create similar systems for Aten Coin
- Buy things in real life, including online games, meat and petroleum.

## INFLATION RESISTANT CRYPTOCURRENCY

While being backed by Oil & Gas Production business, a Bonus and Reward Program .......

- Monthly bonus in atencoins, equivalent to an annual interest of 12.68% in first 30 months.
- Rewards in atencoins, expecting to be comparable or even higher after 30 months.

CONFIDENTIAL

ANDRADE_DOJ00000_00
070993
ANDRADE_DOJ_00070993
EX807-006

# An Innovative Eco-System For Your Aten "Black Gold" Digital Coins




### BGC Wallet.com

Register and manage your Aten Coin Account, and join our Bonus and Reward Program.

### BGC Tracker

Get the latest value of Aten Coin right at your fingertips. The value of Aten Coin gets updated on server every two minutes and be viewed 24/7 online through our web app.


### BGC Mobile App

This Application brings its users the current price of Aten Coin and BitCoin which can be viewed in different currencies by people that will help them doing business from different parts of the world.

### BGC Wallet

An Electronic Wallet that holds your Coins and only allows you to make Secure Transactions Anywhere, Anytime!



- Corporate Office
  7495 Azure Dr. Suite 100,
- Las Vegas, NV 89130
  Telephone: +1 702-515-4038
- Email: admin@blackgoldcoin.com

 facebook.com/Aten Coin-BGC

 twitter.com/BlackGoldCoin

 Watch The Video
http://youtu.be/B8OIKvJZVNs 

Strategic partners

  SECURITIES COMPLIANCE   KARL RUZICKA, CPA
*Certified Public Accountant*

Copyright © 2014 All Rights Reserved. The Holders of Aten Coin have the right to use their Aten Coin currency to purchase oil and gas from companies that are Aten Coin BGC Alliance partners of Aten Coin. You are required to use Coin-Exchange to attain any Aten Coins trading agreement, without doing the partnership provided for the oil and gas companies to fund Aten Coin's monthly profits in Aten Coins. these ongoing companies should enhance the markets since there will always be a constant price based on supply and demand. Aten Coin BGC constant coin.

CONFIDENTIAL

ANDRADE_DOJ00000_00
070995
ANDRADE_DOJ_00070995
EX807-008