

**Extraction Report**
Apple iPhone Logical

## Participants

CRDLG @s.whatsapp.net
Jack Abramoff @s.whatsapp.net

## Conversation - Instant Messages (15)

 @s.whatsapp.net Jack Abramoff 11/5/2017 6:38:33 PM(UTC+0) 

please let me know if this works on the Canal draft:

 @s.whatsapp.net Jack Abramoff 11/5/2017 6:38:33 PM(UTC+0) 

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos DeLaGuardia has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

DeLaGuardia, former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees. Currently transit fees are mainly paid with cash, a system that permits corruption, money laundering and theft. The use if the AML BitCoin would eliminate each of those problems, as well as create a save, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, DeLaGuardia has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

 @s.whatsapp.net Jack Abramoff 11/5/2017 7:14:09 PM(UTC+0) 

here is the banking release. please let me know on both of these. I need to know that we can go with them, without fear that the people named will deny this and cause us embarrassment

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0891**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
**DEPUTY CLERK**

1

EX891-001

| | @s.whatsapp.net Jack Abramoff | 11/5/2017 7:14:10 PM(UTC+0) |

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it will launch a pilot program with Panamanian banks to replace the banks reliance on the SWIFT international money transfer system with the use of the AML BitCoin.

Thanks to presentations made a few weeks ago by NAC Foundation CEO Marcus Andrade, and the follow up discussions by AML BitCoin Vice President for Latin American Affairs, Carlos DeLaGuardia, a number of banks are preparing to participate in the pilot program. This ground-breaking pilot program could foreshadow an international shift away from the SWIFT program toward AML BitCoin.

NAC Foundation Chief Strategy Officer, Japheth Dillman, has been meeting with a number of US banks also interested in discovering whether AML BitCoin can solve the main issues they are having with the SWIFT system. The problems of SWIFT include the lack of security and the enormous fees charged per transaction.

Almost each month brings news of a new hack of the SWIFT system, with account holders expressing great frustration and fear to a host of internationally powerful banking institutions. The security system built into the innovative digital currency AML BitCoin removes the hacking threat that has faced SWIFT in recent years. The cost of the AML BitCoin transfer – which is also instant, versus the slow SWIFT system – is only 10% of the cost of a SWIFT transfer.

DeLaGuardia, a former Ambassador from Panama to the United States, reports that Canal Bank, a mid-sized bank, is likely to be one of the first to conduct the pilot next week, though Banco Nacional de Panama, the most important government-owned bank in Panama is also likely to participate in the same pilot program.

"I have been in discussions with Ronaldo DeLeon, the General Manager of Banco Nacional de Panama, and the interest is quite strong, said DeLaGuardia. "We hope to proceed with them as quickly as possible."

DeLaGuardia has also been working closely with the international law firm Morgan & Morgan, which is one of the world's most prestigious law firms in the banking sector. Their international banking clients have expressed great enthusiasm for the AML BitCoin, and it is rumored that a number of these banks have already purchased quantities of the AML BitCoin during its initial coin offering.

"A number of leading Latin American banks have reached out to us to explore a secure and cost-efficient alternative for the SWIFT system. They feel that the patent-pending AML/KYC components of the AML BitCoin might be the solution to the immense problems plaguing the international money transfer industry," said Carlos DeLaGuardia, VP of Latin American Affairs for AML BitCoin.

Panama is particularly important to AML BitCoin as it gains interest among national authorities throughout the world, since Panama has been beset by money laundering issues recently. AML BitCoin is seen as a possible solution to these challenges.

| | @s.whatsapp.net CRDLG | 11/5/2017 8:32:31 PM(UTC+0) |

Pls see suggested changes in parenthesis:

| | @s.whatsapp.net CRDLG | 11/5/2017 8:37:31 PM(UTC+0) |

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos (De La Guardia) has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

(De La Guardia), former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees. Currently transit fees are mainly paid (in advance) with cash, (a system that permits corruption, money laundering and theft - eliminate this sentence) The use if the AML BitCoin would (prevent any possible illegal activity), as well as create a save, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, (De La Guardia) has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

  @s.whatsapp.net CRDLG                                                                                             11/5/2017 9:40:43 PM(UTC+0)

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it will launch a pilot program with Panamanian banks to replace the banks reliance on the SWIFT international money transfer system with the use of the AML BitCoin.

Thanks to presentations made a few weeks ago by NAC Foundation CEO Marcus Andrade, and the follow up discussions by AML BitCoin Vice President for Latin American Affairs, Carlos (De La Guardia), a number of banks are preparing to participate in the pilot program. This ground-breaking pilot program could foreshadow an international shift away from the SWIFT program toward AML BitCoin.

NAC Foundation Chief Strategy Officer, Japheth Dillman, has been meeting with a number of US banks also interested in discovering whether AML BitCoin can solve the main issues they are having with the SWIFT system. The problems of SWIFT include the lack of security and the enormous fees charged per transaction.

Almost each month brings news of a new hack of the SWIFT system, with account holders expressing great frustration and fear to a host of internationally powerful banking institutions. The security system built into the innovative digital currency AML BitCoin removes the hacking threat that has faced SWIFT in recent years. The cost of the AML BitCoin transfer – which is also instant, versus the slow SWIFT system – is only 10% of the cost of a SWIFT transfer.

(De La Guardia), a former Ambassador from Panama to the United States, reports that Canal Bank, a mid-sized bank, is likely to be one of the first to conduct the pilot (next week- replace by: in the following weeks), though Banco Nacional de Panama, the most important government-owned bank in Panama is also likely to participate in the same pilot program.

