# Extraction Report
**Apple iPhone Logical**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**TRIAL EXHIBIT 0898**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**Participants**
Marcus Andrade ▮▮▮▮@s.whatsapp.net
Jack Abramoff ▮▮▮▮@s.whatsapp.net

**Conversation - Instant Messages (13)**

---

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 12:42:44 AM(UTC+0)
i'm on with the production company. we're going to need to wire money tomorrow to have any shot to get this commercial done in time. can we do that? i don't have a number yet, but will late tonight

**▮▮@s.whatsapp.net Marcus Andrade** — 1/18/2018 12:43:24 AM(UTC+0)
Ok get me a number

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 12:49:06 AM(UTC+0)
i'll have it late tonight

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 12:53:33 AM(UTC+0)
just sent you what I got from my brother, on email

**▮▮@s.whatsapp.net Marcus Andrade** — 1/18/2018 12:53:54 AM(UTC+0)
I will review now

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:55:39 AM(UTC+0)
I have 2 production teams on the commercial standing by. Team 1 (Peter Tilden) is getting me a budget late tonight. Team 2 (John Bryan) told me a few minutes ago that their estimate is $500K, though it could be less. They also cannot deliver the commercial to us until January 31. that is not ideal. When team 1 tells me their delivery date later tonight (I asked for Jan 29) we can decide. The reason delivery is important is that we need to launch the rejection campaign as early in the week of the 29th as possible, because as of the end of that week, the regular Super Bowl media will dominate and we will be pushed aside (until the second thrust for us after the game - about being hacked - btw, please make sure we're ready for that cyber attack, since it's going to be furious). Anyway, that's the lay of the land right now. I'll get more info later today and will be in touch.

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:55:43 AM(UTC+0)
Where are you staying?

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:56:00 AM(UTC+0)
When do you go tomorrow to Anaheim for the speech?

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:56:08 AM(UTC+0)
when are you leaving california?

**▮▮@s.whatsapp.net Marcus Andrade** — 1/18/2018 2:56:48 AM(UTC+0)
I am on the run way.

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:56:54 AM(UTC+0)
btw, the production cost is not the entire cost of this project. it is just the most expensive and important part. we also have the cost for the PR team to get this out there around the world, and limited buys to ignite more press.

**▮▮@s.whatsapp.net Jack Abramoff** — 1/18/2018 2:57:06 AM(UTC+0)
those numbers will follow after we get the production piece in place



@s.whatsapp.net Marcus Andrade  1/18/2018 2:57:14 AM(UTC+0)

I am staying at the Hilton in Anahheim