

**Extraction Report**
Apple iPhone Logical

## Participants

Marcus Andrade ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

## Conversation - Instant Messages (9)

**@s.whatsapp.net Marcus Andrade** — 1/23/2018 7:59:19 PM(UTC+0)
Have you spoken to japheth yet?

**@s.whatsapp.net Jack Abramoff** — 1/23/2018 8:00:17 PM(UTC+0)
yes

**@s.whatsapp.net Jack Abramoff** — 1/23/2018 8:00:55 PM(UTC+0)
he thought you told him that we were doing an ad on the super bowl, not the rejection ad. I tried to spin it positively but he thought you told him that

**@s.whatsapp.net Marcus Andrade** — 1/23/2018 8:02:40 PM(UTC+0)
https://www.bloomberg.com/news/articles/2018-01-22/digital-token-exchange-claims-first-sec-compliant-trade

**@s.whatsapp.net Marcus Andrade** — 1/23/2018 8:03:02 PM(UTC+0)
I did not mention a rejection ad no one should know that other than you and me and those around us

**@s.whatsapp.net Marcus Andrade** — 1/23/2018 8:03:15 PM(UTC+0)
It could be looked at negatively if people know that we were going that route

**@s.whatsapp.net Jack Abramoff** — 1/23/2018 8:04:15 PM(UTC+0)
the production guys know it, and he would definitely hear something on the set tomorrow.

**@s.whatsapp.net Jack Abramoff** — 1/24/2018 12:12:07 AM(UTC+0)
i'm seeing Japheth for dinner tonight. please let me know when you can chat. I need to know what you have told him, so I don't contradict it.

**@s.whatsapp.net Marcus Andrade** — 1/24/2018 12:17:41 AM(UTC+0)
Let's have a talk in 15 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0900**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK