

**Participants**
Marcus Andrade ████████@s.whatsapp.net
Jack Abramoff ████████@s.whatsapp.net

**Conversation - Instant Messages (26)**

| | | |
|---|---|---|
| @s.whatsapp.net Jack Abramoff | | 5/7/2018 3:19:16 AM(UTC+0) |
| our price is dropping rather rapidly. any ideas? | | |

| @s.whatsapp.net Marcus Andrade | 5/7/2018 4:42:46 AM(UTC+0) |
| Yes that's because people were selling off | |

@s.whatsapp.net Marcus Andrade — 5/7/2018 4:42:59 AM(UTC+0)
We are down to 2.05

@s.whatsapp.net Marcus Andrade — 5/7/2018 4:43:25 AM(UTC+0)
As soon as Market-making kicks in will be good to go

@s.whatsapp.net Jack Abramoff — 5/7/2018 11:42:21 AM(UTC+0)
super.

@s.whatsapp.net Jack Abramoff — 5/7/2018 12:46:50 PM(UTC+0)
we're under $1.50!

@s.whatsapp.net Marcus Andrade — 5/7/2018 12:48:36 PM(UTC+0)
It means people are really dumping their coins

@s.whatsapp.net Jack Abramoff — 5/7/2018 1:14:17 PM(UTC+0)
could that be because things festered on line for a long time, and we never sent out any responses for that AMA, and that people concluded they better get out -once they saw we were trading? can we get the marketing going and get those AMA answers out?

@s.whatsapp.net Marcus Andrade — 5/7/2018 1:18:31 PM(UTC+0)
No it has to do with marketing

@s.whatsapp.net Marcus Andrade — 5/7/2018 1:18:38 PM(UTC+0)
No one knows we're listed yet

@s.whatsapp.net Jack Abramoff — 5/7/2018 1:18:56 PM(UTC+0)
our coinholders do, since Melissa sent out that notice to them

@s.whatsapp.net Marcus Andrade — 5/7/2018 1:19:07 PM(UTC+0)
And it has to do with people dumping early

@s.whatsapp.net Jack Abramoff — 5/7/2018 1:19:14 PM(UTC+0)
when does the marketing start?

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 0901
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
    DEPUTY CLERK
```

1

EX901-001

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:19:21 PM(UTC+0)
But actually we're still doing very good right now

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:19:34 PM(UTC+0)
Usually on the first day or two everyone dumps in the prices usually $0.22

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:19:56 PM(UTC+0)
And then 2 weeks later and usually regains to over a dollar

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:20:05 PM(UTC+0)
The good thing is we're at $2 and we're not even market-making

**@s.whatsapp.net Jack Abramoff** — 5/7/2018 1:20:58 PM(UTC+0)
when is that going to start? we need to launch immediately.

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:21:20 PM(UTC+0)
First we're hitting Asia

**@s.whatsapp.net Jack Abramoff** — 5/7/2018 1:21:26 PM(UTC+0)
today?

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:21:31 PM(UTC+0)
Yes

**@s.whatsapp.net Jack Abramoff** — 5/7/2018 1:21:33 PM(UTC+0)
great

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:21:42 PM(UTC+0)
Just please get me the pr from your side

**@s.whatsapp.net Jack Abramoff** — 5/7/2018 1:21:47 PM(UTC+0)
pedal to the metal. we don't want to lose momentum

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:21:52 PM(UTC+0)
I can assure you Melissa knows what she's doing on her side

**@s.whatsapp.net Marcus Andrade** — 5/7/2018 1:22:00 PM(UTC+0)
Agreed