

**Extraction Report**
Apple iPhone Logical

**Participants**

John Bryan ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

**Conversation - Instant Messages (74)**

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 8:48:19 PM(UTC+0)

OK, I had a chance to review things with Marcus. Here is what he is willing to do. He will sell 500,000 ABTC for $1/token. He is willing to leave $250,000 of that with you to be used for the program and wants $250,000 of that amount sent to the company for use in the patenting and licensing. So, you will have a budget of $250,000 to effect a significant change in the volume and, more importantly, the price of the token. He expects that you will need to use a portion of that for purchasing, but he leaves it to you to do what you need to market properly. The coin purchaser (Quinn?) will sign a purchase agreement with NAC for the tokens, along the lines of the one you signed both times. He will not provide additional tokens beyond this. Please let me know if you can work with this. If not, I'm not sure where we can go from here, but hopefully this will work.

---

@s.whatsapp.net John Bryan — 5/22/2018 8:49:20 PM(UTC+0)

Okay great let me give let me work on this and see what I can do

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 8:49:35 PM(UTC+0)

sounds good

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 9:50:57 PM(UTC+0)

the token is down to .73. is there anything you guys can do?

---

@s.whatsapp.net John Bryan — 5/22/2018 9:51:18 PM(UTC+0)

yes... let me work on it now

---

@s.whatsapp.net John Bryan — 5/22/2018 9:51:20 PM(UTC+0)

hold on

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 9:51:26 PM(UTC+0)

thanks

---

@s.whatsapp.net John Bryan — 5/22/2018 9:53:24 PM(UTC+0)

let me show you what happens ... we buy and then we get shit on ... i will push it up and you can watch it ... OK?

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 9:53:34 PM(UTC+0)

ok

---

@s.whatsapp.net Jack Abramoff — 5/22/2018 9:54:07 PM(UTC+0)

who is selling? are people buying when it is low, and then selling when it gets up?

---

@s.whatsapp.net John Bryan — 5/22/2018 9:54:35 PM(UTC+0)

i will tell you exactly when i will do it

---

@s.whatsapp.net John Bryan — 5/22/2018 9:54:36 PM(UTC+0)

hold on

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0902**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1

EX902-001

**@s.whatsapp.net John Bryan** — 5/22/2018 9:54:37 PM(UTC+0)
so you can see for your self

**@s.whatsapp.net John Bryan** — 5/22/2018 9:55:00 PM(UTC+0)
no

**@s.whatsapp.net John Bryan** — 5/22/2018 9:55:03 PM(UTC+0)
there is no buying at all

**@s.whatsapp.net Jack Abramoff** — 5/22/2018 9:55:04 PM(UTC+0)
it's at .95

**@s.whatsapp.net Jack Abramoff** — 5/22/2018 9:55:11 PM(UTC+0)
so who is selling?

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:16 PM(UTC+0)
Hey Jack I'm sending you lots of messages right now but I can't see if they don't look like they're going through

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:29 PM(UTC+0)
all the buyers are sittling at about $.50

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:29 PM(UTC+0)
do you have a screen?

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:29 PM(UTC+0)
let's share on skpe

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:29 PM(UTC+0)
and let me show you

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:29 PM(UTC+0)
i can share screens for you

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:30 PM(UTC+0)
so you can see for yourself

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:30 PM(UTC+0)
jack?

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:47 PM(UTC+0)
i don't thinkn your whats app is working

**@s.whatsapp.net John Bryan** — 5/22/2018 9:56:53 PM(UTC+0)
cna you see my messages?

**@s.whatsapp.net Jack Abramoff** — 5/22/2018 9:57:00 PM(UTC+0)
i just got these. forget the buyers. who are the sellers driving the price down?

