

# Extraction Report
Apple iPhone Logical

## Participants
Marcus Andrade ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

## Conversation - Instant Messages (6)

**@s.whatsapp.net Marcus Andrade** — 11/8/2017 2:59:22 AM(UTC+0)
Call me when you can

**@s.whatsapp.net Marcus Andrade** — 11/8/2017 3:28:22 AM(UTC+0)
Interested parties can visit www.amlbitcoin.com or www.amltoken.com to learn more.

About NAC Foundation:

NAC Foundation, headquartered in the U.S. is the creator of the AML Bitcoin and its predecessor digital currency, the Aten Coin, both of which were built with anti-money laundering, anti-terrorism and theft-resistant properties built into the coin. As a result, they are compliant with numerous laws, including Anti-Money Laundering (AML), PATRIOT Act, Bank Secrecy Act and Anti-Fraud and Financial Crimes (AFF). NAC's mission is to strengthen the social sector by advancing knowledge about the use of regulated digital currencies and blockchain technology globally.

Media Contact:
PR Company
Person Name
Number

**@s.whatsapp.net Jack Abramoff** — 11/8/2017 3:41:23 AM(UTC+0)
here is a better rewrite of that paragraph, and I think we should use this version:

**@s.whatsapp.net Jack Abramoff** — 11/8/2017 3:41:24 AM(UTC+0)
About NAC Foundation:

NAC Foundation, headquartered in the U.S., is the creator of the AML BitCoin, the world's only patent-pending digital currency with anti-money laundering, know-your-customer, anti-terrorism and theft-resistant properties. AML BitCoin is compliant with all major national security and financial protection laws and regulations, including the USA PATRIOT Act and the Bank Secrecy Act. NAC's mission is to strengthen the acceptance and use of digital currencies by advancing throughout the world security compliance, combined with blockchain technology.

Media Contact:
PR Company
Person Name
Number

**@s.whatsapp.net Marcus Andrade** — 11/8/2017 3:41:45 AM(UTC+0)
Thanks

**@s.whatsapp.net Marcus Andrade** — 11/8/2017 3:41:54 AM(UTC+0)
Sending now

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0913**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK