

**Extraction Report**
Apple iPhone Logical

## Participants

Marcus Andrade ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

## Conversation - Instant Messages (4)

   ███████@s.whatsapp.net Jack Abramoff                                  11/8/2017 4:39:52 PM(UTC+0)   

here is the PR from your trip to Estonia/Slovenia, approved by Natko

AML BitCoin Announces Breakthrough Meetings With Estonian and Slovenian Government Leaders

Marcus Andrade, chief operating officer of the NAC Foundation, LLC, and creator of the innovative new digital currency AML BitCoin, met with Slovenian and Estonian officials to probe how their governments could utilize AML BitCoin's patent-pending digital blockchain platform.

Meeting with representatives of several governments at the time of the EU Digital Summit held in Tallinn, Estonia, Andrade had productive discussions with the Estonian e-Residency team, which has explored launching its own digital currency, the ESTcoin.

Andrade also briefed numerous Estonian legislative leaders, including key Parliamentarian digital commerce leader, Kalle Palling, on the intense international governmental interest in partnering with AML BitCoin as the solution for the instability and security issues threatening original Bitcoin.

"Because of its AML/KYC (anti-money laundering/know your customer) features, AML BitCoin is the digital currency most able to engage in mainstream commerce, taking its place among traditional payment options", explained Andrade.

Marek Pajussar from the Estonian Financial Supervision Authority expressed strong interest in AML BitCoin's technological advances with AML and KYC protocols and procedures.

In Slovenia, Andrade briefed the Slovenian Deputy Prime Minister and Minister of Public Administration, Boris Koprivnikar. Minister Koprivnikar acknowledged that blockchain is the technology of the future and wanted to understand how the identification segment of the AML BitCoin platform worked and could be used on a wider scale.

In his role as Minister of Public Administration, Mr Koprivnikar's mission is to ensure efficient and forward-looking support for Slovenian citizen, industry and government initiatives.

"AML BitCoin's white label platform is unique. It relies on complex verification methods, such as patent-pending biometric digital identification, that other digital currencies and financial technology platforms do not have and have not yet developed. This makes the AML BitCoin platform ideal for use by governments wanting to make their services digital, but also wanting to protect user identity", explained Andrade.

In addition to his successful meeting with Minister Koprivnikar, Andrade also met with key representatives of the Slovenian National Assembly. Deputy Matej Tonin, one of the representatives pushing for cyber security regulation, queried Andrade about how other governments are approaching regulating blockchain and digital currencies.

"A number of nations throughout the world have recently moved against anonymous digital currency, such as Bitcoin, for fear that their anonymity promotes entry by criminal and terrorist elements into otherwise protected financial systems. In the United States, Members of Congress are considering legislation barring the use by U.S. merchants of anonymous, non-AML compliant cryptocurrencies", explained Andrade.

Andrade hopes that Slovenia and Estonia, the European Union's technology leaders, will soon join other governments around the world partnering with AML BitCoin to promote the use of digital currency with their stable and secure AML BitCoin platform.

About NAC Foundation:

NAC Foundation, headquartered in the U.S., is the creator of the AML BitCoin, the world's only patent-pending digital currency with anti-money laundering, know-your-customer, anti-terrorism and theft-resistant properties. AML BitCoin is compliant with all major national security and financial protection laws and regulations, including the USA PATRIOT Act and the Bank Secrecy Act. NAC's mission is to strengthen the acceptance and use of digital currencies by advancing throughout the world security compliance, combined with blockchain technology.

Media Contact:
PR Company
Person Name
Number

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
       TRIAL EXHIBIT 0914
    CASE NO.:  CR 20-249 RS
    DATE ENTERED_____
    BY_____
        DEPUTY CLERK
```

1

EX914-001

@s.whatsapp.net Jack Abramoff — 11/8/2017 5:01:16 PM(UTC+0) 

Here's the UK

AML BitCoin Gains Rapport in the UK

Marcus Andrade, chief operating officer of NAC Foundation, LLC, creator of the innovative new digital currency AML BitCoin, met with Adam Afriyie, Member of the Parliament of the United Kingdom, in London to discuss how AML BitCoin can solve the concerns impeding the widespread introduction of digital currencies in the UK.

MP Afriyie, chair of the House of Commons All Party Parliamentary Group on Fintech, is the leader in the Parliament on issues related to cryptocurrency, and is renowned as the first MP to discuss blockchain technology on the floor of the House of Commons.  Blockchain is the technology that underpins the world of digital currency, and is a publicly distributed ledge of transaction empowering the next wave of tech innovation throughout the world.

"I believe the AML/KYC compliance linked to the AML BitCoin through our patent-pending cutting edge technology greatly impressed Chairman Afriyie," said Andrade. "We discussed rapidly moving forward on a series of briefings for important stakeholders, and our providing his offices with materials geared to assist in the spread of information related to blockchain and digital currencies."

A number of nations throughout the world have recently moved against anonymous digital currency, such as Bitcoin, for fear that their anonymity promotes entry by criminal and terrorist elements into otherwise protected financial systems.

In the United States, Members of Congress are considering legislation barring the use by U.S. merchants of anonymous, non-AML compliant cryptocurrencies.  It is anticipated that the United Kingdom may move in a similar direction, making the arrival of AML BitCoin – the world's only digital currency with patent-pending biometric digital identification built into its architecture – a potential solution to these internationally shared concerns.

Andrade hopes that Chairman Afriyie will soon convene a roundtable for the All Party Parliamentary Group on Fintec, including MPs, members of the House of Lords and other key stakeholders, at which AML BitCoin will have an opportunity to further present the key elements of their groundbreaking technology.

In addition to his successful meeting with Afriyie, Andrade also met with key leaders at the London Stock Exchange.  The LSE has an international reputation as a vanguard institution, leading in financial innovation.  Andrade met with Dr. Robert Barnes, Global Head of Primary Markets and Antonella Amadei, Head of Global Development Market Infrastructures to discuss the astonishing growth of cryptocurrencies, in light of the challenges they pose to established financial institutions – including the concerns shared by most finance leaders that digital currencies are unstable and could introduce undesirable elements into finely tuned financial systems.

Andrade provided the LSE representatives with an explanation how AML BitCoin was a unique digital currency and could actually provide the solution to both the instability and insecurities generated by the world of anonymous digital currency.  The LSE will continue to study cryptocurrency and explore how it might be possible to work with AML BitCoin to solve some of the concerns they share.

  @s.whatsapp.net Marcus Andrade — 11/8/2017 5:06:12 PM(UTC+0)

Great work

  @s.whatsapp.net Marcus Andrade — 11/8/2017 5:06:30 PM(UTC+0)

I will be providing you with updates shortly