

# Extraction Report
Apple iPhone Logical

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0920**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

## Participants

Marcus Andrade ▮▮▮▮▮▮▮@s.whatsapp.net
Jack Abramoff ▮▮▮▮▮▮▮@s.whatsapp.net

## Conversation - Instant Messages (32)

**▮▮▮@s.whatsapp.net Jack Abramoff** — 11/19/2017 12:48:53 PM(UTC+0)

We are no where on the internet. I have asked 5 people who are on btc sites all day to look, and we're no where. if you want to see a company doing this correctly, look at bitcoinira.com. they are everywhere. We are asking people to invest with us, but they can't find us. we are coming off like a scam. and blowing the last chance we are going to have with this project. you need to spend more money and get the ads out there, or prepare for a refund request by everyone who has bought the coins so far, or worse. Plus, i checked the site this morning and we have only sold less than 1/2 of 1% of the amount we were going to try to raise, and this is over 6 weeks since our ICO started.

**▮▮▮@s.whatsapp.net Jack Abramoff** — 11/19/2017 1:14:38 PM(UTC+0)

I'm sorry to have so many harsh messages first thing in the morning, but I have now reviewed all the banner ads (at least all that were in the 3 zip files I found based on the email you sent me). These are all TERRIBLE. I now know why no one is buying the AML BitCoin token. Have you seen the banner ads that other coins are putting out there? They're all about the future of cryptocurrency, how to make money on btc, etc. they are intriguing. you want to click their site (I did!). The AML Bitcoin ads are beyond horrible. the only future they mention is "the future is much brighter today." What does that even mean? most are about transparency and compliance. Why would a coin buyer care at all about that? nothing about how we can't be hacked. nothing about AML Bitcoin taking over the coin world, being the coin of the future. nothing to make anyone click and buy. Marcus, the level of incompetence in this project is stunning to me. I think you and I need to find a time to meet face to face.

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 3:10:58 PM(UTC+0)

Ads across all platforms have been shown 57,211 times last night when it started This number will increase today.

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 3:11:17 PM(UTC+0)

Please write me up 5 slogans and we'll get some mock-up designs today

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 3:12:12 PM(UTC+0)

As far as the banner I have been using, I will put it here in just a few.

**▮▮▮@s.whatsapp.net Jack Abramoff** — 11/19/2017 8:40:23 PM(UTC+0)

Catin +1▮▮▮▮▮

**▮▮▮@s.whatsapp.net Jack Abramoff** — 11/19/2017 10:22:33 PM(UTC+0)

do we have anything from Melissa?

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 10:29:23 PM(UTC+0)

It's funny you mention that I just got the first one now they're coming in as we're speaking

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 10:30:19 PM(UTC+0)

We have to pick the best five here is the first one.

**▮▮▮@s.whatsapp.net Marcus Andrade** — 11/19/2017 10:30:22 PM(UTC+0)

-------

**▮▮▮@s.whatsapp.net Jack Abramoff** — 11/19/2017 10:30:41 PM(UTC+0)

?



████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:30:45 PM(UTC+0)

1) If you missed Bitcoin, an enhanced Bitcoin is now launching!

████████ @s.whatsapp.net Jack Abramoff — 11/19/2017 10:30:58 PM(UTC+0)

that's terrible

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:31:21 PM(UTC+0)

2) A new, technologically upgraded Bitcoin is now available at $1...Buy it Now

████████ @s.whatsapp.net Jack Abramoff — 11/19/2017 10:31:45 PM(UTC+0)

are you serious? are these really what she's coming up with?

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:33:09 PM(UTC+0)

3) If you just discovered Bitcoin, it is time to discover Aml Bitcoin...Buy early at $1

████████ @s.whatsapp.net Jack Abramoff — 11/19/2017 10:33:42 PM(UTC+0)

that's better than the other 2, but still terrible

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:39:14 PM(UTC+0)

4)If you are impressed with Bitcoin, its upgraded version could be even bigger.

████████ @s.whatsapp.net Jack Abramoff — 11/19/2017 10:40:31 PM(UTC+0)

I am assuming her last (of the 5) is as bad as the rest of these. I am astonished that someone in the advertising industry would have so little sense as to what works. I am going to call you as soon as I am off the phone.

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:44:23 PM(UTC+0)

5) The next big thing in Crypto!

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:44:59 PM(UTC+0)

6)The crypto community awaits the launch of an innovative new Bitcoin Buy for $1 early

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:45:38 PM(UTC+0)

7) Bitcoin Finally Accepted

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:47:00 PM(UTC+0)

8)A new Bitcoin has created big anticipation

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:47:31 PM(UTC+0)

9) Your second chance at bitcoin

████████ @s.whatsapp.net Marcus Andrade — 11/19/2017 10:48:20 PM(UTC+0)

10) Something has happened, Bitcoin is at a dollar.

████████ @s.whatsapp.net Jack Abramoff — 11/20/2017 1:02:00 AM(UTC+0)

I spoke with one of my 3 guys. Here's what he came back with:

EX920-002



☆  ██████ @s.whatsapp.net Jack Abramoff                                    11/20/2017 1:02:00 AM(UTC+0)

This coin has Bitcoin scared

Governments are banning Bitcoin.... They won't ban this one

5 Reasons this is the next Bitcoin

Only one Bitcoin in the future – 5 reasons why this is it

How much is your Bitcoin worth… after it's stolen?

They just hacked your Bitcoin… how much is it worth now?

The only coin North Korea can't steal

☆  ██████ @s.whatsapp.net Jack Abramoff                                    11/20/2017 1:02:15 AM(UTC+0)

let me know what you think of them

☆  ██████ @s.whatsapp.net Jack Abramoff                                    11/20/2017 1:02:29 AM(UTC+0)

i think they're far better than anything from Melissa, but we need a couple that are rock solid

☆   ██████ @s.whatsapp.net Marcus Andrade                               11/20/2017 1:05:42 AM(UTC+0)

Do you want me to make all them into banner ads right now

☆   ██████ @s.whatsapp.net Marcus Andrade                               11/20/2017 1:05:58 AM(UTC+0)

Or do you want to just pick four of them for now

☆   ██████ @s.whatsapp.net Marcus Andrade                               11/20/2017 1:06:06 AM(UTC+0)

And yes I agree those are way better

EX920-003