| | |
|---|---|
| Document ID: 0.7.499.35986 | |
| From: | Richard ▓▓▓▓ |
| To: | Jack Abramoff ▓▓▓▓ |
| | Marcus Andrade ▓▓▓▓ |
| Cc: | |
| Bcc: | |
| Subject: | Port fo San fransicso meeting |
| Date: | Fri Apr 27 2018 18:34:58 EDT |
| Attachments: | |

Summary

On Friday, April 27th, a meeting was held between NAC Foundation and the Port of San Francisco, a meeting which took place at the Port of San Francisco.

At the meeting were present:

On behalf of the Port of San Francisco:

Leslie Katz, Commissioner,

Executive Director, Elaine Forbes

Chief Operating Officer, Byron A. Rhett

Head of Security, _____

On behalf of NAC Foundation:

Marcus Andrade, CEO

Richard Naimer, CEO of DTN

Japheth Dillerman, Consultant

The meeting was scheduled further to discussions held between NAC and the Commissioner regarding the potential of integrating block chain applications in the operations of the Port of San Francisco.

At the meeting, NAC presented the benefits of block chain in general and in particular, the block chain applications developed by NAC. The primary focus of the discussions circled around the characteristics and benefits of the NAC backed CrossVerify Anti money Laundering Gateway which enable the verification of compliance by users customers and the advantages of the AML Bitcoin as the only currently known AML compliant digital currency.

Further discussed were possible use cases and practical implementation of these NAC blockchain application by and in the Port of San Francisco.

The outcome of the meeting were three primary use cases which the Port of San Francisco would be most applicable, both for the Port of San Francisco and for similar West Coast ports:

Possible implementation of a blockchain based identification and tracking system for passengers and cargo which may be adopted by California Association of Ports (CAPA);

Transferring of the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform;

Adoption of the CrossVerify platform by Carnival and other major cruise ship operators which can be integrateable with immigration and security authorities;

Executive Director Elaine Forbes will be following up on all three of these use cases and make the required introductions for NAC to discuss the implementation of the NAC applications for theses use cases.

Richard