

Fintech Fund

## Re: Coins for Sale
2 messages

**Richard**            Sun, Jan 14, 2018 at 11:52 PM
To: "fintechfund ... Jack Abramoff

Wow. Is this for real??
I guess we'll only know if and when the 850k come through.

As per our previous discussion, without knowing any of the background, I would guess that this is an attempt to obtain an option of sorts at 1.25, they'll wait and see how the coin trades as of the 15th when trading is supposed to commence yrading and then decide if to come in for a bigger purchase at the base price.

In any case, with the above in mind, of course this opportunity should be exploited to it's fullest extent.

Off the top of my mind, I would think you should respond that due to the whitepaper etc you can't give him an option at the lower price but that you will be able to coordinate a few close buyers who will be taking large chunks prior to the 15th and that you will try to facilitate large block purchases for him from them to meet his request.
On that basis enter into a more detailed discussion....

There are a bunch of other issues as well that I think we need to discuss between us, including:

CV
London trip- are we all comming to those? What are we presenting and what are our goals?
Responce and process with the Canadians?

I suggest we try to get together for a short call today.

Best Regards,
Richard

(Sent via mobile, please disregard any typos)

---

**From:** Marcus Andrade
**Sent:** Monday, January 15, 2018 1:12:29 AM (UTC+02:00) Jerusalem
**To:** Jack Abramoff; richard naimer
**Subject:** Fwd: Coins for Sale

---------- Forwarded message ----------
**From:** "Japheth Dillman"
**Date:** Jan 13, 2018 10:10 PM
**Subject:** Coins for Sale
**To:** <ceo
**Cc:**

Hi Marcus,

Block Bits is putting in an order for $50million worth of AML BitCoin. However, due to the large size of the wire an extra level of KYC scrutiny is being added by the banks. Moreover, the timing of the holiday on Monday 1/15 means that the wire will not be in by the time Phase II ends.

I would kindly ask that you reserve the $1.25 price point for this large purchase of tokens.

To show you that we are serious about the buy, we have gone ahead and sent you an initial wire of $850,000 yesterday (1/12/2018).

EX3047-001

Thank you for your consideration.

Sincerely,

--
**Japheth Dillman**
Managing Partner & Co-Founder



Mobile:
Skype:
email:  jdillman
Telegram:
WeChat:

---

**Jack Abramoff** <span style="color:gray">████████</span>                                    Sun, Jan 14, 2018 at 11:56 PM
To: Richard <span style="color:gray">████████</span>, "fintechfund<span style="color:gray">████████</span>

Agree. on the coins, please bear in mind that we are not commencing trading on the 15th, so they will still need to move forward prior to that point. We'll know whether the initial sum is real on Tuesday (Monday is a bank holiday here). As for chatting, Marcus and I met today and definitely want to chat with you. I am good to chat in the morning our time (LA time). Marcus, what works for you? I would do the call now, but I have to assist with my father. Marcus and you can chat, though, if that is more convenient, and I can get caught up by Marcus tomorrow. Best, Jack

[Quoted text hidden]