



USAO 0033228

EX3056-001

IRS-GJ-0033228



```
AccountNum: ####9196
SerialNum: 406008575
CheckAmt: 32000000
ItemSeqNum: 91587045
CapturDate: 20190925
ProcDate: 20190925
DepBalSeq: 91587044
```



```
AccountNum: ####9196
SerialNum: 406008575
CheckAmt: 32000000
ItemSeqNum: 91587045
CapturDate: 20190925
ProcDate: 20190925
DepBalSeq: 91587044
```

USAO 0033229
EX3056-002
IRS-GJ-0033229

**FROST**  GL Credit Fee

Processing Date: 09/25/19  Trans Seq Number: 00006
Time: 9:30  Region ID: 001
Office ID: 0406  Operator: KA06939
CashBox: 3539  Current Date: 09/25/19
Description:  Serial No: 4060410
Tran Code:7201  On Us: ▇5911
GL Account Desc:  GL Account No: ▇3050
Routing Number: 501000004  GL Amount: 5.00

⑈⑈:501000004⑈:   ▇3050⑈⑈"0000000500⑈"

AccountNum: ▇3050
SerialNum: 4060410
CheckAmt: 500
ItemSeqNum: 91587042
CapturDate: 20190925
ProcDate: 20190925
DepBalSeq: 91587041

AccountNum: ▇3050
SerialNum: 4060410
CheckAmt: 500
ItemSeqNum: 91587042
CapturDate: 20190925
ProcDate: 20190925
DepBalSeq: 91587041

USAO 0033230
EX3056-003
IRS-GJ-0033230



AccountNum: 5911
SerialNum: 0
CheckAmt: 813450
ItemSeqNum: 94370926
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94370925



AccountNum: 5911
SerialNum: 0
CheckAmt: 813450
ItemSeqNum: 94370926
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94370925



AccountNum: ████9196
SerialNum: 406008581
CheckAmt: 813450
ItemSeqNum: 94436562
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94433013



AccountNum: ████9196
SerialNum: 406008581
CheckAmt: 813450
ItemSeqNum: 94436562
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94433013



AccountNum: 5911
SerialNum: 0
CheckAmt: 1000000
ItemSeqNum: 94273837
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94273621



AccountNum: 5911
SerialNum: 0
CheckAmt: 1000000
ItemSeqNum: 94273837
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94273621



```
AccountNum:     5911
SerialNum: 0
CheckAmt: 1000000
ItemSeqNum: 94273837
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94273621
```



```
AccountNum:     5911
SerialNum: 0
CheckAmt: 1000000
ItemSeqNum: 94273837
CapturDate: 20190926
ProcDate: 20190926
DepBalSeq: 94273621
```

USAO 0033234
EX3056-007
IRS-GJ-0033234



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 95135343
CapturDate: 20191003
ProcDate: 20191003
DepBalSeq: 95135189



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 95135343
CapturDate: 20191003
ProcDate: 20191003
DepBalSeq: 95135189



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 95135343
CapturDate: 20191003
ProcDate: 20191003
DepBalSeq: 95135189



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 95135343
CapturDate: 20191003
ProcDate: 20191003
DepBalSeq: 95135189



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 96930443
CapturDate: 20191205
ProcDate: 20191205
DepBalSeq: 96930354



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 96930443
CapturDate: 20191205
ProcDate: 20191205
DepBalSeq: 96930354



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 96930443
CapturDate: 20191205
ProcDate: 20191205
DepBalSeq: 96930354



AccountNum: 5911
SerialNum: 0
CheckAmt: 212000
ItemSeqNum: 96930443
CapturDate: 20191205
ProcDate: 20191205
DepBalSeq: 96930354

USAO 0033238
EX3056-011

IRS-GJ-0033238



AccountNum: ▮5911
SerialNum: 0
CheckAmt: 10000
ItemSeqNum: 88986624
CapturDate: 20191231
ProcDate: 20191231
DepBalSeq: 88970657



AccountNum: ▮5911
SerialNum: 0
CheckAmt: 10000
ItemSeqNum: 88986624
CapturDate: 20191231
ProcDate: 20191231
DepBalSeq: 88970657



AccountNum: ▇▇▇▇5911
SerialNum: 0
CheckAmt: 7500
ItemSeqNum: 90862520
CapturDate: 20200114
ProcDate: 20200114
DepBalSeq: 90846082



AccountNum: ▇▇▇▇5911
SerialNum: 0
CheckAmt: 7500
ItemSeqNum: 90862520
CapturDate: 20200114
ProcDate: 20200114
DepBalSeq: 90846082



AccountNum: ███5911
SerialNum: 0
CheckAmt: 48000
ItemSeqNum: 92100036
CapturDate: 20200205
ProcDate: 20200205
DepBalSeq: 92100035



AccountNum: ███5911
SerialNum: 0
CheckAmt: 48000
ItemSeqNum: 92100036
CapturDate: 20200205
ProcDate: 20200205
DepBalSeq: 92100035

USAO 0033241
EX3056-014

IRS-GJ-0033241

EX3056-015



AccountNum: 5911
SerialNum: 1
CheckAmt: 106000
ItemSeqNum: 96054499
CapturDate: 20200206
ProcDate: 20200206
DepBalSeq: 96054392



AccountNum: 5911
SerialNum: 1
CheckAmt: 106000
ItemSeqNum: 96054499
CapturDate: 20200206
ProcDate: 20200206
DepBalSeq: 96054392

USAO 0033242

EX3056-015

IRS-GJ-0033242