1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
          450 Golden Gate Avenue, Box 36055
8         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
9         FAX: (415) 436-7230
          christiaan.highsmith@usdoj.gov
10        david.ward@usdoj.gov
          matthew.chou2@usdoj.gov
11
   Attorneys for United States of America

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

| | | |
|---|---|---|
| 16  UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-00249 RS |
| | ) | |
| 17      Plaintiff, | ) | MOTION TO FILE TRIAL EXHIBITS 551, 1469, |
| | ) | 1470 UNDER SEAL AND [~~PROPOSED~~] SEALING |
| 18      v. | ) | ORDER |
| | ) | |
| 19  ROWLAND MARCUS ANDRADE, | ) | |
| | ) | |
| 20      Defendant. | ) | |
| | ) | |

21

22       The United States, by and through its counsel, moves this Court for an order sealing trial

23  exhibits 551, 1469, and 1470, which contain voluminous personal identifiable information ("PII") that

24  cannot reasonably be redacted.

25       Accordingly, the United States requests that the Court seal these three trial exhibits, which the

26  United States shall lodge with the Clerk of Court via CD.  The United States had already provided

27  copies of trial exhibits 551, 1469, and 1470 to the defense.   The defense does not object to the

28  government's request to seal trial exhibits 551, 1469, and 1470.

1 DATED: June 5, 2025            Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

       /s/
CHRISTIAAN HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the United States shall file trial exhibits 551, 1469, and 1470 under seal by lodging copies of said exhibits with the Clerk of Court.

IT IS SO ORDERED.

DATED: June 6, 2025

_____
HON. RICHARD SEEBORG
Chief United States District Judge