1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
5  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
   Assistant United States Attorneys
6
7  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
8
         450 Golden Gate Avenue, Box 36055
9        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
10       FAX: (415) 436-7230
         christiaan.highsmith@usdoj.gov
11       david.ward@usdoj.gov
         matthew.chou2@usdoj.gov
12
13  Attorneys for United States of America

14                      UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18  UNITED STATES OF AMERICA,             )  CASE NO. 20-CR-00249 RS
                                          )
19         Plaintiff,                     )  **NOTICE OF MANUAL FILING**
                                          )
20     v.                                 )  **TRIAL EXHIBITS 551, 1469, 1470**
                                          )
21  ROWLAND MARCUS ANDRADE,               )
                                          )
22         Defendant.                     )
                                          )
23  _____)

24

25

26

27

28

NOTICE OF MANUAL FILING
20-CR-00249 RS

1  This filing is in paper of physical form only, and is being maintained in the case file in the
2  Clerk's office.
3  If you are a participant on this case, this filing will be served in physical or hard copy shortly.
4  For information on retrieving this filing directly from the Court, please see the Court's main website
5  under Frequently Asked Questions.

7  This filing was not efiled for the following reason(s):
8  _____  Voluminous Document (.pdf file size larger than efiling system allows)
9  _____  Unable to Scan Document
10  _____  Physical Object (description)
11  _____  Non-Graphical / Textual Computer File (audio, video, etc.) on CD or other media
12  XXXX    Item under Seal
13  _____  Conformance with the Judicial Conference Privacy Policy (General Order 53)
14  _____  Other (description).

17  DATED: June 10, 2025                    Respectfully,

18                                          CRAIG H. MISSAKIAN
                                            United States Attorney

20                                             /s/
                                            CHRISTIAAN H. HIGHSMITH
21                                          Assistant United States Attorney

NOTICE OF MANUAL FILING
20-CR-00249 RS                    2