MICHAEL J. SHEPARD (Bar No. 91281)
*mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

DAINEC P. STEFAN (Admitted *pro hac vice*)
 *dstefan@kslaw.com*
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone:    +1 212 556 2291

CINDY A. DIAMOND (SBN 124995)
 *cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>             Defendant. | Case No. 3:20-CR-00249-RS<br><br>**DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL, AND FOR STIPULATED REVISED BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge:    Hon. Richard Seeborg<br>Hearing:  June 24, 2025, 9:30 am |

Pursuant to Local Rule 7-11, Defendant Marcus Andrade brings this motion to request that he be permitted to file a reply brief in excess of the 15-page limit imposed by Local Rules 7-2(b) and 7-4(b). The Court approved the parties' stipulation that permitted Mr. Andrade to exceed the page limit on his opening brief (but not to exceed 45 pages) and that the government could then have an additional week to file its opposition. *See* Order, ECF #643 (May 21, 2025). Without leave to file an over-length brief, the government then filed a 37-page Opposition. ECF #682 (June 11, 2025). Mr. Andrade seeks to file a 30-page reply brief to adequately respond to the Opposition.

Respectfully submitted,

Dated: June 18, 2025

KING & SPALDING LLP

By: */s/ Michael J. Shepard*
MICHAEL J. SHEPARD
DAINEC P. STEFAN
CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE