**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
*mshepard@kslaw.com*
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:      +1 415 318 1200
Facsimile:       +1 415 318 1300

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

DAINEC STEFAN (Admitted *pro hac vice*)
King & Spalding LLP
1185 6th Ave
34th Floor
New York, NY 10036
212-556-2291
Email: dstefan@kslaw.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No.: 20-CR-00249-RS [JCS]<br><br>**DEFENDANT'S EX PARTE APPLICATION FOR ORDER PERMITTING TRANSCRIPT PREPARATION TO INCLUDE SEALED PORTIONS AND PROPOSED ORDER** |

On July 10, 2025, a hearing was held before the Honorable Magistrate Judge Joseph C. Spero.  *See* ECF-697.  Defendant requests an order permitting preparation and receipt of the

entire transcript, including the under-seal portions. "Defense counsels, defendant, and court staff were present in the sealed ex parte session." *Id*.

Defendant asks that the under-seal portion of the transcript remain sealed, and that the under seal portion of the transcript not be shared with the government or anyone not present in the sealed ex parte session, absent order of Court. .

DATED: July 15, 2025                                      Respectfully Submitted,

/s/
_____
MICHAEL J. SHEPARD,
CINDY A. DIAMOND, and
DAINEC STEFAN
Attorneys for Defendant
ROWLAND MARCUS ANDRADE

**PROPOSED ORDER**

It is hereby ordered that the transcript Defendant requested for the July 10, 2025 proceedings held before Magistrate Judge Joseph C. Spero in this matter shall include a transcript of the *ex parte* sealed portions of that proceeding. The portions of the transcript pertaining to the sealed portions of hearing shall not be distributed to the government nor any other interested party, and shall not be filed on the public docket.

DATED: _____           _____
                                                                      JOSEPH C. SPERO
                                                                      Mag. Judge of the District Court, Northern Cal.