UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 29, 2025  **Time:** 1 H 45 M  **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00249-RS-1  **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** David Ward, Christiaan Highsmith, Karen Beausey, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Cindy Diamond
**Defendant:** [X] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Karen Hom           **Court Reporter:** Andrea Bluedorn
**Interpreter:** NA                   **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing - Held

## SUMMARY

Court ordered that probation remove the footnotes in the pre-sentence report. Defendant objects to the removal of the footnotes. Objection overruled.
Oral arguments heard regarding the pre-sentence report.
Court will enter a general forfeiture order but will reserve on the amount of forfeiture until the restitution hearing.
Marcus Andrade is sentenced to the Bureau of Prisons for 84 months on each of Counts One and Two to be served concurrently.  Upon release from imprisonment, Mr. Andrade is placed on supervised release for a term of 3 years on each of Counts One and Two, all such terms to run concurrently.
Standard and special conditions are stated in the judgment.
Defendant shall self-surrender to the Bureau of Prisons by October 31, 2025, with recommendation to a particular BOP facility in Texas. If the requested facility is not available, then a geographical request in Texas.
Approximately two weeks before the self-surrender date Mr. Andrade will provide an updated list of medication with dosage from his medical provider to the probation officer to prepare an addendum to the PSR.

**SAF:** $200.00 **FINE**:  Waived. **RESTITUTION**: Amounts to be determined.

**Case continued to:  9/16/2025 at 2:30 PM for Restitution Hearing by Zoom.**