UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>                Defendant. | Case No. CR 20-0249 RS<br><br>[~~PROPOSED~~] **INITIAL ORDER OF FORFEITURE** |

Having considered the Motion for Forfeiture Money Judgment filed by the United States, and the defendant's conviction on March 12, 2025, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- Forfeiture Money Judgement in the amount equal to the proceeds the defendant obtained, directly or indirectly, as the result of the commission of the offenses of conviction, and any property traceable thereto, which amount shall be determined by the Court at or following the Restitution Hearing.

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,

1  locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
2  Rules of Criminal Procedure; and
3     IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Initial Order of
4  Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e)
5  .

7     IT IS SO ORDERED this   31st   day of July 2025

                                     _____
                                     HON. RICHARD SEEBORG
                                     Chief United States District Judge

[PROPOSED] INITIAL ORDER OF FORFEITURE
CR 20-0249 RS                                                                              2