**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **Northern District**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 20-CR-249-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/22/2020

Date of judgment or order you are appealing: 07/31/2025

Docket entry number of judgment or order you are appealing: 719 and 721

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ○ No ◉ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Rowland Marcus Andrade

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Cindy A. Diamond **Date** 08/12/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Rowland Marcus Andrade

Name(s) of counsel (if any):

Michael J. Shepard, King & Spalding LLP (lead counsel, address below)
and Cindy A. Diamond (50 West Portal Ave, # 350, SF, 94122 / 408.981.6307)

Address: 50 California Street, Suite 3300, San Francisco, CA 94111

Telephone number(s): (415) 318-1200

Email(s): mshepard@kslaw.com; cindy@cadiamond.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States

Name(s) of counsel (if any):

Christiaan Highsmith

Address: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102

Telephone number(s): (415) 436-7200

Email(s): christiaan.highsmith@usdoj.gov

*To list additional parties and/or counsel, use next page.*