**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

DAINEC STEFAN (Admitted *pro hac vice*)
King & Spalding LLP
1185 6th Ave
34th Floor
New York, NY 10036
212-556-2291
Email: dstefan@kslaw.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　　　Defendant. | Case No.: 20-CR-00249-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING  SEPTEMBER 16, 2025 HEARING** |

　　　　Prior to the scheduled proceeding set for September 16, 2025, at which the Court will consider outstanding issues related to forfeiture and restitution, the parties propose the following

briefing schedule:

  Mr. Andrade will file his response to the government's requests on or before August 22, 2025. The government will file their reply on or before September 5, 2025.

SO AGREED:

For Defendant:

DATED: August 15, 2025          /s/

                 _____
                 MICHAEL J. SHEPARD,
                 CINDY A. DIAMOND, and
                 DAINEC STEFAN
                 Attorneys for Defendant
                 ROWLAND MARCUS ANDRADE

For the Government:

DATED: August 15, 2025          /s/

                 _____
                 CHRISTIAAN HIGHSMITH
                 DAVID WARD
                 Attorneys for Plaintiff
                 UNITED STATES

## ~~PROPOSED~~ ORDER

It is hereby ordered that the briefing schedule set forth above be adopted.

DATED: August 15, 2025         _____
                 Hon. RICHARD SEEBORG
                 Chief United States District Judge