1  MICHAEL J. SHEPARD (SBN 91281)
    *mshepard@kslaw.com*
2  **KING & SPALDING LLP**
3  50 California Street, Suite 3300
    San Francisco, California 94111
4  Telephone:    +1 415 318 1221

5  CINDY A. DIAMOND (SBN 124995)
    *cindy@cadiamond.com*
6  **ATTORNEY AT LAW**
7  58 West Portal Ave #350
    San Francisco, CA 94127
8  Telephone:    +1 408 981 6307

9  DAINEC P. STEFAN (admitted *pro hac vice*)
    *dstefan@kslaw.com*
10  **KING & SPALDING LLP**
11  1185 Avenue of the Americas
    34th Floor
12  New York, NY 10036
    Telephone:    +1 212 556 2291

13
14  Attorneys for Defendant
    ROWLAND MARCUS ANDRADE
15
16                **UNITED STATES DISTRICT COURT**
17                **NORTHERN DISTRICT OF CALIFORNIA**
18                **SAN FRANCISCO DIVISION**
19

20  UNITED STATES OF AMERICA,              Case No. 3:2-cr-00249-RS

21                Plaintiff,               **DEFENDANT ROWLAND MARCUS
                                           ANDRADE'S OPENING BRIEF
22        v.                               OBJECTING TO GOVERNMENT'S
                                           PROPOSED FORFEITURE AND
23  ROWLAND MARCUS ANDRADE,                RESTITUTION ORDERS

24                Defendant.              **ATTACHMENTS 1-22**
25
                                           Judge: Hon. Richard Seeborg, Chief Judge
26
27
28

---

Defendant's Opening Brief Objecting to Government's        Case Number:  3:20-cr-00249-RS
Proposed Forfeiture and Restitution Orders

1   The attachments to the Defendant's Opening Brief Objecting to the Government's Proposed

2   Forfeiture and Restitution Orders are appended to this filing.

3                                              Respectfully submitted,

4

5   DATED: August 22, 2025                     KING & SPALDING LLP

6
                                               By: /s/ Michael J. Shepard
7                                                  MICHAEL J. SHEPARD
                                                   DAINEC P. STEFAN
8                                                  CINDY A. DIAMOND

9                                                  Attorneys for Defendant
                                                   ROWLAND MARCUS ANDRADE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               1

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-1

# WHIreland

## CrossVerify Limited



Delivering verified KYC & AML through the Combination of Biometric Authentication and Blockchain Technology.

A VCT/EIS Qualifying pre-IPO Investment Opportunity.

December 2016



# Contents

Introduction ..................................................................................................................................4

Background ...................................................................................................................................5

CrossVerify's product set principally comprises...................................................................6

CrossVerify's Customer Base .....................................................................................................7

CrossVerify Financial Projections .............................................................................................8

Competition ................................................................................................................................9

Board of Directors .....................................................................................................................9

Employees and Operations .....................................................................................................10

Principal Shareholder...............................................................................................................10

Disclaimer ..................................................................................................................................11

# Introduction

The purpose of this document is to introduce you to CrossVerify Limited ("CrossVerify"), a biometric authentication company which is using proprietary blockchain technology to create a secure authentication utility to digitally store verified key personal information, including 'Anti-Money Laundering' ("AML") and 'Know Your Client' ("KYC") documentation, for access by appropriately permissioned CrossVerify corporate customers.

CrossVerify's customers are able to load their clients' verified key personal information, either in bulk or individually, into a secure blockchain environment, thereby enabling such clients to prove their identity to permissioned CrossVerify customers using biometric authentication on their mobile or personal devices.

The CrossVerify Utility complies with data privacy control and processing rules and, in the Directors' opinion, enables CrossVerify customers to benefit from enhanced transparency, security, confidentiality and speed of deployment; cost savings; and new revenue opportunities.

The Directors believe that the delivery of verified KYC and AML documentation, through the combination of biometric authentication and blockchain technology, represents a highly disruptive and scalable solution.

The CrossVerify Utility was launched in December 2016 and already has [4] contracted customers, as well as a further [24] organisations which have indicated their intention to contract with CrossVerify. Its first significant revenue is expected to be generated by January 2017.

CrossVerify is looking to raise between £2-4 million in a VCT/EIS qualifying pre-IPO placing in early 2017, following proof of concept through revenue generation, ahead of a proposed AIM IPO in Q2 2017 to increase the overall fund raising to £10 million.

The proceeds from the pre-IPO fund raising will be used to finance further development of the CrossVerify Utility, including an iOS version of its Mobile App, and ongoing sales and business development, in addition to providing working capital for the short term growth of CrossVerify.

# Background

CrossVerify provides *biometric authentication* in combination with *blockchain* technology to create a Utility which digitally stores verified key personal information, including AML and KYC documentation, for access by permissioned CrossVerify customers. This enables an individual's identity to be proved to the satisfaction of such customers.

*Biometric authentication* includes fingerprint, iris, retina, voice or face recognition using a personal or mobile device. Such authentication is increasingly replacing traditional user IDs and passwords, which are relatively easily compromised. In addition, by authenticating users biometrically on their own devices, CrossVerify removes the motivation for third parties to hack into central servers in search of confidential information.



A *blockchain*, which is also known as a distributed ledger, is a form of database which stores a number of records in a block, using a cryptographic public key algorithm to provide data integrity.

Blockchains can be used to share information with multiple users in the absence of control by any single entity, which facilitates the building of commercial relationships where information can be accessed or exchanged in a secure and cost-efficient manner.

> "Banks are now racing to harness the power of the blockchain technology, in a belief that it could cut up to $20bn off costs and transform the way the industry works."
>
> Financial Times, 1 November 2015

The Utility's integrity is assured by both the blockchain and biometric authentication features acting in concert.

> "The use of a distributed ledger system, such as a blockchain, however, could unlock advantages by automating processes and thus reducing compliance errors. A blockchain-based registry would not only remove the duplication of effort in carrying out KYC checks, but the ledger would also enable encrypted updates to client details to be distributed to all banks in near real-time. In addition, the ledger would provide a historical record of all documents shared and compliance activities undertaken for each client."
>
> Deloitte 2016

The blockchain used by CrossVerify was initially developed by the Ethereum Foundation of Switzerland (https://www.ethereum.org), which now forms the basis of blockchains used by over 70 financial institutions.CrossVerify's Product Set

5

# CrossVerify's product set principally comprises:

- the CrossVerify Blockchain Trust Utility (the "Trust Utility"), which is CrossVerify's blockchain. The Trust Utility works in tandem with both the CrossVerify Bulk Data Transfer Tool and the CrossVerify Mobile App to establish a secure point of digital storage for key personal data;

- the CrossVerify Bulk Data Transfer Tool, which provides the capability for its customers to bulk load into the Trust Utility copies of their clients' verified key personal records, thereby enabling such clients to prove their identity using the CrossVerify Mobile App on their own device; and

- the CrossVerify Mobile App, which enables Android users to prove their identity to any permissioned customer, using biometric authentication and therefore without the need for resubmitting AML or KYC documentation. The CrossVerify Mobile App can be white labelled to enable it to be provided with customer branding.

### How It Works In Practice

ABC Bank, a customer of CrossVerify, digitally transfers copies of all of its clients' KYC and AML data onto the CrossVerify Utility using the CrossVerify Bulk Data Transfer Tool.

Each client of ABC Bank then receives an invitation from CrossVerify to provide five elements of unique biometric data to the CrossVerify Utility using their own device.

Thereafter, they can digitally prove their identity to ABC Bank by providing two pieces of biometric data via their device.

In addition to significantly reducing its KYC and AML costs ABC Bank can, where appropriately permissioned, either make available or generate revenue from its data stored on the CrossVerify Utility to other CrossVerify customers.



# CrossVerify's Customer Base

CrossVerify believes that its offering is and will be of interest to many organisations including those who:

- might be at risk of fraud or identity loss due to inadequate customer authentication;
- wish to reduce their on-boarding and compliance costs;
- wish to enhance their procedures for proving the identity of their clients; and
- wish to cross-sell with other companies, whilst not giving up their client base.

Prior to launching its services in December 2016, CrossVerify had verbal indications of interest in its services from [29] potential customers, including Commercial and Central Banks, wealth managers, financial exchanges, insurance companies and other financial institutions, located in numerous countries.

