CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
| Plaintiff, | ) |
| | ) MOTION TO SEAL EXHIBIT 1 [ECF NO. 732-2] & |
| v. | ) EXHIBIT 2 [ECF NO. 732-3] TO DECLARATION |
| | ) OF FBI FORENSIC ACCOUNTANT THERESA |
| ROWLAND MARCUS ANDRADE, | ) CHIU IN SUPPORT OF UNITED STATES' |
| | ) PROPOSED FORFEITURE & RESTITUTION |
| Defendant. | ) ORDERS [ECF NO. 732-1] AND [PROPOSED] |
| | ) SEALING ORDER |

[PROPOSED] ORDER TO SEAL EXHIBITS
20-CR-00249 RS

The United States, by and through its counsel, moves this Court for an order sealing Exhibit 1 (ECF No. 732-2) and Exhibit 2 (ECF No. 732-3) to the Declaration (ECF No. 732-1) of FBI Forensic Accountant Theresa Chiu in Support of the United States' Proposed Forfeiture and Restitution Orders. Exhibits 1 and 2 contain voluminous personal identifiable information ("PII") for victims of the crimes involved in this case, and such PII cannot reasonably be redacted.

Accordingly, the United States requests that the Court seal these two exhibits, which the United States shall lodge with the Clerk of the Court via USB thumb drive

DATED: September 8, 2025

Respectfully,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

## **[PROPOSED] ORDER**

Upon the motion of the United States, and good cause having been shown, IT IS HEREBY ORDERED that the United States shall file Exhibit 1 (ECF No. 732-2) and Exhibit 2 (ECF No. 732-3) to the Declaration (ECF No. 732-1) of FBI Forensic Accountant Theresa Chiu in Support of the United States' Proposed Forfeiture and Restitution Orders under seal by lodging copies of said exhibits with the Clerk of Court.

IT IS SO ORDERED.

DATED: _____

_____
HON. RICHARD SEEBORG
Chief United States District Judge

[PROPOSED] ORDER TO SEAL EXHIBITS
20-CR-00249 RS                                    2