JOHN M. PIERCE (Cal. Bar No. 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com
*Attorney for Rowland Marcus Andrade*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>      Defendant. | Case No. 20-cr-00249-RS-1<br><br>NOTICE OF APPEARANCE FOR JOHN M. PIERCE AS COUNSEL OF RECORD FOR ROWLAND MARCUS ANDRADE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT John M. Pierce of John Pierce Law P.C., who is permitted to practice in this District, hereby appears as counsel of record on behalf of Defendant, Rowland Marcus Andrade. Effective immediately, please add John M. Pierce as an attorney to be noticed on all matters at the following address:

John M. Pierce, Esq.
John Pierce Law P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com

Dated: September 23, 2025

JOHN PIERCE LAW P.C.

By: *John M. Pierce*
John M. Pierce, Esq.
John Pierce Law P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I electronically filed the foregoing Notice of Appearance for John M. Pierce as Counsel of Record for Rowland Marcus Andrade with the Clerk of Court for the United States District Court, Northern District of California, and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: *John M. Pierce*
John M. Pierce, Esq.
John Pierce Law P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com