**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
*mshepard@kslaw.com*
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

DAINEC STEFAN (Admitted *pro hac vice*)
King & Spalding LLP
1185 6th Ave
34th Floor
New York, NY 10036
212-556-2291
Email: dstefan@kslaw.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | Case No.: 20-CR-00249-RS <br><br> **DEFENDANT ROWLAND MARCUS ANDRADE'S NOTICE OF APPEAL FROM COURT'S ORDER GRANTING IN PART GOVERNMENT'S REQUEST FOR FORFEITURE AND RESTITUTION [ECF # 740]** |

NOTICE IS HEREBY GIVEN that ROWLAND MARCUS ANDRADE, defendant in the above-entitled case, hereby appeals to the United States Court of Appeals for the Ninth

DEFENDANT ROWLAND MARCUS ANDRADE'S NOTICE OF APPEAL FROM COURT'S ORDER GRANTING IN PART GOVERNMENT'S REQUEST FOR FORFEITURE AND RESTITUTION [ECF# 740]

*UNITED STATES v. ROWLAND MARCUS ANDRADE*, Case # 20-CR-00249-RS - Page 1

Circuit, from the order granting in part request for forfeiture and restitution, i.e. the order filed as ECF number 740 on September 16, 2025.

The defense respectfully requests this appeal to merge with the related case pending in United States Court of Appeals for the Ninth Circuit, docket number 25-5095, where he is represented by appellate counsel.

DATED: September 25, 2025 /s/

_____
MICHAEL J. SHEPARD,
CINDY A. DIAMOND, and
DAINEC STEFAN
Attorneys for Defendant in District Court
ROWLAND MARCUS ANDRADE

DEFENDANT ROWLAND MARCUS ANDRADE'S NOTICE OF APPEAL FROM COURT'S ORDER GRANTING IN PART GOVERNMENT'S REQUEST FOR FORFEITURE AND RESTITUTION [ECF# 740]

UNITED STATES v. ROWLAND MARCUS ANDRADE, Case # 20-CR-00249-RS - Page 2