Schedule 1.0

*Preliminary Assessment:* ▮▮▮▮

## Preliminary Estimate
**For the Period March 20, 2023 through December 31, 2027 [1]**

| (in millions) | Estimated U.S. Blockchain Revenues [2] | % Utilizing Patented Features [3] | Total Potentially Accused Revenues [4] | 1% Royalty | 5% Royalty | 10% Royalty |
|---|---|---|---|---|---|---|
| Low Scenario | $ 544.4 | 50% | $ 272.2 | $ 2.7 | $ 13.6 | $ 27.2 |
| High Scenario | $ 544.4 | 75% | $ 408.3 | $ 4.1 | $ 20.4 | $ 40.8 |

**_Sources/Notes:_**

[1] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[2] See Schedule 2.0.

*Preliminary Assessment:*



| (in millions) | Total U.S. Blockchain Market[2] | | Multiply[3] | Estimated U.S. Blockchain Revenues | |
|---|---|---|---|---|---|
| *Pre-Complaint* | | | | | |
| Mar. 20 – Dec. 2023 | $ | 3,743.9 | 0.55% | $ | 20.6 |
| 2024 | | 8,041.7 | 0.55% | | 44.2 |
| Jan. – Jun. 30, 2025 | | 7,005.4 | 0.55% | | 38.5 |
| Subtotal | $ | 18,791.0 | | $ | 103.4 |
| *Post-Complaint to Trial* | | | | | |
| Jul. – Dec. 2025 | $ | 7,121.5 | 0.55% | $ | 39.2 |
| 2026 | | 25,773.7 | 0.55% | | 141.8 |
| 2027 | | 47,293.4 | 0.55% | | 260.1 |
| Subtotal | $ | 80,188.7 | | $ | 441.0 |
| **Grand Total** | $ | 98,979.7 | | $ | 544.4 |




**_Sources/Notes:_**

1

2  See Schedule 3.0.

Schedule 3.0

*Preliminary Assessment:* ▮

**Summary of U.S. Blockchain Market, by Application Type** [1]

| (in millions) | Payments | Exchanges | Smart Contracts | Documentation | Digital Identity | Governance, Risk, & Compliance | Other | Total U.S. Blockchain Market |
|---|---|---|---|---|---|---|---|---|
| ▮ | $ 2,283 | $ 473 | $ 420 | $ 639 | $ 236 | $ 444 | $ 267 | $ 4,761 |
| ▮ | 3,912 | 797 | 701 | 1,091 | 389 | 738 | 414 | 8,042 |
| ▮ | 6,973 | 1,394 | 1,218 | 1,938 | 666 | 1,275 | 663 | 14,127 |
| ▮ | 12,903 | 2,534 | 2,197 | 3,574 | 1,184 | 2,286 | 1,094 | 25,774 |
| ▮ | 24,009 | 4,633 | 3,986 | 6,630 | 2,118 | 4,123 | 1,795 | 47,293 |
| ▮ | 45,040 | 8,541 | 7,289 | 12,400 | 3,815 | 7,496 | 2,926 | 87,507 |

<u>*Sources/Notes:*</u>

▮