Start a petition 



# Support for Marcus Andrade and the AmIbitcoin project

✎ Sign petition

## 303 ✓

Verified signatures ⌄

🚩 **Let's get to 500 signatures!**

Petitions with 1,000+ supporters are 5x more likely to win!

 Decision Maker: Department of Justice

 2 Updates

 1 Media Mention

## The Issue

This petition is to register support for Marcus Andrade, ceo of NAC and the Amlbitcoin project.

After securing Worldwide & multiple patents for digital biometric identification on the blockchain. The Amlbition project has completed an Initial Coin Offering (ico), then a token, and a beta testing stage, the project now is in its final coin stage where Amlbitcoin holders today, currently, possess a V1.15 Amlbitcoin wallet; Amlbitcoins and the means to create amlbitcoin blockchain digital assets. Furthermore, via a Virtual Mining Key holders have the means to mine Amlbitcoin transactions - a way to earn more Amlbitcoins. In summary, the Amlbitcoin project has actually delivered a unique blockchain product, with active patents, the ability to mine and create digital assets, using biometric identity. Amlbitcoin has an active functioning cryotocurrency live product, which is currently available on two exchanges.

The Amlbition blockchain is visible at www.amlexplorer.com & provides an accountable record of every amlbitcoin transaction on the amlbitcoin blockchain for all interested parties to observe. Making each amlbitcoin holder accountable, and responsible for their own actions.

The Amlbitcoin system furthermore, cross-references International Sanctions lists and other information available to ensure known 'bad actors' do not gain access to the Amlbitcoin payment system. This process, ensures identities of Amlbitcoin holders are known, as holders have to supply Biometric, Passport and Driving licence information to pass the Amlbitcoin ID verification process.

Essentially, the Amlbitcoin project aims to provide, a clean accountable blockchain system, as a means to provide a secure payment system, across The World.

 Support now

 Sign petition

Two cryptocurrency exchanges, currently trade Amlbitcoin tokens – the Hitbtc exchange www.hitbtc.com and for the Amlbitcoin Coin – the LBank exchange www.lbank.info

Signatures of this petition, want to show their support for Marcus Andrade and the Amlbitcoin project and are of the opinion the amlbitcoin project has been the recipient of unwanted manipulation and coersive action by outside influences, via intermediaries, seeking to take control of the Amlbitcoin project for their own means.

More information is available at www.amlbitcoin.com

"... and all defendants are presumed innocent until proven guilty beyond a reasonable doubt."

🚩 Report a policy violation



**Amlbitcoin Supporter AML$0.0000544 on BTC**
Petition Starter

**Media inquiries**

## The Decision Makers



**Department of Justice**

Awaiting response

✊ Support now



## Support Change — **Become a Member Today**

Not beholden to politics or power brokers, Change.org is free for people everywhere to make change. Every day there are real victories for issues you care about, only possible because we are 100% funded by everyday people like you.

**Will you stand with us to protect the power of everyday people to make a difference?**

$4   $6   $11

$21   Other

**Support Change.org**

Pay with credit card or *PayPal*

# Petition updates

**Can we get a remarkable - 300 - signatures?**

5 years ago

Hi all, I just wanted to reach out to let you know we've just passed 282 signatures on our petition! Thank you so much for your support! Will you help me to get more support by sharing this petition with ten other people? If enough of us sign we can't be ignored! Here's a link to share https://www.change.org/p/department-of-justice-support-for-marcus-andrade-and-…

