PLACE HOLDER

EXHIBIT D-3

DIGITAL IDENTITY TECHNOLOGY GOV. THEFT PDF.