FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  03/14/2019

    Ben Boyer, who has been interviewed before, was interviewed via telephone. SA Quinn called Boyer on Boyer's cellular telephone ▇▇▇▇. Boyer provided the following information:

    Japheth Dillman is claiming to Boyer Dillman is waiting for the liquidation of some of personal assets. The process is taking longer than Dillman hoped, but it was still happening.

    Dillman described his assets as "golden assets" and a "paymaster" was required as part of the process. Dillman had someone named "Rushuun" associated with the golden assets call Boyer to assure Boyer the assets were real. Rushunn seemed nice and professional.

    Boyer saw a youtube video posted by Dillman discussing golden assets, and described it as sounding "crazy". Boyer was skeptical of Dillman's claims, but hoped they were real so Dillman could honor the asset purchase agreement.

    SA Quinn advised Boyer the FBI had suspicions about the golden assets. Boyer confirmed he shared the suspicions, and agreed to provide any documentation.

    Boyer has not spoken to David Mata recently. Boyer's communications have been exclusively with Dillman. SA Quinn and Boyer concluded the conversation, and agreed to speak the following week about documentation.

    SA Quinn called Boyer back a few minutes later to request Boyer not speak to Dillman about the golden assets. Boyer advised he called Dillman after his call with SA Quinn, and told Dillman about the FBI's skepticism of the golden assets, and demanded payment payment.

    Dillman stated Dillman spoke to people at the United States Department of Treasury and other institutions which have vouched for the golden assets. Dillman believed the FBI did not know what it was talking about.

    Boyer advised Boyer was considering filing a lawsuit against Dillman.

Investigation on  03/13/2019  at  San Francisco, California, United States (Phone)

File #  58D-SF-2113481-302                                    Date drafted  03/14/2019

by  Ethan A. Quinn

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

58D-SF-2113481-302

Continuation of FD-302 of (U) Interview of Ben Boyer on 3/13/2019 , On 03/13/2019 , Page 2 of 2