PLACE HOLDER

EXHIBIT F-2

SSA ETHAN QUINN SUPPRESSION RECORDING.

GOLDEN ASSETS / ZIMBABWE