KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade
[Additional counsel listed on the next page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**DECLARATION OF DARREN WINCZURA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1  MAURICIO S. BEUGELMANS (Bar No. 201131)
   Murphy & McGonigle, RLLP
2  44 Montgomery Street, Suite 3750
   San Francisco, CA 94104
3  Tel.: 415.651.5707
4  Fax: 415.651.5708
   mbeugelmans@mmlawus.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DARREN WINCZURA　　　　　　　　　　　　CASE NO. 20-CV-4188-RS

Pursuant to 28 U.S.C. § 1746, I, Darren Winczura, hereby declare as follows:

1. I am over eighteen years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth below is based on my personal knowledge.

2. I am a resident of Alberta, Canada. I am a farmer and I own Alfs Drilling & Supplies, Ltd., which is engaged in the business of water well drilling and well testing.

3. In or about 2016, I became a shareholder in CrossVerify, Ltd. and then Aten Coin, which is a predecessor of NAC Foundation, LLC.

4. From in or about July 2017 through November 2017, I purchased 1,000,000 ABTC tokens.

5. From in or about May 2020 through July 2020, I converted over 497,362 ABTC tokens for AML BitCoins.

6. Prior to being able to purchase tokens, convert my tokens to AML BitCoins or downloading my wallet, I had to agree to certain terms and conditions which were posted on the amlbitcoin.com website (and predecessor websites). I was not allowed to purchase tokens, convert to AML BitCoin or download my wallet without agreeing to the terms and conditions posted on the website.

7. Among other things, at the time that I purchased my tokens and converted my tokens to AML BitCoins, I knew and understood from the terms and conditions posted on the website that:

    (A) I was not purchasing the digital tokens as investments;

    (B) I could not expect a return on my investment;

    (C) I understood that the digital tokens were merely a medium of exchange and not a pooled interest in any business entity or common enterprise; and

(D) Neither NAC Foundation LLC or Rowland Marcus Andrade had any obligation to pay me a return or had any obligation to repay me or otherwise redeem the digital tokens.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on October 19, 2020 in Phoenix, Arizona.

_____
Darren Winczura

DECLARATION OF DARREN WINCZURA          CASE NO. 20-CV-4188-RS
2

GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
eolsen@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NAC FOUNDATION, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COREY JODOIN, individually; BRANDI JODOIN, individually, DOES 1 through 10, and ROE CORPORATIONS I through 10,<br><br>Defendants. | CASE NO. A-18-770594-C<br>DEPT NO. XIV<br><br>**DECLARATION OF JEFFREY A. TINKER IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS COREY JODOIN AND BRANDI JODOIN** |

I, Jeffrey A. Tinker, declare and state as follows:

1.  I am over the age of eighteen (18) years old and competent to testify on the matters set forth herein, of which I have personal knowledge, except as to those matters stated upon information and belief. As to those matters stated upon information and belief, I believe them to be true.

2.  I am a resident of the State of Texas and licensed to practice law in that state.

3.  My practice focuses on patent, copyright, and trademark law. I have experience in U.S. and foreign patent and trademark application preparation and prosecution. In addition, I have extensive experience negotiating intellectual property licenses, filing and defending reexaminations, oppositions, and cancellations at the USPTO, and have represented both plaintiffs and defendants in a variety of lawsuits involving intellectual property rights.

4.  This Declaration is made in support of Plaintiff's Reply in Support of Motion for Summary Judgment (the "Reply") against Defendants Corey Jodoin ("Corey") and Brandi Jodoin

Garman Turner Gordon
Attorneys At Law
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

1  ("Brandi")(together "Defendants") filed concurrently in this case.

2      5.    I have been told that one of the issues the Jodoins raise in this action is whether or not biometrics are part of the blockchain technology and impact access to the coin purchaser's wallet.

    6.    I have read and understand the White Paper of AML BitCoin (AMLBit) and its Business Model, available on the amlbitcoin.com website, and I am very familiar with the technology described in the patent portfolio related to U.S. Pat. No. 9,985,964, entitled "Systems and Methods for Providing Block Chain-Based Multifactor Personal Identity Verification."

    7.    To better understand this technology and confirm for myself that it worked as intended, on or about January 8, 2021, I created an AML Bitcoin account and downloaded the AML Bitcoin Wallet onto my personal computer. In order to create an account, I had to upload a photograph of my U.S. passport, a photograph of myself holding my U.S. passport, a short video recording of myself looking at the camera, and a short audio recording of myself reciting a text.

    8.    After completing the registration process, on or about January 13, 2021, I joined the AML BITCOIN Digital Identity beta and downloaded the ABTC Trust Utility App onto my iPhone. I logged into the ABTC App multiple times over the next several weeks. Before each login, the ABTC App conducted facial recognition before I was able to sign into the wallet and access my account. I believe the ABTC App was performing facial recognition because each time I attempted to log in, I had to grant permission for the ABTC App to access the camera on my iPhone. Once permission was granted, the ABTC App would display the camera's field of view and I had to present my face to the camera. It normally took one to two second of holding my face in the center of the field of view for the ABTC App to confirm my identity. A few times, I had to reposition my face or change the angle of the phone with respect to my face before the ABTC App could confirm my identity. My iPhone is an older model that does not have Face ID.

Dated this 19th day of June, 2021.

*[signature]*

JEFFREY A. TINKER

Garman Turner Gordon
Attorneys At Law
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000