# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
www.kslaw.com

Kerrie Covell Dent
Direct Dial: +1 202 626 2394
Direct Fax: +1 202 626 3737
kdent@kslaw.com

September 23, 2024

**By Electronic Mail**

AUSA Christiaan Highsmith
AUSA David Ward
AUSA Matthew Chou
United States Attorney's Office
450 Golden Gate Avenue, Floor 11
San Francisco, CA 94102

Re: *United States v. Andrade*, No. 20-CR-249-RS-LB

Gentlemen:

We have not received all of the materials responsive to Mr. Andrade's third motion to compel, which Judge Beeler granted on March 17, 2024. The materials we have not received include:

1. **Abramoff's Informant File.** We have requested materials from Abramoff's informant file numerous times, including in our January 25, 2024 motion to compel, our February 22, 2024 reply brief, at the March 7, 2024 hearing, and in correspondence dated March 5, 2023, and March 18, March 24, April 1, and June 7, 2024. The government responded on August 1 that it has "produced all Abramoff material required by Rule 16, *Brady*, *Giglio*, and the Jencks Act, and [] will continue to look for additional material that might possibly be discoverable under those rules." The documents you are required to produce from Abramoff's informant file under Rule 16 and *Brady* include, but are not limited to, the following:

   - All initial or continuing Suitability Reviews, Reports, and/or Recommendations of Abramoff;
   - Instructions given to Abramoff;
   - Documents relating to Abramoff's Authority to Engage in Otherwise Illegal Activity;
   - Documents relating to Abramoff's Unauthorized Illegal Activity; and
   - Payment requests from, and approved payments to, Abramoff for his involvement in criminal activity.

September 23, 2024
Page 2

If you have produced these and/or any other materials from Abramoff's informant file, please identify the Bates numbers. If you do not plan to produce these documents, and do not think that a meet-and-confer would be productive, please let us know by Wednesday afternoon (September 25) so that we can take the issue to Judge Beeler.

2. **Recordings.** The government still has not produced the May 30, 2019, recording of Ben Boyer and Mr. Andrade. The case agents emailed Boyer and provided him with suggested questions to ask Mr. Andrade. Afterward, Special Agent Quinn informed Boyer that the call was recorded, and Boyer responds, "Big thumbs up!" We have been asking for this recording since early 2022. If you believe you produced the recording, please let us know and provide a production date. If you do not intend to produce the recording, then please let us know by Wednesday afternoon so that we can take the issue to Judge Beeler.

3. **Subpoenas and Search Warrant Materials.** The government suggested at the March 7, 2024 hearing that it is only obligated to produce the subpoenas and search warrant materials for people whose names we provided as illustrative examples – not for the other entities and individuals. We would be happy to jump on a call to explain the relevance of everyone on the list – yet again – though for most of them, the relevance is self-evident. For your reference, our July 15, 2022 letter requests the following:

> Any search warrants, including their underlying applications and affidavits, and all subpoenas and the fruits of all subpoenas that reference Mr. Andrade, the NAC Foundation, or AML Bitcoin issued to the following parties: Muzin Capital Partners; Ghost Management Group; Pangea LLC; Brian Darling and Darling Associates; Paul Erickson; ADI; Kroll Global; Rothschild Public Affairs; Erickson Group; Richard Naimer; Maria Butina; Global Strategic Communication Group; James George Jatras; Darren Spinck; James Kahrs; Charles Johnson; Turnberry Solutions; Dana Rohrabacher; Natko Vlahovic; Carlos Delaguardia; Chase Kroll; ICOBox; Alex Moskovsky; Daria Generalova; Anar Babayev; Nickolay Evdokimov; Michael Raitsin (or Raitsyn); Gary Baiton; Alex Prasic; Vladimir Sofrono; and/or Catin Vasquez.

As with the other requests, please let us know by Wednesday afternoon whether and when you intend to produce these materials. Thank you in advance for your prompt response.

Respectfully,

Kerrie C. Dent



# Extraction Report
Apple iPhone Logical

## Participants

Natko Vlahovic  385912020125@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

## Conversation - Instant Messages (18)



| | 385912020125@s.whatsapp.net Natko Vlahovic | 1/26/2017 9:23:35 PM(UTC+0) |

How is our project coming along?

| 12022369706@s.whatsapp.net Jack Abramoff | 1/26/2017 9:23:47 PM(UTC+0) |

hope to have a memo for you later today

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/26/2017 9:24:19 PM(UTC+0) |

Thanks, Jack!

| 12022369706@s.whatsapp.net Jack Abramoff | 1/26/2017 11:36:06 PM(UTC+0) |

Attachments:



https://mme.whatsapp.net/d/CpykuP6-
e7xKjeAZfOH5lFiKh-
w/AgBsVUHuDyMpetoodS1E7ZMtNbsqwft5ieH
5Upoykqop.enc
6ea66bf0-0faa-4c65-98e6-b70f8535614b.m4a

| 12022369706@s.whatsapp.net Jack Abramoff | 1/26/2017 11:36:51 PM(UTC+0) |

Natko, please find a recording of the pitch I recommend.  Please listen to it and then let's chat.  let me know what you think, or if you need more. thanks

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/27/2017 7:00:14 AM(UTC+0) |

Ok, let me review and come back!

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/29/2017 11:00:42 PM(UTC+0) |

I listened to a recording several times. I get the broad strategy of what is being offered. What I think I need additionally is a 10-point written plan with a good headline which I want to use in reaching some top managers and assistants in big Russian companies in Moscow. This one pager would clearly outline the lay of the land in Washington, some of the key figures and possible outcomes we will go after. What do you think?

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/29/2017 11:05:56 PM(UTC+0) |

I would not waist time if I think I can reach them. I have some direct contacts but I need to position this so it flies immediately. Will put a framework on the paper which you can finalize

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/29/2017 11:21:11 PM(UTC+0) |

Check him out: first lead...Mikhail Prokhorov

| 385912020125@s.whatsapp.net Natko Vlahovic | 1/29/2017 11:24:10 PM(UTC+0) |

Second guy: Vladimir P. Yevtushenkov, Chairman of Systema

1



385912020125@s.whatsapp.net Natko Vlahovic                                                      1/29/2017 11:25:33 PM(UTC+0)

Sure, will be in touch. I am in contact with their people.



12022369706@s.whatsapp.net Jack Abramoff                                                        2/16/2017 6:33:41 PM(UTC+0)

where did we leave things with you reaching out to some funders?

12022369706@s.whatsapp.net Jack Abramoff                                                        8/24/2017 9:19:34 PM(UTC+0)

The nation of Angola and the African continent depend on rapidly adopting new technologies and building opportunities for all our peoples. The hope for a prosperous and secure future rests on moving Angola forward in the global economic system. Fortunately, for our emerging economy, the advent of blockchain technology will quickly enhance our ability to serve our people and partner with friends across the globe.

We are particularly interested in the exciting possibilities borne from the introduction of digital currency. Providing Angolans with an ability to conduct business throughout the world instantly, with a low cost of transaction, and access through devices such as mobile phones, will enable our people to succeed far beyond their dreams.

With these great opportunities, however, come challenges to our security and peace that we must meet. Anonymous digital currencies, such as Bitcoin, have attracted many users, but unfortunately included in their ranks are terrorists and criminals who are unwelcome in our nation.

My administration will do all we can to expand opportunity for our people, but digital currencies that are used for money laundering and other suspicious activities will not be given a free reign in our nation. Instead, we will seek rules and regulations only permitting anti-money laundering (AML) digital currency to operate within the Republic of Angola.

AML Bitcoin will provide our nation with the immense advantages of the digital currency revolution, without facilitating criminal behavior. While maintaining the facility for transfer of funds, we can be assured of origination of funds and identity of senders and receivers, preventing rouge elements from gaining traction in our society.

AML Bitcoin brings great promise for Angola and all of Africa and I look forward to working with AML Bitcoin and joining with the community of nations as they embrace this secure and exciting new technology.

 

385912020125@s.whatsapp.net Natko Vlahovic                                                      9/2/2017 1:48:49 PM(UTC+0)

Which platform are we going to use for AML's ICO 1st October? Thanks

 

385912020125@s.whatsapp.net Natko Vlahovic                                                      10/25/2017 1:20:20 PM(UTC+0)

My wallet has no tokens. How can I refer someone when transactions is chargeable? Thanks

 

385912020125@s.whatsapp.net Natko Vlahovic                                                      10/26/2017 6:27:38 AM(UTC+0)

I was reading your book...and do feel sometimes that some of my clients "morons"! Have a great day!



12022369706@s.whatsapp.net Jack Abramoff                                                        10/26/2017 11:29:31 AM(UTC+0)

hahaha. anyone I know?

 

385912020125@s.whatsapp.net Natko Vlahovic                                                      10/26/2017 2:37:44 PM(UTC+0)

AML is not one of them, for sure!! I work for a lot of multinationals with very weak internal lobbying expertise...Politico will feature us as first Balkan lobbying shop! Any updates from London?

2

<u>EXHIBIT-A</u>

2015 Pro-Russian Anti-Ukrainian Plan

With Eye 2 Eye Strategis

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     03/05/2020

Darren Spinck, previously interviewed, was interviewed at the law office of Fox Rothchild located at 101 Park Avenue, New York, New York. Also present was Spinck's attorney Patrick Egan, cellular telephone number (215) 870-4232, desk line (215) 299-2825. Before this interview, Mr. Egan had obtained a proffer letter from Assistant United States Attorney Andrew Dawson which Spinck voluntarily signed after consulting with Mr. Egan. That letter is attached to this report. Mr. Egan provided the signed copy to Assistant United States Attorney Andrew Dawson by email. After being informed of the identities of the interviewing agents and the nature of the interview, Spinck voluntarily provided the following information:

Sometime around the summer of 2015, approximately mid-July, Spinck received a text message from Jack Abramoff on a messaging application called "Viber." Abramoff texted Spinck that Abramoff wanted to speak with Spinck. Abramoff liked using Viber because Abramoff believed it was a secure way to communicate. During the subsequent conversation Abramoff stated that he felt the effort to secure the release of Zach Shahin from jail was not making enough progress. Abramoff had previously outlined several avenues to help Shahin including using Abramoff's supposed connection in Egypt and the United Arab Emirates. Abramoff had been briefing Congressman Dana Rohrabacher regarding Shahin's circumstances but Abramoff told Spinck that the effort to get Shahin released needed to rely even more on using Congressman Rohrabacher. In particular, Abramoff wanted to have Congressman Rohrabacher reach out to the Crown Prince of Abu Dubai.

Abramoff told Spinck that Abramoff needed some leverage over Congressman Rohrabacher in order to get Congressman Rohrabacher to engage with the Shahin issue in a greater way. Abramoff told Spinck that Rohrabacher was struggling personally on several fronts. For example, Abramoff told Spinck that Congressman Rohrabacher's child was sick and Congressman Rohrabacher's home was dilapidated. Abramoff explained to Spinck that

---

Investigation on   01/29/2020   at   New York, New York, United States (In Person)

File #   58D-SF-2113481-302                                    Date drafted   02/07/2020

by   ROAHN WYNAR, Ethan A. Quinn

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

58D-SF-2113481-302

Continuation of FD-302 of (U) Second interview of Darren Spinck ,On 01/29/2020 ,Page 2 of 5

Congressman Rohrabacher wrote a screenplay and that Congressman
Rohrabacher was proud of this screenplay. The screenplay was called "Baja."
Abramoff told Spinck that Congressman Rohrabacher would be happy if the
rights to produce the screenplay were sold and if Congressman
Rohrabacher believed that the screenplay was being developed.
Abramoff's plan was to have Spinck purchase the "rights" of the screenplay
using another person as a proxy. That proxy was a person named "James
Kahrs." Spinck never met Kahrs, but Kahrs would be the person supposedly
developing "Baja." Abramoff believed that once the "Baja" screenplay was
sold, then Congressman Rohrabacher would be so grateful to Abramoff that
Congressman Rohrabacher would be more receptive to Abramoff's pleas for
Congressman Rohrabacher's intervention on behalf of Shahin.

The plan sounded obviously shady to Spinck. In order to stall Abramoff,
Spinck told Abramoff that Spinck was going to consult with an attorney, but
Spinck never actually called an attorney. Abramoff continued to pressure
Spinck regarding the purchase of the "Baja" screenplay for approximately two
months. Abramoff sent Spinck approximately five emails regarding the
screenplay. Abramoff made it clear that the project regarding Shahin was
stalling and Abramoff use this stallout as a way of driving Spinck to
purchase the "Baja" screenplay. Abramoff explained to Spinck that
"Rohrabacher is a busy man" but buying the screenplay would allow
Abramoff to get Congressman Rohrabacher's attention. Abramoff told Spinck
something similar to "Every day we delay [buying the screenplay] makes it
harder [to get Congressman Rohrabacher to work on the Shahin matter.]"

Abramoff knew Spinck received funding for expenses related to
Spinck's efforts of the Shahin matter. Abramoff proposed Spinck use the
expenses money to fund the purchase of the screenplay for a price of
$10,000.

As part of Abramoff's plan to acquire the screenplay, Abramoff proposed
that in addition to having Kahrs be a proxy for the purchase, Abramoff would
involve Abramoff's brother, Robert Abramoff. Spinck told Abramoff it would
be acceptable to pay Robert Abramoff a "consulting fee" and Abramoff agreed
to this. Spinck wanted to be as distant from the screenplay acquisition as
possible. Abramoff indicated that the transaction would be handled through a
"production company" operated by Kahrs. However, it was clear to Abramoff
and Spinck that the production company was a phony organization that was

58D-SF-2113481-302

Continuation of FD-302 of  (U) Second interview of Darren Spinck        , On  01/29/2020  , Page  3 of 5


intended to fool Congressman Rohrabacher into believing that the
"Baja" screenplay was seriously being developed. Kahrs was to be presented
to Congressman Rohrabacher as a person who was invested in this production
company and Kahrs and the company would appear to be part of a legitimate
effort to develop "Baja."

There was never any actual effort to make "Baja." Spinck has never made a
movie and never seriously planned to make any movie, including "Baja."
Spinck never spoke with Kahrs and there was never any reason for Spinck to
believe that Kahrs was anything other than a proxy to obfuscate the origin
of the money used to by the rights to "Baja." In fact, Abramoff mocked
Congressman Rohrabacher's script. Spinck never saw the script before he paid
Robert Abramoff.

Ultimately Spinck relented to Abramoff's pressure. Abramoff gave
Spinck the impression that Spinck's reluctance to pay for the "Baja"
screenplay was holding up the effort to release Shahin from
jail.  Spinck sent a $10,000 check from Spinck's personal bank account to
Robert Abramoff. After Spinck paid Robert Abramoff for the "Baja"
screenplay, Spinck requested a copy of the contract from Abramoff. It took a
long time to get a copy and when it came Spinck immediately noticed that
Kahrs was never actually used as a proxy at all. The contract only had
Robert Abramoff's name. An earlier version of the contract had Kahrs' name
on it, but the final version did not. Spinck never spoke with Robert
Abramoff but based on the email traffic it was clear that Robert Abramoff
understood the arrangement and Robert Abramoff knew who Spinck was.

Not long after Spinck paid Robert Abramoff for the "Baja" screenplay,
Abramoff provided Spinck with a letter from Congressman
Rohrabacher demonstrating Congressman Rohrabacher's support for Shahin.
During Spinck's previous interview with the FBI Spinck stated that Spinck
suspected this letter was a forgery. However, upon reflection, Spinck is
less sure. The letter does appear to have been sent by a staffer on the
Foreign Affairs Committee. This letter was dated in approximately October.

After the letter, Abramoff convinced Spinck that Congressman
Rohrabacher was going to execute a credible and aggressive plan to secure
Shahin's release. Specifically, Congressman Rohrabacher was going to travel
overseas and he was ready to go the prison housing Shahin, get Shahin, and

FD-302a (Rev. 5-8-10)

58D-SF-2113481-302

Continuation of FD-302 of (U) Second interview of Darren Spinck ,On 01/29/2020 , Page 4 of 5

take Shahin to Tokyo, Japan. From there Spinck would pick Shahin up and
returned Shahin to Houston, Texas. Abramoff convinced Spinck that
Congressman Rohrabahcher's intervention plan was a "done deal."
Spinck followed Abramoff's instructions. For example, Spinck proposed that
they stop in Washington, D.C. before returning to Houston and
Abramoff scolded Spinck for not planning an immediate return to Houston.
Spinck even traveled to Japan to retrieve Shahin based on
Abramoff's instructions. In Japan, nothing happened at all. There was never
any evidence presented to Shahin that Abramoff had arranged for any action
similar to the operation Abramoff claimed was moving forward on
Shahin's behalf.

Following the Japan failure, Shahin's brother ceased regular payments,
and would only pay a "success fee". Abramoff had a number of excuses about
why the program failed, and had plans for next steps. Those plans were not
implemented, due to Shahin's brother ceasing payments.

Spinck, coincidentally, has had a few interactions with Congressman
Rohrabacher. These interactions were entirely independent of Abramoff. In
particular, in approximately autumn of 2015 after Spinck paid for the "Baja"
screenplay, two Ukrainian parliamentarians came to visit Washington D.C.
They were not there for any particular issue. Rather they were there to
"meet and greet" various United States officials and Spinck had a role in
arranging some of these meetings. One meeting was with Congressman
Rohrabacher and Congressman Rohrabacher's staffer Paul Behrends. Spinck was
able to arrange this meeting because one of Spinck's colleagues was friends
with Behrends. During this meeting, in Spinck's presence,
Congressman Rohrabacher casually mentioned that he just sold his script.
Congressman Rohrabacher did this spontaneously and Congressman
Rohrabacher had no reason to think that one of the people in the room,
Spinck, was the person who paid for the "Baja" screenplay. This entire
occurrence was a coincidence and the meeting was unrelated to Shahin.

Sometime around February 2016 Abramoff asked Spinck to pay another
$10,000 for the "Baja" screenplay. This second ask came in an email from
Abramoff to Spinck.

Abramoff claimed to have lobbied Congressman Ed Royce, the chairman of
the House Foreign Affairs Committee. Abramoff claimed that he encountered

58D-SF-2113481-302

Continuation of FD-302 of  (U) Second interview of Darren Spinck    , On  01/29/2020  , Page  5 of 5


Congressman Royce at a synagogue. Abramoff told Spinck that Congressman
Royce was applying pressure to the State Department regarding Shahin.
Spinck was aware that the State Department once secured Shahin's release
from jail on bond or bail, but Shahin attempted to flee. This soured the
State Department from deeply engaging on Shahin's behalf again. Spinck does
not know if Congressman Royce actually did anything for Shahin or if
Abramoff spoke with Congressman Royce at all.

   Abramoff also claimed that he hired Jason Hickox of a company called "Eye
to Eye" to lobby Congresswoman Ileana Ros-Lehtinen, who was the chairperson
of the Near East Subcommittee and Congressman Gregory Meeks who was the
ranking member of the Foreign Affairs committee. Abramoff also had
Spinck pay a person named "Jack Maple" approximately $5,000 or $10,000.
According to Abramoff, Maple had contacts in Egypt who had access to
Egyptian President Al-Sisi. This payment was made to Sepo Holdings.
Spinck never spoke directly with any of these people.

   At some point Congressman Rohrabacher had a telephone call with
Shahin's brother. Abramoff was present during that call. Spinck, Abramoff,
and Shahin's brother were together in a car in either Washington D.C. or
Maryland. Congressman Rohrabacher was aware that Abramoff was involved with
the call. The call took place in Abramoff's car, which was an Audi with New
York plates. The call occurred sometime early in Spinck's retention, during
the first month or two.

   Spinck knew Eli Zicherman, through Abramoff. Zicherman befriended
Abramoff in some capacity, and it may have been while Abramoff was in
prison, or when Abramoff was released in the Baltimore area.

   Zicherman claimed to be some sort of public relations specialist, but
Zicherman did not seem to understand how the business worked. Zicherman had
unusual expectations, and seemed to be more of a project manager type.
Zicherman had a company called Argus Global.  Spinck recalled Zicherman
having an e-mail associated with Argus Global, and Spinck may have sent a
check to an Argus Global bank account.

# EYE TO EYE STRATEGIES, LLC.

2542 B South Arlington Mill Drive
Arlington, VA 22206
Telephone 202-491-3621

**JASON HICKOX**
PRESIDENT
jhickox@eyetoeyestrategies.com

November 12, 2015

_____
_____
_____
_____

Dear _____,

We greatly appreciate your decision to retain Eye to Eye Strategies, LLC., to manage US political strategies to promote democracy and economic revival in Ukraine, as encapsulated in the Plan soon to be published by the Federation of Employers of Ukraine (the "Plan") and the efforts described more fully below (the "Project"). This letter will confirm the terms of our representation (the "Agreement").

As we have agreed, Eye to Eye Strategies, LLC., ("the Firm") will direct and oversee the Project. In accordance with our discussions, the Project shall proceed in two phases. The phases shall commence immediately, and run simultaneously.

Phase One of the Project revolves around the December 2, 2015 meeting in Kiev of the Federation of Employers of Ukraine and consists of two parts.

The first part of the first phase is the effort to secure attendance at the event of major American foreign policy, trade or business representatives. We are working through the top representation firm who is this firm? And it says we are currently doing this. I want to make sure we are net setting ourselves up for any claim of misrepresentation, to determine which of the former Secretaries of State, Secretaries of Defense, Vice Presidents or other powerful figures are available and willing to come to Kiev to support the Plan and Dmytro Firtash ("DF"). Additionally, we are working with major US trade business associations to determine which business leaders would be willing to attend. Same point as above – I just need to know who has been engaged to this point so that I'm not allowing E2E to be exposed in any way.

In addition, we will work to obtain an audio greeting from Congressman Dana Rohrabacher, announcing his support of the Plan, and thanking DF for his leadership on these and other issues. Moreover, we will be attempting to arrange a live feed video interview of Congressman Rohrabacher during the festivities.

In order to secure the physical or video participation of any distinguished participant, including Congressman Rohrabacher, we will need to provide a complete copy of the

**Commented [JA1]:** I have been dealing with Washington Speakers Bureau on this. They are certainly the top in that business.

**Commented [JA2]:** No one has been engaged. I have had discussion with WSB, but they won't be engaged by us, If they want the speakers, they have to engage them directly, as this is not coming out of our budget.

_____
November 12, 2015
Page 2

Plan in English. Additionally, since the Plan will be a centerpiece of many of the efforts of this project, we will need to distill the Plan to its essence and create communications media to present it in an appealing manner in the United States.  That will be a primary objective of the project, upon receipt of the Plan.

The second part of the first phase relates to ensuring "ensuring" seems a strong term and I wonder if it is wise to be so definitive(?) the US Government threat of prosecution and extradition against DF does not result in a disruption of the December 2, 2015 meeting. Specifically, we will be soliciting a verbal communication between Congressman Rohrabacher and Assistant Secretary of State Victoria Nuland, or her superiors, where Congressman Rohrabacher will stress that he is aware of their continued harassment of DF, is watching matters very closely, is likely to examine this in an official Congressional context and wants to make absolutely certain that the State Department, or any agency of the US Government, does not entertain Plans to disrupt DF's participation in the December 2, 2015 meeting, or safe passage back to Austria at its conclusion, should DF so desire.

> **Commented [JA3]:** Good point.  I'll revise.

If needed, we will also solicit a formal letter from the Congressman to the State Department on this matter to memorialize Congressman Rohrabacher's statements. Additionally, we will be engaging immediately the services of associated consultants who can secure additional Congressional admonitions of a similar vein, including the possibility of getting Congressman Kay Granger, chairman of the United States House of Representatives Appropriations Subcommittee on Foreign Operations, State Department and Special Programs to weigh in similarly.

Finally, we will try to create yet additional layers of security for DF, to ensure the US Government does not act to disrupt the December 2, 2015 meeting. This makes perfect sense but I'd like to know more about how it is we conceive of making this happen.

> **Commented [JA4]:** Right now, other than getting letters from Dana and others, I have no idea.  I am not going to come up with ideas until they pay us.

Phase Two of the project will also have two parts.

The first part of the second phase will be geared to respond rapidly to a change of government in Kiev. (are there any FARA requirements or concerns with this effort? If so should we site that in the same way we site LDA?) In the event the present government collapses (either through the call of parliamentary elections, or through constitutional change and presidential elections) and in the event that DF decides to become a leading forward in the new Ukrainian government, we will be working to assemble within the United States Congress a rapid response team of powerful Congressmen.  These Congressmen will be provided numerous briefings, starting immediately, preparing them to respond rapidly to prevent the US Government from interfering in electoral change in Ukraine in general, and specifically to stop the US Government from impeding DF from his right to participate fully in those changes.

> **Commented [JA5]:** No FARA involvement. I won't do it if it requires FARA.

_____
November 12, 2015
Page 3

In order to assemble an impactful rapid response team, we will engage immediately upon receipt of retainer and signed agreement a variety of specific consultants with strong connections with these members.  The rapid response team will endeavor to reach out to the following, with the hope of securing the participation of as many Members from this list as possible (the list may expand once the effort commences):

**Commented [JA6]:** good

- Congressman Ed Royce, Chairman House Foreign Affairs Committee
- Congressman Dana Rohrabacher, Chairman House Foreign Affairs Subcommittee on Europe, Eurasia and Emerging Threats
- Congressman Kay Granger, Chairman House Appropriations Subcommittee for Foreign Operations, State Department and Special Programs
- Other Congressional Members of the House Foreign Affairs Committee
- Other Congressional Members of the House Appropriations Committee
- House Leadership (both Republican and Democratic members)
- Senator Bob Corker, Chairman Senate Foreign Relations Committee
- Senator Ron Johnson, Chairman Senate Foreign Relations Subcommittee on Europe
- Senator John Barrasso, Member Senate Foreign Relations Subcommittee on Europe
- Senator Lindsey Graham, Chairman Senate Appropriations Subcommittee on Foreign Operations, State and Special Projects
- Other Senatorial Members of Senator Foreign Relations Subcommittee on Europe
- Other Senatorial Members of Senate Appropriations Subcommittee on Foreign Operations, State and Special Projects
- Senate Leadership (both Republican and Democratic members)

The creation of the rapid response team will enable us to test messaging within the Congress for the Plan, Ukraine and DF, providing us an opportunity to continually hone an effective message for this audience, enabling us to activate them as the effort expands to build a powerful political force to support a new approach to US policy on Ukraine, in support of DF and the Plan.

The second part of the second phase ("Phase 2:2") is to commence building the new force that can, eventually, have a guiding impact on United States foreign policy related to Ukraine.  The Project will commence Phase 2:2, though the goals and aims will require more time and resources than anticipated in this Agreement in order to bring to full fruition.  The goals of building this new force ("Phase 2:2 Goals") will include, but not be limited to: I wonder if it makes sense to outline a proposed budget for the phase 2 here…?

**Commented [JA7]:** I don't think so.  It might scare them off. let's see if they fund this part and then we can deal with that later.

- Eliminate US government efforts to politically and criminally target  and prosecute DF and his allies

_____
November 12, 2015
Page 4

- Organize American power centers and political coalition allies to support the DF approach to Ukraine as embodied by the Plan and other policy advocacy by DF
- Organize and direct the US Congressional Caucus for Ukraine to support the DF approach
- Diminish US government support for the current Ukrainian regime
- Diminish US government efforts to support destabilizing EU initiatives on Ukraine
- Build a strong US grass roots and social media power base for DF approach to Ukraine
- Initiate Congressional action to support the DF approach to Ukraine
- Build earned and paid media footprint for DF in US
- Initiate media projects, including a feature documentary, to shape US policy and support for the DF approach to Ukraine

Phase 2:2 will focus on organizing a grassroots political force component to work with a Washington, DC based lobbying effort to achieve the Phase 2:2 Goals, as described more fully in the Ukraine Renewed and Reunited Memo (attached as "Exhibit A"). It is understood, however, that the full implementation of the Phase 2:2 Goals will not be achieved with the time table and resource request of the Project, however establishing the foundation of the Phase 2:2 Goals, and progress toward the goal of full implementation will be the aim of the Project. Further progress toward the Phase 2:2 Goals will require additional financial resources and time, as noted in Exhibit A.

The Firm will serve as the general contractor of the Project, both providing its consulting services and engaging various public affairs, public relations, legal and lobbying subcontractors, at its complete discretion, to assist in the Project.

The term of the Project will be six (6) months, commencing upon execution of this Agreement and upon payment of the Initial Retainer. In consideration of its efforts, the Firm will be paid a retainer of Two Hundred Thousand ($200,000) Dollars per  month for the Term of the Project, payable in two (2) installments: Six Hundred Thousand ($600,000) Dollars upon execution of this Agreement (the "Initial Retainer") and Six Hundred Thousand ($600,000) Dollars three (3) months after the commencement of the Project (the "Final Retainer").   Retainer payments shall be made by wire transfer to the following bank account:

       Account Name:             Eye-To-Eye Strategies, LLC
       Account Number:
       Bank:


       Bank Routing Number:
       SWIFT Number:

_____
November 12, 2015
Page 5


The Firm shall have complete discretion in the use of the monthly retainers, including but not limited to the decision as to the amounts due and payable to all third party vendors as well as the fee due to the Firm.  Beyond timely payment of the Initial Retainer and Final Retainer, _____ will have no obligation or responsibilities for additional payments to the Firm, or any subcontractor.

The Project may entail some work that is considered lobbying under the federal lobbying disclosure law.  Consequently, where appropriate, the Firm and subcontractors will register and report our activities under the Lobbying Disclosure Act of 1995.

The Firm will use best efforts to achieve the goals of the Project, however, the Firm cannot guarantee a successful outcome for the Project.  Success with the Project requires the timely cooperation of Client and the provision to the Firm of materials required to promote the Project.  This may adequately address some of my previous concerns but I left the questions above for due consideration – mostly the representation that there is current/ongoing work and specifically, with a "top firm".

We believe that the above provisions outline in reasonable detail our agreement as to this representation and this letter shall supersede any previous agreement or written communication on this matter.  If you find these arrangements satisfactory, please sign this letter and return it to me, keeping a copy for your files.  We sincerely appreciate the opportunity to represent you, and we look forward to a successful relationship.

Very truly yours,

Eye to Eye Strategies, LLC

By:



Jason Hickox
President

Accepted and agreed to this __th day of November, 2015.


By:


_____
_____

| | |
|---|---|
| **From:** | Jack Abramoff <S05/Exchange Administrative Group (FYDIBOHF23SPDLT)/Recipients/a1d827a503224ee9a2d075e31fc15d84-jack> |
| **Sent:** | 11/12/2015 7:43:13 PM -0800 |
| **To:** | Jason and Callie Hickox (jhickox@eyetoeyestrategies.com) |
| **Subject:** | FW: retainer |
| **Attachments:** | Eye To Eye Retainer Draft..docx; Ukraine Renewed and Reunited Memo.docx |

Hi Jason, here is what I just sent them.  as you can see, I left it open for us to make changes.  let's yak tomorrow.  Regards, Jack

_____

**From:** Jack Abramoff
**Sent:** Thursday, November 12, 2015 10:43 PM
**To:** Denis Gorbunenko (dgorbunenko@icloud.com) <dgorbunenko@icloud.com>
**Subject:** retainer

Hi Denis.

