PLACE HOLDER

EXHIBIT J-2

ABRAMOFF RECORDING

RUSSIA FUNDS INTO USA