PLACE HOLDER

EXHIBIT K-2

FOTEH-ANDRADE RECORDING

SOCIAL MEDIA & ACCOUNTING ISSUES