"I have been in discussions with Ronaldo DeLeon, the General Manager of Banco Nacional de Panama, and the interest is quite strong, said (De La Guardia). "We hope to proceed with them as quickly as possible."

(De La Guardia) has also been working closely with the international law firm Morgan & Morgan, which is one of the world's most prestigious law firms in the banking sector. Their international banking clients (have expressed great enthusiasm- replace by: would be perfect beneficiaries of) the AML BitCoin, and (it is rumored that a number of these banks have already purchased quantities of the AML BitCoin during its initial coin offering- Cannot say that. Would get us in trouble, but you can quote me on: "many LatAm banks I have visited have been acquiring AML Bitcoin as a strategy to develop their wallets and provide better services at a lower costs". Talk about banks in LatAm and don't mention Panama.

"A number of leading Latin American banks have reached out to us to explore a secure and cost-efficient alternative for the SWIFT system. They feel that the patent-pending AML/KYC components of the AML BitCoin might be the solution to the immense problems plaguing the international money transfer industry," said Carlos (De La Guardia, VP of Latin American Affairs for AML BitCoin.

Panama is particularly important to AML BitCoin as it gains interest among national authorities throughout the world, since Panama has been beset by money laundering issues recently. AML BitCoin is seen as a possible solution to these challenges.

 @s.whatsapp.net Jack Abramoff                                                                                             11/5/2017 9:51:58 PM(UTC+0) 

here is the final Canal press release per your edits:

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos De La Guardia has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

De La Guardia, former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees. Currently transit fees are mainly paid in advance with cash. The use of the AML BitCoin would prevent any possible illegal activity, as well as create a safe, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, De La Guardia has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

**@s.whatsapp.net Jack Abramoff** — 11/5/2017 9:52:55 PM(UTC+0)

here is the final banking PR, per your edits, but MARCUS WANTS TO KNOW IF THERE'S ANY WAY FOR YOU TO GET A QUOTE FROM ANY OF THE BANKERS CONSISTENT WITH THIS DRAFT, THAT WE CAN USE? he would go out with it on Wednesday.  he'll go with Panama today.  here's the current draft:

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it will launch a pilot program with Panamanian banks to replace the banks reliance on the SWIFT international money transfer system with the use of the AML BitCoin.

Thanks to presentations made a few weeks ago by NAC Foundation CEO Marcus Andrade, and the follow up discussions by AML BitCoin Vice President for Latin American Affairs, Carlos De La Guardia, a number of banks are preparing to participate in the pilot program.  This ground-breaking pilot program could foreshadow an international shift away from the SWIFT program toward AML BitCoin.

NAC Foundation Chief Strategy Officer, Japheth Dillman, has been meeting with a number of US banks also interested in discovering whether AML BitCoin can solve the main issues they are having with the SWIFT system.  The problems of SWIFT include the lack of security and the enormous fees charged per transaction.

Almost each month brings news of a new hack of the SWIFT system, with account holders expressing great frustration and fear to a host of internationally powerful banking institutions.  The security system built into the innovative digital currency AML BitCoin removes the hacking threat that has faced SWIFT in recent years.  The cost of the AML BitCoin transfer – which is also instant, versus the slow SWIFT system – is only 10% of the cost of a SWIFT transfer.

De La Guardia, a former Ambassador from Panama to the United States, reports that Canal Bank, a mid-sized bank, is likely to be one of the first to conduct the pilot in the following weeks, though Banco Nacional de Panama, the most important government-owned bank in Panama is also likely to participate in the same pilot program.

"I have been in discussions with Ronaldo DeLeon, the General Manager of Banco Nacional de Panama, and the interest is quite strong, said De La Guardia. "We hope to proceed with them as quickly as possible."

De La Guardia has also been working closely with the international law firm Morgan & Morgan, which is one of the world's most prestigious law firms in the banking sector.  Their international banking clients would be perfect beneficiaries of the AML BitCoin.

"Many of the Latin American banks I have visited have been acquiring AML Bitcoin as a strategy to develop their portfolios and provide better services at a lower costs," revealed De La Guardia. "Plus, a number of leading Latin American banks have reached out to us to explore a secure and cost-efficient alternative for the SWIFT system.  They feel that the patent-pending AML/KYC components of the AML BitCoin might be the solution to the immense problems plaguing the international money transfer industry."

Panama is particularly important to AML BitCoin, since Panama has been beset by money laundering issues recently.  AML BitCoin is seen as a possible solution to these challenges.

**@s.whatsapp.net CRDLG** — 11/5/2017 10:58:11 PM(UTC+0)

Roberto Brenes, GM at Canal Bank, along with Erick Garay, Head of Technology and Information Systems (IS) said: "we like what we see, we are ready for the following step: Pilot Plan".

**@s.whatsapp.net Jack Abramoff** — 11/5/2017 10:58:42 PM(UTC+0)

got it. thanks

**@s.whatsapp.net CRDLG** — 11/5/2017 11:01:55 PM(UTC+0)

**@s.whatsapp.net CRDLG** — 11/5/2017 11:02:26 PM(UTC+0)

Ask Marcus for my other 25K coins when you find it appropriate.

**@s.whatsapp.net Jack Abramoff** — 11/5/2017 11:07:59 PM(UTC+0)

how about this:

**@s.whatsapp.net Jack Abramoff** — 11/5/2017 11:08:00 PM(UTC+0)

Roberto Brenes, General Manager of Canal Bank and Erick Garay, Head of Technology and Information Systems for the bank told De La Guardia that they "like what we see, and we are ready to implement the Pilot Program."