**@s.whatsapp.net John Bryan** — 5/22/2018 9:57:01 PM(UTC+0)
now they are working

**@s.whatsapp.net John Bryan** — 5/22/2018 9:57:15 PM(UTC+0)
can you share a screen ?

**John Bryan** — 5/22/2018 9:57:15 PM(UTC+0)
i will show you

**Jack Abramoff** — 5/22/2018 9:57:27 PM(UTC+0)
can't. i'm on a skype conf call

**John Bryan** — 5/22/2018 9:57:35 PM(UTC+0)
are you on skype now ?

**Jack Abramoff** — 5/22/2018 9:57:48 PM(UTC+0)
i'm on a skype conf call. can't do a screen share

**John Bryan** — 5/22/2018 9:57:50 PM(UTC+0)
hold on

**John Bryan** — 5/22/2018 9:57:50 PM(UTC+0)
ok

**John Bryan** — 5/22/2018 9:58:08 PM(UTC+0)
let me give you the buyers prices

**John Bryan** — 5/22/2018 9:58:38 PM(UTC+0)
the first real buyer is at $25 cents

**John Bryan** — 5/22/2018 9:59:31 PM(UTC+0)
and one at $.20 and one at $.12

**Jack Abramoff** — 5/22/2018 9:59:32 PM(UTC+0)
ok. i have to refocus on this call i'm on. i'll call later

**Jack Abramoff** — 5/22/2018 9:59:35 PM(UTC+0)
after my dinner

**John Bryan** — 5/22/2018 9:59:39 PM(UTC+0)
they are real

**John Bryan** — 5/22/2018 9:59:39 PM(UTC+0)
nad waiting for panick

**John Bryan** — 5/22/2018 9:59:39 PM(UTC+0)
they also might be selling to get it down there

**Jack Abramoff** — 5/22/2018 9:59:48 PM(UTC+0)
ok got it

**John Bryan** — 5/22/2018 9:59:54 PM(UTC+0)
i am at .73

**John Bryan** — 5/22/2018 9:59:57 PM(UTC+0)
right now

**John Bryan** — 5/22/2018 10:00:00 PM(UTC+0)
fighting

**@s.whatsapp.net John Bryan** — 5/22/2018 10:01:00 PM(UTC+0)
i just did a trade with myself at .03

**@s.whatsapp.net Jack Abramoff** — 5/22/2018 10:01:20 PM(UTC+0)
ouch

**@s.whatsapp.net John Bryan** — 5/22/2018 10:01:51 PM(UTC+0)
sorry

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:01 PM(UTC+0)
$.95

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:01 PM(UTC+0)
i bought it and i sold it

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:02 PM(UTC+0)
to show some volume

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:02 PM(UTC+0)
i did 10,000

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:17 PM(UTC+0)
there is a buyer now at .33

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:36 PM(UTC+0)
and one at .65

**@s.whatsapp.net John Bryan** — 5/22/2018 10:02:49 PM(UTC+0)
when i do a trade like this

**@s.whatsapp.net John Bryan** — 5/22/2018 10:03:01 PM(UTC+0)
for 10,000 people get more confident

**@s.whatsapp.net John Bryan** — 5/22/2018 10:03:32 PM(UTC+0)
it is important for everyone to see what we are fighting

**@s.whatsapp.net John Bryan** — 5/22/2018 10:03:36 PM(UTC+0)
and what we need to do

**@s.whatsapp.net John Bryan** — 5/22/2018 10:04:17 PM(UTC+0)
the main buyers are just the cut throats... they are sitting down at $.25

**@s.whatsapp.net John Bryan** — 5/22/2018 10:04:39 PM(UTC+0)
they are offering to buy 12,000 at $.25  .20 and .08

**@s.whatsapp.net John Bryan** — 5/22/2018 10:04:50 PM(UTC+0)
they are just looking for desparte peoiple

**@s.whatsapp.net John Bryan** — 5/22/2018 10:04:58 PM(UTC+0)
they are the only buyers here in the market

**@s.whatsapp.net John Bryan** — 5/22/2018 10:05:24 PM(UTC+0)
so .. i pushed it up to $.96

> @s.whatsapp.net John Bryan — 5/22/2018 10:06:08 PM(UTC+0)
> and i am sure they are the same people on ETH pair

> @s.whatsapp.net John Bryan — 5/22/2018 10:06:20 PM(UTC+0)
> because they are at the same price

> @s.whatsapp.net John Bryan — 5/22/2018 10:06:22 PM(UTC+0)
> $.25

> @s.whatsapp.net John Bryan — 5/22/2018 10:06:57 PM(UTC+0)
> same person and same price ...

> @s.whatsapp.net John Bryan — 5/22/2018 10:07:09 PM(UTC+0)
> so you can see what i just did

> @s.whatsapp.net Jack Abramoff — 5/22/2018 10:07:41 PM(UTC+0)
> got it. thanks John. i'll call later.

> @s.whatsapp.net John Bryan — 5/22/2018 10:07:42 PM(UTC+0)
> i pushed it from $.73 to $.95 on BTC pair

> @s.whatsapp.net John Bryan — 5/22/2018 10:07:45 PM(UTC+0)
> ok

EX902-005