[4] of these companies have signed user agreements with CrossVerify, including banking, insurance and security companies located in the US, UK, EMEA and UAE. Commercialisation

CrossVerify intends to provide its services to its customers on a software as a service basis, charging either (i) a fee of up to US $1.00 per customer client access, or (ii) an annual licence fee.

# The Market

Identity theft and cybercrime are becoming ever greater challenges to the global economy. It has been estimated that global annual cybercrime costs will grow by approximately 12 per cent per annum from US$3 trillion in 2015 to US$6 trillion in 2021.

As a result, global spending on cyber security products and services to defend against such crime is projected to exceed US$1 trillion over the period from 2017 to 2021 (Source: Cyber Security Ventures 2015). In the UK alone, fraud is now estimated to cost in excess of £192 billion each year (Source: Experian Fraud Indicator 2016).

The need for increased security and identity protection is becoming ever more important, which is reflected in the expected compound growth of the global biometric authentication and identification systems market by approximately 17 per cent per annum from 2015 to 2020 to US$25 billion (Source: BIS Research 2015).



"I'm sorry, you can do this just as easily online."

# CrossVerify Financial Projections

In the projections below, CrossVerify has only taken into account, in the Directors' opinion, a conservative assessment of the accretion over time of licence or user fees tentatively agreed with each of the potential customers referred to in the section above entitled "CrossVerify's Customer Base". No income from any other potential customers has been taken into account.



# Intellectual Property

The CrossVerify Utility has been developed around the Ethereum open source blockchain technology by three teams of contracted software specialists.

CrossVerify has two US patents pending in respect of its Utility, No. 15/083,241 entitled "Systems and methods for providing blockchain-based multifactor personal identity verification", and No. 15/335,344 entitled "Systems and methods for providing a universal decentralized solution for verification of users with cross-verification features".

# Competition

CrossVerify is not aware of any other organisation in any location which stores verified KYC and AML documentation in a secure environment using biometric authentication in conjunction with blockchain technology.

# Board of Directors

### Jim Milby – Non-Executive Chairman

Jim is currently a senior adviser to McKinsey and Co and International Finance Corporation, a Board Member of Uphold Inc., a Trustee of Lynn University and a mentor of Startupbootcamp. He was previously Co-Head of Barclays Global Operations and a Senior Vice President at Citi.

### Carl Weir – CEO

Carl was, until June 2016, VP, EMEA Partnering and Business Development at Uphold Inc.. Prior to Uphold, Carl held senior positions within the financial community in Global Tier 1 institutions in EMEA, including Senior Vice President, Business Development Marco Polo New World and EMEA Head of Cross Asset FIX Connectivity for HSBC Global Banking & Markets. Carl also sat on the Global Steering Committee of FIX Protocol Ltd and co-chaired its Global Cross Asset Committee.

### Andy Francombe – CFO

Andy is a big four trained Chartered Accountant who has held senior finance roles at The Coca-Cola Company, Conran Restaurants and Macquarie Bank. In addition to being CrossVerify CFO, Andy is also CFO of PCI-PAL Plc, an AIM quoted, card payment solutions FinTech business, and a Trustee of The Coca-Cola Company's UK Pension Scheme.

### Hirander Misra – Non-Executive Director

Hirander is CEO & co-founder of Global Markets Exchange Group International, a group of companies that offer ethical, sustainable and innovative solutions for the new age of global financial markets. Hirander is also Non-Executive Chairman & co-founder of Forum Trading Solutions Ltd, a Non-Executive Director of Avenir Technology Ltd, a Director & co-founder of Global Reporting Company Ltd. Hirander was previously the COO and co-founder of Chi-X Europe Limited which was sold to BATS Global.

### Charles Carvosso – Non-Executive Director

Charles is currently a Senior Consultant at Allegiance Insurance Ltd, an independently owned, niche insurance broker, and is CEO of Fidex Global Ltd, a specialist business development and consultancy firm. Charles was previously an executive at Towergate Insurance and BMS Group.

### Paul Henderson – Non-Executive Director

Paul is an investor and adviser with a focus on frontier markets and disruptive technologies, disintermediation and data aggregation. He is currently founder and commercial director of Logik Communications, a growing alternative telecoms carrier boutique with an established VOIP backbone covering the USA, UK, CIS and EMEA regions. He is also principal and founder of Optionality which provides commercial and business development, corporate finance and structuring and capital raising consultancy services.

### Randy Wooten – Non-Executive Director

Randy earned his law degree from the University of Houston in 1981. He began his career practising general civil law. Thereafter, he spent ten years practising with a small plaintiff's firm, prior to opening his own firm in 1992. He has more than 35 years of experience in civil law including the handling of complex litigation representing both the plaintiff and defendant. He represents Fintech Fund Family Limited Partnership, the principal shareholder of CrossVerify.

# Employees and Operations

CrossVerify has sub-contracted the development of its platform to teams of software specialists located in the case of (i) web design and the verification server in India, (ii) the Mobile App in Dubai and (iii) the Trust Utility in Belarus.

# Principal Shareholder

The principal shareholder of CrossVerify is Fintech Fund Family Limited Partnership, which holds approximately 75% of CrossVerify's issued share capital.

# Disclaimer

This Information Memorandum (the "Memorandum"), which is issued by WH Ireland Limited ("WHI") on behalf of the directors and shareholders of CrossVerify Limited, is for the exclusive use of the persons to whom it is addressed and their advisers in connection with the proposed capital raising by CrossVerify Limited ("CrossVerify" or the "Company"). It is being made available for information purposes only with a view to assisting the recipient in determining its interest in CrossVerify  and in deciding whether it wishes to proceed thereafter with confirmatory due diligence.

This Memorandum is strictly private and confidential. It, and any further information or opinions made available to you, must be held in complete confidence. It must not be copied, reproduced, distributed or passed, in whole or in part, to any other person at any time without the prior written consent of WHI. By accepting a copy of this Memorandum, the recipient agrees not to approach the Company or any of its officers, employees, agents, suppliers or customers without the prior consent of WHI.

This Memorandum does not constitute an offer or invitation or a solicitation of any offer or invitation for securities. It is not intended to form the basis of or act as an inducement to enter into any contract or investment activity, and should not be considered as a recommendation by WHI or any other person in relation to the Company.

The information in this Memorandum, which does not purport to be comprehensive, has been provided to WHI by the Company and/or has otherwise been obtained from publicly available sources. The information in this Memorandum has not been verified by WHI, the Company or any other person. No representation or warranty, express or implied, is or will be given by the Company, WHI or their respective directors, officers, employees or advisers or any other person as to the accuracy or completeness of this Memorandum and, so far as permitted by law, no responsibility or liability is accepted for the accuracy or sufficiency thereof, or for any errors, omissions or misstatements, negligent or otherwise, relating thereto. In particular, but without limitation, (subject as aforesaid) no representation or warranty, express or implied, is given as to the achievement or reasonableness of, and no reliance should be placed on, any projections, targets, estimates or forecasts and nothing in this Memorandum is or should be relied on as a promise or representation as to the future. Accordingly, (subject as aforesaid) neither the Company nor WHI, nor any of their respective directors, officers, employees or advisers, nor any other person, shall be liable for any direct, indirect or consequential loss or damage suffered by any person as a result of relying on any statement in or omission from this Memorandum or any other written or oral communication with the recipient or its advisers in connection with its evaluation of the Company and (save in the case of fraudulent misrepresentation or wilful non-disclosure) any such liability is expressly disclaimed.

Any prospective investor in the Company will be required to acknowledge that it has not relied upon or been induced to enter into such contract or to make such offer by any representation or statement contained herein. In all cases, interested parties should conduct their own investigation and analysis of the Company and of the data contained in this Memorandum.

In furnishing this Memorandum, neither the Company nor WHI undertakes any obligation to provide any additional information or to update this Memorandum or to correct any inaccuracies that may become apparent. The Company and WHI reserve the right to negotiate with one or more prospective investors at any time and to enter into a definitive investment agreement without prior notice to other prospective investors and without liability to any prospective investors. The Company and WHI also reserve the right, without advance notice, to change the procedure for the capital raising by the Company or to terminate negotiations at any time prior to entering into any binding contract for the investment in the Company. In no circumstances will the Company or WHI be responsible for any costs or expenses incurred by any recipient in connection with any investigation or evaluation of the Company or for any other costs or expenses incurred by any person in connection with the proposed capital raising by the Company.