✊ Support now

# change.org

Recipient: Department of Justice

Letter: Greetings,

Support for Marcus Andrade and the Amlbitcoin project

# Signatures

| Name | Location | Date |
|---|---|---|
| Amlbitcoin Supporter | Cardiff, UK | 2020-06-27 |
| Daniel Boffa | Montvale, New Jersey, US | 2020-06-27 |
| Iain Marsh | Reading, England, UK | 2020-06-27 |
| Harvinder Duhra | Birmingham, UK | 2020-06-27 |
| ZAMPETAKIS GIORGOS | Athens, Greece | 2020-06-27 |
| John Rice | Todmorden, England, UK | 2020-06-27 |
| Donovan Silvera | Palm Beach Gardens, Florida, US | 2020-06-27 |
| Bertie Woods | Bristol, England, UK | 2020-06-27 |
| Pelligrino Bruno | Adelaide, Australia | 2020-06-27 |
| Scott Wallace | Motherwell, UK | 2020-06-27 |
| Baron August | Coraopolis, Pennsylvania, US | 2020-06-27 |
| Rosie Beth | Rainham, UK | 2020-06-27 |
| Natasha Legge | poole, UK | 2020-06-27 |
| Matthew Cheesman | Essex, England, UK | 2020-06-27 |
| Amy Cunningham | Hull, UK | 2020-06-27 |
| Remo Moruzzi | Southwoodford, England, UK | 2020-06-27 |
| Weston Berg | Polson, Montana, US | 2020-06-27 |
| Sidnei Lopes | Sao Paulo, Brazil | 2020-06-27 |
| lee t | harwich, UK | 2020-06-27 |
| Michael Critchley | New York, New York, US | 2020-06-27 |

| Name | Location | Date |
|---|---|---|
| j gunn | UK | 2020-06-27 |
| Cindrea Critchley | hyde park, New York, US | 2020-06-27 |
| Jose Henriquez | San Pedro Sula, Honduras | 2020-06-27 |
| Harriet Gascoigne | Sheffield, UK | 2020-06-27 |
| Tabitha Denning | Staatsburg, New York, US | 2020-06-27 |
| Ash Whiley | London, UK | 2020-06-27 |
| Joshua Orhewere | Birmingham, UK | 2020-06-27 |
| George Nugent | UK | 2020-06-27 |
| Oliver James | UK | 2020-06-27 |
| Hanna Ord | Newcastle Upon Tyne, UK | 2020-06-27 |
| Liz Douglas | Liverpool, UK | 2020-06-27 |
| Amal Abdi | Fulham, UK | 2020-06-27 |
| Evan Smith-kitch | Pudsey, UK | 2020-06-27 |
| David Esser | waterford, Pennsylvania, US | 2020-06-27 |
| Chris Higbie | BROOKLYN, New York, US | 2020-06-27 |
| Alexander Prasievi | Fort Lauderdale, Florida, US | 2020-06-27 |
| Daehong Koh | Gwangju, South Korea | 2020-06-27 |
| Cameron Dick | Wellington, New Zealand | 2020-06-28 |
| Glaucia Picinato dos Santos | Sao Paulo, Brazil | 2020-06-28 |
| Kelly Lake | Queensbury, New York, US | 2020-06-28 |
| Freya Gissing | Lincoln, UK | 2020-06-28 |
| Anita Sephton | Wigan, UK | 2020-06-28 |

| Name | Location | Date |
|---|---|---|
| Albert Tan | Singapore, Singapore | 2020-06-28 |
| Paul Woodward | Bristol, England, UK | 2020-06-28 |
| János Mészáros | Érd, Hungary | 2020-06-28 |
| hattie dewdney | guildford, UK | 2020-06-28 |
| Tatyana Tsay | Seoul, South Korea | 2020-06-28 |
| Myla Williams | Birmingham, UK | 2020-06-28 |
| Zainab Member | Preston, UK | 2020-06-28 |
| vristi bhanushali | Didcot, UK | 2020-06-28 |
| karthii sivam | Norbury, UK | 2020-06-28 |
| Robyn Nathan | Auckland, New Zealand | 2020-06-28 |
| Willy Penner | Edmonton, Canada | 2020-06-28 |
| mark bailey | Hackney, UK | 2020-06-28 |
| Phil E. | Santa Rosa, California, US | 2020-06-28 |
| Don Knudslien | Drayton Valley, Canada | 2020-06-28 |
| Arjun Reddy | Los Altos, California, US | 2020-06-28 |
| Giuseppe Fasano | Matera, Italy | 2020-06-28 |
| Girard Chamness | Kuwait, Kuwait | 2020-06-28 |
| Emily Berg | Denver, Colorado, US | 2020-06-28 |
| MD HOSSAIN | Wilmington, Delaware, US | 2020-06-28 |
| Goran Solar | Varazdin, Croatia | 2020-06-28 |
| Charles Concannon | Papillion, Nebraska, US | 2020-06-28 |
| sanjeev munjal | northridge, California, US | 2020-06-28 |