I have drafted a retainer agreement that includes the items we discussed this week, divided into phases and parts.  The phase that's related to building the new force is still encapsulated in the memo I did before we met.  Therefore, I suggest that we attach that memo as an Exhibit to the retainer agreement.

The agreement will be with whatever company you guys use (please get me that info, including name of signatory, name of company and address of company - as soon as possible), and the lobbying company I will use on this side, Eye-to-Eye Strategies.  It is headed by one of my top guys, and we use it for intense and rather urgent efforts.  Jason Hickox, who has worked with me for almost 20 years, heads that particular company and they will serve as the general contractor for me to engage the others I need for this, etc.

I have not yet shared with Jason the retainer agreement, so we might still need a few changes from our side, but in the interest in moving this along quickly, I figured I should get this to you to review for this weekend, sending me any changes you require, so we can sign this on Monday and get moving.  We have a lot to do quickly.

I also do not have the banking info for this project yet, but will have it Monday, or maybe even tomorrow.  Once I have it, we'll incorporate in the retainer agreement.

Please review the document, and re-review the exhibit which is the memo I sent previously, to let me know any changes.  We'll do the same and, hopefully Monday we can have something we can all sign to move forward.

Thanks so much.

Regards,

Jack

_____

**Jack Abramoff**

| | |
|---|---|
| **From:** | Jack Abramoff |
| **Sent:** | Thursday, May 31, 2018 1:44 AM |
| **To:** | Jack Abramoff |
| **Subject:** | notes |

Sanctions: there is something already in process
Dana: resolution start in his subcommittee – media interview,
Current UA lobbyists: BGR, Livingston Group, Wiley Rein
UA anti-corruption groups (AL list them for me?)
Non profit: name?
NP: Hire US lobbyists, register, need spokesman/head, ideally: UAian
Need memo for all research needed
Crony list, details
Contract/proposal/invoice LF
AL: videos put up by journalists on 1+1 about corruption, English
Check out 1+1
BIG: US ambassador; Biden connection
LA: get me sins of US Ambassador
Michael Cohen payment from P was a set up: play this
Dana: no more Yuri Vanetik; hearings in July?
AL: need list of journalists
UA aid cut off/export cut off

*[handwritten top right:] Notes, P.15.*

2 campaigns:

    1) Anti-Corruption
    2) Pro-V/V

**<u>Anti Corruption</u>:**

*[handwritten:] — Must be strong*

☒ Need details on P corruption from AL/et al
☒ Proof cases
  Build case

    1. Engage US groups
       a. Public Citizen
       b. CREW
       c. Common Cause
       d. Represent.us
       e. Etc

*[handwritten:] ☒ Need new UA anti corruption — EU based?   10 complaints*

    2. UA diaspora groups
      ☒ a. Ukrainian Americans: Clean Up Our Homeland
    3. Congress
       a. Foreign Affairs
          i. Senator Risch
          ii. Congressman Rohrabacher
       b. Finance Committees
          i. Senator Hatch
          ii. Congressman Hensarling
       c. Leadership
       d. Ukrainian Members of Congress
          i. Senator Mike Enzi
          ii. Martin Howrylak (R-MI)
       e. Citizens Committee Against Corruption in Ukraine
          i. Wayne Gretzky
          ii. Jim Furyk
    4. Administration
       a. White House
          i. Bolton
          ii. Kudlow
       b. Treasury
          i. Mandelker
       c. State

        i. Pompeo

    d. US AID

5. Action Items

    a. Executive Branch Sanctions

        i. Commence action, leaks to press

        ii. NEED LIST OF P CRONIES/BACK INFO

    b. Congressional

        i. Resolutions

        ii. Hearings

           1. V/V testify?  maybe

        iii. Statements

           1. Congressional Record

           2. Media statements

           3. Calls for aid cut off  — UA Export cut off

    c. Media

        i. WSJ

        ii. Forbes

        iii. Washington Times

        iv. Fox News

        v. OAN

        vi. Newsmax

        vii. Blogs

        viii. Websites

           1. WND

           2. Townhall

           3. Daily Caller

           4. Drudge

        ix. All out media campaign

           1. Spread to Europe

               a. John Crawford

## V/V

1. Ukraine 2030

    a. Topics

        i. Transparency/anti-Corruption

           1. CrossVerify DTN

        ii. Education

        iii. Tech

        iv. Infrastructure

   v. Peace and Prosperity
   vi. Security
   vii. Agriculture
   viii. Tourism: Ukrainian diaspora organizing tool
  b. Vataliy Book?
  c. Media
  d. Congressional support
  e. Administration Statements
  f. Think tanks
   i. Carnegie Institute
   ii. Heritage Foundation
2. Celebrity
  a. Servant of the People
   i. US rights/remake/ like Israeli shows
   ii. Cast Trump friendly – Sinclair Broadcasting
   iii. Vladimir here to do press — *Producer*
   iv. Fund Development
    1. Significant director/cast
   v. KEY: ANNOUNCEMENTS
3. Corruption         *JA group*
  a. 10 Commandments against Ukrainian Corruption
   i. Cornerstone of campaign
   ii. Trips of anti-corruption officials from around the world to Ukraine to make statements against P

7 months

Contributions
  Anti-Corruption Groups 100K
  Heritage/etc     100K

NEED US 501C4

Television Show rights acquire/development

Lobbyists FOR C4
  Turnberry     30/6 180k
  Liberty Consulting  15/6 90k
  PIC       20/6 120k
  ADI       20/6 120K

*media   35K*

*Ladyin  100/7   CRYPTO   1.5*

A BTC

PCO    Rel - say, nash

NAC    D/TN    Dromfilics (V g) Data    Network Security

|    |    |    |    |    |    |

DTN    DTN ~~Con~~ UK - Pat X 1/2/3/4    Complot Digital coming

Need new name

get a piece of land    for $200K

Street down middle

5 acres conjischato

Loan for 700K    $3 mill gyand donate to non-profit

400K street

5 lots 100 to build each house?

| 14 lots | 14 lots |

1) ANTI corruption Group

   hire   US lobbyists.
            register
   Need VA head of group.
     either VA or EU based —
   ideal — pre-existing

2) all research info

3) wires to US company (crypto consult)
          VA/EU group —

WA — videos of Journalist proving corrupt.
   "1+1" — cable systems us —
        satellite
   Ukraine channels —
     not pro Russian

[Barry Bennett] *avenue Shotgun*

*You + I be in R*

*Send had Jan + Jan*

Ambassador remove — ☆
     Biden —
     called meeting 1+1 — invite 1yo?
     theatre re Israel —

'Who is Ukraine Lobbyist —
                    AK guy

Michael Cohen payment was to
create problem for Trump —
order of Biden — Nuland —
Cohen — sucker — <u>Set up</u>
BBC — leak from Poroshenko —
Paul Wood    23 May 2010

Dana — no more Until Lobbying

Leaving = July —

text JA address to Alex re Josh.

Need list of Journalists

Whatsapp — Alex — list of research we need
         — K — Lindfin — wire —

| **From:** | Jack Abramoff <S05/Exchange Administrative Group (FYDIBOHF23SPDLT)/Recipients/a1d827a503224ee9a2d075e31fc15d84-jack> |
| **Sent:** | 11/15/2015 3:56:20 PM -0800 |
| **To:** | Jason and Callie Hickox (jhickox@eyetoeyestrategies.com) |
| **Subject:** | FW: retainer |

**Attachments:** Eye To Eye Retainer Draft-JKH comments.docx; ATT00001.htm

Hi Jason,

I put comments into the draft.  Please take a look.  Denis (DF's top guy) tells me that he hopes to have an answer tomorrow.  we'll see….

Jack

**From:** Jason Hickox [mailto:jhickox@eyetoeyestrategies.com]
**Sent:** Sunday, November 15, 2015 11:40 AM
**To:** Jack Abramoff <jack@abramoff.com>
**Subject:** Re: retainer

Hey Jack,

I've been going through the retainer language and have some questions and comments. I have made comments in the body of the document, tracked in red type for your review.

As ever, I am less familiar with these proceedings and types of engagements - and perhaps unduly paranoid - and merely want to make sure we are not putting ourselves in harms way at all.

Thanks,

Jason

**From:**          Jack Abramoff
**Sent:**          Monday, September 7, 2015 8:32 PM
**To:**            Jack Abramoff
**Subject:**       Projects

1.  Dubai inmate Zack Shahin
2.  Dan Gordon TV project
3.  Angola representation
4.  The Floor.com
5.  China State Dinner: Jack Maple
6.  Great 8 Film Project China
7.  Lebanon PM
8.  John Bryan – Philippines project
9.  CEB tax issue – Virginia
10. Aten Gold Coin
11. Dmytro Firtash
12. Equatorial Guinea (Robert Rubinstein)
13. Kurdistan
14. BRIMOS
15. Mme. Gbagbo: Sybil
16. Beirut Governor
17. Lebanon Bank
18. Airplane Internet System
19. Lebanon TV station
20. Iraq representation
21. Price's Pit – Rose Cheung
22. Blue Shield - Israel Campus
23. Ilan Shor – Moldova


24. Tehuan
25. Gateway
26. Aajc.org – Purim event?

# ARGUS GLOBAL, LLC.

25 Columbus Circle
Suite 64F
New York, NY 10019
Telephone 212-823-6406

**ELI ZICHERMAN**
PRESIDENT
ezicherman@ArgusGlobal.org

March 11, 2015

Mr. Prata Camela Amoes
Comercio E Industria LDA
Rua Reverendo Agostinho Pedro Neto
Kinaxixi, Luanda
Angola

Dear Mr. Amoes,

I want to take this opportunity to present to you some of the defense, security and intelligence services available through Argus Global.

The materials attached from our associated companies deal with the vital matter of border security and merely serve as a sample of some of the systems we have been able to offer to governments.  We look forward to providing you with these and other options for Angola.

Looking very much forward to hearing from you soon and to moving forward on enhancing the security of that nation.

Yours sincerely,

Eli Zicherman
President



12022369706@s.whatsapp.net Jack Abramoff                                                   2017-10-11 6:53:58 PM(UTC+0)



We will use digital currencies (bitcoin) to get this done. in particular, we'll use AML Bitcoin (AML), which is the only digital currency that is designed to be accepted by governments.  Here is the procedure:

1. There have to be at least 2 Angolan participants
2. Each participant will designate to RE the Angolan bank (where they have deposits) that they will be using to participate in transaction
3. The participants need to confirm to RE that the Angolan bank can make a transfer to a US account on behalf of Participants, in South African Rand. Assuming the bank can do so…
4. Each Participant will send RE their passport (clear jpg file)
5. Each will sign a contract (attached) with Marcus Andrade and NAC Foundation (owners of the AML) to do a test run transfer of coins
6. The test run will be $1M for each Participant, which will be wired to an attorney trust account in the US (the account information will be available if the transaction proceeds).  The funds will be held in that escrow account until the transaction proceeds.  If it cannot proceed, the attorney will return the funds to the Participants' bank account.
7. After receipt of signed contracts, passports and confirmation of wire to attorney trust accounts, AML will run KYC (know your customer) check to ensure participants are not on OFAC or terror watch lists.
8. Assuming participants are clear, funds will clear to AML from attorney trust accounts; AML will set up participants' AML Bitcoin wallets (deposit accounts); $1M in AML will be deposited into each wallet.
9. Phase 2: AML will sell $100M of AML (75M total coins) to Participant number 1 (P1).  P1 will wire $100M to AML account, after which AML will deposit 75M AML in P1 wallet.
10. Participant 2 (P2) will buy 75M AML from P1 for $100M (or market price – coin price will increase based on market) (through a digital coin exchange that AML will arrange for participants, likely HIT btc).
11. P1 will receive $100M (or sale price) for sale.
12. P1 will transfer 75M AML into P2 wallet.
13. P1 will deposit $100M (or sale price) into P1 Dubai Account – minus fee to RE (20% of funds deposited in P1 Dubai account, to be paid to RE account)
14. P1 will then buy 75M AML from P2 (through a digital coin exchange, likely HIT btc) for new Rand funds wired from Angola bank, wired to AML for P2's account [price will be market price; the higher the price the more P1 and P2 can transfer]
15. P2 will transfer 75M AML to P1 wallet; P2 will deposit sales price ($100M plus market price increase) in P2 Dubai account - minus fee to RE (20% of funds deposited in P2 Dubai account, to be paid to RE account).
16. Process repeats
17. This approach could enable deposits of more than US$1B per month in each Dubai account





12022369706@s.whatsapp.net Jack Abramoff                                                   2017-10-11 6:54:06 PM(UTC+0)



i am sending the contract in a minute



# Extraction Report
Apple iPhone Logical

## Participants

Richard  972546510294@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

## Conversation - Instant Messages (9)



☆ 12022369706@s.whatsapp.net Jack Abramoff                 12/28/2017 3:28:06 PM(UTC+0)

are you free for a call on the Angola currency deal?

☆ 972546510294@s.whatsapp.net Richard                      12/28/2017 3:52:34 PM(UTC+0)

Yup.
Call is not going through for some reason. Can try your end?

☆ 12022369706@s.whatsapp.net Jack Abramoff                 12/28/2017 3:55:47 PM(UTC+0)

Africa Funds Deal 12.28.2017.docx
Attachments:

[W] 

https://mmg-
fna.whatsapp.net/d/f/AjaTfoEyDi__ck0guLzd-
C3w73sfITfmwWtFb9Iqa8ge.enc
be5068b0-1749-4371-85b2-a578a725dacc.docx

☆ 12022369706@s.whatsapp.net Jack Abramoff                 12/29/2017 12:01:38 PM(UTC+0)

Any response to your questions from the Malaysian?

☆ 972546510294@s.whatsapp.net Richard                      12/29/2017 12:06:56 PM(UTC+0)

Nothing yet.

☆ 12022369706@s.whatsapp.net Jack Abramoff                 12/29/2017 2:34:08 PM(UTC+0)

Jack Maple just texted that Leong is going to be responding tonight or tomorrow.

☆ 12022369706@s.whatsapp.net Jack Abramoff                 12/31/2017 9:29:23 PM(UTC+0)

Just heard from Carlos. Eduardo just called and told him that the other partners signed off on the NDA, so Carlos will be
pushing them starting Tuesday on the MOU.





Angolan Deal Notes – 1/8/2018

-The Sultan of Johor Bahru would be approving the transaction as a business investment for the receiving banks records.
-The Sultan of Johor Bahru owns or is part owner in the developments that the 10% would be purchasing the real estate
-The money would be deposited into the banks in the UAE that the Sultan of Johor Bahru already has accounts in so that there is no "overseas remittance" guidelines.  The banks that he is working with also have branches in London, England and Amsterdam, Netherlands that can accept the funds and transfer to the Sultan of Johor Bahru's accounts in those countries.  Therefore, no "overseas remittance".
-They need to make a case to the bank that this is all for "investment purposes" which the Sultan of Johor Bahru would sign off on.
oThe paperwork would say that we would be "eventually" investing up to $150Million USD in Johor Bahru, but we would only have to invest $50Million USD.
-There is another option through Jakarta Indonesia, but it is more complex and would also be for a smaller amount of money. This could be the next option.
-All the banks understand that the funds will be coming arriving in Angolan Kwanza Cash Notes.

At this time, Mr. Weng Kee Leong has confirmed with all 4 banks that they are ready to move to the next step which would be ascertaining the exchange rate, but to move forward they will need some sort of Memo of Understanding (MOU) so that Mr. Weng Kee Leong can start to finalize the negotiations.  So that we are all on the same page … Mr. Weng Kee Leong would like to have this all completed no later than February 1, 2018 and feels that it could be completed by that time.





I spoke to Ted after speaking with Marcus late last night.
Bottom line:
Marcus is on board with the move
90 days Ted will function as a consultant will take all operational controls, subordinate to Marcus
Marcus will agree on a compensation package for the initial 90 days.
Thereafter, Marcus will determine if to give Ted ceo or other position, if at all. By then he will turn NAC into a Corp so they can phase equity into a potential package.

Received by NSD/FARA Registration Unit    10/26/2018    3:51:47 PM

OMB No. 1124-0006; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

# Exhibit A to Registration Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant | 2. Registration No. |
|---|---|
| Stonington Strategies LLC (address on file with DOJ) | 6458 |

| 3. Name of Foreign Principal<br>Blue Fort Public Relations LLC | 4. Principal Address of Foreign Principal |
|---|---|

5. Indicate whether your foreign principal is one of the following:

- ☐ Government of a foreign country [1]
- ☐ Foreign political party
- ☒ Foreign or domestic organization: If either, check one of the following:

| ☐ Partnership | ☐ Committee |
|---|---|
| ☒ Corporation | ☐ Voluntary group |
| ☐ Association | ☐ Other *(specify)* _____ |

- ☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant


   b) Name and title of official with whom registrant deals


7. If the foreign principal is a foreign political party, state:
   a) Principal address


   b) Name and title of official with whom registrant deals

   c) Principal aim

---

1 "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 05/17

Received by NSD/FARA Registration Unit   10/26/2018   3:51:47 PM

8. If the foreign principal is not a foreign government or a foreign political party:

  a) State the nature of the business or activity of this foreign principal.

    Stonington was retained by Blue Fort, a private firm that is incorporated in Qatar with offices in London, UK and Washington, DC, to foster commercial and international investment-related outreach opportunities for private companies and investors from Qatar into the United States. Over the course of the contract, Stonington Strategies made senior level introductions, arranged trips, and fostered dialogue between American and Qatari companies and their executives to facilitate collaboration; analyzed and presented business opportunities to Qatari investors; and engaged best-in-class subcontractors.

  b) Is this foreign principal:

| | | |
|---|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

  N/A

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

  To the best of Stonington's knowledge, Blue Fort is a private firm that is incorporated in Qatar with offices in London, UK and Washington, DC.

### EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| Oct. 26, 2018 | Nicolas Muzin, CEO | |

Received by NSD/FARA Registration Unit 10/26/2018 3:51:47 PM

**Stonington Strategies' Activities on Behalf of Blue Fort between <mark>September 1, 2017 and February 28, 2018</mark>:**

Over the course of the contract, Stonington Strategies made senior level introductions, arranged trips, and fostered dialogue between American and Qatari companies and their executives to facilitate collaboration; analyzed and presented business opportunities to Qatari investors; and engaged best-in-class subcontractors.

Between September 1, 2017 and February 28, 2018, Stonington Strategies had contacts with the following individuals for the above purposes:

Contacts:

- Eric Anton – Marcus & Millichap
- Gary Barnett – Extell Development Company
- Joe Cayre – Midtown Equities
- Kevin Gallagher – Macduff Capital
- Kenneth Horn – Alchemy Properties
- Terry Hungle – Imagine Communications
- Jay Lifton – Cella Energy
- Martin Oliner – First Lincoln Holdings
- Lila Ontiveros – CAZ Investments
- Zachary Pack – BlackRock and W.P. Carey
- Phil Rosen – Weil, Gotshal & Manges
- Michael Salzhauer – Benjamin Partners
- Gary Torgow – Chemical Financial Corporation
- Steve Witkoff – Witkoff Group
- Craig Wood – Cape Advisors

**Stonington Payments Made In Connection with the Blue Fort Representation:**

- <mark>Sept 18, 2017 - $500,000 (wire) payment to Lexington Strategies for consulting services</mark>
- <mark>Sept 22, 2017 - $600,000 (check) payment to Lexington Strategies for consulting services</mark>
- <mark>Oct 10, 2017 - $1,200,000 (wire) payment to Lexington Strategies for consulting services</mark>

**Stonington Payments Received In Connection with the Blue Fort Representation:**

- Sept 18, 2017 - incoming wire $1,950,000 from Blue Fort Public Relations LLC for services rendered
- Oct 10, 2017 - incoming wire for $1,950,000 from Blue Fort Public Relations LLC for services rendered

OMB No. 1124-0004; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

## Exhibit B to Registration Statement
## Pursuant to the Foreign Agents Registration Act of
## 1938, as amended

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Stonington Strategies LLC (address on file with DOJ) | 6458 |

3. Name of Foreign Principal

Blue Fort Public Relations LLC

Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

On August 29, 2017, an initial consultancy agreement was signed between Stonington and Blue Fort broadly identifying the intended scope of anticipated services to be rendered. Because the scope of the consultancy services that Stonington has been providing Blue Fort are not as extensive as originally anticipated, on November 8, 2017, Stonington and Blue Fort signed a revised agreement, clarifying the nature of services to be rendered. This revised agreement is attached.

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Over the course of the contract, Stonington Strategies made senior level introductions, arranged trips, and fostered dialogue between American and Qatari companies and their executives to facilitate collaboration; analyzed and presented business opportunities to Qatari investors; and engaged best-in-class subcontractors.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☐   No ☒

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| Oct 26, 2018 | Nicolas Muzin, CEO | |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Received by NSD/FARA Registration Unit   10/26/2018   3:51:43 PM

November 8, 2017

Mr. Nicolas Muzin
Stonington Strategies LLC
nick@stoningtonstrategies.com

**CONFIDENTIAL**

Re:   Variation of Agreement for Consulting Services

Dear Mr. Muzin:

This will confirm the variation of our agreement dated August 29, 2017 (the "Agreement") by which Nicolas Muzin ("Mr. Muzin") and Stonington Strategies LLC ("Stonington"; Mr. Muzin and Stonington, together, "you" or "your") agreed to provide consulting services to Blue Fort Public Relations LLC, a private company duly organized and validly existing under the laws of the State of Qatar (together with its affiliates, the "Company"). Capitalized terms when used in this letter will have the same meaning as those used in the Agreement unless otherwise explicitly defined.

WHEREAS, the Company, Stonington and Mr. Muzin (together, "Parties") have now agreed the scope of consulting services ("Services") to be provided under the Agreement, as the same are set out in the Schedule hereto, and their manner of delivery;

WHEREAS, the Parties agree and acknowledge that the scope of Services is not as extensive as originally anticipated and that, accordingly, the Retainer Fee will be adjusted as set out below;

WHEREAS, the Company agrees that you have, and may in the future, sub-contract certain material services to subcontractors approved by the Company to assist in the delivery of the Services;

WHEREAS, the Parties agree that no actions required to be performed under the Agreement as varied by this letter shall be construed to require Stonington to perform activities that would trigger a lobbying registration obligation under the United States Foreign Agents Registration Act, which specifically requires registration for certain political or public relations activities performed by or on behalf of a foreign Government;

WHEREAS, the Parties agree that no actions required to be performed under the Agreement as varied by this letter shall be construed to require Stonington to perform activities that would trigger a registration under The Lobbying Disclosure Act, and that no registration will be made;

WHEREAS, the Parties agree that it is in their mutual interest to vary the Agreement as set out in this letter properly to reflect their intentions and respective obligations pursuant to the same.

Therefore, the Parties agree that the Agreement is varied as set out below such that the Agreement will be read and construed accordingly:

1. The Services to be provided under the Agreement will be as set out in the Schedule hereto, and will be provided on a call-off basis by notice from the Company to you;

2. The term of the Agreement will be extended to a period of 6 months from September 1, 2017 ("Term") but without prejudice to the termination provisions in the Agreement;

3. The Retainer Fee for the months of September and October, 2017 will be applied in part payment of Services received to date, with the balance being applied as payment on account of Services to be rendered over the remainder of the Term. For the avoidance of doubt, the Parties agree that no additional payments for Services will be made over and above the Retainer Fee already paid for the months of September and October, 2017;

4. Stonington has, and will in the future, sub-contract a material part of the Services with the Company's prior written approval, and Stonington confirms that no less than 60% of the Retainer Fee (as varied) will be paid by Stonington to its subcontractors;

5. That the Services do not include government relations work, and the Company represents that:

    a. it does not represent the interests of the State of Qatar or its Government;

    b. the reason that it has entered into the Agreement is to promote the interests of private companies and investors based in the State of Qatar by working on behalf of said private companies and investors to promote additional foreign investment, and

    c. it is not owned, controlled, or financed by, a government or political party and that none of the activities contemplated under the Agreement shall include working for, or on behalf of, any government or political party;

6. That no actions required to be performed under the Agreement as varied by this letter shall be construed to require Stonington to perform activities that would trigger a lobbying registration obligation under the United States Foreign Agents Registration Act, which specifically requires registration for certain political or public relations activities performed by or on behalf of a foreign government;

7. That no actions required to be performed under the Agreement as varied by this letter shall be construed to require Stonington to perform activities that would trigger a registration under The Lobbying Disclosure Act, and that no such registration will be made with respect to the Agreement;

8. Save as otherwise varied by this letter, the terms of the Agreement will remain in full force and effect as if the same were set out in full herein.

Nothing in this Agreement shall waive or otherwise alter the privileges and immunities to which the Company is entitled under the laws of the United States or any treaty to which the United States is a party.

Except as otherwise expressly provided herein, any controversy or claim arising out of or relating to the Agreement, this letter, or the breach thereof, shall be within the exclusive jurisdiction of the State of Qatar, and you hereby consent to the personal jurisdiction of such courts and waive any argument of any nature that such courts are not appropriate courts, including any argument of forum *non conveniens*.

Please indicate your acceptance by signing below, and forwarding a copy of this letter to the Company.

Very truly yours,

_____                    AGREED: _____
For the Company                                       For Stonington Strategies LLC

Received by NSD/FARA Registration Unit   10/26/2018   3:51:43 PM

**SCHEDULE – Services**

The services will support the efforts of the Company to foster commerce and international investment outreach opportunities for private companies and investors from the State of Qatar into the USA, Middle East, Asia, and Europe. Services may include (without limitation):

- making senior level introductions between companies and their executives;
- fostering dialogue between companies and their executives to facilitate collaboration;
- arranging visits for Qatari executives to explore business opportunities in the USA, Middle East, Asia, and Europe;
- Analyzing and presenting investment opportunities to Qatari companies;
- Engaging best in class subcontractors and partners to ensure maximum value to the Company and its clients.

Services will be called-off by the Company and Parties will agree on the brief on a case by case basis.

Received by NSD/FARA Registration Unit   10/26/2018   3:51:43 PM



# Extraction Report
Apple iPhone Logical

## Participants

Joey Allaham  19175706132@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

## Conversation - Instant Messages (20)

 12022369706@s.whatsapp.net Jack Abramoff          3/16/2017 4:38:57 AM(UTC+0) 

I spoke with Nick, as you probably know by now.  He told me he was going to retract that claim that we were cutting you out, and I hope he did, as it seems he made that claim in the heat of the fight earlier. I don't know if anything is going to move forward with all of us, but even if we don't do something together, I want you to know that there was never a plan to cut you out of anything.  that has disturbed me all night, frankly.  I am going to meet with Nick in the next day or so, and hope to find a way to sort through this past few days, and I hope we can find a way to move forward, but either way, cutting you out was not in the cards. As i stated from the beginning, I always wanted to do something with you.  If it can happen, that will be great.  let's chat tomorrow if you want.

 12022369706@s.whatsapp.net Jack Abramoff          3/23/2017 9:46:50 PM(UTC+0) 

i'm tied up trying to help Nick with the Albanian.  I just arranged a photo with a bunch of Congressmen, so it looks like he is on a productive visit.  i have the Indian coming to me in 15 minutes.  I am calling someone else to get a WH pic for the guy, and will text you as soon as I can.

  19175706132@s.whatsapp.net Joey Allaham          3/31/2017 4:04:41 PM(UTC+0)

Had a call with nick . Jack if not 1/3 I'm not interested . He said u have an issue with that is that true ? I thought give him 10 % of the top whatever money comes in bc he is doing the work. Each gets 1/3 . Either we are married or not . Can't only be when not neda. It will never work . Anytime a partner thinks the other guy not doing as much work its a break up .

  19175706132@s.whatsapp.net Joey Allaham          3/31/2017 8:50:44 PM(UTC+0)

Can't get over this response

Albania - 50k for finders fees - split between you, Jack, and Brandon
Victoria - 25k for finders fees - all to you
Azerbaijan - 33% to you (minus whatever Malcom has to be paid in finders fees)

so in each case, 1/3 of the fees goes to the finders.  the more finders there are, the smaller their fees are.

but if you also help in the actual work, then you have a claim to some of the 2/3 of the budget (100k for Albania) that is being used for the work.

does that seem fair?

 12022369706@s.whatsapp.net Jack Abramoff          3/31/2017 9:02:04 PM(UTC+0) 

Joey don't create a fight. Be nice and get us $ and end this.

  19175706132@s.whatsapp.net Joey Allaham          4/3/2017 4:24:01 PM(UTC+0)

I will come up with a name

 12022369706@s.whatsapp.net Jack Abramoff          4/3/2017 4:24:38 PM(UTC+0) 

I like Lexington Strategies.  didn't you see my email? it's a winner.  get it and get the web page from godaddy

  19175706132@s.whatsapp.net Joey Allaham          4/3/2017 5:07:25 PM(UTC+0)

How do U see future buz coming in ? How can I get u to put everything together me and u ?

 12022369706@s.whatsapp.net Jack Abramoff          9/26/2017 7:03:06 PM(UTC+0) 

can you find out if Jamal has strong ties to the OECD, based in Paris?  I might have a way to get you guys involved with this coin.

12022369706@s.whatsapp.net Jack Abramoff    9/26/2017 7:22:00 PM(UTC+0)

please let me know on the OECD when you can. thanks

---

12022369706@s.whatsapp.net Jack Abramoff    9/26/2017 7:26:17 PM(UTC+0)

my first text (at 3:03 above) mentioned the OECD. can you find out if Jamal is connected there, and how strongly? I might have a way to get you into this coin project which is $$$$.

---

12022369706@s.whatsapp.net Jack Abramoff    10/4/2017 2:51:43 AM(UTC+0)

on the coin, can you get Jamal to agree to be listed as an adviser (you can see others at www.amlbitcoin.com) and to see if he can get a meeting for the CEO, Marcus Andrade, of the project with Christine Lagarde, head of the IMF, in Paris or wherever she is (in Europe) in the next 2 weeks or so? Our Vice President for Europe (Angela Knight, former secretary of the treasury of the UK, and member of Parliament) is hosting Marcus for dinner with the Bank of England governors Oct 24, and we'd love to have that meeting before ideally. In any event, if he can agree to be an adviser (ideally tomorrow) that would be awesome. We'll get 10,000 coins for you guys. Please let me know.