The receipt of this Memorandum by any person is not to be taken as constituting the giving of investment advice by WHI to any such person, nor to constitute such person a client of WHI. WHI is acting as adviser to the Company and no one else in connection with the capital raising by the Company and will not be offering advice or otherwise be responsible to any person other than the Company.

This Memorandum is only being made available to investment professionals (as defined in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 ("FPO")) and persons of a kind specified in Article 49(2) a-d of the FPO (high net worth companies, unincorporated associations etc.)



Chris Fielding
Head of Corporate Finance, WHIreland
T +44 (0)20 7220 1650
M +44 (0)7775 785905

Nick Prowting
Corporate Finance Manager, WHIreland
T +44 (0)20 7220 1691

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-2

# Companies House

# TM01 (ef)

## Termination of a Director Appointment

Company Name: **CROSSVERIFY LTD**
Company Number: **10025371**

X5LXACKH

Received for filing in Electronic Format on the: **15/12/2016**

## Termination Details

Date of termination: **07/12/2016**

Name: **ROWLAND MARCUS ANDRADE**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.



# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-3



Marcus Andrade <ceo@amlbitcoin.com>

## Weekly Management Update - 14th August 2018

2 messages

| | |
|---|---|
| Mikail ██████ ████ @dit.network><br>To: All Staff <allstaff@dit.network> | Wed, Aug 15, 2018 at 3:40 AM |

| Date | 14Aug2018 | 16:00-16:30 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Mikail Conybeare [MC] | |
| Present | David ████ [DO], Mikail ████████ [MC], Nigel C██████ [NQ], Warren C█████ [WC] | |
| Online | John C██████ [JC], Raymond R████████ [RR], Richard N████r [RN] | |
| Distribution | Angela K████ [AK], Bill G██████ [BG], Marcus Andrade [MA], Simon C████ [SC], Terence P████ [TP] | |

| Issue | By | Update | Owner | Action Date |
|---|---|---|---|---|
| **Negotiation** | | | | |
| Panama Ship Registry | RN | RN pursuing new angle with somebody else who has connections to the ship registry. | RN | Aug2018 |
| **Meeting Held** | | | | |
| Alastair Lukies | RR | Meeting dates in early October offered now (details below), awaiting responses. | RR | Aug2018 |
| Citigroup | MC | Sales team to initiate follow up with retail side. | NQ | Sep2018 |
| EY | RR | No response yet, RR to chase | RR | 21Aug2018 |

| | | tomorrow if no response. | | |
|---|---|---|---|---|
| Mediolanum | NQ | Nigel to chase once we have firmer partner progress in order to entice Mediolanum. | NQ | Aug2018 |
| FCA | NQ | Good call with FCA Direct Support done on 9th August. Follow up to demo 2.0 to Direct Support team. NQ to follow up to arrange date for demo and send initial regulatory questions now. | NQ | 21Aug2018 |
| All-Party Parliamentary Taxation Group | RR | Now in Recess, back at the beginning of October. | RR | Oct2018 |
| CISI | RR | Meeting with George L█████ put back to week after next. October meeting date proposed now and is fine. Awaiting date options from George. | RR | Aug2018 |
| **Qualification** | | | | |
| Motive Partners | RR | Meeting dates pushed back to first week of October due to Summer holidays. | RR | Aug2018 |
| Credit Suisse | NQ | Still waiting for response, NQ to chase. | NQ | 21Aug2018 |
| GBX | RR | COO and CFO now identified and due to start end of August, GBX keen to get ball rolling. Now offered first week of October meeting date. FCA Sandbox partnership proposed. | RR | Aug2018 |
| Jersey | RR | RR to arrange follow up call with RN NQ. | RR | Aug2018 |
| Sri Lanka | RR | Offered October date now, awaiting response. | RR | Aug2018 |
| Kazakhstan FC | RR | On hold | | |
| OECD | RR | RR sent through conference link. OECD conference in Paris 4th week September looks valuable to attend. FATF off for time being. | RR | Aug2018 |
| Port of Dover | RR | October meeting dates now offered. | RR | Aug2018 |

EX2033-002

| | | | | |
|---|---|---|---|---|
| Prisa Group | RN | No response back yet. | RN | Aug2018 |
| Royal Mint | RR | Tied up with EY. | | |
| TransferWise | NQ | Early September meeting date offered. | NQ | Aug2018 |
| Uphold | RN | RN conference call with them 15th August. | RN | 21Aug2018 |
| **Leads** | | | | |
| Barclays | RR | Interested in meeting, date options in October being proposed. | RR | Aug2018 |
| Crypto Compliance | RN | Demo call to be arranged for app 2.0. | RN | 21Aug2018 |
| Lloyds of London | RR | No update from last week. | RR | Aug2018 |
| Coventry Building Society | RR | Offered early October meeting date, awaiting response. | RR | Aug2018 |
| Link | RR | Offered early October meeting date, awaiting response. | RR | Aug2018 |
| UK Dept of Culture, Media and Sport | RR | Not a priority at the moment. | RR | Aug2018 |
| Applied Blockchain | RN | Still no response, lead to be closed. | RN | Aug2018 |
| Viagogo | NQ | Potential lead recommended from Alastair L██████ meeting as they have a need for identity solution for event ticket sales. To be followed up by London sales team. | NQ | Sep2018 |
| Diligex | NQ | NQ had call with them. Follow up technical call arranged with a view to arrange a commercial meeting if successful. | NQ | 21Aug2018 |
| Liberia | RN | RN to follow up. French translation required for flyers, NQ to arrange. | RN | Sep2018 |
| Sierra Leone | RN | RN to follow up. | RN | Sep2018 |
| Somalia | RN | RN to follow up. | RN | Sep2018 |

EX2033-003

---

**Product Management**

- Sonin admin website GUI finished, API integration in progress.
- MVP mobile app GUI work in progress in parallel.
- Latest Product Roadmap available here: https://bit.ly/2NvhHVt
- ABTC – HIT BTC confirmed that ABTC will be listed on exchange, tentative timeframe given was roughly 3 weeks (mid-to-late August).

**Partners**

- R3 –MC and NQ to meet with Abbas 15th August.
- Blockchain Finance Conference Dublin – NQ spoke to Dean Murphy, flexible on pricing. Decision to be made to do Dublin, CordaCon, or both.
- Aware – No update from last week.
- Infosys – Amended NDA sent back, NQ to review.

**Finance**

- Natwest bank account setup still in progress – No update from last week.

**Recruitment**

- Delay to Nathan's start date due to issue with previous employer. Expected start date now 3rd September.
- Formal offer made to loan Troana (developer). Still awaiting signed offer letter.
- London Sales Team - Meeting held on 10th August. Documentation received, success metrics discussed. 3-5 R3 members agreeing to be involved in an R3 project. Early September start date.

**Website**

- dit.network website to be updated with more content once MVP mobile app designs are finalised this week.

---

Richard N███████ <██████@dit.network>        Thu, Aug 16, 2018 at 1:23 AM
To: Marcus Andrade <ceo@amlbitcoin.com>, Jack Abramoff <jack@abramoff.com>

Summary:

- Summer is a tough time for BD;

- Product side is looking good;

- V1.02, First Corda product rollout, hopefully by the end of the month;

- Website suited for initial sales will be ready for the end of the month and product completion;

EX2033-004

- Budget – we are so far in way below budget;, we are now in at app. 575K for the project until now, will be in at a little over USD 650k by the rollout of the first version, as compared to the initial budget of GBP 750K which is app, $875k; and that includes Halogen for the last 5 months which were not originally part of the project budget.

- The flip side of that is that due to the budget constraints, I have pushed off non critical costs and HR a little, but we will need to catch up eventually on QC and other aspects. Plus we will need to start marketing and dedicate a budget to that. I have the two senior people that we discussed,  coming in Sept 1 st on a part time basis, and we will need funds for Corda conference on Sept. 12-13 and Dublin Fintech  Oct. 2-3, if we want to have an effective exit of stealth mode.