| Name | Location | Date |
|---|---|---|
| Lorry Hughes | Brisbane, Australia | 2020-06-28 |
| Jan Hoff | Crossfield, Canada | 2020-06-28 |
| Geoffrey Potter | Lake City, Pennsylvania, US | 2020-06-28 |
| PRAVEEN SINGH | Simi Valley, California, US | 2020-06-28 |
| vegas matthews | crawley, UK | 2020-06-28 |
| Chris Kang | Bainbridge Island, Washington, US | 2020-06-28 |
| Georgia O'oconnor | Stockton-on-tees, UK | 2020-06-28 |
| michael Rabbette | Auckland, New Zealand | 2020-06-28 |
| Eric Chipps | Las Vegas, Nevada, US | 2020-06-29 |
| heetae min | Gwangju, South Korea | 2020-06-29 |
| Jean Baptichon | New York, US | 2020-06-29 |
| Trina Denning | Staatsburg, New York, US | 2020-06-29 |
| Tyler Hoff | Grande Prairie. AB, Canada | 2020-06-29 |
| Faheem Rahimiszai | Coventry, UK | 2020-06-29 |
| Estelle Ngo | Hyattsville, Maryland, US | 2020-06-29 |
| Leonid Dezent | Tel Aviv, Israel | 2020-06-29 |
| Pravat Dash | Navi Mumbai, India | 2020-06-29 |
| PRAVAT DASH | Singapore, India | 2020-06-29 |
| Lexie McCartney | Salisbury, UK | 2020-06-29 |
| Eric Roberts | College Place, Washington, US | 2020-06-29 |
| Alex Cornuaud | Brighton, UK | 2020-06-29 |
| Puay Chuan Chua | Singapore, Singapore | 2020-06-29 |

| Name | Location | Date |
|---|---|---|
| Stella Bluck | Reach, UK | 2020-06-29 |
| Lily Filipe | Bristol, UK | 2020-06-29 |
| Lorna Macdonald | Glasgow, UK | 2020-06-29 |
| Patrick White | Mendon, New York, US | 2020-06-29 |
| Anjali Patel | Retford, UK | 2020-06-29 |
| lucy atkinson | grimsby, UK | 2020-06-29 |
| Ayla Atienza | Pontefract, UK | 2020-06-29 |
| Niken Tjhin | Singapore, Singapore | 2020-06-29 |
| Rene Blanchette | Timmins, Canada | 2020-06-29 |
| C Blondelle | Amsterdam, Netherlands | 2020-06-29 |
| Terence Payet | Keysborough, Australia | 2020-06-29 |
| Robert Fleming | Clinton, New York, US | 2020-06-29 |
| Joe Spoleti | Schenectady, New York, US | 2020-06-29 |
| James Boggs | Herndon, Virginia, US | 2020-06-29 |
| Jeanette Spoleti | Rhinebeck, New York, US | 2020-06-29 |
| David Dominguez | Citrus Heights, California, US | 2020-06-29 |
| Alita De Vaz | Watford, UK | 2020-06-29 |
| Lucy Thomas | Gloucester, UK | 2020-06-29 |
| Thomas Tran | Frisco, Texas, US | 2020-06-29 |
| Elham Attari | Toronto, Canada | 2020-06-29 |
| maddy baker | Brighton, UK | 2020-06-29 |
| jean-luc VERDON | Sanguinet, France | 2020-06-29 |

| Name | Location | Date |
| --- | --- | --- |
| Alex McLachlan | Barking, UK | 2020-06-29 |
| Amber Newton | Northampton, UK | 2020-06-29 |
| Shelby Harton | Leeds, UK | 2020-06-29 |
| Richard Turfrey | Auckland, New Zealand | 2020-06-29 |
| Gregory Carter | Los Angeles, California, US | 2020-06-30 |
| Iuliana Maria | London, UK | 2020-06-30 |
| Axel Lindholm | Houston, Texas, US | 2020-06-30 |
| ella harper | Dungannon, UK | 2020-06-30 |
| Jade Cosbie-Ross | Cowdenbeath, UK | 2020-06-30 |
| Matt Prowant | Castle Rock, Colorado, US | 2020-06-30 |
| Maisie Leonard | Great Yarmouth, UK | 2020-06-30 |
| Janine Pollard | Bogangar, Australia | 2020-06-30 |
| Brendan Biggs | Lakewood, Washington, US | 2020-06-30 |
| Samuel Alin Pancu | Cork, Ireland | 2020-06-30 |
| Maryam Safdar | Wakefield, UK | 2020-06-30 |
| Martin Crossingham | London, UK | 2020-06-30 |
| Isobel Buxton | Exeter, UK | 2020-06-30 |
| Neha Verma | Bengaluru, India | 2020-06-30 |
| Jatin Babbar | Bengaluru, India | 2020-06-30 |
| Molly Kerrigan | Castlederg, UK | 2020-06-30 |
| Amelia Henry | Golders Green, UK | 2020-06-30 |
| Mable Chalil | Nottingham, UK | 2020-06-30 |