---

12022369706@s.whatsapp.net Jack Abramoff    11/3/2017 9:14:54 PM(UTC+0)

Hi Joey. I'll be in NYC the week of the 13th of November. If Jamal and you are free, I'd like to meet with you about the AML BitCoin. I just heard that the Crown Prince of Dubai (or his investment fund, not sure) is about to purchase a huge block of the coins. Please let me know. Shabbat Shalom

---

12022369706@s.whatsapp.net Jack Abramoff    1/26/2018 4:36:17 AM(UTC+0)

AML Bitcoin Special Purchase Agreement.docx

Attachments:



https://mmg-
fna.whatsapp.net/d/f/Ah_p8ptNaUSji4LyEPONn
8LS3KTcPCFJKJ0fW2nnZVPL.enc
67e1d34d-3599-44d2-8fdb-5e3c922e2707.docx

---

12022369706@s.whatsapp.net Jack Abramoff    2/12/2018 12:30:19 AM(UTC+0)

AML Bitcoin Special Purchase Agreement Feb 11 2018.docx

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AmejqPLsUW1IUXwu-
qOSyM7AUiT-75Bvevo5RBnlx1U4.enc
ae7a0d3f-f7f3-41c9-8bc0-14a2bf8e7fc0.docx

---

12022369706@s.whatsapp.net Jack Abramoff    2/12/2018 10:08:55 PM(UTC+0)

I am sending you on email the signed contract from Marcus. should I assume you didn't get the wire out today?

---

19175706132@s.whatsapp.net Joey Allaham    2/13/2018 1:49:44 AM(UTC+0)

All ok ?

---

12022369706@s.whatsapp.net Jack Abramoff    2/13/2018 1:50:21 AM(UTC+0)

not really. you were supposed to find out what happened with the wire and never got back to me. Please call me before 10:30 pm please.

---

19175706132@s.whatsapp.net Joey Allaham    2/13/2018 1:52:26 AM(UTC+0)

She said was done . Will call u as soon I'm done




12022369706@s.whatsapp.net Jack Abramoff

2/22/2018 11:26:50 PM(UTC+0)

AML Bitcoin Special Purchase Agreement Feb 22 2018.docx

**Attachments:**



https://mmg-
fna.whatsapp.net/d/f/AtwVthAqW_AVYUykY5zG
lOejOFlAJGlVd0-DtqZq0lMt.enc
8b41b197-f969-4a85-8e6d-5d3f3759b651.docx

# Extraction Report
Apple iPhone Logical

## Participants

CRDLG  50766776828@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

## Conversation - Instant Messages (34)

  

50766776828@s.whatsapp.net CRDLG                                             2017-08-16 2:13:27 AM(UTC+0)

I'm excited about it! Argentina, Brazil and Mexico; all together are a whole continent.



12022369706@s.whatsapp.net Jack Abramoff                                     2017-08-16 3:30:13 PM(UTC+0)

just sent you an email.  your idea is huge.



12022369706@s.whatsapp.net Jack Abramoff                                     2017-08-17 12:26:14 AM(UTC+0)

before I run it by them, I want to make sure this draft works.  Please let me know asap. thanks.

Carlos R. De La Guardia
DLG Consulting Group, Inc.

Dear Mr. De La Guardia,

NAC Foundation, LLC is the creator of the AML Bitcoin, a digital currency based on compliance with Anti-Money Laundering and Know Your Customer (AML-KYC) laws, and other statutes, regulations and laws that ensure transparent and law abiding commerce.

We are delighted to confirm that DLG Consulting Group, Inc. is our representative in Latin America, for all governmental dealings and relations.  We are planning on locating our Latin American headquarters in Panama, with our guidance.

We are particularly excited to have the opportunity to partner with key governmental authorities in Latin America, and in Panama in particular, as we have facilitated strong relations in the United States with the Congress and Administration.

Sincerely yours,

Marcus Andrade
Chairman, NAC Foundation, LLC

 

50766776828@s.whatsapp.net CRDLG                                             2017-08-17 1:02:59 AM(UTC+0)

A few comments:
1- Let's use "DLG Group, Inc.", instead.
2- I would like to also address the Private Sector, besides Government. The banking industry is huge in Panama.
3- Do mention that we work under OFAC, FinCEN, etc, compliant.

 

50766776828@s.whatsapp.net CRDLG                                             2017-08-21 11:54:47 PM(UTC+0)

Yes. I will be meeting in person with 2 close friends to the president. One is a banker (Banco General), the other one is a partner at Morgan & Morgan (largest law firm in Panama).

 

50766776828@s.whatsapp.net CRDLG                                             2017-08-21 11:55:41 PM(UTC+0)

My plan is to present the opportunity to them with the condition the government will back it up.

 

50766776828@s.whatsapp.net CRDLG                                             2017-08-21 11:57:12 PM(UTC+0)

On the other hand, I'm working on the strategy to approach the Panama Canal Authority's financial person.

 

50766776828@s.whatsapp.net CRDLG                                             2017-08-21 11:58:03 PM(UTC+0)

On the Panama Maritime Authority, I already have the appointment to talk to the Director himself. He is my friend.



50766776828@s.whatsapp.net CRDLG                                          2017-08-23 7:21:19 PM(UTC+0)

I just spoke to Rodrigo Maia (President of the Chamber of Deputies of Brazil) and Chief of Staff of Rio de Janeiro Government. The doors are opened for us.

50766776828@s.whatsapp.net CRDLG                                          2017-08-23 7:21:20 PM(UTC+0)

I am very close to Rodrigo and Luis Fernando (Rio de Janeiro Governor)

50766776828@s.whatsapp.net CRDLG                                          2017-08-23 7:21:20 PM(UTC+0)

It's on

12022369706@s.whatsapp.net Jack Abramoff                                 2017-08-23 8:19:29 PM(UTC+0)

Hi Carlos.  I just arrived and have gone through the texts.  What info do you need from CrossVerify to get the Rio thing moving?

50766776828@s.whatsapp.net CRDLG                                          2017-08-23 8:23:30 PM(UTC+0)

I already sent it.

12022369706@s.whatsapp.net Jack Abramoff                                 2017-08-23 10:20:32 PM(UTC+0)

From Marcus: On the election how it should work is good people get registered to vote they do a biometric scanning. Then when they actually go and vote they do another biometric scanning to confirm it is them or not.

50766776828@s.whatsapp.net CRDLG                                          2017-08-23 10:21:48 PM(UTC+0)

Correct.

12022369706@s.whatsapp.net Jack Abramoff                                 2017-08-23 10:30:33 PM(UTC+0)

CV's system  of biometrics is likely more advanced and thorough, as well as accessible through a mobile app.

50766776828@s.whatsapp.net CRDLG                                          2017-08-24 10:07:41 PM(UTC+0)

Jack- I need you to send me a draft letter as you want it written by the Brazilian govt.

12022369706@s.whatsapp.net Jack Abramoff                                 2017-08-24 10:07:57 PM(UTC+0)

ok, on it

50766776828@s.whatsapp.net CRDLG                                          2017-08-24 10:08:39 PM(UTC+0)

Also, I will have to introduce you to my contact in Brazil, Rodrigo Volpini as he is asking me what's in for him.

50766776828@s.whatsapp.net CRDLG                                          2017-08-26 12:51:49 AM(UTC+0)

Let's speak tomorrow when you can. Everything went perfectly.

12022369706@s.whatsapp.net Jack Abramoff                                 2017-08-31 12:30:34 AM(UTC+0)

You're going to be rich!

50766776828@s.whatsapp.net CRDLG                                          2017-08-31 10:27:16 PM(UTC+0)

In Panama, everything having to do with the social security's id, including ship registry, takes place at the Public Registry.



12022369706@s.whatsapp.net Jack Abramoff                                    2017-09-01 8:34:42 PM(UTC+0)

The nation of Angola and the African continent depend on rapidly adopting new technologies and building opportunities for all our peoples.  The hope for a prosperous and secure future rests on moving Angola forward in the global economic system.  Fortunately, for our emerging economy, the advent of blockchain technology will quickly enhance our ability to serve our people and partner with friends across the globe.

We are particularly interested in the exciting possibilities borne from the introduction of digital currency.  Providing Angolans with an ability to conduct business throughout the world instantly, with a low cost of transaction, and access through devices such as mobile phones, will enable our people to succeed far beyond their dreams.

With these great opportunities, however, come challenges to our security and peace that we must meet.  Anonymous digital currencies, such as Bitcoin, have attracted many users, but unfortunately included in their ranks are terrorists and criminals who are unwelcome in our nation.

My administration will do all we can to expand opportunity for our people, but digital currencies that are used for money laundering and other suspicious activities will not be given a free reign in our nation.  Instead, we will seek rules and regulations only permitting anti-money laundering (AML) digital currency to operate within the Republic of Angola.

AML Bitcoin will provide our nation with the immense advantages of the digital currency revolution, without facilitating criminal behavior.  While maintaining the facility for transfer of funds, we can be assured of origination of funds and identity of senders and receivers, preventing rouge elements from gaining traction in our society.

AML Bitcoin brings great promise for Angola and all of Africa and I look forward to working with AML Bitcoin and joining with the community of nations as they embrace this secure and exciting new technology.

Gabon:

We live in a world of progress and change.  Nowhere is this change more evident than in the rapid technological expansion and innovation that are bringing peoples closer together and making prosperity, freedom and opportunity more abundant.  We in Gabon are working to provide our people with greater opportunity than past generations could imagine.

As Gabon continues to advance, the new technologies facilitating financial possibilities present themselves to our nation.  One of these exciting new innovations is digital currencies.  Digital currencies will enable many of our citizens to participate in the global economy in a seamless and cost effective fashion.  But, while digital currencies, such as Bitcoin, offer great opportunity, they also create challenges related to national security and safety.

Each day's news includes stories about how terrorists, drug dealers, sex slave traffickers and other criminals utilize anonymous digital currencies, such as Bitcoin.  While we wish our people to have the opportunity to join the growing legions of digital currency users across the globe, we cannot invite criminal and terroristic elements to access our society.

Therefore, while we greatly celebrate the growth of digital currencies, we will not facilitate anonymous digital currency in our nation, only those digital currencies that are compliant with rigorous standards against money laundering (AML) and which can identify the originators and receivers of digital currencies in the event those parties engage in suspicious activities.

I am delighted to learn that AML Bitcoin, a soon-to-be-released anti-money laundering compliant digital currency, meets the high standards we anticipate enacting for our nation, and I greatly encourage those who wish to participate in this exciting new world to do so through compliant digital currencies – in order to keep our people safe and secure.

---

 

50766776828@s.whatsapp.net CRDLG                                    2017-09-25 9:02:23 PM(UTC+0)

Jack- I have a contact in Angola that is working on getting us letters.

---

 

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-16 7:32:40 PM(UTC+0)

here is a picture of some of the Angolan $$.

---

 

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-18 7:29:33 PM(UTC+0)

passport Emery Dos Santos.pdf

Attachments:



PDF

https://mmg-
fna.whatsapp.net/d/f/ApqBrEVboT0M0bF_qRQj
2brnXAceyg5IKo4IBgUZXWMZ.enc
26de27db-b624-4147-b086-e23b22444151.pdf

---

 

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-18 7:29:51 PM(UTC+0)

Roger,

On the contract specify the time frame for the conversion, country of destination, Bank guarantee will be issued just to guarantee the exit of the funds. In case of delay the bank guarantee must be cashed
with a red clause for cash back on the face value 100%

Richard

3



12022369706@s.whatsapp.net Jack Abramoff                                                        2017-10-24 7:23:52 PM(UTC+0)



that's what I need.  And I really need it now.  Emery is in London about to board a flight, and he was promised he'd have a draft to review on the flight.  This is really making us look bad.  You said i'd have it last night, or this morning latest.  CAn I get this within the hour without fail?  how fucking complicated is this?  it's just a draft document with the terms of the deal and a bunch of fucking boilerplate.  Is this Frank guy a puppet? please call me



12022369706@s.whatsapp.net Jack Abramoff                                                        2017-10-25 12:36:44 PM(UTC+0)



CONTRATO SERVICIOS Zentrum Angola a.doc

Attachments:



https://mmg-
fna.whatsapp.net/d/f/AsOhfPY4XoW9ufdE8Nwf
PMSDRKDGPW_kojZxea3q6SBR.enc
093aa78a-f8e0-4ad7-aa83-59e0cb6c57e2.doc



50766776828@s.whatsapp.net CRDLG                                                               2017-10-31 4:06:45 PM(UTC+0)



https://www.bloomberg.com/amp/news/articles/2017-04-20/chinese-businesses-quit-angola-after-disastrous-currency-blow



12022369706@s.whatsapp.net Jack Abramoff                                                        2018-01-07 7:58:27 PM(UTC+0)



because he's a fucking idiot.  he is not backing down.  i'm on with him now.  whatever.  we'll see what happens



50766776828@s.whatsapp.net CRDLG                                                               2018-01-08 6:50:41 PM(UTC+0)



Fuck him!



12022369706@s.whatsapp.net Jack Abramoff                                                        2018-01-11 10:53:57 PM(UTC+0)



I know. But the best solution for all of us to keep this project moving and to move him to a retirement is to move forward. Focus on Richard and me, and you, and will get there. That's what we're doing in Europe.

12022369706@s.whatsapp.net Jack Abramoff                                                        2018-01-11 10:59:58 PM(UTC+0)

i know, but he is willing to yield to us and has already given over to Richard full control of the DTN, and also cross verify.  if they are not going to advance $ then there is no deal to do.  we need to close this with $.  can we?  what do you need from us to make this happen?



On May 10, 2016, Erickson reached out to Rick Dearborn, a longtime senior advisor to Jeff Sessions and a senior campaign official:

> "Switching hats! I'm now writing to you and Sen. Sessions in your roles as Trump foreign policy experts / advisors. [...] Happenstance and the (sometimes) international reach of the NRA placed me in a position a couple of years ago to slowly begin cultivating a back-channel to President Putin's Kremlin. Russia is quietly but actively seeking a dialogue with the U.S. that isn't forthcoming under the current administration. And for reasons that we can discuss in person or on the phone, the Kremlin believes that the only possibility of a true re-set in this relationship would be with a new Republican White House."[44]

The email goes on to say that Russia planned to use the NRA's annual convention to make "first contact" with the Trump campaign and that "Putin is deadly serious about building a good relationship with Mr. Trump. He wants to extend an invitation to Mr. Trump to visit him in the Kremlin before the election."[45]



**Ken Bradford**
last seen 42 minutes ago



‹ Chats

I thought I had mentioned it. If I didn't, I apologize. *11:07 AM* ✓✓

I this a big barrier? *11:08 AM* ✓✓

Very big barrier.  But there may be some options.  We are looking into a few solutions. *1:45 PM*

Ok. *2:08 PM* ✓✓

Will let Jack know. *2:11 PM* ✓✓

Ok *2:16 PM*

I know he is talking to other people, but the logistics is the most important aspect of this op. *2:36 PM* ✓✓

Unread Messages

For us the logistics is no problem. Finding a trading desk that will trade a large quantity is the challenge.  We will travel to Hong Kong to discuss with a contact.  My bet is that China is still the best option. *2:38 PM*

 Message  

Done    🔒 idax.mn

🌐 Language    Markets    🔍

**BTC**    ETH    Favorites

| Pair/Vol | Last Price | 24 Change |
|---|---|---|
| **PLAN**/BTC<br>Vol7.93 | 0.0000269<br>$0.26 | +0.75% |
| **ZAT**/BTC<br>Vol31.18 | 0.00000449<br>$0.04 | -7.99% |
| **UQC**/BTC<br>Vol325.41 | 0.0002<br>$1.92 | 0% |
| **WIT**/BTC<br>Vol4.43 | 0.00000248<br>$0.02 | -1.59% |
| **LRN**/BTC<br>Vol126.13 | 0.00027655<br>$2.65 | -6.27% |
| **NTY**/BTC<br>Vol3.31 | 0.00000001<br>$0.00 | -50% |
| **ABTC**/BTC<br>Vol3.12 | 0.00027999<br>$2.68 | +82.88% |

 Market     Trade     Assets    Account



| | |
|---|---|
| **From:** | John Bryan |
| **Sent:** | Monday, December 5, 2016 5:51 PM |
| **To:** | Jack Abramoff |
| **Subject:** | RE: Dana |

Which one was the French Doctress? Call me when you have a chance.

John

Telephone: +1-310-777-8889
Mobile: +1-310-497-9131
Email: jbryan@watley.com
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:jack@abramoff.com]
**Sent:** Monday, December 5, 2016 3:33 PM
**To:** John Bryan
**Subject:** RE: Dana

Hi John. Things are definitely moving in the right direction. The talk in NY is about a dynamic duo of Dana as Secretary and Bolton as deputy. We'll see. The best thing you can do to help is that TV project, the French Doctress, if you recall our discussion. Anyway, let me know when you're free to chat. Best, Jack

**From:** John Bryan [mailto:jbryan@watley.com]
**Sent:** Sunday, December 4, 2016 9:29 PM
**To:** Jack Abramoff jack@abramoff.com
**Subject:** Dana

How can I help Jack?

Did you see the news on Bloomberg today?

Bloomberg says Trump does not like Giuliani or Romney….

Widening search…. WE NEED DANA!!!!!

John

A. John A. Bryan Jr.
Chief Executive Officer
The Watley Group, LLC
8439 Sunset Boulevard, Suite 101

West Hollywood, CA 90069
Telephone: +1-310-777-8889
Mobile: +1-310-497-9131
Email: jbryan@watley.com
Website: www.watley.com

See the E-Mail Disclaimer on our website www.watley.com.

Audio file - FBI-ELSUR-004454.mp3

Transcript

**00:00:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:** A recorder here too.

**FBI SPECIAL AGENT ROAHN WYNAR:** And this one's reporting. Test 1-2, test 1-2. Test, test, test.

**00:00:07**

**FBI SPECIAL AGENT ROAHN WYNAR:** This is a Special Agent Roahn Wynar. Special Agent Ethan Quinn.

**FBI SPECIAL AGENT ETHAN QUINN:** Ethan Quinn.

**00:00:14**

**FBI SPECIAL AGENT ROAHN WYNAR:** Special Agent --

**FBI SPECIAL AGENT KETRIN ADAM:** Special Agent Ketrin Adam.

**00:00:16**

**FBI SPECIAL AGENT ROAHN WYNAR:** And uh --

**FORMER CONGRESSMAN DANA ROHRABACHER:** And then a Congress -- former Congressman Dana Rohrabacher.

**00:00:18**

**FBI SPECIAL AGENT ROAHN WYNAR:** Former Congressman Dana Rohrabacher.

**00:00:23**

**FORMER CONGRESSMAN DANA ROHRABACHER:** -- and and let me let me note for the record that you have – I'm very happy to be here with you because you have committed to me that I am not the subject nor the target of your investigation.

1

**00:00:32**

**FBI SPECIAL AGENT ROAHN WYNAR:**  That's right and I'll be happy to affirm that again at this time and just a few preliminaries for the sake of the recording --

**00:00:40**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok.

**FBI SPECIAL AGENT ROAHN WYNAR:**   which is that first of all, you're also recording this --

**00:00:45**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yep.

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- so and that we want to assert and remind you that everything is voluntary here.  This is this is not a compulsory interview.  So thank you for your time.  We really, really appreciate it.

**00:00:54**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:00:55**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We have a considerable amount of detail to get through, but we're organized.  So we're ready to knock this thing out.

**00:00:59**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh OK.  Now I and I want to preface it with with this statement --

**00:01:04**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah --

**00:01:05**

2

**FORMER CONGRESSMAN DANA ROHRABACHER:**  -- and that is I'm 72 years old.  Now what --

**00:01:08**

**FBI SPECIAL AGENT ROAHN WYNAR:**  You're going to give me a memory caveat, aren't you?

**00:01:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  That's it.  I will tell you right now --

**00:01:12**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Ok.  So that's -- I actually have an official memory caveat so let me just go ahead and say that.  We understand.  There, there's this mystery out there that there's some kind of notion of some sort of, and it's not true, may I call you Dana sir?

**00:01:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yes, yes, yes.

**00:01:27**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Dana, it's not true.  There's no such thing as a credible FBI agent who would ever engage in the trickery of a perjury trap?  That's not what this is about.  If you don't remember something, we'll try to help you with some pictures and some emails that we have but look, you can only remember what you remember.  Even more so if you recall that something later that wait a minute, I got that wrong, call me back and we'll fix it, we'll fix it.

**00:01:53**

3

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:01:53**

**FBI SPECIAL AGENT ROAHN WYNAR:**  It's not -- I want you to understand, this is not about a memory test.  This is not – we we get it.  Our memories aren't that good. I'm, I'm, I'm the oldest one here aside from yourself, sir, you know --

**00:02:03**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  How old are you?

**00:02:05**

**FBI SPECIAL AGENT ROAHN WYNAR:**  I'm 53.

**00:02:06**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, you're young.

**00:02:07**

**FBI SPECIAL AGENT ROAHN WYNAR:**  I know, I know, I know.

**00:02:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  You should have seen what I was doing at 53.

**00:02:10**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Let me let me tell you this.  I I told the joke yesterday about where's the beef?  You remember the old where's the beef things?

**00:02:15**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Sure.

**00:02:16**

4

**FBI SPECIAL AGENT ROAHN WYNAR:**  He remembers great.  These two didn't even know what I was talking about.

**00:02:18**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Where's the beef?

**00:02:19**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, they didn't even know.

**00:02:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  The, well, to show you how bad it is with me last -- two things would happens when you get old?  Be an old man, OK.  Number one is you lose your memory for names, which is like it's really hard for me to remember names.  And #2 you have to get up every night and take a piss, right?  Last night, I got up.  I'm in somewhat of a new house.  We're going through -- and it's it's a double story house and went to the bathroom and all the lights were off.  I fell down the stairs --

**00:02:55**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh no.  You ok?

**FBI SPECIAL AGENT KETRIN ADAM:  [INAUDIBLE]**

**00:02:56**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  -- and they're big stairs and I, you're lucky I'm here today seriously.

**00:02:59**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh wow.

**00:03:00**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm lucky I'm alive.

**00:03:01**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Oh Jesus.

**00:03:02**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** And this hand was pretty bad.

**00:03:04**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Let me see it, actually it's a little swollen.

**00:03:04**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, right in there.

**00:03:08**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, yeah.

**00:03:11**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** But that's lucky that it was my hand, not my head. So that's what happens when you get old.

**00:03:17**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Well, let's so the memory caveat is out there and just understand that that's. So we have.

    **FBI SPECIAL AGENT ETHAN QUINN:** Give the date and the address.

    **FBI SPECIAL AGENT ROAHN WYNAR:** Oh, yeah, this is this is October 2nd, 2019 and we're located at 1000 market street. In Portsmouth, NH Yeah, Wow at the at the Marriott Hotel. So if you don't mind, we'll just get started and and.

**00:03:43**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Go for it.

**00:03:45**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  So we want to begin with the subject of AML Bitcoin now.  This binder here is a bunch of press releases about it that are relevant to us, but you we don't expect you to have seen many of that. I want to, there's a picture of a guy here. His name is Marcus Andrade.

**00:04:00**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I remember meeting.  I remember meeting him.

**00:04:03**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK. Could you give us just a quick summary of what do you remember about, why and the circumstances that brought you to meet him?

**00:04:12**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  The only thing that I remember, to the best of my recollection is that I met Marcus with Jack.  And Jack introduced me to him as an inventor of something that would make Bitcoin usable and eliminate the risks.  That we have with Bitcoin now, which is terrorists and crooks and drug dealers and whatever.  And that Marco has had something that would be attached to Bitcoin. And what's sort of the chain they call it?

**00:04:51**

    **FBI SPECIAL AGENT KETRIN ADAM:**  blockchain.

**00:04:52**

**FORMER CONGRESSMAN DANA ROHRABACHER:**   Blockchain and that this would be of great help to. The country and everybody to have his invention. Would be put in place so that this Bitcoin, which was something spectacular, can now be put in play without having to worry about terrorists then.

**00:05:12**

**FBI SPECIAL AGENT ROAHN WYNAR:**   Gotcha, so what do you remember about Jack's involvement with that program? What was Jack's interest in that?

**00:05:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:**   Well, this kid seemed a bit naive about everything. He was not a cosmopolitan type person.  And Jack was basically trying to help him get through the hurdles of what really has to happen before you can take a something of that magnitude and actually get it implemented.

**00:05:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**   Do you remember what some of those hurdles were that Jack had in mind that he was worried about?

**00:05:45**

**FORMER CONGRESSMAN DANA ROHRABACHER:**   Well, let's see now. What did he say?

**00:05:49**

**FBI SPECIAL AGENT ROAHN WYNAR:**   I mean, why you?  I mean, obviously these vis-a-vis yourself at the time.

**00:05:52**

**FORMER CONGRESSMAN DANA ROHRABACHER:**    Yeah, no, the reason is because I'm a senior member of the Science Committee.  I've been a senior member of the Science Committee for 30 years, and I also, which Jack knows and most everybody else knows, is I'm the kind of guy who, if I see something that's going to be beneficial to our country, I go for it.

**00:06:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Right, okay.

**00:06:12**

**FORMER CONGRESSMAN DANA ROHRABACHER:** My job isn't just to vote on bond bills, my job is to make sure our country's safer, more prosperous. And I as in the Foreign Affairs Committee, but also I've been a major player in the Science Committee, and I think Jack saw this as something that would be a science type of change in our society.  And I think but, you know.  What other what he would have to get over.  I think you had to get over everything because I think the kids a naive person.

**00:06:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, but one thing. So the.

**00:06:45**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  And Jack, if there's anybody who's who fits into this, the picture of the guy who's seen it all, it's Jack, Jack Abramoff.

**00:06:54**

**FBI SPECIAL AGENT ROAHN WYNAR:**  I suppose that's true. So one of the naive elements that might have been involved was it sounds like the Science Committee.  What is what is relevant then about the Science Committee that was sort of an obstacle or.  What is it about the

congressional your position as a congressman that could help under, expose or help facilitate navigating an awesome call.

**00:07:18**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Some of the big, some of the biggest problems that we have right now with keeping our country competitive and is that once, once something is in place, if you have a new fundamental technology. If you have technologies that would just sort of tweak this the system, then it's easy to get done. But if it's a system that's going to replace the current people who make money on this system, I mean, they're making money on the status quo. And that is if we didn't, if there wasn't some other people fighting from the outside, we never have any change from the whoever controls the current technology.

**00:08:03**

**FBI SPECIAL AGENT ROAHN WYNAR:** Alright, so then the next obvious question was so from this. What did you do to help facilitate him or his program? Right. We'll talk a little bit more about his program. A little later, but.

**00:08:16**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, I talked to people about it, and I mean just in the discussion, I was waiting for something big to come up that I would then be able to participate in, but nothing big ever came up.

**00:08:29**

**FBI SPECIAL AGENT ETHAN QUINN:** And my big my legislation or.

**00:08:32**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Or something like that or a some type of a military contractor or it's FBI contractor. Something like that.

**00:08:42**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  With the technology of Mr. Andrade's technology or like it's some sort of actual implementation of the technology?

**00:08:49**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  That's right, and then they could say Dana Rohrabacher, the senior member of the Science committee, thinks this is a good a good technology. And I'm willing to if I think it's a.  I'm not doing Jack a favor.  I'm doing our country a favor.

**00:09:03**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  I understand, no doubt, we got you there. So that brings us to.

**00:09:09**

    **FBI SPECIAL AGENT ETHAN QUINN:**  So there was a speech you did on the House floor, do you have any recollection of this?

**00:09:13**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh yeah, yeah, I remember that sure.

**00:09:14**

    **FBI SPECIAL AGENT ETHAN QUINN:**  OK, so we have a copy of it. If you need to look at or because all.

**00:09:17**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I'm sure it's on the congressional record.

**00:09:20**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, so it sounds like you but was that speech part of this process trying to help this technology which you thought, which you believe was helpful or? How was that speech?

**00:09:30**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, I just, you know, I wanted to make sure I was on the record and that people could point to it because they were beginning to promote this, and it would have be helpful to have a senior member of the Science Committee saying that this type of technology deserves a really close look and I think  my speech emphasized that this was something that could make sure that the.  Look we're not going to have Bitcoin and it's not going to work unless if we if it ends up with terrorists and drug dealers being covered.

**00:10:03**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Which is still where it's at right now, right.

**00:10:06**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, exactly.  And this guy has some methodology in some way. And by the way, I don't understand the methodology.

    [everyone is laughing]

**00:10:13**

    **FBI SPECIAL AGENT ETHAN QUINN:**  But the concept.

**00:10:15**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, yeah, so I thought it was a this this is did a lot of talk about, you know, getting things done and OK, let's let me get to go on record and notify people. This is my position.

**00:10:25**

**FBI SPECIAL AGENT ETHAN QUINN:**  Which makes total sense because [inaudible] did Mr. Amoff help prepare the text of that speech for you?

**00:10:30**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He did not prepare the text, but he did mention that there's a lot of stuff going on.  It would be good if you can get this in the congressional record that that's your position.  And by the way, if it would have been my position, I wouldn't have done it. And by the way, anybody who asked me to do something, and I'm 30 years of this, if they're going to benefit from it I don't care if, what I care about, is this good for America and that's it. And I felt that I talked to him when Jack introduced us and had a long talk, and it just seemed to me that that's a good thing to do.

**00:11:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We have indications of more than one meeting between you, Jack and Marcus, but we don't need to go through each one.  I think we've covered the subject, right, enough.  We did find during our work, we found draft copies of the material that you put into the congressional record that gave us the indication that Jack did draft the substance and bulk of that those comments.

**00:11:32**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  You know what, I don't recall that, but it's possible.

**00:11:35**

 **FBI SPECIAL AGENT ROAHN WYNAR:**  How would he have delivered that to your office?  We're our presumption is that he did, in fact draft it.  But you may not recall, do you, would he have handed it to you personally, or do you think he would have given it to a staffer to prepare for you in the final form?

**00:11:47**

 **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I remember my staff and I have a different at a different point of view of this technology and my staff felt that, you know that the only thing that made Bitcoin worthwhile was the fact that nobody the government couldn't get it right?

**00:12:05**

 **FBI SPECIAL AGENT ROAHN WYNAR:**  We've taken note at this point. But at the same time we're not, we're not techno geniuses, but.

**00:12:12**

 **FORMER CONGRESSMAN DANA ROHRABACHER:**  But I do, I don't remember if Jack played a more aggressive role in this, but I do know that he did ask me and said that this is a good time to put yourself on the record on this, so people will know.

**00:12:23**

 **FBI SPECIAL AGENT ROAHN WYNAR:**  Did Jack ever ask you to invest or purchase personally any of these AML Bitcoin assets? Do you know if he ever solicited you to buy any of it?

**00:12:33**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't recall anything like that.

**00:12:34**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK. Did Jack ever mention to you his personal involvement with the program aside from just his willingness and interest to get this ingenious new technology out there and exposed that he talked to you about what his role with the company was or any?  Did he provide you any information regarding?

**00:12:52**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, he's the guy who's going to make it all happen. And the kid you know is very naive about how to get anything done. And Jack's going to make sure this goes from you know, very naive science kid to getting to getting, you know, listen, if anybody knows how to work the system and Jack Abramoff.