Yes, we do need additional funds to get this going right, but my point is not to frustrate you about it, rather for you to have confidence in that once we do get the funds, they will be efficiently deployed and I hope, have a meaningful effect, both in the form of a generating a sales cycle in DIT, and in the form of generating PR and value to the ABTC.

[Quoted text hidden]

EX2033-005

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-4



Marcus Andrade <ceo@amlbitcoin.com>

# Weekly Management Update - 24th July 2018
3 messages

**Mikail O█████** <████@dit.network>            Tue, Jul 24, 2018 at 12:08 PM
To: All Staff <allstaff@dit.network>

| Date | 24Jul2018 | 12:00-12:30 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Mikail O█████ [MC] | |
| Present | David O███ [DO], Mikail O█████ [MC], Warren O██ [WC] | |
| Online | Nigel O███ [NQ], ], Raymond R█████ [RR], Richard N████ [RN] | |
| Distribution | Angela K██t [AK], Bill███████ [BG], John█████ [JC], John█████ [JL], Marcus Andrade [MA], Simon O██ [SC], Terence F███ [TP] | |

| Issue | By | Update | Owner | Action Date |
|---|---|---|---|---|
| **Negotiation** | | | | |
| Panama Ship Registry | RN | Last email received from them indicated they were deliberating whether registry or government should do project. Much longer process to be expected if they decide government. Update expected in August. | RN | Aug2018 |
| **Meeting Held** | | | | |
| Alastair Lukies | RR | RR and RN looking to spend a week in London in early Sept to meet with Motive and other prospects with a potential additional week in early October if needed. | RR | 27Jul2018 |
| Citigroup | MC | Sales team to initiate follow up with retail side. | NQ | Aug2018 |

EX2027-001

| EY | RR | Response to meeting with next steps expected by end of this week. To be chased if nothing received. | RR | 27Jul2018 |
|---|---|---|---|---|
| Mediolanum | NQ | Nigel to chase. | NQ | 27Jul2018 |
| FCA Sandbox | NQ | *Post call update: Application for FCA 'Direct Support' scheme to be submitted this week. | NQ | 27Jul2018 |
| All-Party Parliamentary Taxation Group | RR | RR following up on potential legislative changes. | RR | Aug2018 |
| CISI | RR | George L▮▮▮▮ looking to meet RR in Edinburgh in early August. Due to busy September schedule, October now preferable for the educational session. | RR | Aug2018 |
| **Qualification** | | | | |
| Motive Partners | RR | Looking to arrange meeting in early September with early October a backup date. | RR | Aug2018 |
| Credit Suisse | MC | Call arranged with NQ, MC, and Emmanuel A▮▮ (Head of DLT and blockchain) for 26th July. | NQ | 26Jul2018 |
| GBX | RR | New COO still settling in, looking to arrange a meeting for September. | RR | Sept2018 |
| Jersey | RR | Briefing and presentation to Geoff C▮▮, CEO, Jersey Finance and the Jersey Finance Minister. To be arranged for Jersey in September. | RR | Aug2018 |
| Sri Lanka | RR | Briefing and presentation to Mangala S▮▮▮▮▮, Sri Lankan Finance Minister regarding the Sri Lankan International Financial Centre to be arranged for September in London. | RR | Aug2018 |
| Kazakhstan FC | RR | On hold | | |
| FATF | RR /NQ | Publication released that contradicted previous discussions with FATF. Phone call set up with David ▮▮▮ | RR | 03Aug2018 |

EX2027-002

| | | with next steps to be decided after.<br><br>NQ has reached out to Mark W▓▓▓ at the Anti-Corruption Commission in Cayman. | | |
|---|---|---|---|---|
| Port of Dover | RR | PoD looking to arrange a joint meeting with Calais. | RR | Aug2018 |
| Prisa Group | RN | Richard following up on proposal. | RN | 31Jul2018 |
| Royal Mint | RR | Tied up with EY. | | |
| TransferWise | RN | RN met with Yoni who is happy to make introductions and start process of kicking off a project, but timelines after this would not be immediate as project lead on their side has just joined and this wouldn't be initial priority. | RN | Aug2018 |
| Uphold | RN | RN looking to arrange a call with them this week. | RN | 31Jul2018 |
| **Leads** | | | | |
| Lloyds of London | RR | *Post call update from RR - As an in to UK insurance. | RR | Aug2018 |
| Coventry Building Society | RR | *Post call update from RR - Potential lead recommended by Alastair L▓▓▓ | RR | Aug2018 |
| Link | RR | Recommended by Alastair L▓▓▓ to arrange meeting. | RR | Aug2018 |
| UK Dept of Culture, Media and Sport | RR | *Post call update from RR - Liam M▓▓▓, UK Govt's National Technology Advisor | RR | Aug2018 |
| Applied Blockchain | RN | Potential for co-operation, to be explored. | RN | Aug2018 |
| Viagogo | NQ | Potential lead recommended from Alastair L▓▓▓ meeting as they have a need for identity solution for event ticket sales. To be followed up. | NQ | Aug2018 |
| Diligex | NQ | NQ to follow up. | NQ | 25Jul2018 |
| Liberia | RN | RN to follow up. | RN | Sep2018 |
| Sierra Leone | RN | RN to follow up. | RN | Sep2018 |

EX2027-003

| Somalia | RN | RN to follow up. | RN | Sep2018 |
|---|---|---|---|---|
| Illinois Government | RN | Source of info: https://sites.google.com/view/blockchain-govt-tracker | | |

**Product Management**

- Sonin admin website development scope signed-off after meeting with BG today to clarify some open ends. Technical kick off call taking place today.
- Mobile app MVP wireframes now being finalised to be sent to Sonin for quote.
- Corda integration Ongoing.
- Latest Product Roadmap available here: https://bit.ly/2NvhHVt
- ABTC – HIT BTC confirmed that ABTC will be listed on exchange, tentative timeframe roughly 3 weeks. The plan is for a PR splash to announce listing that also mentions CrossVerify being part of the FCA Direct Support scheme (dependant on FCA confirming inclusion, which looks likely from previous meeting).

**Partners**

- R3 – Showcase call to take place in August / September to allow time to find a partner to present with as this will add significant value to bring on additional partners.
- Aware – Expressed a strong interest to partner for sales and could potentially help drive partner sales channel in Brazil as they have an established client there. To be followed up.
- FCA – *Post call update: Direct Support application to be submitted this week.

**Finance**

- Need to arrange further call between JL, SC, and NQ in order to determine cost forecast which will be driven by the revenue forecast.
- Temporary company bank account opened with Transferwise. Natwest bank account setup still in progress and waiting on Natwest. Escalated by NQ again.

**Recruitment**

- QA Lead Nathan joining on 1st August. *Post call update: Delay to Nathan's start date due to issue with previous employer, now likely w/c 6th August at earliest.
- NQ to send RN Sales team proposal.
- Job Description for a Junior Copywriter / Researcher being put together by MC.

**Website**

- Once priority MVP work for admin website and mobile is complete, the dit.network website will be updated with more content.

**Staff Holidays**

- Nigel Q███████ – 23rd July to 3rd August.
- Warren C███ – 27th July to 3rd August.

EX2027-004

**Marcus Andrade** <ceo@amlbitcoin.com>            Tue, Jul 24, 2018 at 12:22 PM
To: Jack Abramoff <jack@abramoff.com>, Richard ████████ <████@dit.network>

Until we find out what happens when Langdon please remove him from these updates.

This is privileged information.

Thanks

Marcus
[Quoted text hidden]

---

**Marcus Andrade** <ceo@amlbitcoin.com>            Tue, Jul 24, 2018 at 3:01 PM
To: David Mata <dbmata@gmail.com>

CONFIDENTIAL

DO NOT SHARE THIS INFORMATION. DO NOT EVEN SHARE WITH ANY POTENTIAL BUYERS OF THE COIN.