| Name | Location | Date |
| --- | --- | --- |
| Christopher Waterhouse | Loftus, Australia | 2020-06-30 |
| Shaun donovan | Penarth, UK | 2020-06-30 |
| Bradley Tukula | Stratford, UK | 2020-06-30 |
| Ellen starr | Cambridge, UK | 2020-06-30 |
| Clarance Moyo | Oldham, UK | 2020-06-30 |
| Christopher John Gwynne Knowles | Accrington, UK | 2020-06-30 |
| Lucy King | Dagenham, UK | 2020-06-30 |
| C M | Cardiff, UK | 2020-06-30 |
| Olivia Watson | Cullercoats, UK | 2020-06-30 |
| Celyn Farquharson | Rhyl, UK | 2020-06-30 |
| Kalia yiasoumi | Manchester, UK | 2020-06-30 |
| Paul Pulido | Oak Creek, Wisconsin, US | 2020-06-30 |
| Ben Goh | Kuala Lumpur, Malaysia | 2020-06-30 |
| Beth wright | Exeter, UK | 2020-06-30 |
| julia hinds | Beckton, UK | 2020-06-30 |
| Y T | Birmingham, UK | 2020-06-30 |
| Lily Goff | Dundee, UK | 2020-06-30 |
| Jacob leek | Birmingham, UK | 2020-06-30 |
| Amy Hodgson | Ascot, UK | 2020-06-30 |
| Moya Hamilton | Durham, UK | 2020-06-30 |
| Alex Huntley | Saint Albans, UK | 2020-06-30 |

| Name | Location | Date |
| --- | --- | --- |
| Ella Ireri | Loughborough, UK | 2020-06-30 |
| Aneesa Hussain | Manchester, UK | 2020-06-30 |
| Lesley Farrar | Liverpool, UK | 2020-06-30 |
| Lindsay McBride | Edinburgh, UK | 2020-06-30 |
| Holly Phelan-Player | Glastonbury, UK | 2020-06-30 |
| Drew Atendido | Whitehaven, UK | 2020-06-30 |
| Manuel Aranda | Spain | 2020-06-30 |
| Mckenzie Elvy | Manchester, UK | 2020-06-30 |
| Leila Henry | Reading, UK | 2020-06-30 |
| Anna Kennedy | Northumberland, UK | 2020-06-30 |
| Emmie Jones | Rushden, UK | 2020-06-30 |
| Henry Turier | Gloucester, UK | 2020-06-30 |
| Evie Costello | Walthamstow, UK | 2020-06-30 |
| Rhiannon Stubley | Shipley, UK | 2020-06-30 |
| Millie Phillips | Harpsden, UK | 2020-06-30 |
| Rebecca Fox | Uxbridge, UK | 2020-06-30 |
| Rachael Bolard | Southampton, UK | 2020-06-30 |
| Neneh Bennett | Liverpool, UK | 2020-06-30 |
| Hannah McDonald | Coleraine, UK | 2020-06-30 |
| Rukia Begum | Wellingborough, UK | 2020-06-30 |
| Fiza Ashraf | Wilmslow, UK | 2020-06-30 |
| Patricia Freeman | Watford, UK | 2020-06-30 |