**00:13:12**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Gotcha. All right, fair enough.

**00:13:14**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Well, I guess specifically, so he's helping, was he a partner, or was he a contractor? Do you know? Did he ever explain to kind of his business relationship with you?

**00:13:23**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  He didn't go into detail.  I don't recall of him ever going into detail, but it could be, could have. I just would have, but it would have been me. He could have said hey, I got 50% that's possible.  I don't remember any of that.

**00:13:36**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Did he ever broach the subject?  I have some quick notes here.  Did he ever broach the subject of having some people donate to your campaign using the Bitcoin that Mr. Andrade invented, or some version of the Bitcoin Mr. Andrade invented?  Did he discuss that with you?

**00:13:55**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I didn't discuss the, the based on his. Well, you know the again to the best of my recollection I remember having a discussion with him during my campaign and that he was, you know, any donations and he was going to see if we could do it in Bitcoin.

**00:14:18**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Regular Bitcoin?

**00:14:18**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know. oh OK, I don't remember.

**00:14:19**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK, well, we don't think anybody actually did contribute using AML Bitcoin tokens. We do think that these guys tried.  And it just didn't work out, you know, and probably something you didn't hear about.  You know, it probably was happening at a level before.

**00:14:31**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I would not just again. I wouldn't have heard about it because during my 30 years in Congress.  I know this is doesn't meet

the stereotype, but I don't pay attention to who donates to me.  I never did and people could have donated all kinds of money to me, and sometimes I know because there's a fundraising dinner and they're there at my fundraising dinner. But beside that, my treasurer handles everything. I don't take, and go through a list of people who've contributed or anything like that.

**00:15:04**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Was that Jason Pickens your treasurer?

**00:15:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  yes

**00:15:06**

**FBI SPECIAL AGENT KETRIN ADAM:**  Did he ever advise you like a summary afterwards. Like, hey, these people gave this much or? These people gave.

**00:15:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I do remember Jason saying something about Bitcoin and I remember Jack saying something about Bitcoins and but I don't recall anything in details.

**00:15:18**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, our we looked for contributions in this form of Bitcoin and we failed to find anything that actually hit the books.  We saw some efforts but they didn't hit the books.

**00:15:27**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:15:30**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We did see an actual Bitcoin contribution from another person. We'll ask about a little later, so we'll move on.

**00:15:37**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:15:38**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And there was another congressman who put something into the congressional record that was very, very similar to the text. That was prepared for you.

**00:15:47**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, we don't think he gave us [inaudible] we think we just got put in the letter.

**00:15:49**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, we think he didn't speak on the House floor, but he actually put something in the record.

**00:15:54**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, that's probable.  I mean, anybody who would think that Bitcoin is a good idea, but only if we make sure that terrorists and drug dealers can't use it.  I think it would be very much attracted to this alternative.

**00:16:08**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And then the last question on this particular subject is, were you aware, aside from the efforts you've made, well, I shouldn't put it that way, aside from what we've already discussed, right?

**00:16:18**

**FBI SPECIAL AGENT ETHAN QUINN:** Statement in support.

**00:16:19**

**FBI SPECIAL AGENT ROAHN WYNAR:** As far as we've already discussed were you aware of any ongoing credible movement in Congress to change cryptocurrency laws that would facilitate AML as a mandatory requirement for cryptocurrency. In other words, we have some statements of support that are in the record that we can find, but we don't have any indication that there was actual legislation that was totally drafted, that people were considering that there was a group of congressmen who were working to actually produce a piece of legislation. Do you recall?

**00:17:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Remember anything about that?

**00:17:02**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK.

**00:17:02**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I do know that the I had a number of discussions with people just on technology. The technology aspect of this and that and, you know Bitcoin is a new type of thing where it's going to be, for example we that's one of the reasons why I thought it was OK to have people if it's legal and we, my treasurer would always make sure it's legal. It was legal to accept Bitcoin as a as a donation and.

**00:17:33**

**FBI SPECIAL AGENT ROAHN WYNAR:** Oh yeah, you checked into that and it was. I mean it's legal to accept all kinds of things that. It gets tricky for the poor accountants. But that's not your problem.

19

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, it kind of is and that's why I think that the idea of having something to identify will make it make it better.

**00:17:50**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, the problem with this Bitcoin this type of donation is it's fundamental.  It's not like you could have changed this into dollars and spent it.  It wasn't at that level of maturity right, as opposed to real bitcoin.

**00:18:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  yeah

**00:18:01**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So is there anything else about this subject?

**00:18:02**

**FBI SPECIAL AGENT ETHAN QUINN:**  No, I think that's yeah, you had some discussions, but you never introduced legislation, you never heard me when introducing legislation.

**00:18:09**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't recall of introducing legislation on this at all. I do recall giving one speech just to make sure that those people were trying to get something done where we could identify terrorists and drug dealers.  It would have some support in their efforts to get that done.

**00:18:26**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK. Good, good, good, good, good. So now the second thing that Jack was involved in was the was some degree of marijuana related lobbying.  And I'm just going to stipulate with absolute clarity here, we don't give a crap about

marijuana, despite the weird position between state and federal stuff. That's not the issue, the issue is more his interactions with certain people. Doug Francis, you know you know Mr. Francis of Weedmaps?

**00:18:56**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, OK, I you know, again, I deal with these people all the time. I see them.  I'm sure he must be one that I deal with.

**00:19:03**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so you. Don't you don't have such a good recollection that he's.

**00:19:06**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  No, I don't. I lose names.

**00:19:09**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  No, I understand. Do you remember the company named Weedmaps?

**00:19:13**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh yeah, sure.

**00:19:14**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so this is these guys here.

**00:19:16**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Show me this picture which one to see.

**00:19:22**

**FORMER CONGRESSMAN DANA ROHRABACHER:**   Well, I see people and I recognize their faces.

**00:19:25**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, OK, fair enough.

**00:19:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  That's about it and.

**00:19:27**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So you recognize the face of this man, who for the benefit of the recording, is on a Google Web page images for Doug Francis and it's associated with Weedmaps. That's the Weedmaps logo there.

**00:19:37**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, but I would not. If you would show me this picture and say who is this? I wouldn't know.

**00:19:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Right? OK, let me ask you this way.

**00:19:45**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  But I do recognize him now.

**00:19:46**

**FBI SPECIAL AGENT ROAHN WYNAR:**  You recognize?  So our question is pretty simple here.  Do you recall meeting with Jack Abramoff and Doug Francis?

**00:19:55**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I do remember that. Well, look, first of all let me note that I have been trying to I've been the leader in the in the four trying to legalizing medical marijuana and actually medical marijuana in general.

**00:20:02**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We know.

**00:20:06**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  In general, yeah.

**00:20:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Eliminating the prohibition is what we say in Oakland.

**00:20:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  These guys, these guys are, you know, they're entrepreneurs and they're former hippies and are entrepreneurs. And all of that they needed a I thought, I thought. That the that the marijuana community needed some really hard core political power.

**00:20:35**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And you were that guy. There is no doubt about it.

**00:20:36**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no, no, no, no, I wasn't that guy, Jack was that guy.

**00:20:40**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh.

**FORMER CONGRESSMAN DANA ROHRABACHER:** So I introduced them all to Jack. Look, if Jack Abramoff can turn Indian reservations. That were shitholes. Into a billion dollar industry. That, that, that, the Indians there, there was a I've done a lot with the Indians, OK. And what, Jack and what happened by letting them have those casinos was dramatically good for the Indians. And yeah, I don't know if he treated everybody fairly and I can't. But I do know without Jack, that wouldn't have happened. And with cannabis. These people were as naive as the Indians were.

**00:21:15**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well, the important thing that, okay, gotcha, perfect. But now the important thing to our question. It sounds to me like you mentioned that you understood their naivete, so to speak, and your it was you they came up with the idea, hey, let me put them in touch with Jack.

**00:21:34**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Absolutely.

**00:21:36**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK, what do you understand? That helps us understand how that happened. Now my question is.

What do you know about the relationship that they've formed after your introduction? In other words, so you introduced them. Did you learn subsequently how Jack Abramoff became involved with him on his own time.

**00:21:59**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Not really, not really. I don't recall anything right now. But I can say that I went to several meetings to introduce them to Jack.

24

**00:22:07**

    **FBI SPECIAL AGENT ROAHN WYNAR:** OK.

**00:22:07**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** And they were around a big table, or individually or such and, you know, probably four or five meetings probably altogether where I just said, look, you need to take steps if you're going to get marijuana legal and you're going to be a business people then you've got to go through. You got to handle the system and I and I and I. And I'm sure I told them that the Jack Abramoff is a guy who has taken on really tough fights like this and had some major successes. Of course, in his own personal life he had major problems.

**00:22:47**

    **FBI SPECIAL AGENT ROAHN WYNAR:** I understand. So, would you be surprised to learn that they hired Jack and retained him to do work for them.

**00:22:55**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** No, not surprised, I recommended it.

**00:22:56**

    **FBI SPECIAL AGENT ROAHN WYNAR:** OK, gotcha. And I guess after he was retained. Well, OK, so, so it sounds like you pretty routinely discuss with Mr. Abramoff issues related to the marijuana industry.

**00:23:16**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah. Look, just you know, I discussed a lot of things with Jack just to better, you know, be very clear. Jack is one of my best

friends for 30 years and I actually knew him when I was my last couple of years in the Reagan White House, when he was the head of the young Republicans. I guess it was and Jack and I have we're we consider each other close friends. He was never a major contributor to my campaigns, and he did contribute, however.  And but he, in fact, when he was the big shot, I remember my staff saying, well, you know, Jack isn't necessarily a big contributor here as.  You know and.  And I say OK.

**00:24:00**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, but you clearly have. I mean that's you keep pointing out you have a certain maverick nature to you where you value other things. Speaking of young Republicans, did you recognize this man?  I'm now showing this.

I'm showing our witness a photograph on the Internet.  Can you identify him by name? This is another young Republican who worked contemporaneously with Jack back in that day.

**00:24:25**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know.

**00:24:25**

**FBI SPECIAL AGENT ROAHN WYNAR:**  His name is Paul Erickson.

**00:24:28**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I know that name.  Yeah, I know the name and.

**00:24:30**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We'll probably talk about him a little later because he, this, when we get to other sections.  He was the paramour of Maria Butina, who you may recognize as the woman that was indicted and charged and convicted of working on behalf of

26

some Russians. And so we so but he. But since you brought up the young Republicans, he's the guy that.

**00:24:56**

**FORMER CONGRESSMAN DANA ROHRABACHER:** He was with her? I don't know. That shows you how much.

**00:25:01**

**FBI SPECIAL AGENT ROAHN WYNAR:** We'll prime your memory a little bit about him because there was a prayer breakfast he was at with you.

**00:25:07**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Prayer breakfast?

**00:25:10**

**FBI SPECIAL AGENT ROAHN WYNAR:** We're out of order. I'm we're a little out of order. I just wanted to bring that up because the young republican.

**00:25:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I hate prayer breakfast. I don't think I. I can't remember going to one, but let's see, I think there must be a hypocrites. Seriously, I always said, you know, they have these prayer breakfasts every six months or so. There'll be a prayer breakfast and I always wouldn't go and I would always tell my staff look the people in there, I don't believe, pray at home. And pray or pray or pray with their families, which I do every night with my family. And I think they don't. I think this is a big show.

**00:25:47**

**FBI SPECIAL AGENT ROAHN WYNAR:** How old are your children sir?

**00:25:48**

**FORMER CONGRESSMAN DANA ROHRABACHER:** They're triplets 15 years old.

00:25:51

**FBI SPECIAL AGENT ETHAN QUINN:** So, start high school.

00:25:53

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, actually, this has been so good for them that I lost because, well, get into this. So we moved out here and my son within a couple weeks it has a job on a lobster boat, 15 years old.

00:26:10

**FBI SPECIAL AGENT KETRIN ADAM:** No way.

**FBI SPECIAL AGENT ROAHN WYNAR:** Is he throwing up? I'm throwing up just thinking about being on a lobster boat.

00:26:12

**FBI SPECIAL AGENT ETHAN QUINN:** Southern California kid went full Maine came out here was like I'm going to be on a lobster boat.

00:26:17

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, that's full Maine.

00:26:17

**FORMER CONGRESSMAN DANA ROHRABACHER:** It was cool. And but my and my kids are going to the prom. What is it? When you go with your, it's not the prom. It's the homecoming thing. Yeah, saying they're going to that. The girls are all getting the whole thing, so it's really cool that we got that if I was in Congress, I'd be missing almost all of that.

00:26:41

**FBI SPECIAL AGENT ROAHN WYNAR:**  That's all true.  Did Jack have any role in the activities surrounding a small town?  What was the name of the town?

**00:26:49**

**FBI SPECIAL AGENT KETRIN ADAM:**  Adelanto

**FBI SPECIAL AGENT ROAHN WYNAR:**  Adelanto, have you ever heard of this town in California?

**00:26:51**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I have I know about Adelanto, anybody in the cannabis industry knows about Adelanto but.

**00:26:56**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, do you recall Jack having any talk to you?

**00:26:59**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm trying to remember now there's a.  I know that my friend CB Nanda is involved in that. And he's a good guy and.  You know what? There's something there, but I don't remember it.

**00:27:18**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so the connection between Jack and Adelanto, you have a vague recollection of, but you're not. You can't recall it.  Did Jack have a relationship with Mr. Nanda? CB Nanda?  Did he have a relationship with him at all?

**00:27:31**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  CB, he could've, I don't know, they're both my friends.

**00:27:36**

     **FORMER CONGRESSMAN DANA ROHRABACHER:**   So it may be that you introduced the two, but you're not sure, OK.

**00:27:38**

     **FORMER CONGRESSMAN DANA ROHRABACHER:**   Yes, that's very, very possible to CB Nanda met Jack. Very possible.

**00:27:42**

     **FBI SPECIAL AGENT ETHAN QUINN:**   Right, like on the mayor.  So you actually talked to Jack, did you, did you talk to Jack about, like, legislative efforts and things like something we talked about, a lot of stuff.  I'm assuming you talked to him about.  Warlock Arfar and all those things as well.

**00:27:58**

     **FORMER CONGRESSMAN DANA ROHRABACHER:**   Yes and no.  You know, look, I've been around too and I didn't need to a lot of direction from Jack, but we just we had lunch about every other week.  We'd have lunch there and you know he'd be. Yeah, I'm sure free giving me whatever advice I need. What he thought I needed anyway.

**00:28:18**

     **FBI SPECIAL AGENT ROAHN WYNAR:**   And that included about marijuana and maybe a little bit about all these subjects you say.

**00:28:22**

     **FORMER CONGRESSMAN DANA ROHRABACHER:**   Well, more than that.  How to how to defeat terrorists and how Jack has been deeply involved with me on the issues of fighting terrorism and national security issues.  And the fact is, is that we when I when the during the Cold

War, I believe the Soviet Union and Communism was the main threat to the safety of our families and our country.  I did everything I Could to defeat communism and defeat the Soviet Union in particular, including as you I'm sure, are aware that I went to Afghanistan with the _____ the whole bit. And I was very involved with all of these efforts to defeat Communism.  Well, that's done now.  And to me, radical Islam  and China are these major threats now. And Jack happens to agree to that totally and that's, you know, we're parallel on that.  So we've talked to obviously talked about issues of how to further the cause and.

**00:29:29**

　　**FBI SPECIAL AGENT ROAHN WYNAR:**  You know it, it turns out that issue is not germane to our work because for various reasons. You'll notice that we have a very narrow focus and we kind of zero in on these key questions.  So the discussions you did have we've evidence so far as you did, we did talk about annual Bitcoin, there was discussion about marijuana and his connection to people.  And what's interesting to me there is that you introduced him to many of these people. that the cabinet people.

**00:30:00**

　　**FORMER CONGRESSMAN DANA ROHRABACHER:**  The cannabis people.

**00:30:01**

　　**FBI SPECIAL AGENT KETRIN ADAM:**  You don't remember ever introducing CB Nanda to Abramoff at all?

**00:30:04**

　　**FBI SPECIAL AGENT ETHAN QUINN:**  He said he may have.

**00:30:06**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, I may have, I may well have.

**00:30:07**

**FBI SPECIAL AGENT KETRIN ADAM:** Did you work with CB Nanda at all with marijuana in Adelanto?

**00:30:11**

**FORMER CONGRESSMAN DANA ROHRABACHER::** I don't know. I just don't. Know how far that went? I can't remember anyway.

**00:30:19**

**FBI SPECIAL AGENT ROAHN WYNAR:** We'll come back to that, maybe.

**00:30:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:** OK.

**00:30:20**

**FBI SPECIAL AGENT ROAHN WYNAR:** So let's move on to the next subject since we're moving on. This man, I'm now showing another photograph to.

**00:30:28**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I recognize him.

**00:30:32**

**FBI SPECIAL AGENT ROAHN WYNAR:** okay, tell me who he is.

**FORMER CONGRESSMAN DANA ROHRABACHER:** He's an Indian of India American and he and his daughter worked and tried to had some kind of rallies that they had put together for Trump's election, I believe it was and. I think that it was. You know, and he's trying to bring the Indians and American, Americans of Indian descent into the Republican Party.

32

**00:31:05**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Right. That's exactly who he is.  Explain to us his connection to Abramoff.

**00:31:14**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I think, I don't know the specifics of it, but I do know that they knew each other and that I seem to remember Jack had recommended him to me.  And said that that, you know, this is something we can do to, you know, get the Indians to vote for Republicans and he what else did he do, Jack? Well, he [**did?/didn't?**]. He was clearly helping again with his knowledge base and his reputation for being getting things done, I would think he was clearly trying to help that guy, or at least that was reaching out, that guy and giving him some advice of some kind.

**00:31:56**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK. Do you have do you recall a book that Mister Kumar wrote?  I have an actual picture of it here.  It looked like this.  It was called Abki bar Trump.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh yeah, I remember that book, yeah.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Did Jack ever give you a copy of this book?

**00:32:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know if Jack did or or or the guy did.  I'm not sure which one it was.

**00:32:15**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So you met the guy.  Was Jack with you?  Did Jack either physic, was he personally there when he introduced you to him?

**00:32:23**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't remember, no.

**00:32:26**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So you recall Jack discussing this guy and he brokered the introduction to this guy with you it sounds like, but you don't remember specific meetings.  The reason we're wondering is this book kind of floated around some congressmen, and we're curious about how it did and our theory was that perhaps you had a copy of the book that you may have given to other congressmen in an effort to, well, I guess that, I guess we didn't have [**approach**?] question.  What was this man's ask in the sense?  What was this guy attempting to accomplish?  What was Jack trying to accomplish for his benefit?  Do you recall?

**00:33:07**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, they were, I think Jack, like anybody else, was trying to help get President Trump elected.

**00:33:14**

**FBI SPECIAL AGENT ROAHN WYNAR:**  All this stuff happened after the election, actually, yeah.

**00:33:16**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I know, but I mean this was the the election never stopped with President Trump.

**00:33:22**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK?

**00:33:23**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  The bottom line is from day one they they've been out to get him and from day one, he's had to be in campaign mode.

**00:33:30**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Got you. I understand.

**00:33:33**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  So he, and I think that was the only

**00:33:37**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Do you recall that?

**00:33:38**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  I think that was the only motive that I saw in there was that they were trying to get the Indian/Americans to make sure they were supportive of the Republican Party and especially President Trump.

**00:33:49**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Do you recall that, do you, so now I'm going to say a few things that might prompt your memory, right

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:33:55**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Because of these things get lost.  Do you recall anything about Mr. Sarkar wanting a post at the State Department, seeking a post at the State Department sort of in reward for him.

**00:34:09**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, that's right.  He wanted, there was something he was, what was it that.  It was an ambassadorship that I think that he was looking for or something and, you know, I think that that's totally certainly reasonable for people to who are active politically to think that they're gonna get an ambassadorship.  I've only seen that about ten dozen times, much to my chagrin and most of the times I might add.

**00:34:47**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Did Jack ask, did Jack ask you for advice or assistance about that?  Do you remember?

**00:34:52**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, I just talked to the guy. I don't know if it was Jack.  Jack must have sent him to me, but I know that I met him a couple of times and this guy is a very ambitious man and he wanted to be an ambassador, so I seem to remember that.

**00:35:11**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Did you ever learn anything about the business relationship between Mr. Abramoff and Mr. Zarcar?

**00:35:22**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't recall ever hearing about a business relationship at all.

**00:35:23**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  This man here I'm showing, I'm pointing to the Amazon Web page of the textbook.  I say these things specifically for the events

that we're recording because, when you listen to this, you'll want to remember what was he doing

when he said, what do you think of this?

**00:35:30**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**00:35:36**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  You'll now know so because I articulate it.

So I'm pointing to the Amazon Web page of Mr. Parker's book, and specifically this man is, the

the author of the book is a man named James Cars.  Do you know James Cars?  Does that name

mean anything to you by just by name?  I get like to call.

**00:35:53**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  By name, by name, it means

nothing, but let me see his picture and maybe.

**00:35:58**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK, let me see if I can get a photograph of

James.  There he is.  Let me call up these images.  I'm now showing some web page pictures.  This

is James Cars here.  He's a Washington, DC lobbyist.  Is that a fair way of characterizing?

**00:36:10**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Well, he used to be a lobbyist.  He's not a

lobbyist now.

**00:36:12**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  He used to be a lobbyist.  He's no longer a

lobbyist?

    **FBI SPECIAL AGENT ETHAN QUINN:**  But he was a lobbyist around [**this time**?].

**00:36:13**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  What does he do now?  I mean what would a former lobbyist do?

**00:36:18**

      **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, well, you'll know soon, right?

**00:36:20**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, actually I'm a consultant.

**00:36:24**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, I see.

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm not a lobbyist.  Although I may become a lobbyist.

**00:36:26**

      **FBI SPECIAL AGENT ETHAN QUINN:**  There's like a what a year gap or something you have to do.

**00:36:29**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, I I have been, this is a, anxiously waiting for January 2nd and then I am free to to be a lobbyist or to lobby my former members.

**00:36:40**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  But this photograph of Mr. Cars doesn't, doesn't that.

**00:36:42**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I the name, I mean, excuse me, the and it's not, not I recall.

**00:36:49**

**FBI SPECIAL AGENT ROAHN WYNAR:** He's, so the the weird story here that we're trying to unravel -- oh, so then back to this picture of Mr. Erickson. Mr. Erickson was also involved with Mr. Sark with, with Mr., with Kumar and Mr. Erickson's job was to lobby the White House for Mr. Kumari's position to the State Department and

**FORMER CONGRESSMAN DANA ROHRABACHER:** Really? Okay.

**00:37:17**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yes, but that doesn't, you don't know much about that. It sounds like you wouldn't know. OK. So it's a long story with Mr. Erickson we'll get to later, so I won't worry about it.

**FBI SPECIAL AGENT ROAHN WYNAR:** But I knew, I knew that he was, there were some people being considered. I mean, I know he was being, I don't know, but my recollection is, is that he was he was being considered as far as ambassadorship.

**00:37:42**

**FBI SPECIAL AGENT ROAHN WYNAR:** No, that's right. No, that's right. That's absolutely correct. And that's also not our that's really not our zone. We're just trying to check what your recollection was of Mr. Abramoff's interactions about that, and it sounds like you don't know about Jack's business relationship with Mr. Kumar and you certainly don't, it sounds like you don't know much about Mr. Erickson's business relationship with Kumar. See, we we don't know how much these people engaged you and how much you remember.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.  Well, I remember when, again for 30 years, what you do is it's just you got about 20 people working for you and their job is to make sure every single minute there's something else going on and.

**00:38:22**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yes, Sir. Yes.

**00:38:23**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  And, when I say well, I had a meeting with him, that meeting might have been 10 minutes in a  2-hour period where I had 15 meetings.

**00:38:31**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, you know.

**00:38:32**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, my, the veterans foreign wars wants to come in and see me or, or the the, the Balluch Peoples Liberation Army want to come in or whatever, you know so.

**00:38:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK.

**00:38:43**

**FBI SPECIAL AGENT KETRIN ADAM:**  Who scheduled those meetings for you.

**00:38:46**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  My staff.  I mean that's, I got what's well, you know, my staff member who is specifically there to handle my schedule.

**00:38:56**

**FBI SPECIAL AGENT ROAHN WYNAR:**  In Baluch, Northern Afghanistan

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right?

**00:38:58**

**FBI SPECIAL AGENT ROAHN WYNAR:**  They're the ones whose commander was killed during that Al Qaeda maneuver with the with the news reporter, the phony news reporter. Was that the Baluch?

**00:39:06**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no.  Well, that's the Tajiks.

**FBI SPECIAL AGENT ROAHN WYNAR:**  The Tajiks.  Okay, because I was in Afghanistan too and I remember this story very carefully.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He was a

**00:39:16**

**FBI SPECIAL AGENT ROAHN WYNAR:**  That was just a fascinating story.

**00:39:17**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  We we're talking about Commander Masood, who was a good friend of mine and

**FBI SPECIAL AGENT ROAHN WYNAR:**  He was murdered by Al Qaeda who posed as a news crew

**FORMER CONGRESSMAN DANA ROHRABACHER:**  It was, it was, it was it. Yeah, it's worse than you'll ever know.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, Jesus.

41

**00:39:27**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** I mean the the bottom line is, behave, you know. Everybody put all their eggs in the in the Masood basket, which I did not. And I know most of these leaders, OK, and we're not going down the right path right now, but that's irrelevant.

**00:39:43**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Yes, Sir. Yes, Sir.

**00:39:44**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** But Massoud was thought to be the guy who would then basically, be able to step up and and was a strong enough leader that he could put together the team that would then run Afghanistan and he was a good man and what happened, well, all I can tell you is that I was tipped off that that, that there was going to be a major attack and they told me that really.

    **FBI SPECIAL AGENT ROAHN WYNAR:** Really?

**00:40:17**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Yes, a big attack and I I went all over. I, by the way, that shows you how what you believe in, take a look at the report that they had there, and I talked to the people putting this 9/11 report that the other told them, but I was out telling people it was going to happen two days beforehand. They didn't put that in the report and I said, have me testify. No. Nothing, and the, what had happened is that when I was in in when the Russians were in, I was there with, I was there fighting with the Russians, okay, and but there was a, later on, when the Taliban was created, which I was opposed to totally, of course, and it was the Saudis and the Pakistanis who did that, and I was totally opposed to them, and anyway,

what happened is the Taliban Foreign minister was in Qatar and I happened to be in Qatar at the same time, and he made a request to see me. And so okay, I said well Reagan told me all the time never be afraid to talk to anybody. Talk to anyone, just make sure you're in control of your own decisions and what you say and what you do is, you're in control and don't you know, defend your positions or what you think is right, but don't be afraid to talk to anybody. So I told this guy who is Foreign minister of Taliban I had to see him and I went to a hotel room and there he was. We were all had this meeting, and it's a guy who knew me from the days when we were fighting the Russians, right. And he says, oh, yeah, I've even been in your office since then, da da. And I go, whoa, okay. And he told me, he said, what do you think about this major attack they're planning on America? That was why he wanted to see me. And he goes and I go, whoa, what are you talking about? He says, there's going to be a major attack on your country. It's gonna be of historic nature and you will. And I said, well, what do you mean? And so we discussed what type of things they do, like take over a nuclear power plant or flying planes into buildings.

**00:42:42**

> **FBI SPECIAL AGENT ROAHN WYNAR:** So he actually uttered those words to you.

**00:42:43**

> **FORMER CONGRESSMAN DANA ROHRABACHER:** He also uttered those words to me.

**00:42:45**

> **FBI SPECIAL AGENT ROAHN WYNAR:** How many days before?

> **FORMER CONGRESSMAN DANA ROHRABACHER:** Oh, no, no. This was two months, three months before and I said, and I said, look, don't worry, it's never going to happen. I said our FBI and our CIA, they're always listening.

**00:42:56**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  I wasn't hired yet, Mr. Rohrabacher.

**00:42:59**

    Dana, I wasn't on duty at that time.  I was still in college.

**00:43:01**

    You shave this? No.

**00:43:01**

    FBI SPECIAL AGENT ROAHN WYNAR:  I was still.

**00:43:01**

    FORMER CONGRESSMAN DANA ROHRABACHER:  In college, they're always listening, I said, and it takes money to put together something like that and we're paying attention, all the money.  The tariffs are never going to be just no Bitcoin right now, because we're still, anyway it wasn't [unintelligible].

    **FBI SPECIAL AGENT ROAHN WYNAR:**  So let's move, sir.

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  On but anyway, last last thing is, he said, there's going to be something.  Some upheaval will happen politically and or whatever in Afghanistan that will be the signal when they start this attack and when Massoud was blown up, I figured it out and I went everywhere, including to Condoleezza Rice, who I would called up and directly at the White House,  and I'd seen, talked to her before and her right hand man gets on, Steve Hadley, says, Dana, what do you wanna talk to Condie about, and I said there is going to be a Pearl Harbor-level attack on the United States

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Holy crap.

**00:43:56**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I didn't know how accurate I was because, in both cases, 3000 people were slaughtered and but in Pearl Harbor was mainly military,

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  And of course with the terrorists, they took down those buildings. So she, Steve Hadley says look, she can't see you today. Tomorrow come over 2:30.  You're on schedule to warn of an imminent terrorist attack. Good. Well, the next day was 9/11.

**00:44:21**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, you know what's interesting is sometimes, sometimes FBI interviews capture little snippets of history and this is what's happened because you forced us to record this thing.  That is now like a permanent part of the record that you have said that and

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Good, good because, you know what, I assumed when I met that guy in Qatar that the station chief, the CIA station chief was was recording the whole thing.  I mean I that's logical that seems to me what the station chief should do, and they knew I was meeting him because it's embassy helped set up the meeting and.

**00:44:57**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah that makes sense.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, let me ask you, if we had met with you, would you have assumed we were recording it because we usually, we almost never do.  It's very rare to us.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I I would assume if I was overseas meeting the Taliban leader that you be.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Maybe. Yeah.

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.  Okay.  Well anyway well.

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so let's move on and, hopefully, we'll have a chance to get back to some of these.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Sure, sure, sure.

**FBI SPECIAL AGENT ROAHN WYNAR:**  There's another there was a company that was operating mostly in Southern California, it was named Blue Sphere Energy.

**00:45:28**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Blue Steer Energy.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Blue Sphere.

**FBI SPECIAL AGENT ETHAN QUINN:**  Specific meaning, Jack Maple.

**00:45:29**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Right, and I have an e-mail up here because I know I don't have a photo of Mr. Maple, but Jack writes to you and he says, hi, Dana a friend from LA is with a company that is revitalizing previously-capped oil wells.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, great.

**00:45:44**

**FBI SPECIAL AGENT ROAHN WYNAR:**  In an effort to extract more oil and provide a source of energy that the environment won't be able to oppose, the environmentalists won't be able to oppose.

**00:45:51**

46

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.  Right.

**FBI SPECIAL AGENT ROAHN WYNAR:**  It would be of immense help to him if it were possible to get a letter of support for this kind of endeavor.  Now, ultimately, you do write a letter of support for him.