---------- Forwarded message ----------
From: **Mikail** O████████ <████@dit.network>
Date: Tue, Jul 24, 2018 at 12:08 PM
Subject: Weekly Management Update - 24th July 2018
To: All Staff <allstaff@dit.network>


[Quoted text hidden]



--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-5

**Subject:** Re: LSE Update
**From:** Richard ▮▮▮▮▮ ▮▮▮▮▮@halogencom.com>
**Sent:** Wed 4/4/2018 3:19:44 PM (UTC-05:00)
**To:** "Raymond R▮▮▮▮▮" <▮▮▮▮▮@halogencom.com>
**Cc:** <ceo@amlbitcoin.com>, "Jack Abramoff" <jack@abramoff.com>, "John C▮▮▮▮▮" <john@halogencom.com>

Looking good!

Best Regards,
Richard

(Sent via mobile, please disregard any typos)

-------- Original message --------
From: Raymond R▮▮▮▮▮ ▮▮▮▮▮@halogencom.com>
Date: 4/4/18 23:07 (GMT+02:00)
To: Richard <▮▮▮▮▮▮▮▮▮▮>
Cc: ceo@amlbitcoin.com, Jack Abramoff <jack@abramoff.com>, John C▮▮▮▮▮ <john@halogencom.com>
Subject: LSE Update

Hi Richard,

As agreed last week in London, Angela followed up our meeting with the LSE by meeting Antonella for feedback and to discuss next steps. Things are looking very positive. It appears that two options (not mutually exclusive are emerging):

Firstly, Chris C▮▮▮▮▮ has indicated to her that he was very impressed and is very interested in CrossVerify and is minded to take things forward. We now have to negotiate exactly what - it could be to take forward the pilot project we have talked about previously; or something more substantial along the lines of a formal Joint Venture - Angela indicated our willingness to discuss this saying that this would have the benefit of both bringing something to the table - LSE bringing money and clients; NAC bringing CrossVerify and innovation.

Secondly, the possibility of a UKFCA Sandbox trial of a digital financial instrument that the LSE clients were interested in, with the AML CrossVerify platform on the front. For us that would have the benefits of halving the costs and doubling the credibility. For the LSE it gets them on the FinTech front foot and fits absolutely four square into what Nicholas B▮▮▮▮▮ was on about when we saw him at the LSE in February and he talked about digitalising and digital coins.

Angela concluded the conversation agreeing that Antonella would have an internal heads up with Chris C, explain how a combined Sandbox trial could work and get him to think more about what he wanted to propose by way of co-operation/possible JV, and Angela meanwhile would report back and discuss.

She hasn't committed us to anything other than confirming our desire to collaborate in a meaningful way with the LSE.

Finally, Angela has agreed to speak to Martin W▮▮▮▮▮ next week and has advised him that there has been a development that she would like to touch base with him about ie checking out the Royal Mint to see if would they be up for a joint UK FCA Sandbox trial with us or with us and the LSE.

This is all incredibly exciting and has enormous potential - however, given the players everything will need to be handled carefully and sensitively and, for the moment, in strictest confidence. You need to trust us to manage the process this end - so apologies in advance if we nag and appear to do things in a very British way which, to non-Brits, can appear frustrating............

**Raymond R██████**
**Director of Public Affairs**

 **Halogen Communications**
*Don't forget to check out our new website!*

**UK**

Edinburgh, ███

**USA**

Evening Star Building, 6th Floor,

Washington, D.C.

🌲 **Help the environment.  Please don't print this e-mail unless you really need to.**

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-6



Marcus Andrade ██████████████

---

## ICOBox services for AMLBitcoin
26 messages

**Sergei Motov** ██████████████
To: ███████████
Cc: Vladimir Sofronov ███████████████

Wed, Oct 11, 2017 at 6:44 PM

Dear Marcus,

we've sent NDA and services agreement via docusign to your email.

Here is our digital wallets:

for BTC - 15shSw1ioGyKofjxxPFiWoQkZHMvSuJDVK

for ETH - 0xaDDba13aD0fa5D7A82b40763Aa02575CA60540c9

Best regards,
Sergei Motov
ICOBox | Legal Counsel

---

**Marcus Andrade** ███████████
To: Sergei Motov ████████████
Cc: Vladimir Sofronov ████████████>, Japheth Dillman ████████████

Wed, Oct 11, 2017 at 6:51 PM

Hello Serge,

There was a slight correction in the payment.

I am supposed to pay 100K = (365 ETH)

Then I should be paying 7 BTC and not 3 BTC

The remaining 3 BTC owed will be paid by issuing an additional 49 ETH.

So the total initial payment should be 7 BTC and 413 ETH.

Please confirm. Let me know if I should just sign the agreement as is or if you want to make the slight change.

Thank you,

Marcus
[Quoted text hidden]
--

Marcus Andrade, Founder
NAC Foundation, LLC
███████████████████

---

**Marcus Andrade** ███████████
To: jackabramof ███████████

Wed, Oct 11, 2017 at 6:56 PM

[Quoted te t hidden]

---



**Vladimir Sofronov**
To: Marcus Andrade
Cc: Sergei Motov                    Japheth Dillman <

Wed, Oct 11, 2017 at 6:58 PM

Hi Marcus!

Got it, we thought that you want to pay 3BTC, not 7.

By the way the current exchange rate for eth is 300, so 100 000usd  is 333 in ETH.

We will correct the contract and send it to you shortly.
[Quoted text hidden]

---

**Japheth Dillman** <jdillman@clevrplay.com>
To: Vladimir Sofronov
Cc: Marcus Andrade                    Sergei Motov

Wed, Oct 11, 2017 at 7:01 PM

Thank you everyone

Sent from my iPhone
[Quoted text hidden]

---

**Marcus Andrade**
To: jackabramo

Wed, Oct 11, 2017 at 7:03 PM

---------- Forwarded message ----------
From: **Vladimir Sofronov** <
Date: Wed, Oct 11, 2017 at 6:58 PM
Subject: Re: ICOBox services for AMLBitcoin
[Quoted te t hidden]
[Quoted text hidden]

---

**Sergei Motov** <sm@icobox.io>
To: Marcus Andrade
Cc: Vladimir Sofronov                    Japheth Dillman

Wed, Oct 11, 2017 at 7:07 PM

Dear Marcus,

based on exchange rate set by Kraken 100k USD equal to 333 ETH and 3 BTC are equal to 52 ETH, so initial payment should be 385 EHT plus 3 BTC.

Please confirm calculation and if it's ok I'll resend an agreement.

Best regards,
Sergei

[Quoted te t hidden]

---

**Marcus Andrade**
To: Sergei Motov
Cc: Vladimir Sofronov <                    Japheth Dillman

Wed, Oct 11, 2017 at 7:14 PM

Hello Sergei,

Hello Sergei, what you are saying  is a total of 385 ETH and 7 BTC's.?

Also for the 3 BTC's please let me know what conversation rate your using.

Best,

Marcus
[Quoted text hidden]

---

**Sergei Motov** ████████████        Wed, Oct 11, 2017 at 7:18 PM
To: Marcus Andrade < ████ ████████████
Cc: Vladimir Sofronov < ████████   Japeth Dillman ████████████

Dear Marcus,

we're using exchange rate on Kraken (https://www.kraken.com/charts), regarding 3 btc - it's my fault. Yes, initial payment in amount of 385 ETH and 7 BTC.

Best regards,
Sergei
[Quoted text hidden]

---

**Marcus Andrade** <ceo@amlbitcoin.com>        Wed, Oct 11, 2017 at 7:19 PM
To: Sergei Motov ████████
Cc: Vladimir Sofronov ████████   Japeth Dillman ████████████

All Good.

Thank you Sergei

Marcus
[Quoted te t hidden]

---

**Sergei Motov** <sm@icobox.io>        Wed, Oct 11, 2017 at 7:21 PM
To: Marcus Andrade ████████████
Cc: Vladimir Sofronov ████████   Japeth Dillman ████████████

Ok, great, I'll resend you documents.

Best regards,
Sergei
[Quoted text hidden]

---

**Vladimir Sofronov** < ████████        Wed, Oct 11, 2017 at 7:38 PM
To: Marcus Andrade ████████████
Cc: Sergei Motov < ████████   Japeth Dillman ████████████

Great! We see you signed the documents.

Now as a next step we need a technical contact from your team, someone with whom we can talk about deployment of our Bookbuilding platform and also people with whom we should communicate on PR and marketing side.