| Name | Location | Date |
|---|---|---|
| florence dishman | York, UK | 2020-06-30 |
| Chris Boles | Southport, UK | 2020-06-30 |
| Merriam T | London, UK | 2020-06-30 |
| Yohan Louis | Walthamstow, UK | 2020-06-30 |
| olivia mehmet | lewisham, UK | 2020-06-30 |
| Justina Nassif | Cardiff, UK | 2020-06-30 |
| Scarlett Nicholson | morpeth, UK | 2020-06-30 |
| Cleo Jefferies | Worthing, UK | 2020-06-30 |
| Roz Green | Gt Yarmouth, UK | 2020-06-30 |
| Amelie Bowie | brighton, UK | 2020-07-01 |
| Darryl Melnyk | Red Deer, Canada | 2020-07-01 |
| Malaika Khan | Middlesbrough, UK | 2020-07-01 |
| Kerry Mullen | Shotts, UK | 2020-07-01 |
| hannah edmonds | Andover, UK | 2020-07-01 |
| Aleea Hussain | Uxbridge, UK | 2020-07-01 |
| 10 01 | UK | 2020-07-01 |
| David Woodhouse | Cheltenham, UK | 2020-07-01 |
| Natasha Cowie | Cheltenham, UK | 2020-07-01 |
| Hannah Possener | Norwich, UK | 2020-07-01 |
| olivia walker | Wigan, UK | 2020-07-01 |
| Joselyn Lebbie | Woolwich, UK | 2020-07-01 |
| Umaymah Kapadia | Blackburn, UK | 2020-07-01 |

| Name | Location | Date |
|---|---|---|
| ana ayu | Portsmouth, UK | 2020-07-01 |
| Grace Treacy | Fermanagh, UK | 2020-07-01 |
| zikrah ibrar | UK | 2020-07-01 |
| Helen Atkinson | Sevenoaks, UK | 2020-07-01 |
| Emily Hayes | Calne, UK | 2020-07-01 |
| georgia duckett | worcester, UK | 2020-07-01 |
| Lauren Deering | London, UK | 2020-07-01 |
| Karen Loves god | Cupar, UK | 2020-07-01 |
| Herakliedes The Spartan | Coventry, UK | 2020-07-01 |
| Stephen Caffrey | Edinburgh, UK | 2020-07-01 |
| lucy hunter | Dunfermline, UK | 2020-07-01 |
| Sam Dean | Leicester, UK | 2020-07-01 |
| Arwen Williams | Birmingham, UK | 2020-07-01 |
| Yasmin Sultana | Uxbridge, UK | 2020-07-01 |
| Naomi Richards | Birmingham, UK | 2020-07-01 |
| jack scott | London, UK | 2020-07-01 |
| Muhammad Jahangir | Gillingham, UK | 2020-07-01 |
| Holly Wright | Wimbledon, UK | 2020-07-01 |
| Annlea Joby | Wakefield, UK | 2020-07-01 |
| Rylan Hoff | Grande Prairie, Canada | 2020-07-02 |
| audrey moyer | Minneapolis, UK | 2020-07-02 |
| Mohamed Tolba | Kuwait, Kuwait | 2020-07-02 |

| Name | Location | Date |
| --- | --- | --- |
| Fonteyn Assad | Nottingham, UK | 2020-07-02 |
| vedika tibrewal | Orpington, UK | 2020-07-02 |
| Macie Godfrey | Manchester, UK | 2020-07-02 |
| James Webb | Romford, UK | 2020-07-02 |
| Isla Rand | Wimbledon, UK | 2020-07-02 |
| Gracie �� Kay | Cambridge, UK | 2020-07-02 |
| Rachel Foster | Bristol, UK | 2020-07-02 |
| Antony Antoniou | Eastleigh, England, UK | 2020-07-02 |
| NADER KHODAVEISI | Liverpool, UK | 2020-07-02 |
| Emily Heafield | Haywards Heath, UK | 2020-07-02 |
| Jenny Barlow | Wokingham, UK | 2020-07-02 |
| Dave Williams | Petersfield, UK | 2020-07-02 |
| Rosie Huffleclaw | UK | 2020-07-02 |
| Lily Hine | Cheltenham, UK | 2020-07-02 |
| Katie Barker | Morpeth, UK | 2020-07-02 |
| Jorja Raime | Frome, UK | 2020-07-02 |
| Dan Newcombe | Belfast, UK | 2020-07-02 |
| Karl Little | Stoke-on-trent, UK | 2020-07-02 |
| Hollie Copeland | Banter central, UK | 2020-07-02 |
| Katie Harris | Stockton-on-tees, UK | 2020-07-02 |
| oli ainger | Beaconsfield, UK | 2020-07-02 |
| seriya walker | Nottingham, UK | 2020-07-02 |