**00:45:58**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, I I don't know if I did, but I would certainly have had my science guy look at it and say, is this legit or is this really what he says it is?

**00:46:08**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Who was that science guy?

**00:46:09**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I have 3 or 4 of them.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, okay.

**00:46:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  And, if the science guy said nah, nah, nah, it doesn't work, I wouldn't have done it,  but if my science guy said, yeah it looks pretty good, I'd certainly write a letter saying pay attention to this.

**00:46:22**

**FBI SPECIAL AGENT ROAHN WYNAR:**  You know, you know, Dana, you've just given me a retirement job idea.  When I retire from the Bureau, because I'm a scientist, that's what I want to do, I want to be The science guy for some congressman, you know out there.  I didn't know there was such a thing, a staffer who's a science guy.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, yeah, well, it it is.

**00:46:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So what are the names of your guys?

**FORMER CONGRESSMAN DANA ROHRABACHER:**  You're a senior member of the science committee, you have a [Unintelligible]?

**00:46:46**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We might, we might feel the need to follow up on it.  Do you remember who the names of your science guys were at the time?  Does that sound?

**00:46:53**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know.  What date was it?

**00:46:55**

**FBI SPECIAL AGENT ROAHN WYNAR:**  This is back in. Oh, this is 2015. I don't know.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Okay.  Gotcha. All right, so do you specifically remember anything about this?  I mean, we have this e-mail pretty much is what we're kind of interested in.  This is Jack reaching out to you about a man that he is working with named Jack Maple and soliciting from you an action where an official document from your official position which you vet through your science guys and then are happy to deliver based on its very nature.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Or, by the way, I might also call up some people in the industry and see what they think.

**00:47:32**

48

**FBI SPECIAL AGENT ROAHN WYNAR:**  But you don't specifically recall doing that for this case.

**00:47:35**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't require recall any of the specifics, but I know that this is the type of thing I did with a number of, I'm on the Science Committee and I was supposed to do things and this sounds like something that would be good for our country.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, it's OK.  And it's also in your district too so this is actually literal constituent stuff.

**FBI SPECIAL AGENT ETHAN QUINN:**  It's completely mixed [Unintelligible].

**00:47:53**

**FBI SPECIAL AGENT ROAHN WYNAR:**  But I, so the question we would we would try to ask just for completeness is are you aware of Jack's business relationship with Mr. Maple. And we'll explain why that's all relevant.

**00:48:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  But if he, Jack wrote me the letter, I was, I would assume that it was that he was buddy, buddy buddies and I would assume it would be some kind of thing where Jack was trying to put together some kind of business deal or something.  I don't care.  Everybody that comes to me has got some kind of business deal, whether it's Boeing Aircraft

**00:48:26**

**FBI SPECIAL AGENT ROAHN WYNAR:**  No, I get it.

**00:48:27**

49

**FBI SPECIAL AGENT ETHAN QUINN:** But that's just you assume that's what it is but he never said, Oh, hey, I've got a contract with them.

**FORMER CONGRESSMAN DANA ROHRABACHER:** No, that's right.

**00:48:31**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK. Gotcha. Or that you recall him saying?

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah.

**00:48:34**

**FBI SPECIAL AGENT ROAHN WYNAR:** You know, again, like I said, we're not. OK. So Blue Sphere does, let me quickly, quickly see -- that was 37, 38. So one of the things that was interesting is, and I'll use Blue Sphere as our first example, we see a lot of instances where Jack authors documents for other people to produce, and in your case, he did it on several occasions. One was the speech on the House floor, Blue Sphere. The letter that you actually wrote, he wrote the copy. This, we're, we're, we understand that, you know, that's not unusual.

**00:49:15**

**FORMER CONGRESSMAN DANA ROHRABACHER:** That's not unusual at all. I do this for numbers of people.

**FBI SPECIAL AGENT ROAHN WYNAR:** OK. Gotcha.

**FBI SPECIAL AGENT ETHAN QUINN:** Yeah. It's, it's

**00:49:18**

**FORMER CONGRESSMAN DANA ROHRABACHER:** And not just my friends.

**00:49:19**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  You know, if an enemy could come up to me and show me that, and if I thought it was gonna be good for our country, I, who cares if he's my enemy and we're gonna do something good for America.

**00:49:29**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So so I I was.  I just wanted to point out that.  Let me see. This was 43. I have a few slides here. These are emails that -- this is an e-mail that indicates you actually met with Jack Maple for lunch.  There was a there was a meeting, there was a follow up.  You don't happen, I don't have a picture of Jack Maple unfortunately, so.

**00:49:53**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I wouldn't remember if I might have.

**FBI SPECIAL AGENT ROAHN WYNAR:**  You offered to introduce him to a

**FORMER CONGRESSMAN DANA ROHRABACHER:**  thousands of lunches.

**00:49:57**

You offered to introduce him to a Mr. Maple to another person in the oil and gas industry that you knew.  Does that ring any bells?

**00:50:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I I listen, I I know lots of people in the oil and gas business.  This is my modus operandi.  I don't just, somebody like this has something that's a good technology, that's gonna make things good, better, I don't just say I'm going to say I'm saying I got some friends and maybe you want to meet them, you know?  That's not just a government thing. It's a personal thing.

51

**FBI SPECIAL AGENT ROAHN WYNAR:**  Okay.  All right, so I think that covers Mr. Maple.  Now we want to go on to the subject of, I think I have CS mining next.

**00:50:36**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, could you, and you may not have recollection of this, but do you remember a name man named John Bryan?

**00:50:44**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  John Bryan?

**FBI SPECIAL AGENT ROAHN WYNAR:**  I can get the picture while, while you're

**FORMER CONGRESSMAN DANA ROHRABACHER:**  You've got a picture of him?

**00:50:48**

**FBI SPECIAL AGENT ETHAN QUINN:**  Have you ever recalled it?  So CS Mining was a mining company in Utah that was going through bankruptcy.  Is any of this ringing a bell to you at all?

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No.

**00:50:56**

**FBI SPECIAL AGENT ETHAN QUINN:**  OK.  And it may not be, it may not be.  It may not be something that came up to you if that's the answer, but there was a company called Lippo which is a large Indonesian-based Chinese company that was trying to acquire assets of CS Mining that, but that's on there which is fine.  You may not have heard anything about it so.

**00:51:13**

**FBI SPECIAL AGENT ROAHN WYNAR:**  This is what John Bryan's.  Here's a picture. Here's a good picture of him right here.  Right there.

**FORMER CONGRESSMAN DANA ROHRABACHER:** Oh, yeah, sure, I know, John Bryan. He's the

**FBI SPECIAL AGENT ROAHN WYNAR:** I'm showing, I'm sorry, I'm showing you a picture on the Internet of John Bryan from The Hollywood Reporter.

**00:51:28**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, I I don't remember his being involved in the Indonesian thing or anything like that.

**FBI SPECIAL AGENT ETHAN QUINN:** Or CS Mining in [Unintelligible].

**00:51:35**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Or CS Mining. I don't remember any of that, but I do remember

**FBI SPECIAL AGENT ROAHN WYNAR:** Well, let me ask you this before you get to your memory. Do you know of his business relationship with Jack Abramoff?

**00:51:43**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I know that they had some business relationship but.

**FBI SPECIAL AGENT ROAHN WYNAR:** OK, what do you remember about him?

**FORMER CONGRESSMAN DANA ROHRABACHER:** I remember he, Jack had, we had dinner with him a couple of times. He's, he's a good guy, but he was going through horrible personal things of his life. He married a younger woman, a much younger woman, who was screwing him to the wall and he was going nuts. But he, he, he had, I think that the I think he's the one who invested in Baja -- not [Unintelligible], in the French Doctoress. I have a, you know, but, but I'm a writer and I've written a number of film scripts and I think that he optioned the

French Doctoress, I believe, and he is a, but simply because he wanted to, he does things with the film business and that had nothing to do with any anything, mines or anything like that.

**00:52:37**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  So that that that actually clears up some stuff.  So missed your recollection and Mr. Bryan doesn't involve any, like these other guys who have specific asks of you as a congressman:  Can you help a letter?, Can you get me, can you advance my ideas with the Secretary of State.

**00:52:54**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  There's nothing that you're [Unintelligible].  Nothing.

**00:52:56**

    **FBI SPECIAL AGENT ETHAN QUINN:**  John, John Bryan is the only the only, I guess, business-type relationship or interest you ever had which led to the option French Doctoress?

**00:53:02**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.  The only thing that I ever talked to him about was the French Doctoress.  There's a, years ago, I many, many years ago, I had about a year in my life between the time when Reagan ran for President and I was his assistant press secretary, traveled with him in 76.  He lost. I then was involved with some anti-Communist work in various parts of the world and made some money and came back.  So I had some money and I had worked in the Reagan campaign and so I had a year when I could actually write and I, I ran into a guy whose mother was, he said, I want you to do this story of my mother, you know, and I go okay and, once your mother died of cancer, and he never could say you loved her or something.  No, no.  She was with the Resistance against the Germans.  And then they thought she

was a traitor and put her on trial.  But she was the hero, and at the end, the trial showed she was

the hero.  OK, I go, wow, that does sound good.  And she says I have

**FBI SPECIAL AGENT ROAHN WYNAR:**  And it's a true story, based on a true story.

**00:54:14**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  True story.  And he says I

have the transcript of her trial.  And so we went through this thing for months and I wrote a script

based on this called the French Doctoress and it's a great movie.  It's got a female lead and that is

the women are going to die for, to get that part and he saw that right away.  Jack, of course,

introduced him to me as a guy who would be maybe interested in your screenplay, and he did.  He

actually, but that's his, Jack's my friend.  Jack wasn't trying to get anything from me for this.  He's

my friend.  He's watching out for me and, but that guy later on is he got into, you know, we were

very anxious cause this is good.  This is good.

**00:55:01**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  This is good.  And then he

had this relationship with his wife and it just, he, he sort of went bananas.

**00:55:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Does he still on the screenplay?

**00:55:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no, no, you option it.

What you do is they they give you an option, money, and they own it for a certain period of time.

He doesn't anymore.

**FBI SPECIAL AGENT ETHAN QUINN:**  Because he, how much was the agreement for the purchase? It was a well, well the the, the option was 50,000 bucks per year and, which I think is well within what happens.

**00:55:31**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And we noticed that on your financial disclosure.  You

**00:55:35**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.  Oh, yeah. And by the way, anything I ever did financially like this, I would always clear through the Ethics Committee first.

**00:55:40**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah. Yeah, we actually saw those emails.

**00:55:41**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.  Always.  And this guy was legitimate.  He was going to do this movie and I was.  Anyway, I was very dismayed by the fact that he sort of went bananas, and I sort of.

**00:55:55**

**FBI SPECIAL AGENT ETHAN QUINN:**  By what, what by what bananas?  What do you mean just?

**00:55:58**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Like he, he became unable to really do things in his life because he was so distraught about this relationship.

**FBI SPECIAL AGENT ETHAN QUINN:**  Gotcha.  So his divorce, kind of

**00:56:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I'm not sure he divorced her or not. I, I think he did.

**00:56:13**

**FBI SPECIAL AGENT ETHAN QUINN:** Well whatever contentious private life kind of [Unintelligible].

**00:56:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, his private life, it negated his ability to

**FBI SPECIAL AGENT ROAHN WYNAR:** So there was a period of time where he was, he was basically working as a board member for a company called CS Mining, like we said, and he had, he with Jack came up with this idea. We don't know how far the idea went, but the idea was to approach the Department of the Interior to control the acquisition of the company by sort of impeding the ability of certain foreign interests to acquire this mining company in Colorado, and they had a theory about how to do this.

**FORMER CONGRESSMAN DANA ROHRABACHER:** Was it Chinese?

**00:56:54**

**FBI SPECIAL AGENT ETHAN QUINN:** Yeah. So that's essentially what's happening, CS Mining was in bankruptcy, John Bryan was on the board of this thing. A group called Lippo, which is this Indonesian-based company but largely owned by Chinese nationals, was seeking to kind of through the bankruptcy process, acquire the assets in there.

**00:57:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:** You know, I don't remember any of that, but I would tell you that if I would, then I would have been very open to doing anything to prevent the Chinese from obtaining any type of mineral wealth in the United States.

**00:57:22**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, so that was what was happening. That was definitely.

**00:57:24**

**FBI SPECIAL AGENT ETHAN QUINN:** And that's definitely be consistent with your own beliefs and what you think is right.

**00:57:28**

**FBI SPECIAL AGENT ROAHN WYNAR:** But you don't recall doing anything like that?

**FBI SPECIAL AGENT ETHAN QUINN:** But yeah, yeah.

**00:57:29**

**FBI SPECIAL AGENT ROAHN WYNAR:** Okay, alright.

**00:57:31**

**FORMER CONGRESSMAN DANA ROHRABACHER:** But, but I might have, it's possible.

**00:57:33**

**FBI SPECIAL AGENT ETHAN QUINN:** I mean, we we don't have any record of you doing anything like that so

**00:57:36**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, [*Inaudible*]

58

**00:57:36**

    **FBI SPECIAL AGENT ETHAN QUINN**:  But what we did see is but you never heard did Jack ever talk to you about?

**00:57:41**

    **FBI SPECIAL AGENT ETHAN QUINN**:   Any sort of lobbying campaign he had proposed to work with John on - relating to this?

**00:57:47**

    **FORMER CONGRESSMAN DANA ROHRABACHER**:  Not that I remember.

**00:57:48**

    **FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't remember anything about that.

**00:57:50**

    **FORMER CONGRESSMAN DANA ROHRABACHER**:   All I remember is is the movie.

**00:57:52**

    **FBI SPECIAL AGENT ROAHN WYNAR**: OK.

**00:57:53**

    **FBI SPECIAL AGENT ROAHN WYNAR**: Well, so the so the mind map I like, can I use your pen for

**00:57:57**

    **FBI SPECIAL AGENT ROAHN WYNAR**:  a second here.

**00:57:58**

**FORMER CONGRESSMAN DANA ROHRABACHER**: Here you want to use mine

**FBI SPECIAL AGENT ROAHN WYNAR**: Oh yes Sir, yes Sir.

**FORMER CONGRESSMAN DANA ROHRABACHER**: Here you are.

**FBI SPECIAL AGENT ROAHN WYNAR**: The mind map, we kind of well here, I kind of just sketch it

**00:58:01**

**FBI SPECIAL AGENT ROAHN WYNAR**: out here. Jack was working with John.

**00:58:05**

**FBI SPECIAL AGENT ROAHN WYNAR**: Yeah, we know that John bought the French doctress

**00:58:07**

**FBI SPECIAL AGENT ROAHN WYNAR**: and so we know that

**00:58:08**

**FBI SPECIAL AGENT ROAHN WYNAR**: therefore, we, ergo, we conclude that at least you know you've encounter you have some exposure to John, which you confirmed by [*Inaudible*]

**00:58:15**

**FORMER CONGRESSMAN DANA ROHRABACHER**: You know that Jack produced two films himself

**FBI SPECIAL AGENT ROAHN WYNAR**: Yeah I know, we know

**FORMER CONGRESSMAN DANA ROHRABACHER**: And that his family is a long time people in Hollywood and his brother is currently a really an active filmmaker. So,

**00:58:18**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Yeah.  a film attorney in that business.

**00:58:25**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Right.

**00:58:29**

**FBI SPECIAL AGENT ROAHN WYNAR**:  So the the mind map we're trying to do is now Jack also reached out to another man

**00:58:34**

**FBI SPECIAL AGENT ROAHN WYNAR**:  we think, you know, a guy.

**00:58:36**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Chuck Johnson and Chuck Johnson.

**00:58:39**

**FBI SPECIAL AGENT ETHAN QUINN**:  or Charles Johnson's younger guy redhead?

**00:58:43**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Oh Charlie.  Well no Jack didn't introduce me to Charlie.

**00:58:46**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Oh cause see we don't we we would we [*Inaudible*]

**00:58:48**

**FBI SPECIAL AGENT ETHAN QUINN**:  Like, like, you know, we Jack knows him, but that's probably [*Inaudible*] we have to talk to, [*Inaudible*] clarify like we have these little charts and we don't have anything else.

**00:58:51**

**00:58:56**

  **FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't think Jack likes Charlie I'm sure he doesn't.

  **FBI SPECIAL AGENT KETRIN ADAM**:  Why not?

**00:58:59**

  **FBI SPECIAL AGENT ROAHN WYNAR**:  Let me see if I can find?

**00:59:03**

  **FORMER CONGRESSMAN DANA ROHRABACHER**:  They don't - I don't want to say bad things about Charlie friend that I don't know?

  **FBI SPECIAL AGENT KETRIN ADAM**:  I get it.

**00:59:09**

  **FORMER CONGRESSMAN DANA ROHRABACHER**:  But Jack doesn't like Charlie at all.

**00:59:11**

  **FBI SPECIAL AGENT ROAHN WYNAR**:  Well, I guess…

**00:59:12**

  **FBI SPECIAL AGENT KETRIN ADAM**:  Is it politics or like personal?

**00:59:14**

  **FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't know.

**00:59:15**

  **FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't know, but it it could be both.

**00:59:16**

**FBI SPECIAL AGENT KETRIN ADAM**:  Yeah.

**00:59:18**

**FBI SPECIAL AGENT ETHAN QUINN**:  But the the reason why it comes up in this context is as part of this effort, Jack was undertaking regarding [*Inaudible*], he recruits Mr. Johnson to assist with this process by writing an article in the Daily Caller and a few others to try to

**00:59:33**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Could well be I I just don't know anything about it.

**FBI SPECIAL AGENT ROAHN WYNAR**:  Is that…

**00:59:36**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I know, Charlie – I know him very well.

**00:59:37**

**FBI SPECIAL AGENT ROAHN WYNAR**:  OK, that is him though, OK.

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Yeah, yeah, yeah, that's him. He helped set me up with what's his name and in in in London.

**00:59:48**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Yeah. So, OK, all right, so was Jack involved in that at all?  In the Julian Assange meeting and…

**00:59:54**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't believe so, Charlie was.

**00:59:55**

**FBI SPECIAL AGENT ROAHN WYNAR**:  OK, but it.  So how did Charlie pull that off?  That sounds really strange to us.

**01:00:00**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't get it, but you know what he's a guy who just goes and does things, and I think a lot of people he, a lot of people, I've I've done this myself, I mean, I go and just go do things and I think Charlie just is one of those guys that.  He's very smart and he just, you know, he would probably say, oh, Julian Assange is in the Ecuadorian embassy, I'll go see him, you know.  Oh, and he's the kind of guy that he's never met, I don't think he ever met the Julian Assange, but then he said, oh, I'll set you up with a meeting with Julian Assange, ok?  And I'm I'm willing to play play the game because I, at that time, at that time whether or not Julian Assange was working with the Russians to get the whatever the emails or whatever you call them from the, from the Democratic National Committees' computers either it was the Russians or it wasn't then and everybody's making a big political deal that that they were colluding with the Russians and Julian Assange was the guy who knew, knew yes or no.  And so I wanted to talk to him and then get a yes or no.

**01:01:19**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Wow, so what did he tell you?  Now I'm very curious.

**01:01:22**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  He didn't tell me, he did not tell me what I wanted to know either way, but did say that look, as soon as I give out that kind of information I'm…I've given my only leverage.  So if you can get me some kind of an agreement that that I will be given some kind of protection against being arrested the minute I leave my…

64

**01:01:51**

    **FBI SPECIAL AGENT ROAHN WYNAR**:    Which is what happened I think. [LAUGHING]

**01:01:52**

    **FORMER CONGRESSMAN DANA ROHRABACHER**:    Which is exactly what happened.

**01:01:55**

    **FBI SPECIAL AGENT ROAHN WYNAR**: I don't mean to laugh because it is sort of…

**01:01:58**

    **FORMER CONGRESSMAN DANA ROHRABACHER**:    He says I'll be happy at that point to fill in the blanks here, and so that's what I came back with.

**01:02:05**

    **FBI SPECIAL AGENT ROAHN WYNAR**:    Did you get the impression that this was totally a self-serving maneuver on the part of Mr. Assange?    Or did you get the impression he really had some blanks to fill in that were relevant to the story?

**01:02:16**

    **FORMER CONGRESSMAN DANA ROHRABACHER**: I think that the Seth Rich was murdered and I think that he was the one who who downloaded or had all that material.    And he, he was an insider.

**01:02:32**

    **FBI SPECIAL AGENT ROAHN WYNAR**:    OK.

**01:02:34**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  And I've spoken to a number of my science contacts who know these things, said that was not an outside hack job.  It was an inside download and the only thing that makes sense is it's Seth Rich.

**01:02:51**

**FBI SPECIAL AGENT ROAHN WYNAR**:  So you think Julian Assange…it's your suspicion, and I'm not saying what you know because you certainly don't know, right?

**01:02:55**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Right, right.

**01:02:58**

**FBI SPECIAL AGENT ROAHN WYNAR**:  But it's your suspicion that Assange, if he had the protections he wanted would tell a story that involves Seth Rich.

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Yes.

**01:03:06**

**FBI SPECIAL AGENT ROAHN WYNAR**:  OK, interesting.  Wow.  More history on our tape.  Sorry, it's irrelevant.  [LAUGHING]

**01:03:11**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  That's what I believe.

**01:03:12**

**FBI SPECIAL AGENT ROAHN WYNAR**:  And I get, I get it and it's neither [*Inaudible*]

**01:03:15**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  He did not confirm that for me, as I say.

**01:03:18**

**FBI SPECIAL AGENT ROAHN WYNAR**: Well, that's what's interesting to us is, is… well, I guess what was interesting to us is, ok, first of all, we'll just get to the nitty gritty for our case.

**FORMER CONGRESSMAN DANA ROHRABACHER**: Ok.

**01:03:27**

**FBI SPECIAL AGENT ROAHN WYNAR**: As far as Abramoff goes and Mr. Johnson goes and Mr. Assange goes, there's…our vision of a connection is a little bit misconstrued, right? As far as you know, it was…Abramoff had no role in the Assange activity, you don't recall any such [*Inaudible*]

**FORMER CONGRESSMAN DANA ROHRABACHER**: I don't recall.

**FBI SPECIAL AGENT ROAHN WYNAR**: Gotcha. So that's that's important. And then did Chuck ever ask you or offer you…

**01:03:51**

**FORMER CONGRESSMAN DANA ROHRABACHER**: I think we call him Charlie.

**FBI SPECIAL AGENT ROAHN WYNAR**: Charlie, Charlie, I shouldn't call him Chuck, I should call him Mr. Johnson because I don't know him, right? Did Mr. Johnson ever ask you or talk to you about personally investing in any kind of business endeavor of his? Like, hey Dana can you…I got a great opportunity for you.

**01:04:10**

**FORMER CONGRESSMAN DANA ROHRABACHER**: Yeah, I think he did at one point and then but I don't recall it because I don't have any money to invest in anything.

**01:04:17**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Well, let me give you some ideas of what he might have suggested.  A Bitcoin mining facility, does that sound familiar?

**01:04:24**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Yeah, or something like that, but I you know what, again, I don't, one thing I know about being on the science committee is I know what I don't know,

**FBI SPECIAL AGENT ROAHN WYNAR**:  Yeah, that's big of you.

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I have no idea what that's all about and to me it's just so much, ok, maybe that they know what they're talking about and yeah, he's mentioned that before.

**01:04:46**

**FBI SPECIAL AGENT ROAHN WYNAR**:  You do remember him mentioning Bitcoin mining to you?

**01:04:48**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Yeah.

**FBI SPECIAL AGENT ROAHN WYNAR**:  Interesting.

**01:04:50**

**FORMER  CONGRESSMAN  DANA  ROHRABACHER**:   But,  that's  it.   I  don't remember

**FBI SPECIAL AGENT ROAHN WYNAR**:  Alright.

**FORMER CONGRESSMAN DANA ROHRABACHER**:  He certainly wasn't trying to get money or anything from me or cause I've had no money.

**01:04:57**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Is it possible you have any old emails or records of communications with him about these things?

**01:05:02**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  No, because it was, it was just in passing.

**01:05:06**

**FBI SPECIAL AGENT ROAHN WYNAR**:  He's also very connected to a man named Eric Prince. Do you know about…

**01:05:10**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Eric Prince, you mean our Eric?

**01:05:13**

**FBI SPECIAL AGENT ROAHN WYNAR**:  What do you mean our Eric?

**01:05:14**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  You mean Eric Prince, the founder of Blackwater?

**01:05:18**

**FBI SPECIAL AGENT ROAHN WYNAR**:  Yes, sir.  Yes, sir.  Do you know anything about that connection?

**01:05:19**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  Eric Prince was my first intern.

**FBI SPECIAL AGENT ROAHN WYNAR**:  Oh really.

**01:05:23**

      **FORMER CONGRESSMAN DANA ROHRABACHER**: That's how he came…

**01:05:26**

      **FBI SPECIAL AGENT ROAHN WYNAR**: Should I have known that? Did we know that?

**01:05:28**

      **FBI SPECIAL AGENT ETHAN QUINN**: I didn't know that.

**01:05:29**

      **FORMER CONGRESSMAN DANA ROHRABACHER**: He was my first intern and that's why he got involved with the direct action and look, I've been very involved with direct action against our enemies.

**01:05:37**

      **FBI SPECIAL AGENT ROAHN WYNAR**: Well, just to focus in.

**01:05:40**

      **FORMER CONGRESSMAN DANA ROHRABACHER**: I don't know, but I don't know anything when Charlie had to do with Eric. I know it's nothing different.

**01:05:45**

      **FBI SPECIAL AGENT ETHAN QUINN**: As far as you know, they asked you didn't know about any relationship they might have investor wise.

      **FORMER CONGRESSMAN DANA ROHRABACHER**: None, zero. But I do know Eric very well.

**01:05:54**

**FBI SPECIAL AGENT ROAHN WYNAR**:   Is there a connection between Mr. Abramoff and Mr. Prince that we don't understand?  Just just, I mean, look, we're just trying to make sure we have good closure here.

**01:06:01**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I don't know.  You know what?  I don't know.  I would have been happy to try to facilitate that and maybe I did, I just don't remember.

**01:06:09**

**FBI SPECIAL AGENT ROAHN WYNAR**:  OK, so you don't remember because we don't know, but just as, OK, alright, well, Mr. Johson…

**01:06:20**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  I know that we, you know, we we really…

**01:06:24**

**FBI SPECIAL AGENT ROAHN WYNAR**:  How did you meet Mr. Johnson?  How did how did that happen?  And, if it wasn't through Jack it must have been some other way.

**01:06:28**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  No it was some just some White House thing or something, I don't know.

**01:06:33**

**FBI SPECIAL AGENT ROAHN WYNAR**:  How does he get to the White House?

**01:06:35**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  He has a lot of friends in the in the younger staffers in the Trump White House.

**FBI SPECIAL AGENT ETHAN QUINN**:  Ok.

**01:06:43**

**FORMER CONGRESSMAN DANA ROHRABACHER**:  They're his friends.  They all started, it's like Jack started in young Republicans and I guess that's the type of thing.

**01:06:51**

**FBI SPECIAL AGENT ETHAN QUINN:**  [Unintelligible] version of that.

**01:06:52**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Do you have any idea what he does for a living if not, sounds like I'm not [Unintelligible].

**01:06:55**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He's a brilliant guy and he has contacts all over the freaking place.?

**01:07:01**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  The contacts don't pay money.

**01:07:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know

**FBI SPECIAL AGENT ROAHN WYNAR:**  You have contacts, right?  You keep saying how poor you are, so.

**01:07:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, well, I would say that I, yeah I, he he seemed to have inroads that just about everybody, well it was like the Eric Prince. If he knew Eric Prince, he's he's dealing with billionaires and a guy of his age so.

**01:07:25**

**FBI SPECIAL AGENT ROAHN WYNAR:**  But you don't know how they met or or, it sounds like that's a dead end for you as far as a witness goes.

**01:07:30**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah. I just. I don't know.

**01:07:33**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, alright, fair enough.  So that is there more about CS Mining that?

**01:07:37**

**FBI SPECIAL AGENT ETHAN QUINN:**  No, I think that covers it.

**01:07:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Okay.  Demnick, does that name mean anything to you Demnick?

**01:07:44**

**FBI SPECIAL AGENT ETHAN QUINN:**  Like a Dutch who Dutch  Minister of Justice or something like that, that was alleged to have.

**01:07:50**

**FBI SPECIAL AGENT ROAHN WYNAR:**  This must sound weird to you, like all these random things?

**01:07:53**

**FBI SPECIAL AGENT ETHAN QUINN:**  That was alleged to have some sort of issues with like human trafficking and Pedophilia.

**01:07:59**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Pedophilia.

**FBI SPECIAL AGENT ETHAN QUINN:**  And there was kind of a campaign about him. This has been five or six years.  I don't remember.

**01:08:03**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, wait a minute, there was -- Dutch did you say?

**01:08:08**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah he's Dutch.

**01:08:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I remember reading about this thing in the Dutch law enforcement over there, where there was somebody who was involved with this horrible, you know, criminal activity against children.

**01:08:24**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, okay.  But you don't recall, I guess you recall reading about it, you don't recall a say doing anything in your capacity as a congressman or anything like that

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Never.

**FBI SPECIAL AGENT ETHAN QUINN:**  Or Mr. Abramoff talking to you about it?

**01:08:34**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, never.

**01:08:35**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Because, if Jack was trying to get a, like a Congressional draft resolution written about it.

**01:08:44**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, if he did, then he would he would probably have come to me but I just don't remember anything about it.  I would think he would come to me.

**01:08:51**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Did Jack have any other congressman [Unintelligible]?

**01:08:53**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm in a Foreign Affairs Committee.  If he would come to me and there was somebody who was a public government official in the Netherlands or anywhere else and they were involved with the human trafficking and and child molestations.  I would definitely have been very happy to be involved and of course do that, but I don't remember it.

**01:09:15**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Do we do we have any any record of direct connection between?  We know that Mister Abramoff was working very aggressively on behalf of people who were staunchly opposed to Demnick's position and his activities.  Do we have any evidence?

**01:09:28**

**FBI SPECIAL AGENT ETHAN QUINN:**  There was a congressional letter but Mr. Rohrabacher was not one of the signatories on it, so.

**01:09:32**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, alright, so somehow this happened some other way, yeah.

**01:09:36**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, and we know Mr. Abramoff was doing some work on it, but it sounds like he never talked to you about it, which is, which is fair.

**01:09:42**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I I can't say that he did or didn't.  I just.

**FBI SPECIAL AGENT ETHAN QUINN:**  You don't need a recollection of it which is fine.

**01:09:47**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I Certainly would have signed onto a letter if somebody asked me to do so, and have dealt with the.

**01:09:53**

**FBI SPECIAL AGENT ETHAN QUINN:**  It sounds like something that would be [Unintelligible].  Okay.  So I think that probably resolves that.