Vlad.
[Quoted te t hidden]

---

**Marcus Andrade** < ████ ████████████        Wed, Oct 11, 2017 at 7:38 PM
To: Sergei Motov < ████ ████
Cc: Japeth Dillman ████████████

Please confirm the payment address below.

for BTC - 15shSw1ioGyKofjxxPFiWoQkZHMvSuJDVK

for ETH - 0xaDDba13aD0fa5D7A82b40763Aa02575CA60540c9

On Wed, Oct 11, 2017 at 6:44 PM, Sergei Motov ███████████████ wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Sergei Motov**████████████████                 Wed, Oct 11, 2017 at 7:41 PM
To: Marcus Andrade ████████████
Cc: Japheth Dillman <████████████████>, Vladimir Sofronov ████████████████

Addresses confirmed.

Best regards,
Sergei
[Quoted text hidden]

---

**Marcus Andrade** ██████████████             Wed, Oct 11, 2017 at 7:43 PM
To: Vladimir Sofronov ████████████
Cc: Sergei Motov ████████████ Japheth Dillman ████████████████>, Hung Tran ████████████
Jamie McCormick ████████████████ ██>, Lisa Helfer ████████████████ Erwin Doornbos

Hello Vlad,

When it comes to the deployment of the platform, please get with Hung.

Everyone else I included on this email will also assist your team in anything you need done.

Thank you,

Marcus
[Quoted text hidden]

---

**Marcus Andrade** <████████████████            Wed, Oct 11, 2017 at 7:47 PM
To: Sergei Motov <████████████
Cc: Japheth Dillman <████████████████ Vladimir Sofronov ████████████████

Great. Just sent you 7 BTC's. The ETH will follow by morning.

Thank you,

Marcus
[Quoted text hidden]

---

**Vladimir Sofronov**████████████            Wed, Oct 11, 2017 at 7:48 PM
To: Marcus Andrade <████████████
Cc: Sergei Motov <████████████████>, Japheth Dillman ████████████████, Hung Tran ████████████████
Jamie McCormick <████████████████ █., Erwin Doornbos
<e████████████████>, Lisa Helfer ████████████████, Daria Generalova ████████████████

Looping in Daria Generalova, she would be handling PR and marketing from our side.

Hi Hung! Is there any other way contacting you other than e-mail? Do you use telegram? It would be super convenient
for us to use telegram for communicating on the deployment of the bookbinding platform(payment system)

Vlad
[Quoted text hidden]

---

**Japheth Dillman** <jdillman@clevrplay.com>           Wed, Oct 11, 2017 at 7:50 PM



# Transaction details



| Transaction | Reservechain transaction ID |
|---|---|
| Date | October 11, 2017, 8:46:44 PM |
| Blockchain transaction ID | Hash |
| Status | ✅ Completed |

Transaction created using Uphold

## Back to Uphold

© Uphold, Inc. 2025 ● **Terms & Conditions** ● **Privacy Policy** ● **Legal**

Ethereum Transaction Hash (Txhash) Details | Etherscan

## Transaction Details ‹ ›

Buy ⌄   Presale ⌄   Play ⌄   Gaming ⌄

Overview   **State**                                                    </> API   ☰ ⌄

---

⊘ **Transaction Hash:**

0xc915e2e3f3999a78d73f3e2bca2058deda2c518cc64c09640aee66356c869911  ⧉

⊘ **Block:**

✓ 4359510   **18841115 Block Confirmations**

⊘ **Timestamp:**

🕐 2871 days ago (Oct-12-2017 02:55:40 PM UTC)

---

⊘ **From:**

0x2ecE33feB37CF1F1d36641cE936E07f7d9229EFC  ⧉

⊘ **To:**

0xaDDba13aD0fa5D7A82b40763Aa02575CA60540c9  ⧉

---

⊘ **Value:**

◆ 384.9997263399999683 ETH   **$1,835,621.17**

⊘ **Transaction Fee:**

0.000273 ETH   **$1.30**

⊘ **Gas Price:**

13 Gwei (0.000000013 ETH)

---

**More Details:**                                          + Click to show more

---

⊘ **Private Note:**

To access the **Private Note** feature, you must be Logged In

🍪 This website uses cookies to improve your experience. By continuing to use this website,   [ Got it! ]
you agree to its Terms and Privacy Policy.

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-7



INPUT ^
**M8n6**

**BlockExplorer.com**

435.
LTC

$L$ LITECOIN ⌄

OUTPUT 1
**LQPTxg⋯py9p** 📋

301.3 LTC ($34,182.14)

© 2025 BlockExplorer.com. All rights reserved. ✈
Data displayed is based on publicly available blockchain information.

8/19/25, 12:44 PM
Case 3:20-cr-00849-RS   Document 729-1   Filed 08/23/25   Page 44 of 71
Bitcoin transaction d20920d2c1fa87a456e168bddb4c8fe37b39de3e36b337130f9a5af6c9cde62e



Explorers   Products   News ⌄   🔲 🔍   🪙 USD   🌐 ENG   🌙



Win 100 ETH 🏦    200ETH Free Spins 🏦
Win 8 BTC 💰    Claim 5 BTC 💰
Get 250K Coins 🧹

Sponsored | Advertise here | Turn off ads

BITCOIN → TRANSACTION d20920...cde62e

# ₿ Bitcoin transaction

**HASH**                                          **SegWit**

## d20920d2c1fa87a456e168bddb4c8fe37b39de3e36b337130f9a5af6
## c9cde62e

  

**TRANSACTION STATUS**

**In block 519,487** ✅

Confirmations: 391,280

| TIME | FEE |
|---|---|
| **2,675 days ago** | **0.00000676 BTC · 0.059 USD** |
| 22 Apr 2018 22:56:55 UTC | 2.7148594 sat/B · 4.0418536 sat/vB |

Additional info ⌄

Transaction events

dApp Gallery

**Main (3)**

INPUT 0

3AeddiApbQLXDnYZMZeNpbETjNtLtc
X4CX

AMOUNT

5.39385078 BTC · 46,108 USD

OUTPUT 0     CHANGE

3Q3tKvZ4oME3LMpchNgQPXgre8AShc
dRVE

AMOUNT

0.38884402 BTC · 3,426 USD

OUTPUT 1

1PtzFRCUqnpS9a5Db5xSNvJADJMDu1
Maca

AMOUNT

5.005 BTC · 44,099 USD

---

🔵 There are no events of the following types: Omni Layer.

Sponsored | Advertise Here | Turn off ads

BC.GAME - the best crypto casino. Up to 5 BTC daily bonus, 760% deposit bonus. Play now.

# dApp Gallery



Chat with ✨      Generate PDF Receipt

Case 3:20-cr-00249-RS    Document 728-1    Filed 09/28/25    Page 46 of 71



Explorers    Products    News    ⌕    USD    🌐 ENG    🌙



| Win 100 ETH 🏛 | 200ETH Free Spins 🏛 |
| Win 8 BTC 💰 | Claim 5 BTC 💰 |
| Get 250K Coins 🧹 | |

Sponsored | Advertise here | Turn off ads

BITCOIN  —  TRANSACTION 877349...a5c0c6

# ₿ Bitcoin transaction

---

HASH                                          SegWit

## 877349d8f53ae668045f0fa27e43a2ead135d2a3602ea2df6a481bb417a5c0c6

    

---

TRANSACTION STATUS

### In block 519,495 ✅
Confirmations: 391,272

TIME                          FEE
### 2,675 days ago           ### 0.00000676 BTC · 0.06 USD
23 Apr 2018 00:51:10 UTC    2.7148594 sat/B · 4.0418536 sat/vB

Additional info ⌄

---

Transaction events

dApp Gallery

## Main (3) ─────────────────────────────

## INPUT 0

**38ZMtsW5mXCNRNAZBBpeVBRp5Fthdi TKKR** 📋

AMOUNT

◀   5.21926937 BTC ✅ · 41,630 USD

## OUTPUT 0       CHANGE

**352NpQYz9Jz7YqSqWpSmjmmoAF5apj PH5n** 📋

AMOUNT

0.21926261 BTC ✅ · 1,950 USD ▶

## OUTPUT 1

**13cQi4FuhFy7J1eqnKVa5NG3QU6jst 5gcN** 📋

AMOUNT

5 BTC ✅ · 44,485 USD ▶

---

🟣 There are no events of the following types: Omni Layer.