| Name | Location | Date |
|---|---|---|
| Philip Cognetta Jr | Marlborough, Massachusetts, US | 2020-07-02 |
| Big Black | Stockport, UK | 2020-07-02 |
| Juliet Ankama | Leeds, UK | 2020-07-02 |
| Madison Hamilton | North Lanarkshire, UK | 2020-07-03 |
| Aziz Denian | Amman, California, US | 2020-07-03 |
| rafei Zaman | Solihull, UK | 2020-07-03 |
| Donald Gregory | Okotoks, Canada | 2020-07-03 |
| Martine Umuhoza | London, UK | 2020-07-03 |
| Kaylum Alu | Camden Town, UK | 2020-07-03 |
| Maria Crouch | london, UK | 2020-07-03 |
| Ruby Goemans | Scunthorpe, UK | 2020-07-03 |
| Olivia Stanton | Warrington, UK | 2020-07-03 |
| Becxacorn Lawal | Canterbury, UK | 2020-07-03 |
| Jem Dancer | Skipton, UK | 2020-07-03 |
| Russell Croker | Ilford, UK | 2020-07-03 |
| Emily Cayzer | Rochester, UK | 2020-07-03 |
| susie trinh | Frome, UK | 2020-07-03 |
| William Tomlin | Long Stratton, UK | 2020-07-03 |
| Cleopatra Niemogha | UK | 2020-07-03 |
| francesca cusack | Bolton, UK | 2020-07-03 |
| mariam ibrahim | Barnes, UK | 2020-07-03 |
| Isabelle Johnson | Stratford, UK | 2020-07-03 |

| Name | Location | Date |
|---|---|---|
| Lauren Perera | Redhill, UK | 2020-07-03 |
| priya judge | Cambridge, UK | 2020-07-03 |
| Samchi Rai | Nottingham, UK | 2020-07-03 |
| diehardsteven diehardsteven | Falmouth, UK | 2020-07-04 |
| Carolyn Churchill | Gloucester, UK | 2020-07-04 |
| Hannah Morris | Stoke-on-trent, UK | 2020-07-04 |
| Maureen Perrin | Wythenshawe, UK | 2020-07-04 |
| Andrew Charles Qtongo | Uddingston, UK | 2020-07-04 |
| kishimoto koichi | Okayama, Japan | 2020-07-05 |
| Lucy Humphreys | Harwich, England, UK | 2020-07-05 |
| Andrew Mccormack | Bittern lake, Canada | 2020-07-05 |
| Ivan yeo Gow | Singapore, Singapore | 2020-07-05 |
| Mike Oxlong | Bradford, UK | 2020-07-05 |
| Shay Taylor | Warboys, UK | 2020-07-05 |
| Sunil Patil | Chandler, Arizona, US | 2020-07-05 |
| Megan Rabby | Calgary, Canada | 2020-07-05 |
| Pro Bitcoin | London, UK | 2020-07-06 |
| Tomislav Nemet | Zagreb, Croatia | 2020-07-06 |
| Gill Wardlow | Norwich, UK | 2020-07-09 |
| Yassin Khan | Singapore, Singapore | 2020-07-09 |
| KRISHNA TANTRY | Brampton, Canada | 2020-07-12 |

| Name | Location | Date |
|---|---|---|
| Merlin Wrightson | Angeles, Philippines | 2020-07-18 |
| Gurpreet Gahla | Birmingham, UK | 2020-07-21 |
| Sameer Jadhav | Wimbledon, England, UK | 2020-07-22 |
| Judith Bleichfeld | Buffalo, New York, US | 2020-07-26 |
| Sophie Riley | Crawley, UK | 2020-07-26 |
| Rashard Buchanan | Streatham, UK | 2020-07-26 |
| Alex Mackay | Sidcup, UK | 2020-07-26 |
| Emilie Owens | Egremont, UK | 2020-07-26 |
| Lauren Thornton | Birmingham, UK | 2020-07-26 |
| Rumana Begum | Romford, UK | 2020-07-26 |
| Amy Bradshaw | Saint Albans, UK | 2020-07-26 |
| Johnson Nontogonery | Poplar, UK | 2020-07-26 |
| Millie Cayford | Gilfach Goch, UK | 2020-07-26 |