**01:09:59**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So I want to show you some images of some things that we recovered in the course of our investigation.  Now unfortunately, they're not pictures, they're it's text and it's text you probably haven't seen, but I think only you can help us

76

interpret it.  It's kind of weird.  So I'm now going to show him copies of, what am I going to show him.

**FBI SPECIAL AGENT KETRIN ADAM:**  Do you need more coffee?

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I think I'm fine.  Thank you.

**FBI SPECIAL AGENT ROAHN WYNAR:**  So it starts here.  These are some, this is some, these are some handwritten documents.  Let me move this closer to you so you can actually see this.

**01:10:48**

**FBI SPECIAL AGENT ETHAN QUINN:**  The first question is, do you recognize the handwriting?

**01:10:52**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Anti corruption group, hire versus lobbyists to

**01:10:57**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Register need VA head of group

**FORMER CONGRESSMAN DANA ROHRABACHER:**  It's actually UA.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, UA.  Like, UA we think stands for Ukraine.  Either Ukraine or EU-based ideal that it's pre-existing.  So this is like anti-corruption group hire US lobbyists.  Need Ukrainian head of the group, either Ukrainian or European Union-based group, and ideal that the group is preexisting.  And then #2 reads all research info, and #3 wires to U.S. company crypto consult.

**01:11:34**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Is Crypto you mean Cryptocurrency?

**FBI SPECIAL AGENT ROAHN WYNAR:** Cryptocurrency, yeah wired to U.S. company cryptocurrency, Ukraine slash EU group.

**FORMER CONGRESSMAN DANA ROHRABACHER:** [Unintelligible]

FBI SPECIAL AGENT ROAHN WYNAR: This means nothing to you?

**01:11:44**

**FBI SPECIAL AGENT ETHAN QUINN:** And you don't recognize that handwriting?

**01:11:46**

**FORMER CONGRESSMAN DANA ROHRABACHER:** No, I don't.

**01:11:47**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK, so I'm going to scale down a little bit. WA videos of journalists proving corruption, videos of journalists proving corruption 1 + 1 Cable Systems US, satellite Ukrainian channels not pro Russian. We don't understand politics in the Ukraine at all, but it's becoming a thing today. That's totally coincidental. I've had this for over a year in my possession. But does this, these words can, can does, I mean, you're you're kind of the expert on this subject, these words mean anything to you?

**01:12:25**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, remember I was the chairman of the committee that oversaw our relations with Russia, Ukraine, Western Europe and Central Asia for for actually six years and but the last year was kind of hectic, but no, I don't recognize

**01:12:46**

**FBI SPECIAL AGENT ROAHN WYNAR:** Videos of journalists proving corruption, none of these?

**01:12:48**

**FORMER CONGRESSMAN DANA ROHRABACHER:** No I didn't, but I will tell you that the corruption in the Ukraine is beyond imagination and everybody you meet is corrupt, everybody.

**01:12:56**

**FBI SPECIAL AGENT ROAHN WYNAR:** So our our, I mean, look we know. We have enough casework on this subject that, I'm not an expert on it, but the question we kind of have is do you recall Jack having some kind of program or plan involving counter corruption in the Ukraine or do you recall any emails [Unintelligible]. I've got to believe he talked to you about it because. there was some.

**01:13:22**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, that he would have talked to me about it. I don't remember any specific conversation, but that would be something that he would have talked to me about I guess if if he was involved in that. But I seem to remember, look, of and on I had all kinds of things dealing with Ukraine.

**FBI SPECIAL AGENT ROAHN WYNAR:** Right, right.

**01:13:44**

**FORMER CONGRESSMAN DANA ROHRABACHER:** And, you know, I I actually went when they had the Orange Revolution, I actually went down and was in the tents on the median square with these, with these people who were protesting the last really Soviet pro Soviet leader of Ukraine and he wasn't going to give up power. So I I actually went there.

**01:14:08**

**FBI SPECIAL AGENT ROAHN WYNAR:** You were there in the Ukraine.

**01:14:22**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I actually went down and, and I've traveled all over Ukraine and know Ukraine quite well, and that's, but unfortunately, you know, we here we are.  We've got a new a new group in, a good group in.  One of them was, do you know who Kathy ChimJenko is?

**01:14:26**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Sorry Sir, I don't.  Can you tell me?

**01:14:28**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  ChimJenko is, they worked with me in the Reagan White House.

**01:14:31**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Oh, wow.

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  So and then she ended up the first lady of the Ukraine.

**01:14:36**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  She married the guy who became the the last communist guy.  He was replaced by this, by her husband and, but they were so friggin corrupt.  They were really corrupt and that's why they ended up, and they were anti-Russian.  They were very anti-Russian, and that's why the the the people in Ukraine voted for Yanukovych because Yanukovych, at least was going to be honest, and these other guys were pro, who were anti Russian, even though Yanukovych was pro Russian, at least he'll be honest.  Well, of course he wasn't honest either.  They're all crooks.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Do we want pro Russian or anti Russian people in Ukraine?  That shows you how little I know about this.  I don't, I don't.

**01:15:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Here's here's here's the revolutionary thought that got me in all my trouble.  Whether or not it helps Russia or not is irrelevant now.  Russia is just another country that is, that has power and influence, just like every other country that has power and influence.  We should not be saying we have to thwart whatever is good for Russia, and that's what we did.  We overthrew Yanukovych, Yanukovych came in.  He would have been kicked out anyway because he was corrupt too.  And we spent hundreds of millions of dollars working with the worst type of oligarchs to get rid of Yanukovych.  It was a it was a coup, and we did it along with the Germans.

**01:16:12**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So we we see here is, and we'll [Unintelligible].

**FORMER CONGRESSMAN DANA ROHRABACHER:**  And by the way, when the reason why why the last administration did this was because they thought that Yanukovych was going to have an economic deal with Russia because the EU was giving him a very tough deal and the Russians wanted to, now, why would we, why is it our business to overthrow a government because it's deciding that its trade policies would be better than Russia.  This isn't the Soviet Union anymore.  So anyway

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, I see, because it was the Soviet Union.  That's an imminent, much more imminent threat to our our country.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.  Sure.

**01:16:51**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK. So we'll see here is, and it'll become a little more evident as we go through

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Jack was evidently, it's not totally clear I got to admit, he was evidently doing something to promote Pro-Russian interests in the Ukraine, and it's not that I care about that because I want you to understand I'm not part of this, like Russia, [Unintelligible].

**01:17:11**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Right. Yeah, like policy wise were like, yeah.

**01:17:15**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  It's irrelevant to us.  But we're hoping that that sparks maybe a memory of Jack talking to you about somebody that he might have been working with who is interested in this.

**01:17:24**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I know that.

**01:17:26**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Because we don't know what the client is?

**01:17:27**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I know that Jack agrees with my analysis of that.  Qur our real enemies are now, radical Islam and China and that we should work with Russia.

**FBI SPECIAL AGENT ROAHN WYNAR:**  Right.  So this is evidence at that point that he's, it seems to be consistent with that, but did he ever tell you about a client that he was working with that he was actually, because let me just keep going here. So this is 1 + 1 Cable Systems, US satellite Ukrainian channels not pro-Russian.  Does that mean anything to you?   Videos of journalists proving corruption.  That sounds like a technique to me.  It's like, here's what we need. We need some videos of journalists proving corruption.

**01:18:02**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  It's very possible he talked to me about it but, you know, one of thousands of conversations I had on these things.

**01:18:07**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Barry Bennett, Barry DeWitt.  Does that, do you know Barry DeWitt?

**01:18:17**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't know,  I don't know if I know Barry DeWitt, but I know the name DeWitt.

**01:18:21**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Can you help me? I have no idea who that person it.

**01:18:23**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  DeWitt is, was a secretary of something, was a cabinet officer I think under Reagan, I think.  Then they could have been under Bush.  DeWitt.

**01:18:37**

**FBI SPECIAL AGENT KETRIN ADAM:**  There's a lot of.

**01:18:37**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:18:41**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Send, had, I can't even read this part. I send?  Does that handwriting look familiar to you?

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No.  [Unintelligible]

**01:18:48**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so I'm going to keep scrolling down here into the next page.  So the next page says #1 Ambassador remove, and then it starts getting weird on us because

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ambassador removed?

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yes, Ambassador removed.  This looks like a checklist right?

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Okay.  Yeah.

**01:19:04**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And then it says Biden, right?  Now, all of a sudden the name Biden shows up right there.  And this is this is like a year old, so this isn't like current so it's kind of weird that this is.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, it's not because it is is this because what it is is this, is Yanukovych, when I say he was overthrown

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah?

**01:19:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Okay, and he got overthrown with his, with he had a basically a really corrupt click and we were all told this is the saviors of of of Ukraine, when in fact that the that the guy, Poroshenko, just lost, just was thrown out, you know. The last election they had, they overwhelmingly threw him out but he was our guy. He's the guy. We overthrew a democratically elected government to put in [Unintelligible], and what you've got here is, during that time, that was during the last administration. That was then, we've had Biden and then various people who were involved with this with policy.

**01:20:01**

**FBI SPECIAL AGENT ROAHN WYNAR:** How would Jack know this? And then who? I mean, Jack doesn't do things for free we don't think so.

**01:20:09**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I think he does things for free, for certain people. I think these are the ideologues. He is and he's a very devout Jew.

**01:20:13**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK. OK, maybe. Well, that's interesting because the next line is threats regarding Israel called called something 1 + 1 in something for one year.

**01:20:31**

**FORMER CONGRESSMAN DANA ROHRABACHER:** But he's he, I don't know. He's he's very devout, you know. Listen, the guy will not, he, it's hard to go out for dinner with Jack because it has to be kosher, right? And he, once that sun goes down on Friday, you can't get a hold of him until Saturday night, you know, and so I mean he he keeps, and he does not drive

any place during that time period.  He doesn't take a cab or anything like that, so he's a devout person and I like that about him and I think he's very sincere in his beliefs, and that doesn't mean he doesn't do other things that are wrong.

**01:21:10**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Well, was there some contextual threat connecting Israel to something about Ukraine?  I mean, is there some logical connection there?  Because we know that Jack has a tendency of taking any issue he's dealing with and trying to work Israel in as a way of gaining[Unintelligible] support.  It seems like we see Israel everywhere with this guy.

**01:21:29**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, that's it.  Jack is very devoted as as many Jews are to the survival of Israel, and I think that his first loyalty is to the United States but I think that Jack is very committed to preserve Israel as a Jewish homeland.

**01:21:47**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so was there, do you, based on your recollection of the facts, is there some, was there some problem with say the American Ambassador in Ukraine or out there, that it would have been an advantage to somebody to get removed because he's going to go on about this.  Does that ring any bells to you?  I'm just trying to make sense of this document.

**01:22:17**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, all I can say is that there were so many maneuvers going on about Ukraine that this is one of thousand things that

people are making and he's, Jack is just one of the one of the players that is trying to deal with the various power groups in the Ukraine.

**01:22:38**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  So we'll go on here.  The next line reads, Michael Cohen payment was to create problem for Trump, order of Biden and then Newland, Cohen sucker, BBC leak from Poroshenko.

**01:22:58**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:22:59**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  So Paul Wood, 23, May 2010 setup.  So my, I don't, I have my own interpretation of this.  Michael Cohen payment was to create problem for Trump.  Order of [**Biden?**] Newland.  Cohen was a sucker, BBC leak from Poroshenko, Paul Wood.  Help me.  Help me, Dana Rohrbacher, help me.

**01:23:19**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Obviously, it sounds like they were really in, you know, that they understood what was going on, right, but they need the [**circus?**], which I don't know what date this is, but is this --

**01:23:33**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Well it's, we don't know exactly.

**01:23:35**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, yeah, yeah.

**01:23:36**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well clearly it was 2018. I mean, remember, the payment to Michael Cohen, does that, do you know what that's about?

**01:23:46**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Remind me, I --

**01:23:47**

**FBI SPECIAL AGENT ROAHN WYNAR:** The payment to Michael Cohen was, there's a, well, Ethan, why don't you tell the story.

**01:23:50**

**FBI SPECIAL AGENT ETHAN QUINN:** I'm sorry, say that again.

**01:23:51**

**FBI SPECIAL AGENT ROAHN WYNAR:** The payment to Michael Cohen story as known why --

**01:23:55**

**FBI SPECIAL AGENT ETHAN QUINN:** I mean, I know, yeah, I really don't even know.

**01:23:57**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well Michael Cohen was ultimately, you know, he was the attorney for the President who's been now put in jail. Do you know that -- we're talking about Michael Cohen here.

**01:24:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, but I don't know the details.

**01:24:06**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so so.  I'll just refresh you only because I'm hoping this will find a memory, right?  Not because I'm trying to lecture you.

**01:24:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, I got it.

**01:24:15**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Michael Cohen was charged by the Department of Justice for lying to Congress, and I think to Congress, right?

**01:24:20**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- and lying just lying in general.

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok.

**FBI SPECIAL AGENT ROAHN WYNAR:**  It turns out he was President Trump's personal fixer attorney, who ultimately became a star --

**01:24:31**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, that's right.

**01:24:32**

**FBI SPECIAL AGENT ETHAN QUINN:**  I can remember we --

**01:24:34**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, so now one of the things Mr. Cohen did immediately after President Trump became president, as he started putting out a shingle and accepting money from people who wanted access to the President.

**01:24:44**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm sure, yeah.

**01:24:45**

  **FBI SPECIAL AGENT ROAHN WYNAR:** One of those people seems to be the Ukrainian government.

**01:24:47**

  **FBI SPECIAL AGENT ETHAN QUINN:** Yeah, it –

  **FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah.

**01:24:48**

  **FBI SPECIAL AGENT ROAHN WYNAR:** And so this says, so it was a very big problem because the President's personal attorney and fixer who's known for a million years was accepting money from a foreign government for access and and it's it is a disturbing story.

**01:25:01**

  **FBI SPECIAL AGENT ETHAN QUINN:** And he and he wasn't -- yeah, I don't think he registered.

**01:25:04**

  **FBI SPECIAL AGENT ROAHN WYNAR:** And he didn't register and as a whole --

**01:25:05**

  **FORMER CONGRESSMAN DANA ROHRABACHER:  [INAUDIBLE]** This is, that that would be no surprise to me at all.  It would, it would be contradicting.  The basic reality -- I mean, look, Hillary took how many millions of dollars went in -- $150 million from oligarchs in Ukraine to the Clinton Foundation.

**01:25:26**

  **FBI SPECIAL AGENT ROAHN WYNAR:** Well, that's incredible.

**01:25:29**

**FORMER CONGRESSMAN DANA ROHRABACHER:** So this is all happening on all of these sides. Ukraine has managed to corrupt even our system. They're so bad.

**01:25:36**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well, well, the reason I took the story I just told you is that, is sort of the open narrative that's out there.

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah.

**01:25:42**

**FBI SPECIAL AGENT ROAHN WYNAR:** What worries me a little bit about this is is it's telling a different narrative. The Michael Cohen payment was to create a problem for Trump. It was like the the purpose of the payment wasn't to gain access to Trump, which is sort of the open narratives --

**01:25:56**

**FORMER CONGRESSMAN DANA ROHRABACHER:** It's very possible.

**01:25:57**

**FBI SPECIAL AGENT ROAHN WYNAR:** But the payment was actually designed to cause a problem for President Trump --

**01:26:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I would think it would be.

**01:26:02**

**FBI SPECIAL AGENT ROAHN WYNAR:** -- and their goal, this is a -- according to what I'm reading here is whatever -- we think this handwriting belongs to Jack, but we don't know for sure.

**01:26:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Ok.

**01:26:13**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK, we we either think somebody's trying to come up with a PR angle to rewrite history or somebody knows something that the FBI doesn't know that is an imminent threat to the government. So we're really curious about that.

**01:26:25**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I will tell you that I I think that Jack would certainly not want to do anything to hurt Trump. Jack loves Trump, and I do too. And so, I don't think he would ever -- so, but what -- we're getting a little depth to this now.

**01:26:42**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yes, that's that's what, that's why it's here, Sir.

**01:26:45**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Ok, ok, you have to start with the fact that that you have Yanukovych was was who was was one of that better relations with Russia, was elected there in Ukraine because the anti-communist who I had supported before just were corrupt. I mean they they stole millions of dollars and all the rest and Yanukovych of course promised clean government and he was just as corrupt. Had they not overthrown him, he wouldn't have been reelected because he was corrupt too. But he did. The basic difference was that Yanukovych wanted to have a closer economic ties with Russia rather than going to the West --

**01:27:28**

**FBI SPECIAL AGENT ROAHN WYNAR:** Right.

**01:27:29**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  So when you're talking about this sort of thing that we're talking about here, put it in the context of we overthrew Yanukovych, who is we?  The last administration was responsible for something the public doesn't know about and most policy people don't know them.

**01:27:48**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Right.

**01:27:49**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  And it was and and and they ended up with not only getting rid of Yanukovych, but getting deeply involved with really corrupt elements in Ukraine --

**01:28:01**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Fascinating.

**01:28:02**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  And thus they, they're trying to set the President up --

**01:28:06**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah.

**01:28:07**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**   -- in order and they're coordinated, but not Jack.  Jack wouldn't want it to set the President up.

**01:28:11**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  No, no, no.  This --

93

**01:28:13**

    **FBI SPECIAL AGENT ETHAN QUINN:**  So the question that everyone agrees -- not that Jack **[INAUDIBLE]** the question is, is this something Jack kind of came up with as a theory that like hey, Michael Cohen took it down me and then maybe they set this up or do you think Jack actually would have personal first hand information?

**01:28:25**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, Jack's planning some PR campaign here.

**01:28:28**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, and the way we're talking is like --

**01:28:30**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  It's possible that the the pro, let's say -- by the way I think that, I consider the the guys who are Pro Russia were also pro America.

**01:28:46**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**01:28:47**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  And that's that's the irony of all of this.

**01:28:48**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah.

**01:28:49**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  And --

**01:28:50**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  It's interesting.

**01:28:51**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, yeah, it it's a it's a very complicated thing and also you do have the, you know, do you know who Paula Dobrynski is?

**01:29:00**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  No sir.

    **FBI SPECIAL AGENT ETHAN QUINN:**  I do not.

**01:29:02**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok, Paula Dobrynski was my girlfriend, sweetheart.  She was my, for five years she was my, my lady and frankly, the only reason, we probably would have gotten married but she didn't want to have a family.  And so when I met this great surfer girl out in California who would love to have a family with me and so -- but anyway --

**01:29:25**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  That's Rhonda, right?

**01:29:27**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yes, it's Rhonda, right.  But Paula was, her father is a famous scholar, Ukrainian scholar, so I actually traveled all over Ukraine, got to know all of, all of the details, the historic of it and what was going on.  That's why it was good to have me as the, as the chairman of that committee --

**01:29:45**

**SPEAKER:  [INAUDIBLE]**

<u>01:29:47</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  -- except I wasn't going along with the narrative that Russia still continues to be our primary enemy and that we should be basically continue to be thwarting Russia and everything it tries to do, which of course will lead eventually lead to war.

<u>01:30:05</u>

**FBI SPECIAL AGENT ROAHN WYNAR:**  Ok, so about this, what we are seeing is the way I read this naturally -- now look, that's my first approach, my first approach is not wheels within wheels within wheels.

<u>01:30:15</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yes.

<u>01:30:16</u>

**FBI SPECIAL AGENT ROAHN WYNAR:**  What's written here is what somebody means.  Michael Cohen payment to create problem for Trump.  Order of Biden Newland.  Cohen was a sucker.  This implies that whoever wrote this is either trying to rewrite history where Cohen was actually taking payments from the Ukraine in order to provide access or they have knowledge that that Biden --

<u>01:30:38</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

<u>01:30:40</u>

**FBI SPECIAL AGENT ROAHN WYNAR:** -- somehow was so scheming that he was able to engineer a payment to Michael Cohen, knowing that in the end that would just skewer Trump.

**01:30:49**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Because remember, the people who are in charge of the the Ukrainian Government at this point were totally in the pocket of of of the last administration. They and they, and they would hate Donald Trump because it was Hillary and her gang, they'd already bought him off well.

**01:31:10**

**FBI SPECIAL AGENT ROAHN WYNAR:** So you're not, so you're, so that narrative that I just said --

**01:30:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yes.

**01:31:14**

**FBI SPECIAL AGENT ROAHN WYNAR:** -- is not totally implausible to you?

**01:31:16**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, it's not implausible, but --

**01:31:17**

**FBI SPECIAL AGENT ROAHN WYNAR:** Because we see it the other way. We see it that -- I'm sorry sir.

**01:31:20**

**FBI SPECIAL AGENT ETHAN QUINN:** Well, I mean, I don't think we want to get too much into like the speculation of like, ok, **[INAUDIBLE]**?

**01:31:23**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well, I'm trying to prompt your memory about --

**01:31:24**

**FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**FORMER CONGRESSMAN DANA ROHRABACHER:** That's fine.

**01:31:26**

**FBI SPECIAL AGENT ROAHN WYNAR:** We don't think, we don't think Jack was doing this. We don't think Jack has natural contacts with the Ukraine with people of interest through Ukraine. We feel like somehow you introduced him to somebody and he began working for that person. We're trying to -- that's what we're trying to dig.

**01:31:40**

**FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:31:40**

**FBI SPECIAL AGENT ROAHN WYNAR:** Anyway, your name comes up next. You're right, Ethan. I'm sorry. Your name comes up next as Dana. No more something lobby. No more -- I can't read that word.

**01:31:53**

**FORMER CONGRESSMAN DANA ROHRABACHER:** No more V, to say V.

**01:31:57**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah.  Who's the name of the Russian that who's name began **[INAUDIBLE]**.

**01:32:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:  [INAUDIBLE]**

**01:32:04**

**FBI SPECIAL AGENT KETRIN ADAM:** Is it **[INAUDIBLE]**?

**01:32:06**

**FBI SPECIAL AGENT ROAHN WYNAR:**  No.

**01:32:07**

**FORMER CONGRESSMAN DANA ROHRABACHER:  [INAUDIBLE]** no more --

**01:32:08**

**FBI SPECIAL AGENT ROAHN WYNAR:**  No more something lobby.

**01:32:09**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  -- lobby.

**01:32:10**

**FBI SPECIAL AGENT ROAHN WYNAR:**  That's, so your name actually comes up. There's a hearing in July and somehow you were – I'm pretty sure that hearing refers to hearing that you had related to the Foreign Relations Committee.  So again, Jack is talking about your activity to somebody and there's this narrative about Joe Biden and paying off and and somehow manipulating a payment with the anticipation of undermining the credibility of the President.  It's very bizarre I got to say.

**01:32:39**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, just remember the guys in power in the Ukraine at that time would have been super anti-Trump and they would have been the people who actually helped overthrow the Democratic government.

**01:32:50**

**FBI SPECIAL AGENT ROAHN WYNAR:** But who could Jack possibly have been talking to that would have understood that intimate activity if we took this as a fact which I'm skeptical of. I I I'm tending to view this as a very cynical rewriting of history where just where, where Michael Cohen, who admitted to this, just had a shingle out for people to pay him for access. I think whoever said this is rewriting reality **[INAUDIBLE]**.

**01:33:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, or or or -- which which when you have someone like that, when you see them as hey, we can get him and that's how we'll get Trump.

**01:33:24**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, possibly --

**01:33:25**

**FORMER CONGRESSMAN DANA ROHRABACHER:** And I I, listen --

**01:33:26**

**FBI SPECIAL AGENT ROAHN WYNAR:** but who would --

**01:33:27**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Sometimes people actually are able to play little chess instead of --

**01:33:30**

**FBI SPECIAL AGENT ROAHN WYNAR:** Now I get that, so without, without guessing about the reality of it, who would Jack have known that would have brought him to this place? I mean, who would Jack have spoken to that would understand this or that would, that would tell him this fact? If somebody's narrating this to him, he's writing it down. If he's creating it in his own mind, he's writing it down for the benefit of somebody?

**01:33:53**

**FORMER CONGRESSMAN DANA ROHRABACHER:** No more --

**FBI SPECIAL AGENT KETRIN ADAM:** Do you have any idea?

**01:33:54**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Something lobby. No more what lobby.

**01:33:58**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, there's another, we'll see some more later here in July. Now this text, JA address to Alex regarding Zach --

**01:34:07**

**FORMER CONGRESSMAN DANA ROHRABACHER**: Josh, is that Josh?

**01:34:09**

**FBI SPECIAL AGENT ROAHN WYNAR:** It looks like. It looks like Zach or something to me.

**01:34:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:** It could be. Yeah, it could be Zach. It could be Josh.

**01:34:14**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Need list of journalists and then it says, what's that -- Alex list of recent Land Fair?  Do you know what, do you – let me ask you this. Let's get specific.  Do you know of a company called Land Fair?  That's an important company?

**01:34:27**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I don't remember anything about a Land Fair, but it's conceivable but what does it do?

**01:34:31**

**FBI SPECIAL AGENT ROAHN WYNAR:**  It was a company that was owned by Alex Abramoff, Jack's son.

**01:34:35**

**FBI SPECIAL AGENT ETHAN QUINN:**  **[INAUDIBLE]** Land Fair Capital Consulting.

**01:34:38**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I I I no, I don't remember it but I did take Jack's son surfing with us out in California once.

**01:34:46**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So let me, I I wanted -- the reason I'm explaining it to you is I'm hoping it will trigger a memory because it says wire here.  So this is a circumstance where we have pretty good evidence that Jack's talking to somebody who's very, very interested in policy Ukraine --

**01:35:02**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:35:03**

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- and this is like deep stuff, right?

**01:35:05**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:35:05**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And there's money being exchanged and the way Jack received money from clients was through a company that he created called Land Fair.

**01:35:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  The what?

**01:35:14**

**FBI SPECIAL AGENT ROAHN WYNAR:**  He created a company called Land Fair to receive money from clients.

**01:35:16**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Land Fair, ok.  By the way I I'm not wearing my hearing aid, but --

**01:35:19**

**FBI SPECIAL AGENT ROAHN WYNAR:**  That's fine.  No, that's why I'm sitting close.

**01:35:21**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok.

**01:35:22**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So the reason I'm asking you about this is because well, let's, it's because I really think he talked to you about it and unlike other things, I really want to work your memory as best we can --

103

**01:35:34**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  That's fine.

**01:35:34**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  -- because we don't know much about this. So here's an example of some notes that you took that's actually written.  So maybe if you read this, this will be --

**01:35:42**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  OK, let's see.

**01:35:44**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  So I'm now showing, I'm now showing you an e-mail from Jack to himself dated May 31st 2018, where Jack, the subject line of the e-mail is notes.  So this is --

**01:35:54**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  [INAUDIBLE].

**01:35:55**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  This is --

**01:35:56**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok.

**01:35:56**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  -- in a naive interpretation.  This is Jack's notes to himself.

**01:35:59**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK, [reading - interview current UA lobbyist].  UA lobbyist.

**01:36:08**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, UA means Ukraine.

**01:36:10**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK, got it.  OK.

**01:36:13**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We think.  We think.  It's not United Auto Workers.

**01:36:18**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I was wondering about that.

**01:36:19**

**FBI SPECIAL AGENT ROAHN WYNAR:**  It's not UAW.

**01:36:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  [reading - Ok, and anti-corruption].  Every time, about every three years, there's an anti-corruption crusade in the Ukraine.  And then there's another one three years later.  [reading - a nonprofit name is].  Well, it looks like he's planning to try to move into, be an active in Ukraine.

**01:36:45**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We think so too.  The question is -- this isn't a spontaneous thing.

**01:36:50**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**01:36:50**

　　**FBI SPECIAL AGENT ROAHN WYNAR:**  Somebody's behind it.  He's either, you know, he's had conversations with somebody about this.  We need to figure out.

**01:36:58**

　　**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, you know what, he [reading? Oh yeah, Dana, no more Yuri Vanachek?].  Yeah, I don't think he likes Yuri either and I I met, I met Yuri and he's --.

**01:37:08**

　　**FBI SPECIAL AGENT ROAHN WYNAR:**  So who's Yuri Vanachek?

**01:37:09**

　　**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yuri Vanachek is this guy from -- he's out in California and he and his father are Ukrainians who are immigrants, and they've been very active in the Republican Party out there.  And he speaks fluent Russian and everything so he gets, he's been able to be very involved in stuff.

**01:37:27**

　　**FBI SPECIAL AGENT ROAHN WYNAR:**  That's what this word is.  No more Vanachek.

**01:37:29**

　　**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yep, that's right.

**01:37:30**

　　**FBI SPECIAL AGENT KETRIN ADAM:**  How would he fit in?

**01:37:31**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Was Vanachek lobbying you?

**01:37:35**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ugh, I I think, I think that you can use lobbying or or was he was Vanachek trying to work, be be friends with me in order to achieve other goals?  In fact, that's almost everybody --

**01:37:48**

**FBI SPECIAL AGENT KETRIN ADAM:**  Yeah, that's right.

**01:37:49**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  That's almost everybody you deal with is doing that.

**01:37:51**

**FBI SPECIAL AGENT ETHAN QUINN:  [INAUDIBLE]** like informal lobbying.  Why did Jack not like him?

**01:37:55**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Umm, I think a lot of people don't like Yuri because Yuri is avaricious and doesn't, and is, doesn't have the sense of propriety that -- I don't want, I don't want to call him a thief because I'm not honor among thieves, right?

**01:38:16**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, yeah.

**01:38:17**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  But Yuri is not, he does not play nice with -- he goes for it whenever he sees something and that's what happens -- you know, look, he's an immigrant who came here penniless, right, with his parents and he want, he wants to

succeed and that's the type of thing and it it really steps on a lot of other people's toes but if he would not -- be playing a little smoother he'd, they'd be friends.

**01:38:42**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Gotcha.

**01:38:43**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm sure he stepped on Jack's toes.

**01:38:44**

    **FBI SPECIAL AGENT ETHAN QUINN:**  And what's Yuri's I guess goal.  Would it have conflict with Jack's or is it just a personality conflict like the --

**01:38:50**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh no.  I'm sure there was some business thing that Yuri ran forward and did something, cut a deal with somebody that Jack was negotiating with and or whatever?  I I don't know any specific details.  I'm just guessing that that's what it is.

**01:39:08**

    **FBI SPECIAL AGENT ETHAN QUINN:**  Okay.

**01:39:09**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Jacks writes here in this thing – see where it says big, US Ambassador, Biden connection.

**01:39:16**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Um hmm.

**01:39:17**

**FBI SPECIAL AGENT ROAHN WYNAR:**  You know, if it, if it wasn't for the whole news reports about that that's been going on for the past week, that would mean nothing to me.