Sponsored | Advertise here | Turn off ads

🅱 BC.GAME - the best crypto casino. Up to 5 BTC daily bonus, 760% deposit bonus. Play now.

# dApp Gallery



▸       ▸

Chat with ✨        Generate PDF Receipt

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-8

 Gmail

**Marcus Andrade <ceo@amlbitcoin.com>**

---

## Partnership

---

**Marcus Andrade <ceo@amlbitcoin.com>**                         Sun, Apr 22, 2018 at 7:25 PM
To: Zübeyir ████████████@ovis.com.tr>
Cc: listing <listing@ovis.com.tr>

Hello Team,

Invitation link below. Bot were git names were added.


I sent off 5 BTC,

https://btc-bitcore6.trezor.io/tx/877349d8f53ae668045f0fa27e43a2ead135d2a3602ea2df6a481bb417a5c0c6

I can either send you the balance in ETH within the next 24 hours, or when my partner gets back from china in 4 days, he can go into cold storage and send you the balance in BTC.

You should have everything you need to list. We have some big news coming next week.

Thanks Partners,

Marcus
Skype Monex247

[Quoted text hidden]

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-9



Explorers      Products      News            USD      ENG

Win 100 ETH 🏦          200ETH Free Spins 🏦

Win 8 BTC 💰          Claim 5 BTC 💰

Play for Free 🖌️

Sponsored | Advertise here | Turn off ads

BITCOIN → TRANSACTION 2590e9...6ca96b

# Bitcoin transaction

HASH                                                    SegWit

## 2590e9c5ebd03017dd1960f69ba137abe92ad689c4d5ff4891e4ef38de6ca96b

    

TRANSACTION STATUS

**In block 515,064** ✅
Confirmations: 395,705

TIME                          FEE
**2,704 days ago**            **0.00000338 BTC · 0.029 USD**
25 Mar 2018 07:12:33 UTC      1.352 sat/B · 2.0179104 sat/vB

Additional info ˅

Transaction events

dApp Gallery

## Main (3)

## INPUT 0

**3AzQHrqCdVU5br2RwbSynxMSeF99Yo fvUh** 

AMUNT

◁ 10.13523846 BTC ✓ ·
109,405 USD

## OUTPUT 0

**1AfhLKaQhk62KF6HAgAJdALvQM3jPR b9HP**

AMOUNT

3.00000349 BTC ✓ · 26,606 USD
▷

## OUTPUT 1      CHANGE

**3Bqb3cT85Pxx7FrcK3uMkxQGFzFW3f f9AN**

AMOUNT

7.13523159 BTC ✓ · 63,281 USD
▷

---

⚠ There are no events of the following types: Omni Layer.

Sponsored | Advertise Here | Turn off ads

BC.GAME - the best crypto casino. Up to 5 BTC daily bonus, 760% deposit bonus. Play now.

# dApp Gallery



Chat with ✦      Generate PDF Receipt

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-10



**Marcus Andrade <ceo@amlbitcoin.com>**

---

## Partnership

---

**Marcus Andrade <ceo@amlbitcoin.com>**        Sun, Mar 25, 2018 at 1:54 AM
To: Exrates <listing@exrates.top>

Payment sent to wallet address     1AfhLKaQhk62KF6HAgAJdALvQM3jPRb9HP

Transaction

https://btc-bitcore6.trezor.io/tx/2590e9c5ebd03017dd1960f69ba137abe92ad689c4d5ff4891e4ef38de6ca96b

Please give me your Git Username so that I can send you the link to our github.

Thank you,

Marcus
[Quoted text hidden]

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-11



Explorers    Products    News    ⚹    ▦    ◯    USD    ⊕ ENG    ☾

┌─────────────────────────────┐   ┌─────────────────────────────┐
│      Win 100 ETH 🏛          │   │      200ETH Free Spins 🏛     │
└─────────────────────────────┘   └─────────────────────────────┘
┌─────────────────────────────┐   ┌─────────────────────────────┐
│      Win 8 BTC 💰            │   │      Claim 5 BTC 💰          │
└─────────────────────────────┘   └─────────────────────────────┘
┌─────────────────────────────┐
│      Get 250K Coins 🧹       │
└─────────────────────────────┘

Sponsored  |  Advertise here  |  Turn off ads

BITCOIN → TRANSACTION 400635...a9df2f

# ₿ **Bitcoin** transaction

---

HASH                                                                SegWit

## 40063503fd8e2c45c619d91c377b55fcf1fb30d137cf13df671853c0 c0a9df2f

    

---

TRANSACTION STATUS

**In block 515,582** ✅
Confirmations: 395,187

TIME                              FEE
**2,700 days ago**                **0.00000783 BTC · 0.062 USD**
28 Mar 2018 20:19:16 UTC          1.8598574 sat/B · 3.0319458 sat/vB

Additional info ^

---

AMOUNT TRANSFERRED

**17.2192772 BTC** 🔵 · **137,345 USD**

SIZE                              COINDAYS DESTROYED
**421**                           **369**

| | |
|---|---|
| **WEIGHT** | **VIRTUAL SIZE** |
| 1,033 | 258 vB |
| **COINBASE TRANSACTION** | **WITNESS DATA** |
| No | Yes |
| **RBF ENABLED** | **LOCK TIME** |
| No | 0 |
| **VERSION** | |
| 1 | |

## Transaction events

dApp Gallery

## Main (4)

**INPUT 0**

3Bqb3cT85Pxx7FrcK3uMkxQGFzFW3f
f9AN  🗋

**AMOUNT**

‹  7.13523159 BTC ✅  ·
63,281 USD

**OUTPUT 0**                    **CHANGE**

38ZMtsW5mXCNRNAZBBpeVBRp5Fthdi
TKKR  🗋

**AMOUNT**

5.21926937 BTC ✅  ·  41,630 USD
›

**INPUT 1**

3A9kht3RtWNndjwpcZZS8sJWceyKgE
23aU  🗋

**AMOUNT**

‹  10.08404561 BTC ✅  ·
108,852 USD

**OUTPUT 1**

19R9bMYpJpkuLEwNsMfr2TftUi3aTH
WiRQ  🗋

**AMOUNT**

12 BTC ✅  ·  95,715 USD  ›

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-12



**CHASE** ✲
JPMorgan Chase Bank, N.A.
P.O Box 182051
Columbus, OH 43218-2051

May 01, 2018 through May 31, 2018
Account Number: ▇▇▇▇▇8602

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00024553 DRE 703 141 15218 NNNNNNNNNNN T  1 000000000 64 0000
BLOCK BITS CAPITAL, LLC
SPOKANE WA ▇▇▇



### We updated our Deposit Account & Wire Agreements

The following changes were made May 20, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here are some important changes:

  - Effective August 1, we will notify you in advance of any changes to the Deposit Account Agreement that would adversely affect you, unless the change is necessary to comply with a legal requirement. (General Account Terms, Section I, Changes to the agreement)

  - We clarified the language that explains when we may charge a Non-Chase ATM fee for balance inquiries and transfers when you use a non-Chase ATM. (Electronic Funds Transfer Service Terms, Section A, Types of EFT Services)

- We consolidated all of our Chase wire agreements, except for the Online Wire Agreement. In addition to making sure the terms and definitions of the Wire Transfer Agreement are consistent, we made the following changes:

  - When we amend the agreement, we will send you notice of the change and may refer you to a branch or your banker for the updated agreement.

  - When you send a wire, we will send you an email notification on the status of your wire if you have provided your email address.

Please call us at the number on this statement if you have any questions.

| **CHECKING SUMMARY** | Chase Platinum Business Checking |
|---|---|

| | INSTANCES | AMOUNT |
|---|---|---|
| ▇▇▇▇ | ▇ | ▇▇▇▇ |
| ▇▇▇▇▇▇ | 1 | ▇▇▇ |
| ▇▇▇▇▇ | 1 | ▇▇▇ |
| ▇▇▇ | 1 | ▇▇▇ |

Your account ending in 5836 is linked to this account for overdraft protection.