**01:39:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.

**01:39:26**

**FBI SPECIAL AGENT ROAHN WYNAR:**  But evidently Biden had some role in the Ukraine.

**01:39:28**

**FORMER CONGRESSMAN DANA ROHRABACHER:  [INAUDIBLE]**, he did.

**01:39:29**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So what can you tell me?

**01:39:30**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  A lot of gold miners go down to Ukraine, right?  They're mining for gold.  And that's the volatility of that and the wealth of that country as compared to Third World countries would it, would attract these type of people and --

**01:39:46**

**FBI SPECIAL AGENT ROAHN WYNAR:**  I mean, Biden is a gold miner, and I'm sorry I don't, I don't --

**01:39:48**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, was was Hillary a gold miner?  She's --

**01:39:51**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh, you're using it metaphorically?  I'm sorry.  Jesus.  Forgive me.  Sorry, sorry, sorry.  So, US Ambassador, Biden, do you know of any connection between the the former vice president and at the time, this is 2018?  So it's, I think it's suggesting a current relationship.  I mean, does this mean anything to you?

**01:40:11**

**FBI SPECIAL AGENT ETHAN QUINN:  [INAUDIBLE]** Yeah, because there was an ambassador that was removed, I guess in May of this year, yeah.

**01:40:17**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I think when you have a a change of of administration, you're supposed to have large turnovers in these, in these ambassadorships because that's this Indian guy shows you but of course he didn't get the ambassadorship.

**01:40:32**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**01:40:33**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Everybody's out to try to get -- oh, we're gonna help your campaign.  You can me an ambassador afterwards.

**01:40:38**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Ok, he writes down here -- get me sins of US ambassador.  Was there a problem that you remember about the US ambassador in Ukraine?

**01:40:46**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, probably they -- no, but I my guess is is that they want to well, that ambassador was probably the guy who coordinated

the overthrow of the Democratic government of Ukraine. And and that's probably what that's all about.

**01:41:04**

    **FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:41:05**

    **FBI SPECIAL AGENT ROAHN WYNAR:** The ambassador who overthrown **[INAUDIBLE]**

**01:41:06**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Our ambassador, our government, went in and overthrew this democratically elected government in order to prevent them from having an economic tie with Russia rather than the EU.

**01:41:20**

    **FBI SPECIAL AGENT ROAHN WYNAR:** But but do US --

**01:41:21**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** And Merkel, Merkel and our and our administration and the Germans were like that.

**01:41:26**

    **FBI SPECIAL AGENT ETHAN QUINN:** So essentially what you're saying is, if this ambassador is associated with the prior administration --

**01:41:31**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Right.

**01:41:32**

**FBI SPECIAL AGENT ETHAN QUINN:** -- might be the reason why they want to get rid of them.

**01:41:33**

**FORMER CONGRESSMAN DANA ROHRABACHER:** That's correct.

**01:41:34**

**FBI SPECIAL AGENT ROAHN WYNAR:** Gotcha. So now, he writes in the next line here a little clarity that gives me reason to be, I don't know reason to be cynical. It gives me some reason to be cynical. Michael Cohen payment from P. P we think means Poroshenko.

**01:41:49**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Could be.

**01:41:50**

**FBI SPECIAL AGENT ROAHN WYNAR:** Do you know Poroshenko at all?

**01:41:51**

**FORMER CONGRESSMAN DANA ROHRABACHER:** I've met him. He's, he's the corrupt bastard they're were dealing with.

**01:41:55**

**FBI SPECIAL AGENT ROAHN WYNAR:** So Michael Cohen got a payment from Poroshenko. It was actually through a bunch of companies and all this crap --

**01:42:00**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah.

**01:42:01**

**FBI SPECIAL AGENT ROAHN WYNAR:** -- but it was a set up and then Jack puts a colon and he writes play this.

112

**01:42:06**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, it would be, it would be -- that makes total sense to me that Poroshenko would do that because he's the guy that again, the public has no idea that we, that we basically overthrew that government and put in a democratically and put in our own pro who pro oligarch --

**01:42:28**

      **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**01:42:29**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  -- guy who's Poroshenko who came forward as the reformer, which is bullshit and that which we're of course we're seeing now, because the people of Ukraine kicked his butt out because he was worse than the other guys.

**01:42:41**

      **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah.

**01:42:42**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  And anyway, I don't know if I'm making any sense to you --

**01:42:44**

      **FBI SPECIAL AGENT ETHAN QUINN:**  I'm kind of following.

**01:42:45**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, that, that, that, that, that that's why --

**01:42:47**

**FBI SPECIAL AGENT ROAHN WYNAR:**  But, well, here's what worries me about this.

**01:42:48**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Our American ambassador during that time had to be an accomplice of that.

**01:42:52**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Ok.  We're obviously very interested in this document so that's why I'm kind of -- but but I got to say just for I mean to help it -- it almost sounds like -- I'm getting, it sounds like Jack is coming up with a a spin and the reason we suspect that is we have a whole binder there --

**01:43:12**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:43:13**

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- of Abramoff spin.

**01:43:15**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Spin [laughter].

**01:43:16**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And let me tell you, it's really, it's it's pretty bad for **[INAUDIBLE]**, but you're not an expert on it so we're not --

**01:43:21**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**01:43:22**

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- going to go through that.  Thank God. Look at the size of that binder.  So we have a naturally, cynical posture regarding Abramoff's ability to adjust spin.  We see this whole thing about Poroshenko pays Michael Cohen as a way of down the road using it as a means of getting at Trump as opposed to he just paid Michael Cohen because Michael Cohen promised he **[INAUDIBLE]**.

**01:43:43**

**FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, and and we should probably make it clarify with like like spinning.  We we obviously mean like spinning the truth.  We mean like we have seen him --

**01:43:47**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Reconstructing him.

**01:43:48**

**FBI SPECIAL AGENT ETHAN QUINN:**  -- make, reconstructing **[INAUDIBLE]**, make things up out of whole cloth.

**01:43:50**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And what I'm worried about is that you're reading snippets of what Jack writes, and you're just buying into it as being a person who's accepting Jack's whole, whole cloth creation.  Like to us it's totally plausible that Jack sat down and said OK, we have this problem.  We want to rehabilitate the Ukraine but the Ukraine just obviously paid Michael Cohen what is effectively a bribe to get access to the President.  That's a problem for us.  So here's what we do.  We rewrite history in the following way and get it out there.  We play this.  And we think, and we're more worried that you're buying the play this part as opposed to, because you yourself see wheels within wheels within wheels.

**01:44:32**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  Yes, I do.  And and I I think that's totally -- I have not heard, right now it's coming out and I think that by the way --

**01:44:46**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  But what's coming out doesn't have to do with Michael Cohen.

**01:44:48**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  I know, I know, but what's but what's going to be coming out very soon is I think you're going to find a lot of the shenanigans that Jack is alluding to happening undocumented.

**01:45:01**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  Fair enough.  I mean, you're right, if anything's going to come out, now's the time.

**01:45:04**

      **FORMER CONGRESSMAN DANA ROHRABACHER:**  We're in the process of it.

**01:45:05**

      **FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  But you don't recall anybody who could, Jack, I really feel like you must have been the catalyst that got Jack started on this because we just have no evidence that he knew people.

**01:45:16**

      **FBI SPECIAL AGENT ETHAN QUINN:**  Yeah, the question, basically the important question on this is, would there have been any client that you know of that would have hired Jack to prepare something like this?

**01:45:27**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Like you mean --

**01:45:28**

    **FBI SPECIAL AGENT ETHAN QUINN:** To pair strategy that like strategy doing this thing, with someone who would have paid Jack for his, his lobbying or not lobbying in terms of like **[INAUDIBLE]**.

**01:45:37**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, I've umm –

**01:45:38**

    **FBI SPECIAL AGENT KETRIN ADAM:** His efforts(?)

**01:45:39**

    **FBI SPECIAL AGENT ROAHN WYNAR:** Actually, you know what? If we go through this page, that may help you remember even better, because --

**01:45:43**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** OK, well the reason why I I don't is because I think that it makes sense to me that that what he's outlining when you put it in the historical perspective -- if you take the historical perspective out --

**01:45:55**

    **FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:45:55**

    **FORMER CONGRESSMAN DANA ROHRABACHER:** -- the whole thing about getting rid of a of a of a you know of a democratically elected government as part of this whole effort to create war with --

117

**01:46:03**

 **FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:46:04**

 **FORMER CONGRESSMAN DANA ROHRABACHER:** -- with Russia --

**01:46:05**

 **FBI SPECIAL AGENT ROAHN WYNAR:** Right.

**01:46:06**

 **FORMER CONGRESSMAN DANA ROHRABACHER:** -- put it on, that makes sense

to me because of that historical background.

**01:46:10**

 **FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:46:11**

 **FORMER CONGRESSMAN DANA ROHRABACHER:** -- they take away that and

don't put that into consideration, you'd be absolutely right.

**01:46:15**

 **FBI SPECIAL AGENT ETHAN QUINN:** Yeah.

**01:46:15**

 **FORMER CONGRESSMAN DANA ROHRABACHER:** This is something being

made-up, but it's not.

**01:46:18**

 **FBI SPECIAL AGENT ROAHN WYNAR:** Not OK, no, but that's --

**01:46:18**

**FBI SPECIAL AGENT ETHAN QUINN:**  But this is, this is their earnestly helpful leaks (?) as far as --

**01:46:21**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, we don't care about that.  We're just asking the very narrow --

**01:46:24**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Ok.

**01:46:25**

**FBI SPECIAL AGENT ROAHN WYNAR:**  -- investigative question who the heck was Jack working for and how did he get involved with this?  And that's where we really feel like somewhere in your memory is that guy.  But let's look at this document here.

**01:46:36**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He might have been [INAUDIBLE]

**01:46:38**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yes sir.

**01:46:39**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He might have been, you know, trying to just tell people who are around town who are Ukrainian and you know, activists from the USA that don't let them know that he is there and wants to be a player.

**01:47:00**

**FBI SPECIAL AGENT ROAHN WYNAR:**  He's trolling for --

**01:47:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Trolling for their –

**01:47:03**

**FBI SPECIAL AGENT ROAHN WYNAR:**  For their support.

**01:47:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.

**01:47:05**

**FBI SPECIAL AGENT ROAHN WYNAR:**  I, you know, I I'm skeptical of that just because the level of detail here is somebody who's been engaged.  He's talking to someone.  He's trying to convince someone he's got a way of doing this.

**01:47:12**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He is really smart.  Listen, he is really smart.

**01:47:14**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah.

**01:47:15**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He is really smart.  I am not smart, but I have common sense.  But he is smart and --

**01:47:21**

**FBI SPECIAL AGENT KETRIN ADAM:**  You don't think that person that Ukrainian was Dynatech(?) right because he says in there like, no Dynatech.

**01:47:25**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, here he --

**01:47:27**

**FBI SPECIAL AGENT KETRIN ADAM:** Because it seems like --

**01:47:28**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, it's not Yuri.

**01:47:28**

**FBI SPECIAL AGENT KETRIN ADAM:** that would be counterintuitive, right because **[INAUDIBLE]** Ukrainian?

**01:47:30**

**FBI SPECIAL AGENT ROAHN WYNAR:** Who is V/V? Did we have a theory about this? So the two campaigns he was promoting was one the anti-corruption we talked about. And two was this thing called Pro V/V.

**01:47:40**

**FORMER CONGRESSMAN DANA ROHRABACHER:** V/V.

**01:47:41**

**FBI SPECIAL AGENT ROAHN WYNAR:** We think V/V is a person who is somehow a person who's associated with like leadership in the Ukraine, who is probably pro Russian leadership in the Ukraine. Any any idea who V, do we know who V/V is?

**01:47:59**

**FBI SPECIAL AGENT ETHAN QUINN:** No, we serve --

**01:48:00**

**FORMER CONGRESSMAN DANA ROHRABACHER:** What is it now?

**01:48:01**

**FBI SPECIAL AGENT ROAHN WYNAR:** V/V is the way he writes it.

**01:48:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Where where is it?

**01:48:05**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Right here.  Pro V/V.  We think that must be initial of a person.  Any idea?

**01:48:12**

    Could he mean Vanachek again?  I don't know.

**01:48:14**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Well Yuri --

**01:48:14**

    **FBI SPECIAL AGENT KETRIN ADAM:**  It's a Y, right?

**01:48:16**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, it's Y and also Yuri Vanachek is just a guy in Southern California, right?  He's not a -- we think this is somebody in Ukraine politics, right?  We're going to do anti-corruption but we're going to promote this government.

**01:48:28**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  I think, I think Yuri, Yuri is more than just Southern California politics.  Yuri is going back and forth and he's, he's all around.

**01:48:37**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, but he's not going to become the President of Ukraine.

**01:48:40**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no, no, no, no, not that.

**01:48:42**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, that's I think that's that's the level of this guy.  But I don't know.  Well, anyway, so he says engage US groups, you know, he's talking about Foreign Congress, a lobby Congressman Rohrbacher, Senator Rich, Senator Hatch, Congressman -- so he's got this lobbying campaign going.

**01:48:58**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.  Well, you know, he's to single out the chairman of the subcommittee with with oversight.  That's me.

**01:49:06**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And what was Senator Rich's role, you know?

**01:49:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, I'm sure they all played --

**01:49:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, they're all pretty big names, actually.

**01:49:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.

**01:49:12**

**FBI SPECIAL AGENT ROAHN WYNAR:**  And he's trying to find Wayne Gretzky, James, and he's trying to find good American Ukrainians to be the front of this.

**01:49:18**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.

**01:49:20**

**FBI SPECIAL AGENT ROAHN WYNAR:** OK.

**01:49:21**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Well, I don't – see you're trying to figure out who he's working for?

**01:49:23**

**FBI SPECIAL AGENT ROAHN WYNAR:** Yeah, exactly. I'm trying to get, I'm trying to see is there -- because we, the only thing I can think of is --

**01:49:30**

**FORMER CONGRESSMAN DANA ROHRABACHER:** The other way, if it's, if it's not a foreign, he'd have to register as a foreign agent if it was a government right, but would he have to register as a foreign agent if it was just a an non-American citizen?

**01:49:44**

**FBI SPECIAL AGENT ROAHN WYNAR:** Well, you know --

**01:49:44**

**FORMER CONGRESSMAN DANA ROHRABACHER:** So if he got some big billionaire somewhere saying do this, this wouldn't be, but if he, if he's hired by a government official to do it then he has to register.

**01:49:57**

**FBI SPECIAL AGENT ROAHN WYNAR:** I'm not sure, well, we're not sure that's our angle. We we we just want to get a list of the clients he paid that that that worked with him and I mean there is, there is a slight counterintelligence concern here, I suppose, but like V/V testifying, maybe at hearings.

**01:50:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  V/V testifying maybe.  V/V, V/V --

**01:50:17**

**FBI SPECIAL AGENT ROAHN WYNAR:**  List of P cronies.  Could V/V Poroshenko cronies?  Because I get the feel Poroshenko supposedly was the guy who paid --

**01:50:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  It could be.  I I would think that would be probably that you're looking for a list of his cronies and Poroshenko, by the way, as you know, which you may not know, and stole billions of dollars.

**01:50:36**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Yeah, oh yeah.

**01:50:37**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Billions.  So he comes in and eliminates Yanukovych for stealing, probably tens of 1,000,000, maybe hundreds of 1,000,000, and replaces -- he stole billions and the Ukrainian people were very upset.  They would come to me and tell me this is horror, a horror story.  We were told we're going to get honest government and then we have the worst of all.

**01:51:00**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Well, in the end this is what his proposal costs.

**01:51:03**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  OK.

**01:51:04**

**FBI SPECIAL AGENT ROAHN WYNAR:**  He's expecting contributions to the Heritage Foundation and other places.  He wants to hire Turnberry Consulting, which I think is a man named Paul Osborne and --

**01:51:13**

**FBI SPECIAL AGENT ETHAN QUINN**:  Not Paul Osborne.  It's Jason Osborne.

**01:51:16**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Jason Osborne and is it Corey also?

**01:51:18**

**FBI SPECIAL AGENT ETHAN QUINN:**  There's a Ryan O'Dwyer.

**01:51:20**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  And then Liberty Consulting PICADI, I I don't know if these mean anything to you too?

**01:51:24**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, these are obviously people who are active within the Polar (?) community in Washington.

**01:51:31**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK.  So you know the names of these organizations?

**01:51:33**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, these are --

**01:51:35**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Now here's another thing that kind of puzzles us is this is a invoice to Land Fair Capital Consulting.  Right?  So he's invoicing for this

thing. It's a $750,000 invoice, right? So this is the invoice for that work. We don't think it was ever paid. We don't think this actually happened. But you'll notice that he conceals the whole thing as a cryptocurrency project. So he doesn't invoice it accurately. Did he ever discuss with you -- this is, I'm showing you this as a reminder.

**01:52:03**

> **FORMER CONGRESSMAN DANA ROHRABACHER:** No, no.

**01:52:04**

> **FBI SPECIAL AGENT ROAHN WYNAR:** He never discussed any of this with you?

**01:52:05**

> **FORMER CONGRESSMAN DANA ROHRABACHER:** No, I --

**01:52:07**

> **FBI SPECIAL AGENT ROAHN WYNAR:** OK. And then there's the agreement. Alright, so you don't have --

**01:52:10**

> **FORMER CONGRESSMAN DANA ROHRABACHER:** I, I don't remember.

**01:52:11**

> **FBI SPECIAL AGENT ROAHN WYNAR:** It sounds like this was a bust in that regard. Trying to get you to say oh Jack was clearly working for this guy, doing that program for the Ukraine, that's not, you're not helping.

**01:52:18**

> **FORMER CONGRESSMAN DANA ROHRABACHER:** I, I just I don't remember any of these, of these specific dealings that you're talking about.

**01:52:24**

**FBI SPECIAL AGENT ROAHN WYNAR:**  OK, fair enough.

**01:52:26**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I wasn't involved with it.

**01:52:27**

**FBI SPECIAL AGENT ROAHN WYNAR:**  All I can do is -- I did everything I could to fog your memory and if you're not involved, that's, that's as simple as that.  However, OK, so let's go to the next subject because we're running out of time.  The next subject involves Maria Butina, ok?  And I will show you her -- well, you you saw her picture earlier.

**01:52:42**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I remember her.  She was hanging around.  She hung around with some nutty guy too.

**01:52:49**

**FBI SPECIAL AGENT ROAHN WYNAR:**  That, that, that nutty guy was this guy here? What do you remember --

**01:52:53**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  He looks, he looks weird.

**01:52:54**

**FBI SPECIAL AGENT ROAHN WYNAR:**  What do you remember about the nutty guy?

**01:52:57**

**FBI SPECIAL AGENT ETHAN QUINN:**  Was he like tall, skinny, bald guy?

**01:52:58**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no, no, no.  That's not the guy she was hanging around with.

**01:53:00**

**FBI SPECIAL AGENT ROAHN WYNAR:**  Oh.

**01:53:01**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm talking about a Russian guy.

**01:53:02**

**FBI SPECIAL AGENT ETHAN QUINN:**  Oh.  Hmm.

**01:53:04**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah.  No, a Russian guy that she was hanging around with.

**01:53:06**

**FBI SPECIAL AGENT ETHAN QUINN:**  Like an older guy or --

**01:53:08**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, he seems the -- he was the guy who they claimed was a spy guy and everything they they -- was a Russian military, that he was in the Russian military and it was --

**01:53:22**

**FBI SPECIAL AGENT KETRIN ADAM:**  Is that Rina (?)?

**01:53:23**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Who is it?

**01:53:24**

**FBI SPECIAL AGENT KETRIN ADAM:** Rina?

**01:53:24**

**FBI SPECIAL AGENT ROAHN WYNER:** Do you have a picture?

**01:53:25**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Do you have a picture of him? I can tell you. He's got a big round face.

**01:53:30**

**FBI SPECIAL AGENT KETRIN ADAM:** This guy?

**01:53:31**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah, that's him.

**01:53:33**

**FBI SPECIAL AGENT KETRIN ADAM:** Maria was hanging out with him?

**01:53:34**

**FORMER CONGRESSMAN DANA ROHRABACHER:** What's that now?

**01:53:35**

**FBI SPECIAL AGENT ROAHN WYNAR:** Can you indicate who that is?

**01:53:36**

**FBI SPECIAL AGENT KETRIN ADAM:** Oh sorry. This is a picture of Rina **[INAUDIBLE].** So Maria was hanging out with him?

**01:53:40**

**FORMER CONGRESSMAN DANA ROHRABACHER:** Yeah.

**01:53:41**

**FBI SPECIAL AGENT ROAHN WYNAR:**  So what was that?  Do, do you recall anything about them?  I mean, I mean does that --

<u>01:53:46</u>

**FBI SPECIAL AGENT KETRIN ADAM:**  Yeah.

<u>01:53:47</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I thought they were -- I thought they were hanging out together on the --

<u>01:53:50</u>

**FBI SPECIAL AGENT KETRIN ADAM:**  In DC, like Maryland?

<u>01:53:51</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, yeah.

<u>01:53:53</u>

**FBI SPECIAL AGENT KETRIN ADAM:**  Where did you see them together?

<u>01:53:54</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I seem to remember they were in Moscow.  They -- I think they were, you know, with my bad memory of when, when?  But I remember her and I remember him and I remember that they were together.  I mean, it seems when he was around, they were -- I think I saw him in Berlin too.

<u>01:54:10</u>

**FBI SPECIAL AGENT KETRIN ADAM:**  Him or her?

<u>01:54:11</u>

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Both of them.

<u>01:54:12</u>

**FBI SPECIAL AGENT KETRIN ADAM:**  In Berlin?

**01:54:13**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I think so.

**01:54:14**

**FBI SPECIAL AGENT KETRIN ADAM:**  Do you remember the dates of that, like roughly?

**01:54:16**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  No, no.

**01:54:18**

**FBI SPECIAL AGENT KETRIN ADAM:**  With -- in Berlin 2016, would that --

**01:54:20**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Well, I went to -- I've spoken at a cannabis conference in Berlin at one place, and then a bunch of people were just going to go out for dinner afterwards and so we all went to this -- it's a very nice little restaurant and -- old school type of thing and they were there.  I don't know how they got there --

**01:54:42**

**FBI SPECIAL AGENT KETRIN ADAM:**  Do you think she was there?

**01:54:43**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  -- and whatever, but they were clearly people who – listen anytime any foreigners would come to me, especially Russians, who want to hang around with me, I have always assumed that they are working for their government, you know, and it's --

**01:54:58**

**FBI SPECIAL AGENT KETRIN ADAM:**  Yeah.

**01:54:59**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Yeah, this is their agents. And so, OK, big deal.  I they, they --

**01:55:04**

**FBI SPECIAL AGENT KETRIN ADAM:**  Did you think she was, she was working for --

**01:55:06**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I'm not gonna tell them anything that that's gonna help them.

**01:55:09**

**FBI SPECIAL AGENT ROAHN WYNAR:**  It's not like you're a well spring of deeply classified information.

**01:55:11**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  That, well I'm not.  But I am philosophically yeah.  Someone part of the debate.

**01:55:18**

**FBI SPECIAL AGENT ROAHN WYNAR:**  No, that's true.  That's all true.

**01:55:20**

**FBI SPECIAL AGENT KETRIN ADAM:**  So I have a picture I want to show you from Berlin.  So if you saw her, you would think that she was sort of working on behalf of the Russian Government?

**01:55:27**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  I would think yeah, but I assume that of every Russian that I meet that they they didn't, they just don't pop into my proximity by accident?  No, they probably are well --

**01:55:43**

**FBI SPECIAL AGENT ROAHN WYNAR:**  We are birds of a feather would [INAUDIBLE].

**01:55:45**

**FBI SPECIAL AGENT ETHAN QUINN:**  No one else, no different anyone else is there a congressman **[INAUDIBLE]**

**01:55:47**

**FBI SPECIAL AGENT KETRIN ADAM:**  Yeah.  So this is a picture of that Berlin dinner.

**01:55:51**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  Oh, it is.  Oh, yeah, I think that's it.  It's a beautiful little place too.  If you go to Berlin, you should go to this place.

**01:55:58**

**FBI SPECIAL AGENT ROAHN WYNAR:**  What's the name of it?

**01:56:00**

**FORMER CONGRESSMAN DANA ROHRABACHER:**  It's it's a Prussian restaurant and let's see, OK.

**01:56:05**

**FBI SPECIAL AGENT KETRIN ADAM:**  Are you **[INAUDIBLE]**?  What kind of food is Prussian food?

**01:56:06**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  I don't know but my my mother was born in Königsberg (?), Germany, which is now Kaliningrad, Russia --

**01:56:12**

    **FORMER CONGRESSMAN DANA ROHRABACHER:**  Right.

**01:56:13**

    **FBI SPECIAL AGENT ROAHN WYNAR:**  It's an enclave of --

| | |
|---|---|
| **From:** | Alex Pras <aprasicos@gmail.com> |
| **Sent:** | Saturday, November 11, 2023 10:49 AM |
| **To:** | Laurie Bartis-Callaghan |
| **Subject:** | Fwd: Georgia project |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

---------- Forwarded message ---------
From: **Jack Abramoff** <jack@abramoff.com>
Date: Wed, Jan 3, 2018 at 8:33 AM
Subject: RE: Georgia project
To: Alex Pras <aprasicos@gmail.com>

Any progress on the Super Bowl ad front?

-----Original Message-----
From: Alex Pras [mailto:aprasicos@gmail.com]
Sent: Tuesday, January 2, 2018 4:02 PM
To: Jack Abramoff <jack@abramoff.com>
Cc: Carlos De La Guardia <carlos@delaguardiagroup.com>
Subject: Georgia project

Hey Jack,

Following our last conversation last week regarding opportunities for AML BitCoin in Georgia Republic I would like to share with you following ;

My oldest friends, Otar, has a largest and most respectful development company in Georgia. Company has many projects in capital of Georgia, Tbilisi, Millions of square foot per year was build. His name well known in financial institutions, although he is not using loans for finance his projects. He is operating on his own capitals. One of Otar's interests to use AML BitCoin as another payment option for public to purchase his properties. Otar and I, we have discussed a lot ways to bring AML to Georgia and introduce to people and implement AML coin in daily life. We have a good relationship with directors of Port Batumi and Port Poti, two largest Ports in Georgia. We can bring the same business model as you have successfully implemented with ports of San Francisco and Panama. We just need a guide lines from you.

Another possibility is to introduce AML to Department of Tourism, and sign all hotels, resorts to accept AML coin as another payment option.

As I have mentioned to you before, we can invite top hedge funds, investment groups and financial institutions for conference with you while your visit in Tbilisi, and we can invite TV and radio for this conference. We can start marketing and press releases all over Georgia.

Also I have mentioned to you about mining in Georgia to using hydroelectric power station. We can build a large facility in already owned properties on the rivers with water falls. We are very interested in this field, mining, as well.

Jack, as you have mentioned in our first conference call, that we can establish business relationships with NAC Foundation in few ways. First is
50/50 partnership and second is to bring biometric identification system to Georgia. We would love to hear more about this opportunity. If you have any materials for us to look at it, will be great.

And again we are inviting you, Marcus and Carlos to visit Tbilisi so we can start as soon as possible introduce AML BitCoin for Georgia market.

Looking forward to hearing from you.

Best regards


Alex

| | |
|---|---|
| **From:** | Alex Pras <aprasicos@gmail.com> |
| **Sent:** | Saturday, November 11, 2023 11:00 AM |
| **To:** | █████████ |
| **Attachments:** | Fwd: AML Bitcoin - Angola<br>Angola Prasievi Appointment Letter.pdf |

CAUTION: **MAIL FROM OUTSIDE THE FIRM**

---------- Forwarded message ---------
From: **Carlos Delaguardia** <carlos@delaguardiagroup.com>
Date: Mon, Sep 25, 2017 at 10:59 AM
Subject: AML Bitcoin - Angola
To: Alex Pras <aprasicos@gmail.com>



# Extraction Report
Apple iPhone Logical

---

## Participants

Roger Engone  13014379538@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

---

## Conversation - Instant Messages (61)

 

13014379538@s.whatsapp.net Roger Engone                                   2017-03-17 3:08:00 PM(UTC+0)

+241 07708617
Gabon phone number



12022369706@s.whatsapp.net Jack Abramoff                                   2017-03-17 7:10:07 PM(UTC+0)

Thanks



12022369706@s.whatsapp.net Jack Abramoff                                   2017-04-30 5:58:59 PM(UTC+0)

hi there.  I'll have it for you later today.  forgot I had a meeting at 2 pm.  probably around 6 or so, if that's Ok



13014379538@s.whatsapp.net Roger Engone                                   2017-04-30 5:59:45 PM(UTC+0)

Ok on stand by ,0



12022369706@s.whatsapp.net Jack Abramoff                                   2017-04-30 6:09:09 PM(UTC+0)

my guy is late.  I drafted the body of the letter.  Is this OK?

I hope this letter finds Your Excellency well and I am very much looking forward to meeting with Your Excellency to discuss the program we proposed earlier this year.

I will be available to travel to Brazzaville during the week of May 15, 2017, if this is convenient for you, to formally present the program and the contract. I will come with Mr. Lémaye Favitsou Boulandi from our office in Washington, DC.

I sincerely thank you for your kind understanding and the steps you would take to facilitate our journey and stay with you.

Please accept, Excellency, the assurance of my highest and respectful consideration.



13014379538@s.whatsapp.net Roger Engone                                   2017-04-30 6:10:13 PM(UTC+0)

Look ok.



12022369706@s.whatsapp.net Jack Abramoff                                   2017-04-30 6:12:13 PM(UTC+0)

here it is on letterhead (unsigned as of yet, of course).  I have the French version of the last trip letter we sent.  should i send it to you so you can edit, and get it back to me, so I can get both to Richard for signature?



13014379538@s.whatsapp.net Roger Engone
2017-04-30 11:58:26 PM(UTC+0)

RANGATIRA LIMITED,
Public Policy Consultants


Le 30 avril 2017

Son Excellence Monsieur Denis SASSOU NGUESSO
Président de la République, Chef de l'Etat
Palais Présidentiel
Brazzaville, République du Congo


Objet : Visite à Brazzaville

Excellence Monsieur le Président de la République,

Je voudrais, de prime abord, m'excuser de n'avoir pas pu faire le déplacement sur Brazzaville au début du mois de février pour des raisons de santé. Je suis heureux de savoir que la mission parlementaire américaine conduite par l'Honorable Dana Rohrabacher a eu des échanges forts fructueux avec Votre Excellence.

A présent, je me sens en mesure de faire le voyage sur Brazzaville durant la semaine du 15 mai 2017, si cette période convient à Votre Excellence, afin de vous présenter formellement le programme et le contrat y relatif. Je viendrai en compagnie de Monsieur Lémaye Favitsou Boulandi de notre bureau de Washington, DC.

Je vous remercie sincèrement de votre bienveillante compréhension et des mesures que vous feriez prendre pour faciliter notre voyage et notre séjour avec vous.

Veuillez croire, Excellence Monsieur le Président de la République, en l'assurance de ma très haute et respectueuse considération.