Page 1 of 4

USAO 0018358

IRS-GJ-0018804



May 01, 2018 through May 31, 2018

Account Number: ████████ 8602

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/09 | Online Transfer From Chk ...5637 Transaction#: 7133426476 | 223,461.00 |
| **Total Deposits and Additions** | | |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/09 | 05/09 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Payroll Services, Inc Ref:/Time/14:53 Imad: 0509B1Qgc03C007474 Trn: 4939900129Es | $235,261.00 |
| **Total Electronic Withdrawals** | | **$235,261.00** |



| | AMOUNT |
|---|--------|

| | AMOUNT |
|---|--------|

## SERVICE CHARGE SUMMARY

Will be assessed on 6/1/18

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | | | | | |
|-------------|---|---|---|---|---|
| | 1 | | | | |
| | 3 | | 0 | | |
| | 1 | 4 | 0 | | |
| | 1 | 0 | 1 | | $95.00 |

Page 2 of 4

USAO 0018359



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2018 through June 29, 2018

Account Number:                    8602

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00019777 DRE 703 141 18118 NNNNNNNNNNN T  1 000000000 64 0000

BLOCK BITS CAPITAL, LLC

SPOKANE WA



---

## CHECKING SUMMARY        Chase Platinum Business Checking



Beginning Balance                INSTANCES                AMOUNT

Your account ending in 5836 is linked to this account for overdraft protection.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| 06/19 | Online Transfer From Chk ...5637 Transaction#: 7243223288 | 234,300.00 |
| **Total Deposits and Additions** | | **$235,000.00** |

## ATM & DEBIT CARD WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Page 1 of 4

USAO 0018364

IRS-GJ-0018810

**CHASE** ⬡

June 01, 2016 through June 29, 2016
Account Number: �a 8602

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | |
|------|-------------|--|
| 06/19 | 06/19 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Payroll Services, Inc Ref:/Time/14:41 Imad: 0619B1Qgc04C006211 Trn: 4901600170Es | 222,782.80 |

USAO 0018365

IRS-GJ-0018811

**CHASE** ◻
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 30, 2018 through July 31, 2018
Account Number: ███████8602

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00024218 DRE 703 141 21318 NNNNNNNNNNN T  1 000000000 64 0000
BLOCK BITS CAPITAL, LLC
█████████
SPOKANE WA ███████



---

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | ████ |
| ████████████ | 1 | ███ |
| █████████ | | |
| ███ | | |
| ███████ | 1 | ████ |

Your account ending in 5836 is linked to this account for overdraft protection.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/20 | Coinbase.Com/Btc 8889087930 | PPD ID: 1455293997 | $324,511.53 |
| **Total Deposits and Additions** | | | **$324,511.53** |



USAO 0018368

IRS-GJ-0018814

Page 1 of 4



**CHASE**

June 30, 2018 through July 31, 2018
Account Number:  ██████ 8602

### ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | |
|---|---|---|

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | |
|---|---|---|
| 07/20 | 07/20 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Payroll Services, Inc Ref:/Time/15:33 Imad: 0720B1Qgc08C028821 Tm: 5377600201Es | 312,314.18 |

**Total Electronic Withdrawals**

| | | AMOUNT |
|---|---|---|

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $ |

**Total Fees**

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/02 | $7,761.59 |
| 07/05 | 6,476.02 |
| 07/09 | 6,433.96 |

Page 2 of 4

USAO 0018369

IRS-GJ-0018815

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-13

**From:**          David Mata <███@blockbits.capital>
**To:**            Wynar, Roahn (SF) (FBI)
**Cc:**            Japheth Dillman
**Subject:**       Re: BTC, LTC, and ETH transactions.

Let me know if you have e any questions on it, ipulled those links from emails he sent me, I could forward those direct.
David Mata

Managing Director and Co-Founder

Block Bits Capital

███████

███ @blockbits.capital

On Mon, Sep 24, 2018, 17:37 Wynar, Roahn (SF) (FBI) <████████> wrote:
Excellent. I'll get right on this.


-


-------- Original message --------
From: David Mata <███@blockbits.capital>
Date: 9/24/18 4:15 PM (GMT-08:00)
To: "Wynar, Roahn (SF) (FBI)" <████████>, Japheth Dillman
███████ @blockbits.capital>
Subject: BTC, LTC, and ETH transactions.

Hi Roahn,
As per our call last week, I wanted to give you some transactions to look at.

This is a BTC transfer from Marcus:
https://btc-explorer.trezor.io/tx/8c32ae4145d9e675cf7b2e7b498b671f7591d9050d1d4ff3173dee05d932d237

https://bitcoinwhoswho.com/address/3NmdLMyxjLmiWugpWGhjPsfpdZJ9cTet71

Our wallet at Coinbase was the receiving one ending in Tet71

LTC Transfer:
https://ltc-explorer.trezor.io/tx/69f81bcc3ed539029b1974ff2a85c273682c1a893d661763a7d1301238e4094f

https://ltc-explorer.trezor.io/tx/e2f662ec3c4cb0f66f05b37668b8b0e8edc69808e58fb9c8d01211f54004be87

Our LTC wallet at Coinbase was ending in weqjs6

BCH transfer:
https://bitcoincash.blockexplorer.com/tx/111f69e70f05951651262a648278c0e3565ac1288567136842755

97884f3202a

https://bitcoincash.blockexplorer.com/tx/c8855ab6338e27b02d806227d62ff35dc56109fa90f34455b71906 924cab412e

Our BCH wallet at Coinbase is ending in fvddk

This was from the last time we liquidated crypto for him, Jul 18th, 2018. The results were wired to his NAC Payroll Services, Inc. account.

I'll look for other liquidation info, if this helps.
D

--
David Mata
Managing Director and Co-Founder
Block Bits Capital

█████ @blockbits.capital


* Please consider this message confidential and not to be shared with anyone outside of the recipient list.

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-14

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     09/27/2018

On September 24, 2018 David Mata, previously interviewed, sent SA Wynar an email which has been attached to this report. That email contained the cryptocurrency transaction ID's used by Andrade to deliver cryptocurrency to Mata and Japheth Dillman. The relevant transaction numbers were:

64 ETH (Ethereum):

0x37f2c12f6a49979ca7a9f69269ff256cfe31c785135d2d2177d0fcf4db1fae20

144.8 ETH:

0xd8f3db23b04a5f8c502ef6895669cb07235c2ac54267f614ba66dbbabf9847df

114 ETH:

0x4388c709ad1a5fc15a87af35c2bad24364f16060e16b99305bc140a916e4c781

After Mata and Dillman converted Andrade's Ethereum to U.S. dollars the money was wired to:

NAC Payroll Services, Inc.
Account Number: ███9155
Bank: Wells Fargo Bank, NA
Address: 420 Montgomery Street, San Francisco, CA 94104
Routing Number: ███████
SWIFT: ███████

NAC PAYROLL SERVICES address

███████ Texas 77459

Investigation on  09/26/2018  at  San Francisco, California, United States (Email)

File #  58D-SF-2113481-302                          Date drafted  09/26/2018

by  ROAHN WYNAR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# United States v. Andrade

# Defendant's Brief on Forfeiture and Restitution Objections

# ATTACHMENT-15

FD-302 (Rev. 5-8-10)

### FEDERAL BUREAU OF INVESTIGATION

Date of entry ___02/12/2020___

David Mata was interviewed at in the lobby of the The Davenport Tower Hotel, located at 111 S. Post Street, Spokane, Washington. Mata was aware of the interviewers identities from prior interactions. The meeting was covertly recorded, ███████████████████████████████████████████████ ██████████████████████████████████████████████████ █████████████████████████████████ A summary of the interview is documented below:

Mata was responsible for managing the crypto-currency in the possession of Block Bits Capital. ████████████████████████ on or about May 2018. ███████████ Marcus Andrade needed to get a large quantity of Etherum cleared within the next hour. ████████████████████████████████████████ █████████████████████████

████████████████████████████████████████████████ ████████████████████████████████████████ Mata subtracted a service fee from the difference. ██████████████████████████████████████████ Mata recalled the vast majority being Etherum, but there may have been some Bitcoin.

██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████

██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████

---

Investigation on ___08/26/2019___ at ___Spokane, Washington, United States (In Person)___

File # ___58D-SF-2113481-302___                     Date drafted ___12/30/2019___

by ___Ethan A. Quinn, ROAHN WYNAR___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.