Richard Naimer, President


_

April 30, 2017

His Excellency Mr. Denis SASSOU NGUESSO
President of the Republic , Head of State
Presidential Palace
Brazzaville, Republic of Congo

Re: Visit to Brazzaville

Excellency Mr. President:

First of all, I would like to express my regrets for not making the trip to Brazzaville in early February for medical reasons.  I am glad to know that the American Congressional Delegation led by the Honorable Dana Rohrabacher had very fruitful discussions with Your Excellency.

Now, I feel able to travel to Brazzaville during the week of May 15, 2017 if that period is convenient for Your Excellency so as to formally present the program and the relating contract to you.  I will come in the company of Mr. Lemaye Favitsou Boulandi of our Washington, DC Office.

I thank you very sincerely for your kind understanding and the measures you will have taken to facilitate our trip and stay with you.

Please accept, Excellency Mr. President, the assurances of our highest and respectful consideration.


Richard Naimer
Chairman
125 Menachem Begin Street, Tel Aviv, Israel 21217
Tel. 972-3-5755522 Fax 972-3-5755527

 13014379538@s.whatsapp.net Roger Engone                                          2017-05-01 12:43:54 AM(UTC+0)

Le 30 avril 2017

Son Excellence Monsieur Denis SASSOU NGUESSO
Président de la République, Chef de l'Etat
Palais Présidentiel
Brazzaville, République du Congo


Objet : Visite à Brazzaville

Excellence Monsieur le Président de la République,

J'espère que cette lettre trouvera Votre Excellence en bonne santé et j'attends avec beaucoup d'anticipation de rencontrer Votre Excellence afin de discuter du programme que nous vous avions proposé au début de l'année.
Je serai disponible pour me rendre à Brazzaville au courant de la semaine du 15 mai 2017, si cette période convient à Votre Excellence, afin de vous présenter formellement le programme et le contrat.  Je viendrai en compagnie de M. Lémaye Favitsou Boulandi de notre bureau de Washington, DC.
Je vous remercie très sincèrement de votre bienveillante compréhension et des mesures que vous feriez prendre pour faciliter notre voyage et notre séjour avec vous.
Veuillez accepter, Excellence Monsieur le Président de la République, l'assurance de ma très haute et respectueuse considération.


Richard Naimer
Président

---

 12022369706@s.whatsapp.net Jack Abramoff                                          2017-05-01 11:57:13 AM(UTC+0) 

Rangatira April 30 letter .pdf

Attachments:



https://mmg.whatsapp.net/d/f/AjG8aLqwjHN7RR
XS5phdN_9EDAOis4xHHIEKP2_g7d-U.enc
afee9681-a940-4156-af6e-29dcfe852197.pdf

---

 12022369706@s.whatsapp.net Jack Abramoff                                          2017-05-01 11:57:13 AM(UTC+0) 

April 30 letter fr.pdf

Attachments:



https://mmg.whatsapp.net/d/f/AnY7TvHzn4A0T
UShj-54nrK8_WgdpB_mpZ7xLzFUSMym.enc
ec0f7ecb-60a4-4597-a8a4-b7b9f8d4697a.pdf

---

 12022369706@s.whatsapp.net Jack Abramoff                                          2017-05-09 9:12:02 PM(UTC+0) 

who, as in who is the guy in the video? i thought i saw Sassou at the beginning, but not sure.  who is the dancer, and what's going on with this?

---

 13014379538@s.whatsapp.net Roger Engone                                          2017-05-09 9:14:31 PM(UTC+0)

JDD and President Sassou are in  village  as last nigh will get back to on our deal Sunday.

---

 13014379538@s.whatsapp.net Roger Engone                                          2017-05-12 3:47:28 PM(UTC+0)

https://www.wsj.com/articles/u-s-seizes-assets-from-lobbyist-with-alleged-ties-to-gabons-leader-1494534147

Attachments:



U.S. Seizes Assets From Lobbyist With Alleged
Ties To Gabon's Leader
https://www.wsj.com/articles/u-s-seizes-assets-
from-lobbyist-with-alleged-ties-to-gabons-
leader-1494534147
cb881423-0ff7-4c27-9b74-
450460a406eb.thumb

3

12022369706@s.whatsapp.net Jack Abramoff      2017-08-27 5:19:49 PM(UTC+0) 

We live in a world of progress and change.  Nowhere is this change more evident than in the rapid technological expansion and innovation that are bringing peoples closer together and making prosperity, freedom and opportunity more abundant. We in Gabon are working to provide our people with greater opportunity than past generations could imagine.

As Gabon continues to advance, the new technologies facilitating financial possibilities present themselves to our nation. One of these exciting new innovations is digital currencies.  Digital currencies will enable many of our citizens to participate in the global economy in a seamless and cost effective fashion.  But, while digital currencies, such as Bitcoin, offer great opportunity, they also create challenges related to national security and safety.

Each day's news includes stories about how terrorists, drug dealers, sex slave traffickers and other criminals utilize anonymous digital currencies, such as Bitcoin.  While we wish our people to have the opportunity to join the growing legions of digital currency users across the globe, we cannot invite criminal and terroristic elements to access our society.

Therefore, while we greatly celebrate the growth of digital currencies, we will not facilitate anonymous digital currency in our nation, only those digital currencies that are compliant with rigorous standards against money laundering (AML) and which can identify the originators and receivers of digital currencies in the event those parties engage in suspicious activities.

I am delighted to learn that AML Bitcoin, a soon-to-be-released anti-money laundering compliant digital currency, meets the high standards we anticipate enacting for our nation, and I greatly encourage those who wish to participate in this exciting new world to do so through compliant digital currencies – in order to keep our people safe and secure.

---

12022369706@s.whatsapp.net Jack Abramoff      2017-08-28 4:05:41 PM(UTC+0) 

Mr. Marcus Andrade

---

12022369706@s.whatsapp.net Jack Abramoff      2017-08-28 4:05:48 PM(UTC+0)

NAC Foundation, LLC

---

 13014379538@s.whatsapp.net Roger Engone      2017-08-28 4:09:52 PM(UTC+0)

Thanks got it.

---

12022369706@s.whatsapp.net Jack Abramoff      2017-10-11 6:53:57 PM(UTC+0) 

hi Brother.  Here is the memo on how this could work.

---

12022369706@s.whatsapp.net Jack Abramoff      2017-10-11 6:53:58 PM(UTC+0) 

We will use digital currencies (bitcoin) to get this done.  in particular, we'll use AML Bitcoin (AML), which is the only digital currency that is designed to be accepted by governments.  Here is the procedure:

1. There have to be at least 2 Angolan participants
2. Each participant will designate to RE the Angolan bank (where they have deposits) that they will be using to participate in transaction
3. The participants need to confirm to RE that the Angolan bank can make a transfer to a US account on behalf of Participants, in South African Rand. Assuming the bank can do so…
4. Each Participant will send RE their passport (clear jpg file)
5. Each will sign a contract (attached) with Marcus Andrade and NAC Foundation (owners of the AML) to do a test run transfer of coins
6. The test run will be $1M for each Participant, which will be wired to an attorney trust account in the US (the account information will be available if the transaction proceeds.  The funds will be held in that escrow account until the transaction proceeds.  If it cannot proceed, the attorney will return the funds to the Participants' bank account.
7. After receipt of signed contracts, passports and confirmation of wire to attorney trust accounts, AML will run KYC (know your customer) check to ensure participants are not on OFAC or terror watch lists.
8. Assuming participants are clear, funds will clear to AML from attorney trust accounts; AML will set up participants' AML Bitcoin wallets (deposit accounts); $1M in AML will be deposited into each wallet.
9. Phase 2: AML will sell $100M of AML (75M total coins) to Participant number 1 (P1).  P1 will wire $100M to AML account, after which AML will deposit 75M AML in P1 wallet.
10. Participant 2 (P2) will buy 75M AML from P1 for $100M (or market price – coin price will increase based on market) (through a digital coin exchange that AML will arrange for participants, likely HIT btc).
11. P1 will receive $100M (or sale price) for sale.
12. P1 will transfer 75M AML into P2 wallet.
13. P1 will deposit $100M (or sale price) into P1 Dubai Account – minus fee to RE (20% of funds deposited in P1 Dubai account, to be paid to RE account)
14. P1 will then buy 75M AML from P2 (through a digital coin exchange, likely HIT btc) for new Rand funds wired from Angola bank, wired to AML for P2's account [price will be market price; the higher the price the more P1 and P2 can transfer]
15. P2 will transfer 75M AML to P1 wallet; P2 will deposit sales price ($100M plus market price increase) in P2 Dubai account - minus fee to RE (20% of funds deposited in P2 Dubai account, to be paid to RE account).
16. Process repeats
17. This approach could enable deposits of more than US$1B per month in each Dubai account

---

12022369706@s.whatsapp.net Jack Abramoff      2017-10-11 6:54:06 PM(UTC+0) 

i am sending the contract in a minute.

4



12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-11 7:04:53 PM(UTC+0)

AML Bitcoin Purchase Agreement 17-10-11.docx
Attachments:

https://mmg-
fna.whatsapp.net/d/f/AkBi4bPh4gkoiMllvX217Ln
DKXhyFgiKHsufDwhcZ1bi.enc
e5d83584-3782-4f85-8f36-c0776bf907d0.docx

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-11 7:05:23 PM(UTC+0)

this is the contract that both of them would have to submit.  they also have to submit jpg's of their passports, per the earlier
memo and this contract

13014379538@s.whatsapp.net Roger Engone                                    2017-10-11 7:05:54 PM(UTC+0)

Ok

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-11 7:06:27 PM(UTC+0)

as soon as you find out that their angolan bank can do rand transfers, please email me at jackabramoff@hpeprint.com and
then come to my house so we can take the next steps, which will be you calling my guys while i'm in the room (can't use the
phone tomorrow because of the Jewish holiday, but you can.  :)

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-11 7:07:03 PM(UTC+0)

first step: find out if the bank can do it.  second step: run the memo by your guy.  see if they are OK with this.  If so, email me
(to my printer address) and then come over and we'll take it from there.

13014379538@s.whatsapp.net Roger Engone                                    2017-10-11 7:07:32 PM(UTC+0)

Very good.

13014379538@s.whatsapp.net Roger Engone                                    2017-10-16 6:58:20 PM(UTC+0)

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AnR11v3ZSJZykmHxu5sE
SkLG0J9EVkvIfIA1tRLccOYi.enc
dbe07b6f-bc20-4f1b-ba37-a2f8481304e5.jpg

12022369706@s.whatsapp.net Jack Abramoff                                    2017-10-16 6:59:51 PM(UTC+0)

Looks like my living room! Hahaha

13014379538@s.whatsapp.net Roger Engone                                    2017-10-18 7:03:03 PM(UTC+0)

passport Emery Dos Santos.pdf
Attachments:

PDF

https://mmg-
fna.whatsapp.net/d/f/ApqBrEVboT0M0bF_qRQj
2brnXAceyg5IKo4IBgUZXWMZ.enc
08f41790-15c7-4f9b-a4db-301db5ae72e3.pdf

13014379538@s.whatsapp.net Roger Engone                                    2017-10-18 7:03:51 PM(UTC+0)

Roger,

On the contract specify the time frame for the conversion, country of destination, Bank guarantee will be issued just to
guarantee the exit of the funds. In case of delay the bank guarantee must be cashed
with a red clause for cash back on the face value 100%

Richard

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-18 8:00:56 PM(UTC+0)

got it. thanks

13014379538@s.whatsapp.net Roger Engone                          2017-10-18 9:30:00 PM(UTC+0)

Can we get the draft contract tomorrow !

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-18 9:34:22 PM(UTC+0)

i'm still waiting to hear from Carlos, who is meeting this afternoon with the attorneys in Panama.

13014379538@s.whatsapp.net Roger Engone                          2017-10-18 9:35:24 PM(UTC+0)

Okay on standby.

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-23 11:55:10 PM(UTC+0)

I just spoke with him. They are still working and hope to have a draft tonight.  The situation is far more complex because of the amount of funds.  they have to put together several banks to handle this.  Most of these transactions are around $50M. The group traveling there will include the attorney, Carlos and the logistics guy.  WE'll have their passport jpg's shortly (hopefully tomorrow).  Carlos had to have his renewed, as I mentioned, because he had been traveling on a diplomatic passport for years, and this other passport lapsed.  He made an appointment to have them do it tomorrow.  More either later tonight if they send the draft, or in the morning.

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-24 7:17:27 PM(UTC+0)

i just received 3 drafts, but am not sure which of them is for Emery.  Give me a few minutes.

13014379538@s.whatsapp.net Roger Engone                          2017-10-24 7:27:07 PM(UTC+0)

OK

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-24 9:56:08 PM(UTC+0)

Please check your email

13014379538@s.whatsapp.net Roger Engone                          2017-10-24 10:08:06 PM(UTC+0)

When over the email as you know you can't be on the loop on this transaction per our last conversation on this matter. This observation is per Carlos email.

13014379538@s.whatsapp.net Roger Engone                          2017-10-24 10:13:30 PM(UTC+0)

Can't forward this to Emery with your name on it. Second we need to meet tomorrow, and be on the same page.

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-25 12:34:00 PM(UTC+0)

CONTRATO SERVICIOS Zentrum Angola a.doc

Attachments:



https://mmg-
fna.whatsapp.net/d/f/AsOhfPY4XoW9ufdE8Nwf
PMSDRKDGPW_kojZxea3q6SBR.enc
ea198cdf-b076-47a3-9439-866a9c1cbb3f.doc

13014379538@s.whatsapp.net Roger Engone                          2017-10-26 11:42:32 AM(UTC+0)

I just spoken with Emery.
Kwanzaa's  draft will be amended and send back to Carlo, he wish to get the whole thing before doing so.

12022369706@s.whatsapp.net Jack Abramoff                          2017-10-26 9:14:52 PM(UTC+0)

Attachments:

https://mmg-fna.whatsapp.net/d/f/Ao-
HspMNf7bDM3axiqiZpzrjA9J0YWQcZKK9YM-
P185m.enc
8891f38c-f360-4058-84c6-4a376f395022.jpg

12022369706@s.whatsapp.net Jack Abramoff                                          2017-10-26 9:15:08 PM(UTC+0)

Attachments:

https://mmg-
fna.whatsapp.net/d/f/ArGXqh_UMFRkawxXjFNY
oYGZtvyUHGFvSbA6g6YTiD4f.enc
0c5adc3a-6404-4c9c-a838-b09e301cbad0.jpg

13014379538@s.whatsapp.net Roger Engone                                          2017-10-26 10:38:25 PM(UTC+0)

Will be driving back from Philadelphia to DC by that time. Will call you in the morning.

12022369706@s.whatsapp.net Jack Abramoff                                          2017-10-31 8:53:38 PM(UTC+0)

CONTRATO SERVICIOS 20171030.doc

Attachments:

https://mmg-fna.whatsapp.net/d/f/Av-
46WYGDz8j1U1wLofhlDcJ0WNeLf6r_i8F1nQZ
BCcj.enc
2bf9717d-029d-4a43-aeee-996f37588ca5.doc

13014379538@s.whatsapp.net Roger Engone                                          2017-10-31 8:57:20 PM(UTC+0)

Can we get it on word document!

12022369706@s.whatsapp.net Jack Abramoff                                          2017-10-31 8:58:01 PM(UTC+0)

that is a word document.  didn't it come through as one?

13014379538@s.whatsapp.net Roger Engone                                          2017-11-02 12:48:09 PM(UTC+0)

IRREVOCABLE MASTER  FEE PROTECTION AGREEMENT

Attachments:

https://mmg-
fna.whatsapp.net/d/f/Art1Jwz7aL5vsVU3r7J6j4E
iMqeJZvqKOBfsuQTMg721.enc
6ca48ec8-3976-4a01-a9eb-730f6410603b.docx

13014379538@s.whatsapp.net Roger Engone                                          2017-11-02 12:52:35 PM(UTC+0)

Jack the above info shall be add on the contract. Beneficiaries Roger Engone & Richard Teby

13014379538@s.whatsapp.net Roger Engone                                          2017-11-02 1:04:02 PM(UTC+0)

15% off the 30%.

13014379538@s.whatsapp.net Roger Engone                                          2017-11-02 4:03:57 PM(UTC+0)

IRREVOCABLE MASTER  FEE PROTECTION AGREEMENT 110217.docx

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AslIKdnW_nZMTKqOH5fO
N7mBvdT__OVQ-eLBE5Xw8jzr.enc
d0f22e29-e378-4592-b126-a663d468045f.docx

13014379538@s.whatsapp.net Roger Engone                                          2017-11-09 1:53:09 PM(UTC+0)

Emery just called Carlos have until Mov 17, to provide a full contract with necessary papers work. If not we all need to move on.

12022369706@s.whatsapp.net Jack Abramoff                                    2018-05-14 10:05:58 PM(UTC+0)

hi brother.  Remember that guy we met from Nigeria, whose first name was Christmas?  Do you remember his last name?  someone asked me whether I knew a Christmas Apkodiete, or something like that from Nigeria.  Was that the guy we met that day at that hotel during the African summit here in DC?  Thanks my brother

13014379538@s.whatsapp.net Roger Engone                                    2018-05-14 10:08:25 PM(UTC+0)

Yes his the same guy , and running as President of Niger .

13014379538@s.whatsapp.net Roger Engone                                    2018-05-14 10:09:16 PM(UTC+0)

Sorry Nigeria.

13014379538@s.whatsapp.net Roger Engone                                    2018-05-15 3:42:20 PM(UTC+0)

Attachments:



https://mmg-
fna.whatsapp.net/d/f/AkJ8Xtb6AYx11tTOA5ii3zo
jIKMs8x7WYSJCizd75ymA.enc
12849bdd-a5d7-4190-88aa-dad24aa72f7b.jpg

13014379538@s.whatsapp.net Roger Engone                                    2018-06-01 2:04:40 PM(UTC+0)

Any luck on the gold or diamond !

12022369706@s.whatsapp.net Jack Abramoff                                    2018-06-01 2:09:59 PM(UTC+0)

Not yet but one guy is still traveling

13014379538@s.whatsapp.net Roger Engone                                    2018-06-05 1:39:25 PM(UTC+0)

1000 to 15000 bitcoins
Proof by screenshot hiding private account infos
Day market price minus 2-5% discount

8

Abramoff's device contained a mobile application that allowed him to modiy his messages. The messages if true, directly implicate the current administration.

1. Messages between Abramoff and Alexander Levin[1], including statements Abramoff made to the government.[2]

    a. On May 24, 2018, according to statements Abramoff made to the government on February 25, 2020, "*Abramoff  sent a text message to Levin regarding a plan for the US PR effort. Levin suggested that Abramoff travel to Geneva to meet with some of the people interested in the US PR effort. Since Levin agreed to pay for Abramoff's travel, Abramoff traveled to Geneva on approximately May 29, 2018, and stayed at the Ritz Carlton Hotel*." Abramoff further stated that, "*Levin led Abramoff into the conference room and Kolomoyskyi joined them. Kolomoyskyi did not speak English and Levin acted as an interpreter. Levin asked Abramoff to present Abramoff's proposed plan for the US PR effort*." Abramoff then gave a presentation to Kolomoisky. "Levin made it clear that Levin and Kolomoisky shouldn't be exposed." **Abramoff and Levin discussed AML Bitcoin**, a contract, and an invoice. Abramoff stated that Levin needed to get with Kolomoisky to determine who the client would be. Abramoff stated that the Biden information was also sent out by Lev Parnas and Igor Fruman. See FBI-302-005432. According to Ihor Kolomoisky, both Lev Parnas and Igor Fruman claimed that Levin owned them $2M-$3M dollars. See 058D-SF-2113481-302_0000376_140000326_0000004.

    b. On May 31, 2018, Abramoff wrote, "*BIG: US ambassador; Biden connection. LA: get me sins of US Ambassador. Michael Cohen payment from P was a set up: play this. UA aid cut off/export*" While going into a bit more detail, Abramoff then scribbled, "*Michael Cohen payment was to create problem for Trump-order of Biden-Nuland-Cohen-Sucker-Setup.*" See FBI-Main-0001069, FBI-Main-0001070, FBI-Main-0001071, FBI-Main-0001072, FBI-Main-0001073, FBI-Main-0001074, FBI-Main-0001075, and FBI-Main-0001076. On the same day, Abramoff told Levin, "*Also, I was thinking that, as an alternative, we could probably just combine the payments into one payment for $700,000 and just it all as "**development" for the sow** (and cover the other costs that way), and eliminate Landfair from the process. It seems to me that the **tv show***

---

[1] United States v. Andrade, 20-cr-00249-RS (LB), 12 (N.D. Cal. Apr. 7, 2023) ("*As described in the previous sections, Mr. Andrade has established a connection to this case surrounding Mr. Abramoff's involvement with Ms. Butina and Messieurs Levin and Erickson, and limiting the production to references to Mr. Andrade and AML Bitcoin is too narrow. Mr. Andrade gives examples (summarized at the beginning of the Analysis) about how a broader range of information is material. It is not just about Mr. Abramoff or Mr. Andrade and AML Bitcoin. It is about the larger context of the business model for cryptocurrency, whether Mr. Abramoff may have been working against Mr. Andrade, and how that affects Mr. Andrade's responsibility and scienter. It is also not a sufficient explanation that the discovery is necessarily duplicative. As described above, it is not. And again, the government has its duty to inquire under Brady and cannot delegate its Brady obligation to a non-lawyer.* ")

[2] See FBI-302-005432, *FBI-302-001959, FBI-302-005086, FBI-302-005158*, FBI-Main-0001069, FBI-Main-0001070, FBI-Main-0001071, FBI-Main-0001072, FBI-Main-0001073, FBI-Main-0001074, FBI-Main-0075, FBI-Main-0001076, and FBI-Main-0003909, which are summaries of communications, documents from Abramoff's home, his mobile device, and his messages with Alexander Levin. https://deadline.com/2017/07/ignition-creative-teams-jack-abramoff-reality-series-bitcoins-1202139371/

***development** would be cleaner, from this site. But either way is good for us.*" See FBI-Main-0003909.

c.   On June 3, 2018, Abramoff sent a message to Levin and stated, "*My guys will be meeting at WH on ambassador on Wednesday morning. Can you get me anything you might have on the current ambassador by Tuesday?*" After exchanging links to news articles, Abramoff then wrote, "*Is there any way to get something reported anywhere about how the US ambassador told the Israelis to jump in the lake on this? If we could get something, anything, anywhere, that would really be helpful. We don't have anything linking Yovanovitch to this.*"

d.   On July 15, 2018, Abramoff wrote to Levin, "*Let me know what you think of the **alternative approach** when you can. If you want to do that, I'll get you a different Term Sheet and we can ignore the **Landfair** stuff.*"

e.   On July 19, 2018, Levin sends Abramoff over ten names of people and journalists that they referred to as the "Schindler's List." The Schindler List is a group of Ukrainians that needed to be eliminated.

f.   On August 28, 2018, Abramoff sent Levin the sizzle real to the **tv show** about **Andrade**. See FBI-302-005086 and FBI-Main-0003909.

g.   On February 25, 2020, Abramoff was also interviewed by his handlers FBI Agents Nathan Quinn who also goes by Ethan Quinn, and Rohan Wynar that also goes by Roahn Wynar. **According to the agents notes of the interview, Abramoff confirmed that all of his handwritten notes regarding Andrade, Aml Bitcoin**, Biden, Michael Cohen, Removing the Ambassador, etc., were notes that was taken during his meeting with Kolomoisky while Levin was interpreting since Abramoff didn't speak Ukrainian, and that the **TV production company had to do with Aml Bitcoin**. Abramoff's handlers never included these statements in their witness report. See FBI-302-005459. The Abramoff notes are also referenced in FBI Agent Johnathan Buma's report. See FBI-Main-0001069, FBI-Main-0001070, FBI-Main-0001071, FBI-Main-0001072, FBI-Main-0001073, FBI-Main-0001074, FBI-Main-00075, FBI-Main-0001076. **FBI Agent Johnathan Buma, is now a whistleblower**. They are also referenced in the Dana Rohrabacher recorded 2019 interview, where the agents confirm that Heritage Foundation was also working with Abramoff. See FBI-ELSUR-004454, FBI-ELSUR-004455, FBI-ELSUR-004456, and ID-67.

2.   In preparation of the monetization of Abramoff's plan, he writes:

"*We will use digital currencies (bitcoin) to get this done. in particular, we'll use **AML Bitcoin** (AML), which is the only digital currency that is designed to be accepted by governments. Here is the procedure:*

1.   *There have to be at least 2 Angolan participants*

2. *Each participant will designate to RE the Angolan bank (where they have deposits) that they will be using to participate in transaction*

3. *The participants need to confirm to RE that the Angolan bank can make a transfer to a US account on behalf of Participants, in South African Rand. Assuming the bank can do so…*

4. *Each Participant will send RE their passport (clear jpg file)*

5. *Each will sign a contract (attached) with* **Marcus Andrade and NAC** *Foundation (owners of the AML) to do a test run transfer of coins*

6. *The test run will be $1M for each Participant, which will be wired to an attorney trust account in the US (the account information will be available if the transaction proceeds). The funds will be held in that escrow account until the transaction proceeds. If it cannot proceed, the attorney will return the funds to the Participants' bank account.*

7. *After receipt of signed contracts, passports and confirmation of wire to attorney trust accounts, AML will run KYC (know your customer) check to ensure participants are not on OFAC or terror watch lists.*

8. *Assuming participants are clear, funds will clear to AML from attorney trust accounts; AML will set up participants'* **AML Bitcoin** *wallets (deposit accounts); $1M in AML will be deposited into each wallet.*

9. *Phase 2: AML will sell $100M of AML (75M total coins) to Participant number 1 (P1). P1 will wire $100M to AML account, after which AML will deposit 75M AML in P1 wallet.*

10. *Participant 2 (P2) will buy 75M AML from P1 for $100M (or market price – coin price will increase based on market) (through a digital coin exchange that AML will arrange for participants, likely HIT btc).*

11. *P1 will receive $100M (or sale price) for sale.*

12. *P1 will transfer 75M AML into P2 wallet.*

13. *P1 will deposit $100M (or sale price) into P1 Dubai Account – minus fee to RE (20% of funds deposited in P1 Dubai account, to be paid to RE account)*

14. *P1 will then buy 75M AML from P2 (through a digital coin exchange, likely HIT btc) for new Rand funds wired from Angola bank, wired to AML for P2's account [price will be market price; the higher the price the more P1 and P2 can transfer]*

15. *P2 will transfer 75M AML to P1 wallet; P2 will deposit sales price ($100M plus market price increase) in P2 Dubai account - minus fee to RE (20% of funds deposited in P2 Dubai account, to be paid to RE account).*

16. *Process repeats*

17. ***This approach could enable deposits of more than US$1B per month in each Dubai account"***



# Extraction Report
Apple iPhone Logical

## Participants

Neil M. Sunkin  18186344424@s.whatsapp.net
Jack Abramoff  12022369706@s.whatsapp.net

## Conversation - Instant Messages (14)

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-20 6:13:18 PM(UTC+0)
i'm calling you

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-20 8:26:32 PM(UTC+0)

Attachments:



https://mmg-
fna.whatsapp.net/d/f/AnR11v3ZSJZykmHxu5sE
SkLG0J9EVkvIfIA1tRLccOYi.enc
bb4b6527-e578-43b7-9643-b0a22e531a6c.jpg

☆ | 18186344424@s.whatsapp.net Neil M. Sunkin | 2017-10-23 4:41:31 PM(UTC+0)
Yes,

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-23 4:41:40 PM(UTC+0)
ok, give me a minute

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-23 4:49:36 PM(UTC+0)
sending to you now on email.  please let me send me back redline as soon as you can, thanks

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-25 12:38:23 PM(UTC+0)
I got the contract draft from the Panama guys and it was a mess.  I tried to make it better, but was wondering if you could look at it asap and let me know how we can tighten it up.  thanks

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-25 12:38:32 PM(UTC+0)
CONTRATO SERVICIOS Zentrum Angola a.doc
Attachments:



https://mmg-
fna.whatsapp.net/d/f/AsOhfPY4XoW9ufdE8Nwf
PMSDRKDGPW_kojZxea3q6SBR.enc
c70d9f28-646d-4988-98b0-72274e7e3821.doc

☆ | 12022369706@s.whatsapp.net Jack Abramoff | 2017-10-26 2:27:06 AM(UTC+0)
if you can get me the doc soon, that would be great.  even if we have to do more later, at least it will keep the process going. thanks

☆ | 18186344424@s.whatsapp.net Neil M. Sunkin | 2017-10-26 2:34:39 AM(UTC+0)
Working on it now

1

 18186344424@s.whatsapp.net Neil M. Sunkin                                        2017-10-26 3:59:14 AM(UTC+0)

Sent

12022369706@s.whatsapp.net Jack Abramoff                                        2017-10-26 11:29:45 AM(UTC+0) 

thanks

12022369706@s.whatsapp.net Jack Abramoff                                        2017-10-27 9:46:25 PM(UTC+0) 

i'm on with Marcus (just have a couple of minutes before Shabbos so i'm texting this to you as I speak with him).  He spoke with you about the OFAC issue.  I told him he has to solve the problems of David Brog and Jack Maple immediately, since they are key for us.  he is going to call Jack.  i'll chat with you after Shabbos. Good Shabbos

 18186344424@s.whatsapp.net Neil M. Sunkin                                        2017-11-13 5:52:58 PM(UTC+0)

What's the status of the Maple agreement. I only ask, because I received an email from him asking where to send his payment of $200. So I was curious. Has it been worked out. Did he receive it, review it and sign it? Has Marcus seen it? Also, please get with Marcus about the David Mata deal.

12022369706@s.whatsapp.net Jack Abramoff                                        2017-11-13 9:58:26 PM(UTC+0) 

he has not responded on the draft.  i will ask him now

| | |
|---|---|
| **From:** | Alex Pras <aprasicos@gmail.com> |
| **Sent:** | Saturday, November 11, 2023 10:47 AM |
| **To:** | Laurie Bartis-Callaghan |
| **Subject:** | Fwd: wallet update |

CAUTION: **MAIL FROM OUTSIDE THE FIRM**

---------- Forwarded message ---------
From: **Alex Pras** <aprasicos@gmail.com>
Date: Mon, Oct 9, 2017 at 12:23 PM
Subject: Fwd: wallet update
To: Otar Tavkeleshvili <otar70@gmail.com>

--- Forwarded message ---
**From:** Jack Abramoff <jack@abramoff.com>
**Date:** October 9, 2017 12:08:20 PM
**Subject:** wallet update
**To:** Jack Abramoff <jack@abramoff.com>

As most of you have noticed, there are no coins in the wallets yet. I am told that they will be there as of tomorrow afternoon, but I will stay on this and keep you updated. I just wanted to let you know what I just heard. Meanwhile, the tech teams are proceeding to fix the tech problems; new PR firms have been engaged to facilitate a powerful re-launch (and to address publicly the crash); and the executive team is negotiating with institutional and large investors to agree to publicly announce their investments in the ICO, which can be made in conjunction with the re-launch PR. I will keep you updated with any additional news. Best, Jack